```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0123--CV (RRB)
                  "USA V DONALD L. HYMES ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 06/03/05
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (870) Tax Suits
                    REDUCE FEDERAL TAX ASSESSMENT
            Origin: (1) Original Proceeding
            Demand: 199
        Filing fee: Waived
          Trial by:
```

Parties of Record:                             Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | United States Attorney<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513<br>907-271-5071 |
| DEF 1.1 | HYMES, DONALD L. | Donald L. Hymes<br>Pro Per<br>2340 Ravenwood Avenue<br>Fairbanks, AK 99709<br>907-479-6922 |
| DEF 2.1 | HYMES, RITA M. | Rita M. Hymes<br>Pro Per<br>2340 Ravenwood Avenue<br>Fairbanks, AK 99709<br>907-479-6922 |
| DEF 3.1 | AURORA TRUST | Charla Alethea Hymes Rayburn<br>Pro Per<br>5340 Butterfly Lane<br>Fairbanks, AK 99712<br>907-488-4738 |
| DEF 4.1 | SUNSHINE TRUST | Rita M. Hymes<br>(see above) |
| DEF 5.1 | HYMES, ZENA D. | No counsel found for this party! |
| DEF 6.1 | HYMES, CHARLA | Charla Alethea Hymes Rayburn<br>(see above) |
| DEF 7.1 | FAIRBANKS NORTH STAR BOROUGH | No counsel found for this party! |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0123--CV (RRB)
                          "USA V DONALD L. HYMES ET AL"

                               For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 06/03/05
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (870) Tax Suits
                   REDUCE FEDERAL TAX ASSESSMENT
           Origin: (1) Original Proceeding
           Demand: 199
       Filing fee: Waived
         Trial by:


Document #   Filed      Docket text

     1 -  1  06/03/05   Complaint filed.

  NOTE -  1  06/13/05   Issued: summons re: DEF 1-7.

     2 -  1  08/10/05   JKS Minute Order re plf to file proofs of service. cc: cnsl

     3 -  1  09/23/05   JKS Minute Order (warning) plf to file proofs of service. cc: cnsl

     4 -  1  09/26/05   PLF 1 motion to extend time for service of process w/att memo.

     5 -  1  09/28/05   JKS Order granting motion to extend time for service of process to 11/28
                        (4-1). cc: cnsl

     6 -  1  10/03/05   DEF 1 motion to dismiss for lack of personal & subject matter
                        jurisdiction w/att memo.

     7 -  1  10/03/05   DEF 2 motion to dismiss for lack of personal & subject matter
                        jurisdiction w/att aff and memo.

     8 -  1  10/03/05   DEF 4 motion to dismiss for lack of personal & subject matter
                        jurisdiction w/att aff & memo.

     9 -  1  10/06/05   DEF 6 motion to dismiss for lack of personal and subject matter
                        jurisdiction w/att memo & aff.

    10 -  1  10/06/05   DEF 3; 6 motion to dismiss for lack of personal and subject matter
                        jurisdiction w/att memo & aff.

    11 -  1  10/17/05   PLF 1 motion to strike defs Sunshine Trust (D4) & Aurora Trust's (D3)
                        motions to dismiss w/att memo.

    12 -  1  10/17/05   PLF 1 motion to substitute atty for service of process.

    13 -  1  10/17/05   PLF 1 opposition to DEF 1 motion to dismiss for lack of personal &
                        subject matter jurisdiction (6-1), DEF 2 motion to dismiss for lack of
                        personal & subject matter jurisdiction (7-1), DEF 4 motion to dismiss
                        for lack of personal & subject matter jurisdiction (8-1), DEF 6 motion
                        to dismiss for lack of personal and subject matter jurisdiction (9-1),
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0123--CV (RRB)
                            "USA V DONALD L. HYMES ET AL"

                                  For all filing dates

Document #   Filed     Docket text
_____   _____     _____
                       DEF 3; 6 motion to dismiss for lack of personal and subject matter
                       jurisdiction (10-1).

  14 -   1   10/26/05  DEF 2; 4 motion for ext of time to file oppo to plf's mot to strike.

  15 -   1   10/27/05  DEF 3; 6 motion for ext of time to file oppo to plf's mot to strike.

  16 -   1   10/27/05  DEF 6 motion for ext of time to file oppo to plf's mot to strike.

  17 -   1   10/27/05  DEF 1 motion for ext of time to file oppo to plf's mot to strike.

  18 -   1   11/10/05  PLF 1 Return of Service Executed re: DEF 1 on 9/10/05.

  19 -   1   11/10/05  PLF 1 Return of Service Executed re: DEF 2 on 9/10/05.

  20 -   1   11/10/05  PLF 1 Return of Service Executed re: DEF 3 on 9/12/05.

  21 -   1   11/10/05  PLF 1 Return of Service Executed re: DEF 4 on 9/10/05.

  22 -   1   11/10/05  PLF 1 Return of Service Executed re: DEF 6 on 9/12/05.

  23 -   1   11/10/05  PLF 1 Return of Service Executed re: DEF 7 on 9/12/05.

  24 -   1   11/16/05  DEF 1 Answer (Amended) w/att exhs.

  25 -   1   11/16/05  DEF 2 Answer (Amended) w/att exhs.

  26 -   1   11/16/05  DEF 3 Answer to Complaint w/att exhs.

  27 -   1   11/16/05  DEF 3 Answer (Amended) w/att exhs.

  28 -   1   11/16/05  DEF 4 Answer to Complaint w/att exhs.

  29 -   1   11/16/05  DEF 4 Answer (Amended) w/att exhs.

  30 -   1   11/16/05  DEF 6 Answer (Amended) w/att exhs.

  31 -   1   11/17/05  JKS Minute Order recusing himself; case is reassigned to Judge Sedwick;
                       use case number A05-123 CV (JWS) on all future filings. cc: cnsl, Judge
                       Sedwick

  32 -   1   11/21/05  JWS Minute Order recusing himself; case is reassigned to Judge Beistline
                       for all further proceedings; use case number A05-123 CV (RRB) on all
                       future filings. cc: cnsl, Judge Beistline

  33 -   1   11/21/05  PLF 1 motion to ext time for 60 days for service of process re DEF 5
                       w/att memo.

  34 -   1   11/23/05  RRB Order granting motion to ext time for 60 days for service of process
                       re DEF 5 (33-1). cc: cnsl

  35 -   1   11/23/05  RRB Order granting motion for ext of time to 11/14 file oppo to plf's
                       mot to strike (14-1). cc: cnsl

  36 -   1   11/23/05  RRB Order granting motion for ext of time to 11/14 to file oppo to plf's
                       mot to strike (15-1). cc: cnsl

  37 -   1   11/23/05  RRB Order granting motion for ext of time to 11/14 to file oppo to plf's
                       mot to strike (16-1). cc: cnsl

ACRS: R_VDSDX              As of 12/01/05 at 3:27 PM by GARRY                       Page 2
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0123--CV (RRB)
                              "USA V DONALD L. HYMES ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 38 - 1 | 11/23/05 | RRB Order granting motion for ext of time to 11/14 to file oppo to plf's mot to strike. (17-1) |