**FILED**
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PD_____ Deput

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America  v.  Donald L. Hymes, et al.

THE HONORABLE RALPH R. BEISTLINE

LAW CLERK                           CASE NO. A05-0123 CV (RRB)

Marika Athens                       DATE: December 5, 2005

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS GRANTING UNITED STATES' MOTION TO SUBSTITUTE ATTORNEY FOR SERVICE OF PROCESS**

Before the Court is the United States of America who moves to substitute John B. Snyder, III for the United States Attorney for service of process. The Court hereby **GRANTS** the motion.

PD 12-6-05

A05-0123--CV (RRB)
UNITED STATES ATTORNEY (USA)
D. HYMES
R. HYMES

J. SNYDER, III
C. HYMES RAYBURN

39