FILED
DEC 1 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ PO _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>United States of America</u>  v.  <u>Donald L. Hymes, et al.</u>

THE HONORABLE RALPH R. BEISTLINE

LAW CLERK                           CASE NO. <u>A05-0123 CV (RRB)</u>

<u>Marika Athens</u>                    DATE: December 12, 2005

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**

It is unclear as to whether Defendant Donald L. Hymes failed to file any tax returns for the relevant years, filed returns some of those years, or whether that issue is irrelevant for the purposes of the statute of limitations issue. The Court requests supplemental briefing concerning whether the Defendant filed any returns and the relevant law for that discussion.

The parties shall have until January 6, 2006 to file supplemental briefing on this issue.

PD 12-12-05

40