Donald Hymes
2340 Ravenwood
Fairbanks, Alaska
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

RECEIVED

JAN 0 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

Plaintiff

v.

Donald L. Hymes;
Rita M. Hymes;
Aurora Trust, Zena D. Hymes and Charla Hymes, Trustees;
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; Zena D. Hymes; and
Fairbanks North Star Borough

Defendants

A05-123-CV(JKS)

Motion to Clarify

**Comes now**, Donald Hymes (Hymes), without Assistance of
Counsel domiciled in the territorial boundaries of Alaska in
this Court that does not have cognizance of said Cases
arising under Article III of the Constitution of the United
States in Law and Equity exercising the judicial Power of

the United States under the authority of the United States.

There are several issues that Hymes requests clarification of Judge Beistline, as Judge Beistline's Office empowers and bestows a duty on him to be exercising the judicial power of the United States. One of the mandatory issues of exercising the judicial power of the United arising under Article III in Cases in Law and Equity under the authority of the United States is to declare the law. This has been held in adjudged decision of the Supreme Court of the United States in *Marbury v Madison*, 1 Cranch 137, 177 (1803), "[i]t is emphatically the province and duty of the judicial department to say what the law is."

Hymes would like Judge Beistline to declare the "taxpayer I.D" that Hymes is purported to use to pay any Individual Income Taxes. Hymes states that he does not have a Social Security Number in his true name, and also does deny that any such number is attached to Hymes in his proper person for identifying him as a "taxpayer."

Judge Beistline asked Hymes a question which needs clarification. First, arising under the adjudged decision of *Chrysler Corp. v. Brown*, 441 U.S. 281, 295-96, 301-03 (1979) it was held that only ***substantive regulations have the force and effect of law.***

So the question is, does Judge Beistline declare and hold to this decision of the Supreme Court of the United

States?

If Judge Beistline does hold to **substantive regulations** only having the force and effect of law, then the next question arises under the unambiguous language of 26 CFR § 6011, to wit:

**Sec.  6011. General requirement of return, statement, or list**

(a) General rule.--When required by regulations prescribed by the Secretary **any person made liable for any tax imposed by this title,** or **with respect to the collection thereof,** shall make a return or statement **according to the forms and regulations prescribed by the Secretary.   Every person required to make a return or statement shall include therein the information required by such forms or regulations.**

(b) Identification of taxpayer.--The Secretary is authorized to require such information with respect to persons subject to the taxes imposed by chapter 21 or chapter 24 as is necessary or helpful in securing proper identification of such persons. *[Emphasis added]*

Applying this unambiguous language, Hymes has found all of the **substantive regulations** and **forms** arising under this particular statute, and Hymes has determined that there is <u>no</u> **substantive regulation** and **form** that has application to him in his personal capacity, remembering that Hymes is not a citizen of the United States as used by Congress today in the Social Security Act (49 Stat 620) and has no knowledge of receiving any benefits in his **true name**, i.e. not some sort of Trust name that is similar.

Therefore. Hymes has included all of the **substantive regulations** and **forms arising under the unambiguous language of Congress of 26 U.S.C. § 6011 and the mandatory requirements of 5 U.S.C. § 552(a)(1).**

Hymes, therefore, is asking Judge Beistline to declare the particular **substantive regulation(s)** and **form(s)** that have application to Hymes, so that he can answer truthfully. Hymes is also sure that the UNITED STATES OF AMERICA (Congress), on behalf of the IRS, could also assist. When that declaration of the law is determined, then Hymes will be in a position to truthfully answer the question posed by Judge Beistline.

The following is the research that Hymes is proffering to Judge Beistline and the USA, if they so desire, to declare the specific regulations and forms that have application to Hymes, to wit:

In 26 U.S.C. § 6011 - General requirement of return, statement, or list, this Code section is quite extensive and the following are the substantive regulations with any forms available that have been approved by OMB in 26 CFR § 602.101 under the unambiguous language of Congress of § 6011, including 301 Procedural/Administrative Regulations even though they have no force and effect of law.

1.   26 CFR § 1.856-0 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts.

a.   There are no forms in 26 CFR § 602.101 for 26 CFR § 1.856-0.

