Donald Hymes
2340 Ravenwood
Fairbanks, Alaska
907-479-6922

RECEIVED

JAN 1 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

Plaintiff

v.

Donald L. Hymes;
Rita M. Hymes;
Aurora Trust, Zena D. Hymes and Charla Hymes, Trustees;
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; Zena D. Hymes; and
Fairbanks North Star Borough

Defendants

A05-123-CV

COMES NOW the defendant, Donald Louis Hymes (Hymes) and asks
this court for an extension of time to answer the

*'UNITED STATES' SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTIONS*

*TO DISMISS*

for the following reason:

Plaintiff's above referenced filing did not include page 4.

Hymes made a number of calls to secure said 'missing' page

page  today, January 11, 2006.

WHEREFORE Hymes requests  an extension of time to January

23, 2006  to file his response.

Hymes would also request that the court order plaintiff to

be more diligent, in the future, in assuring that **all** pages

be included in the copies of its filings as presented  to

the defendants.


Dated:  January  //   2006


.
Respectfully submitted


Donald Louis Hymes

## Certification

This document and said attachments
have been mailed first class via
USPS to the following parties, to
wit:

Timothy M. Burggess
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
907-456-0245

John B. Snyder
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
202-307-6548

Date _____

_____
Signature