Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

RECEIVED JAN 23 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

Plaintiff

v.

Donald Louis Hymes;
Rita Marina Hymes;
Aurora Trust, Zena D. Hymes and Charla Hymes, Trustees;
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; Zena D. Hymes; and
Fairbanks North Star Borough

Defendants

A05-123-CV(RRB)

Motion to Accept Late Filing and Motion to Reconsider

*Comes now*, Donald Louis Hymes (Hymes), without Assistance of Counsel, domiciled in the territorial boundaries of Alaska with special and restricted appearance, does proffer this Motion to Accept Late Filing and Motion to Reconsider.

As Judge Beistline's ORDER of January 12, 2006 did not arrive in the Post in Fairbanks until after the five (5) days had already expired pursuant to Local Rule 7.1(l),

denying Hymes Due Process of Law.

***Therefore***,

**First**, Hymes does Motion this *court* to accept said late filing. *Impotentia excusat legem.*

**Second**, from the ORDER at Docket 40, Judge Beistline did, in said ORDER, request from Hymes, to wit: "The **Court** requests supplemental briefing concerning whether the Defendant filed any **returns** and the **relevant law** for that discussion." ***[Emphasis added]***

Hymes responded, as recorded in Docket 42, by requesting a ruling of the Law and to which *Return* Judge Beistline was requesting information, by supplying the applicable (relevant) Law to which Judge Beistline responded in the ORDER at Docket 42, to wit: "Hymes' Motion to Clarify is DENIED because it concerns the **tax forms applicable to him** and is without relevance to the Motions to Dismiss or Motion to Strike." ***[Emphasis added]***

So that Hymes understands said ORDER, therefore it is **HELD** by **this Court** that **all forms in Hymes' Motion to Clarify** have application to Hymes and also that all **relevant law provided by Hymes is correct**; and,

**And further**, said "Court" at Docket 40, arises under Article III of the Constitution of the United States for all Cases in Law and Equity under the authority of the United

States exercising the judicial Power of the United States; and,

**And further**, Judge Beistline has entered the Office in said District Court of the United States as a judicial Officer of the United States arising under the appointment of the President of the United States in Article II section 2 with a Civil Commission under the President's signature under the seal of the United States by the Secretary of the State of the United States on file as a public Record with the approval of the Congress of the United States of America assembled; and,

**And further**, said Judge Beistline has a sworn and subscribed Oath of Office as an Officer of the United States, arising under Article VI of the Constitution of the United States, the Law of the United States in 1 Stat 23, and the Law of the United States in 1 Stat 76 of the Judiciary Act of 1789 Section 8 as lawfully amended.

**Third**, in Judge Beistline's ORDER at Docket 40 page 4, to wit: "However, the United States of America does have constitutionally-granted powers and has properly alleged offenses against the Defendants. The Court does not recognize a distinction between the 'United States of America' and the 'United States.'"

**Therefore**, so that Hymes understands said ORDER in Docket 40 with the same Court as defined *supra.*, it is HELD

by said Court that the "THE UNITED STATES OF AMERICA" in the Articles of Confederation is the same as the "UNITED STATES OF AMERICA" and the "United States of America" in this instant Case; and,

*And further*, that the "United States" in the "Constitution of the United States" is the same "United States" HELD by this Court in this instant Case; and,

*And further*, that the "United States" in the "Constitution of the United States" and "THE UNITED STATES OF AMERICA" in the Articles of Confederation are exactly the same; and,

*And further*, this same "United States of America" has constitutionally-granted powers, which are not disclosed, arising under the "Constitution of the United States."

Are these constitutionally-granted powers arising under the "Constitution of the United States" or some other constitution, and as Hymes is very unclear on said HOLDING by the "Court."; and,

*And further*, or is this purported constitutional power under the "Constitution of the United States of America", wherein the status of the people is as a "citizen of the United States" wherein Congress has plenary power as in the territories and possessions and all of the said "citizens of the United States" have a Social Security Number with no vested rights trapped to receive a purported gratuity i.e.

benefit as "rights created against the United State for Individuals"?

Hymes DENIES said ORDER in total and Motions the "Court" for a finding of fact and conclusions of Law so that Hymes can understand said issues HELD by the "Court."

Date: 1/20/06

Respectfully submitted,

Donald Louis Hymes

### Certificate of Service

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Timothy M. Burgess
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
907-456-0245

John B. Snyder
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
202-307-6548

Date : 20 January, 2006

Rita MariNa Hymes