UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> HYMES, et al. </u>

DATE:  <u>  January 25, 2006  </u>    CASE NO.   <u>  3:05-cv-0123 RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
REGARDING RECONSIDERATION**

---

The Court is in receipt of Defendant Hymes' Motion to Accept Late Filing and Motion to Reconsider (Docket 45). According to the date the Order at Docket 43 was served on Defendant Hymes by mail (Fed. R. Civ. P. 6), the Motion to Reconsider was timely filed on January 23, 2006.

Therefore, pursuant to D. Ak. LR 59.1(d), Plaintiff has until the close of business on **February 10, 2006,** to file a response to Defendants' motion, after which the Court will take the matter under advisement.

ORDER GRANTING RECONSIDERATION