DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JOHN B. SNYDER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil No. A05-0123-CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' MOTION TO EXTEND |
| | ) TIME FOR SERVICE OF PROCESS ON |
| DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH, | ) ZENA D. HYMES |
| Defendants. | ) |

The United States of America, by its undersigned counsel, hereby moves this Court for an Order extending its time to serve defendant Zena D. Hymes for sixty (60) days, to and including March 28, 2006.

//

A memorandum in support of this motion is attached.

DATED this 26th day of January, 2006.

          Respectfully submitted,

          DEBORAH M. SMITH
          Acting United States Attorney

          s/ John B. Snyder, III
          JOHN B. SNYDER, III
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 683
          Ben Franklin Station
          Washington, D.C.  20044
          Telephone: (202) 307-6548

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on January 26th, 2006:

| Donald L. Hymes | Rita M. Hymes | Charla A. Hymes |
| --- | --- | --- |
| 2340 Ravenwood | 2340 Ravenwood | 2340 Ravenwood |
| Fairbanks, Alaska 99709 | Fairbanks, Alaska 99709 | Fairbanks, Alaska 99709 |
| | | |
| Aurora Trust | Aurora Trust | Sunshine Trust |
| Charla A. Hymes, Trustee | Zena D. Hymes, Trustee | Rita M. Hymes, Trustee |
| 2340 Ravenwood | P.O. Box 61219 | 2340 Ravenwood |
| Fairbanks, Alaska 99709 | Fairbanks, Alaska 99706 | Fairbanks, Alaska 99709 |
| | | |
| Zena D. Hymes | Fairbanks Northstar Borough | |
| P.O. Box 61219 | P.O. Box 71267 | |
| Fairbanks, Alaska 99706 | Fairbanks, Alaska 99707 | |

s/ John B. Snyder, III