DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JOHN B. SNYDER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548

```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF ALASKA


UNITED STATES OF AMERICA           )
                                   )Civil No. A05-0123-CV (RRB)
          Plaintiff,               )
                                   )
     v.                            )MEMORANDUM IN SUPPORT OF UNITED
                                   )STATES' MOTION TO EXTEND TIME
DONALD L. HYMES; RITA M.           )FOR SERVICE OF PROCESS ON ZENA
HYMES; AURORA TRUST, ZENA D.       )D. HYMES
HYMES AND CHARLA HYMES             )
TRUSTEES; SUNSHINE TRUST, RITA     )
M. HYMES, TRUSTEE; ZENA D.         )
HYMES; CHARLA HYMES; AND           )
FAIRBANKS NORTH STAR BOROUGH,      )
                                   )
          Defendants.              )
                                   )
_____)
```

The United States of America, by its undersigned counsel, hereby moves this Court for an Order extending its time to serve defendant Zena D. Hymes for sixty (60) days, to and including March 28, 2006. The United States submits the following in support of its motion:

1.   This is an action to reduce federal tax assessments made against Donald L. Hymes to judgment and to foreclose federal tax liens on real property.  The Complaint in this matter was filed on June 2, 2005.  All defendants have now been served, with the exception of Zena D. Hymes.  Due to severe difficulties in locating Zena D. Hymes, the United States has filed two previous motions to extend the time to serve her.

2.   The United States initially attempted to serve Zena D. Hymes at her last known address, 2340 Ravenwood, Fairbanks, Alaska 99709.  The United States then obtained a second address for MS. Hymes However, Zena D. Hymes no longer resides at that address.  The United States also researched several other recent addresses, none of which were current.  After tracing the Post Office Box believed to be used by Zena D. Hymes to receive mail, the United States discovered two addresses for Zena D. Hymes at 200 and 300 St. Patrick Drive in Fairbanks.  An inspection of those locations by IRS personnel on November 16, 2005 revealed that no such addresses exist.  However, there is a private street labeled Fitzpatrick Road leading off St. Patrick Drive, and it is possible that Zena D. Hymes resides on this road.  The United States attempted to serve Zena D. Hymes at this location, but she did not reside there.

4.   On January 11, 2006, in a telephone conversation, defendant Rita M. Hymes told counsel for the United States that

she believes Zena D. Hymes now lives somewhere on the West Coast. The United States is now attempting to locate her in this area. Accordingly, the United States seeks an extension of time to locate and serve Zena D. Hymes.

    5.   Should the United States fail to effectuate personal service on Ms. Hymes on the West Coast, it will seek an order permitting service upon her by publication.  See Fed. R. Civ. P. 4(e)(1);  Alaska R. Civ. P. 4(e); see also Fed. R. Civ. P. 4(h)(1)(incorporating Rule 4(e)(1)).  Alternatively, since service by publication may not be appropriate if Zena D. Hymes resides outside this judicial District, the United States requests an order from the Court mandating an appropriate form of service.

    6.   Federal Rule of Civil Procedure 6(b) authorizes this Court to grant an extension of time for cause shown.

//

//

For the foregoing reasons, the United States requests that its time to serve defendant Zena D. Hymes be extended for sixty days, to and including March 28, 2006.

DATED this <u>26th</u> day of January, 2006.

>Respectfully submitted,
>
>DEBORAH M. SMITH
>Acting United States Attorney
>
>
><u>s/ John B. Snyder, III</u>
>JOHN B. SNYDER, III
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 683
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6548

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on January <u>26th</u>, 2006:

| | | |
|---|---|---|
| Donald L. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Rita M. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Charla A. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 |
| Aurora Trust<br>Charla A. Hymes, Trustee<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Aurora Trust<br>Zena D. Hymes, Trustee<br>P.O. Box 61219<br>Fairbanks, Alaska 99706 | Sunshine Trust<br>Rita M. Hymes, Trustee<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 |
| Zena D. Hymes<br>P.O. Box 61219<br>Fairbanks, Alaska 99706 | Fairbanks Northstar Borough<br>P.O. Box 71267<br>Fairbanks, Alaska 99707 | |

<u>s/ John B. Snyder, III</u>