UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   HYMES

DATE:   February 27, 2006     CASE NO.   3:05-CV-0123-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

The Government's unopposed Motion to Extend Time for Service of Process on Zena D. Hymes until 3/28/2006 (Docket 47) is hereby **GRANTED.**

M.O. GRANTING EXTENSION