UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   HYMES

DATE:   February 27, 2006     CASE NO.   3:05-CV-0123-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION TO RECONSIDER**

---

      Defendants' Motion to Reconsider at Docket 45 is hereby **DENIED.**

M.O. DENYING MOTION TO RECONSIDER