Donald Louis Hymes
Rita MariNa Hymes
2340 Ravenwood
Fairbanks, Alaska
907-479-6922

RECEIVED

MAR 1 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

Plaintiff

v.

Donald Louis Hymes;
Rita Marina Hymes;
Aurora Trust, Zena D. Hymes and Charla Hymes, Trustees;
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; Zena D. Hymes; and
Fairbanks North Star Borough

Defendants

A05-123-CV (RRB)

REQUEST FOR CHANGE OF VENUE

FROM THE ANCHORAGE COURT

TO THE FAIRBANKS COURT

Defendants Donald Louis Hymes and Rita MariNa Hymes do

hereby request that this court order a change of venue, in

the above entitled case, from the Anchorage court to the Fairbanks court for the following reasons:

1. Plaintiff does not reside in Anchorage;

2. The Defendants are not domiciled in Anchorage;

3. Extra expenses are incurred by having to mail filings [often by certified mail to assure receipt to the Anchorage Court);

4. Defendants are entitled to easy access to file and check the court files, and that is not possible at this time.

Wherefore Defendants ask that this court order the Change of Venue for filing documents from the Anchorage court to the Fairbanks court.

Dated: 10th March, 2006


Respectfully submitted,



Donald Louis Hymes

*[signature]*


Rita MariNa Hymes

*[signature]*

CERTIFICATE OF SERVICE

A true and correct copy of Defendant's

REQUEST FOR CHANGE OF VENUE

Have been mailed this day, 12, March, 2006 by United States mail, postage pre-paid to:

Timothy Burgess
US Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue Box 2
Fairbanks, AK 99701

John B. Snyder
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683

Rita MariNa Hymes