DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JOHN B. SNYDER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.taxcivil@usdoj.gov


IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH,<br><br>    Defendants. | Civil No. A05-0123-CV (JKS)<br><br>UNITED STATES' NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION TO CHANGE VENUE |

The United States of America, by its undersigned counsel, submits this notice of its non-opposition to defendants Donald L. Hymes's and Rita M. Hymes's ("defendants'") motion to change the place of filing documents in this case from the Court's Anchorage

office to its Fairbanks office.

## DISCUSSION

The United States brought this action to reduce tax assessments against defendant Donald L. Hymes to judgment and to foreclose federal tax liens against a parcel of real property held by nominees or alter egos of Donald L. Hymes. Due to a clerical error, this action was filed with the Court's Anchorage office rather than its Fairbanks office.

Under 28 U.S.C. § 1404(b), any civil action may be transferred to another division upon motion or consent of all parties. Further, Local Rule 3.3(d) provides for transfer of an action to another division within this District upon motion of a party.[1]

In this case, the facts alleged in the United States' complaint took place in the Fairbanks area, and the tax liabilities at issue were incurred in that area. Further, as defendants note in their motion, a majority of the defendants are located in the Fairbanks area. Because defendants lack access to the Court's electronic case filing system, requiring them to file pleadings with the Court in Anchorage rather than Fairbanks causes unnecessary delays and expense. Additionally, the judge

---

[1] However, the United States notes that Local Rule 3.3(c)(2) permits parties to file documents in either Anchorage or "the location of the court in which venue lies." Local Rule 3.3(c)(2). In this case, venue lies in Fairbanks, and filing of documents in Fairbanks is appropriate.

assigned to this matter maintains chambers in Fairbanks. Only a clerical error caused the action to be filed in Anchorage. Thus, both the interest of justice and the convenience of the parties require that the Court's Fairbanks Division be designated the place for filing documents in this matter.

## CONCLUSION

For the foregoing reasons, the Court should grant defendants' motion and designate Fairbanks as the place for filing documents in this case.

DATED this <u>22d</u> day of March, 2006.

>    Respectfully submitted,
>
>    DEBORAH M. SMITH
>    Acting United States Attorney
>
>
>    s/ John B. Snyder, III
>    JOHN B. SNYDER, III
>    Trial Attorney, Tax Division
>    U.S. Department of Justice
>    Post Office Box 683
>    Ben Franklin Station
>    Washington, D.C. 20044
>    Telephone: (202) 307-6548
>    john.snyder2@usdoj.gov
>    Western.taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on March 22d, 2006:

| | | |
|---|---|---|
| Donald L. Hymes | Rita M. Hymes | Charla A. Hymes (Rayburn) |
| 2340 Ravenwood | 2340 Ravenwood | 5340 Butterfly Lane |
| Fairbanks, Alaska 99709 | Fairbanks, Alaska 99709 | Fairbanks, Alaska 99712 |
| | | |
| Aurora Trust | Aurora Trust | Sunshine Trust |
| Charla A. Hymes, Trustee | Zena D. Hymes, Trustee | Rita M. Hymes, Trustee |
| 5340 Butterfly Lane | 12430 NE Knott Street | 2340 Ravenwood |
| Fairbanks, Alaska 99712 | Portland, Oregon 97230-1625 | Fairbanks, Alaska 99709 |
| | | |
| Zena D. Hymes, a.k.a. Zena | Fairbanks Northstar Borough | |
| 12430 NE Knott Street | P.O. Box 71267 | |
| Portland, Oregon 97230-1625 | Fairbanks, Alaska 99707 | |

s/ John B. Snyder, III