UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  DONALD L. HYMES, et al. 

DATE:   March 23, 2006      CASE NO.   3:05-cv-0123-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                  **RE MOTION TO CHANGE VENUE**

---

      Pursuant to Defendant's motion and Plaintiff's non-opposition, the Fairbanks Court is designated as the location for filing all future documents in this case.


M.O. RE MOTION FOR CHANGE OF VENUE