# UNITED STATES DISTRICT COURT

DISTRICT OF __ALASKA__

UNITED STATES OF AMERICA,

           Plaintiff,

        v.

DONALD L. HYMES; RITA M. HYMES; AURORA TRUST,
ZENA D. HYMES AND CHARLA HYMES, TRUSTEES;
SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D.
HYMES; CHARLA HYMES; and FAIRBANKS NORTHSTAR BOROUGH,

           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   A05-0123-CV (RRB)

TO: (Name and Address of Defendant)

Aurora Trust
Zena, a.k.a. Zena Zena, a.k.a. Zena D. Hymes, trustee
12430 NE Knott Street
Portland, Oregon 97230-1625

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
John B. Snyder, Trial Attorney
U.S. Dept. of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

IDA ROMACK
CLERK

March 9, 2006
DATE

BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 3-20-06 |
|---|---|
| NAME OF SERVER (PRINT) Patrick J Brown | TITLE Revenue Officer |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 13003 NE Shaver St
   Portland OR 97230

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of
   suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3  20  2006        *Patrick J Brown*
              Date                  Signature of Server

Internal Revenue Service
Attn PAT BROWN, RO
500 W 12th Street Room 110
Vancouver WA 98660-2871
(360) 699-1061 Ext. 233
FAX (360) 699-1060

                    Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.