Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska
907-479-6922

RECEIVED
MAR 1 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

Plaintiff

v.

Donald L. Hymes;
Rita M. Hymes;
Zena D. Hymes and Charla Hymes, Trustees, Aurora Trust
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; and
Fairbanks North Star Borough

Defendants

A05-123-CV(RRB)

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Donald Louis Hymes, is filing an *Interlocutory Appeal* to the Ninth Circuit Court of Appeals from the

**ORDER DENYING RECONSIDERATION**

[From ORDER RE PENDING MOTIONS
Dated January 12, 2006]

The ORDER was entered on this action on February, 27, 2006

Dated this 10th   day of March, 2006

                                        Respectfully Submitted.

                                        Donald Louis Hymes
                                        2340 Ravenwood Avenue
                                        Fairbanks, Alaska, 99709
                                        907-479-6922

*[signature: Donald Louis Hymes]*

CERTIFICATE OF SERVICE

A true and correct copy of Defendant's

NOTICE OF INTERLOCUTORY APPEAL

Have been mailed this day, __17th__, March, 2006 by United States mail, postage pre-paid to:

Timothy Burgess
US Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue Box 2
Fairbanks, AK 99701

John B. Snyder
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683

Rita MariNa Hymes

```
         UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

      # 00127840 - PS
       March 17, 2006

  Code    Case #    Qty     Amount

  086900-F 05-123              255.00 CK


  TOTAL→              255.00


  FROM: DONALD L. HYMES
        NOTICE OF APPEAL
        3:05-CV-00123 RRB
```