# QUIT CLAIM DEED

THIS INDENTURE, made and executed this ___5-th___ day of ___April___ 2006, by and between :

**GRANTOR**: Zena [Hymes] Trustee of the AURORA TRUST     *Return To:*

and       *P.O.Box 61219*         *Charlie Rayburn*
          *Fairbanks, Alaska*      *5340 B. Hartgly Lane*
              *99706*              *Fbks., Alaska 99712*

**GRANTEE**: Rita MariNa Hymes, Trustee of the SUNSHINE TRUST

**Witnesseth**:

Grantor for and in consideration for the sum of TEN DOLLARS AND NO/100'S (10.00), lawful money of the United States of America, and other good and valuable consideration to him in hand paid by said Grantee, receipt of which is hereby acknowledged, has granted , bargained, sold, remised, released and forever quitclaimed., and by these presents does grant, bargain, sell, remise, release and forever quitclaim unto said Grantee, and to his heirs and assigns forever, the right, title and interest in and to the following described real property situated n the Fairbanks Recording district, Fourth Judicial District, State of Alaska, to wit:

Lot Fifty (50) in Section Fourteen (14), Township One South, Range Two West, Fairbanks Meridian.

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appearances and privileges thereunto incident unto the said Grantee, and to their heirs and assigns forever.

IN WITNESS WHEREOF, the said Grantor has hereunto set her hand on the day and the year first hereinabove written.

_____
Zena [Hymes] Aurora Trust Trustee, GRANTOR

Dated this ___5-th___ day of ___April___, 2006

STATE OF OREGON ) ss

THIS IS TO CERTIFY that on this ___5-th___ day of ___April___, 2006, before me, the undersigned, a Notary Public in and for the State of Oregon, duly commissioned and sworn, personally appeared Zena [Hymes], to me known to be the individual described in and who executed the within instrument freely an voluntarily for the uses and purposes therein stated.

2 of 4
2006-007349-0

**WITNESS my hand and official seal the day and year in this certificate first written.**

_Diane Bachofner_
Notary

My Commission Expires: 2-23-2007


OFFICIAL SEAL
DIANE BACHOFNER
NOTARY PUBLIC - OREGON
COMMISSION NO. 365905
MY COMMISSION EXPIRES FEB 23, 2007


3 of 4
2006-007349-0