## QUIT CLAIM DEED

THE GRANTOR, Zena, herewith conveys, releases and quitclaims to Donald Louis Hymes her full and complete claim, interest and benefits as beneficiary of Sunshine Trust, registered in Fairbanks, Alaska.

*[Signature: Zena]*

Dated this 5-th day of April, 2006

Zena
P.O. Box 61219
Fbks. Alaska 99706

Return to:
Donald Hymes
2340 Rosewood Ave
Fbks., Alaska 99709

UNITED STATES OF AMERICA
STATE OF OREGON

THIS IS TO CERTIFY that on this 5-th day of April, 2006, before me, the undersigned, a Notary Public in and for the State of Oregon, duly commissioned and sworn, personally appeared Zena, to me known to be the individual described in and who executed the within instrument freely an voluntarily for the uses and purposes therein stated.
WITNESS my hand and official seal the day and year in this certificate first written.

_____
Notary [Signature: Diane Bachofner]

OFFICIAL SEAL
DIANE BACHOFNER
NOTARY PUBLIC - OREGON
COMMISSION NO. 365905
MY COMMISSION EXPIRES FEB 23, 2007

My Commission Expires: 2-23-2007

Dated this 5-th day of April, 2006

2 of 2

Attachment C