Zena
P.O. Box 61219
Fairbanks, Alaska 99706

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

Plaintiff

v.

Donald Louis Hymes;
Rita Marina Hymes;
Aurora Trust, Zena D. Hymes and Charla Hymes, Trustees;
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; Zena D. Hymes; and
Fairbanks North Star Borough

Defendants

A05-123-CV(RRB)

## ORDER
### Motion of Misjoinder and FRCP Rule 21

It is hereby ORDERED that Zena [Hymes] is removed from this instant Case as a Defendant as a Trustee, Beneficiary and her individual capacity.

Date:_____

_____

Judge's Signature