Charla Hymes
5340 Butterfly Lane
Fairbanks, Alaska



The United States of America

The United States

District Court of the United States

District of Alaska


UNITED STATES OF AMERICA

Plaintiff

v.

Donald Louis Hymes;
Rita Marina Hymes;
Aurora Trust, Zena D. Hymes and Charla Hymes, Trustees;
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; Zena D. Hymes; and
Fairbanks North Star Borough

Defendants


A05-123-CV(RRB)


## Motion of Misjoinder and FRCP Rule 21

Comes now, Charla Hymes [Rayburn] with this Motion of Misjoinder and FRCP Rule 21 ("Motion").

### Change of Property of AURORA TRUST to SUNSHINE TRUST

Charla Hymes [Rayburn] and Zena [Hymes] as Trustees of AURORA TRUST did Quit Claim Deed all property of AURORA

original

TRUST to SUNSHINE TRUST on or about November 26, 1996 as evidenced by **Attachment A,** but it was never filed into the public record in the Fairbanks Recording District. The original quit claim cannot be located at this time, but a true copy of the original is herein attached to this Motion, being **Attachment A.**

A current *certified copy* of the Quit Claim Deed reiterating the older Quit Claim Deed was filed into the Fairbanks Recording District, being **Attachment B.**

**Change of Beneficiary of SUNSHINE TRUST**

Charla Hymes [Rayburn] has quit claimed all her right, title, and interest as a Beneficiary of SUNSHINE TRUST and it's property to Donald Hymes. This is evidenced by a certified copy of said Quit Claim Deed into the Fairbanks Recording District, being **Attachment C.**

**Motion of Misjoinder**

As Charla Hymes [Rayburn] and Zena [Hymes] as Trustees of AURORA TRUST, which has no property in said Trust, and the issues of the rights, title, and interest in the property of this instant Case are all posited into the SUNSHINE TRUST; and,

**Therefore**, Charla Hymes Rayburn, with no right, title, or interest in the property or issues of this instant Case, motions the Court with this Motion to remove Charla Hymes [Rayburn] as a Trustee of AURORA TRUST as a Defendant from

this instant Case, to remove Charla Hymes [Rayburn] in her individual capacity as a Defendant, and to remove Charla Hymes [Rayburn] as a Beneficiary of SUNSHINE TRUST as a Defendant as a Misjoinder and under FRCP 21.

The removal of Charla Hymes [Rayburn] from this instant Case does not in any manner prejudice the Plaintiff or the issues of this Case. In reality this simplifies this Case and assists in judicial efficiency for all concerned.

Date:___8___ April, 2006

Respectfully submitted

Charla Hymes Rayburn

This Motion for Misjoinder and FRCP21 and said attachments have been mailed first class via USPS to the following parties, to wit:


Timothy M. Burgess
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
907-456-0245

John B. Snyder
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
202-307-6548


Date _Ap̄ṟiL 10_____ ,2006


_____
        Signature