## QUITCLAIM DEED

THIS INDENTURE, made and executed this 26th day of November, 19 96, by and between:

    CHARLA A. HYMES and ZENA D. HYMES
    in their capacity as joint trustees of the
    AURORA TRUST.

(GRANTOR)

and

    RITA M. HYMES
    in her capacity as trustee of the SUNSHINE TRUST

(GRANTEE)

### WITNESSETH:

That said Grantor for and in consideration for the sum of TEN DOLLARS AND NO/100'S ($10.00), lawful money of the United States of America, and other good and valuable consideration to him in hand paid by said Grantee, receipt of which is hereby acknowledged, has granted, bargained, sold, remised, released and forever quitclaimed, and by these presents does grant, bargain, sell, remise, release and forever quitclaim unto said Grantee, and to his heirs and assigns forever, all of his right, title and interest in and to the following described real property situated in the Fairbanks Recording District, Fourth Judicial District, State of Alaska, to wit:

    Lot Fifty (50) in Section Fourteen (14), Township One South,
    Range two West, Fairbanks Meridian.

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appurtenances and privileges thereunto incident unto the said Grantee, and to their heirs and assigns forever.

IN WITNESS WHEREOF, the said Grantors has hereunto set their hand on the day and year first hereinabove written.

    _Charla A. Hymes_
    NAME      GRANTOR
    _Z. Hymes_

STATE OF ALASKA      )
                             )ss
_____ )

THIS IS TO CERTIFY that on this 26 day of Nov, 1996, before me, the undersigned, a Notary Public for the State of Alaska, personally appeared _Charla A. Hymes_ _Zena O. Hymes_ to me known to be the identical individuals described in and who executed the within instrument and they acknowledged to me that they signed the foregoing instrument freely and voluntarily for the uses and purposes therein stated.

WITNESS my hand and notarial seal this day and year first in this certificate written.

    [NOTARY PUBLIC SEAL]

    _Laura J. Huhn_
    Notary Public in and for Alaska
    My commission expires 7-16-00

Attachment D