# QUIT CLAIM DEED

THIS INDENTURE, made and executed this ____7th____ day of __April__ 2006, by and between:

GRANTOR: Charla A.A. Hymes [Rayburn], Trustee of the AURORA TRUST
and
GRANTEE: Rita MariNa Hymes, Trustee of the SUNSHINE TRUST

Return To:
Charla Rayburn
340 Ballistly Lane
Fbks, Alaska 99712

P.O. Box 61314
Fbks Alaska 99706

### Witnesseth:

This document is confirming the document executed on November 26th 1996, and herewith attached Grantor for and in consideration for the sum of TEN DOLLARS AND NO/100'S (10.00), lawful
money of the United States of America, and other good and valuable consideration to him in hand paid by said Grantee, receipt of which is hereby acknowledged, has granted, bargained, sold, remised, released and forever quitclaimed., and by these presents does grant, bargain, sell, remise, release and forever quitclaim unto said Grantee, and to his heirs and assigns forever, the right, title and interest in and to the following described real property situated n the Fairbanks Recording district, Fourth Judicial District, State of Alaska, to wit:

Lot Fifty (50) in Section Fourteen (14), Township One South, Range Two West, Fairbanks Meridian.

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appearances and privileges thereunto incident unto the said Grantee, and to their heirs and assigns forever.

IN WITNESS WHEREOF, the said Grantor has hereunto set her hand on the day and the year first hereinabove written.

_____(signature)_____
Charla A.A. Hymes Rayburn Aurora Trust Trustee, GRANTOR

Dated this __7th__ day of __April__, 2006

STATE OF ALASKA           )
                          ) ss
FAIRBANKS NORTH STAR BOROUGH )

THIS IS TO CERTIFY that on this __7th__ day of __April__, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared Charla A.A. Hymes Rayburn, to me known to be the individual described in and who executed the within instrument freely an voluntarily for the uses and purposes therein stated.
WITNESS my hand and official seal the day and year in this certificate first written.

_____(signature)_____
Notary

My Commission Expires: 7/2/07

Attachment B

STATE OF ALASKA
NOTARY PUBLIC
Karen M. Potter
My Commission Expires 7/2/07

