# QUIT CLAIM DEED

THE GRANTOR, Charla Hymes Rayburn, herewith conveys, releases and quitclaims to GRANTEE: Donald Louis Hymes her full and complete claim, interest and benefits as beneficiary of Sunshine Trust.

*Charla Rayburn*
*2340 Butterfly Road*
*Fbks, Alaska 99706*

*Return to: Donald Hymes*
*2340 Ravenwood Avenue*
*Fairbanks, Alaska 99709*

Dated this 7th day of April, 2006

STATE OF ALASKA           )
                          ) ss
FAIRBANKS NORTH STAR BOROUGH )

THIS IS TO CERTIFY that on this 7th day of April, 2006, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared Charla Hymes Rayburn, to me known to be the individual described in and who executed the within instrument freely an voluntarily for the uses and purposes therein stated.

WITNESS my hand and official seal the day and year in this certificate first written.

*Karen M. Potter*
Notary

STATE OF ALASKA
NOTARY PUBLIC
Karen M. Potter
My Commission Expires 7/2/07

My Commission Expires: 7/2/07

*Attachment C*