DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JOHN B. SNYDER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil No. A05-0123-CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' MOTION TO EXTEND |
| | ) TIME TO RESPOND TO MOTIONS UNDER |
| DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH, | ) FED. R. CIV. P. 21 |
| Defendants. | ) |

The United States of America, by its undersigned counsel, hereby moves this Court for an Order extending its time to respond to defendants Charla Hymes and Zena [Hymes]'s motions of misjoinder for thirty (30) days, to and including May 25, 2006.

A memorandum in support of this motion is attached.

DATED this <u>25th</u> day of April, 2006.

                                          Respectfully submitted,

                                          DEBORAH M. SMITH
                                          Acting United States Attorney

                                          <u>s/ John B. Snyder, III</u>
                                          JOHN B. SNYDER, III
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 683
                                          Ben Franklin Station
                                          Washington, D.C.  20044
                                          Telephone: (202) 307-6548
                                          <u>john.snyder2@usdoj.gov</u>
                                          <u>Western.Taxcivil@usdoj.gov</u>

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on April <u>25th</u>, 2006:

| Donald L. Hymes | Rita M. Hymes | Charla A. Hymes (Rayburn) |
| --- | --- | --- |
| 2340 Ravenwood | 2340 Ravenwood | 5340 Butterfly Lane |
| Fairbanks, Alaska 99709 | Fairbanks, Alaska 99709 | Fairbanks, Alaska 99712 |
| | | |
| Aurora Trust | Aurora Trust | Sunshine Trust |
| Charla A. Hymes, Trustee | Zena D. Hymes, Trustee | Rita M. Hymes, Trustee |
| 5340 Butterfly Lane | 12430 NE Knott Street | 2340 Ravenwood |
| Fairbanks, Alaska 99712 | Portland, Oregon 97230-1625 | Fairbanks, Alaska 99709 |

Zena D. Hymes, a.k.a. Zena      Fairbanks Northstar Borough
12430 NE Knott Street            P.O. Box 71267
Portland, Oregon 97230-1625   Fairbanks, Alaska 99707

<u>s/ John B. Snyder, III</u>