IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>             )<br>    Plaintiff,   )<br>             )<br>  v.         )<br>             )<br>DONALD L. HYMES; RITA M. )<br>HYMES; AURORA TRUST, ZENA D. )<br>HYMES AND CHARLA HYMES  )<br>TRUSTEES; SUNSHINE TRUST, RITA )<br>M. HYMES, TRUSTEE; ZENA D.  )<br>HYMES; CHARLA HYMES; AND  )<br>FAIRBANKS NORTH STAR BOROUGH, )<br>             )<br>    Defendants. )<br>             )<br>_____) | Civil No. A05-0123-CV (RRB)<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO MOTIONS |

  Upon motion of the United States, and for good cause shown, it is

  ORDERED that the time for the United States to respond to defendants Charla Hymes and Zena Hymes' motions of misjoinder is

//

extended for thirty (30) days, to and including May 25, 2006.

    So Ordered, this \_\_\_\_\_ day of _____, 2006.

    _____
    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on April 25th, 2006:

| | | |
|---|---|---|
| Donald L. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Rita M. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Charla A. Hymes (Rayburn)<br>5340 Butterfly Lane<br>Fairbanks, Alaska 99712 |
| Aurora Trust<br>Charla A. Hymes, Trustee<br>5340 Butterfly Lane<br>Fairbanks, Alaska 99712 | Aurora Trust<br>Zena D. Hymes, Trustee<br>12430 NE Knott Street<br>Portland, Oregon 97230-1625 | Sunshine Trust<br>Rita M. Hymes, Trustee<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 |
| Zena D. Hymes, a.k.a. Zena<br>12430 NE Knott Street<br>Portland, Oregon 97230-1625 | Fairbanks Northstar Borough<br>P.O. Box 71267<br>Fairbanks, Alaska 99707 | |

s/ John B. Snyder, III