IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DONALD L. HYMES; RITA M.<br>HYMES; AURORA TRUST, ZENA D.<br>HYMES AND CHARLA HYMES<br>TRUSTEES; SUNSHINE TRUST, RITA<br>M. HYMES, TRUSTEE; ZENA D.<br>HYMES; CHARLA HYMES; AND<br>FAIRBANKS NORTH STAR BOROUGH,<br><br>　　　　Defendants. | ) Civil No. A05-0123-CV (RRB)<br>)<br>)<br>)<br>) [PROPOSED] ORDER GRANTING UNITED<br>) STATES' MOTION TO EXTEND TIME TO<br>) RESPOND TO MOTIONS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Upon motion of the United States, and for good cause shown, it is

　　　ORDERED that the time for the United States to respond to defendants Charla Hymes and Zena Hymes' motions of misjoinder is

//

extended for thirty (30) days, to and including May 25, 2006.

So Ordered, this 16 day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE