DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JOHN B. SNYDER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov


IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) Civil No. A05-0123-CV (RRB) |
| Plaintiff, | ) |
|  | ) |
| v. | ) UNITED STATES' MOTION TO EXTEND |
|  | ) TIME TO RESPOND TO MOTIONS UNDER |
| DONALD L. HYMES; RITA M. | ) FED. R. CIV. P. 21 [SECOND |
| HYMES; AURORA TRUST, ZENA D. | ) REQUEST] |
| HYMES AND CHARLA HYMES | ) |
| TRUSTEES; SUNSHINE TRUST, RITA | ) |
| M. HYMES, TRUSTEE; ZENA D. | ) |
| HYMES; CHARLA HYMES; AND | ) |
| FAIRBANKS NORTH STAR BOROUGH, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

The United States of America, by its undersigned counsel, hereby moves this Court for an Order extending its time to respond to defendants Charla Hymes and Zena [Hymes]'s motions of misjoinder for thirty (30) days, to and including June 26, 2006.

A memorandum in support of this motion is attached.

DATED this 24th day of May, 2006.

        Respectfully submitted,

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ John B. Snyder, III
        JOHN B. SNYDER, III
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 683
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6548
        john.snyder2@usdoj.gov
        Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following parties on May 24th, 2006:

| | | |
|---|---|---|
| Donald L. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Rita M. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Charla A. Hymes (Rayburn)<br>5340 Butterfly Lane<br>Fairbanks, Alaska 99712 |
| Aurora Trust<br>Charla A. Hymes, Trustee<br>5340 Butterfly Lane<br>Fairbanks, Alaska 99712 | Aurora Trust<br>Zena D. Hymes, Trustee<br>12430 NE Knott Street<br>Portland, Oregon 97230-1625 | Sunshine Trust<br>Rita M. Hymes, Trustee<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 |
| Zena D. Hymes, a.k.a. Zena<br>12430 NE Knott Street<br>Portland, Oregon 97230-1625 | Fairbanks Northstar Borough<br>P.O. Box 71267<br>Fairbanks, Alaska 99707 | |

s/ John B. Snyder, III