DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JOHN B. SNYDER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | )Civil No. A05-0123-CV (RRB) |
| Plaintiff, | ) |
|  | ) |
| v. | )MEMORANDUM IN SUPPORT OF UNITED |
|  | )STATES' MOTION TO EXTEND TIME TO |
| DONALD L. HYMES; RITA M. | )RESPOND TO MOTIONS UNDER FED. R. |
| HYMES; AURORA TRUST, ZENA D. | )CIV. P. 21 [SECOND REQUEST] |
| HYMES AND CHARLA HYMES | ) |
| TRUSTEES; SUNSHINE TRUST, RITA | ) |
| M. HYMES, TRUSTEE; ZENA D. | ) |
| HYMES; CHARLA HYMES; AND | ) |
| FAIRBANKS NORTH STAR BOROUGH, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

The United States of America, by its undersigned counsel, hereby moves this Court for an Order extending its time to respond to defendants Charla Hymes and Zena [Hymes]'s ("defendants'") motions of misjoinder for thirty (30) days, to

and including June 26, 2006.  The United States submits the following in support of its motion:

    1.   This is an action to reduce federal tax assessments made against Donald L. Hymes to judgment and to foreclose federal tax liens on real property.  On April 10, 2006, defendants filed nearly identical motions seeking their dismissal from this action.  The United States filed a motion to extend its time to respond, which the Court granted.

    2.   The United States' responses to these motions are currently due to be filed on May 25, 2006.

    3.   The United States respectfully requests an extension of time of thirty (30) days to respond.  The requested extension of time will allow the parties to attempt to resolve these motions via stipulation.  Thus, this motion is not being made for delay, but to allow the United States to prepare a cogent and accurate response that advances this litigation.

    6.   Federal Rule of Civil Procedure 6(b) authorizes this Court to grant an extension of time for cause shown.

//

//

For the foregoing reasons, the United States requests that its time to respond to defendants' motions be extended for thirty days, to and including June 26, 2006.

DATED this <u>24th</u> day of May, 2006.

                                        Respectfully submitted,

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

                                        <u>s/ John B. Snyder, III</u>
                                        JOHN B. SNYDER, III
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 307-6548
                                        <u>john.snyder2@usdoj.gov</u>
                                        <u>Western.Taxcivil@usdoj.gov</u>

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a
true and correct copy of the foregoing
was sent to the following parties on May <u>24th</u>, 2006:

| Donald L. Hymes | Rita M. Hymes | Charla A. Hymes (Rayburn) |
| 2340 Ravenwood | 2340 Ravenwood | 5340 Butterfly Lane |
| Fairbanks, Alaska 99709 | Fairbanks, Alaska 99709 | Fairbanks, Alaska 99712 |

| Aurora Trust | Aurora Trust | Sunshine Trust |
| Charla A. Hymes, Trustee | Zena D. Hymes, Trustee | Rita M. Hymes, Trustee |
| 5340 Butterfly Lane | 12430 NE Knott Street | 2340 Ravenwood |
| Fairbanks, Alaska 99712 | Portland, Oregon 97230-1625 | Fairbanks, Alaska 99709 |

| Zena D. Hymes, a.k.a. Zena | Fairbanks Northstar Borough |
| 12430 NE Knott Street | P.O. Box 71267 |
| Portland, Oregon 97230-1625 | Fairbanks, Alaska 99707 |

<u>s/ John B. Snyder, III</u>