**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 01 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**RECEIVED**

JUN 05 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| In re: DONALD LOUIS HYMES, | No. 04-80013 |
|---|---|
| Respondent. | D.C. No. CV-05-123-RRB |
| | District of Alaska, Fairbanks |

ORDER

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed March 17, 2006 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the court lacks jurisdiction over this interlocutory appeal, it shall not be permitted to proceed.

A certified copy of this order served on the district court shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN - 1 2006

by: _____
Deputy Clerk

S:\PROSE\panelords\2006\5.06\May 24\svg\04-80013.wpd