IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff,<br><br>    v.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH,<br><br>         Defendants. | ) Civil No. A05-0123-CV (RRB)<br>)<br>)<br>)<br>) [~~PROPOSED~~] ORDER GRANTING UNITED<br>) STATES' MOTION TO EXTEND TIME TO<br>) RESPOND TO MOTIONS |

   Upon motion of the United States, and for good cause shown, it is

   ORDERED that the time for the United States to respond to defendants Charla Hymes and Zena Hymes' motions of misjoinder is

//

extended for thirty (30) days, to and including June 26, 2006.

So Ordered, this 13 day of June, 2006.

REDACTED SIGNATURE

UNITED STATES DISTRICT JUDGE