DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) NOTICE OF SUBSTITUTION OF COUNSEL |
| | ) |
| DONALD L. HYMES; RITA M. | ) |
| HYMES; AURORA TRUST, ZENA D. | ) |
| HYMES AND CHARLA HYMES | ) |
| TRUSTEES; SUNSHINE TRUST, RITA | ) |
| M. HYMES, TRUSTEE; ZENA D. | ) |
| HYMES, CHARLA HYMES; AND | ) |
| FAIRBANKS NORTH STAR BOROUGH, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that Jennifer D. Auchterlonie, Trial Attorney, United States

Department of Justice, is hereby substituted as lead counsel for plaintiff the United States of

America, in lieu of John B. Snyder. Acting United States Attorney Deborah M. Smith continues to serve as local counsel.

Service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon plaintiff the United States by serving the undersigned attorneys for the United States at the addresses indicated below.

Dated this 26th day of June, 2006.

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

                                        s/ Jennifer D. Auchterlonie
                                        JENNIFER D. AUCHTERLONIE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 514-9593

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served by regular U.S. mail on the following parties:

| | | |
|---|---|---|
| Donald L. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Rita M. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Charla A. Hymes (Rayburn)<br>5340 Butterfly Lane<br>Fairbanks, Alaska 99712 |
| Aurora Trust<br>Charla A. Hymes, Trustee<br>5340 Butterfly Lane<br>Fairbanks, Alaska 99712 | Aurora Trust<br>Zena D. Hymes, Trustee<br>12430 NE Knott Street<br>Portland, Oregon 97230-1625 | Sunshine Trust<br>Rita M. Hymes, Trustee<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 |
| Zena D. Hymes, a.k.a. Zena<br>12430 NE Knott Street<br>Portland, Oregon 97230-1625 | Fairbanks Northstar Borough<br>P.O. Box 71267<br>Fairbanks, Alaska 99707 | |

    s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov