DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) |
|  | ) |
| v. | ) UNITED STATES' RESPONSE TO |
|  | ) DEFENDANT ZENA D. HYMES' MOTION |
| DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES, CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH, | ) OF MISJOINDER |
|  | ) |
| Defendants. | ) |

The United States of America, by and through its undersigned counsel, hereby responds as follows to the "Motion of Misjoinder and FRCP Rule 21," filed by defendant Zena D. Hymes:

1. This is a civil action brought by the United States, pursuant to Sections 7401 and 7403 of the Internal Revenue Code (26 U.S.C.), to reduce to judgment federal tax assessments against defendant Donald L. Hymes and foreclose federal tax liens against certain real property.

2. The real property that is the subject of this action (the subject property) is located at 2340 Ravenwood, Fairbanks, Alaska and is legally described as follows:

> Lot Fifty(50) 0f Section Fourteen (14), Township One South, Range Two West, Fairbanks Meridian Subject to reservations, restrictions and easements of record

3. In initiating a civil action to foreclose federal tax liens, the United States is required to name as a defendant all persons who may have liens upon or claim an interest in the property that is the subject of the action.  *See* 26 U.S.C. § 7403(b).  For this reason, and upon information and belief, the United States named Zena D. Hymes (a.k.a. "Zena [Hymes]," or "Zena"), in her capacity as trustee of the Aurora Trust, a defendant in this action.

4. In her "Motion of Misjoinder," defendant Zena D. Hymes represents that neither she nor Aurora Trust has any interest in the subject property.  Based upon that representation, the United States does not oppose the dismissal of Aurora Trust and its trustee Zena D. Hymes from this action.

Accordingly, the United States respectfully requests that the Court order that Aurora Trust and its trustee Zena D. Hymes has no interest in the subject property and is dismissed as a party from this action.

///

///

///

///

An appropriate proposed order is submitted herewith.

Dated this 26th day of June, 2006.

                                        DEBORAH M. SMITH
                                      Acting United States Attorney

                                      s/ Jennifer D. Auchterlonie
                                      JENNIFER D. AUCHTERLONIE
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 683
                                      Ben Franklin Station
                                      Washington, D.C.  20044
                                      Telephone: (202) 514-9593

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2006, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANT ZENA D. HYMES' MOTION OF MISJOINDER was served by regular U.S. mail on the following parties:

```
Donald L. Hymes            Rita M. Hymes              Charla A. Hymes (Rayburn)
2340 Ravenwood             2340 Ravenwood             5340 Butterfly Lane
Fairbanks, Alaska 99709    Fairbanks, Alaska 99709    Fairbanks, Alaska 99712

Aurora Trust               Aurora Trust               Sunshine Trust
Charla A. Hymes, Trustee   Zena D. Hymes, Trustee     Rita M. Hymes, Trustee
5340 Butterfly Lane        12430 NE Knott Street      2340 Ravenwood
Fairbanks, Alaska 99712    Portland, Oregon 97230-1625  Fairbanks, Alaska 99709

Zena D. Hymes, a.k.a. Zena  Fairbanks Northstar Borough
12430 NE Knott Street       P.O. Box 71267
Portland, Oregon 97230-1625 Fairbanks, Alaska 99707
```

                                                                 s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov