IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )Civil No. A05-0123-CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | )[PROPOSED] ORDER |
| | ) |
| DONALD L. HYMES; RITA M. | ) |
| HYMES; AURORA TRUST, ZENA D. | ) |
| HYMES AND CHARLA HYMES | ) |
| TRUSTEES; SUNSHINE TRUST, RITA | ) |
| M. HYMES, TRUSTEE; ZENA D. | ) |
| HYMES; CHARLA HYMES; AND | ) |
| FAIRBANKS NORTH STAR BOROUGH, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Before the Court is defendant Zena D. Hymes' "Motion of Misjoinder and FRCP Rule

21." Based upon that motion, the United States' response, and the record in this case, and for

good cause shown, it is hereby

      ORDERED that neither the Aurora Trust nor its trustee Zena D. Hymes has any interest

in the property sought to be foreclosed in this action.  It is further

      ORDERED that the Aurora Trust and its trustee Zena D. Hymes are DISMISSED as

parties to this action.

      So Ordered, this ___ day of _____, 2006.


                        _____

                        UNITED STATES DISTRICT JUDGE

1778880.1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2006, a copy of the foregoing [PROPOSED] ORDER

was served by regular U.S. mail on the following parties:

```
Donald L. Hymes            Rita M. Hymes              Charla A. Hymes (Rayburn)
2340 Ravenwood             2340 Ravenwood             5340 Butterfly Lane
Fairbanks, Alaska 99709    Fairbanks, Alaska 99709    Fairbanks, Alaska 99712

Aurora Trust               Aurora Trust               Sunshine Trust
Charla A. Hymes, Trustee   Zena D. Hymes, Trustee     Rita M. Hymes, Trustee
5340 Butterfly Lane        12430 NE Knott Street      2340 Ravenwood
Fairbanks, Alaska 99712    Portland, Oregon 97230-1625 Fairbanks, Alaska 99709

Zena D. Hymes, a.k.a. Zena  Fairbanks Northstar Borough
12430 NE Knott Street       P.O. Box 71267
Portland, Oregon 97230-1625 Fairbanks, Alaska 99707
```

<u>s/ Jennifer D. Auchterlonie</u>
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

1778880.1