DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) UNITED STATES' RESPONSE TO |
| | ) DEFENDANT CHARLA HYMES' MOTION |
| DONALD L. HYMES; RITA M. | ) OF MISJOINDER |
| HYMES; AURORA TRUST, ZENA D. | ) |
| HYMES AND CHARLA HYMES | ) |
| TRUSTEES; SUNSHINE TRUST, RITA | ) |
| M. HYMES, TRUSTEE; ZENA D. | ) |
| HYMES, CHARLA HYMES; AND | ) |
| FAIRBANKS NORTH STAR BOROUGH, | ) |
| | ) |
| Defendants. | ) |
| | ) |

    The United States of America, by and through its undersigned counsel, hereby responds as follows to the "Motion of Misjoinder and FRCP Rule 21," filed by defendant Charla Hymes:

1.  This is a civil action brought by the United States, pursuant to Sections 7401 and 7403 of the Internal Revenue Code (26 U.S.C.), to reduce to judgment federal tax assessments against defendant Donald L. Hymes and foreclose federal tax liens against certain real property.

2.  The real property that is the subject of this action (the subject property) is located at 2340 Ravenwood, Fairbanks, Alaska and is legally described as follows:

> Lot Fifty(50) 0f Section Fourteen (14), Township One South, Range Two West, Fairbanks Meridian Subject to reservations, restrictions and easements of record

3.  In initiating a civil action to foreclose federal tax liens, the United States is required to name as a defendant all persons who may have liens upon or claim an interest in the property that is the subject of the action. *See* 26 U.S.C. § 7403(b). For this reason, and upon information and belief, the United States named Charla Hymes (a.k.a. "Charla Hymes [Rayburn]"), in her capacity as trustee of the Aurora Trust, a defendant in this action.

4.  In her "Motion of Misjoinder," defendant Charla Hymes represents that neither she nor Aurora Trust has any interest in the subject property. Based upon that representation, the United States does not oppose the dismissal of Aurora Trust and its trustee Charla Hymes from this action.

Accordingly, the United States respectfully requests that the Court order that Aurora Trust and its trustee Charla Hymes has no interest in the subject property and is dismissed as a party from this action.

///

///

///

///

An appropriate proposed order is submitted herewith.

Dated this 26th day of June, 2006.

                                                 DEBORAH M. SMITH
                                                 Acting United States Attorney

                                                 s/ Jennifer D. Auchterlonie
                                                 JENNIFER D. AUCHTERLONIE
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 Post Office Box 683
                                                 Ben Franklin Station
                                                 Washington, D.C.  20044
                                                 Telephone: (202) 514-9593

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANT CHARLA HYMES' MOTION OF MISJOINDER was served

by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes            Charla A. Hymes (Rayburn)
2340 Ravenwood           2340 Ravenwood           5340 Butterfly Lane
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709  Fairbanks, Alaska 99712

Aurora Trust              Aurora Trust                    Sunshine Trust
Charla A. Hymes, Trustee  Zena D. Hymes, Trustee          Rita M. Hymes, Trustee
5340 Butterfly Lane       12430 NE Knott Street           2340 Ravenwood
Fairbanks, Alaska 99712   Portland, Oregon 97230-1625     Fairbanks, Alaska 99709

Zena D. Hymes, a.k.a. Zena    Fairbanks Northstar Borough
12430 NE Knott Street         P.O. Box 71267
Portland, Oregon 97230-1625   Fairbanks, Alaska 99707
```

                                                s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov