IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH,<br><br>Defendants. | ) Civil No. A05-0123-CV (RRB)<br>)<br>)<br>)<br>) [~~PROPOSED~~] ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Before the Court is defendant Zena D. Hymes' "Motion of Misjoinder and FRCP Rule 21." Based upon that motion, the United States' response, and the record in this case, and for

1778880.1

good cause shown, it is hereby

ORDERED that neither the Aurora Trust nor its trustee Zena D. Hymes has any interest in the property sought to be foreclosed in this action. It is further

ORDERED that the Aurora Trust and its trustee Zena D. Hymes are DISMISSED as parties to this action.

So Ordered, this 3 day of July, 2006.

REDACTED SIGNATURE
UNITED STATES DISTRICT JUDGE