IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil No. A05-0123-CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) |
| DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Before the Court is defendant Charla Hymes' "Motion of Misjoinder and FRCP Rule 21." Based upon that motion, the United States' response, and the record in this case, and for

1778883.1

good cause shown, it is hereby

ORDERED that neither the Aurora Trust nor its trustee Charla Hymes has any interest in the property sought to be foreclosed in this action. It is further

ORDERED that the Aurora Trust and its trustee Charla Hymes are DISMISSED as parties to this action.

So Ordered, this 3 day of July, 2006.

REDACTED SIGNATURE

UNITED STATES DISTRICT JUDGE