FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JUN -2 AM 11: 01

CYNTHIA M. KLEPASKI
Assistant Borough Attorney
Fairbanks North Star Borough
P.O. Box 71267
Fairbanks, Alaska  99701
Telephone:  (907) 459-1318

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br>v.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH,<br><br>Defendants. | Civil No. A05-0123-CV (RRB)<br><br>**ENTRY OF APPEARANCE** |

The Fairbanks North Star Borough, by and through the undersigned attorney, hereby enters its appearance in the above-entitled case and requests that, when necessary, copies of pleadings filed in this action be mailed to this office at the following address:

Fairbanks North Star Borough
Department of Law
P.O. Box 71267
Fairbanks, AK 99709

DATED at Fairbanks, Alaska this 2nd day of June, 2006.

FAIRBANKS NORTH STAR BOROUGH

*(signature)*
CYNTHIA M. KLEPASKI
Assistant Borough Attorney
Alaska Bar No. 9011104

**Certificate of Service**
I certify that on this date I served
by mail a true and correct copy of
the foregoing to:

Aurora Trust
Charla Alethea Hymes Rayburn
5340 Butterfly Lane
Fairbanks, AK  99712

Charla Hymes
5340 Butterfly Lane
Fairbanks, AK  99712

Donald L. Hymes
2340 Rvenwood Avenue
Fairbanks, AK  99709

Rita M. Hymes
2340 Rvenwood Avenue
Fairbanks, AK  99709

Sunshine Trust
Rita M. Hymes
2340 Rvenwood Avenue
Fairbanks, AK  99709

United States Attorney
222 W. 7th Ave. #9
Anchorage, AK  99513

Deborah M. Smith
Acting US Attorney
District of Alaska
101 12th Avenue, Box 2
Fairbanks, AK  99701

John B. Snyder
Trial Attorney, tax Division
US Dept of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC  20044-0683

Lisa Swansonfehe   6/2/06
Legal Dept.                    Date

Borough Attorney
Fairbanks North Star Borough
P.O. Box 71267
Fairbanks, Alaska 99707
Phone (907) 459-1318

Disclaimer of Interest
Case No. A05-0123 CV (RRB)
Page 2