CYNTHIA M. KLEPASKI
Assistant Borough Attorney
Fairbanks North Star Borough
P.O. Box 71267
Fairbanks, Alaska 99701
Telephone: (907) 459-1318

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JUN -2 AM 11:01

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH,<br><br>Defendants. | Civil No. A05-0123-CV (RRB)<br><br>**DISCLAIMER OF INTEREST** |

The Fairbanks North Star Borough, by and through the undersigned attorney, hereby disclaims any and all financial interest in the above-entitled action. All delinquent property taxes on the subject property have been paid.

DATED at Fairbanks, Alaska this 2nd day of June, 2006.

FAIRBANKS NORTH STAR BOROUGH

/s/ Cynthia M. Klepaski
CYNTHIA M. KLEPASKI
Assistant Borough Attorney
Alaska Bar No. 9011104

**Certificate of Service**
I certify that on this date I served by mail a true and correct copy of the foregoing to:

Aurora Trust
Charla Alethea Hymes Rayburn
5340 Butterfly Lane
Fairbanks, AK   99712

Charla Hymes
5340 Butterfly Lane
Fairbanks, AK   99712

Donald L. Hymes
2340 Rvenwood Avenue
Fairbanks, AK   99709

Rita M. Hymes
2340 Rvenwood Avenue
Fairbanks, AK   99709

Sunshine Trust
Rita M. Hymes
2340 Rvenwood Avenue
Fairbanks, AK   99709

United States Attorney
222 W. 7th Ave. #9
Anchorage, AK   99513

Deborah M. Smith
Acting US Attorney
District of Alaska
101 12th Avenue, Box 2
Fairbanks, AK   99701

John B. Snyder
Trial Attorney, tax Division
US Dept of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC   20044-0683

_Lisa Lwranson Jahe_   6/2/06
Legal Dept.                       Date

Borough Attorney
Fairbanks North Star Borough
P.O. Box 71267
Fairbanks, Alaska 99707
Phone (907) 459-1318

Disclaimer of Interest
Case No. A05-0123 CV (RRB)
Page 2