The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

Plaintiff

v.

Donald Louis Hymes;
Rita MariNa Hymes;

SUNSHINE TRUST, Rita MariNa Hymes, Trustee;

Defendants

A05-123-CV(RRB)

**ORDER**

This Case is hereby Dismissed with Prejudice.

_____
Judge's Signature