DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' MOTION TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | DISMISS |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

   The United States of America, by and through its undersigned counsel, hereby responds

as follows to the motion to dismiss filed by defendants Donald L. Hymes and Rita M. Hymes on

1875335.1

- 2 -

August 9, 2006:

    Although not altogether clear, defendants appear to base their motion to dismiss on the order issued by the United States Court of Appeals for the Ninth Circuit on June 1, 2006, which was entered on the docket in this matter at Dkt. # 66.  In that order, the Court of Appeals stated that it did not have jurisdiction over defendants' interlocutory appeal.  Defendants apparently conclude that, because the Court of Appeals does not have jurisdiction over defendants' interlocutory appeal, then this District Court must not have jurisdiction over the instant civil action.  However, it is clear that the Court of Appeals did not rule on the District Court's jurisdiction over this matter, and it does not follow that a denial of an interlocutory appeal necessitates dismissal of an action for lack of jurisdiction.

    Defendants' motion to dismiss is, in all other respects, entirely incomprehensible.  Defendants have not established any legal or factual basis for the dismissal of the instant action; thus, the United States respectfully requests that the defendants' motion to dismiss be denied.

    Dated this 22nd day of August, 2006.

    Respectfully Submitted,

    DEBORAH M. SMITH
    Acting United States Attorney


    s/ Jennifer D. Auchterlonie
    JENNIFER D. AUCHTERLONIE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C.  20044-0683
    (202) 514-9593

1875335.1

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2006, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS was served by regular U.S. mail on the following parties:

```
Donald L. Hymes            Rita M. Hymes
2340 Ravenwood             2340 Ravenwood
Fairbanks, Alaska 99709    Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

1875335.1