DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | UNITED STATES' MOTION TO |
| ) | AMEND COMPLAINT |
| DONALD L. HYMES; RITA M. HYMES; ) | |
| AURORA TRUST, ZENA D. HYMES ) | |
| AND CHARLA HYMES TRUSTEES; ) | |
| SUNSHINE TRUST, RITA M. HYMES ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA ) | |
| HYMES; AND FAIRBANKS NORTH ) | |
| STAR BOROUGH ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Federal Rule of Civil Procedure 15(a), the United States of America, by and

through its undersigned counsel, hereby moves the Court for an order granting leave to amend its

1835256.1

- 2 -

complaint in this proceeding to add allegations against defendant Rita M. Hymes. The amendment is based on information that the Department of Justice received after the filing of the original complaint, and the amendment would be in the interest of justice, as required by Rule 15(a) of the Federal Rules of Civil Procedure.

This motion is supported by the United States' Memorandum in Support of Motion to Amend Complaint, submitted concurrently.

Dated this 22nd day of August, 2006.

                        Respectfully Submitted,

                        DEBORAH M. SMITH
                        Acting United States Attorney

                        s/ Jennifer D. Auchterlonie
                        JENNIFER D. AUCHTERLONIE
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        P.O. Box 683
                        Ben Franklin Station
                        Washington, D.C.  20044-0683
                        (202) 514-9593

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2006, a copy of the foregoing UNITED STATES'

MOTION TO AMEND COMPLAINT was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

                                                                                            s/ Jennifer D. Auchterlonie
                                                                                            JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov