IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil No. A05-0123-CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER |
| | ) |
| DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the Court is the United States' Motion to Amend Complaint. Based upon that motion, the memorandum in support thereof, and for good cause shown, it is hereby

1875326.1

ORDERED that the United States' Motion to Amend Complaint is GRANTED.  It is further

ORDERED that the United States' Amended Complaint is hereby filed.  The defendants are directed to plead in response to the United States' Amended Complaint within 10 days after service thereof.

So Ordered, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2006, a copy of the foregoing [PROPOSED] ORDER was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

      s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov