DEBORAH M. SMITH
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Civil No. A05-0123 CV (RRB) | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | UNITED STATES' | |
| ) | MEMORANDUM IN SUPPORT OF | |
| DONALD L. HYMES; RITA M. HYMES; ) | MOTION TO AMEND COMPLAINT | |
| AURORA TRUST, ZENA D. HYMES ) | | |
| AND CHARLA HYMES TRUSTEES; ) | | |
| SUNSHINE TRUST, RITA M. HYMES ) | | |
| TRUSTEE; ZENA D. HYMES; CHARLA ) | | |
| HYMES; AND FAIRBANKS NORTH ) | | |
| STAR BOROUGH ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| ) | | |

The United States respectfully moves this Court pursuant to Federal Rule of Civil

Procedure 15(a) to enter an order permitting the amendment of the complaint in this action.

1875325.1

- 2 -

After the complaint was initially filed, the Internal Revenue Service authorized the Department of Justice to bring a separate action to reduce tax assessments to judgment and to foreclose on tax liens against Rita M. Hymes, who is the wife of Donald L. Hymes and a party to the instant suit. The proposed amended complaint, attached as Exhibit A, would add those claims against Rita Hymes.

## STATEMENT OF THE CASE

This is a civil action brought by the United States of America (1) to reduce to judgment outstanding federal tax assessments in the amount of $199,456.79 against defendant Donald Hymes, and (2) to foreclose on federal tax liens against his personal residence, which he shares with his wife, Rita Hymes. The complaint was filed on June 3, 2005. Defendants Donald and Rita Hymes each filed answers to the complaint on November 16, 2005.

The complaint originally named Rita Hymes as a defendant because of her interest in the property that is the subject of this action. The property is located at 2340 Ravenwood, Fairbanks, Alaska. According to the allegations in the complaint, Donald and Rita Hymes purchased the property in 1974, and currently reside at the property. In 1988, the Hymeses purported to transfer their interest in the property to their daughters Zena Hymes and Charla Hymes. Zena and Charla Hymes then transferred their interests in the property to Aurora Trust, of which both were trustees. Zena Hymes then transferred an interest in the property to Sunshine Trust. Rita Hymes is the trustee of Sunshine Trust.

After the initial complaint was filed, the Department of Justice received authorization from a delegate of the Secretary of the Treasury to reduce tax assessments to judgment and to

1875325.1

- 3 -

foreclose on tax liens against Rita Hymes. These tax liens attach to the property which is the subject of this action. Accordingly, the United States is now seeking to amend the initial complaint to include these allegations pertaining to the tax assessments and the federal tax liens on Rita Hymes' interest in the property.

ARGUMENT

Rule 15(a) of the Federal Rules of Civil Procedure permits a party to seek leave of the court to amend its pleading. Leave to amend generally should be freely given when justice so requires. *Gillette v. Tansy*, 17 F.3d 308, 312 (10th Cir. 1994). Furthermore, Federal Rule of Civil Procedure 15(d) provides that supplemental pleadings may be added to allege relevant facts occurring after the original pleading was filed. A supplemental pleading is designed to bring the action up to date and to set forth new facts affecting the controversy. *Manning v. City of Auburn*, 953 F.2d 1355, 1359-1360 (11th Cir. 1992). This policy is to be applied with "extraordinary liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). Thus, while leave to amend should not be granted automatically, the circumstances under which Rule 15(a) "permits denial of leave to amend are limited." *Ynclan v. Dept. of Air Force*, 943 F.2d 1388, 1391 (5th Cir. 1991). Specifically, leave to amend should be freely given unless there is undue delay, bad faith, or dilatory motive on the part of the movant, undue prejudice to the opposing party, or the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962).

In the instant action, the United States is seeking leave to amend the complaint to include allegations relating to federal tax assessments against Rita Hymes. Rita Hymes is already named

- 4 -

as a defendant in the action because of her interest in the property on which the United States is seeking foreclosure.  Granting leave to amend the complaint would allow for the United States to incorporate these new but related allegations against Rita Hymes and allow for any subsequent foreclosure on the property to satisfy the tax liabilities of both owners.

   Legal action regarding the assessments against Rita Hymes was not authorized until after the initial complaint was filed.  There is no bad faith or dilatory motive on the part of the United States, and amending the complaint will not prejudice the opposition because the assessments against Rita Hymes represent outstanding tax liabilities that will be pursued by the government regardless of the outcome of this motion.  Because a scheduling order has not yet been entered in this case, neither parties have commenced discovery.  Thus, the facts surrounding the federal tax liabilities of both Mr. and Mrs. Hymes can be discovered at the same time in the course of the same civil action.  Granting leave to amend the complaint would simply incorporate the related allegations against Rita Hymes and allow the disposition of the property to be determined as part of the same action, thus promoting judicial economy.

///

///

///

///

///

///

///

1875325.1

- 5 -

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Motion To Amend Complaint be granted and that the Amended Complaint, attached hereto as Exhibit A, which adds allegations pertaining to assessments of federal tax liabilities of Rita Hymes, be filed.

Dated this 22nd day of August, 2006.

    Respectfully Submitted,

    DEBORAH M. SMITH
    Acting United States Attorney


    s/ Jennifer D. Auchterlonie
    JENNIFER D. AUCHTERLONIE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C.  20044-0683
    (202) 514-9593

1875325.1

- 6 -

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2006, a copy of the foregoing UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT was served by regular U.S. mail on the following parties:

```
Donald L. Hymes            Rita M. Hymes
2340 Ravenwood             2340 Ravenwood
Fairbanks, Alaska 99709    Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

1875325.1