UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> HYMES, et al. </u>

DATE:   <u>  August 31, 2006  </u>        CASE NO.   <u>  3:05-cv-0123-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION TO DISMISS**

---

      Before the Court is a Motion to Dismiss with Prejudice filed by Defendants Donald Hymes and Rita Hymes (Docket 75). The fact that the Court of Appeals did not accept jurisdiction over Defendants' interlocutory appeal is not a basis for dismissal of the underlying case. Defendants have failed to articulate a legitimate basis for dismissal of this matter. The Motion to Dismiss, at Docket 75, is therefore **DENIED.**

M.O. DENYING MOTION TO DISMISS