The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

Plaintiff

v.

Donald L. Hymes;
Rita M. Hymes;
SUNSHINE TRUST, Rita M. Hymes, Trustee;

Defendants

A05-123-CV(RRB)

ORDER

It is hereby ORDERED that UNITED STATE' MOTION TO AMEND

COMPLAINT IS DENIED.

_____

                                        _____

                                        Signature of Judge