NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' REPLY TO |
| | ) | DEFENDANTS' RESPONSE TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | UNITED STATES' MOTION TO |
| AURORA TRUST, ZENA D. HYMES | ) | AMEND COMPLAINT |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America, by and through its undersigned counsel, hereby replies as

follows to defendants' response (Dkt. # 81) in opposition to the United States' motion to amend

1915091.1

- 2 -

the complaint in this action.

Although not altogether clear, defendants appear to oppose the United States' motion to amend the complaint because the federal tax assessments against Rita M. Hymes had been made, and the corresponding notices of federal tax liens had been filed, prior to the United States' commencement of this action. It is correct that the tax assessments and liens against Rita M. Hymes were in existence at the time that the United States filed this suit against Donald L. Hymes. The United States' motion does not allege otherwise. What the motion points out, however, is that the United States only received authorization from the Internal Revenue Service to bring suit against Rita M. Hymes to reduce her tax assessments to judgment and foreclose her tax liens after it had already filed the instant action. Pursuant to 26 U.S.C. § 7401, no civil action for the collection of federal taxes may be commenced unless the Secretary of the Treasury authorizes the Department of Justice to bring such action. Thus, the United States could not have included the assessments against Rita M. Hymes in its initial complaint because, as set forth in the United States' motion, it did not have authorization from the IRS to do so.

As set forth in the United States' motion, the policy of allowing leave to amend a complaint is to be applied with "extraordinary liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990). Specifically, leave to amend should be freely given unless there is undue delay, bad faith, or dilatory motive on the part of the movant, undue prejudice to the opposing party, or the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). In the case at bar, the federal tax liabilities of Donald and Rita Hymes, husband and wife, likely involve discovery of the same or related facts, and the United States

- 3 -

seeks foreclosure of the tax liens of Donald and Rita Hymes against the same parcel of real property. No discovery has yet taken place in this case. Thus, amendment of the complaint will not cause delay of this action and will not prejudice the defendants. In fact, if the United States' motion to amend the complaint herein is denied, the United States will be required to file a separate civil action against Rita M. Hymes, naming Donald L. Hymes as a defendant due to his interest in the real property at issue, and the defendants then will be forced to litigate two separate actions at once. In the interests of economy and efficiency, the Hymeses' federal tax liabilities and the disposition of their residence should be determined in one civil action, not two.

Accordingly, for the foregoing reasons, and for the reasons set forth in the United States' motion to amend the complaint, the United States respectfully requests that the Court grant its motion and allow the filing of the Amended Complaint.

Dated this 14th day of September, 2006.

                Respectfully Submitted,

                NELSON P. COHEN
                United States Attorney


                s/ Jennifer D. Auchterlonie
                JENNIFER D. AUCHTERLONIE
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 683
                Ben Franklin Station
                Washington, D.C. 20044-0683
                (202) 514-9593

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 14, 2006, a copy of the foregoing UNITED STATES' REPLY TO DEFENDANTS' RESPONSE TO UNITED STATES' MOTION TO AMEND COMPLAINT was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

    s/ Jennifer D. Auchterlonie
    JENNIFER D. AUCHTERLONIE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-9593
    Email: Jennifer.D.Auchterlonie@usdoj.gov

1915091.1