## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

USA   v.   HYMES, et al.

DATE:   September 15, 2006   CASE NO.   3:05-cv-0123-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO AMEND COMPLAINT**

_____

      Before the Court is Plaintiff's Motion to Amend Complaint (Docket 77), Defendant's opposition thereto (Docket 81), and Plaintiff's reply (Docket 82). Plaintiff's Motion to Amend Complaint is hereby **GRANTED**. Plaintiff shall now file and serve its Amended Complaint.

M.O. GRANTING MOTION TO AMEND COMPLAINT