RECEIVED
OCT 12 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

Treas. Reg. T. 26, Ch. I, Subch. B, Pt. 20

26 CFR Ch. I, Subch B, Pt 20

CODE OF FEDERAL REGULATIONS
TITLE 26--INTERNAL REVENUE
CHAPTER I--INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY
SUBCHAPTER B--ESTATE AND GIFT TAXES
PART 20--ESTATE TAX; ESTATES OF DECEDENTS DYING AFTER AUGUST 16, 1954
Current through September 16, 2005; 70 FR 54832

Authority: 26 U.S.C. 7805.

Section 20.2031-7 also issued under 26 U.S.C. 7520(c)(2).

Section 20.2031-7A also issued under 26 U.S.C. 7520(c)(2).

Section 20.6081-1 also issued under 26 U.S.C. 6081(a).

Section 20.6302-1 also issued under 26 U.S.C. 6302(a) and (h).

Section 20.7520-1 also issued under 26 U.S.C. 7520(c)(2).

Section 20.7520-2 also issued under 26 U.S.C. 7520(c)(2).

Section 20.7520-3 also issued under 26 U.S.C. 7520(c)(2).

Section 20.7520-4 also issued under 26 U.S.C. 7520(c)(2).

Source: T.D. 6296, 23 FR 4529, June 24, 1958; 25 FR 14021, Dec. 31, 1960, unless otherwise noted.

EXHIBIT 3