
RECEIVED
OCT 13 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

Treas. Reg. T. 26, Ch. I, Subch. C, Pt. 31

CODE OF FEDERAL REGULATIONS
TITLE 26--INTERNAL REVENUE
CHAPTER I--INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY
SUBCHAPTER C--EMPLOYMENT TAXES AND COLLECTION OF INCOME TAX AT SOURCE
PART 31--EMPLOYMENT TAXES AND COLLECTION OF INCOME TAX AT SOURCE
Current through June 28, 2005; 70 FR 37247

Authority: 26 U.S.C. 7805.

Sections 31.3121(a)-1, 31.3121(a)-3, 31.3231(e)-1, 31.3231(e)-3, 31.3306(b)-1, 31.3306(b)-2, 31.3401 (a)-1, and 31.3401(a)-4 also issued under 26 U.S.C. 62.

Section 31.3121(b)(7)-2 also issued under 26 U.S.C. 3121(b)(7)(F).

Section 31.3121(b)(19)-1 also issued under 26 U.S.C. 7701(b)(11).

Section 31.3306(c)(18)-1 also issued under 26 U.S.C. 7701(b)(11).

Section 31.3401(a)(6)-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

Section 31.3402(f)(1)-1 also issued under 26 U.S.C. 3402(m).

Section 31.3402(f)(5)-1 also issued under 26 U.S.C. 3402 (i) and (m).

Section 31.3402(r)-1 also issued under 26 U.S.C. 3402(p) and (r).

Sections 31.3406(a)-1 through 31.3406(i)-1 also issued under 26 U.S.C.3406(i).

Section 31.3406(j)-1 also issued under 26 U.S.C. 3406(i).

Section 31.6011(a)-3A is also issued under the authority of 26 U.S.C. 6011.

Section 31.6011(a)-4 also issued under 26 U.S.C. 6011.

Section 31.6051-1 also issued under 26 U.S.C. 6051.

Section 31.6051-2 also issued under 26 U.S.C. 6051.

Sections 31.6053-3 (b)(5), (h) and (j)(9) and 31.6053-4 are also issued under sec. 1072 of Pub. L. 98-369, 98 Stat. 1052; and 26 U.S.C. 6001.

Sections 31.6053-3T and 31.6053-4T are also issued under sec. 1072 of Pub. L. 98-369, 98 Stat. 1052; and 26 U.S.C. 6001.

Section 31.6071-1 also issued under 26 U.S.C. 6071.

Section 31.6071(a)-1A is also issued under the authority of 26 U.S.C. 6071.

Section 31.6081-1 also issued under 26 U.S.C. 6081.

Section 31.6205-2 is also issued under 26 U.S.C. 6205(a)(1).

EXHIBIT 4

Sections 31.6302-1 through 31.6302-3 also issued under 26 U.S.C. 6302 (a), (c), and (h).

Section 31.6302-4 also issued under 26 U.S.C. 6302 (a) and (c).

Section 31.6302(c)-2A is also issued under 26 U.S.C. 6302 and 6157(d).

Section 31.6302(c)-3 also issued under 26 U.S.C. 6302(h).

Source: T.D. 6516, 25 FR 13032, Dec. 20, 1960; 25 FR 14021, Dec. 31, 1960, unless otherwise noted.

EXHIBIT __4__

P 2