NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' STATEMENT IN |
| | ) | LIEU OF SCHEDULING AND |
| DONALD L. HYMES; RITA M. HYMES; | ) | PLANNING CONFERENCE |
| AURORA TRUST, ZENA D. HYMES | ) | REPORT |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  The United States of America, by and through its undersigned counsel, hereby submits

this Statement in lieu of the required Scheduling and Planning Conference Report.  The reasons

2022935.1

- 2 -

for the filing of this statement are as follows:

On October 31, 2006, counsel for the United States sent a draft Scheduling and Planning Conference Report to each of the remaining defendants in this action, Donald L. Hymes and Rita M. Hymes. The draft Report was mailed via First Class United States Mail and FedEx, and included a cover letter asking the defendants to contact counsel for the United States in order to arrange the meeting required by Fed. R. Civ. P. 26(f).

Counsel for the United States received a written response from the defendants, which included defendants' proposed Report and a statement by defendants that no meeting was necessary. A true and correct copy of defendants' response is attached hereto as Exhibit A. Defendants' proposed Report contained, inter alia, improper, patently frivolous, and largely unintelligible discovery requests, as well as a legally baseless and unintelligible claim for a jury trial, with a jury composed of individuals who are not citizens of the United States.

Counsel for the United States' attempts to contact defendants via telephone were unsuccessful, however, said counsel notified defendants via e-mail that defendants' proposed Report did not comply with local rules and urged defendants to seek the advice of counsel who could assist them in this matter. Counsel for the United States did not receive further contact from defendants in this matter. Accordingly, the United States submits this Statement to provide the Court with its views on the scheduling and planning issues presented in this matter, and respectfully requests that, in the event that the Court is not inclined to accept the views of the United States on these issues, the Court set a telephonic scheduling conference to hear argument from the parties on the scheduling and planning issues presented herein.

2022935.1

- 3 -

1.  **Meeting**. As set forth above, a meeting in accordance with F.R.Civ.P. 26(f) was not held in this matter.

2.  **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    \_\_\_\_  have been exchanged by the parties.

    _X_  will be provided by the United States by November 22, 2006.

    Proposed changes to disclosure requirements: None.

    Preliminary witness lists

    \_\_\_\_  have been exchanged by the parties.

    _X_  will be provided by the United States by November 22, 2006.

3.  **Contested Issues of Fact and Law**. Preliminarily, the United States expects the following issues of fact and/or law to be presented to the court at trial in this matter:

    This is a civil action to reduce federal tax assessments to judgment and to foreclose federal tax liens on real property. Thus, the two issues are (1) whether the taxpayers Donald L. Hymes and Rita M. Hymes are indebted to the United States for federal taxes in the amounts set forth in the amended complaint, and (2) whether the United States is entitled to foreclose its federal tax liens upon the real property that is the subject of this suit. The second issue involves a determination of whether the Sunshine Trust is an alter ego and/or nominee of the taxpayers. As the Sunshine Trust has not appeared in this matter through counsel, it may be subject to default judgment.

4.  **Discovery Plan**. The United States proposes to the court the following discovery plan.

    A.  Discovery will be needed on the following issues:

- 4 -

The relationship of the Sunshine Trust to the taxpayers, whether the trust is an alter ego and/or nominee of the taxpayers, and ownership of the subject property.

    B.    All discovery commenced in time to be completed by March 15, 2007 ("discovery close date").

    C.    Limitations on Discovery.

        1.    Interrogatories.

  __X__  No change from F.R.Civ.P. 33(a).

  ____  Maximum of ____ by each party to any other party.

Responses due in ____ days.

        2.    Requests for Admissions.

  ____  No change from F.R.Civ.P. 36(a).

  __X__  Maximum of __50__ requests.

Responses due in ____ days.

        3.    Depositions.

  __X__  No change from F.R.Civ.P. 36(a), (d).

  ____  Maximum of ____ depositions by each party.

  ____  Depositions not to exceed ____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

  __X__  Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

  ____  Reports due:

- 5 -

From plaintiff _____   From defendant _____

    E.    Supplementation of disclosures and discovery responses are to be made:

____    Periodically at 60-day intervals from the entry of scheduling and planning order.

_X_    As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

____    45 days prior to the close of discovery.

_X_    Not later than February 14, 2007.

5. **Pretrial Motions**.

_X_    No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

____    Motions to amend pleadings or add parties to be filed not later than _____.

____    Motions under the discovery rules must be filed not later than _____.

____    Motions in limine and dispositive motions must be filed not later than _____.

6. **Other Provisions**:

    A.    _X_    The United States does not request a conference with the court before the entry of the scheduling order, except as set forth above.

            ____    The parties request a scheduling conference with the court on the following issue(s):

(*Insert issues on which a conference is requested*)

- 6 -

    B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

            __X__    This matter is not considered a candidate for court-annexed alternative dispute resolution.

            ____    The parties will file a request for alternative dispute resolution not later than (*insert date*).

            ____ Mediation     ____ Early Neutral Evaluation

    C.    The parties   ____ do   __X__ do not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

            ____ All parties have complied.  __X__ Compliance not required by any party.

7.    **Trial**.

    A.    The matter will be ready for trial:

    ____ 45 days after the discovery close date.

    __X__ not later than June 18, 2007.

    B.    This matter is expected to take   __2__   days to try.

///

///

///

///

///

2022935.1

- 7 -

C.   Jury Demanded?   ___ Yes   _X_ No

Right to jury trial disputed?  _X_  Yes   ___ No

Dated: <u>November 15, 2006</u>          NELSON P. COHEN
                                         United States Attorney


                                         <u>s/ Jennifer D. Auchterlonie</u>
                                         JENNIFER D. AUCHTERLONIE
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         Post Office Box 683
                                         Ben Franklin Station
                                         Washington, D.C.  20044
                                         Telephone: (202) 514-9593

                                         Attorney for plaintiff the United States of
                                         America

2022935.1

- 8 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, a copy of the foregoing UNITED STATES' STATEMENT IN LIEU OF SCHEDULING AND PLANNING CONFERENCE REPORT was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

          s/ Jennifer D. Auchterlonie
          JENNIFER D. AUCHTERLONIE
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683, Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 514-9593
          Email: Jennifer.D.Auchterlonie@usdoj.gov