Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

RECEIVED
FEB  ɔ 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Plaintiffs*

v.

**UNITED STATES OF AMERICA;**
*Defendant*

**A05-123-CV(RRB)**

**Counterclaim**

*Come now*, Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Counterclaim.

### I. Trial by Jury

a.   The Hymes do demand a Trial by Jury of our Peers who are not "citizens of the United States,", but are citizens of the several States arising under the Constitution of the United States according to the course of the common law.

b.   And further this is in the Federal Rules of Civil Procedures secured as inviolate in Rule 38 to a Trial by Jury of our Peers.

### II. Jurisdiction

a.   Jurisdiction arises under Article III of the Constitution of the United States

as lawfully amended by the qualified Electors of the several States ("Constitution") in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

  b. Jurisdiction arises under the Privileges and Immunities in Article IV Section 2 Clause 1 of the Constitution with the Hymes exercising their fundamental rights, i.e. inalienable rights secured in the several States of the Union as citizens of one of the several States.

  c. Jurisdiction arising under Article VI of the Constitution, to wit:

> This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.
>  The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution.

  d. Jurisdiction arises under the Laws of the United States in 1 Stat. 23 being the Oaths of Office for all executive and judicial Officers of the several States and Oaths of Office for all legislative Members of the several States and for all Senators and Representatives of the United States (Congress) and all officers of the United States appointed under the authority of the United States arising under Article II Section 2 Clause 2 to support the Constitution of the United States.

  e. Jurisdiction arises under 1 Stat. 73 *et seq.*, being the Judiciary Act of 1789.

  f. Jurisdiction arises under 1 Stat. 68, 69 on the appointment of Officers of the United States arising under Article II Section 2 Clause 2 shall have Civil Commissions under the Seal of the United States.

g.	The Hymes have verified that the Laws of the United States cited are not repealed of 1 Stat. 73 ch. 20 (1789) *et seq.* in the 2006 U.S.C.A. of Tables and Indexes pages 18-20; and, in the 1940 Code Table and Indexes 1 Stat. 73 ch. 20 *et seq.* has not been eliminated on page 4718, was not included on page 4507 or repealed on page 4663. Also in the 1926 Code 1 Stat. 73 ch. 20 *et seq.* was not repealed on page 1829-31 (44 Stat. 1829-31).

h.	The Hymes have verified that the Laws of the United States cited are not repealed for 1 Stat. 23 ch. 1 (1789) *et seq.* in the 2006 U.S.C.A. of Tables and Indexes pages 17; and, in the 1940 Code Table and Indexes 1 Stat. 23 *et seq.* ch. 1 has not been eliminated on page 4718, was not included on page 4507 or repealed on page 4663. Also in the 1926 Code 1 Stat. 23 ch. 1 *et seq.* was not repealed on pages 1829-31 (44 Stat. 1829-31).

i.	The Hymes have verified that the Laws of the United States cited are not repealed for 1 Stat. 68, 69 (1789) in the 2006 U.S.C.A. of Tables and Indexes pages 17; and, in the 1940 Code Table and Indexes 1 Stat. 23 *et seq.* ch. 1 has not been eliminated on page 4718, was not included on page 4507 or repealed on page 4663. Also, in the 1926 Code 1 Stat. 23 ch. 1 *et seq.* was not repealed on pages 1829-31 (44 Stat. 1829-31).

### III. Parties

a.	Rita MariNa Hymes is a naturalized citizen of the United States of America, citizen of one of the several States and domiciled in the territorial boundaries of the foreign state of Alaska, which is presumed to be one of the several States for this Counterclaim. Rita MariNa Hymes is not a "citizen of the United States" nor an "Individual" as defined by Congress including but not limited to 5 U.S.C. § 552a(2) &

(13), 42 U.S.C. §§ 1981, 1982 & 1988.

b.      Donald Louis Hymes is an American citizen, citizen of the United States of America, citizen of one of the several States and a Natural Born Native and citizen of the foreign state of Maryland domiciled in the territorial boundaries of the foreign state of Alaska, which is presumed to be one of the several States for this Counterclaim. Donald Louis Hymes is not a "citizen of the United States" nor an "Individual" as defined by Congress including but not limited to 5 U.S.C. § 552a(2) & (13), 42 U.S.C. §§ 1981, 1982 & 1988.

