NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' FINAL REVISED |
| | ) | WITNESS LIST |
| DONALD L. HYMES; RITA M. HYMES; | ) | |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned counsel, hereby submits

the following final revised witness list in accordance with the Court's Scheduling and Planning

Case 3:05-cv-00123-RRB   Document 91   Filed 02/14/2007   Page 2 of 4

- 2 -

Order, entered in this matter on November 22, 2006.

## Witness List

The United States of America may call as a witness at trial in this matter the following individuals:

    1.    Donald L. Hymes
           2340 Ravenwood
           Fairbanks, Alaska 99709
           Telephone: 907-479-6922

Mr. Hymes is believed to have specific knowledge with respect to the federal tax liabilities at issue and ownership and transfers of the real property at issue.

    2.    Rita M. Hymes
           2340 Ravenwood
           Fairbanks, Alaska 99709
           Telephone: 907-479-6922

Mrs. Hymes is believed to have specific knowledge with respect to the federal tax liabilities at issue and ownership and transfers of the real property at issue.

    3.    Zena D. Hymes, a.k.a. Zena
           12430 NE Knott Street
           Portland, Oregon 97230-1625

Telephone number is unknown. Ms. Hymes is believed to have general knowledge of the ownership and transfers of the real property at issue.

    4.    Charla A. Hymes (Rayburn)
           5340 Butterfly Lane
           Fairbanks, Alaska 99712

Telephone number is unknown. Ms. Hymes is believed to have general knowledge of the ownership and transfers of the real property at issue.

Case 3:05-cv-00123-RRB   Document 91   Filed 02/14/2007   Page 3 of 4

- 3 -

    5.    Employee
           Internal Revenue Service
           Contact through counsel for the United States

The United States anticipates calling an as-yet-unidentified employee of the Internal Revenue Service as necessary to authenticate documents from the IRS administrative file in this matter.

DATED this 14th day of February, 2007.

                        NELSON P. COHEN
                        United States Attorney


                        /s/ Jennifer D. Auchterlonie
                        JENNIFER D. AUCHTERLONIE
                        Trial Attorney, Tax Division
                        U.S. Department of Justice
                        P.O. Box 683
                        Ben Franklin Station
                        Washington, D.C.  20044-0683

                        Telephone: (202) 514-9593
                        Facsimile: (202) 307-0054
                        Email: Jennifer.D.Auchterlonie@usdoj.gov

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2007, a copy of the foregoing UNITED STATES'

FINAL REVISED WITNESS LIST was served by regular U.S. mail on the following parties:

```
Donald L. Hymes            Rita M. Hymes
2340 Ravenwood             2340 Ravenwood
Fairbanks, Alaska 99709    Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

/s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov