```
              Donald Louis Hymes
              Rita MariNa Hymes
              2340 Ravenwood Ave.
              Fairbanks, Alaska [99709]
                  907-479-6922
```

RECEIVED
FEB 1 ? 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

```
            The United States of America

                The United States

         District Court of the United States

                District of Alaska
```

## UNITED STATES OF AMERICA

Plaintiff

v.

Donald Louis Hymes;
Rita Marina Hymes;
Aurora Trust, Zena D. Hymes and Charla Hymes, Trustees;
Sunshine Trust, Rita M. Hymes, Trustee;
Charla Hymes; Zena D. Hymes; and
Fairbanks North Star Borough

A05-123-CV(RRB)

REQUEST FOR EXTENSION OF TIME

Come now the Defendants Donald Louis Hymes and Rita MariNa Hymes and ask that the court allow the late filing of Defendants' FINAL EXPERT WITNESS LIST due to the fact that Defendants are representing themselves and have been dealing with numerous medical problems.

Dated:   15th        February, 2006

My Hand                                My Hand


Donald Louis Hymes                     Rita MariNa Hymes

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007 a true and correct copy of the foregoing;

REQUEST FOR EXTENSION OF TIME

was served by regular U.S. Mail and the following parties:

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O.Box 693, Ben Franklin Station
Washington, D.C. 20044

Nelson P. Cohen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Ave. Box 2
Fairbanks, AK 99701

Dated: February 16, 2007

Rita MariNa Hymes