UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> HYMES, et al. </u>

DATE:  <u> March 13, 2007 </u>     CASE NO.   <u> 3:05-cv-0123-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING EXTENSION OF TIME**

---

      Defendants' request to accept the late filed Final Expert Witness List is **GRANTED** and the Final Expert Witness List at Docket 92 is deemed filed.