# EXHIBIT A

**U.S. Department of Justice**

**Tax Division**

|  |  |
|---|---|
| *Facsimile No. (202) 307-0054*<br>*Trial Attorney: Jennifer D. Auchterlonie*<br>*Attorney's Direct Line: (202) 514-9593* | *Please reply to:*  *Civil Trial Section, Western Region*<br>*P.O. Box 683*<br>*Ben Franklin Station*<br>*Washington, D.C.  20044* |

EJO'C:RSW:JDAuchterlonie
5-6-2317 / 5-6-2321
CMN 2005104597 / 2005106096            January 18, 2007

**VIA FED EX AND
FIRST CLASS MAIL**

Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

   Re:  United States v. Donald Hymes, et al.
      <u>Civil No. A05-0123-CV (RRB) (USDC Alaska)</u>

Dear Mr. Hymes:

   Enclosed in the above-referenced case, please find the following documents:

   1.  UNITED STATES' FIRST SET OF REQUESTS FOR ADMISSION DIRECTED
      TO DEFENDANT DONALD L. HYMES;

   2.  UNITED STATES' FIRST SET OF INTERROGATORIES DIRECTED TO
      DEFENDANT DONALD L. HYMES; and

   3.  UNITED STATES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
      DIRECTED TO DEFENDANT DONALD L. HYMES.

   If you have any questions regarding the enclosed, please contact me at (202) 514-9593.
Thank you for your attention to this matter.

         Sincerely yours,

         JENNIFER D. AUCHTERLONIE
         Trial Attorney, Tax Division
         Civil Trial Section, Western Region

Enclosures - as stated

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>DONALD L. HYMES; RITA M. HYMES;<br>AURORA TRUST, ZENA D. HYMES<br>AND CHARLA HYMES TRUSTEES;<br>SUNSHINE TRUST, RITA M. HYMES<br>TRUSTEE; ZENA D. HYMES; CHARLA<br>HYMES; AND FAIRBANKS NORTH<br>STAR BOROUGH )<br><br>Defendants. ) | Civil No. A05-0123 CV (RRB)<br><br>UNITED STATES' FIRST SET OF<br>REQUESTS FOR ADMISSION<br>DIRECTED TO DEFENDANT<br>DONALD L. HYMES |

As provided in Federal Rules of Civil Procedure (FRCP) 26 and 36, the United States

requests that Donald L. Hymes admit the truth of the facts set out below within thirty (30) days of

2156002.1

- 2 -

being served with these requests for admission. Unless admitted, the answer shall specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter on which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder.

The United States cautions Donald L. Hymes that according to FRCP 36(a), the matters set forth herein are admitted <u>unless</u> the United States is served with your written answer or objection addressed to the matters set forth herein within thirty (30) days after the service of these requests for admission.

As used herein, the term "reside" or "resided" means to live, to remain or stay, to dwell permanently or continuously, to have a settled abode for a time, and/or to have one's residence or domicile.

As used herein, the term "consideration" means any right, interest, profit, or benefit accruing to one party, whether in cash, property, or some other form of value; or any forbearance, detriment, loss, or responsibility, given, suffered, or undertaken by the other party.

As used herein, "you" or "your" refers to defendant Donald L. Hymes.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of the word.

The United States, furthermore, notifies Donald L. Hymes that according to FRCP 26(e)(2) you have a duty to amend your response to any of these requests for admission if you

2156002.1

- 3 -

learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to undersigned counsel during this discovery process or in writing.

1.    In regard to federal income tax assessments for the tax year 1989, please admit that you owe the United States $766.31, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 1989.

RESPONSE:

2.    In regard to federal income tax assessments for the tax year 1990, please admit that you owe the United States $3,441.77, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 1990.

RESPONSE:

3.    In regard to federal income tax assessments for the tax year 1991, please admit that you owe the United States $6,468.85, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 1991.

2156002.1

- 4 -

RESPONSE:

4.    In regard to federal income tax assessments for the tax year 1992, please admit that you owe the United States $68,449.62, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 1992.

RESPONSE:

5.    In regard to federal income tax assessments for the tax year 1993, please admit that you owe the United States $1,740.32, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 1993.

RESPONSE:

6.    In regard to federal income tax assessments for the tax year 1997, please admit that you owe the United States $788.79, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 1997.

2156002.1

- 5 -

RESPONSE:

7.      In regard to federal income tax assessments for the tax year 1999, please admit that you owe the United States $2,869.78, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 1999.

RESPONSE:

8.      In regard to federal income tax assessments for the tax year 2000, please admit that you owe the United States $5,270.52, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 2000.

RESPONSE:

9.      In regard to federal income tax assessments for the tax year 2002, please admit that you owe the United States $7,622.08, plus interest and other statutory additions which, as provided by law, have accrued since the dates of the federal income tax assessments for the tax year 2002.

