NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. A05-0123 CV (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING |
| | ) | UNITED STATES' MOTION TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | COMPEL |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the United States' motion to compel responses to the

requests for admission, interrogatories, and requests for production of documents served upon

- 2 -

defendants Donald L. Hymes and Rita M. Hymes.  Upon consideration of the motion, any

responses thereto, and the record in this case, and for good cause shown, it is hereby

      ORDERED that the United States' motion to compel is GRANTED.  It is further

      ORDERED that defendants Donald L. Hymes and Rita M. Hymes shall serve responses

to the requests for admission, interrogatories, and requests for production of documents upon the

United States within 15 days of the date of this Order.  It is further

      ORDERED that the deadline for discovery set forth in the Scheduling and Planning

Order (Dkt. #89) is extended by 60 days from the date of this Order.  It is further

      ORDERED that the deadline for the filing of discovery motions, dispositive motions, and

motions in limine set forth in the Scheduling and Planning Order is extended by 90 days from the

date of this Order.

      IT IS SO ORDERED.  The Clerk shall deliver copies of this Order to the parties at the

addresses listed on their pleadings.

      DATED this _____ day of _____, 2007.


                                   _____

                                   UNITED STATES DISTRICT JUDGE

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2007, a copy of the foregoing [PROPOSED] ORDER

GRANTING UNITED STATES' MOTION TO COMPEL was served by regular U.S. mail on

the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov