NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DONALD L. HYMES; RITA M. HYMES;<br>AURORA TRUST, ZENA D. HYMES<br>AND CHARLA HYMES TRUSTEES;<br>SUNSHINE TRUST, RITA M. HYMES<br>TRUSTEE; ZENA D. HYMES; CHARLA<br>HYMES; AND FAIRBANKS NORTH<br>STAR BOROUGH<br><br>　　　　Defendants. | Civil No. A05-0123 CV (RRB)<br><br>UNITED STATES' MOTION TO<br>STRIKE COUNTERCLAIM |

The United States of America, by and through its undersigned counsel, hereby moves the

Court for an order striking the counterclaim filed by defendants Donald L. Hymes and Rita M.

2304685.1

- 2 -

Hymes on February 8, 2007. In support of its motion, the United States submits the following:

1. Procedural History

On August 22, 2006, the United States filed a motion to amend the complaint in this matter, to add allegations against defendant Rita M. Hymes. Dkt. #77. The Court granted the United States' motion, Dkt. #83, and the amended complaint was filed on September 19, 2006, Dkt. #84.

On October 13, 2006, defendants Donald L. Hymes and Rita M. Hymes filed an answer to the amended complaint. Dkt. #85. The answer does not set forth any counterclaims against the United States.

On November 22, 2006, the Court entered its Scheduling and Planning Order in this matter. Dkt. #89. Pursuant to that order, motions to amend the pleadings must be served and filed on or before December 22, 2006.

On February 8, 2007, defendants Donald L. Hymes and Rita M. Hymes filed their counterclaim. Dkt. #90. Defendants did not file a motion seeking leave of Court to file their counterclaim.

2. Argument

Pursuant to Rule 13(f) of the Federal Rules of Civil Procedure, defendants must obtain leave of court to add a counterclaim that was omitted from its answer. Such leave may be granted "[w]hen a pleader fails to set up a counterclaim through oversight, inadvertence, or excusable neglect, or when justice requires." Fed. R. Civ. P. 13(f); *see Ralston-Purina Co. v. Bertie,* 541 F.2d 1363, 1367 (9th Cir. 1976).

2304685.1

- 3 -

Defendants have made no attempt to obtain leave of court for the filing of their counterclaim. The deadline for motions to amend pleadings in this matter was December 22, 2006. Defendants have failed to show any cause for their late pleading.

Moreover, defendants have made no showing that the claims set forth in the counterclaim arise out of the same transaction or occurrence or otherwise concern the same subject matter as that of the United States' Amended Complaint herein. *See* Fed. R. Civ. P. 13(a), (b). While not altogether clear, the facts alleged in the counterclaim appear to concern certain requests made by defendants under the Freedom of Information Act and certain dealings between defendants and IRS employees. Each of the 39 alleged causes of action in the counterclaim are entirely incomprehensible.

Because defendants have failed to show any cause for their late-filed counterclaim, and have failed to show how the claims set forth in the counterclaim bear any relation to the case at bar, the United States respectfully requests that the Court strike defendants' counterclaim.

Dated this 15th day of March, 2007.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

2304685.1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, a copy of the foregoing UNITED STATES' MOTION TO STRIKE COUNTERCLAIM was served by regular U.S. mail on the following parties:

```
Donald L. Hymes              Rita M. Hymes
2340 Ravenwood               2340 Ravenwood
Fairbanks, Alaska 99709      Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2304685.1

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD L. HYMES; RITA M. HYMES; )<br>AURORA TRUST, ZENA D. HYMES )<br>AND CHARLA HYMES TRUSTEES; )<br>SUNSHINE TRUST, RITA M. HYMES )<br>TRUSTEE; ZENA D. HYMES; CHARLA )<br>HYMES; AND FAIRBANKS NORTH )<br>STAR BOROUGH )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil No. A05-0123 CV (RRB)<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO STRIKE COUNTERCLAIM |

2307133.1

- 2 -

This matter is before the Court on the United States' motion to strike the counterclaim filed by defendants Donald L. Hymes and Rita M. Hymes on February 8, 2007 (Dkt. #90). Upon consideration of the motion, any responses thereto, and the record in this case, and for good cause shown, it is hereby

ORDERED that the United States' motion to strike is GRANTED. It is further

ORDERED that the counterclaim filed by defendants Donald L. Hymes and Rita M. Hymes on February 8, 2007 (Dkt. #90) is STRICKEN.

IT IS SO ORDERED. The Clerk shall deliver copies of this Order to the parties at the addresses listed on their pleadings.

DATED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, a copy of the foregoing [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO STRIKE COUNTERCLAIM was served by regular U.S. mail on the following parties:

```
Donald L. Hymes              Rita M. Hymes
2340 Ravenwood               2340 Ravenwood
Fairbanks, Alaska 99709      Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

                                                  s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov