NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' MOTION TO |
| | ) | STRIKE DEFENDANTS' FINAL |
| DONALD L. HYMES; RITA M. HYMES; | ) | EXPERT WITNESS LIST |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    The United States of America, by and through its undersigned counsel, hereby moves the

Court for an order striking the Final Expert Witness List filed by defendants Donald L. Hymes

2304886.1

- 2 -

and Rita M. Hymes on February 16, 2007. In support of its motion, the United States submits the following:

1. Procedural History

On November 22, 2006, the Court entered its Scheduling and Planning Order in this matter. Dkt. #89. Pursuant to that order, (1) expert witness disclosures in accordance with Fed. R. Civ. P. 26(a)(2) must be made on or before December 18, 2006, and (2) final revised witness lists, including both expert and lay witnesses, must be filed and served on or before February 14, 2007.

On February 16, 2007, defendants Donald L. Hymes and Rita M. Hymes filed their Final Expert Witness List, accompanied by a motion for leave to file that list out of time. Dkt. ##92-93. The United States did not object to the late filing of the witness list, and the Court granted defendants' motion for leave to file.[1] Dkt. #94. Although the Final Expert Witness List contains the names and addresses of three purported expert witnesses in this matter, defendants have never made any of the required disclosures pursuant to Fed. R. Civ. P. 26(a)(2), and the deadline for making such disclosures has expired.

2. Argument

The first purported expert witness listed by defendants in their Final Expert Witness List is "The United States of America, c/o DOJ Jennifer Auchterlonie." It is unclear whether defendants intend to call Jennifer Auchterlonie, the Department of Justice trial attorney

---

[1] The United States did not file any objection to defendants' motion for leave to file their witness list out of time because the witness list was only two days late and the stated grounds for the late filing, i.e., certain undisclosed "medical problems," appeared satisfactory to the undersigned counsel.

2304886.1

- 3 -

representing the United States in this matter, or some other person to testify as "The United States of America." However, in accordance with the advocate-witness rule, an attorney is prohibited from appearing as a witness in a case in which she is also serving as an attorney for one of the parties. *See U.S. v. Sayakhom*, 186 F.3d 928, 943 (9th Cir. 1999) (citing *U.S. v. Prantil*, 764 F.2d 548, 552-53 (9th Cir. 1985). Clearly, neither Ms. Auchterlonie nor any other government employee has been retained as an expert by defendants or prepared a written report pursuant to Fed. R. Civ. P. 26(a)(2).

The same is true for the other two purported expert witnesses identified in defendants' Final Expert Witness List: Ralph Kermit Winterrowd 2nd and C. Conces. Defendants have not made any of the required disclosures under Fed. R. Civ. P. 26(a)(2) regarding these purported expert witnesses. Defendants have provided nothing more than a name and address for these persons, and have not even identified the subjects of the information known to these persons about this case under Fed. R. Civ. P. 26(a)(1).

Because defendants have failed to provide the required disclosures pursuant to Fed. R. Civ. P. 26(a)(2), the United States respectfully requests that the Court strike defendants' Final

///
///
///
///
///
///

2304886.1

- 4 -

Expert Witness List and exclude any of the purported expert witnesses identified therein from testifying at trial in this matter.

    Dated this 15th day of March, 2007.

                                        Respectfully Submitted,

                                        NELSON P. COHEN
                                        United States Attorney

                                        s/ Jennifer D. Auchterlonie
                                        JENNIFER D. AUCHTERLONIE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044-0683
                                        Telephone: (202) 514-9593
                                        Email: Jennifer.D.Auchterlonie@usdoj.gov

- 5 -

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, a copy of the foregoing UNITED STATES' MOTION TO STRIKE DEFENDANTS' FINAL EXPERT WITNESS LIST was served by regular U.S. mail on the following parties:

```
Donald L. Hymes              Rita M. Hymes
2340 Ravenwood               2340 Ravenwood
Fairbanks, Alaska 99709      Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

    s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2304886.1