NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA            ) | | |
| ) | | Civil No. A05-0123 CV (RRB) |
| Plaintiff,            ) | | |
| ) | | |
| v.            ) | | [PROPOSED] ORDER GRANTING |
| ) | | UNITED STATES' MOTION TO |
| DONALD L. HYMES; RITA M. HYMES;  ) | | STRIKE EXPERT WITNESS LIST |
| AURORA TRUST, ZENA D. HYMES     ) | | |
| AND CHARLA HYMES TRUSTEES;     ) | | |
| SUNSHINE TRUST, RITA M. HYMES   ) | | |
| TRUSTEE; ZENA D. HYMES; CHARLA ) | | |
| HYMES; AND FAIRBANKS NORTH    ) | | |
| STAR BOROUGH            ) | | |
| ) | | |
| Defendants.            ) | | |
| ) | | |
| ) | | |

This matter is before the Court on the United States' motion to strike the Final Expert

Witness List filed by defendants Donald L. Hymes and Rita M. Hymes on February 16, 2007

- 2 -

(Dkt. #92). Upon consideration of the motion, any responses thereto, and the record in this case, and for good cause shown, it is hereby

    ORDERED that the United States' motion to strike is GRANTED. It is further

    ORDERED that the Final Expert Witness List filed by defendants Donald L. Hymes and Rita M. Hymes on February 16, 2007 (Dkt. #92) is STRICKEN.

    IT IS SO ORDERED. The Clerk shall deliver copies of this Order to the parties at the addresses listed on their pleadings.

    DATED this _____ day of _____, 2007.

                                                                  UNITED STATES DISTRICT JUDGE

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2007, a copy of the foregoing [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO STRIKE EXPERT WITNESS LIST was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov