Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

RECEIVED
APR 0 2 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

UNITED STATES OF AMERICA
*Plaintiffs*
v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

**Opposition to UNITED STATES' MOTION TO STRIKE WITNESS LIST**

*Comes now*, Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Opposition to UNITED STATES' MOTION TO STRIKE WITNESS LIST ("Motion").

The Witnesses so listed will provide evidence on the fraud of the IRS and the UNITED STATES OF AMERICA ("USA") when the Plaintiff is identified. If Auchterlonie would provide the mandatory Discovery in support of the USA's claim, then the Hymes could have the Expert Witnesses hone in on what is required in the Trial by Jury.

Auchterlonie is so exempt that she violates all of the Rules of Court of the Federal Civil Procedure by not providing any evidence in support of the claim, no Admissions, no

Interrogatories and no substantive Discovery except for the computer generated bills, but mandates that the Hymes provide each and every iota on time. When Auchterlonie provides the mandatory Discovery, the Hymes will timely provide the issues to be provided by the expert Witnesses to debunk and expose as absolute fraud.

Therefore, Auchterlonie's motion on the Expert Witnesses should be denied in total.

Date: April 2nd, 2007

My Hand,

*[signature: Donald John Hymes]*

My Hand,

*[signature]*

### Certification

This document and said attachments have been
mailed first class via USPS to the following parties,
to wit:

Nelson P. Cohen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683



Date: April 2, 2007


Rita MariNa Hymes

*[signature]*

Case 3:05-cv-00123-RRB    Document 99    Filed 04/02/2007    Page 3 of 3

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**
*Plaintiffs*
v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**ORDER on Opposition to Witness List**

It is hereby ORDERED as follows:

1. The UNITED STATES OF AMERICA motion to disallow the Witness List is hereby DENIED.

2. _____

_____

_____

_____
Judge