Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

RECEIVED
APR 0 2 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

UNITED STATES OF AMERICA
*Plaintiffs*
**v.**

**Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Opposition to UNITED STATES' MOTION TO STRIKE COUNTERCLAIM**

*Come now*, Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Opposition to UNITED STATES' MOTION TO STRIKE COUNTERCLAIM ("Motion").

The Hymes did reserve the right to amend their Answer to the Amended Complaint by the UNITED STATES OF AMERICA ("USA"). This is found Docket 85-1 page 21 being #27. The Hymes are exercising this right to add other affirmative defenses evidenced by Jennifer D. Auchterlonie's complete refusal to provide even one piece of substantive evidence to support the USA's claim. If leave of *this* Court is required, then the Hymes will ask for leave of *this* Court, otherwise the Hymes will be forced to file in a separate Case and then

*this* Court will combine both Cases with *this* Court being financially rewarded by the extra monies received for filing.

Therefore, to conserve judicial resources, the Motion should be DENIED; and, if a Motion for Leave of Court to file the Counterclaim is required by *this* Court, the Hymes motion *this* Court for leave to file the Counterclaim as the Hymes did reserve the right to add other affirmative defenses and no one objected then.

Date:   2nd April, 2007

My Hand

My Hand

### Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
202-514-9593 phone
202-307-0054 fax

Date: April 2, 2007

Rita Marina Hymes

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**
*Plaintiffs*
v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**ORDER on Opposition to Counterclaim**

It is hereby ORDERED as follows:

1. The UNITED STATES OF AMERICA motion to disallow the Counterclaim is Denied; and,

2. Leave of *this* Court is granted to the Hymes to have filed the Counterclaim.

3. _____

_____

_____

_____
Judge