# ATTACHMENT

# 3

Donald Louis Hymes
Rita MariNa Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
US Department of Justice
P. O. Box 683
Ben Franklin Station
Washington, D.C. 20044

March 2, 2007

Dear Ms. Auchterlonie,

This is in response to your February 28th letter:

A telephonic conference is not a viable option as we have only one telephone and Mr. Hymes is hearing impaired. We would therefore request a meeting in person or conduct the 'conference' by e-mail, which would also allow us to keep a record of it.

For the record in regards to our 'late responses:

Auchterlonie's REQUESTS were dated..........................January 18th, 2007
Received by Hymes via Fed Ex on..............................January 19th, 2007
And by mail on ......................................................January 24th, 2007

Hymes responded on...............................................February 21st, 2007

                       Days to respond                32

Hymes' REQUESTS were dated .......................................January 22nd, 2007
*Emailed to Auchterlonie...............................................January 22nd, 2007*
Mailed ...................................................................January 22nd, 2007
Return Receipt show deliver to
               Cohen..............................January 23rd, 2007
               Auchterlonie..................... January 25th, 2007
Auchterlonie response to Admissions and Interrogatoris.........February 26th, 2007
                    as yet NO response to Documents

                    Days to respond..................**35**

We requested that you have the documents requested by us available on Feb. 21st, 2007 at the Fairbanks US Attorney's office. You did not notify us that they would not be available. Only **after** contacting you twice by e-mail did you finally respond stating that

you would mail them to us . To date we have not received them.

We look forward to a conference, and hope you will be able to provideus the REPONSES and DOCUMENTS you are required to have as the attorney for the plaintiff.

Donald Louis Hymes
Rita MariNa Hymes

this will also be mailed

2