Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**RECEIVED**

APR 0 2 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

The United States of America

The United States

District Court of the United States

District of Alaska

**UNITED STATES OF AMERICA**
*Plaintiffs*
v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

3:05 cv-00123-RRB

**Motion to Compel**

*Come now*, Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion to Compel ("Motion").

The Hymes served upon the "UNITED STATES OF AMERICA" ("USA") Requests for Admissions, Interrogatories and Discovery under the Federal Civil Rules. for the First Set of Admissions to the USA, being **Attachment 1**; and, for the First Set Interrogatories to the USA, being **Attachment 2**; and, for the First Request of Discovery being **Attachment 3**. The Answers for Admissions, Interrogatories and Discovery by JENNIFER D. AUCHTERLONIE ("Auchterlonie") are **Attachment 4**.

1

As the Admissions, Interrogatories and request for Discovery are quite straight forward with no hidden traps or agendas other than the truth, the Hymes will identify the particular Admissions, Interrogatories and Discovery that Auchterlonie chose not to answer. The Hymes linked the Admissions, Interrogatories and Discovery by the exact same means that Auchterlonie did to the Requests to the Hymes.

As a typical example of some of the unintelligible and bad faith responses from Auchterlonie, who is learned in the law, we find these, to wit:

> "The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered"

Or;

> "The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United State for an interpretation of a document that speaks for itself,. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that the Treasury Regulation cited herein references the Freedom of Information Act, 5 U.S.C. § 552."

Or;

> "The United States further objects to this request that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public all in violation of the principles expressed in the Rules of Civil Procedure 7(b)(2), 11, 12(f) and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate statement of the law. The United States further objects to this request on the ground that it is vague,

The Hymes motions *this* Court to Compel the USA or evidently Auchterlonie to answer the Admissions, Interrogatories and provide the Discovery, to wit:

1.	Admissions 1- 18; and,

2.	Admission 19-21 is not asking for any conclusion, but if 17 is admitted as true as written requiring no interpretation, then Admission 19-21 must be admitted or denied; and,

3.	Admission 22-31; and,

4.	Admission 32; and,

5.	Admission 33; and,

6.	Admissions 34-58; and,

7.	Admission 59 is only partially answered by Auchterlonie definite admitting to the Defendants being "domiciled", but the rest of the Admission is not answered; and,

8.	Admission 60; and,

9.	Admission 61; and,

10.	Admission 62; and,

11.	Admission 63-67; and,

12.	Admission 68; and,

13.	Admission 69-72; and,

14.	Admission 73-74; and,

15.	Admission 75-78; and,

16.	Admission 79; and,

17.	Admission 80-98.

Auchterlonie in extreme bad faith repeatedly keeps stating that the Court is the "ultimate fact" finder, but the Hymes **_again reinforce a Trial by Jury of their peers that are not "citizens of the United States."_**

3

Auchterlonie is to allege the facts that are put to the jury of citizens of any of the several States for Cases in Law and Equity over $20 to which the Hymes have not waived.

Therefore the Hymes Motion *this* Court to Compel Auchterlonie or plaintiff the USA, whoever that may be and as yet to be disclosed, to answer the Admissions.

Auchterlonie did not address even one of the Interrogatories and there is no perjury statement. The Hymes motion *this* Court to Compel Auchterlonie or the plaintiff the USA, whoever that may be and as yet to be disclosed, to answer the Interrogatories.

Auchterlonie has not provided one piece of evidence yet as requested other than IRS procedural letters that do not rise to evidentiary evidence or to evidence under the signature of some party or parties. All that Auchterlonie has provided to the Hymes can't even be admitted into the Trial by Jury as evidence of any Assessment or any alleged monies owing to a yet to be disclosed Plaintiff.

Therefore, the Hymes Motion the court to order Auchterlonie to answer the Admissions, the Interrogatories and provide discovery as Requested or dismiss this instant Case.

Date: 2nd April, 2007

My Hand,

My Hand,
Donald Louis Hymes

4

## Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date:   2nd      April, 2007

Rita MariNa Hymes