# ATTACHMENT

# 2

Rita MariNa Hymes
Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**
*Plaintiff*
**v.**

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Rita MariNa Hymes' AND Donald Louis Hymes'**
**FIRST SET OF REQUESTS INTERROGATORIES DIRECTED TO PLAINTIFF**
**UNITED STATES OF AMERICA**

As provided in Federal Rules of Civil Procedure ("FRCP") 26 and 33, Rita MariNa

Hymes and Donald Louis Hymes ("the Hymes") request that the "UNITED STATES OF

AMERICA" ("USA") answer the following interrogatories under oath and serve Hymes a

copy within thirty (30) days of being served with these interrogatories.

If any of these interrogatories cannot be answered in full, please answer to the

extent possible and specify the reason for your inability to answer the remainder.  Please

indicate when estimates, rather that exact information, have been used.

Any request for the names of a person, business, and/or entity is also a request for

the current or last-known home and business addresses and business telephone numbers of the person who represents the person, business, and/or entity.

The Hymes, furthermore, notify the USA that according to FRCP 26(e)(2) that the USA has a duty to amend the USA's responses to these interrogatories if the USA learns that a response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the Hymes during this discovery process or in writing.

It is well settled law that only the judicial department declares the law as held and pronounced in adjudged decision of the Supreme Court of the United States in *Marbury v. Madison*, 1 Cranch 137, 177 (1803) "(i)t is emphatically the province and duty of the judicial department to say what the law is." See also *United States v. Morrison*, 529 U.S. 598, 607 (2000); *Plaut v. Spendthrift Farm, Inc*, 514 U.S. 211, 211 (1995); *Harper v. Virginia Dept. of Taxation*, 509 U.S. 86, 107 (1993).

The Hymes deny and reject the *ipse dixit* pontifications by Jennifer D. Auchterlonie ("Auchterlonie") and the USA as used from the initial Complaint including but not limited to "reside" or resided" means to live, to remain or stay, to dwell permanently or continuously, to have a settled abode for a time, and/or to have one's residence or domicile. The Hymes deny and reject Auchterlonie's and the USA's *ipse dixit* pontifications of "consideration" means any right, interest, profit, or benefit accruing to one party, whether in cash, property, or some other form of value; or any forbearance, detriment, loss, or responsibility, given, suffered, or undertaken by the other party. The Hymes deny and reject Aucherlonie's and the USA's *ipse dixit* pontifications of "person" means an individual, a trust, estate, partnership, association, company, and/or corporation.

As used herein and in this instant Case from the very beginning, **"domicile"** means that place where a man has his true, fixed, and permanent home and principal home and principal establishment, and to which whenever he is absent he has the intention of returning. "Domicile" and "residence" or "abode" or "usual place of abode" are not convertible terms. A person may have several residences or places of abode, but can only have one domicile at a time. "Domicile" is *animus et factum and animus manendi*. See *Kurilla v. Roth*, 38 A.2d 862, 864 (1944); *In re Stabile*, 36 A.2d 451, 453 (1944); *Mitchel v. U.S.*, 88 U.S., 350, 353 (1874)

Domicile as decided in the adjudged decision of the Supreme Court of the United States in *Mississippi Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989), to wit:

> "Domicile" is, of course, a concept widely used in both federal and state courts for jurisdiction and conflict-of-laws purposes, and its meaning is generally uncontroverted. See generally Restatement ß ß 11-23; R. Leflar, L. McDougal, & R. Felix, American Conflicts Law 17-38 (4th ed. 1986); R. Weintraub, Commentary on the Conflict of Laws 12-24 (2d ed. 1980). "Domicile" is not necessarily synonymous with "residence," *Perri v. Kisselbach*, 34 N.J. 84, 87, 167 A.2d 377, 379 (1961), and one can reside in one place but be domiciled in another, *District of Columbia v. Murphy*, 314 U.S. 441, 62 S.Ct. 303, 86 L.Ed. 329 (1941); *In re Estate of Jones*, 192 Iowa 78, 80, 182 N.W. 227, 228 (1921). For adults, domicile is established by physical presence in a place in connection with a certain state of mind concerning one's intent to remain there. *Texas v. Florida*, 306 U.S. 398, 424, 59 S.Ct. 563, 576, 83 L.Ed. 817 (1939). One acquires a "domicile of origin" at birth, and that domicile continues until a new one (a "domicile of choice") is acquired. *Jones, supra*, 192 Iowa, at 81, 182 N.W., at 228; *In re Estate of Moore*, 68 Wash.2d 792, 796, 415 P.2d 653, 656 (1966).

