# ATTACHMENT

# 3

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

UNITED STATES OF AMERICA
*Plaintiff*
v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

**Rita MariNa Hymes' and Donald Louis Hymes'**
**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**
**UNITED STATES OF AMERICA**

As provided in Federal Rules of Civil Procedure ("FRCP") 26 and 34, Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") request that the "UNITED STATES OF AMERICA" ("USA") produce any and all of the following specified documents for inspection and copying February 21, 2007, at 10:00 A.M. at the offices of Nelson P. Cohen, United States Attorney for the District of Alaska, located at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

As used herein, the word "document" means any information recorded by any means, whether in writing or otherwise, including but not limited to any books, records,

letters, memorandums of understanding, cooperative agreements, conflicts of interest, pecuniary interests of all Plaintiff parties (UNITED STATES OF AMERICA, United States, IRS officers/agents, Department of Justice parties), agent contracts or other agreements disclosed for all "agencies", delegation orders, regulations, 23 C Assessment Certificates, judgment of any Courts of the United States, "taxpayer" status determinations, professional code of conduct arrangements and contracts between the Plaintiff and all counsel, Civil Commissions, Oaths of Office as Officers of the United States or inferior Officers of the United States, Form 61s, Employee affidavits, memoranda, notices, notes, scratch books, address books, statements of account, ledgers, balance sheets, checks, drafts, orders, receipts, bills, invoices, recordings, videotapes, magnetic storage media, photographs, negatives, drawings, painting, sketches, blueprints, charts, graphs, maps, plats, or other similar materials, by whatever means recorded.

As used herein, "you" or "your" refers to the UNITED STATES OF AMERICA.

As used herein, the singular form of a word includes the plural form of the word and the plural form of a word includes the singular form of the word.

If any document responsive to this request was, but no longer is, in your possession, custody or control state:

    a.    how the document was disposed of; and,

    b.    the name, current address and telephone number of the person or entity currently having possession, custody or control over the document; and,

    c.    the date of disposition; and,

    d.    the name, current address and telephone number of each person or entity authorizing the disposition or having knowledge of the disposition.

If any document is withheld under any claim of privilege, list each document and the nature of the privilege claimed to apply, as well as the name of the person making the determination that the privilege is properly applicable. If a claimed privilege applies only to a portion of any document, that portion only should be withheld and the remainder of the document should be produced. A "claim of privilege" includes, but is not limited to, any clam that a document either may or must be withheld from production by any statutes, regulations or fundamental rights of any citizen of any of the several States. If a claim of privilege is asserted, cite each statute, regulation or fundamental right.

The Hymes, furthermore, notify the UNITED STATES OF AMERICA that according to FRCP 26(e)(2) the UNITED STATES OF AMERICA has a duty to amend its responses to this request for production of documents if the UNITED STATES OF AMERICA learns that the response is in some material respect incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the Hymes during this discovery process or in writing.

1. Please provide any and all documents that may substantiate your response to each Interrogatory of the Hymes' First Set of Interrogatories Directed to the Plaintiff UNITED STATES OF AMERICA, clearly identifying each which document corresponds to which Interrogatory.

2. Please provide any and all documents that may substantiate each and every allegation and/or claim set forth in each numbered paragraph of the Amended Complaint that the UNITED STATES OF AMERICA filed in this instant Case.

3. Please provide any and all documents on which you rely to support your claims and defenses in this matter.

4.  Please provide copies of all documents relating to the exercising of any executive Powers of the United States under the Authority of the United States arising under the Constitution of the United States of all parties, including but not limited to the UNITED STATES OF AMERICA, United States, Internal Revenue Service, Department of Justice, Michael (Mike) Walsh, J. Pruett, D. Coulter and Jennifer D. Auchterlonie in this instant Case.

5.  Please provide copies of all documents relating to the exercising of any legislative Powers of the United States under the Authority of the United States arising under the Constitution of the United States of all parties, including but not limited to the UNITED STATES OF AMERICA, United States, Internal Revenue Service, Department of Justice, Michael (Mike) Walsh, J. Pruett, D. Coulter and Jennifer D. Auchterlonie in this instant Case.

6.  Please provide copies of all documents relating to the exercising of any judicial Powers of the United States under the Authority of the United States arising under the Constitution of the United States of all parties, including but not limited to the UNITED STATES OF AMERICA, United States, Internal Revenue Service, Department of Justice, Michael (Mike) Walsh, J. Pruett, D. Coulter and Jennifer D. Auchterlonie.

My Hand,

Donald Louis Hymes

My Hand

Rita MariNa Hymes

CERTIFICATE OF SERVICE

I certify that on January 22, 2007, a copy of the foregoing

**Rita MariNa Hymes' and Donald Louis Hymes'
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF
UNITED STATES OF AMERICA**

was served this day: January, 22, 2007

by e-mail to

Jennifer D. Auchterlonie

Jennifer.D.Auchterlonie@usdoj.gov

and by United States mail, postage pre-paid to:

Nelson P. Cohen
US Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue Box 2
Fairbanks, AK 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683

Rita MariNa Hymes

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was served by regular U.S. mail on the following parties:

```
Donald L. Hymes
Rita M. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
```

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2277852.1