# ATTACHMENT

# 4

# ATTACHMENT

# 4

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' FIRST SET OF |
| DONALD L. HYMES; RITA M. HYMES; | ) | INTERROGATORIES |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| Defendants. | ) | |

Plaintiff the United States of America, by and through its undersigned counsel, hereby

submits the following response to the first set of interrogatories issued by defendants Donald L.

2262818.1

- 2 -

Hymes and Rita M. Hymes (defendants):

Each and every interrogatory issued by defendants relates to one or more requests for admission, the responses to which are being served concurrently with this response. Insofar as the United States has objected to each and every request for admission on the ground that it is beyond the scope of discovery permitted by Federal Rule of Civil Procedure 26, as well as other and further grounds enumerated in the United States' response to defendants' requests for admission, no response to any interrogatory issued by defendants is either necessary or possible.

DATED this 26th day of February, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054

2262818.1

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov



IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' FIRST REQUEST |
| DONALD L. HYMES; RITA M. HYMES; | ) | FOR PRODUCTION OF |
| AURORA TRUST, ZENA D. HYMES | ) | DOCUMENTS |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff the United States of America, by and through its undersigned counsel, hereby

submits the following response to the first request for production of documents issued by

2277852.1

- 3 -

issues in this case nor reasonably calculated to lead to the discovery of admissible evidence

permitted by Federal Rule of Civil Procedure 26. Consequently, this request seeks information

that is irrelevant and beyond the scope of discovery permitted by Federal Rule of Civil Procedure

26. The United States further objects to this request on the ground that it is vague, ambiguous,

and utterly unintelligible; thus, it is incapable of being answered.

        DATED this 2nd day of March, 2007.

                                NELSON P. COHEN
                                United States Attorney


                                JENNIFER D. AUCHTERLONIE
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                P.O. Box 683
                                Ben Franklin Station
                                Washington, D.C. 20044-0683

                                Telephone: (202) 514-9593
                                Facsimile: (202) 307-0054

2277852.1

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' FIRST SET OF |
| DONALD L. HYMES; RITA M. HYMES; | ) | REQUESTS FOR ADMISSION |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff the United States of America, by and through its undersigned counsel, hereby

submits the following responses to the first set of requests for admission issued by defendants

2262255.1

- 2 -

Donald L. Hymes and Rita M. Hymes (defendants).

At the outset, the United States objects to each and every request on the ground that it is not relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence permitted by Federal Rule of Civil Procedure 26. Consequently, each and every request seeks information that is irrelevant and beyond the scope of discovery permitted by Federal Rule of Civil Procedure 26. Further objections to each request are noted below:

1. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

2. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

3. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

4. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

5. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

6. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

7. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

2262255.1

2.

- 3 -

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. Without

waiving or in any way limiting any objection the United States has or might have to this request,

the United States denies the request.

8. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

9. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

10. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

11. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

12. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and/or asks the United States for an

interpretation of a document that speaks for itself. Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that, in

general, the Internal Revenue Service is an agency subject to the provisions of the Freedom of

Information Act, 5 U.S.C. § 552.

13. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law. The United States further objects to this

2262255.1

- 4 -

request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

14.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself.  Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that the Treasury Regulation cited therein references the Freedom of Information Act, 5 U.S.C. § 552.

15.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself.  Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that Part 601 of Title 26 of the Code of Federal Regulations is entitled "Statement of Procedural Rules."

16.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself.  Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that Part 301 of Title 26 of the Code of Federal Regulations is entitled "Procedure and Administration."

17.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself.  Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that

2262255.1

FROM :                          FAX NO. :                          Mar. 01 2007 11:46AM P5

- 5 -

income tax regulations are found in Part 1 of Title 26 of the Code of Federal Regulations, estate

tax regulations are found in Part 20 of Title 26 of the Code of Federal Regulations, and

employment tax regulations are found in Part 31 of Title 26 of the Code of Federal Regulations.

18.  The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself.  Accordingly, the request is incapable of being

answered as written.

19.  The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself.  Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that

income tax regulations are found in Part 1 of Title 26 of the Code of Federal Regulations.

20.  The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself.  Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that estate

tax regulations are found in Part 20 of Title 26 of the Code of Federal Regulations.

21.  The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself.  Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that

- 6 -

employment tax regulations are found in Part 31 of Title 26 of the Code of Federal Regulations.

22.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

23.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

24.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

25.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

26.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

27.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

28.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

29.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

- 7 -

30.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and contains an inaccurate statement of the law. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

31.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

32.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States notes that Forms 4340, reflecting proper assessments in this case, were produced to defendants on January 5, 2007.

33.  The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks

- 8 -

for itself, and contains an inaccurate and incomplete statement of the law.  Accordingly, the request is incapable of being answered as written.

