NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA            ) | | |
|                                                       ) | Civil No. A05-0123 CV (RRB) | |
|          Plaintiff,            ) | | |
|                v.            ) | UNITED STATES' REPLY TO | |
|                                                       ) | DEFENDANTS' OPPOSITION TO | |
| DONALD L. HYMES; RITA M. HYMES;            ) | UNITED STATES' MOTION TO | |
| AURORA TRUST, ZENA D. HYMES            ) | STRIKE COUNTERCLAIM | |
| AND CHARLA HYMES TRUSTEES;            ) | | |
| SUNSHINE TRUST, RITA M. HYMES            ) | | |
| TRUSTEE; ZENA D. HYMES; CHARLA            ) | | |
| HYMES; AND FAIRBANKS NORTH            ) | | |
| STAR BOROUGH            ) | | |
|                                                       ) | | |
|          Defendants.            ) | | |
|                                                       ) | | |

       The United States of America, by and through its undersigned counsel, hereby replies as

follows to those portions of defendants' opposition to the United States' motion to strike

- 2 -

counterclaim (defendants' opposition) that merit a reply:

Pursuant to Rule 13(f) of the Federal Rules of Civil Procedure, a party may be granted leave of court to add a counterclaim that was omitted from its answer "[w]hen a pleader fails to set up a counterclaim through oversight, inadvertence, or excusable neglect, or when justice requires." Fed. R. Civ. P. 13(f); *see Ralston-Purina Co. v. Bertie,* 541 F.2d 1363, 1367 (9th Cir. 1976).

Defendants' opposition fails to set forth any facts to show oversight, inadvertence, or excusable neglect, or that justice requires the Court to permit the late counterclaim to be filed in this matter. Defendants' only contention is that they filed the counterclaim because, according to defendants, the United States has refused to produce evidence to support the United States' claims in this matter. This contention is false. As set forth in the Declaration of Jennifer D. Auchterlonie, submitted concurrently with this reply, the United States has produced to defendants in this matter approximately 1,000 pages of documents in support of its claims herein. If defendants believe the United States' document production is deficient in some respect, the proper remedy is for defendants to file a motion to compel, which they did on April 2, 2007. Dkt. #102. Thus, defendants have failed to show any legal or factual basis for the Court to permit the filing of defendants' counterclaim.

Because defendants have failed to show any cause for their late-filed counterclaim, and have failed to show how the claims set forth in the counterclaim bear any relation to the case at bar, for all of the reasons set forth above and in the United States' Motion to Strike

2377320.1

- 3 -

Counterclaim, the United States respectfully requests that the Court strike defendants' counterclaim.

Dated this 9th day of April, 2007.

                                          Respectfully Submitted,

                                          NELSON P. COHEN
                                          United States Attorney

                                          s/ Jennifer D. Auchterlonie
                                          JENNIFER D. AUCHTERLONIE
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 683
                                          Ben Franklin Station
                                          Washington, D.C.  20044-0683

- 4 -

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, a copy of the foregoing UNITED STATES' REPLY TO DEFENDANTS' OPPOSITION TO UNITED STATES' MOTION TO STRIKE COUNTERCLAIM was served by regular U.S. mail on the following parties:

```
Donald L. Hymes           Rita M. Hymes
2340 Ravenwood            2340 Ravenwood
Fairbanks, Alaska 99709   Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2377320.1