NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DECLARATION OF |
| | ) | JENNIFER D. AUCHTERLONIE |
| DONALD L. HYMES; RITA M. HYMES; | ) | |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

I, Jennifer D. Auchterlonie, pursuant to the provisions of 28 U.S.C. § 1746 declare that:

1.    I am an attorney with the United States Department of Justice, Tax Division

2377415.1

- 2 -

located at Washington, D.C.  I have been assigned to the above-captioned matter and am in

possession of the Department of Justice files and a portion of the Internal Revenue Service

administrative files concerning this matter.  I have reviewed the Department of Justice files and

the Internal Revenue Service administrative files in my possession in making the representations

below.

2.      On January 5, 2007, in response to an informal request by defendants, I mailed

defendants copies of the Forms 4340, Certificates of Assessments, Payments, and Other

Specified Matters, with respect to the federal tax assessments sought to be reduced to judgment

in this matter.  Attached hereto as Exhibit A is a true and correct copy of the cover letter I mailed

to defendants, transmitting the Forms 4340.

3.      On March 2, 2007, in response do defendants' formal request for production of

documents, I mailed defendants copies of documents found in the IRS administrative files

concerning this matter.  The Bates stamp on those copies reflects that 989 pages of documents

were produced to defendants on that date.  Attached hereto as Exhibit B is a true and correct

copy of the United States' Response to Defendants' First Request for Production of Documents,

including the certificate of service, but not including the attached documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2007.

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice The

1047465.1

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2007, a copy of the foregoing DECLARATION OF

JENNIFER D. AUCHTERLONIE was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

1047465.1