# EXHIBIT A



U.S. Department of Justice

Tax Division

*Facsimile No. (202) 307-0054*
*Trial Attorney: Jennifer D. Auchterlonie*
*Attorney's Direct Line: (202) 514-9593*

Please reply to:   Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

EJO'C:RSW:JDAuchterlonie
5-6-2317 / 5-6-2321
CMN 2005104597 / 2005106096

January 5, 2007

**VIA FIRST CLASS MAIL**

Rita M. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

    Re:    United States v. Donald Hymes, et al.
            <u>Civil No. A05-0123-CV (RRB) (USDC Alaska)</u>

Dear Mrs. Hymes:

    Enclosed please find documents responsive to your e-mail dated December 8, 2006, in the above-referenced matter. In addition, I have enclosed a copy of a Ninth Circuit case which explains why Forms 4340, Certificate of Assessments, Payments and Other Specified Matters, are an appropriate response to your request for Forms 23C in this matter.

    If you have any questions regarding the enclosed, please contact me at 202-514-9593. Thank you for your attention to this matter.

                                      Sincerely yours,

                                      JENNIFER D. AUCHTERLONIE
                                      Trial Attorney, Tax Division
                                      Civil Trial Section, Western Region

Enclosures - as stated