# EXHIBIT B

Case 3:05-cv-00123-RRB    Document 104-3    Filed 04/09/2007    Page 1 of 5

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD L. HYMES; RITA M. HYMES; ) <br> AURORA TRUST, ZENA D. HYMES ) <br> AND CHARLA HYMES TRUSTEES; ) <br> SUNSHINE TRUST, RITA M. HYMES ) <br> TRUSTEE; ZENA D. HYMES; CHARLA ) <br> HYMES; AND FAIRBANKS NORTH ) <br> STAR BOROUGH ) <br> ) <br> Defendants. ) <br> ) | Civil No. A05-0123 CV (RRB) <br><br> UNITED STATES' RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

Plaintiff the United States of America, by and through its undersigned counsel, hereby

submits the following response to the first request for production of documents issued by

2277852.1

- 2 -

defendants Donald L. Hymes and Rita M. Hymes (defendants):

1. As set forth in the United States' response to defendants' first set of interrogatories, no response to any of those interrogatories is either necessary or possible. Accordingly, there are no documents responsive to this request.

2. In response to this request, the United States provides the attached documents, Bates stamped 0001- 0989.

3. In response to this request, the United States provides the attached documents, Bates stamped 0001 - 0989.

4. The United States objects to this request on the ground that it is not relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence permitted by Federal Rule of Civil Procedure 26. Consequently, this request seeks information that is irrelevant and beyond the scope of discovery permitted by Federal Rule of Civil Procedure 26. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

5. The United States objects to this request on the ground that it is not relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence permitted by Federal Rule of Civil Procedure 26. Consequently, this request seeks information that is irrelevant and beyond the scope of discovery permitted by Federal Rule of Civil Procedure 26. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

6. The United States objects to this request on the ground that it is not relevant to the

- 3 -

issues in this case nor reasonably calculated to lead to the discovery of admissible evidence permitted by Federal Rule of Civil Procedure 26. Consequently, this request seeks information that is irrelevant and beyond the scope of discovery permitted by Federal Rule of Civil Procedure 26. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

DATED this 2nd day of March, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054

2277852.1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was served by regular U.S. mail on the following parties:

Donald L. Hymes
Rita M. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

*/s/ Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2277852.1