NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' REPLY TO |
| | ) | DEFENDANTS' OPPOSITION TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | UNITED STATES' MOTION TO |
| AURORA TRUST, ZENA D. HYMES | ) | COMPEL |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America, by and through its undersigned counsel, hereby replies as

follows to those portions of defendants' opposition to the United States' motion to compel

2377916.1

- 2 -

(defendants' opposition) that merit a reply:

Defendants' opposition utterly fails to address in any intelligible manner the deficiencies in defendants' discovery responses described in the United States' motion to compel.  Instead, defendants' opposition is replete with shopworn arguments characteristic of frivolous tax-protestor rhetoric that has been universally rejected by this and other courts, such as defendants' general denial of being a United States citizen and subject to the tax laws of the United States.  As the Court of Appeals for the Fifth Circuit has aptly stated, there is "no need to refute [such] arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit." *Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984).

Defendants' opposition appears to attempt to deflect the Court's attention from the deficiencies in defendants' discovery responses by setting forth several complaints regarding the sufficiency of the United States' discovery responses.  Such complaints are not properly heard in opposition to the United States' motion to compel, but rather should be made in an affirmative motion to compel filed by defendants.  Such a motion has been filed by defendants, Dkt. #102, and the United States will address the sufficiency of its discovery responses in response to that motion.

In short, defendants' opposition does not address the deficiencies clearly set forth in the United States' motion to compel; neither does it reflect any willingness to provide proper responses to the United States' written discovery requests in this matter.  Thus, for all of the reasons stated above, and in the United States' motion to compel, the United States respectfully

- 3 -

requests that the Court:

    (a)    compel defendants Donald L. Hymes and Rita M. Hymes to respond properly to the requests for admission, interrogatories, and the requests for production of documents served upon them; and

    (b)    extend the deadlines in the Scheduling and Planning Order as appropriate to enable the United States to complete discovery in this matter.

Dated this 9th day of April, 2007.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

2377916.1

- 4 -

CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2007, a copy of the foregoing UNITED STATES'

REPLY TO DEFENDANTS' OPPOSITION TO UNITED STATES' MOTION TO COMPEL

was served by regular U.S. mail on the following parties:

```
Donald L. Hymes            Rita M. Hymes
2340 Ravenwood             2340 Ravenwood
Fairbanks, Alaska 99709    Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2377916.1