NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' MOTION TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | COMPEL |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The United States of America, by and through its undersigned counsel, hereby submits

the following response to defendants' motion to compel (defendants' motion):

2378514.1

- 2 -

The United States notes at the outset that defendants' motion does not contain the certification required under Local Rule 37.1 that defendants "in good faith conferred or attempted to confer" with the United States "in an effort to secure compliance without court action." Notwithstanding defendants' failure to comply with local rules in this matter, defendants' motion fails to set forth any legal or factual grounds to support defendants' apparent dissatisfaction with the United States' responses to defendants' written discovery requests. As such, defendants' motion must be denied.

The United States stands by each and every objection and response to the written discovery requests of defendants. Each objection and response fairly meets the substance of the question asked, as best as can be deciphered. For the most part, however, defendants' written discovery responses are based on and incorporate defendants' mistaken beliefs regarding the Constitution of the United States, the federal government, and the federal tax laws. As such, the United States is simply at a loss as to how to respond. Nevertheless, the United States' responses, which were filed by defendants concurrently with defendants' motion, represent the best efforts of the United States to provide full and fair responses to each and every request of defendants.

Because defendants have failed to show any deficiency in the United States' discovery responses, the United States respectfully requests that the Court deny defendants' motion to

- 3 -

compel.

Dated this 9th day of April, 2007.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

2378514.1

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2007, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANTS' MOTION TO COMPEL was served by regular U.S. mail on

the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

<u>s/ Jennifer D. Auchterlonie</u>
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2378514.1