```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA

               USA   v.   HYMES, et al.

DATE:    April 10, 2007      CASE NO.   3:05-cv-0123-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               GRANTING MOTIONS AT DOCKETS 95, 96, AND 97
```

Before the Court are three motions filed by Plaintiff which are ripe for resolution.

The first is Plaintiff's Motion to Compel at Docket 95. Defendants are obligated to respond in good faith to Plaintiff's discovery requests. Defendants have failed to do so. Plaintiff's Motion to Compel is therefore **GRANTED** for the reasons articulated by the Plaintiff in its motion. Defendants must comply with these requests.

The second motion before the Court is Plaintiff's Motion to Strike Counterclaim at Docket 96. Defendants have failed to show any justification for their late-filed counterclaim or any relationship between the counterclaim and Plaintiff's claims. Plaintiff's Motion to Strike Counterclaim is therefore **GRANTED.**

The third is Plaintiff's Motion to Strike Defendants' Final Expert Witness List at Docket 97. Defendants have failed to comply with the Federal Rules of Civil Procedure. The three "expert" witnesses identified by Defendants have prepared no reports and do not appear to have any relevant expertise or information to assist the trier-of-fact. Plaintiff's Motion to Strike Defendants' Final Expert Witness List is therefore **GRANTED.**

M.O. GRANTING MOTIONS AT DOCKET 95, 96, AND 97