UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>USA</u>  v.  <u>HYMES</u>

DATE: <u>April 30, 2007</u>     CASE NO. <u>3:05-CV-0123-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
DENYING MOTION TO COMPEL**

---

Defendants' Motion to Compel at Docket 102 is hereby **DENIED** for the reasons set forth by Plaintiff at Docket 107.

M.O. DENYING MOTION TO COMPEL