# EXHIBIT A

Rita MariNa Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA;**
*Plaintiff*

*v.*

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

Compelled UNITED STATES' FIRST SET OF INTERROGATORIES DIRECTED TO

DEFENDANT Rita MariNa Hymes

Rita MariNa Hymes incorporates all of the facts and law of the first set of Interrogatories

into these Interrogatories and completes same under threat, duress and coercion.

1. With respect to Requests 1-5 of the United States' First Set of Requests for Admissions
Directed to Defendant Rita MariNa Hymes, if your response to any of those requests is
other than an unqualified admission, please state your exact amount of gross income,
taxable income, expenses, and deductions for the tax year set forth in such request.

**RESPONSE**:

None. *Lex non cogit ad impossibilia.*

2. With respect to Request No. 6 of the United States' First Set of Requests for Admissions directed to Defendant Rita M. Hymes, if your response to that request is other than an unqualified admission, please state the address at which you currently reside.

**RESPONSE:**

No "home" or "reside" defined under the law. *Lex non cogit ad impossibilia.*

3. With respect to Request No. 7 of the United States' First Set of Requests for Admissions Directed to Defendant Rita M. Hymes, if your response to that request is other than an unqualified admission, please state all addresses at which resided from 1974 through to the present.

**RESPONSE:**

Hymes has not "resided" anywhere as defined under the law. *Lex non cogit ad impossibilia.*

4. With respect to Request No. 8 of the United States' First Request for Admissions Directed to Defendant Rita M. Hymes, if your response to that request is other than an unqualified admission, please state the consideration for each such transfer.

**RESPONSE:**

Ten Dollars and other consideration.

5. With respect to Request No. 9 of the United States' First Set of Requests for Admissions Directed to Defendant Rita M. Hymes, if your response to that request is other that an unqualified admission, please identify all persons having control over and use of the home after each transfer.

**RESPONSE:**

The question is too vague and broad in scope.

Hymes cannot speak for Aurora Trust.

*Lex non cogit ad impossibilia.*

6. Please provide any legal defense you intend to assert in response to any claim asserted by the United States against you in the Amended Complaint previously filed in this action, clearly stating which legal defense or defenses apply to which claim or claims.

**RESPONSE:**

The legal defenses include but are not limited to all of the affirmative defenses so claimed that remain unrebutted to the amended Complaint and all of the issues in the Motions to Dismiss to date.

The documents that will substantiate Rita MariNa Hymes' interrogatory and admission answers include but are not limited to the Declaration of Independence, the Articles of Confederation, the Constitution of the United States as lawfully amended by the qualified Electors of the several States, the Laws of the United States which shall be made in Pursuance of the Constitution of the United States; and the public records of United States Code, the Code of Federal Regulations including but not limited to Title 5, Title 26, Title 27, the substantive regulations under the authority of Congress contained in the Code of Federal Regulations and the adjudged decisions of the Supreme Court of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

*And further*, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States arising under Article II in this Case with the Hymes; and, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States of America arising under Article II of the Constitution of the

United States in this Case with the Hymes; and, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States or executive Power of the United States of America over the citizens of the several States domiciled in the several States of which the Hymes are citizens of the several States domiciled in one of the several States and are not "citizens of the United States."

*And further*, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie do exercise jurisdiction over the "racists" who are granted the fictitious status by Congress as "citizens of the United States" who are also granted the appearance of unalienable rights "as is enjoyed by white citizens" as defined in the public records of 42 U.S.C. §§§ 1981, 1982, and 1988. These public records are conclusive and legal evidence of the public records of Congress and the facts contained therein, which can't be rebutted.

*And further*, as none of UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie have disclosed not one "Officer of the United States" and/or "inferior Officer of the United States" arising under Article II section 2 clause 2 is conclusive and legal evidence that absolutely none of the executive Power of the United States and/or of the United States of America under the authority of the United States is being exercised.

