NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER GRANTING |
| ) | UNITED STATES' MOTION FOR |
| DONALD L. HYMES; RITA M. HYMES; ) | DISCOVERY SANCTIONS |
| AURORA TRUST, ZENA D. HYMES ) | PURSUANT TO FED. R. CIV. P. 37 |
| AND CHARLA HYMES TRUSTEES; ) | |
| SUNSHINE TRUST, RITA M. HYMES ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA ) | |
| HYMES; AND FAIRBANKS NORTH ) | |
| STAR BOROUGH ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

      This matter is before the Court on the United States' Motion for Discovery Sanctions

Pursuant to Fed. R. Civ. P. 37 (the United States' motion).  Upon consideration of the motion,

2494530.1

- 2 -

any responses thereto, and the record in this case, and for good cause shown, the Court finds that defendants Donald L. Hymes and Rita M. Hymes have acted willfully in their failure to respond to the United States' discovery requests as set forth in the United States' motion.  Accordingly, it is hereby

ORDERED that the United States' motion is GRANTED.  It is further

ORDERED that defendants are prohibited from introducing any documentary evidence not produced as of May 31, 2007, pursuant to the United States' discovery requests.  It is further

ORDERED that defendants are prohibited from calling any witnesses not identified as of May 31, 2007, pursuant to the United States' discovery requests.  It is further

ORDERED that defendants are prohibited from introducing any documentary or testimonial evidence to rebut the following allegations of the government:

1. that the Aurora Trust and the Sunshine Trust are not valid legal trusts;

2. that any purported transfers of the real property sought to be foreclosed in this matter to the Aurora Trust or the Sunshine trust lacked consideration; and

3. that defendants Donald L. Hymes and Rita M. Hymes at all relevant times maintained possession of, control over, use and enjoyment of, and true legal ownership of the real property sought to be foreclosed in this matter.

It is further

ORDERED that the deadline for the filing of discovery motions, dispositive motions, and motions in limine set forth in the Scheduling and Planning Order (Dkt. #89) is extended by 60

2494530.1

- 3 -

days from the date of this Order.

      IT IS SO ORDERED.  The Clerk shall deliver copies of this Order to the parties at the addresses listed on their pleadings.

      DATED this _____ day of _____, 2007.

                             _____
                             UNITED STATES DISTRICT JUDGE

2494530.1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, a copy of the foregoing [PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR DISCOVERY SANCTIONS PURSUANT TO FED. R. CIV. P. 37 was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

        s/ Jennifer D. Auchterlonie
        JENNIFER D. AUCHTERLONIE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-9593
        Email: Jennifer.D.Auchterlonie@usdoj.gov