NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | MINUTE ORDER FROM |
| DONALD L. HYMES; RITA M. HYMES; | ) | CHAMBERS TO CERTIFY CASE |
| AURORA TRUST, ZENA D. HYMES | ) | READY FOR TRIAL |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

        The United States of America, by and through its undersigned counsel, hereby submits

this report to the Court in response to the Court's Minute Order entered May 22, 2007.

2505330.1

- 2 -

As shown below, the pretrial calendar for this case has not been completed, this case is not yet ready for trial, and additional outstanding procedural and legal issues remain which are appropriate for resolution by motion.  A brief recitation of recent events in this case is as follows:

1.      On March 15, 2007, the United States filed a motion to compel responses to the United States' written discovery requests served upon defendants Donald L. Hymes and Rita M. Hymes.  In addition to the compelled responses, the motion also sought an extension of the discovery deadline and the dispositive motion deadline for 60 days and 90 days, respectively, from the date of entry of the order granting the United States' motion.

2.      On April 10, 2007, the Court issued a minute order granting the United States' motion.  Although not expressly stated in the Court's minute order, the United States believed that the order granted all of the relief requested in the United States' motion, including the 60 and 90-day extensions for the discovery deadline and the dispositive motion deadline. Accordingly, it appears to the United States that the discovery period will close in this matter on June 9, 2007, and dispositive motions will be due July 9, 2007.

3.      On May 31, 2007, the United States filed a motion for discovery sanctions pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1, based upon certain deficiencies in defendants' compelled responses to the United States' written discovery requests.  In addition to the requested discovery sanctions, the motion also seeks an extension of the dispositive motions deadline for 60 days from the date of entry of the order granting the United States' motion. Defendants' response to the United States' motion will be due on June 18, 2007, and the United

- 3 -

States' reply will be due on June 25, 2007.

Accordingly, the outstanding matters remaining to be accomplished are resolution of the United States' motion for discovery sanctions and submission of dispositive motions. Resolution of the United States' motion will take place after the deadline for submission of the United States' reply to any response filed by defendants, and submission of dispositive motions will take place either by the current July 9 deadline, or by the deadline as extended by the Court in its order resolving the United States' motion for discovery sanctions.

This report is respectfully submitted this 5th day of June, 2007.

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

2505330.1

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2007, a copy of the foregoing UNITED STATES'

RESPONSE TO MINUTE ORDER FROM CHAMBERS TO CERTIFY CASE READY FOR

TRIAL was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2505330.1