Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**

*Plaintiffs*

**v.**

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Motion to Compel Depositions**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with

Motion to Compel Depositions.

The Hymes have made two (2) requests to date **Attachment 1**. The first request

was denied by Jennifer D. Auchterlonie (Auchterlonie) that the 'purported subpoenas and

notices of deposition' were not in compliance with Rules 30 and 45 of the FRCP, being

**Attachment 2**. In re-checking Defendants found that attorneys could issue subpoenas,

however the Hymes who do not have Assistance of Counsel are treated differently

requiring the subpoenas to be signed by the clerk of the court. The Hymes did this,

checked with the clerk to assure they had done everything correctly and re-issued the

subpoenas and notices of the deposition.

Auchterlonie once again claims that the subpoenas and notices of deposition are not in compliance with rules 30 and 45 of the FRCP, being **Attachment 3**. However, Auchterlonie does not state where the documents are remiss, and the Hymes even after carefully checking and re-checking cannot find the mysterious defect. Auchterlonie is intend on all dilatory and obstructional methods to provide absolutely nothing to the Hymes in the way of Discovery, Admissions, Interrogatories and Depositions. And to date, Auchterlonie has been successful making continual demands upon the Hymes to which the Hymes have complied, but Auchterlonie is immune to date supported by *this Court*.

If this is going to be just a judicial lynching (See *State v. Lattimar*, 111 S.E. 510, 511(Sup.Ct.App. W.Vir. 1922); *McSwean v. State*, 57 So. 732, 738-739 (Sup.Ct. Ala. 1912)) of the Hymes, it seems that Auchterlonie should just issue a Motion dispensing with all Discovery, Interrogatories, Admissions, Depositions and a Trial by Jury, which the Hymes am sure that this would be confirmed by Judge Biestline.

Auchterlonie then proceeds to allege that the proposed date for the depositions falls outside the discovery period. This is ironic, as Auchterlonie twice requested an extension of time for discovery - once without a time limit (Motion to Compel) - which was granted by the court, and again in her latest Motion for Discovery Sanctions. Do these extensions only apply to the unknown Plaintiff or do they apply to the Hymes as well?

Therefore the Hymes request that this Court enforce the subpoenas issued under the signature the Clerk of the USDC for Mike Walsh and the United States of America to appear for the ( to be re-scheduled) Depositions and produce the requested documents.

If the Hymes are also denied the right to have depositions, this instant Case will irreparably prejudice the Hymes with this blatant denial of Due Process of Law.

If for some reason, unknown to the Hymes, the Discovery date has expired, then the Hymes motion this court that the date be extended to October 31, 2007 to deal with all of the motions that will be required to get Auchterlonie and Walsh to provide discovery and attend depositions as required.

My Hand,

My Hand,

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1.    My true name is Rita MariNa Hymes.

2.    I am of the age of majority and will testify to facts contain herein this document.

3.    I have to date been unable to get the UNITED STATES OF AMERICA or Michael Walsh to obey the subpoenas under the signature of the Clerk of the USDC for depositions.

My Hand,

Sworn and subscribed before me a Public Notary in and for the State of Alaska this

day, June ___8th___ 2007.

_____
Signature of Notary Public

My Commission expires on _Dec 13, 2009_.



STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1.    My true name is Donald Louis Hymes.

2.    I am of the age of majority and will testify to facts contain herein this document.

3.    I have to date been unable to get the UNITED STATES OF AMERICA or Michael Walsh to obey the subpoenas under the signature of the Clerk of the USDC for depositions.

My Hand,

Sworn and subscribed before me a Public Notary in and for the State of Alaska,

this day, June _____ 8 th _____,2007


_____
Signature of Notary Public


My Commission expires on _Dec 13, 2009._

```
STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon
```

### Certification

This document and said attachments have
been mailed first class via USPS to the
following parties, to wit:


Nelson P. Cohen
Acting United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: June 8, 2007


Rita MariNa Hymes

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Alaska

UNITED STATES OF AMERICA

V.

Rita MariNa Hymes, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  A05-123-CV(RRB)

TO:  Mike Walsh

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME 6/5/2007 2:00 pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Lists to this Subpoena.

| PLACE    R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME 6/5/2007 2:00 pm |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 5/14/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Rita MariNa Hymes, 2340 Ravenwood Avenue, Fairbanks, Alaska [99709] 907-479-6922

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

*not to compel*
*att. 1*
*1 | 3*

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Alaska

UNITED STATES OF AMERICA

V.

Rita MariNa Hymes, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  A05-123-CV(RRB)

TO:  "UNITED STATES OF AMERICA"

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME 6/5/2007 4:00 pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached List to this Subpoena for Documents to provide at this Deposition.

| PLACE    R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME 6/5/2007 4:00 pm |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 5/14/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Rita MariNa Hymes, 2340 Ravenwood Avenue, Fairbanks, Alaska [99709] 907-479-6922

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

2/3

**U.S. Department of Justice**

**Tax Division**

Facsimile No. (202) 307-0054
Trial Attorney: Jennifer D. Auchterlonie
Attorney's Direct Line: (202) 514-9593

Please reply to:   Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044

EJO'C:RSW:JDAuchterlonie
5-6-2317 / 5-6-2321
CMN 2005104597 / 2005106096

May 23, 2007

**VIA FED EX and
FIRST CLASS MAIL**

Donald L. Hymes
Rita M. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

Re:   United States v. Donald Hymes, et al.
Civil No. A05-0123-CV (RRB) (USDC Alaska)

Dear Mr. and Mrs. Hymes:

I am in receipt of your purported subpoenas and notices of deposition directed to the United States and to IRS employee Mike Walsh.  I am writing to inform you that your purported subpoenas and notices of deposition are not in compliance with Rules 30 and 45 of the Federal Rules of Civil Procedure, and that, as a result, no appearance by or on behalf of either the United States or Mr. Walsh will be made on June 5, 2007.

If you have any questions regarding this matter, please do not hesitate to contact me at (202) 514-9593.  Thank you for your attention to this matter.

Sincerely yours,

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
Civil Trial Section, Western Region

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Alaska

UNITED STATES OF AMERICA

V.

Rita MariNa Hymes, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  A05-123-CV(RRB)

TO:  Mike Walsh

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME  June 12, 2007  2pm-4pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Lists to this Subpoena.

| PLACE   R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME  June 12, 2007  2pm-4pm |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  **IDA ROMACK** By _____ m. Deputy Clerk | DATE  5/05/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
Donald Louis Hymes for Rita Hymes
2340 Ravenwood  Fairbanks  Alaska  99709

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

att. 2
motion to compel
1/5

AO88 (Rev. 12/06) Subpoena in a Civil Case

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Walsh
949 East 36th Ave
Anchorage, AK
99508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Jeannie Hall*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

6/6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7002 0510 0000 2749 5307

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

DATE          SIGNATURE OF SERVER

          ADDRESS OF SERVER

**Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
   (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
   (2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.
   (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
      (i) fails to allow reasonable time for compliance;
      (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
      (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
      (iv) subjects a person to undue burden.
   (B) If a subpoena
      (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
      (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
      (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
   (1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
   (B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
   (C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
   (D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
   (2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
   (B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Alaska _____

UNITED STATES OF AMERICA

V.

Rita MariNa Hymes, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  A05-123-CV(RRB)

TO:  "UNITED STATES OF AMERICA"

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION    R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME  June 12, 2007  4pm-5pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached List to this Subpoena for Documents to provide at this Deposition.

| PLACE    R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME  June 12, 2007  4pm-5pm |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  **IDA ROMACK** by Carilyn Coleman Deputy Clerk | DATE  5/14/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Donald Louis Hymes & Rita MariNa Hymes
2340 Ravenwood Ave  Fairbanks, Alaska [99709]  907. 479.6922

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

3/5

AO88 (Rev. 12/06) Subpoena in a Civil Case

SERVE

SERVED ON (P

SERVED BY (P

I declare
in the Proof

Executed

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U S M
c/o Auch ten lonse
U.S. Dept of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.
20044-0683

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel L Parker_   ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 1 0 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

ion contained

2. Article Number
(Transfer from service label)

7006 3450 0001 3982 9997

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

**Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922



RECEIVED

JUN ᵔ 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**
*Plaintiffs*
**v.**

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**NOTICE OF DEPOSITION OF Mike Walsh**

**PLEASE TAKE NOTICE** that on June  , 2007, commencing at 2:00 P.M - 4:00

P.M. at R & R Transcription Services, 811 G. Street, Anchorage, Alaska (907-277-0572),

Rita MariNa Hymes and Donald Louis Hymes will take the oral deposition of Mike Walsh.

This deposition will be taken before an officer authorized by the laws of the United States

to administer oaths and to take testimony and will be taken by audio and video means.

This deposition will be taken pursuant to Rules 26, 28, 30 and 34 of the Federal Rules of

Civil Procedure.


Attached is a Subpoena for a deposition and to bring with you copies of the

specific documents listed on the attached list of the Subpoena for inspection and copying.

My Hand,

My Hand,

## Certification

I certify that **Notice of a Deposition, Subpoena with the attached list of documents to produce** were mailed Certified Delivery return receipt to Mike Walsh at the following address, to wit:

Mike Walsh
949 East 36th Avenue
Anchorage, Alaska 99508          registered mail# 7000 1530 0001 0747 2368
907-271-6391

**Notice of a Deposition, Subpoena with the attached list of documents to produce**
was mailed via USPS first class mail to the following parties, to wit:

Nelson P. Cohen
US Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683



Date:  May 24, 2007


Rita MariNa Hymes

**Attachment to Subpoena for Deposition of Mike Walsh for Documents to Produce.**

1.      All documents in support of the Notice of Federal Tax Lien (Form 668-(Y)(c) of Mike Walsh including the substantive regulations of all Statutes on the lien being 26 U.S.C. §§§ 6321, 6322 and 6323 and Statutes and substantive regulations of the "1040" tax.  See 552(a)(1), 26 CFR § 601.101, 26 CFR § 601.702(a) and all substantive regulations.  Attached are three substantive regulations tables being, C.F.R. T. 26, Ch. I, Subch. A, Pt. 1 (**Attachment 1**); and, C.F.R. T. 26, Ch. I, Subch. B, Pt. 20 (**Attachment 2**); and, C.F.R. T. 26, Ch. I, Subch. C, Pt. 31 (**Attachment 3**) and C.F.R. T. 26, Ch. I, Subch. F, Pt. 301 (**Attachment 4**).

2.      Form 61 for Mike Walsh.

3.      Oath of Office as an "inferior Officer of the United States" or "Officer of the United States" arising under Article II section 2 clause 2, creation of Office with power and duties for Mike Walsh, and Civil Commission appointment document.