2.   26 CFR § 1.856-1 - Regulated Investment Companies

*identification number.*

      b.   OMB 1545-0123 - Schedule PH (Form 1120)(FY) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

      c.   OMB 1545-0123 - Schedule M-3 (Form 1120) - Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More. *Employer identification number.*

      d.   OMB 1545-0123 - Schedule N (Form 1120) - Foreign Operations of U.S. Corporations. *Employer identification number.*

      e.   OMB 1545-0123 - Schedule H (Form 1120) - Section 280H Limitation for a personal Service Corporation (PSC). *Employer identification number.*

      f.   OMB 1545-0123 - Schedule D (Form 1120) - Capital Gains and Losses. *Employer identification number.*

      g.   OMB 1545-0123 - Form 1120 - U.S. Corporation Income Tax Return. *Employer identification number.*

    8.   26 CFR § 1.856-7 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Certain corporations, etc., that are considered to meet the gross income requirements.

      a.   OMB 1545-0123 - Schedule PH (Form 1120) - U.S. Personal Holding Company (PHC) Tax.

      b.   OMB 1545-0123 - Schedule PH (Form 1120)(FY) -

U.S. Personal Holding Company (PHC) Tax.

      c.    OMB 1545-0123 - Schedule M-3 (Form 1120) - Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More.

      d.    OMB 1545-0123 - Schedule N (Form 1120) - Foreign Operations of U.S. Corporations.

      e.    OMB 1545-0123 - Schedule H (Form 1120) - Section 280H Limitation for a personal Service Corporation (PSC).

      f.    OMB 1545-0123 - Schedule D (Form 1120) - Capital Gains and Losses.

      g.    OMB 1545-0123 - Form 1120 - U.S. Corporation Income Tax Return.  9.    26 CFR § 1.856-8 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Revocation or termination of election.

      a.    OMB 1545-0123 - Schedule PH (Form 1120) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

      b.    OMB 1545-0123 - Schedule PH (Form 1120)(FY) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

      c.    OMB 1545-0123 - Schedule M-3 (Form 1120) - Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More. *Employer identification*

and Real Estate Investment Trusts Real Estate Investment
Trusts - Definition of real estate investment trust.

    a.   There are no forms in 26 CFR § 602.101 for 26
CFR § 1.856-1.

   3.   26 CFR § 1.856-2 - Regulated Investment Companies
and Real Estate Investment Trusts Real Estate Investment
Trusts - Limitations.

    a.   OMB 1545-0123 - Schedule PH (Form 1120) -
U.S. Personal Holding Company (PHC) Tax. *Employer
identification number.*

    b.   OMB 1545-0123 - Schedule PH (Form 1120)(FY) -
U.S. Personal Holding Company (PHC) Tax. *Employer
identification number.*

    c.   OMB 1545-0123 - Schedule M-3 (Form 1120) -
Net Income (Loss) Reconciliation for Corporations With Total
Assets of $10 Million or More. *Employer identification
number.*

    d.   OMB 1545-0123 - Schedule N (Form 1120) -
Foreign Operations of U.S. Corporations. *Employer
identification number.*

    e.   OMB 1545-0123 - Schedule H (Form 1120) -
Section 280H Limitation for a personal Service Corporation
(PSC). *Employer identification number.*

    f.   OMB 1545-0123 - Schedule D (Form 1120) -
Capital Gains and Losses. *Employer identification number.*

g.   OMB 1545-0123 - Form 1120 - U.S. Corporation Income Tax Return. ***Employer identification number.***

h.   OMB 1545-1004 - Form 1020-REIT - U.S. Income Tax Return for Real Estate Investment Trusts. ***Employer identification number.***

4.   26 CFR § 1.856-3 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Definitions.

a.   There are no forms in 26 CFR § 602.101 for 26 CFR § 1.856-3.

5.   26 CFR § 1.856-4 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Rents from real property.

a.   There are no forms in 26 CFR § 602.101 for 26 CFR § 1.856-4.

6.   26 CFR § 1.856-5 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Interest.

a.   There are no forms in 26 CFR § 602.101 for 26 CFR § 1.856-5.

7.   26 CFR § 1.856-6 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Foreclosure property.

a.   OMB 1545-0123 - Schedule PH (Form 1120) - U.S. Personal Holding Company (PHC) Tax. ***Employer***

number.

      d.   OMB 1545-0123 - Schedule N (Form 1120) -
Foreign Operations of U.S. Corporations. *Employer
identification number.*

      e.   OMB 1545-0123 - Schedule H (Form 1120) -
Section 280H Limitation for a personal Service Corporation
(PSC). *Employer identification number.*

      f.   OMB 1545-0123 - Schedule D (Form 1120) -
Capital Gains and Losses. *Employer identification number.*

      g.   OMB 1545-0123 - Form 1120 - U.S. Corporation
Income Tax Return. *Employer identification number.*

10.  26 CFR § 1.857-1 - Regulated Investment Companies
and Real Estate Investment Trusts Real Estate Investment
Trusts - Taxation of real estate investment trusts.

      a.   There are no forms in 26 CFR § 602.101 for 26
CFR § 1.857-1.

11.  26 CFR § 1.857-2 - Regulated Investment Companies
and Real Estate Investment Trusts Real Estate Investment
Trusts - Real estate investment trust taxable income and net
capital gain.

      a.   There are no forms in 26 CFR § 602.101 for 26
CFR § 1.857-2.