c.      UNITED STATES OF AMERICA ("USA") is an unknown entity in this Counterclaim, which to date has refused to disclose by what Authority, Charter, Treaty or constitution it filed against the Hymes; and,

## IV. Facts

a.      Donald Louis Hymes and Rita MariNa Hymes have been attempting by due diligence to have the Internal Revenue Service (IRS) disclose via FOIAs the documents, statutory authority of Congress and the substantive regulations for 30 years concerning the Hymes.

b.      The Hymes took the IRS to court for not following their own rules and regulations and Levying Donald Louis Hymes' Teamster retirement check as well as a bank account; to no avail.

c.      During the past 8+ years, when this latest harassment of illegal and unlawful actions started, the Hymes have filed numerous FOIA requests. 65 of these submitted by Donald Louis Hymes and 62 by Rita have yet to be answered. The latest request submitted in July 2006 was answered with - we need additional time of 30 days- it

has yet to be answered.

    d.    Among the items requested under FOIA were the:

        1.    Documentation showing Hymes are taxpayers

        2.    **Forms 23C**

        3.    90-Day Statutory Notice of Deficiency

        4.    Actual Liens

        5.    Actual 668 B Levies

        6.    Delegation of Authority orders- specific to Hymes

        7.    Legal and timely notices

        8.    Source documents

        9.    Documentation as to why the IMF does not support IRS the allegations.

        10.    Substitute for returns.

        11.    Documents that the Hymes is a person required, and/or has done business pertaining to ATF.

        12.    Court order for the Notices of Lien

        13.    Court order authorizing levies

    e.    At one point, in 2004, six FOIAs submitted by Rita MariNa Hymes were returned to her with a letter stating they had to be submitted to another office.

    f.    Most of the FOIA requests that were answered were not answered in the stipulated twenty (20) day time period, but from 3-9 months later, and only a few of those had requested an extension of time, nor did many of them supply the requested information.

g.     Appeal hearings were requested. A meeting was scheduled for Rita MariNa Hymes with Larean Beach at the Fairbanks IRS office. Rita MariNa Hymes brought a witness, being a Mr.Bohm, a tape-recorder and a stenographer, being Mrs. Husted. She was told she could not have any of it at the meeting. When she asked why, she was told that that is the way it was being done. On further questioning, it came out, that this 'ruling' was based on an inner office memo. But, they would not produce it, nor state who had signed it. Ms . Beach also could or would not produce a delegation of authority order.

h.     The next "appeal" hearing was arranged telephonically by a Tim Paul from the Seattle office for Rita MariNa Hymes and Donald Louis Hymes. He was informed by mail that Don was incarcerated and would not be able to participate. He was given the address and phone number of the jail. He was told this again when he called. He refused to answer any of Rita MariNa Hymes' questions and the 'hearing' was terminated. Donald Louis Hymes was never contacted. Donald Louis Hymes never had an "appeals hearing", i.e. even the appearance of justice in which the file is sealed, no essential facts can be added and the IRS person in charge exercises no executive Power of the United States, exercises no legislative Power of the United States and exercises no judicial Power of the United States.

i.     None of the follow up letters requesting information were answered nor were the FOIA requests.

j.     No correspondence sent to any of the IRS agents was ever acknowledged or answered.

k.     Among the many letters written were the following:

        1.      Requests for information and documentation

        2.      Violation of Agents Authority

        3.      Administrative Notices of Debt not owed

        4.      Claims for Damages

        5.      Notices of Fraud

l.    And to just to name a few of the agents contacted in writing are the following:

1. JaNean Ellis
2. Les Lucas- Appeals Manager
3. Tim Paul- Appeals Officer'
4. R. John
5. Mike Walsh- agent
6. Jack Estoll- Appeals Team Manager
7. D. Coulter- Group Manager Anchorage
8. Susan Hernandez
9. Thomas Matthews
10. Susan Meredith
11. Mr. Ellis- area manager

m.    The Hymes did try everything in their power to get information necessary to comply with the IRS requests for "payment" and validation of any debt or liability. Instead of getting the necessary information mandated under the unambiguous language of Congress by Statute under 5 U.S.C. 552(a) and substantive regulations of the IRS, the Hymes continued to be harassed and finally taken to court.