2156002.1

- 6 -

RESPONSE:

10.     Please admit that you currently reside at the home located at 2340 Ravenwood, Fairbanks, Alaska.

RESPONSE:

11.     Please admit that you have resided at the home located at 2340 Ravenwood, Fairbanks, Alaska, continuously from the date of your purchase of the home in 1974 until the present date (except for the period that you were incarcerated in federal prison).

RESPONSE:

12.     With respect to any transfers of the home located at 2340 Ravenwood, Fairbanks, Alaska, to Aurora Trust or to Sunshine Trust, please admit that any such transfers were for no consideration.

RESPONSE:

2156002.1

- 7 -

13.    With respect to any transfers of the home located at 2340 Ravenwood, Fairbanks,

Alaska, to Aurora Trust or to Sunshine Trust, please admit that you and/or your spouse continued

to retain control over and use of the home after any such transfers.

RESPONSE:

DATED this 18th day of January, 2007.

<div style="margin-left: 40%;">

NELSON P. COHEN
United States Attorney


JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054

</div>

2156002.1

- 8 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, a copy of the foregoing UNITED STATES'

FIRST SET OF REQUESTS FOR ADMISSION DIRECTED TO DEFENDANT DONALD L.

HYMES was served by regular U.S. mail on the following parties:

Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2156002.1

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD L. HYMES; RITA M. HYMES; )<br>AURORA TRUST, ZENA D. HYMES )<br>AND CHARLA HYMES TRUSTEES; )<br>SUNSHINE TRUST, RITA M. HYMES )<br>TRUSTEE; ZENA D. HYMES; CHARLA )<br>HYMES; AND FAIRBANKS NORTH )<br>STAR BOROUGH )<br>)<br>Defendants. )<br>_____ ) | Civil No. A05-0123 CV (RRB)<br><br>UNITED STATES' FIRST SET OF<br>INTERROGATORIES<br>DIRECTED TO DEFENDANT<br>DONALD L. HYMES |

As provided in Federal Rules of Civil Procedure (FRCP) 26 and 33, the United States

requests that Donald L. Hymes answer the following interrogatories under oath and serve a copy

2156355.1

- 2 -

upon counsel for the United States within thirty (30) days after service of these interrogatories.

If any of these interrogatories cannot be answered in full, please answer to the extent possible and specify the reason for your inability to answer the remainder. Please indicate when estimates, rather than exact information, have been used.

Any request for the name of a person, business, and/or entity is also a request for the current or last-known home and business addresses and home and business telephone numbers of the person or the person who represents the person, business, and/or entity.

As used herein, the term "reside" or "resided" means to live, to remain or stay, to dwell permanently or continuously, to have a settled abode for a time, and/or to have one's residence or domicile.

As used herein, the term "consideration" means any right, interest, profit, or benefit accruing to one party, whether in cash, property, or some other form of value; or any forbearance, detriment, loss, or responsibility, given, suffered, or undertaken by the other party.

As used herein, the term "person" means an individual, a trust, estate, partnership, association, company, and/or corporation.

As used herein, "you" or "your" refers to defendant Donald L. Hymes.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of the word.

The United States, furthermore, notifies Donald L. Hymes that according to FRCP 26(e)(2) you have a duty to amend your responses to these interrogatories if you learn that a response is in some material respect incomplete or incorrect and if the additional or corrective

2156355.1

- 3 -

information has not otherwise been made known to undersigned counsel during this discovery process or in writing.

1. With respect to Requests No. 1-9 of the United States' First Set of Requests for Admission Directed to Defendant Donald L. Hymes, if your response to any of those requests is other than an unqualified admission, please state your exact amount of gross income, taxable income, expenses, and deductions for the tax year set forth in such request.

RESPONSE:

2. With respect to Request No. 10 of the United States' First Set of Requests for Admission Directed to Defendant Donald L. Hymes, if your response to that request is other than an unqualified admission, please state the address at which you currently reside.

RESPONSE:

3. With respect to Request No. 11 of the United States' First Set of Requests for Admission Directed to Defendant Donald L. Hymes, if your response to that request is other than

- 4 -

an unqualified admission, please state all addresses at which you resided from 1974 through to

the present.

RESPONSE:

4.    With respect to Request No. 12 of the United States' First Set of Requests for

Admission Directed to Defendant Donald L. Hymes, if your response to that request is other than

an unqualified admission, please state the consideration for each such transfer.

RESPONSE:

5.    With respect to Request No. 13 of the United States' First Set of Requests for

Admission Directed to Defendant Donald L. Hymes, if your response to that request is other than

an unqualified admission, please identify all persons having control over and use of the home

after each such transfer.

RESPONSE:

2156355.1

- 5 -

6.      Please provide any legal defense you intend to assert in response to any claim asserted by the United States against you in the Amended Complaint previously filed in this action, clearly stating which legal defense or defenses apply to which claim or claims.