As used herein and from the very beginning in this instant Case, "consideration" is the technical term to indicate that a tribunal has heard and judicially determined a matter submitted to it. It is the proper term to be used in a judgment of the court. See *Meaney v. State Industrial Accident Comission*, 232 P. 789, 791 (1925); *Harlow v. Planning and Zoning Com'n of the Town of Westport*, 479 A.2d 808, 813 (1984).

**The Hymes appear in this instant case *in propria persona* and as required**

**under any Trust documents capacity only.**

As used herein, "you" or "your" refers to the USA.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of a word.

The Hymes, furthermore, notify the USA that according to FRCP 26(e)(2) that the USA has a duty to amend its response to any of these requests for admission if the USA learns that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to Hymes during this discovery process or in writing.

1.    With respect to Requests 1-6 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

2.    With respect to Requests 7-11 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

3.    With respect to Requests 12-24 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

4.    With respect to Requests 25-29 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of

those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

5.     With respect to Requests 31 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

6.     With respect to Requests 32-34 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

7.     With respect to Requests 35-36 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

8.     With respect to Requests 37-39 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

9.     With respect to Requests 40 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

10.     With respect to Requests 41 of the Hymes' First Set of Requests for Admissions

Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

11.    With respect to Requests 42 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

12.    With respect to Requests 43-45 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

13.    With respect to Requests 46-48 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

14.    With respect to Requests 49-52 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

15.    With respect to Requests 53 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

16.     With respect to Requests 54-57 of Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

17.     With respect to Requests 58 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to this request is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

18.     With respect to Requests 59 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to this request is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

19.     With respect to Requests 60-65 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

20.     With respect to Requests 66-71 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

21.     With respect to Requests 72-77 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal

defense the USA intends to use.

22.     With respect to Requests 78-83 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

23.     With respect to Requests 84-85 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

24.     With respect to Requests 86 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to this request is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

25.     With respect to Requests 87-88 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

26.     With respect to Requests 89 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to this request is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

27.     With respect to Requests 90-92 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of

those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

28.    With respect to Requests 93-95 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

29.    With respect to Requests 96-98 of the Hymes' First Set of Requests for Admissions Directed to the UNITED STATES OF AMERICA, if your response to any of those requests is other than an unqualified admission, please state the defense or legal defense the USA intends to use.

State of Alaska                         )
                                        ) ss.
The United States of America )

### Affidavit of the UNITED STATES OF AMERICA

The "UNITED STATES OF AMERICA" by and through its counsel declares under the penalty of perjury that all of the forgoing responses to the Hymes' First Set of Interrogatories Directed to the Plaintiff UNITED STATES OF AMERICA are true and correct.

Signature of authorized Representative of  UNITED STATES OF AMERICA

Sworn and subscribed before me a Notary Public of Alaska.

My Commission expires on _____

Date _____          _____
                                                     Signature of Notary Public of Alaska

[SEAL]

CERTIFICATE OF SERVICE

I certify that on  January 22, 2007, a copy  of the foregoing

**Rita MariNa Hymes' AND Donald Louis Hymes'**

**FIRST SET OF REQUESTS INTERROGATORIES DIRECTED TO PLAINTIFF
UNITED STATES OF AMERICA**

was served this day:  January, 22, 2007

by e-mail  to

Jennifer D.  Auchterlonie

Jennifer.D.Auchterlonie@usdoj.gov

and by United States mail, postage pre-paid to:


Nelson P. Cohen
US Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue Box 2
Fairbanks, AK 99701

Jennifer D.  Auchterlonie
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683



Rita MariNa Hymes