34.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate statement of the law.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

35.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

2262255.1

- 9 -

36. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

37. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate and incomplete statement of the law. Accordingly, the request is incapable of being answered as written.

38. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate and incomplete statement of the law. Accordingly, the request is incapable of being answered as written.

39. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

2262255.1

- 10 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies the request.

40. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies the request.

41. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

42. The United States admits that defendants are United States citizens.

43. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

- 11 -

matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

44. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

45. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

2262255.1

- 12 -

46.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

47.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

48.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

2262255.1

- 13 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it improperly seeks an opinion,
contention, or conclusion of law. The United States further objects to this request on the ground
that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

49. The United States further objects to this request on the ground that it improperly
seeks an opinion, contention, or conclusion of law, and/or asks the United States for an
interpretation of a document that speaks for itself. The United States further objects to this
request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable
of being answered.

50. The United States further objects to this request on the ground that it improperly
seeks a conclusion of law, asks the United States for an interpretation of a document that speaks
for itself, and contains an inaccurate and incomplete statement of the law. Accordingly, the
request is incapable of being answered as written.

51. The United States further objects to this request on the ground that it improperly
seeks a conclusion of law, asks the United States for an interpretation of a document that speaks
for itself, and contains an inaccurate and incomplete statement of the law. Accordingly, the
request is incapable of being answered as written.

52. The United States further objects to this request on the ground that it is vague,
ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

53. The United States further objects to this request on the ground that it improperly
seeks a conclusion of law, asks the United States for an interpretation of a document that speaks

- 14 -

for itself, and contains an inaccurate and incomplete statement of the law. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

54. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, and contains an incomplete statement of the law. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

55. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate statement of the law. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

56. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

2262255.1

- 15 -

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law, asks the United States for an interpretation of a document that speaks for itself, and

contains an inaccurate statement of the law. The United States further objects to this request on

the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being

answered.

57. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it is vague, ambiguous, and utterly

unintelligible; thus, it is incapable of being answered.

58. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

2262255.1

- 16 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it improperly seeks a conclusion
of law. Without waiving or in any way limiting any objection the United States has or might
have to this request, the United States denies the request.

59. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it improperly seeks a conclusion
of law. The United States further objects to this request on the ground that it is vague,
ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection
the United States has or might have to this request, the United States admits that defendants are
domiciled in the State of Alaska.

60. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

2262255.1

- 17 -

United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

61. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies that Michael Walsh is not properly employed by the Internal Revenue Service.

62. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States

2262255.1

- 18 -

has or might have to this request, the United States admits that Michael Walsh is an employee of the United States government by virtue of his employment with the Internal Revenue Service.

63. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

64. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

65. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

66. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

67. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal

- 19 -

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies that J. Pruett is not properly employed by the Internal Revenue Service.

68. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that J. Pruett is an employee of the United States government by virtue of his or her employment with the Internal Revenue Service.

69. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

70. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

2262255.1

- 20 -

71. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

72. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

73. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies that D. Coulter is not properly employed by the Internal Revenue Service.

2262255.1

- 21 -

74. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it is vague, ambiguous, and
difficult to comprehend. Without waiving or in any way limiting any objection the United States
has or might have to this request, the United States admits that D. Coulter is an employee of the
United States government by virtue of his or her employment with the Internal Revenue Service.

75. The United States further objects to this request on the ground that it is vague,
ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

76. The United States further objects to this request on the ground that it is vague,
ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

77. The United States further objects to this request on the ground that it is vague,
ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

78. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

- 22 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it improperly seeks a conclusion
of law. The United States further objects to this request on the ground that it is vague,
ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

79. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it is vague, ambiguous, and
difficult to comprehend. Without waiving or in any way limiting any objection the United States
has or might have to this request, the United States denies that Jennifer D. Auchterlonie is not
properly employed by the United States Department of Justice.

80. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it is vague, ambiguous, and

2262255.1

- 24 -

request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

88. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

89. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

90. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

2262255.1

- 25 -

91. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

92. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

93. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

- 26 -

matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it improperly seeks a conclusion
of law. The United States further objects to this request on the ground that it is vague,
ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

    94. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The
United States further objects to this request on the ground that it improperly seeks a conclusion
of law. The United States further objects to this request on the ground that it is vague,
ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

    95. The United States further objects to this request on the ground that it contains
argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and
oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this
matter, the news media, and the public, all in violation of the principles expressed in Federal
Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,
tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

2262255.1

- 27 -

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

    96. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

    97. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

2262255.1

FROM :

FAX NO. :

- 28 -

98.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The United States further objects to this request on the ground that it improperly seeks a conclusion of law.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

DATED this 26th day of February, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054

2262255.1