*And further*, Judge Beistline exercises none of the judicial Power of the United States under the Authority of the United States arising under Article III in all Cases in Law and Equity, but is in fact under the supervision of Judicial Conference of the United States in 5 U.S.C. § 2104, being also strictly for "employees" of "Part III" of "Title 5" of which Beistline has filed a Form 61 stating that he is in fact a mere "Employee of the Government of the United States" which precludes Beistline being a "Officer of the United States" in Article III of the Constitution of the United States.

*And further*, the UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie has no provided only

presumptive evidence to date and no direct evidence, documentary evidence, ultimate facts, real evidence, substantive evidence or disclosed any parties or entities under the discovery mandated that might have any type of evidence of any kind anywhere in on planet earth.

*And further*, the UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie have not presented any evidence of any type that Hymes is a "citizen of the United States" and also has not provided any evidence of any type that Hymes isn't a citizen of one of the several States domiciled in one of the several States.

*And further*, the UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie operate in the geographical sense of the United States and not arising under the Constitution of the United States that specifically limits the cognizance of Cases in Law and Equity to areas ceded to the United States and only under Article I and the other areas are strictly reserved for the several States wherein Hymes is domiciled.

7.      Please explain the basis for asserting any legal defense mentioned in Interrogatory No. 6.

**RESPONSE:**

See No. 6, *supra.*

8.      Please identify all individuals who have knowledge of the facts on which you rely to support your claims and defenses in this matter.  For each individual, please also identify the subject matter of his or her knowledge.

**RESPONSE:**

As the UNITED STATES OF AMERICA has a definition of "individual" meaning

a "citizen of the United States" as defined in 5 U.S.C. § 552a(1), which is conclusive and legal evidence of the Code definitions and of public records; and therefore as the terms used in the question are not disclosed by the UNITED STATES OF AMERICA, the Defendant is unable to responsd to the vague and ambiguous question.

9.     Please identify the grantor(s) and/or settlor(s), trustee(s), and beneficiary(ies) of the Aurora Trust.

**RESPONSE:**

The UNITED STATES OF AMERICA as a *matter of law* must already possesses these public documents, and therefore the documents being public records and facts contained therein are not required to be supplied again and the determination of the law is not within the Power of the Defendant as to the true meaning of the document. The Defendant has no knowledge of any invalid trust document(s).

10.     Please identify the grantor(s) and/or settlor(s), trustee(s), and beneficiary(ies) of the Sunshine Trust.

**RESPONSE:**

The UNITED STATES OF AMERICA as a *matter of law* must already possess these public documents, and therefore the documents being public records and facts contained therein are not required to be supplied again and the determination of the law is not within the Power of the Defendant as to the true meaning of the document. The Defendant has no knowledge of any invalid trust document(s). Hymes is not an Attorney or Counsellor-at-law, nor is Hymes a Judge with Article III powers.

11.     If you contend that Aurora Trust is a valid legal trust, please state all facts on which you rely for that contention.

**RESPONSE:**

This information needs to be requested from the trustee(s) of Aurora Trust

12.    If you contend that Sunshine Trust is a valid legal trust, please state all facts on which you rely for that contention.

**RESPONSE:**

The UNITED STATES OF AMERICA, as a *matter of law,* must already possess these public documents, and therefore, the documents being public records and facts contained therein are not required to be supplied again. The determination of the law is not within the Power of Hymes as to the true meaning of the document. Hymes has no knowledge of any invalid trust document(s). Hymes is not an Attorney or Counsellor-at-law, nor is Hymes a Judge with Article III powers.

Dated: April _____ ,2007

My Hand,

**Venue and Jurisdiction in one of the several States**

**STATE OF ALASKA**          )
                             ) ss.
The United States of America )

I, Rita MariNa Hymes, do hereby affirm that the preceding facts and following facts are true under the penalties of perjury to be best of my knowledge.

1.    My true name is Rita MariNa Hymes.

2.      I am an American citizen, citizen of the United States of America and a citizen of one of the several States.

3.      I am not a "citizen of the United States" as defined in 42 U.S.C. §§§ 1981, 1982 and 1988.

4.      I am domiciled on one of the several States.

5.      I do not reside in the geographical United States


Dated this ___3ᵗᵉ___ day of April



My Hand

Sworn and subscribed to before me a Notary Public in and for the State of Alaska.