4.      Form(s) required for Individual Tax Return mandated by the IRS for the Hymes to use as "taxpayers" and substantive regulations in support as mandated by 26 U.S.C. § 6011.

5.      Documents where the Hymes have been determined to be taxpayers by the IRS or other parties as required in 26 CFR § 601.201.

6.      Documents that show the Hymes are each a "citizen of the United States" as defined with specificity in 42 U.S.C.§§§ 1981, 1982, 1988; and as a "citizen of the United States" as used in 26 U.S.C. *et seq.*; and, that the Hymes are not each a citizen of one of the several States domiciled in one of the several States.

7.      Assessment documents under 26 U.S.C. §§6201, 6203 and substantive regulations in support thereof.

8.      Documents to disclose the source of the purported executive Power of the United States of "UNITED STATES OF AMERICA" and true identity of "UNITED STATES OF AMERICA" arising under the Constitution of the United States.

Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
     Subchapter A. Income Tax
     Part 1. Income Taxes


AUTHORITY:  26 U.S.C. 7805, unless otherwise noted.

AUTHORITY:Section 1.1(h)-1 also issued under 26 U.S.C. 1(h).

AUTHORITY:Sections 1.23-1--1.23-6 also issued under 26 U.S.C. 23;

AUTHORITY:Section 1.25-1T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-2T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3 also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-4T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-5T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-6T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-7T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-8T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25A-1 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-2 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-3 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-4 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-5 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.28-0 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.28-1 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.30-1 also issued under 26 U.S.C. 30(d)(2).

AUTHORITY:Section 1.41-6 also issued under 26 U.S.C. 1502.

AUTHORITY:Sections 1.42-1T and 1.42-2T also issued under 26 U.S.C. 42(m);

AUTHORITY:Section 1.42-2 also issued under 26 U.S.C. 42(m);

*ATTACHMENT 1*

AUTHORITY:Section 1.42-3 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-4 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-5 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.42-6, 1.42-8, 1.42-9, 1.42-10, 1.42-11, and 1.42-12, also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-13 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-14 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-15 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-16 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-17 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.43-0--1.43-7 also issued under section 26 U.S.C. 43;

AUTHORITY:Section 1.45D-1 also issued under 26 U.S.C. 45D(i).

AUTHORITY:Section 1.46-5 also issued under 26 U.S.C. 46(d)(6) and 26 U.S.C. 47(a)(3)(C);

AUTHORITY:Section 1.46-6 also issued under 26 U.S.C. 46(f)(7);

AUTHORITY:Section 1.47-1 also issued under 26 U.S.C. 47(a);

AUTHORITY:Section 1.48-9 also issued under 26 U.S.C. 38(b) (as in effect before the amendments made by subtitle F of the Tax Reform Act of 1984);

AUTHORITY:Sections 1.50A--1.50B also issued under 85 Stat. 553 (26 U.S.C. 40(b));

AUTHORITY:Section 1.52-1 also issued under 26 U.S.C. 52(b);

AUTHORITY:Section 1.56-1 also issued under 26 U.S.C. 56(f)(2)(H);

AUTHORITY:Section 1.56(g)-1 also issued under section 7611(g)(3) of the Omnibus Budget Reconciliation Act of 1989 (Pub. L. 101-239, 103 Stat. 2373);  and

AUTHORITY:Section 1.58-9 also issued under 26 U.S.C. 58(h).

AUTHORITY:Section 1.61-2T also issued under 26 U.S.C. 61.

AUTHORITY:Section 1.61-21 also issued under 26 U.S.C. 61.

AUTHORITY:Sections 1.62-1T and 1.62-2 also issued under 26 U.S.C. 62;

AUTHORITY:Section 1.66-4 also issued under 26 U.S.C. 66(c);

AUTHORITY:Sections 1.67-2T and 1.67-3T also issued under 26 U.S.C. 67(c);

AUTHORITY:Section 1.67-3 also issued under 26 U.S.C. 67(c).

AUTHORITY:Sections 1.72-4, 1.72-5, 1.72-6, 1.72-7, 1.72-8, and 1.72-11 also issued under 26 U.S.C. 72

(c).

AUTHORITY:Section 1.101-7 also issued under 26 U.S.C. 101(d)(2)(B)(ii);

AUTHORITY:Section 1.103-10 also issued under 26 U.S.C. 103(b)(6);

AUTHORITY:Section 1.103A-2 also issued under 26 U.S.C. 103A(j);

AUTHORITY:Section 1.108-1 also issued under 26 U.S.C. 108(e)(8) and 108(e)(10(B);

AUTHORITY:Section 1.108-2 also issued under 26 U.S.C. 108;

AUTHORITY:Section 1.108-3 also issued under 26 U.S.C. 108, 267, and 1502.

AUTHORITY:Section 1.108-4 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108-5 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108(c)-1 also issued under the authority of 26 U.S.C. 108(d)(9);

AUTHORITY:Section 1.110-1 also issued under 26 U.S.C. 110(d);

AUTHORITY:Sections 1.132-0 through 1.132-8T also issued under 26 U.S.C. 132;

AUTHORITY:Sections 1.148-0 through 1.148-11 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.148-6 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.149(b)-1 also issued under 26 U.S.C. 149(b)(3)(B) (v);

AUTHORITY:Section 1.149(d)-1 also issued under 26 U.S.C. 149(d)(7);

AUTHORITY:Section 1.149(e)-1 also issued under 26 U.S.C. 149(e);

AUTHORITY:Section 1.149(g)-1 also issued under 26 U.S.C. 149(g)(5);

AUTHORITY:Section 1.150-4 also issued under 26 U.S.C. 150 (c)(5);

AUTHORITY:Section 1.162(k)-1 is also issued under section 26 U.S.C. 162(k).

AUTHORITY:Section 1.163-8T also issued under 26 U.S.C. 469(k)(4);

AUTHORITY:Section 1.163-9T also issued under 26 U.S.C. 163(h)(3)(D);

AUTHORITY:Section 1.163-11T is also issued under 26 U.S.C. 163(h);

AUTHORITY:Section 1.165-12 also issued under 26 U.S.C. 165(j)(3);

AUTHORITY:Section 1.166-10 also issued under 26 U.S.C. 166(f);

AUTHORITY:Section 1.168(d)-1 also issued under 26 U.S.C. 168(d)(3);

AUTHORITY:Section 1.168(f)(8)-1T also added under sec. 112(c), Black Lung Benefits Revenue Act of 1981 (Pub. L. 97-119);

AUTHORITY:Section 1.168(h)-1 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-1 also issued under 26 U.S.C. 168(i)(4).

AUTHORITY:Section 1.168(i)-2 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-4 also issued under 26 U.S.C. 168(i)(5).

AUTHORITY:Section 1.168(j)-1T also added under 26 U.S.C. 168(j)(10).

AUTHORITY:Section 1.170A-1 also issued under 26 U.S.C. 170(a).

AUTHORITY:Section 1.170A-6 also issued under 26 U.S.C. 170(f)(4);  26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.170A-12 also issued under 26 U.S.C. 170(f)(4).

AUTHORITY:Section 1.170A-13 also issued under 26 U.S.C. 170(f)(8).

AUTHORITY:Section 1.171-2 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-3 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-4 also issued under 26 U.S.C. 171(c).

AUTHORITY:Section 1.179-1 also issued under 26 U.S.C. 179(d)(6) and (10).

AUTHORITY:Section 1.179-4 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179-6 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179A-1 also issued under 26 U.S.C. 179A(e)(4).

AUTHORITY:Section 1.197-2 also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.197-2T also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.199-1 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-2 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-4 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-6 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-9 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.216-2 also issued under 26 U.S.C. 216(d).

AUTHORITY:Section 1.221-2 also issued under 26 U.S.C. 221(d).

AUTHORITY:Section 1.263A-1 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-2 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-3 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4T also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-6 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7T also issued under 26 U.S.C. 263A.

AUTHORITY:Sections 1.263A-8 through 1.263A-15 also issued under 26 U.S.C. 263A(i).

AUTHORITY:Section 1.267(a)-3 also issued under 26 U.S.C. 267(a)(3).

AUTHORITY:Section 1.267(f)-1 also issued under 26 U.S.C. 267 and 1502.

AUTHORITY:Section 1.269-3(d) also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.274-5 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274-5T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.280C-4 also issued under 26 U.S.C. 280C(c) and 103 Stat. 2413.

AUTHORITY:Section 1.280F-1T also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-6 also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-7 also issued under 26 U.S.C. 280F(c).

AUTHORITY:Section 1.280G-1 also issued under 26 U.S.C. 280G(b) and (e).

AUTHORITY:Section 1.301-1 also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.301-1T also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.304-5 also issued under 26 U.S.C. 304.

AUTHORITY:Section 1.305-3 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-5 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-7 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.337(d)-1 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-4 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-5 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-6 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-7 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.338-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-2 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-3 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-4 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-5 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6T also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-7 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-8 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-9 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11 also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338(h)(10)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338(h)(10)-1T also issued under 26 U.S.C. 337(d), 338 and 1502.

AUTHORITY:Section 1.338(i)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.351-1 also issued under 26 U.S.C. 351.

AUTHORITY:Section 1.351-2 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.354-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-6 also issued under 26 U.S.C. 355(d)(9).

AUTHORITY:Section 1.355-7 also issued under 26 U.S.C. 355(e)(5).

AUTHORITY:Section 1.356-6 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.356-7 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.358-2 also issued under 26 U.S.C. 358.

AUTHORITY:Section 1.358-5T also issued under 26 U.S.C. 358(h)(2).

AUTHORITY:Section 1.358-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.367(a)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-3T(e) also issued under 367(a) and (b).

AUTHORITY:Section 1.367(a)-8 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-8T also issued under 367(a) and (b).

AUTHORITY:Section 1.367(b)-1 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-2 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3T also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-4 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-7 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-8 also issued under 26 U.S.C. 367(b).

AUTHORITY:Section 1.367(b)-9 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-12 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(e)-1 also issued under 26 U.S.C. 367(e)(1).

AUTHORITY:Section 1.367(e)-2 also issued under 26 U.S.C. 367(e)(2).

AUTHORITY:Section 1.382-2 also issued under 26 U.S.C. 382(k)(1), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-2T also issued under 26 U.S.C. 382(g)(4)(C), (i), (k)(1) and (6), (l)(3), (m),

and 26 U.S.C. 383.

AUTHORITY:Section 1.382-3 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-4 also issued under 26 U.S.C. 382(l)(3) and 382(m).

AUTHORITY:Section 1.382-5 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-5T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-6 also issued under 26 U.S.C. 382(b)(3)(A), 26 U.S.C.(d)(1), 26 U.S.C. 382 (m), and 26 U.S.C.383(d).

AUTHORITY:Section 1.382-8 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-8T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-9 also issued under 26 U.S.C. 382(l)(3) and (m).