12.  26 CFR § 1.857-3 - Regulated Investment Companies
and Real Estate Investment Trusts Real Estate Investment
Trusts - Net income from foreclosure property.

a.    There are no forms in 26 CFR § 602.101 for 26 CFR § 1.857-3.

13.  26 CFR § 1.857-4 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Tax imposed by reason of the failure to meet certain source-of-income requirements.

a.    There are no forms in 26 CFR § 602.101 for 26 CFR § 1.857-4.

14.  26 CFR § 1.857-6 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Method of taxation of shareholders of real estate investment trusts.

a.    There are no forms in 26 CFR § 602.101 for 26 CFR § 1.857-6.

15.  26 CFR § 1.857-7 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Earnings and profits of a real estate investment trust.

a.    There are no forms in 26 CFR § 602.101 for 26 CFR § 1.857-7.

16.  26 CFR § 1.857-8 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Records to be kept by a real estate investment trust.

a.    OMB 1545-0123 - Schedule PH (Form 1120) - U.S.

Personal Holding Company (PHC) Tax.

b.    OMB 1545-0123 - Schedule PH (Form 1120)(FY) -
U.S. Personal Holding Company (PHC) Tax.

c.    OMB 1545-0123 - Schedule M-3 (Form 1120) -
Net Income (Loss) Reconciliation for Corporations With Total
Assets of $10 Million or More.

d.    OMB 1545-0123 - Schedule N (Form 1120) -
Foreign Operations of U.S. Corporations.

e.    OMB 1545-0123 - Schedule H (Form 1120) -
Section 280H Limitation for a personal Service Corporation
(PSC).

f.    OMB 1545-0123 - Schedule D (Form 1120) -
Capital Gains and Losses.

g.    OMB 1545-0123 - Form 1120 - U.S. Corporation
Income Tax Return.

17.  26 CFR § 1.857-9 - Regulated Investment Companies
and Real Estate Investment Trusts Real Estate Investment
Trusts - Information required in returns of shareholders.

a.    OMB 1545-0074 - Schedules A&B (Form 1040) -
Schedule A - Itemized deductions. *Social Security Number
Required.*

b.    OMB 1545-0074 - Form 1040 ES - Estimated Tax
for Individuals - Payment Voucher (1-4). *Social Security
Number Required.*

c.    OMB 1545-0074 - Form 8901 - Information on

Qualifying Children Who Are Not Dependents. *Social Security Number Required.*

       d.    OMB 1545-0074 - Form 8615 - Tax for Children Under Age 14 With Investment Income of More Than $1,600. *Social Security Number Required.*

       e.    OMB 1545-0074 - Form 8828 - Recapture of Federal Mortgage Subsidy. *Social Security Number Required.*

       f.    OMB 1545-0074 - Form 8889 - Health Savings Accounts (HSAs). *Social Security Number Required.*

       g.    OMB 1545-0074 - Form 8839 - Qualified Adoption Expenses. *Social Security Number Required.*

       h.    OMB 1545-0074 - Form 8859 - District of Columbia First-Time Homebuyer Credit. *Social Security Number Required.*

       i.    OMB 1545-0074 - Schedule 2 (Form 1040A) - Child and Dependent Care Expenses for Form 1040A Filers. *Social Security Number Required.*

       j.    OMB 1545-0074 - Form 1040-V - Payment Voucher. *Social Security Number Required.*

       k.    OMB 1545-0074 - Schedule J (Form 1040) - Income Averaging for Farmers and Fishermen. *Social Security Number Required.*

       l.    OMB 1545-0074 - Form 2442 - Child and Dependent Care Expenses. *Social Security Number Required.*

m.    OMB 1545-0074 - Schedule C (Form 1040) - Profit or Loss From Business. *Social Security Number Required.*

n.    OMB 1545-0074 - Schedule R (Form 1040) - Credit for the Elderly or the Disabled. *Social Security Number Required.*

o.    OMB 1545-0074 - Form 8829 - Expenses for Business Use of your Home. *Social Security Number Required.*

p.    OMB 1545-0074 - Form 2106 - Employee Business Expenses. *Social Security Number Required.*

q.    OMB 1545-0074 - Schedule EIC (Form 1040A or 1040) - Earned Income Credit. *Social Security Number Required.*

r.    OMB 1545-0074 - Schedule D-1 - Continuation Sheet for Schedule D. *Social Security Number Required.*

s.    OMB 1545-0074 - Schedule D - Capital Gains and Losses. *Social Security Number Required.*

t.    OMB 1545-0074 - Schedule 3 (Form 1040A) - Credit for the Elderly or the Disabled for Form 1040A Filers. *Social Security Number Required.*

u.    OMB 1545-0074 - Form 2120 - Multiple Support Declaration. *Social Security Number Required.*