    n.    The IRS and those associated with same have not complied with the mandatory requirements of Due Process of Law for "agencies."

    m.    And further, these agents with no executive Power of the United States, no judicial Power of the United States and no legislative Power of the United States have proceeded by illegal and unlawful means to harass, incarcerate and proceed unhindered with the aid of the United States District Court ("USDC"), which is not a *de jure* "District Court of the United States" exercising the judicial Power of the United States under the Authority of the United States arising under Article III in all Cases in Law and Equity of the Constitution of the United States as lawfully amended by the qualified Electors of the several States ("Constitution").

## First Cause of Action

The Hymes incorporates all of the preceding facts and law in this instant Counterclaim and allege that the "UNITED STATES OF AMERICA" ("USA") was not established under the Articles of Confederation.

## Second Cause of Action

The Hymes re-plead all of the facts and allegations of the First Cause of Action and allege that the USA exercises no judicial Power of the United States under the Authority of the United States arising under the Constitution.

## Third Cause of Action

The Hymes re-plead all of the facts and allegations of the Second Cause of Action and allege that the USA exercises no executive Power of the United States under the Authority of the United States arising under the Constitution.

## Fourth Cause of Action

The Hymes re-plead all of the facts and allegations of the Fourth Cause of Action and allege that the USA exercises no legislative Power of the United States granted to Congress under the Authority of the United States arising under the Constitution.

### Fifth Cause of Action

The Hymes re-plead all of the facts and allegations of the Fifth Cause of Action and allege that the USA was not established and ordained by the Constitution.

### Sixth Cause of Action

The Hymes re-plead all of the facts and allegations of the Fifth Cause of Action and allege the USA has not disclosed what type of entity it is and therefore has no standing in any District Court of the United States arising under Article III of the Constitution in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

### Seventh Cause of Action

The Hymes re-plead all of the facts and allegations of the Sixth Cause of Action and allege that the USA has not disclosed the relationship of the USA to the "United States" and therefore has no standing arising under the Constitution.

### Eighth Cause of Action

The Hymes re-plead all of the facts and allegations of the Seventh Cause of Action and allege that the USA and the "United States" are not the same arising under the Constitution.

### Ninth Cause of Action

The Hymes re-plead all of the facts and allegations of the Eighth Cause of Action and allege that the "United States" in this instant Case isn't the "United States" under

which the several States are united in a Union of States by and arising under the Constitution.

### Tenth Cause of Action

The Hymes re-plead all of the facts and allegations of the Ninth Cause of Action and allege the Department of Justice ("DoJ") exercises no executive Power of the United States arising under the Constitution.

### Eleventh Cause of Action

The Hymes re-plead all of the facts and allegations of the Tenth Cause of Action and alleges that the DoJ is a mere "executive agency" under ambiguous language of 5 U.S.C. Sec. 105 and not a Department of the United States arising under the Constitution exercising some executive Power of the United States under the Authority of the United States.

### Twelfth Cause of Action

The Hymes re-plead all of the facts and allegations of the Eleventh Cause of Action and allege that the DoJ attorney in this instant Case is a Jennifer D. Auchterlonie ("Auchterlonie") who is a mere employee of the Government of the United States with a Form 61.

### Thirteenth Cause of Action

The Hymes re-plead all of the facts and allegations of the Twelfth Cause of Action and allege Auchterlonie, who is a mere employee of the Government of the United States with a Form 61, is not an Officer of the United States or inferior Officer of the United States arising under Article II Section 2 Clause 2.

### Fourteenth Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirteenth Cause of Action and allege that Auchterlonie has no Civil Commission as an Officer of the United States or inferior Officer of the United States under the Seal of the United States with a signature of any party authorized to appoint an Officer of the United States arising under the Laws of the United States of 1 Stat. 68 and Article 2 Clause 2 Section 2 and therefore, not being a Officer of the United States as a *matter of law,* can not exercise any of the executive Power of the United States under the Authority of the United States arising under the Constitution.