RESPONSE:

7.      Please explain the basis for asserting any legal defense mentioned in Interrogatory No. 6.

RESPONSE:

8.      Please identify all individuals who have knowledge of the facts on which you rely to support your claims and defenses in this matter. For each individual, please also identify the subject matter of his or her knowledge.

- 6 -

RESPONSE:




9.    Please identify the grantor(s) and/or settlor(s), trustee(s), and beneficiary(ies) of

the Aurora Trust.

RESPONSE:






10.    Please identify the grantor(s) and/or settlor(s), trustee(s), and beneficiary(ies) of

the Sunshine Trust.

RESPONSE:





11.    If you contend that the Aurora Trust is a valid legal trust, please state all facts on

which you rely for that contention.

2156355.1

- 7 -

RESPONSE:

12.    In you contend that the Sunshine Trust is a valid legal trust, please state all facts

on which you rely for that contention.

RESPONSE:

## VERIFICATION OF RESPONSES

I declare under penalty of perjury that the foregoing responses to the United States' First

Set of Interrogatories Directed to Defendant Donald L. Hymes are true and correct.

Executed this _____ day of _____, 2007.


_____
Donald L. Hymes

2156355.1

- 8 -

DATED this 18th day of January, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054

2156355.1

- 9 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, a copy of the foregoing UNITED STATES'

FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT DONALD L. HYMES

was served by regular U.S. mail on the following parties:

Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2156355.1

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. A05-0123 CV (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' FIRST REQUEST |
| | ) | FOR PRODUCTION OF |
| DONALD L. HYMES; RITA M. HYMES; | ) | DOCUMENTS DIRECTED TO |
| AURORA TRUST, ZENA D. HYMES | ) | DEFENDANT DONALD L. HYMES |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

As provided in Federal Rules of Civil Procedure (FRCP) 26 and 34, the United States

requests that Donald L. Hymes produce any and all of the following specified documents for

- 2 -

inspection and copying on February 21, 2007, at 10:00 a.m., at the offices of Nelson P. Cohen,

United States Attorney for the District of Alaska, located at 101 12th Avenue, Room 310,

Fairbanks, Alaska 99701.

In lieu of the above schedule for production, Donald L. Hymes may mail by first class

mail, postage pre-paid, accurate and complete copies of the requested documents to Jennifer D.

Auchterlonie, Trial Attorney, Tax Division, United States Department of Justice, P.O. Box 683,

Ben Franklin Station, Washington, D.C. 20044, on or before the above-stated date for

production.

As used herein, the word "document" means any information recorded by any means,

whether in writing or otherwise, including but not limited to any books, records, letters,

memoranda, notices, notes, scratch books, address books, statements of account, ledgers, balance

sheets, checks, drafts, orders, receipts, bills, invoices, recordings, videotapes, magnetic storage

media, photographs, negatives, drawings, paintings, sketches, blueprints, charts, graphs, maps,

plats, or other similar materials, by whatever means recorded.

As used herein, "you" or "your" refers to defendant Donald L. Hymes.

As used herein, the singular form of a word includes the plural form of the word and the

plural form of a word includes the singular form of the word.

If any document responsive to this request was, but no longer is, in your possession,

custody or control, state:

      a.     how the document was disposed of;

      b.     the name, current address and telephone number of the person or entity

- 3 -

currently having possession, custody or control over the document;

c.      the date of disposition; and

d.      the name, current address and telephone number of each person or entity authorizing the disposition or having knowledge of the disposition.

If any document is withheld under any claim of privilege, list each document and the nature of the privilege claimed to apply, as well as the name of the person making the determination that the privilege is properly applicable. If a claimed privilege applies only to a portion of any document, that portion only should be withheld and the remainder of the document should be produced. A "claim of privilege" includes, but is not limited to, any claim that a document either may or must be withheld from production by any statutes or regulations. If a claim of privilege is asserted, cite each statute or regulation claimed to apply.

The United States, furthermore, notifies Donald L. Hymes that according to FRCP 26(e)(2) you have a duty to amend your responses to this request for production of documents if you learn that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to undersigned counsel during this discovery process or in writing.

1. Please provide any and all documents that may substantiate your response to each Interrogatory of the United States' First Set of Interrogatories Directed to Donald L. Hymes, clearly identifying each which document corresponds to which Interrogatory.

2. Please provide any and all documents that may substantiate each and every response set forth in each numbered paragraph of the Answer that you filed to the Amended Complaint in

- 4 -

this matter.

3. Please provide any and all documents on which you rely to support your claims and defenses in this matter.

4. Please provides copies of all documents relating to the creation, use, purpose, and activities of the Aurora Trust.

5. Please provide copies of all documents relating to the creation, use, purpose, and activities of the Sunshine Trust.

DATED this 18th day of January, 2007.

NELSON P. COHEN
United States Attorney

_____

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054

2156370.1

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, a copy of the foregoing UNITED STATES'

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT

DONALD L. HYMES was served by regular U.S. mail on the following parties:

```
Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
```

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2156370.1