My commission expires on ___6/1/10_____

[SEAL]

_____
Notary Public Signature

Rita MariNa Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA;**
*Plaintiff*

***v.***

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Compelled UNITED STATES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**DIRECTED TO DEFENDANT Rita MariNa Hymes**

Rita MariNa Hymes incorporates all of the facts and law of the first set of Discovery into this 2nd Discovery compelled under threat, duress and coercion.

1.    Please provide any and all documents that may substantiate your response to each interrogatory of the United States' First Set of Interrogatories Directed to Rita MariNa Hymes, clearly identifying each which document corresponds to which interrogatory.

**RESPONSE:**

The documents that will substantiate Donald Louis Hymes interrogatory and admission answers include but are not limited to the Declaration of Independence, the Articles of Confederation, the Constitution of the United States as lawfully amended by the qualified Electors of the several States, the Laws of the United States which shall be made in Pursuance of the Constitution of the United States; and the public records of United States Code, the Code of Federal Regulations including but not limited to Title 5, Title 26, Title 27, the substantive regulations under the authority of Congress contained in the Code of Federal Regulations and the adjudged decisions of the Supreme Court of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

*And further,* the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States arising under Article II in this Case with the Hymes; and, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States of America arising under Article II of the Constitution of the United States in this Case with the Hymes; and, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States or executive Power of the United States of America over the citizens of the several States domiciled in the several States of which the Hymes are citizens of the several States domiciled in one of the several States and are not "citizens of the United States."

*And further*, "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie do exercise jurisdiction over the "racists" who are granted the fictitious status by Congress as "citizens of the United States" who are also granted unalienable rights "as is enjoyed by white citizens" as defined in the public records of 42 U.S.C. §§§ 1981, 1982, and 1988. These public records are conclusive and legal evidence of the public records of Congress and the facts contained therein, which can't be rebutted.

*And further*, not the UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie have disclosed not one "Officer of the United States" and/or "inferior Officer of the United States" arising under Article II section 2 clause 2. This is conclusive and legal evidence that absolutely none of the executive Power of the United States and/or of the United States of America under the authority of the United States is being exercised.

*And further*, Judge Beistline exercises none of the judicial Power of the United States under the Authority of the United States arising under Article III in all Cases in Law and Equity, but is in fact under the supervision of Judicial Conference of the United States in 5 U.S.C. § 2104, being also strictly for "employees" of "Part III" of "Title 5" of which Beistline has filed a Form 61 stating that he is in fact a mere "Employee of the Government of the United States" which precludes Beistline being a "Officer of the United States" in Article III of the Constitution of the United States.

2.    Please  provide  any  and  all  documents  that  may
substantiate  each  and  every  response  set  forth  in  each
numbered  paragraph  of  the  Answer  that  you  filed  to  the
Amended Complaint in this matter.

**RESPONSE:**

This  is  too  broad   a  request  and  the  Defendant  is  not
required  to  do  the  legal  and  lawful  research  for  the  UNITED
STATES OF AMERICA.  See No. 1, *supra.*


3.   Please  provides  (sic)  copies  of  all  documents  relating
to  the  creation,  use,  purpose  and  activities  of  the  Aurora
Trust.

**RESPONSE:**

These  documents  would  have  to  be  requested  from  the
trustee(s) of the trust.


4.   Please  provide  copies  of  all  documents  relating  to  the
creation,  use  and  purpose  and  activities  of  the  Sunshine
Trust.