AUTHORITY:Section 1.382-10 also issued under 26 U.S.C 382(m).

AUTHORITY:Section 1.382-10T is also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.383-1 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.383-2 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.401-12 also issued under 26 U.S.C. 401(d)(1).

AUTHORITY:Section 1.401(a)-21 also issued under 26 U.S.C. 401 and section 104 of the Electronic Signatures in Global and National Commerce Act, Public Law 106-229 (114 Stat. 464).

AUTHORITY:Section 1.401(a)(2)-1 also issued under Multiemployer Pension Plan Amendments Act, Public Law 96-364, 410, (94 Stat. 1208, 1308)(1980).

AUTHORITY:Section 1.401(a)(5)-1 also issued under 26 U.S.C. 401(a)(5).

AUTHORITY:Section 1.401(a)(9)-1 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-2 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-3 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-4 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-5 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-6 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-7 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-8 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-9 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(17)-1 also issued under 26 U.S.C. 401(a)(17).

AUTHORITY:Sections 1.401(a)(26)-1 through (a)(26)-9 also issued under  26 U.S.C. 401(a)(26).

AUTHORITY:Section 1.401(b)-1 also issued under 26 U.S.C. 401(b).

AUTHORITY:Section 1.401(k)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-6 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Sections 1.401(l)-0 through 1.401(l)-6 also issued under  26 U.S.C. 401(l).

AUTHORITY:Section 1.401(m)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.402A-1 is also issued under 26 U.S.C. 402A.

AUTHORITY:Section 1.403(b)-3 is also issued under 26 U.S.C. 403(b)(10).

AUTHORITY:Section 1.404(k)-3 is also issued under sections 26 U.S.C. 162(k) and 404(k)(5)(A).

AUTHORITY:Section 1.408-2 also issued under 26 U.S.C. 408(a) and 26 U.S.C. 408(q).

AUTHORITY:Section 1.408-4 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408-8 is also issued under 26 U.S.C. 408(a)(6) and  (b)(3).

AUTHORITY:Section 1.408-11 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408A-1 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-2 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-3 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-4 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-5 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-6 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-7 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-8 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-9 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408(q)-1 also issued under 26 U.S.C. 408(q).

AUTHORITY:Section 1.409(p)-1 is also issued under 26 U.S.C. 409(p)(7).

AUTHORITY:Section 1.410(b)-2 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-3 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-4 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-5 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-6 also issued under 26 U.S.C. 410(b)(6) and section 664 of the Economic Growth and Tax Relief Reconciliation Act of 2001 (Public Law 107-16, 115 Stat. 38).

AUTHORITY:Section 1.410(b)-7 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-8 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-9 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-10 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.411(a)-7 also issued under 26 U.S.C. 411(a)(7)(B)(i).

AUTHORITY:Section 1.411(d)-3 also issued under 26 U.S.C. 411(d)(6) and section 645(b) of the Economic Growth and Tax Relief Reconciliation Act of 2001, Public Law 107-16 (115 Stat. 38).

AUTHORITY:Section 1.411(d)-4 also issued under 26 U.S.C. 411(d)(6).

AUTHORITY:Section 1.411(d)-6 is issued under Reorganization Plan No. 4 of 1978, 29 U.S.C. 1001nt.

AUTHORITY:Sections 1.414(c)-1 through 1.414(c)-5 also issued under 26 U.S.C. 414(c).

AUTHORITY:Section 1.414(q)-1T is also issued under 26 U.S.C. 414(q).

AUTHORITY:Sections 1.414(r)-0 through 1.414(r)-7 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(r)-8 also issued under 26 U.S.C. 410(b) and 414(r).

AUTHORITY:Section 1.414(r)-9 also issued under 26 U.S.C. 401(a)(26) and 414(r).

AUTHORITY:Section 1.414(r)-10 also issued under 26 U.S.C. 129 and 414(r).

AUTHORITY:Section 1.414(r)-1 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(s)-1 also issued under 26 U.S.C. 414(s).

AUTHORITY:Section 1.417(e)-1 also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.417(e)-1T also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.419A(f)(6)-1 is also issued under 26 U.S.C. 419A(i).

AUTHORITY:Section 1.420-1 also issued under 26 U.S.C. 420(c)(3)(E).

AUTHORITY:Section 1.441-2T also issued under 26 U.S.C. 441(f).

AUTHORITY:Section 1.441-3T also issued under 26 U.S.C. 441.

AUTHORITY:Sections 1.442-2T and 1.442-3T also issued under 26 U.S.C. 422, 706, and 1378.

AUTHORITY:Sections 1.444-0T through 1.444-3T and

AUTHORITY:Section 1.444-4 is also issued under 26 U.S.C. 444(g).

AUTHORITY:Section 1.446-1 also issued under 26 U.S.C. 446 and 461(h).

AUTHORITY:Section 1.446-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.446-6 also issued under 26 U.S.C. 446 and 26 U.S.C. 860G.

AUTHORITY:Section 1.451-5 also issued under 96 Stat. 324, 493.

AUTHORITY:Section 1.453-11 also issued under 26 U.S.C. 453(j)(1) and (k).

AUTHORITY:Section 1.453A-3 also issued under 26 U.S.C. 453A.

AUTHORITY:Section 1.458-1 also issued under 26 U.S.C. 458.

AUTHORITY:Section 1.460-1 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-2 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-3 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-4 also issued under 26 U.S.C. 460(h) and 1502.

AUTHORITY:Section 1.460-5 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-6 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.461-1 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-2 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4(d) also issued under 26 U.S.C. 460 and 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-5 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-6 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.465-8 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-20 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-27 also issued under 26 U.S.C. 465(b)(6)(B)(iii).

AUTHORITY:Sections 1.466-1 through 1.466-4 also issued under 26 U.S.C. 466.

AUTHORITY:Section 1.467-1 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-2 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-3 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-4 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-5 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-6 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-7 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-8 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-9 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.468A-5 also issued under 26 U.S.C. 468A(e)(5).

AUTHORITY:Section 1.468B-1 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-2 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-3 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-4 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-5 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-7 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-9 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.469-1 also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-1T also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-2 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-2T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-4 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-7 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-9 also issued under 26 U.S.C. 469(c)(6), (h)(2), and (l)(1).

AUTHORITY:Section 1.469-11 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.471 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.471-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-6 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.472-8 also issued under 26 U.S.C. 472.

AUTHORITY:Section 1.475(a)-3 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-1 also issued under 26 U.S.C. 475(b)(4) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-2 also issued under 26 U.S.C. 475(b)(2) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-4 also issued under 26 U.S.C. 475(b)(2),  26 U.S.C. 475(e), and 26 U.S.C. 6001.

AUTHORITY:Section 1.475(c)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(c)-2 also issued under 26 U.S.C. 475(e) and  26 U.S.C. 860G(e).

AUTHORITY:Section 1.475(d)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(e)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.481-1 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-2 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-3 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-4 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-5 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.482-1 also issued under 26 U.S.C. 482 and 936.

AUTHORITY:Section 1.482-2 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-3 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-4 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-5 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-7 is also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-2A also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-9 also issued under 26 U.S.C. 482.

AUTHORITY:Sections 1.483-1 through 1.483-3 also issued under 26 U.S.C. 483(f).

AUTHORITY:Section 1.483-4 also issued under 26 U.S.C. 483(f).

AUTHORITY:Sections 1.504-1 and 1.504-2 also issued under 26 U.S.C. 504(b).

AUTHORITY:Section 1.514(c)-2 also issued under 26 U.S.C. 514(c)(9)(E)(iii).

AUTHORITY:Section 1.527-9 also issued under 26 U.S.C. 527(h)(2)(B)(i).

AUTHORITY:Sections 1.585-5 through 1.585-8 also issued under 26 U.S.C. 585(b)(3).

AUTHORITY:Sections 1.597-1 through 1.597-7 also issued under 26 U.S.C. 597 and 1502.

AUTHORITY:Section 1.597-8 also issued under 26 U.S.C. 597.

AUTHORITY:Section 1.642(c)-6 also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.643(a)-8 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.643(h)-1 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.642(c)-6A also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.645-1 also issued under 26 U.S.C. 645.

AUTHORITY:Sections 1.663(c)-1, 1.663(c)-2, 1.663(c)-3, 1.663(c)-4, 1.663(c)-5, and 1.663(c)-6 also issued under 26 U.S.C. 663(c).

AUTHORITY:Section 1.664-1 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-2 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-3 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4A also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.671-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-1 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(3) and (6).

AUTHORITY:Section 1.672(f)-3 also issued under 26 U.S.C. 643(a)(7) and 672(f)(2) and (6).

AUTHORITY:Section 1.672(f)-4 also issued under 26 U.S.C. 643(a)(7) and 672(f)(4) and (6).

AUTHORITY:Section 1.672(f)-5 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.679-1 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-2 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-3 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-4 also issued under 26 U.S.C. 643(a)(7), 679(a)(3) and 679(d).

AUTHORITY:Section 1.679-5 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-6 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.684-1 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-2 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-3 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-4 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-5 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.701-2 also issued under 26 U.S.C. 701 through 761.

AUTHORITY:Section 1.704-3 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-3T also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-4 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.705-2 also issued under 26 U.S.C. 705 and 1032.

AUTHORITY:Section 1.706-1T also issued under 26 U.S.C. 706(b).

AUTHORITY:Section 1.706-3T also issued under 26 U.S.C. 444(f).

AUTHORITY:Sections 1.707-2 through 1.707-9 also issued under 26 U.S.C. 707(a)(2).

AUTHORITY:Section 1.721-1 also issued under 26 U.S.C. 721.

AUTHORITY:Section 1.731-2 also issued under 26 U.S.C. 731(c).

AUTHORITY:Section 1.732-1 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-2 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-3 also issued under 26 U.S.C. 732(f).

AUTHORITY:Section 1.734-1 also issued under 26 U.S.C. 734.

AUTHORITY:Section 1.743-1 also issued under 26 U.S.C. 743.

AUTHORITY:Section 1.751-1 also issued under 26 U.S.C. 751.

AUTHORITY:Section 1.752-1(a) also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).



AUTHORITY:Section 1.752-6 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001)

AUTHORITY:Section 1.752-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.755-1 also issued under 26 U.S.C. 755.

AUTHORITY:Section 1.755-2 also issued under 26 U.S.C. 755 and 26 U.S.C. 1060.

AUTHORITY:Section 1.761-2 also issued under 26 U.S.C. 446(b) and 26 U.S.C. 761(a).

AUTHORITY:Section 1.807-2 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.809-10 also issued under 26 U.S.C. 809(b)(2) and  (g)(3).

AUTHORITY:Section 1.811-3 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.812-9 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.817A-1 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.832-4 also issued under 26 U.S.C. 832(b)(5)(A).