v.    OMB 1545-0074 - Form 2555-EZ - Foreign Earned Income Exclusion. *Social Security Number Required.*

w.    OMB 1545-0074 - Form 8891 - U.S. Information Return for Beneficiaries of Certain Canadian Registered Retirement Plans. *Social Security Number Required or individual Taxpayer identification number (ITIN).*

y.    OMB 1545-0074 - Form 673 - Statement for Claiming Exemption From Withholding on Foreign Earned Income Eligible for the Exclusion(s), provided by Section 911. *Social Security Number Required.*

z.    OMB 1545-0074 - Form 8847 - Credit for Contributions to Selected Community Development Corporations.   [Identifying number]

aa.    OMB 1545-0074 - Form 5074 - Allocation of Individual Income Tax to Guam or the Commonwealth of the Northern Mariana Islands (CNMI). *Social Security Number Required.*

bb.    OMB 1545-0074 - Form 8853 - Archer MSAs and Long-Term Care Insurance Contracts. *Social Security Number Required.*

cc.    OMB 1545-0074 - Form 1040X - Amended U.S. Individual Income Tax Return. *Social Security Number Required.*

dd.    OMB 1545-0074 - Form 1040A - U.S. Individual Income Tax Return. *Social Security Number Required.*

ee.    OMB 1545-0074 - Form 8880 - Credit for Qualified Retirement Savings Contributions.    *Social Security*

*Number Required.*

ff.  OMB 1545-0074 - Schedule C-EZ (Form 1040) - Net Profit From Business. *Social Security Number Required.*

gg.  OMB 1545-0074 - Schedule F (Form 1040) - Profit or Loss From Farming. *Social Security Number Required.*

hh.  OMB 1545-0074 - Schedule E (Form 1040) - Supplemental Income and Loss.  *Social Security Number Required.*

ii.  OMB 1545-0074 - Schedule SE (Form 1040) - Self-Employment Tax. *Social Security Number Required.*

jj.  OMB 1545-0074 - Form 1040EZ - Income Tax Return for Single and Joint Filers With No Dependents. *Social Security Number Required.*

kk.  OMB 1545-0074 - Form 4563 - Exclusion of Income for Bona Fide Residents of American Samoa.  *Social Security Number Required.*

ll.  OMB 1545-0074 - Form 8914 - Exemption Amount for Taxpayers Housing Individuals Displaced by Hurricane Katrina.  *Social Security Number Required.*

mm.  OMB 1545-0074 - Form 4852 - Substitute for Form W-2, Wage and Tax Statement, or Form 1099-R, Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRSs, Insurance Contracts, etc. *Social Security Number Required.*

nn.  OMB 1545-0074 - Form 8838 - Consent to Extend the Time To Assess Tax Under Section 367-Gain Recognition Agreement. ***Social Security Number Required for Individuals.***

oo.  OMB 1545-0074 - Form 8846 - Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips.  [Identifying number]

pp.  OMB 1545-0074 - Form 4868(SP) - Application for Automatic Extension of Time to File U.S. Individual Income Tax Return (Spanish Version). ***Social Security Number Required.***

rr.  OMB 1545-0074 - Form 4868 - Application for Automatic Extension of Time to File U.S. Individual Income Tax Return. ***Social Security Number Required.***

ss.  OMB 1545-0074 - Form 8453-OL - U.S. Individual Income Tax Declaration for an IRS *e-file* Online Return. ***Social Security Number Required.***

tt.  OMB 1545-0074 - Form 8878 - IRS *e-file* Signature Authorization for Application for Extension of Time to File. ***Social Security Number Required.***

uu.  OMB 1545-0074 - Form 8815 - Exclusion of Interest From Series EE and I U.S. Savings Bonds Issued After 1989. ***Social Security Number Required.***

vv.  OMB 1545-0074 - Form 8586 - Low-Income Housing Credit.  [Identifying number]

ww.  OMB 1545-0074 - Form 8830 - Enhanced Oil

Recovery Credit.  [Identifying number]

      xx.  OMB 1545-0074 - Form 8860 - Qualified Zone Academy Bond Credit.  [Employer Identification number]

      yy.  OMB 1545-0074 - Form 8881 - Credit for Small Employer Pension Plan Startup Costs.  [Identifying number]

      zz.  OMB 1545-0074 - Form 4835 - Farm Rental Income and Expenses. ***Social Security Number Required.***

      aaa. OMB 1545-0074 - Form 8826 - Disabled Access Credit.  [Identifying number]

      bbb. OMB 1545-0074 - Form 8820 - Orphan Drug Credit.  [Identifying number]

      ccc. OMB 1545-0074 - Form 8882 - Credit for Employer-Provided Childcare Facilities and Services. [Identifying number]

      ddd. OMB 1545-0074 - Form 8834 - Qualified Electric Vehicle Credit.  [Identifying number]