### Fifteenth Cause of Action

The Hymes re-plead all of the facts and allegations of the Fourteenth Cause of Action and allege that the Internal Revenue Service ("IRS") has never been established by any Law of the United States arising under the Constitution.

### Sixteenth Cause of Action

The Hymes re-plead all of the facts and allegations of the Fifteenth Cause of Action and allege that the IRS does not exercise any executive Power of the United States under the Authority of the United States, does not exercise any legislative Power of the United States under the Authority of the United States and does not exercise any judicial Power of the United States under the Authority of the United States.

### Seventeenth Cause of Action

The Hymes re-plead all of the facts and allegations of the Sixteenth Cause of Action and allege that the Hymes are not "Individuals" as used by Congress in 26 U.S.C. § 1 to impose income taxes and as specifically defined under 5 U.S.C. § 552(a)(2) & (13) as the use of "Individual" in 26 U.S.C. § 1 and 5 U.S.C. § 552(a)(2) & (13) are inextricably

intertwined and irrevocably conflated.

### Eighteenth Cause of Action

The Hymes re--plead all of the facts and allegations of the Seventeenth Cause of Action and allege that the Hymes are not "citizens of the United States" or "aliens", but are of the status as stated under Parties, *supra*.

### Nineteenth Cause of Action

The Hymes re-plead all of the facts and allegations of the Eighteenth Cause of Action and allege that arising under the Constitution, that Congress shall lay and collect taxes and that the IRS is not under the Congress to collect taxes.

### Twentieth Cause of Action

The Hymes re-plead all of the facts and allegations of the Nineteenth Cause of Action and allege that all of the parties listed in 1 (1-11) *supra.*, are all mere employees of the Government of the United States and none are Officers of the United States or inferior Officers of the United States.

### Twenty-first Cause of Action

The Hymes re-plead all of the facts and allegations of the Twentieth Cause of Action and allege that the IRS is bound by Procedural Rule of 26 CFR § 601.101(b) which states: "The regulations relating to the taxes administered by the Service are contained in Title 26 of the Code of Federal Regulations". But, the IRS has not proffered regulations in support of their unlawful and illegal claims in this instant Case.

### Twenty-second Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-first Cause of Action and allege that the IRS is bound by the unambiguous language of 5 U.S.C. §

552(a)(1) and 26 CFR § 601.702 for "Statement of Procedural Rules" (part 601), Procedural Administration Regulations (part 301) and "substantive regulations under the Internal Revenue Code of 1986, such as the regulations in part 1 of this chapter (Income Tax Regulations) [Individuals], in part 20 of this chapter (Estate Tax Regulations), and in part 31 of this chapter (Employment Tax Regulations)" and that the IRS has not followed the unambiguous language of Congress of 5 U.S.C. § 551(a)(1) and 26 CFR § 601.702.

### Twenty-third Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-second Cause of Action and allege that there are three substantive regulation tables in Title 26 of the Code of Federal Regulations ("CFR"); being Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1 [Individuals]; and, Treas. Reg. T. 26, Ch. I, Subch. B, Pt. 20 [Estates]; and, Treas. Reg. T. 26, Ch. I, Subch. C, Pt. 31[Employment]; and, that the IRS has not followed or used the "substantive regulations" that have the "force and effect of law" as held in the adjudged decision of the Supreme Court of the United States in *Chrysler v. Brown*, 441 U.S. 281 (1979) in this instant Case concerning the Hymes and refused to disclose same to the Hymes.

### Twenty-fourth Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-third Cause of Action and allege that the USA and Auchterlonie are attempting to prosecute the Hymes as "citizens of the United States" under 42 U.S.C. § 1981, 42 U.S.C. § 1982 and 42 U.S.C. § 1988 as "citizens of the United States" in criminal and civil matters under the Revised Statutes of 1878 being only *prima facie* evidence of law of Title XII (judiciary), Title XXIV (Civil Rights of "citizens of the United States") and Title LXX (Crimes).