**RESPONSE:**

The  records  Plaintiff  requests  are  a  matter  of  public
record  and  as  to  the  uses  of  a  trust  is  a  *matter  of  law*  of
which  the  Defendant  is  not  competent  to  disclose  or  instruct
to  the  *learned  in  the  law*  attorney,  being  Jennifer  D.
Auchterlonie.  See also No. 1, *supra.*

Dated:     April 30, 2007

My Hand,

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA;**
*Plaintiff*

*v.*

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

Compelled UNITED STATES' FIRST SET OF INTERROGATORIES DIRECTED TO

DEFENDANT  Donald Louis Hymes

Donald Louis Hymes incorporates all of the facts and law of the first set of Interrogatories into these Interrogatories and completes same under threat, duress and coercion.

1. With respect to Requests 1-9 of the United States' First Set of Requests for Admissions Directed to Defendant Donald Louis Hymes, if your response to any of those requests is other than an unqualified admission, please state your exact amount of gross income, taxable income, expenses, and deductions for the tax year set forth in such request.

**RESPONSE**:

2.    With respect to Request No. 10 of the United States' First Set of Requests for Admission Directed to Defendant Donald Louis Hymes, if your response to that request is other than an unqualified admission, please state the address at which you current reside.

**RESPONSE:**

No "home" or "reside" defined under the law. *Lex non cogit ad impossibilia.*

3.  With respect to Request No. 11 of the United States' First Set of Requests for Admissions Directed to Defendant Donald Louis Hymes, if your response to  that request is other that an unqualified admission, please state all addresses at which resided from 1974 through to the present.

**RESPONSE:**

No "home" or "reside" defined under the law. *Lex non cogit ad impossibilia.*

4.    With respect to Request  No. 12 of the United States' First Request for Admissions Directed to Defendant Donald Louis Hymes, if your response to that request is other than an unqualified admission, please state the consideration for each such transfer.

**RESPONSE:**

Ten Dollars and other valuable consideration.

5.  With respect to Request No. 13 of the United States' First Set of Requests for Admissions Directed to Defendant Donald Louis Hymes, if your response to that request is other that an unqualified admission, please identify all persons having control over and use of the home after each transfer.

**RESPONSE:**

This question is too ambiguous and broad. Hymes cannot speak for the trustee(s). *Lex non cogit ad impossibilia.*

6. Please provide any legal defense you intend to assert in response to any claim asserted by the United States against you in the Amended Complaint previously filed in this action, clearly stating which legal defense or defenses apply to which claim or claims.

**RESPONSE:**

The legal defenses include but are not limited to all of the affirmative defenses so claimed that remain unrebutted to the amended Complaint and all of the issues in the Motions to Dismiss to date.

The documents that will substantiate Donald Louis Hymes interrogatory and admission answers include but are not limited to the Declaration of Independence, the Articles of Confederation, the Constitution of the United States as lawfully amended by the qualified Electors of the several States, the Laws of the United States which shall be made in Pursuance of the Constitution of the United States; and the public records of United States Code, the Code of Federal Regulations including but not limited to Title 5, Title 26, Title 27, the substantive regulations under the authority of Congress contained in the Code of Federal Regulations and the adjudged decisions of the Supreme Court of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

***And further***, the that "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States arising under Article II in this Case with the Hymes; and, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States of America arising under Article II of the Constitution of the United States in this Case with the Hymes; and, the "UNITED STATES OF AMERICA",

the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States or executive Power of the United States of America over the citizens of the several States domiciled in the several States of which the Hymes are citizens of the several States domiciled in one of the several States and are not "citizens of the United States."

*And further*, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie do exercise jurisdiction over the "racists" who are granted the fictitious status by Congress as "citizens of the United States" who are also granted the appearance of unalienable rights "as is enjoyed by white citizens" as defined in the public records of 42 U.S.C. §§§ 1981, 1982, and 1988. These public records are conclusive and legal evidence of the public records of Congress and the facts contained therein, which can't be rebutted.

*And further*, as none of UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie have disclosed not one "Officer of the United States" and/or "inferior Officer of the United States" arising under Article II section 2 clause 2 is conclusive and legal evidence that absolutely none of the executive Power of the United States and/or of the United States of America under the authority of the United States is being exercised.