AUTHORITY:Sections 1.846-1 through 1.846-4 also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.846-2(d) is also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.848-2 also issued under 26 U.S.C. 845(b) and 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.848-3 also issued under 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.852-11 is also issued under 26 U.S.C. 852(b)(3)(C),  852(b)(8), and 852(c).

AUTHORITY:Section 1.860A-1 also issued under 26 U.S.C. 860G(b) and  860G(e).

AUTHORITY:Section 1.860A-1T also issued under 26 U.S.C. 860G(b) and  860G(e).

AUTHORITY:Section 1.860D-1 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860E-1 also issued under 26 U.S.C. 860E and 860G(e).

AUTHORITY:Section 1.860E-2 also issued under 26 U.S.C. 860E(e).

AUTHORITY:Section 1.860F-2 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860F-4 issued under 26 U.S.C. 860G(e) and 26 U.S.C. 6230(k).

AUTHORITY:Section 1.860F-4T also issued under 26 U.S.C. 860G(c)(3) and  (e).

AUTHORITY:Section 1.860G-1 also issued under 26 U.S.C. 860G(a)(1)(B) and  (e).

AUTHORITY:Section 1.860G-3 also issued under 26 U.S.C. 860G(b) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860G-3T also issued under 26 U.S.C. 860G(b) and  860G(e).

AUTHORITY:Section 1.861-2 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-3 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-8 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.861-9 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-9 and 1.861-9T also issued under 26 U.S.C. 863(a),  26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C 7701(f).

AUTHORITY:Section 1.861-10(e) also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-11 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-14 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-8T through 1.861-14T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864 (e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.863-1 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-2 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-3 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.863-4 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-6 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-7 is issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-8 also issued under 26 U.S.C. 863(a), (b) and (d).

AUTHORITY:Section 1.863-9 also issued under 26 U.S.C. 863(a), (d) and (e).

AUTHORITY:Section 1.864-5 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.864-8T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.865-1 also issued under 26 U.S.C. 863(a) and  865(j)(1).

AUTHORITY:Section 1.865-2 also issued under 26 U.S.C. 863(a) and  865(j)(1).

AUTHORITY:Section 1.871-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-7 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.874-1 also issued under 26 U.S.C. 874.

AUTHORITY:Section 1.881-2 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-4 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.882-4 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.882-5 also issued under 26 U.S.C. 882, 26 U.S.C. 864(e), 26 U.S.C. 988(d), and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.883-1 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-2 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-3 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-4 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-5 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.884-0 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-1 is also issued under 26 U.S.C. 884.

AUTHORITY:Section 1.884-1 (d) also issued under 26 U.S.C. 884 (c) (2) (A).

AUTHORITY:Section 1.884-1 (d) (13) (i) also issued under 26 U.S.C. 884 (c) (2).

AUTHORITY:Section 1.884-1 (e) also issued under 26 U.S.C. 884 (c) (2) (B).

AUTHORITY:Section 1.884-2 also issued under 26 U.S.C. 884(g).

AUTHORITY:Section 1.884-2T also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-4 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 (e) and (f) also issued under 26 U.S.C. 884 (e) (4) (C).

AUTHORITY:Section 1.892-1T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-2T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-3T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-4T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5 also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-6T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-7T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.894-1 also issued under 26 U.S.C. 894 and 7701(l).

AUTHORITY:Sections 1.897-5T, 1.897-6T and 1.897-7T also issued under 26 U.S.C. 897 (d), (e), (g) and (j) and 26 U.S.C. 367(e)(2).

AUTHORITY:Sections 1.902-1 and 902-2 also issued under 26 U.S.C. 902(c)(7).

AUTHORITY:Section 1.904-4 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(b)-1 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904(b)-2 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904-5 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-6 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-7 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(f)-(2) also issued under 26 U.S.C. 904 (f)(3)(b).

AUTHORITY:Sections 1.904-4 through 1.904-7 also issued under 26 U.S.C. 904(d)(5).

AUTHORITY:Section 1.904(i)-1 also issued under 26 U.S.C. 904(i).

AUTHORITY:Sections 1.905-3T and 1.905-4T also issued under 26 U.S.C. 989(c)(4).

AUTHORITY:Section 1.907(b)-1 is also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.907(b)-1T also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.911-7 also issued under 26 U.S.C. 911(d)(9).

AUTHORITY:Sections 1.924(c)-1, 1.924(d)-1, and 1.924(e)-1 also issued under 26 U.S.C. 924(d).

AUTHORITY:Section 1.925(a)-1 also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(a)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(b)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.927(d)-1 also issued under 26 U.S.C. 927(d)(1)(B).

AUTHORITY:Section 1.927(e)-1 also issued under 26 U.S.C. 927(e)(1).

AUTHORITY:Section 1.927(e)-2T also issued under 26 U.S.C. 927(e)(2).

AUTHORITY:Section 1.927(f)-1 also issued under 26 U.S.C. 927(f).

AUTHORITY:Section 1.931-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.932-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.935-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.936-4 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-5 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-6 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-7 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-11 also issued under 26 U.S.C. 936(j).

AUTHORITY:Section 1.937-1 also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-1T also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-2T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.952-11T is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.953-2 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.954-0 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-1 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-2 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.956-3T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.957-1 also issued under 26 U.S.C. 957.

AUTHORITY:Section 1.957-3T also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.960-1 also issued under 26 U.S.C. 960(a).

AUTHORITY:Sections 1.985-0 through 1.985-5 also issued under 26 U.S.C. 985.

AUTHORITY:Sections 1.987-1 through 1.987-5 also issued under 26 U.S.C. 987.

AUTHORITY:Sections 1.988-0 through 1.988-5 also issued under 26 U.S.C. 988.

AUTHORITY:Sections 1.989(a)-0T and 1.989(a)-1T also issued under  26 U.S.C. 989(c).

AUTHORITY:Section 1.989(b)-1 also issued under 26 U.S.C. 989(b).

AUTHORITY:Section 1.989-1(c) also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.1036-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.1059(e)-1 also issued under 26 U.S.C. 1059 (e)(1) and (e)(2).

AUTHORITY:Section 1.1060-1 also issued under 26 U.S.C. 1060.

AUTHORITY:Sections 1.1092(b)-1T and 1.1092(b)-2T also issued under  26 U.S.C. 1092 (b)(1).

AUTHORITY:Section 1.1092(b)-4T also issued under 26 U.S.C. 1092(b)(2).

AUTHORITY:Section 1.1092(c)-1 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-2 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-3 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-4 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(d)-2 also issued under 26 U.S.C. 1092(d)(3)(B).

AUTHORITY:Section 1.1202-2 is also issued under 26 U.S.C. 1202(k).

AUTHORITY:Section 1.1221-2 also issued under 26 U.S.C. 1221(b)(2)(A)(iii), (b)(2)(B), and (b)(3); 1502 and 6001.

AUTHORITY:Section 1.1221-2T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1244(e)-1 also issued under 26 U.S.C. 1244(e).

AUTHORITY:Section 1.1254-1 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-2 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-3 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-4 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-5 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-6 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1271-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274A-1 also issued under 26 U.S.C. 1274A(e) and 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-6 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-7 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1286-1 also issued under 26 U.S.C. 1275(D) and  1286(f).

AUTHORITY:Section 1.1286-2 also issued under 26 U.S.C. 1286(f).

AUTHORITY:Section 1.1287-1 also issued under 26 U.S.C. 165 (j)(3).

AUTHORITY:Section 1.1291-1 also issued under 26 U.S.C. 1291.

AUTHORITY:Section 1.1291-9 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1291-10 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1293-1 also issued under 26 U.S.C. 1293.

AUTHORITY:Section 1.1294-1T also issued under 26 U.S.C. 1294.

AUTHORITY:Section 1.1295-1 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1295-3 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1296-1 also issued under 26 U.S.C. 1296(g) and 26 U.S.C. 1298(f).

AUTHORITY:Section 1.1296(e)-1 also issued under 26 U.S.C. 1296(e).

AUTHORITY:Section 1.1297-3T also issued under 26 U.S.C. 1297(b)(1).

AUTHORITY:Section 1.1301-1 also issued under 26 U.S.C. 1301(c).

AUTHORITY:Section 1.1361-1(j) (6), (10) and (11) also issued under 26 U.S.C. 1361(d)(2)(B)(iii).

AUTHORITY:Section 1.1361-1(l) also issued under 26 U.S.C. 1361(c)(5)(C).

AUTHORITY:Sections 1.1362-1, 1.1362-2, 1.1362-3, 1.1362-4, 1.1362-5, 1.1362-6, 1.1362-7, and 1.1363-1 also issued under 26 U.S.C. 1377.

AUTHORITY:Section 1.1363-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.1368-1(f) and (g) also issued under 26 U.S.C. 1377(c).

AUTHORITY:Section 1.1368-2(b) also issued under 26 U.S.C. 1368(c).

AUTHORITY:Section 1.1374-1 also issued under 26 U.S.C. 1374(e) and  337(d).

AUTHORITY:Section 1.1374-2 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-3 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-4 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-5 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-6 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-7 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-8 also issued under 26 U.S.C 337(d) and 1374(e).

AUTHORITY:Section 1.1374-8T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-9 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-10 also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-10T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1377-1 also issued under 26 U.S.C. 1377(a)(2) and (c).

AUTHORITY:Section 1.1394-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1396-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1397E-1 also issued under 26 U.S.C. 1397E(b) and (d).

AUTHORITY:Section 1.1402 (e)-5T also is issued under 26 U.S.C. 1402(e)(1) and (2).

AUTHORITY:Section 1.1441-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-3 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1441-4 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-5 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.1441-6 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-7 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1443-1 also issued under 26 U.S.C. 1443(a).

AUTHORITY:Section 1.1445-5 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1445-8 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1461-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1461-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1462-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1502-0 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-1 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-3 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-9 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-11 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-12 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-17 also issued under 26 U.S.C. 446 and 1502.

AUTHORITY:Section 1.1502-18 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-19 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-19T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-20 also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-20T also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-21 also issued under 26 U.S.C. 1502 and 6402(i).

AUTHORITY:Section 1.1502-21(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-26 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-28 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-30 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32(a)(2), (b)(3)(iii)(C), (b)(3)(iii)(D), and  (b)(4)(vi) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 301, 1502, and  1503.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-34 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-43T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-47T also issued under 26 U.S.C. 1502, 1503(c) and 1504(c).

AUTHORITY:Section 1.1502-55 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-75 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77 also issued under 26 U.S.C. 1502 and 6402(j).

AUTHORITY:Section 1.1502-77T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-78 also issued under 26 U.S.C. 1502, 6402(j), and 6411(c).

AUTHORITY:Section 1.1502-79 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-80 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-81T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2T also issued under 26 U.S.C. 1503(d).