      eee. OMB 1545-0074 - Form W-4 (2006) - Employee's Withholding Allowance Certificate. ***Social Security Number Required.***

      fff. OMB 1545-0074 - Form W-4S - Request for Federal Income Tax Withholding From Sick Pay. ***Social Security Number Required.***

      eee. OMB 1545-0074 - Form 4137 - Social Security and Medicare Tax on Unreported Tip Income. ***Social Security Number Required.***

fff. OMB 1545-0074 - Form 8840 - Closer Connection Exception Statement for Aliens.  [U.S. Taxpayer Identification Number if any]

ggg. OMB 1545-0074 - Form W-5 - Earned Income Credit Advance Payment Certificate. *Social Security Number Required.*

hhh. OMB 1545-0074 - Form W-4P - Withholding Certificate for Pension or Annuity Payments. *Social Security Number Required.*

iii. OMB 1545-0074 - Form 8879 - IRS *e-file* Signature Authorization. *Social Security Number Required.*

jjj. OMB 1545-0074 - Form 4970 - Tax on Accumulation Distribution of Trusts. *Social Security Number Required.*

kkk. OMB 1545-0074 - Form 8822 - Change of Address. *Social Security Number Required.*

lll. OMB 1545-0074 - Form 8453 - U.S. Individual Income Tax Declaration for an IRS *e-file* Return. *Social Security Number Required.*

mmm. OMB 1545-0074 - Form 8689 - Allocation of Individual Income Tax to the Virgin Islands. *Social Security Number Required.*

nnn. OMB 1545-0074 - Form 3903 - Moving Expenses. *Social Security Number Required.*

ooo. OMB 1545-0074 - Form 8812 - Additional Child Tax Credit. *Social Security Number Required.*

ppp. OMB 1545-0074 - Form 1040 - U.S. Individual Income Tax Return. *Social Security Number Required.*

rrr. OMB 1545-0074 - Form 1310 - Statement of Person Claiming Refund Due a Deceased Taxpayer. *Social Security Number Required.*

sss. OMB 1545-0074 - Form 8396 - Mortgage Interest Credit. *Social Security Number Required.*

ttt. OMB 1545-0074 -  Form 2555 - Foreign Earned Income. *Social Security Number Required.*

uuu. OMB 1545-0074 - Form W-5 (SP) - Earned income Credit Advance Payment Certificate (Spanish Version). *Social Security Number Required.*

vvv. OMB 1545-0074 - Form 2350 - Application for Extension of Time to File U.S. Income Tax Return (Spanish Version). *Social Security Number Required.*

www. OMB 1545-0074 - Form 8843 - Statement for Exempt Individuals and Individuals With a Medical Condition. [U.S. Taxpayer Identifying Number if any]

xxx. OMB 1545-0074 - Form 8453(SP) - U.S. Individual Income Tax Declaration for an IRS *e-file* Return (Spanish Version). *Social Security Number Required.*

yyy. OMB 1545-0074 - Form 8453 - OL (SP) - U.S. Individual Income Tax Declaration for an IRS *e-file* Online

Return (Spanish Version).  *Social Security Number Required.*

zzz. OMB 1545-0074 - IRS *e-file* Signature Authorization for Application for Extension of Time to File. (Spanish Version).  *Social Security Number Required.*

aaaa. OMB 1545-0074 - Form 4361 - Application for Exemption From Self-Employment Tax for Use by Ministers, Members of Religious Orders and Christian Science Practitioners.  *Social Security Number Required.*

bbbb. OMB 1545-0074 - Form 2210-F - Underpayment of Estimated Tax by Farmers and Fishermen.  [Identifying number - line 16 excess Social Security]

cccc. OMB 1545-0074 - Form 1040-ES(E) - U.S. Estimated Tax for Individuals.  [NSSN]

dddd. OMB 1545-0074 - Form 8885 - Health Coverage Tax Credit.  *Social Security Number Required.*

eeee. OMB 1545-0074 - Form W-7 - Application for IRS Individual Taxpayer Identification Number. [Can't have SSN and use this form]

ffff. OMB 1545-0074 - Form 970 - Application to Use LIFO Inventory Method. [Filer's identification number can be SSN].

gggg. OMB 1545-0074 - Form 8844 - Empowerment Zone and Renewal Community Employment Credit.  [NSSN]

hhhh. OMB 1545-0074 - Form 8845 - Indian Employment Credit.  [Identifying number required]

6011 in 26 CFR, Ch. I, Subch. C, Pt 40.

    a.   There are no forms in 26 CFR § 602.101 for 26 CFR § 40.6011(a)-2.