### Twenty-fifth Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-fourth Cause of Action and allege that a "citizen of the United States" has no inalienable rights and that USA, DoJ, Auchterlonie and including the parties listed in l(1-11) ,but not limited to same, are attempting unlawfully and illegally to classify the Hymes as "citizens of the United States."

### Twenty-sixth Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-fifth Cause of Action and allege that Congress has not been granted any Powers arising under the Constitution to attempt to clothe a "citizen of the United States" with the fundamental rights (inalienable rights) as "white citizens" being the citizens of the several States and that the USA, DoJ, Auchterlonie and including the parties listed in l(1-11) ,but not limited to same, are unlawfully and illegally attempting to take the personal and private property of the Hymes as "citizens of the United States."

### Twenty-seventh Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-sixth Cause of Action and allege that the President of the United States is not authorized and empowered to abolish Offices or to delegate said Offices with said attached Powers and Duties established by law, including the Offices and Officers of the United States established by law arising under Article II Section 2 Clause 2 under the Reorganization Plan No. 1 of 1952 under the purported authority of the Reorganization Act of 1949 of 63 Stat. 203, and therefore there are no "Officers of the United States" existing today exercising any executive, legislative or judicial Power of the United States under the Authority of the

United as "collectors" of internal revenue of which have attacked unlawfully and illegally the Hymes and their private and personal property.

### Twenty-eighth Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-seventh Cause of Action and allege that there are no "internal revenue districts" established in any of the several States that is mandated by 26 U.S.C. § 7621 for any "collectors" of the IRS to collect revenue, and USA, DoJ, Auchterlonie and including the parties listed in l(1-11), but not limited to same, are attempting unlawfully and illegally to collect from the Hymes.

### Twenty-ninth Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-eighth Cause of Action and allege that there are no Assessment 23C documents in existence with the *proper names i.e. proper nouns* of the Hymes and this is further validated as the IRS has consistently over the years refused to address the Assessment 23Cs and to provide same.

### Thirtieth Cause of Action

The Hymes re-plead all of the facts and allegations of the Twenty-ninth Cause of Action and allege that if the purported Assessment 23C documents do in fact exist then USA, DoJ, Auchterlonie and including the parties listed in l (1-11), as a *matter of law,* have made a determination that the Hymes are in fact "taxpayers" under 26 CFR § 601.201 under the unambiguous statutory authority of 5 U.S.C. §§ 301 and 552 and still all of the parties *supra.* have refused to disclose same to the Hymes in this instant Case and under previous FOIAs.

### Thirty-first Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirtieth Cause of

Action and allege that the a District Court of the United States, arising under Article 3, exercising judicial Power of the United States under the Authority of the United States, does not have cognizance of this Class of Case for legislative or administrative jurisdiction as held in *Postum Cereal Co. Inc. v. California Fig Nut. Co.*, 272 U.S. 693, 700 (1927), but the unlawful and illegal actions of the USA, DoJ, Auchterlonie and including the parties listed in l(1-11) are attempting to use administrative jurisdiction upon the Hymes by and through the USDC, which does not arise under Article III exercising the judicial Power of the United States under the Authority of the United States by and with the full consent of a Ralph R. Beistline, who purports to be an Officer of the United States.

### Thirty-second Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-first Cause of Action and allege that Ralph R. Beistline is not an "Officer of the United States" arising under Article II Section 2 Clause 2, but is a ***mere employee*** of the Government of the United States with a Form 61 under Ralph R. Beistline's personal signature.

### Thirty-third Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-second Cause of Action and allege that Ralph R. Beistline has no Civil Commission under the signature of the President of the United States under the Seal of the United States as an Officer of the United States under the Laws of the United States under 1 Stat. 68 arising under Article II Section 2 Clause 2 and that the USA, DoJ and Auchterlonie have knowledge thereof of same, but are still attempting to take the personal and private property illegally and unlawfully of the Hymes.