*And further*, Judge Beistline exercises none of the judicial Power of the United States under the Authority of the United States arising under Article III in all Cases in Law and Equity, but is in fact under the supervision of Judicial Conference of the United States in 5 U.S.C. § 2104, being also strictly for "employees" of "Part III" of "Title 5" of which Beistline has filed a Form 61 stating that he is in fact a mere "Employee of the Government of the United States" which precludes Beistline being a "Officer of the United States" in Article III of the Constitution of the United States.

*And further*, the UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie has no provided only presumptive evidence to date and no direct evidence, documentary evidence, ultimate

facts, real evidence, substantive evidence or disclosed any parties or entities under the discovery mandated that might have any type of evidence of any kind anywhere in on planet earth.

*And further*, the UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie as not presented any evidence of any type that Hymes is a "citizen of the United States" and also has not provided any evidence of any type that Hymes isn't a citizen of one of the several States domiciled in one of the several States.

*And further*, the UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie operates in the geographical sense of the United States and not arising under the Constitution of the United States that specifically limits the cognizance of Cases in Law and Equity to areas ceded to the United States and only under Article I and the other areas are strictly reserved for the several States wherein Hymes is domiciled.

7.     Please explain the basis for asserting any legal defense mentioned in Interrogatory No. 6.

     **RESPONSE:**

     Same as No. 6, *supra*.

8.     Please identify all individuals who have knowledge of the facts on which you rely to support your claims and defenses in this matter.  For each individual, please also identify the subject matter of his or her knowledge.

     **RESPONSE:**

     As the UNITED STATES OF AMERICA has a definition of "individual" means a "citizen of the United States" as defined in 5 U.S.C. § 552a(1) which is conclusive and legal evidence of the Code definitions and of public records; and therefore as the terms used in the question are not disclosed by the UNITED STATES OF AMERICA, the

Defendant is unable to response to the vague and ambiguous question.

9.    Please identify the grantor(s) and/or settlor(s), trustee(s), and beneficiary(ies) of the Aurora Trust.

**RESPONSE:**

This information needs to be requested from the trustee(s) of Aurora Trust.

10.    Please identify the grantor(s) and/or settlor(s), trustee(s), and beneficiary(ies) of the Sunshine Trust.

**RESPONSE:**

The UNITED STATES OF AMERICA as a *matter of law* must already possess these public documents, and therefore the documents being public records and facts contained therein are not required to be supplied again and the determination of the law is not within the Power of the Defendant as to the true meaning of the document. The Defendant has no knowledge of any invalid trust document(s). Hymes is not an Attorney or Counsellor-at-law, nor is Hymes a Judge with Article III powers.

11.    If you contend that Aurora Trust is a valid legal trust, please state all facts on which you rely for that contention.

**RESPONSE:**

This information needs to be requested from the trustee(s) of Aurora Trust.

11.    If you contend that Sunshine Trust is a valid legal trust, please state all facts on which you rely for that contention.

**RESPONSE:**

The UNITED STATES OF AMERICA as a *matter of law* must already possess

these public documents, and therefore the documents being public records and facts contained therein are not required to be supplied again and the determination of the law is not within the Power of the Defendant as to the true meaning of the document. The Defendant has no knowledge of any invalid trust document(s). Hymes is not an Attorney or Counsellor-at-law, nor is Hymes a Judge with Article III powers.

13.    Donald Louis Hymes does so state that an objection is raised in this Interrogatories including, but not limited to the above reasons .

Dated:   April 30, 2007


My Hand,

*[signature: Donald Louis Hymes]*


### Venue and Jurisdiction in one of the several States

| | |
|---|---|
| **STATE OF ALASKA** | ) |
| | ) ss. |
| The United States of America | ) |

I,  Donald Louis Hymes, do hereby affirm that the preceding facts and following facts are true under the penalties of perjury to be best of my knowledge.

1.    My true name is Donald Louis Hymes.

2.    I am an American citizen, citizen of the United States of America and a citizen of one of the several States.

3.    I am not a "citizen of the United States" as defined in 42 U.S.C. §§§ 1981, 1982 and 1988.

4.    I am domiciled on one of the several States.

5.    I do not reside in the geographical United States.


Dated : _____*30th*_____ April, 2007


                                My Hand

                                *[signature]*



Sworn and subscribed before me a Notary Public in and for the State of Alaska.