AUTHORITY:Section 1.1504-4 also issued under 26 U.S.C. 1504(a)(5).

AUTHORITY:Section 1.1502-9A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-41A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77A also issued under 26 U.S.C. 1502 and  6402(j).

AUTHORITY:Section 1.1502-79A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503(d) also issued under 26 U.S.C. 953(d) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1561-2T also issued under 26 U.S.C. 1561.

AUTHORITY:Section 1.6011-4T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 1.6013-6 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.6015-1 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-2 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-3 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-4 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-5 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-6 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-7 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-8 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-9 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6031(a)-1 also issued under section 404 of the Tax Equity and Fiscal
Responsibility Act of 1982 (Public Law 97-248; 96 Stat. 324, 669) (TEFRA).

AUTHORITY:Sections 1.6035-1 through 1.6035-3 also issued under 26 U.S.C. 6035 (a), (d), and (e).

AUTHORITY:Section 1.6038-2 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038-3 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038A-1 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-2 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-3 also issued under 26 U.S.C. 6038A and  7701(l).

AUTHORITY:Section 1.6038A-4 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-5 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-6 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-7 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038B-1 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6038B-1T also issued under 26 U.S.C 6038B.

AUTHORITY:Section 1.6038B-2 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6041-1 also issued under 26 U.S.C. 6041(a).

AUTHORITY:Section 1.6041-2 also issued under 26 U.S.C. 6041(d).

AUTHORITY:Section 1.6041-3 also issued under 26 U.S.C. 62 and 6041(a).

AUTHORITY:Section 1.6042-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6043-4 also issued under 26 U.S.C. 6043(c).

AUTHORITY:Section 1.6045-1 also issued under 26 U.S.C. 6045.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Alaska _____

UNITED STATES OF AMERICA

V.

Rita MariNa Hymes, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] A05-123-CV(RRB)

TO:  "UNITED STATES OF AMERICA"

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION   R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME  June 12, 2007   4pm-5pm |
|---|---|

☑  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached List to this Subpoena for Documents to provide at this Deposition.

| PLACE   R & R Transcriptions, 811 G. Street, Anchorage, Alaska | DATE AND TIME  June 12, 2007  4pm-5pm |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  IDA ROMACK  by Caitlyn Collman Deputy Clerk | DATE  5/14/2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Donald Louis Hymes & Rita MariNa Hymes
2340 Ravenwood Ave  Fairbanks, Alaska [99709]  907.479.6922

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

3/5

AO88 (Rev. 12/06) Subpoena in a Civil Case

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U S A
c/o Auchterlonse
U.S. Dept of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.
20044-0683

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Daniel Parker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)　C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)　7006 3450 0001 3982 9997

PS Form 3811, February 2004　Domestic Return Receipt　102595-02-M-1540

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

**Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:**

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

4/5

Rita MariNa Hymes
Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**
*Plaintiffs*
**v.**

**Rita MariNa  Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**NOTICE OF DEPOSITION OF "UNITED STATES OF AMERICA"**

**PLEASE TAKE NOTICE** that on June , 2007, commencing at
4:00 P.M - 5 P.M. at R & R Transcription Services, 811 G.
Street, Anchorage, Alaska (907-277-0572), Rita MariNa Hymes
and Donald Louis Hymes will take the oral deposition of
"UNITED STATES OF AMERICA (an unknown Plaintiff to date)."
This deposition will be taken before an officer authorized
by the laws of the United States to administer oaths and to
take testimony and will be taken by audio and video means.
This deposition will be taken pursuant to Rules 26, 28, 30
and 34 of the Federal Rules of Civil Procedure.

Attached is a Subpoena for a deposition and to bring
with you copies of the specific documents listed on the

attached list of the Subpoena for inspection and copying.

Date:    May 24, 2007

My Hand,

My Hand,

## Certification

I certify that **Notice of a Deposition, Subpoena with the attached list of documents to produce** were mailed Certified Delivery return receipt to "UNITED STATES OF AMERICA" at the following address, to wit:

"UNITED STATES OF AMERICA"
Attention: Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S.DepartmentofJustice
cert. mail# 7006 3450 0001 3982 9980
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683        7000 1530 0004 8223 3967

**Notice of a Deposition, Subpoena with the attached list of documents to produce** was mailed via USPS first class mail to the following parties, to wit:

Nelson P. Cohen
US Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683



Date:    May 24, 2007

Rita MariNa, Hymes

**Attachment to Subpoena for Deposition of "UNITED STATES OF AMERICA" for Documents to Produce.**

1.　　All documents in support of the Notice of Federal Tax Lien (Form 668-(Y)(c) of Mike Walsh proffered by "UNITED STATES OF AMERICA" including the substantive regulations of all Statutes on the lien being 26 U.S.C. §§§ 6321, 6322 and 6323 and Statutes and substantive regulations of the "1040" tax. See 552(a)(1), 26 CFR § 601.101, 26 CFR § 601.702(a) and all substantive regulations. Attached are three substantive regulations tables being, C.F.R. T. 26, Ch. I, Subch. A, Pt. 1 (**Attachment 1**); and, C.F.R. T. 26, Ch. I, Subch. B, Pt. 20 (**Attachment 2**); and, C.F.R. T. 26, Ch. I, Subch. C, Pt. 31 (**Attachment 3**) and C.F.R. T. 26, Ch. I, Subch. F, Pt. 301 (**Attachment 4**).

2.　　Oath of Office as an "inferior Officer of the United States" or "Officer of the United States" arising under Article II section 2 clause 2, creation of Office with power and duties for "UNITED STATES OF AMERICA," and Civil Commission appointment document.

4.　　Form(s) required for Individual Tax Return mandated by the IRS for the Hymes to use as "taxpayers" and substantive regulations in support as mandated by 26 U.S.C. § 6011.

5.　　Documents where the Hymes have been determined to be taxpayers by the IRS or other parties as required in 26 CFR § 601.201.

6.　　Documents that show the Hymes are each a "citizen of the United States" as defined with specificity in 42 U.S.C.§§§ 1981, 1982, 1988; and as a "citizen of the United States" as used in 26 U.S.C. *et seq.*; and, that the Hymes are not each a citizen of one of the several States domiciled in one of the several States.

7.　　Assessment documents under 26 U.S.C. §§6201, 6203 and substantive regulations in support thereof.

8.　　Documents to disclose the source of the purported executive Power of the United States of "UNITED STATES OF AMERICA" and true identity of "UNITED STATES OF AMERICA" arising under the Constitution of the United States.

9.　　Documents, contracts, cooperative agreements, etc. that show the connection between the IRS, the Department of Justice and "UNITED STATES OF AMERICA."

10.　　All parties that will have any pecuniary interest in this instant Case by all means of

contracts, cooperative agreements or secret documents of all types.

Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Code of Federal Regulations Currentness
   Title 26. Internal Revenue
      Chapter I. Internal Revenue Service, Department of the Treasury
         Subchapter A. Income Tax
            Part 1. Income Taxes


AUTHORITY:  26 U.S.C. 7805, unless otherwise noted.

AUTHORITY:Section 1.1(h)-1 also issued under 26 U.S.C. 1(h).

AUTHORITY:Sections 1.23-1--1.23-6 also issued under 26 U.S.C. 23;

AUTHORITY:Section 1.25-1T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-2T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3 also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-4T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-5T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-6T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-7T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-8T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25A-1 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-2 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-3 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-4 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-5 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.28-0 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.28-1 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.30-1 also issued under 26 U.S.C. 30(d)(2).

AUTHORITY:Section 1.41-6 also issued under 26 U.S.C. 1502.

AUTHORITY:Sections 1.42-1T and 1.42-2T also issued under 26 U.S.C. 42(m);

AUTHORITY:Section 1.42-2 also issued under 26 U.S.C. 42(m);

ATTACHMENT 1

AUTHORITY:Section 1.42-3 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-4 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-5 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.42-6, 1.42-8, 1.42-9, 1.42-10, 1.42-11, and 1.42-12, also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-13 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-14 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-15 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-16 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-17 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.43-0--1.43-7 also issued under section 26 U.S.C. 43;

AUTHORITY:Section 1.45D-1 also issued under 26 U.S.C. 45D(i).

AUTHORITY:Section 1.46-5 also issued under 26 U.S.C. 46(d)(6) and 26 U.S.C. 47(a)(3)(C);

AUTHORITY:Section 1.46-6 also issued under 26 U.S.C. 46(f)(7);

AUTHORITY:Section 1.47-1 also issued under 26 U.S.C. 47(a);

AUTHORITY:Section 1.48-9 also issued under 26 U.S.C. 38(b) (as in effect before the amendments made by subtitle F of the Tax Reform Act of 1984);

AUTHORITY:Sections 1.50A--1.50B also issued under 85 Stat. 553 (26 U.S.C. 40(b));

AUTHORITY:Section 1.52-1 also issued under 26 U.S.C. 52(b);

AUTHORITY:Section 1.56-1 also issued under 26 U.S.C. 56(f)(2)(H);

AUTHORITY:Section 1.56(g)-1 also issued under section 7611(g)(3) of the Omnibus Budget Reconciliation Act of 1989 (Pub. L. 101-239, 103 Stat. 2373);  and

AUTHORITY:Section 1.58-9 also issued under 26 U.S.C. 58(h).

AUTHORITY:Section 1.61-2T also issued under 26 U.S.C. 61.

AUTHORITY:Section 1.61-21 also issued under 26 U.S.C. 61.

AUTHORITY:Sections 1.62-1T and 1.62-2 also issued under 26 U.S.C. 62;

AUTHORITY:Section 1.66-4 also issued under 26 U.S.C. 66(c);

AUTHORITY:Sections 1.67-2T and 1.67-3T also issued under 26 U.S.C. 67(c);

AUTHORITY:Section 1.67-3 also issued under 26 U.S.C. 67(c).

AUTHORITY:Sections 1.72-4, 1.72-5, 1.72-6, 1.72-7, 1.72-8, and 1.72-11 also issued under 26 U.S.C. 72

(c).

AUTHORITY:Section 1.101-7 also issued under 26 U.S.C. 101(d)(2)(B)(ii);

AUTHORITY:Section 1.103-10 also issued under 26 U.S.C. 103(b)(6);

AUTHORITY:Section 1.103A-2 also issued under 26 U.S.C. 103A(j);

AUTHORITY:Section 1.108-1 also issued under 26 U.S.C. 108(e)(8) and 108(e)(10(B);

AUTHORITY:Section 1.108-2 also issued under 26 U.S.C. 108;

AUTHORITY:Section 1.108-3 also issued under 26 U.S.C. 108, 267, and 1502.