    29.  26 CFR 55.6011-1 - Excise Tax on Real Estate Investment Trusts and Regulated Investment Companies - Subpart C - Procedure and Administration.  Authorities in 26 CFR, Ch. I, Subch. D, Pt. 55.

    a. OMB 1545-0123 - Schedule PH (Form 1120) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

    b. OMB 1545-0123 - Schedule PH (Form 1120)(FY) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

    c. OMB 1545-0123 - Schedule M-3 (Form 1120) - Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More. *Employer identification number.*

    d. OMB 1545-0123 - Schedule N (Form 1120) - Foreign Operations of U.S. Corporations. *Employer identification number.*

    e. OMB 1545-0123 - Schedule H (Form 1120) - Section 280H Limitation for a personal Service Corporation (PSC). *Employer identification number.*

    f. OMB 1545-0123 - Schedule D (Form 1120) - Capital Gains and Losses. *Employer identification number.*

b. OMB 1545-0035 - Form 943 - Employer's Annual Federal Tax Return for Agricultural Employees. *Employer identification number required (EIN) - Wages subject to Social Security Tax in Line 3.*

c. OMB 1545-0035 - Form 943 PR - Employer's Annual Federal Tax Return for Agricultural Employees (Puerto Rican Version). *Employer identification number required (EIN) - Wages subject to Social Security Tax in Line 3.*

d. OMB 1545-0035 - Form 943A - Agricultural Employer's Record of Federal Tax Liability. *Employer identification number required (EIN) - used to report income tax withheld plus both employee and employer social security and Medicare taxes.*

e. OMB 1545-0035 - Form 943A - PR - Agricultural Employer's Record of Federal Tax Liability (Puerto Rican Version). *Employer identification number required (EIN) - used to report income tax withheld plus both employee and employer social security and Medicare taxes.*

f. OMB 1545-0718 - Form 941-M - Employer's Monthly Federal Tax Return. *Employer identification number Required - includes taxable social security wages.*

g.    OMB 1545-1413 - There is no form.

28.    26 CFR 40.6011(a)-2 - Excise Tax Procedural Regulations - Final returns.  Authority is under 26 U.S.C. §

liability

        a. OMB 1545-0010 - Form W-4 - Employee's Withholding Allowance. *Social Security Number Required.*

    25.  26 CFR § 31.3402(q)-1 - Employment Taxes and Collection of Income Tax at Source Subpart E - Collection of Income Tax at Source - Extension of withholding to certain gambling winnings.

        a. OMB 1545-0238- Form W-2G - Certain Gambling Winnings.  [Winner's taxpayer identification no. required.]

        b. OMB 1545-0239 - Form 5754 - Statement by Person(s) Receiving Gambling Winnings. *Social Security Number Required or Employer identification number Required or individual taxpayer identification Required.*

    26.  26 CFR § 31.6011(a)-3A - Administrative Provisions of Special Application to Employment Taxes (Selected Provisions of Subtitle F, Internal Revenue Code of 1954) - Returns of the railroad unemployment repayment tax.

        a.  There are no forms in 26 CFR § 602.101 for 26 CFR § 31.6011(a)-3A.

    27.  26 CFR § 31.6011(a)-4 - Administrative Provisions of Special Application to Employment Taxes (Selected Provisions of Subtitle F, Internal Revenue Code of 1954) - Returns of income tax withheld.  Authority:  26 U.S.C. § 6011 in 26 CFR, Ch. I, Subch. C, Pt. 31.

        a. OMB 1545-0034 - There is no form available.

   d. OMB 1545-0123 - Schedule N (Form 1120) -
Foreign Operations of U.S. Corporations. *Employer
identification number.*

   e. OMB 1545-0123 - Schedule H (Form 1120) -
Section 280H Limitation for a personal Service Corporation
(PSC). *Employer identification number.*

   f. OMB 1545-0123 - Schedule D (Form 1120) -
Capital Gains and Losses. *Employer identification number.*

   g. OMB 1545-0123 - Form 1120 - U.S. Corporation
Income Tax Return. *Employer identification number.*

   23.  26 CFR § 1.6011-4T - Does not exist.

   24.  26 CFR § 31.3402(f)(2)-1 - Employment Taxes and
Collection of Income Tax at Source Subpart E - Collection of
Income Tax at Source - Withholding exemption certificates.

   a. OMB 1545-0010 - Form W-4 - Employee's
Withholding Allowance Certificate. *Social Security Number
Required.*

   b. OMB 1545-0010 - Form W-4 - Employee's
Withholding Allowance Certificate (Spanish Version). *Social
Security Number Required.*

   c. OMB 1545-0410 - There are no forms for the OMB
number.