### Thirty-fourth Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-third Cause of Action and allege that the UNITED STATES DISTRICT COURT (USDC) lacks cognizance of this Class of Case filed against the Hymes as Congress did in 1948 divest the de jure Courts of the United States under the Authority of the United States of all jurisdiction "Of all suits of a civil nature, at **common law or in equity**, brought by the **United States . . .**" [*Emphasis added*] (1940 Code 28 U.S.C. § 41(1)) which was recast into 28 U.S.C. §§ 1331, 1332, 1341, 1342, 1345, 1354, 1359. And further, Congress did in 1948 divest the de jure Courts of the United States under the Authority of the United States "Of all crimes and offenses cognizable under the authority of the United States." which was codified in the 1940 Code in Title 28 U.S.C. § 41(2) ***was repealed.***

### Thirty-fifth Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-fourth Cause of Action and allege that the USDC lacks Venue of this instant Case as the Hymes are domiciled in one of the several States, unless the USA stipulates that Alaska is not one of the several States, and that the *real property* in this instant Case is only within the Venue of one of the several States cognizable in a court of the several States and that the USA, DoJ, Ralph R. Beistline, Auchterlonie and including the parties listed in l(1-11) are fully knowledgeable that the USDC lacks Venue in this instant Case.

### Thirty-sixth Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-fifth Cause of Action and allege that the printing of the Revised Statutes of 1878 ("R.S. 1878") initially in 19 Stat 268 Section 4 in 1877 to be *legal and conclusive evidence of the law*, but in 1878 - 19 Stat 268 was amended by SB 541 to be only legal evidence, i.e. *prima facie*

evidence of the law as evidenced by the Congressional Record of the Senate of 1878 pg 1137 and the Congressional Record of the House of 1878 pt 1376-77. As evidenced by said public records, the Hymes allege that the "R.S. 1878" are merely *prima facie* evidence of the law and all purported must be read *in pari materia* with the Laws of the United States.

### Thirty-seventh Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-sixth Cause of Action and allege that Congress has no legislative Power arising under the Constitution to delegate to a mere Commission to change any of the Laws of the United States. This Power of Laws of the United States arising under Article VI is granted only to Congress via introducing a Bill under the grant given in the Constitution or by the judicial Power of the United States under the Authority of the United States to the Courts of the United States arising under Article III of the Constitution to determine that a Law of the United States is void.

### Thirty-eighth Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-seventh Cause of Action and allege the IRS, Auchterlonie, Beistline and all parties in l (1-11) *supra.*, are all involved in counterfeit securities, evidenced by the IRS claims of Notices of Federal Tax Liens and Notices of Levies against the Hymes and by the IRS letters claims of money owed.

### Thirty-ninth Cause of Action

The Hymes re-plead all of the facts and allegations of the Thirty-seventh Cause of Action and allege the IRS, Auchterlonie, Beistline and all parties in l (1-11) *supra.* are all

claiming or involved in supporting, that a debt in "dollars", that is not a defined, is owed by the Hymes and until the a Court of the United States under the signature of a true Article III judge will determine how payment, which is claimed, can be made in lawful money arising under the Constitution fixed by the Standard of Weights and Measures of said coin (money), the IRS, Auchterlonie, Beistline and all parties in l (1-11) *supra.* claim is without merit or remedy within the power of the Hymes.

*Wherefore*, the Hymes should be awarded against the USA in the amount claimed owed by the Hymes to the IRS times three as a just remedy payable in lawful money of the United States.

*And further*, as the IRS with the assistance of Auchterlonie, Beistline and all parties in l (1-11) *supra.*, without any executive Power of the United States, without any legislative Power of the United States and without any judicial Power of the United States under the Authority of the United States arising under the Constitution, the Hymes should be awarded punitive damages of one million dollars payable in lawful money of the United States.

*And further*, the Hymes should awarded any other damages that the jury so finds in this instant Case.

          My Hand,

          Donald Louis Hymes

          My Hand,

          Rita Marina Hymes

## Certification

I hereby certify that a true and correct copy of this Counterclaim was mailed certified mailed first class to the following party who claims to represent "UNITED STATES OF AMERICA," to wit:

UNITED STATES OF AMERICA
JENNIFER D. AUCHTERLONIE
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Certified Mail No.: 7004 1160 0000 0557 6459

Cc.: NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. $ U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Date: 8, February, 2007

Rita MariNa Hymes