My commission expires on ____*6/1/10*_____


[SEAL]                              *[signature]*
                                   Notary Public Signature

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA;**
*Plaintiff*

*v.*

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Compelled UNITED STATES' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**DIRECTED TO DEFENDANT Donald Louis Hymes**

Donald Louis Hymes incorporates all of the facts and law of the first set of Discovery into this 2nd Discovery compelled under threat, duress and coercion.

1. Please provide any and all documents that may substantiate your response to each interrogatory of the United States' First Set of Interrogatories Directed to Donald Louis Hymes, clearly identifying each which document corresponds to which interrogatory.

**RESPONSE:**

The documents that will substantiate Donald Louis Hymes interrogatory and admission answers include but are not limited to the Declaration of Independence, the Articles of Confederation, the Constitution of the United States as lawfully amended by the qualified Electors of the several States, the Laws of the United States which shall be made in Pursuance of the Constitution of the United States; and the public records of United States Code, the Code of Federal Regulations including but not limited to Title 5, Title 26, Title 27, the substantive regulations under the authority of Congress contained in the Code of Federal Regulations and the adjudged decisions of the Supreme Court of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

*And further*, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States arising under Article II in this Case with the Hymes; and, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States of America arising under Article II of the Constitution of the United States in this Case with the Hymes; and, the "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie exercise absolutely no executive Power of the United States or executive Power of the United States of America over the citizens of the several States domiciled in the several States of which the Hymes are citizens of the several States domiciled in one of the several States and are not "citizens of the United States."

*And further*, "UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie do exercise jurisdiction over the "racists" who are granted the fictitious status by Congress as "citizens of the United States" who are also granted unalienable rights "as is enjoyed by white citizens" as defined in the public records of 42 U.S.C. §§§ 1981, 1982, and 1988.  These public records are conclusive and legal evidence of the public records of Congress and the facts contained therein, which can't be rebutted.

*And further*, as none of UNITED STATES OF AMERICA", the Internal Revenue Service, the Department of Justice and Jennifer D. Auchterlonie have disclosed not one "Officer of the United States" and/or "inferior Officer of the United States" arising under Article II section 2 clause 2 is conclusive and legal evidence that absolutely none of the executive Power of the United States and/or of the United States of America under the authority of the United States is being exercised.

*And further*, Judge Beistline exercises none of the judicial Power of the United States under the Authority of the United States arising under Article III in all Cases in Law and Equity, but is in fact under the supervision of Judicial Conference of the United States in 5 U.S.C. § 2104, being also strictly for "employees" of "Part III" of "Title 5" of which Beistline has filed a Form 61 stating that he is in fact a mere "Employee of the Government of the United States" which precludes Beistline being a "Officer of the United States" in Article III of the Constitution of the United States.

2. Please provide any and all documents that may substantiate each and every response set forth in each numbered paragraph of the Answer that you filed to the Amended Complaint in this matter.

**RESPONSE:**

This is too broad of a request and the Defendant is not required to do the legal and lawful research for the UNITED STATES OF AMERICA. See No. 1, *supra.*

3. Please provides (sic) copies of all documents relating to the creation, use, purpose and activities of the Aurora Trust.

**RESPONSE:**

The documents are in the public record and the UNITED STATES OF AMERICA

through  it's claim, correspondence, and the Notices of Federal Lien, as a matter of law, already possesses.  See No. 1, *supra.*

4.  Please provide copies of all documents relating to the creation, use and purpose and activities of the Sunshine Trust.

**RESPONSE:**

The records Plaintiff requests are a matter of public record and as to the uses of a trust is a *matter of law* of which the Defendant is not competent to disclose or instruct to the *learned in the law* attorney, being Jennifer D. Auchterlonie.  See also No. 1, *supra.*

Dated:   April 30, 2007

My Hand,