AUTHORITY:Section 1.108-4 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108-5 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108(c)-1 also issued under the authority of 26 U.S.C. 108(d)(9);

AUTHORITY:Section 1.110-1 also issued under 26 U.S.C. 110(d);

AUTHORITY:Sections 1.132-0 through 1.132-8T also issued under 26 U.S.C. 132;

AUTHORITY:Sections 1.148-0 through 1.148-11 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.148-6 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.149(b)-1 also issued under 26 U.S.C. 149(b)(3)(B) (v);

AUTHORITY:Section 1.149(d)-1 also issued under 26 U.S.C. 149(d)(7);

AUTHORITY:Section 1.149(e)-1 also issued under 26 U.S.C. 149(e);

AUTHORITY:Section 1.149(g)-1 also issued under 26 U.S.C. 149(g)(5);

AUTHORITY:Section 1.150-4 also issued under 26 U.S.C. 150 (c)(5);

AUTHORITY:Section 1.162(k)-1 is also issued under section 26 U.S.C. 162(k).

AUTHORITY:Section 1.163-8T also issued under 26 U.S.C. 469(k)(4);

AUTHORITY:Section 1.163-9T also issued under 26 U.S.C. 163(h)(3)(D);

AUTHORITY:Section 1.163-11T is also issued under 26 U.S.C. 163(h);

AUTHORITY:Section 1.165-12 also issued under 26 U.S.C. 165(j)(3);

AUTHORITY:Section 1.166-10 also issued under 26 U.S.C. 166(f);

AUTHORITY:Section 1.168(d)-1 also issued under 26 U.S.C. 168(d)(3);

AUTHORITY:Section 1.168(f)(8)-1T also added under sec. 112(c), Black Lung Benefits Revenue Act of 1981 (Pub. L. 97-119);

AUTHORITY:Section 1.168(h)-1 also issued under 26 U.S.C. 168.



AUTHORITY:Section 1.168(i)-1 also issued under 26 U.S.C. 168(i)(4).

AUTHORITY:Section 1.168(i)-2 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-4 also issued under 26 U.S.C. 168(i)(5).

AUTHORITY:Section 1.168(j)-1T also added under 26 U.S.C. 168(j)(10).

AUTHORITY:Section 1.170A-1 also issued under 26 U.S.C. 170(a).

AUTHORITY:Section 1.170A-6 also issued under 26 U.S.C. 170(f)(4);  26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.170A-12 also issued under 26 U.S.C. 170(f)(4).

AUTHORITY:Section 1.170A-13 also issued under 26 U.S.C. 170(f)(8).

AUTHORITY:Section 1.171-2 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-3 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-4 also issued under 26 U.S.C. 171(c).

AUTHORITY:Section 1.179-1 also issued under 26 U.S.C. 179(d)(6) and (10).

AUTHORITY:Section 1.179-4 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179-6 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179A-1 also issued under 26 U.S.C. 179A(e)(4).

AUTHORITY:Section 1.197-2 also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.197-2T also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.199-1 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-2 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-4 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-6 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8T also issued under <u>26 U.S.C. 199(d)</u>.

AUTHORITY:Section 1.199-9 also issued under <u>26 U.S.C. 199(d)</u>.

AUTHORITY:Section 1.216-2 also issued under <u>26 U.S.C. 216(d)</u>.

AUTHORITY:Section 1.221-2 also issued under <u>26 U.S.C. 221(d)</u>.

AUTHORITY:Section 1.263A-1 also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-2 also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-3 also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-4 also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-4T also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-5 also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-6 also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-7 also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Section 1.263A-7T also issued under <u>26 U.S.C. 263A</u>.

AUTHORITY:Sections 1.263A-8 through 1.263A-15 also issued under <u>26 U.S.C. 263A(i)</u>.

AUTHORITY:Section 1.267(a)-3 also issued under <u>26 U.S.C. 267(a)(3)</u>.

AUTHORITY:Section 1.267(f)-<u>1</u> also issued under <u>26 U.S.C. 267</u> and <u>1502</u>.

AUTHORITY:Section 1.269-3(d) also issued under <u>26 U.S.C. 382(m)</u>.

AUTHORITY:Section 1.274-5 also issued under <u>26 U.S.C. 274(d)</u>.

AUTHORITY:Section 1.274-5T also issued under <u>26 U.S.C. 274(d)</u>.

AUTHORITY:Section 1.274(d)-<u>1</u> also issued under <u>26 U.S.C. 274(d)</u>.

AUTHORITY:Section 1.274(d)-1T also issued under <u>26 U.S.C. 274(d)</u>.

AUTHORITY:Section 1.280C-4 also issued under <u>26 U.S.C. 280C(c)</u> and <u>103</u> Stat. 2413.

AUTHORITY:Section 1.280F-1T also issued under <u>26 U.S.C. 280F</u>.

AUTHORITY:Section 1.280F-6 also issued under <u>26 U.S.C. 280F</u>.

AUTHORITY:Section 1.280F-7 also issued under <u>26 U.S.C. 280F(c)</u>.

AUTHORITY:Section 1.280G-1 also issued under <u>26 U.S.C. 280G(b)</u> and <u>(e)</u>.

AUTHORITY:Section 1.301-1 also issued under <u>26 U.S.C. 357(d)(3)</u>.

AUTHORITY:Section 1.301-1T also issued under <u>26 U.S.C. 357(d)(3)</u>.

AUTHORITY:Section 1.304-5 also issued under 26 U.S.C. 304.

AUTHORITY:Section 1.305-3 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-5 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-7 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.337(d)-1 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-4 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-5 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-6 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-7 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.338-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-2 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-3 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-4 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-5 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6T also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-7 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-8 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-9 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11 also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338(h)(10)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338(h)(10)-1T also issued under 26 U.S.C. 337(d), 338 and 1502.

AUTHORITY:Section 1.338(i)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.351-1 also issued under 26 U.S.C. 351.

AUTHORITY:Section 1.351-2 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.354-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-6 also issued under 26 U.S.C. 355(d)(9).

AUTHORITY:Section 1.355-7 also issued under 26 U.S.C. 355(e)(5).

AUTHORITY:Section 1.356-6 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.356-7 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.358-2 also issued under 26 U.S.C. 358.

AUTHORITY:Section 1.358-5T also issued under 26 U.S.C. 358(h)(2).

AUTHORITY:Section 1.358-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.367(a)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-3T(e) also issued under 367(a) and (b).

AUTHORITY:Section 1.367(a)-8 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-8T also issued under 367(a) and (b).

AUTHORITY:Section 1.367(b)-1 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-2 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3T also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-4 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-7 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-8 also issued under 26 U.S.C. 367(b).

AUTHORITY:Section 1.367(b)-9 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-12 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(e)-1 also issued under 26 U.S.C. 367(e)(1).

AUTHORITY:Section 1.367(e)-2 also issued under 26 U.S.C. 367(e)(2).

AUTHORITY:Section 1.382-2 also issued under 26 U.S.C. 382(k)(1), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-2T also issued under 26 U.S.C. 382(g)(4)(C), (i), (k)(1) and (6), (l)(3), (m),

and 26 U.S.C. 383.

AUTHORITY:Section 1.382-3 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-4 also issued under 26 U.S.C. 382(l)(3) and  382(m).

AUTHORITY:Section 1.382-5 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-5T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-6 also issued under 26 U.S.C. 382(b)(3)(A), 26 U.S.C.(d)(1), 26 U.S.C. 382 (m), and 26 U.S.C.383(d).

AUTHORITY:Section 1.382-8 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-8T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-9 also issued under 26 U.S.C. 382(l)(3) and (m).

AUTHORITY:Section 1.382-10 also issued under 26 U.S.C 382(m).

AUTHORITY:Section 1.382-10T is also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.383-1 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.383-2 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.401-12 also issued under 26 U.S.C. 401(d)(1).

AUTHORITY:Section 1.401(a)-21 also issued under 26 U.S.C. 401 and section 104 of the Electronic Signatures in Global and National Commerce Act, Public Law 106-229 (114 Stat. 464).

AUTHORITY:Section 1.401(a)(2)-1 also issued under Multiemployer Pension Plan Amendments Act, Public Law 96-364, 410, (94 Stat. 1208, 1308)(1980).

AUTHORITY:Section 1.401(a)(5)-1 also issued under 26 U.S.C. 401(a)(5).

AUTHORITY:Section 1.401(a)(9)-1 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-2 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-3 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-4 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-5 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-6 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-7 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-8 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-9 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(17)-1 also issued under 26 U.S.C. 401(a)(17).

AUTHORITY:Sections 1.401(a)(26)-1 through (a)(26)-9 also issued under  26 U.S.C. 401(a)(26).

AUTHORITY:Section 1.401(b)-1 also issued under 26 U.S.C. 401(b).

AUTHORITY:Section 1.401(k)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-6 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Sections 1.401(l)-0 through 1.401(l)-6 also issued under  26 U.S.C. 401(l).

AUTHORITY:Section 1.401(m)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.402A-1 is also issued under 26 U.S.C. 402A.

AUTHORITY:Section 1.403(b)-3 is also issued under 26 U.S.C. 403(b)(10).

AUTHORITY:Section 1.404(k)-3 is also issued under sections 26 U.S.C. 162(k) and 404(k)(5)(A).

AUTHORITY:Section 1.408-2 also issued under 26 U.S.C. 408(a) and 26 U.S.C. 408(q).

AUTHORITY:Section 1.408-4 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408-8 is also issued under 26 U.S.C. 408(a)(6) and  (b)(3).

AUTHORITY:Section 1.408-11 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408A-1 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-2 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-3 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-4 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-5 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-6 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-7 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-8 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-9 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408(q)-1 also issued under 26 U.S.C. 408(q).

AUTHORITY:Section 1.409(p)-1 is also issued under 26 U.S.C. 409(p)(7).

AUTHORITY:Section 1.410(b)-2 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-3 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-4 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-5 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-6 also issued under 26 U.S.C. 410(b)(6) and section 664 of the Economic Growth and Tax Relief Reconciliation Act of 2001 (Public Law 107-16, 115 Stat. 38).

AUTHORITY:Section 1.410(b)-7 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-8 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-9 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-10 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.411(a)-7 also issued under 26 U.S.C. 411(a)(7)(B)(i).

AUTHORITY:Section 1.411(d)-3 also issued under 26 U.S.C. 411(d)(6) and section 645(b) of the Economic Growth and Tax Relief Reconciliation Act of 2001, Public Law 107-16 (115 Stat. 38).

AUTHORITY:Section 1.411(d)-4 also issued under 26 U.S.C. 411(d)(6).

AUTHORITY:Section 1.411(d)-6 is issued under Reorganization Plan No. 4 of 1978, 29 U.S.C. 1001nt.

AUTHORITY:Sections 1.414(c)-1 through 1.414(c)-5 also issued under 26 U.S.C. 414(c).

AUTHORITY:Section 1.414(q)-1T is also issued under 26 U.S.C. 414(q).