   25.  26 CFR § 31.3402(n)-1 - Employment Taxes and
Collection of Income Tax at Source Subpart E - Collection of
Income Tax at Source -  Employees incurring no income tax

h. OMB 1545-0902 - Form 8288-A - Statement of Withholding on Dispositions by Foreign Persons of U.S. Real Property Interests. *Social Security Number Required (TIN), employer identification number (EIN) or IRS individual taxpayer identification number (ITIN).*

i. OMB 1545-0902 - Form 8288-A - Statement of Withholding on Dispositions by Foreign Persons of U.S. Real Property Interests. *Social Security Number Required (TIN), employer identification number (EIN) or IRS individual taxpayer identification number (ITIN).*

22. 26 CFR § 1.897-3 - Tax Bases On Income From Sources Within or Without the United States Nonresident Aliens and Foreign Corporations Miscellaneous Provisions - Election by foreign corporation to be treated as a domestic corporation under section 897(i).

a. OMB 1545-0123 - Schedule PH (Form 1120) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

b. OMB 1545-0123 - Schedule PH (Form 1120)(FY) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

c. OMB 1545-0123 - Schedule M-3 (Form 1120) - Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More. *Employer identification number.*

CFR § 1.897-1.

21. 26 CFR § 1.897-2 - Tax Bases On Income From Sources Within or Without the Untied States Nonresident Aliens and Foreign Corporations Miscellaneous Provisions - United States real property holding corporations.

a. OMB 1545-0123 - Schedule PH (Form 1120) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

b. OMB 1545-0123 - Schedule PH (Form 1120)(FY) - U.S. Personal Holding Company (PHC) Tax. *Employer identification number.*

c. OMB 1545-0123 - Schedule M-3 (Form 1120) - Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More. *Employer identification number.*

d. OMB 1545-0123 - Schedule N (Form 1120) - Foreign Operations of U.S. Corporations. *Employer identification number.*

e. OMB 1545-0123 - Schedule H (Form 1120) - Section 280H Limitation for a personal Service Corporation (PSC). *Employer identification number.*

f. OMB 1545-0123 - Schedule D (Form 1120) - Capital Gains and Losses. *Employer identification number.*

g. OMB 1545-0123 - Form 1120 - U.S. Corporation Income Tax Return. *Employer identification number.*

Personal Holding Company (PHC) Tax. **_Employer identification number._**

     b. OMB 1545-0123 - Schedule PH (Form 1120)(FY) - U.S. Personal Holding Company (PHC) Tax. **_Employer identification number._**

     c. OMB 1545-0123 - Schedule M-3 (Form 1120) - Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More. **_Employer identification number._**

     d. OMB 1545-0123 - Schedule N (Form 1120) - Foreign Operations of U.S. Corporations. **_Employer identification number._**

     e. OMB 1545-0123 - Schedule H (Form 1120) - Section 280H Limitation for a personal Service Corporation (PSC). **_Employer identification number._**

     f. OMB 1545-0123 - Schedule D (Form 1120) - Capital Gains and Losses. **_Employer identification number._**

     g. OMB 1545-0123 - Form 1120 - U.S. Corporation Income Tax Return. **_Employer identification number._**

    20.  26 CFR § 1.897-1 - Tax Bases On Income From Sources Within or Without the Untied States Nonresident Aliens and Foreign Corporations Miscellaneous Provisions - Taxation of foreign investment in United States real property interests, definition of terms.

     a. There are **<u>no</u>** forms in 26 CFR § 602.101 for 26

ssss. OMB 1545-0074 - Form 8814 - Parents' Election To Report Child's Interest and Dividends. *Social Security Number Required.*

tttt. OMB 1545-0074 - Form 9465-SP - Installment Agreement Request (Spanish Version). *Social Security Number Required.*

uuuu. OMB 1545-0074 - Form 8879 (SP) - IRS *e-file* Signature Authorization (Spanish Version) *Social Security Number Required.*

vvvv. OMB 1545-0074 - Form 8836 (SP) - Qualifying Children Residency Statement (Spanish Version) *Social Security Number Required.*

wwww. OMB 1545-0074 - Form 8836 - Qualifying Children Residency Statement. *Social Security Number Required.*

18.  26 CFR § 1.857-10 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Information returns.

a.  There are no forms in 26 CFR § 602.101 for 26 CFR § 1.857-10.

19.  26 CFR § 1.858-1 - Regulated Investment Companies and Real Estate Investment Trusts Real Estate Investment Trusts - Dividends paid by a real estate investment trust after close of taxable year.

a. OMB 1545-0123 - Schedule PH (Form 1120) - U.S.

iiii. OMB 1545-0074 - Form 2106-EZ - Unreimbursed Employee Business Expenses. *Social Security Number Required.*

jjjj. OMB 1545-0074 - Form 8861 - Welfare-to-Work Credit. [Identifying number - Qualified Wages of SS Act.]