AUTHORITY:Sections 1.414(r)-0 through 1.414(r)-7 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(r)-8 also issued under 26 U.S.C. 410(b) and 414(r).

AUTHORITY:Section 1.414(r)-9 also issued under 26 U.S.C. 401(a)(26) and 414(r).

AUTHORITY:Section 1.414(r)-10 also issued under 26 U.S.C. 129 and 414(r).

AUTHORITY:Section 1.414(r)-1 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(s)-1 also issued under 26 U.S.C. 414(s).

AUTHORITY:Section 1.417(e)-1 also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.417(e)-1T also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.419A(f)(6)-1 is also issued under 26 U.S.C. 419A(i).

AUTHORITY:Section 1.420-1 also issued under 26 U.S.C. 420(c)(3)(E).

AUTHORITY:Section 1.441-2T also issued under 26 U.S.C. 441(f).

AUTHORITY:Section 1.441-3T also issued under 26 U.S.C. 441.

AUTHORITY:Sections 1.442-2T and 1.442-3T also issued under 26 U.S.C. 422, 706, and 1378.

AUTHORITY:Sections 1.444-0T through 1.444-3T and

AUTHORITY:Section 1.444-4 is also issued under 26 U.S.C. 444(g).

AUTHORITY:Section 1.446-1 also issued under 26 U.S.C. 446 and 461(h).

AUTHORITY:Section 1.446-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.446-6 also issued under 26 U.S.C. 446 and 26 U.S.C. 860G.

AUTHORITY:Section 1.451-5 also issued under 96 Stat. 324, 493.

AUTHORITY:Section 1.453-11 also issued under 26 U.S.C. 453(j)(1) and (k).

AUTHORITY:Section 1.453A-3 also issued under 26 U.S.C. 453A.

AUTHORITY:Section 1.458-1 also issued under 26 U.S.C. 458.

AUTHORITY:Section 1.460-1 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-2 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-3 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-4 also issued under 26 U.S.C. 460(h) and 1502.

AUTHORITY:Section 1.460-5 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-6 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.461-1 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-2 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4(d) also issued under 26 U.S.C. 460 and 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-5 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-6 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.465-8 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-20 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-27 also issued under 26 U.S.C. 465(b)(6)(B)(iii).

AUTHORITY:Sections 1.466-1 through 1.466-4 also issued under 26 U.S.C. 466.

AUTHORITY:Section 1.467-1 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-2 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-3 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-4 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-5 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-6 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-7 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-8 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-9 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.468A-5 also issued under 26 U.S.C. 468A(e)(5).

AUTHORITY:Section 1.468B-1 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-2 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-3 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-4 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-5 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-7 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-9 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.469-1 also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-1T also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-2 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-2T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-4 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-7 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-9 also issued under 26 U.S.C. 469(c)(6), (h)(2), and (l)(1).

AUTHORITY:Section 1.469-11 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.471 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.471-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-6 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.472-8 also issued under 26 U.S.C. 472.

AUTHORITY:Section 1.475(a)-3 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-1 also issued under 26 U.S.C. 475(b)(4) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-2 also issued under 26 U.S.C. 475(b)(2) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-4 also issued under 26 U.S.C. 475(b)(2), 26 U.S.C. 475(e), and 26 U.S.C. 6001.

AUTHORITY:Section 1.475(c)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(c)-2 also issued under 26 U.S.C. 475(e) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.475(d)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(e)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.481-1 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-2 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-3 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-4 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-5 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.482-1 also issued under 26 U.S.C. 482 and 936.

AUTHORITY:Section 1.482-2 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-3 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-4 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-5 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-7 is also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-2A also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-9 also issued under 26 U.S.C. 482.

AUTHORITY:Sections 1.483-1 through 1.483-3 also issued under 26 U.S.C. 483(f).

AUTHORITY:Section 1.483-4 also issued under 26 U.S.C. 483(f).

AUTHORITY:Sections 1.504-1 and 1.504-2 also issued under 26 U.S.C. 504(b).

AUTHORITY:Section 1.514(c)-2 also issued under 26 U.S.C. 514(c)(9)(E)(iii).

AUTHORITY:Section 1.527-9 also issued under 26 U.S.C. 527(h)(2)(B)(i).

AUTHORITY:Sections 1.585-5 through 1.585-8 also issued under 26 U.S.C. 585(b)(3).

AUTHORITY:Sections 1.597-1 through 1.597-7 also issued under 26 U.S.C. 597 and 1502.

AUTHORITY:Section 1.597-8 also issued under 26 U.S.C. 597.

AUTHORITY:Section 1.642(c)-6 also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.643(a)-8 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.643(h)-1 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.642(c)-6A also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.645-1 also issued under 26 U.S.C. 645.

AUTHORITY:Sections 1.663(c)-1, 1.663(c)-2, 1.663(c)-3, 1.663(c)-4, 1.663(c)-5, and 1.663(c)-6 also issued under 26 U.S.C. 663(c).

AUTHORITY:Section 1.664-1 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-2 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-3 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4A also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.671-2 also issued under 26 U.S.C. 643(a)(7) and  672(f)(6).

AUTHORITY:Section 1.672(f)-1 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(3) and (6).

AUTHORITY:Section 1.672(f)-3 also issued under 26 U.S.C. 643(a)(7) and 672(f)(2) and (6).

AUTHORITY:Section 1.672(f)-4 also issued under 26 U.S.C. 643(a)(7) and 672(f)(4) and (6).

AUTHORITY:Section 1.672(f)-5 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.679-1 also issued under 26 U.S.C. 643(a)(7) and  679(d).

AUTHORITY:Section 1.679-2 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-3 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-4 also issued under 26 U.S.C. 643(a)(7), 679(a)(3) and 679(d).

AUTHORITY:Section 1.679-5 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-6 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.684-1 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-2 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-3 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-4 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-5 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.701-2 also issued under 26 U.S.C. 701 through 761.

AUTHORITY:Section 1.704-3 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-3T also issued under 26 U.S.C. 704(c).



AUTHORITY:Section 1.704-4 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.705-2 also issued under 26 U.S.C. 705 and 1032.

AUTHORITY:Section 1.706-1T also issued under 26 U.S.C. 706(b).

AUTHORITY:Section 1.706-3T also issued under 26 U.S.C. 444(f).

AUTHORITY:Sections 1.707-2 through 1.707-9 also issued under 26 U.S.C. 707(a)(2).

AUTHORITY:Section 1.721-1 also issued under 26 U.S.C. 721.

AUTHORITY:Section 1.731-2 also issued under 26 U.S.C. 731(c).

AUTHORITY:Section 1.732-1 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-2 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-3 also issued under 26 U.S.C. 732(f).

AUTHORITY:Section 1.734-1 also issued under 26 U.S.C. 734.

AUTHORITY:Section 1.743-1 also issued under 26 U.S.C. 743.

AUTHORITY:Section 1.751-1 also issued under 26 U.S.C. 751.

AUTHORITY:Section 1.752-1(a) also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.752-6 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001)

AUTHORITY:Section 1.752-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.755-1 also issued under 26 U.S.C. 755.

AUTHORITY:Section 1.755-2 also issued under 26 U.S.C. 755 and 26 U.S.C. 1060.

AUTHORITY:Section 1.761-2 also issued under 26 U.S.C. 446(b) and 26 U.S.C. 761(a).

AUTHORITY:Section 1.807-2 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.809-10 also issued under 26 U.S.C. 809(b)(2) and (g)(3).

AUTHORITY:Section 1.811-3 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.812-9 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.817A-1 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.832-4 also issued under 26 U.S.C. 832(b)(5)(A).

AUTHORITY:Sections 1.846-1 through 1.846-4 also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.846-2(d) is also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.848-2 also issued under 26 U.S.C. 845(b) and 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.848-3 also issued under 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.852-11 is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.860A-1 also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860A-1T also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860D-1 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860E-1 also issued under 26 U.S.C. 860E and 860G(e).

AUTHORITY:Section 1.860E-2 also issued under 26 U.S.C. 860E(e).

AUTHORITY:Section 1.860F-2 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860F-4 issued under 26 U.S.C. 860G(e) and 26 U.S.C. 6230(k).

AUTHORITY:Section 1.860F-4T also issued under 26 U.S.C. 860G(c)(3) and (e).

AUTHORITY:Section 1.860G-1 also issued under 26 U.S.C. 860G(a)(1)(B) and (e).

AUTHORITY:Section 1.860G-3 also issued under 26 U.S.C. 860G(b) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860G-3T also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.861-2 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-3 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-8 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.861-9 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-9 and 1.861-9T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C 7701(f).

AUTHORITY:Section 1.861-10(e) also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-11 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-14 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-8T through 1.861-14T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.863-1 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-2 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-3 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.863-4 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-6 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-7 is issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-8 also issued under 26 U.S.C. 863(a), (b) and (d).

AUTHORITY:Section 1.863-9 also issued under 26 U.S.C. 863(a), (d) and (e).

AUTHORITY:Section 1.864-5 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.864-8T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.865-1 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.865-2 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.871-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-7 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.874-1 also issued under 26 U.S.C. 874.

AUTHORITY:Section 1.881-2 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-4 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.882-4 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.882-5 also issued under 26 U.S.C. 882, 26 U.S.C. 864(e), 26 U.S.C. 988(d), and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.883-1 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-2 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-3 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-4 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-5 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.884-0 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-1 is also issued under 26 U.S.C. 884.

AUTHORITY:Section 1.884-1 (d) also issued under 26 U.S.C. 884 (c) (2) (A).

AUTHORITY:Section 1.884-1 (d) (13) (i) also issued under 26 U.S.C. 884 (c) (2).

AUTHORITY:Section 1.884-1 (e) also issued under 26 U.S.C. 884 (c) (2) (B).

AUTHORITY:Section 1.884-2 also issued under 26 U.S.C. 884(g).

AUTHORITY:Section 1.884-2T also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-4 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 (e) and (f) also issued under 26 U.S.C. 884 (e) (4) (C).

AUTHORITY:Section 1.892-1T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-2T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-3T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-4T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5 also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-6T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-7T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.894-1 also issued under 26 U.S.C. 894 and 7701(l).

AUTHORITY:Sections 1.897-5T, 1.897-6T and 1.897-7T also issued under 26 U.S.C. 897 (d), (e), (g) and (j) and 26 U.S.C. 367(e)(2).

AUTHORITY:Sections 1.902-1 and 902-2 also issued under 26 U.S.C. 902(c)(7).

AUTHORITY:Section 1.904-4 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(b)-1 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904(b)-2 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904-5 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-6 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-7 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(f)-(2) also issued under 26 U.S.C. 904 (f)(3)(b).

AUTHORITY:Sections 1.904-4 through 1.904-7 also issued under 26 U.S.C. 904(d)(5).