kkkk. OMB 1545-0074 - Form 8824 - Like-Kind Exchanges. *Social Security Number Required.*

llll. OMB 1545-0074 - Form 8874 - New Markets Credit. [Identifying number]

kkkk. OMB 1545-0074 - Form 2350 - Application for Extension of Time to File U.S. Income Tax Return. *Social Security Number Required.*

llll. OMB 1545-0074 - Form 6781 - Gains and Losses From Section 1256 Contracts and Straddles. [Identifying number]

mmmm. OMB 1545-0074 - Form 4972 - Tax on Lump-Sum Distributions. [Identifying number]

nnnn. OMB 1545-0074 - Form 9465 - Installment Agreement Request. *Social Security Number Required.*

oooo. OMB 1545-0074 - Form 4136 - Credit for Federal Tax Paid on Fuels. [Taxpayer identification number]

pppp. OMB 1545-0074 - Form 6252 - Installment Sale Income. [Identifying number]

rrrr. OMB 1545-0074 - Form 4952 - Investment Interest Expense Deduction. [Identifying number]

g. OMB 1545-0123 - Form 1120 - U.S. Corporation

Income Tax Return. **_Employer identification number._**

h. OMB 1545-0999 - There is no form.

i. OMB 1545-1016 - Form 8613 - Return of Excise

Tax on Undistributed Income of Regulated Investment

Companies. **_Employer identification number required._**

30.  26 CFR § 157.6011-1  - Excise Tax on Structured

Settlement Factoring Transactions - Subpart B - Procedure

and Administration - General requirement of return,

statement, or list.  Authority is in 26 U.S.C. § 6011 in 26

CFR, Ch. I, Subch. D, Pt. 157.

a. OMB - 1545-1824 - There is no form.

31.  26 CFR § 301.6011-2 - Procedure and Administration

Information and Returns  -Returns and Records - Tax Returns

or Statements - General Requirement - Required use of

magnetic media.  Authority under 26 U.S.C. § 6011(e) in 26

CFR, Ch. I, Subch, F, Pt. 301.

a.    OMB - 1545-0225 - There is no form.

b.    OMB - 1545-0350 - There is no form.

c.    OMB - 1545-0387 - Form 4419 - Application for

Filing Information returns Electronically/Magnetically.

**_Employer Identification Number (EIN) Requested - W-2 Forms
sent to Social Security Administration._**

d.    OMB - 1545-0441 - Form 6559 - Transmitter

Report and Summary of Magnetic Media.  **_Employer_**

*Identification Number Requested (EIN) - all sorts of Social*
*Security Wages, W-2, etc information.*

     e.   OMB - 1545-0957 - Request for Waiver From
Filing Information Returns Electronically/Magnetically.
*Taxpayer Identification Number (TIN) or Employer*
*Identification Number (EIN) or Social Security Number (SSN)*
*Requested.*

    32.  26 CFR § 301.6011-3 - Procedure and Administration
Information and Returns - Returns and Records - Tax Returns
or Statements - General Requirement - Required use of
magnetic media for partnership returns.  Authority under 26
U.S.C. § 6011 in 26 CFR, Ch. I, Subch, F, Pt. 301.

     a.   There are no forms in 26 CFR § 602.101 for 26
CFR § 301.6011-3.

    33.  26 CFR § 301.6011-5T - Procedure and
Administration Information and returns- Returns and Records
- Tax Returns or Statements - General Requirement - required
use of magnetic media for corporate income tax returns
(temporary). Authority under 26 U.S.C. § 6011 in 26 CFR, Ch.
I, Subch, F, Pt. 301.

     a.   There are no forms in 26 CFR § 601.101 for 26
CFR § 301.6011-5T.

    34.  27 CFR § 17.32 - Drawback on Tax-paid Distilled
Spirits Used in Manufacturing Non-beverage Products -
Subpart C - Special Tax - Special tax Returns - Completion

of ATF Form 5630.5.

35.   27 CFR § 194.104 - Liquor Dealers - Subpart H - Payment of Special Tax Filing of Return and payment of Special Tax - Time for filing return.

36.   27 CFR § 194.106 - Liquor Dealers - Subpart H - Payment of Special Tax - Special Tax Return, Form 5630.5.

37.   27 CFR § 194.136 - Liquor Dealers - Subpart I - Special Tax Stamps - Stamps for Incorrect Period or Incorrect Liability - General.

*Therefore*, Hymes will await the declaration of the specific *substantive regulations* and *forms* so that he may truthfully answer the question posed by Judge Beistline.

Hymes has now, and always had, the intention of paying all taxes of the Internal Revenue Service that arise under the Constitution of the United States and the Law of the United States.

Dated: January___6 *TH*___2006

Donald Louis Hymes

**Certificate of Service**

A true and correct copy of
KMOTION FOR CLARIFICATION
has been mailed first class via USPS, postage
prepaid, to the following parties, to wit:

Timothy M. Burgess
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
907-456-0245

John B. Snyder
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
202-307-6548

Date : January, _____6th_____ 2006


Rita MariNa Hymes