AUTHORITY:Section 1.904(i)-1 also issued under 26 U.S.C. 904(i).

AUTHORITY:Sections 1.905-3T and 1.905-4T also issued under 26 U.S.C. 989(c)(4).

AUTHORITY:Section 1.907(b)-1 is also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.907(b)-1T also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.911-7 also issued under 26 U.S.C. 911(d)(9).

AUTHORITY:Sections 1.924(c)-1, 1.924(d)-1, and 1.924(e)-1 also issued under 26 U.S.C. 924(d).

AUTHORITY:Section 1.925(a)-1 also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(a)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(b)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.927(d)-1 also issued under 26 U.S.C. 927(d)(1)(B).

AUTHORITY:Section 1.927(e)-1 also issued under 26 U.S.C. 927(e)(1).

AUTHORITY:Section 1.927(e)-2T also issued under 26 U.S.C. 927(e)(2).

AUTHORITY:Section 1.927(f)-1 also issued under 26 U.S.C. 927(f).

AUTHORITY:Section 1.931-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.932-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.935-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.936-4 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-5 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-6 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-7 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-11 also issued under 26 U.S.C. 936(j).

AUTHORITY:Section 1.937-1 also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-1T also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-2T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.952-11T is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.953-2 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.954-0 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-1 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-2 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.956-3T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.957-1 also issued under 26 U.S.C. 957.

AUTHORITY:Section 1.957-3T also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.960-1 also issued under 26 U.S.C. 960(a).

AUTHORITY:Sections 1.985-0 through 1.985-5 also issued under 26 U.S.C. 985.

AUTHORITY:Sections 1.987-1 through 1.987-5 also issued under 26 U.S.C. 987.

AUTHORITY:Sections 1.988-0 through 1.988-5 also issued under 26 U.S.C. 988.

AUTHORITY:Sections 1.989(a)-0T and 1.989(a)-1T also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.989(b)-1 also issued under 26 U.S.C. 989(b).

AUTHORITY:Section 1.989-1(c) also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.1036-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.1059(e)-1 also issued under 26 U.S.C. 1059 (e)(1) and (e)(2).

AUTHORITY:Section 1.1060-1 also issued under 26 U.S.C. 1060.

AUTHORITY:Sections 1.1092(b)-1T and 1.1092(b)-2T also issued under 26 U.S.C. 1092 (b)(1).

AUTHORITY:Section 1.1092(b)-4T also issued under 26 U.S.C. 1092(b)(2).

AUTHORITY:Section 1.1092(c)-1 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-2 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-3 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-4 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(d)-2 also issued under 26 U.S.C. 1092(d)(3)(B).

AUTHORITY:Section 1.1202-2 is also issued under 26 U.S.C. 1202(k).

AUTHORITY:Section 1.1221-2 also issued under 26 U.S.C. 1221(b)(2)(A)(iii), (b)(2)(B), and (b)(3); 1502 and 6001.

AUTHORITY:Section 1.1221-2T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1244(e)-1 also issued under 26 U.S.C. 1244(e).

AUTHORITY:Section 1.1254-1 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-2 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-3 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-4 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-5 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-6 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1271-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274A-1 also issued under 26 U.S.C. 1274A(e) and 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-6 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-7 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1286-1 also issued under 26 U.S.C. 1275(D) and 1286(f).

AUTHORITY:Section 1.1286-2 also issued under 26 U.S.C. 1286(f).

AUTHORITY:Section 1.1287-1 also issued under 26 U.S.C. 165 (j)(3).

AUTHORITY:Section 1.1291-1 also issued under 26 U.S.C. 1291.

AUTHORITY:Section 1.1291-9 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1291-10 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1293-1 also issued under 26 U.S.C. 1293.

AUTHORITY:Section 1.1294-1T also issued under 26 U.S.C. 1294.

AUTHORITY:Section 1.1295-1 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1295-3 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1296-1 also issued under 26 U.S.C. 1296(g) and 26 U.S.C. 1298(f).

AUTHORITY:Section 1.1296(e)-1 also issued under 26 U.S.C. 1296(e).

AUTHORITY:Section 1.1297-3T also issued under 26 U.S.C. 1297(b)(1).

AUTHORITY:Section 1.1301-1 also issued under 26 U.S.C. 1301(c).

AUTHORITY:Section 1.1361-1(j) (6), (10) and (11) also issued under 26 U.S.C. 1361(d)(2)(B)(iii).

AUTHORITY:Section 1.1361-1(l) also issued under 26 U.S.C. 1361(c)(5)(C).

AUTHORITY:Sections 1.1362-1, 1.1362-2, 1.1362-3, 1.1362-4, 1.1362-5, 1.1362-6, 1.1362-7, and 1.1363-1 also issued under 26 U.S.C. 1377.

AUTHORITY:Section 1.1363-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.1368-1(f) and (g) also issued under 26 U.S.C. 1377(c).

AUTHORITY:Section 1.1368-2(b) also issued under 26 U.S.C. 1368(c).

AUTHORITY:Section 1.1374-1 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-2 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-3 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-4 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-5 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-6 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-7 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-8 also issued under 26 U.S.C 337(d) and 1374(e).

AUTHORITY:Section 1.1374-8T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-9 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-10 also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-10T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1377-1 also issued under 26 U.S.C. 1377(a)(2) and (c).

AUTHORITY:Section 1.1394-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1396-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1397E-1 also issued under 26 U.S.C. 1397E(b) and (d).

AUTHORITY:Section 1.1402 (e)-5T also is issued under 26 U.S.C. 1402(e)(1) and (2).

AUTHORITY:Section 1.1441-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-3 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1441-4 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-5 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.1441-6 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-7 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1443-1 also issued under 26 U.S.C. 1443(a).

AUTHORITY:Section 1.1445-5 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1445-8 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1461-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1461-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1462-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1502-0 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-1 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-3 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-9 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-11 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-12 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-17 also issued under 26 U.S.C. 446 and 1502.

AUTHORITY:Section 1.1502-18 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-19 also issued under 26 U.S.C. 301, 1502, and  1503.

AUTHORITY:Section 1.1502-19T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-20 also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-20T also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-21 also issued under 26 U.S.C. 1502 and 6402(i).

AUTHORITY:Section 1.1502-21(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-26 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-28 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-30 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-32(a)(2), (b)(3)(iii)(C), (b)(3)(iii)(D), and (b)(4)(vi) also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-32 also issued under <u>26 U.S.C. 301</u>, <u>1502</u>, and <u>1503</u>.

AUTHORITY:Section 1.1502-32 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-32T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-33 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-33T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-34 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-35 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-35T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-43T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-47T also issued under <u>26 U.S.C. 1502</u>, <u>1503(c)</u> and <u>1504(c)</u>.

AUTHORITY:Section 1.1502-55 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-75 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-76 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-76T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-77 also issued under <u>26 U.S.C. 1502</u> and <u>6402(j)</u>.

AUTHORITY:Section 1.1502-77T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-78 also issued under <u>26 U.S.C. 1502</u>, <u>6402(j)</u>, and <u>6411(c)</u>.

AUTHORITY:Section 1.1502-79 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-80 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-81T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-91 also issued under <u>26 U.S.C. 382(m)</u> and <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-92 also issued under <u>26 U.S.C. 382(m)</u> and <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-93 also issued under <u>26 U.S.C. 382(m)</u> and <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-94 also issued under <u>26 U.S.C. 382(m)</u> and <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-95 also issued under <u>26 U.S.C. 382(m)</u> and <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-95T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2T also issued under 26 U.S.C. 1503(d).

AUTHORITY:Section 1.1504-4 also issued under 26 U.S.C. 1504(a)(5).

AUTHORITY:Section 1.1502-9A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-41A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77A also issued under 26 U.S.C. 1502 and  6402(j).

AUTHORITY:Section 1.1502-79A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503(d) also issued under 26 U.S.C. 953(d) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1561-2T also issued under 26 U.S.C. 1561.

AUTHORITY:Section 1.6011-4T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 1.6013-6 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.6015-1 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-2 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-3 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-4 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-5 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-6 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-7 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-8 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-9 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6031(a)-1 also issued under section 404 of the Tax Equity and Fiscal
Responsibility Act of 1982 (Public Law 97-248; 96 Stat. 324, 669) (TEFRA).

AUTHORITY:Sections 1.6035-1 through 1.6035-3 also issued under 26 U.S.C. 6035 (a), (d), and (e).

AUTHORITY:Section 1.6038-2 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038-3 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038A-1 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-2 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-3 also issued under 26 U.S.C. 6038A and 7701(l).

AUTHORITY:Section 1.6038A-4 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-5 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-6 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-7 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038B-1 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6038B-1T also issued under 26 U.S.C 6038B.

AUTHORITY:Section 1.6038B-2 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6041-1 also issued under 26 U.S.C. 6041(a).

AUTHORITY:Section 1.6041-2 also issued under 26 U.S.C. 6041(d).

AUTHORITY:Section 1.6041-3 also issued under 26 U.S.C. 62 and 6041(a).

AUTHORITY:Section 1.6042-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6043-4 also issued under 26 U.S.C. 6043(c).

AUTHORITY:Section 1.6045-1 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6081-6T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-7T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-8 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-9 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-10T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-11T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6302-1 also issued under 26 U.S.C. 6302(c) and (h).

AUTHORITY:Section 1.6302-2 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-3 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-4 also issued under 26 U.S.C. 6302(a), (c), and (h).

AUTHORITY:Section 1.6411-4 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 1.6662-6 also issued under 26 U.S.C. 6662.

AUTHORITY:Section 1.6695-1 also issued under 26 U.S.C. 6060(b) and 6695(b).

AUTHORITY:Section 1.6695-2 also issued under 26 U.S.C. 6695(g).

AUTHORITY:Section 1.6851-2 also issued under 26 U.S.C 6851(d).

AUTHORITY:Section 1.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-2 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-4 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7701(l)-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7701(l)-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7702-2 also issued under 26 U.S.C. 7702(k).

AUTHORITY:Section 1.7872-5T also issued under 26 U.S.C. 7872.

AUTHORITY:Section 1.7872-15 also issued under 26 U.S.C. 1275 and 7872.

AUTHORITY:Section 1.7874-1T also issued under 26 U.S.C. 7874(c)(6) and (g).

SOURCE:  T.D. 6500, 25 FR 11402, Nov. 26, 1960;  25 FR 14021, Dec. 21, 1960, unless otherwise noted.

C. F. R. T. **26, Ch. I, Subch. A, Pt. 1**, Refs & Annos, CFR T. **26, Ch. I, Subch. A, Pt. 1**, Refs & Annos

Current through May 3, 2007; 72 FR 25177

Copr. © 2007 Thomson/West

**END OF DOCUMENT**
**ATTACHMENT 1**