

RECEIVED

JUN 7 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**

*Plaintiffs*

**v.**

**Rita MariNa. Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Motion to Dismiss with Prejudice**
**and**
**Motion to Sanction JENNIFER D. AUCHTERLONIE**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion to Dismiss with Prejudice and Motion to Sanction JENNIFER D. AUCHTERLONIE ("Auchterlonie").

This court shall take mandatory judicial Notice of all public documents, CFRs and Cases.

Auchterlonie filed into the United States District Court ("USDC") a "DECLARATION OF JENNIFER D. AUCHTERLONIE" ("Declaration") on April 9th,

2007 under 28 U.S.C. § 1746 - Unsworn declarations under penalty of perjury at Docket 104 with attachments. The Hymes do stipulate that this Declaration is made by Auchterlonie and that she is bound under the penalties of perjury that it is true and correct even though it is unsworn.

The Hymes have demanded under the Discovery Rules of the Federal Rules of Civil Procedure, a 23C or some substantive proof that there was an Assessment made under the Laws of the United States ***under the will and authority of Congress*** starting with 26 U.S.C. § 7805 and substantive regulations.

On the Internal Revenue Service ("IRS") home page is a document that supports Auchterlonie's Declaration, but unfortunately it is a ***bald face lie***, i.e. extreme bad faith, i.e. ***fraud upon the Court***. This document is identified as Internal Revenue Bulletin 2007-14 ("IRB 2007-14"), being **Attachment 1**, it clearly states that, to wit:

> This revenue ruling emphasizes to taxpayers, promoters, and return preparers that, although an assessment is recorded on a summary record of assessment, **such as the Form 23C or its computer-generated equivalent, the Revenue Accounting Control System (RACS) Report 006, there is no legal requirement that a summary record of assessment be provided to a taxpayer before the Service may proceed with collection activity. Further, if a taxpayer requests proof that an assessment was made, the Service is not required to provide any particular form or information in any particular format to the taxpayer so long as the Service provides the information required by Treasury Regulation § 301.6203-1 to the taxpayer. Any position to the contrary has no merit and is frivolous. [Emphasis added]**

IRB 2007-14 continues on under the "LAW AND ANALYSIS" "Section 6203 states that an assessment of tax (including interest, additions to tax, and assessable penalties) "shall be made by recording the liability of the taxpayer in the office of the Secretary in ***accordance with rules or regulations prescribed by the Secretary***." The section also states that, when requested by a taxpayer, "the Secretary shall furnish the

taxpayer a copy of the record of assessment.""

In the IRB 2007-14 it relies also upon two decisions of courts of appeal (not "Circuit Courts of the United States arising under Article III") being *Roberts v. Commissioner*, 329 F.3d 1224, 1228 (11th Cir.) and *March v. Internal Revenue Service*, 335 F.3d 1186, 1188 (10th Cir.). In *March ibid at 1187-1188* the dictum is that "[t]he assessment shall be made by an assessment officer signing the summary record assessment. 26 CFR § 301.6203-1 (2002) and *ibid at 1188-89* ". . . RACS Report 006 satisfies the signature and certification requirements of 26 CFR § 301.6203-1." *Roberts ibid* is of the same ilk concerning 26 CFR § 301.6203-1. Both *March* and *Roberts* support that under 26 CFR § 301.6201-1 the RACS and Form 4340 are "presumptive evidence."

This is a direct violation of the ***will and authority of Congress*** of 26 U.S.C. § 6203 of "shall be made by recording the liability of the taxpayer in the office of the Secretary in ***accordance with rules or regulations prescribed by the Secretary***." In the "***Statutory Authority of Congress in 26 U.S.C. § 7805 for Regulations for IRS***"*et seq.*, *infra.*, and in the holdings in *Chrysler v. Brown*, 441 U.S. 281, 282, 283 (1979), *infra.*, ***only substantive regulations have the force and effect of law*** and that Section 301 is a "housekeeping statute ", i.e. under 26 CFR § 601.702(a)(1)(ii) - part 301 is strictly for "Procedure and Administration Regulations" and ***does not have*** the "force and effect of law" and also lacks the mandatory "comment" period for all substantive regulations.

26 CFR § 301.6203-1 (2002) is merely an internal administrative procedure and 26 CFR § 301.6203-1 (2002). It ***is not even issued*** under the will and statutory authority of Congress as a "Procedural and Administrative Regulations" and this is shown as

conclusive and legal evidence in the public record of for 301 type of regulations in the table C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, being **Attachment 2**.

And further, "***Statutory Authority of Congress in 26 U.S.C. § 7805 for Regulations for IRS***"*et seq.*, *infra.*, clearly the public record establishes as legal and conclusive evidence that under the will and authority of Congress the only substantive regulation under 26 U.S.C. § 6203 is absolutely only in the Title 27 CFRs for Alcohol, Tobacco and Firearms ("ATF") in 26 CFR § 70.72 - Method of assessment, being **Attachment 3**. The Hymes are absolutely not involved in any ATF issue, nor has this been alleged by Auchterlonie.

As 26 CFR § 301.6201-1 (2002) is not a ***substantive regulation with the "force and effect of law***" and is only a mere 301 regulation that even isn't issued under and will and statutory authority for even a "Procedural and Administrative Regulation" flows; and, the only ***substantive regulation under the will and authority of 26 U.S.C. § 6203 is 27 CFR 70.72*** *flows a fortiori* the Assessment documents claimed and presented to the Hymes by Auchterlonie ***are not under the will and authority of Congress, i.e. a total fraud, i.e. a lie!***

**Statutory Authority of Congress in 26 U.S.C. § 7805 for Regulations for IRS**

Under the statutory authority of Congress in 27 U.S.C. § 7805 is mandate to prescribe all needful rules and regulations in relation to the internal revenue, to wit:

> **Authorization.**--Except where such authority is expressly given by this title to any person other than an officer or employee of the Treasury Department, the Secretary shall prescribe all needful rules and regulations for the enforcement of this title, including all rules and regulations as may be necessary by reason of any alteration of law in relation to internal revenue.

In prescribing the rules and regulations for the administration of the internal revenue, the regulations must effectuate the will of Congress as expressed by statute.

The pronouncement by the Supreme Court of the United States in the adjudged decision of *Dixon v. United States*, 381 U.S. 68, 74 (1965) is that a regulation can not alter a statute and the statute must carry into the effect the will of congress expressed by the statute and if it does not do this, it is a mere nullity, to wit:

> Indeed, long before the tax year here in question this Court had made it clear that 'The power of an administrative officer or board to administer a federal statute and to prescribe **rules and regulations to that end is not the power to make law * * * but the power to adopt regulations to carry into effect the will of Congress as expressed by the statute. A regulation which does not do this, but operates to create a rule out of harmony with the statute, is a mere nullity.'** Manhattan General Equipment Co. v. Commissioner of Internal Revenue, supra, 297 U.S. at 134, [FN7] 56 S.Ct. at 400.
> * * *
> 'The statute defines the rights of the taxpayer and fixes a standard by which such rights are to be measured. The regulation constitutes only a step in the administrative process. It does not, and could not, *75 alter the statute. **[Emphasis added]**

See also *Lynch v. Tilden Produce Co.*, 265 U.S. 315, 320-322; *Manhattan General Equipment Co. v. C.I.R.*, 297 U.S. 129, 134 (1936); *Guardians Ass'n v. Civil Service Com'n of City of New York*, 463 U.S. 582, 616 (1983); *Ernst & Ernst*, 425 U.S. 185, 213 (1976); *U.S. v. Larionoff*, 431 U.S. 864, 873 (1977); *Legal Environmental Assistance Foundation, Inc. v. U.S. Environmental Protection Agency*, 118 F.3d 1467, 1473 (11 Cir. 1997).

In the adjudged decision of the *In re Managed Care Litigation*, 135 F.Supp.2d 1253, 1271 (11th Cir. 2001) *citing Dixon, supra. Ibid at 1271* and in *Managed Care at 1271, Stewart v. Berstein*, 769 F.2d 1088, 1093 (5th Cir. 1985; "[T]he federal regulations can not themselves create a cause of action; this is a job for the legislature"; "[N]o implied private right of action can be found from regulations standing alone" citing *Sandoval v.*

*Hagan*, 7 F.Supp.2d 1234, 1256 n.20 (N.D.Ala. 1998).

It seems quite clear that the statutory authority to promulgate regulations is posited in 26 U.S.C. § 7805 for the IRS; and, that the regulations must put into effect the will of Congress or the regulation is a nullity.

**Court is to Assure that 26 U.S.C. § 7805 IRS Regulations Fall Within Congressional Mandate**

The Court does not sit as a committee to perfect the administration of tax laws and the Court is only to assure that the Commission's regulation fall within his authority to implement the Congress's mandate; and, this is found in the adjudged decision of the Supreme Court in *United States v. Correll*, 389 U.S. 299, 306-307 (1967), to wit:

> **But we do not sit as a committee of revision to *307 perfect the administration of the tax laws.** Congress has **450 delegated to the Commissioner, not to the courts, the task of prescribing 'all needful rules and regulations for the enforcement' of the Internal Revenue Code. 26 U.S.C. s 7805(a). In this area of limitless factual variations **'it is the province of Congress and the Commissioner, not the courts, to make the appropriate adjustments.'** Commissioner v. Stidger, 386 U.S. 287, 296, 87 S.Ct. 1065, 1071, 18 L.Ed.2d 53. **The rule of the judiciary in cases of this sort begins and ends with assuring that the Commissioner's regulations fall within his authority to implement the congressional mandate in some reasonable manner. [Emphasis added]**

See *U.S. v. Carwright*, 411 U.S. 546, 550 (1973); *Bingler v. Johnson*, 394 U.S. 741, 749-751 (1969); *Bob Jones Univ. v. U.S. Goldsboro Christian Schools, Inc.*, 461 U.S. 574, 596 (1983).

In the adjudged decision of *United States v. Cleveland Indians Baseball Co.*, 532 U.S. 200 (2001) it was ***held***, to wit:

> The **Court does not **1436 sit as a committee of revision to perfect the administration of the tax laws.** *United States v. Correll,* 389 U.S. 299, 306-307, 88 S.Ct. 445, 19 L.Ed.2d 537. **Instead, it defers to the Commissioner's regulations as long as they implement the congressional mandate in a reasonable manner.** *Id.,* at 307, 88 S.Ct. 445. **[Emphasis added]**

In the adjudged decision of the Supreme Court of the United States in *C.I.R. v. Portland Cement Co. of Utah*, 450 U.S. 156, 157 (1981) it was ***held*** "This Court customarily defers to Treasury Regulations that "implement the congressional mandate in some reasonable manner." *United States v. Correll*, 389 U.S. 299, 307, 88 S.Ct. 445, 450 (1967). See also *C.I.R. ibid at 169.*

In the adjudged decision of the Supreme Court of the United States in *National Muffler Dealers Assoc. Inc. v. United States*, 440 U.S. 472, 477-78 (1979) citing *Correll, supra.* and the Court also pronounced *at 477*, to wit:

> We do this because **"Congress has delegated to the [Secretary of the Treasury and his delegate, the] Commissioner [of Internal Revenue], not to the courts, the task of prescribing 'all needful rules and regulations for the enforcement' of the Internal Revenue Code. 26 U.S.C. ß 7805(a)."** *United States v. Correll*, 389 U.S., at 307, 88 S.Ct. at 449. That delegation helps ensure that in "this area of limitless factual variations," ibid., like cases will be treated alike. It also helps guarantee that the rules will be written by **"masters of the subject,"** *United States v. Moore*, 95 U.S. 760, 763, 24 L.Ed. 588, 589 (1878), who will be responsible for putting the rules into effect. **[Emphasis added]**

It seems quite clear that the Court does not sit as a committee to perfect the administration of the tax laws; and, the IRS is to promulgate regulations under the statutory authority of Congress; and, the Courts exercise review over the IRS actions.

**The IRS is to Administer the Tax Laws with Regulations only in Title 26 of the CFRs**

The IRS has in the procedural regulation of 26 CFR § 601.101 stated that it will administer regulations only contained in Title 26 of the CFRs "The regulations relating to the taxes administered by the Service are contained in Title 26 of the Code of Federal Regulations."

Therefore, any regulations contained in Title 27 are irrelevant and only regulations contained in Title 26 of the CFRs have any bearing on the Internal Tax Laws of the United States.

**Statutory Authority and Mandate of Congress in 5 U.S.C. 552(a) to the IRS and other Agencies to Publish Substantive Regulations in the Federal Register and if not so Published, a person's Rights can't be Affected.**

Congress mandates agencies to publish in the Federal Register various information so the public has timely notice and the most important of the regulations are the substantive regulations in 5 U.S.C. § 552(a)(1)(D) and if not so published a person's rights can't be affected, to wit:

> (D) **substantive rules of general applicability adopted as authorized by law,** and statements of general policy or interpretations of general applicability formulated and adopted by the agency; and
> (E) each amendment, revision, or repeal of the foregoing.
>
> **Except to the extent that a person has actual and timely notice of the terms thereof, a person may not in any manner be required to resort to, or be adversely affected by, a matter required to be published in the Federal Register and not so published. [Emphasis added]**

**The IRS Agrees to abide by 5 U.S.C. § 552(a) and Identifies the Three Types of Regulations in the CFRs**

The IRS agrees to abide in 26 CFR § 601.702(a) with the mandate of Congress in 5 U.S.C. § 552(a)(1)(i)(A-E) in total and further states in § 552(a)(2)(ii) that if any matter which imposes an obligation is not so published, it shall not adversely change or affect a person's rights.

And further in 26 CFR § 601.702(a)(1)(ii) there are three types of regulations identified in the CFRs used by the IRS; (1) part 601.xxx (Statement of Procedural Rules; and, (2), part 301 (Procedure and Administration Regulation); and, (3) part 1 of this

chapter (Income Tax Regulations), in part 20 of this chapter (Estate Tax Regulations), and in part 31 of this chapter (Employment Tax Regulations), to wit:

> In addition, there are published in the Federal Register the rules set forth in this **part 601 (Statement of Procedural Rules)**, such as those in paragraph E of this section, relating to conference and practice requirements of the IRS;
>
> the regulations in **part 301** of this chapter **(Procedure and Administration Regulations)**;
>
> and the various **substantive regulations** under the Internal Revenue Code of 1986, such as **the regulations in part 1 of this chapter (Income Tax Regulations), in part 20 of this chapter (Estate Tax Regulations), and in part 31 of this chapter (Employment Tax Regulations). [Emphasis added]**

These three types of regulation are all mixed together in the CFRs and the identification of the three different types depend upon the 601.xxx, or 301.xxx, or 1.xxx. However there is only ***one type of regulation that has the force and effect of law***, and this is the ***substantive regulation.***

The Supreme Court of the United States, in a land mark decision in the adjudged decision of *Chrysler v. Brown*, 441 U.S. 281, 282, 283 (1979), has ***held*** that only the ***substantive regulations have the force and effect of law and they must have a comment period***, and that ***interpretative regulations*** (601.xx) and ***administrative regulations*** (301.xxx) do not have the force and effect of law as they ***both lack a comment period and statutory authority***, to wit:

> Held:
> (a) The Act addresses formal agency action as well as acts of individual Government employees, and there is nothing in its **1708 legislative history to show that Congress intended the phrase **"authorized by law"** to have a special, limited meaning different from the traditional understanding **that properly promulgated, substantive agency regulations have the "force and effect of law." In order for a regulation to have the "force and effect of law," it must be a "substantive" or "legislative-type" rule affecting individual rights and obligations (as do the regulations in the case at bar), and it must be the product of a congressional grant of legislative authority, promulgated in conformity with any procedural requirements imposed by Congress.** Pp. 1714- 1718.
>
> (c) . . . **Section 301 is a "housekeeping statute,"** authorizing rules of agency organization, procedure, or practice **as opposed to "substantive rules."** There is

> nothing in the legislative history to indicate that ß 301 is a substantive grant of legislative power to promulgate rules authorizing the release of trade secrets or confidential business information. **Thus, ß 301 does not authorize regulations** limiting the scope of the Trade Secrets Act. Pp. 1721-1723.
>
> * * *
>
> (d) There is also a procedural defect in the OFCCP disclosure regulations that precludes courts from affording them the force and effect of law, since they were promulgated as **"interpretative rules"** without complying with the APA's requirement that interested persons be given general notice of an agency's proposed rulemaking and an opportunity to comment before a "substantive rule" is promulgated. **An "interpretative regulation" cannot be the "authoriz[ation] by law"** required by the Trade Secrets Act. Pp. 1723- 1725.

See *Chrysler ibid at 291, 292, 295, 296, **301, 302**, 312-316* (1979). This is an extremely important land mark Case in dealing with the agencies of Congress, identifying their regulations and in particular the holding concerning the ***substantive regulations that have the force and effect of law and affect the rights of the people.***

## How are the Substantive Regulations Identified in the Code of Federal Regulations from the Other Types of Regulations

All of the ***substantive regulations*** promulgated under the statutory authority will have the word "***Authority***" at the bottom of the regulation, in the text of the regulation, or be listed in one of the three substantive regulation tables which are; (1) C.F.R. T. 26, Ch. I, Subch. A, Pt. 1; and, (2) C.F.R. T. 26, Ch. I, Subch. B, Pt. 20; and, (3) C.F.R. T. 26, Ch. I, Subch. C, Pt. 31; and for 301 type of regulation see table C.F.R. T. 26, Ch. I, Subch. F, Pt. 301; and all are under the general grant of 26 U.S.C. § 7805 ***and*** also with the specific statutory grant identified such as 26 U.S.C. § 6012. The word "Authority" will be contained only in parenthesis "( )" and not brackets "[ ]."

The CFRs of that require the Congress statutory "Authority" citations are contained in 1 CFR § 21.40, 1 CFR § 21.52 and 1 CFR § 22.2 (in text or in parenthesis).

There also is a Congressional mandate in 44 U.S.C. § 1505 to publish documents

that have ***general applicability and legal effect***. Every document that has a ***penalty*** has ***general applicability and legal effect***, i.e. must be published in the Federal Register, *ibid 1505 in (a)*.

It is important to note that the substantive regulations such as 1.861-2 for "Tax Based Income Relating to Foreign Income" is interpreted as follows. The "1." puts the substantive regulation in "part 1," being for "Individual Income Tax." The "x.861" is the source statute for this regulation, being 26 U.S.C. § 861. The "Authority" for this substantive regulation is 26 U.S.C. § 863(a), with of course the general authority of 26 U.S.C. § 7805. Any substantive regulation does not have to have, as in this case, the authority for 1.861-2 to be 26 U.S.C. 861. Substantive regulations can have several statutory authorities or just one specific substantive regulation plus the general grant of 26 U.S.C. § 7805.

**Non-Substantive Regulations Used by Agency are Void**

Agency actions using non-substantive regulations are void, and this is held in the adjudged decision of *State of Ohio DHS v. U.S. DHHS*, 862 F.2d 1228, 1237 (1988), to wit:

> In the case before us, the **agency's failure to comply with the rulemaking requirements of the Administrative Procedure Act is fatal** to the validity of the maintenance amount ceiling rule. As Judge Manos observed in *Standard Oil*, 453 F.Supp. at 243,
>
> **"agency action taken in disregard of statutory rulemaking procedures is void.** See e.g. ***Morton v. Ruiz*, 415 U.S. 199**, 94 S.Ct. 1055, 37 L.Ed.2d 270 (1974); *Consumers Union of United States, Inc. v. Sawhill*, 393 F.Supp. 639 (D.D.C.), aff'd per curiam, 523 F.2d 1404 (TECA 1975); *Joseph v. United States Civil Service Comm'n*, 18 U.S.App.D.C. 281, 294-95, 554 F.2d 1140, 1153-54 (1977); *Rodway v. United States Dept. of Agriculture*, 168 U.S.App.D.C. 387, 395, 514 F.2d 809, 817 (1975); *United States v. Finley Coal Co.*, 493 F.2d 285, 291 (6th Cir.1974). As the Temporary Emergency Court of Appeals stated in *California v. Simon*, 504 F.2d 430, 439 (TECA, 1974) **'substantial compliance with rulemaking requirements is essential to the validity of administrative rules.'** "
>
> See also *Pickus v. United States Bd. of Parole*, 507 F.2d 1107, 1114 (D.C.Cir.1974) **(rules not adopted in accordance with Administrative Procedure Act rulemaking requirements were invalid). [Emphasis added]**

**Individuals Who are Required to Make Returns of Income**

Contained in 26 U.S.C. § 6012, Congress identifies that a Return must be made under certain conditions. As the IRS must administer the income tax using ***substantive regulations***, a search of all substantive regulations in Title 26 of the CFRs of "1.6012-xx yields one substantive regulation, being 1.6012-1 under the statutory authority "**Authority: Sec. 1445 (98 Stat. 655; 26 U.S.C. 1445), sec. 6012'(68A Stat. 732; 26 U.S.C. 6012), and 7805 (68A Stat. 917; 26 U.S.C. 7805) of the Internal Revenue Code of 1954).**"

As 1.6012-1 is a substantive regulation that has the force and effect of law, contained in said substantive regulation we find the following, to wit:

> (a) Individual citizen or resident--(1) In general. Except as provided in subparagraph (2) of this paragraph, **an income tax return must be filed by every individual for each taxable year beginning before January 1, 1973**, during which he receives $600 or more of gross income, and for each taxable year beginning after December 31, 1972, during which he **receives $750 or more of gross income, if such individual is:**
>
> **(i) A citizen of the United States, whether residing at home or abroad,**
>
> **(ii) A resident of the United States even though not a citizen thereof, or**
>
> **(iii) An alien bona fide resident of Puerto Rico during the entire taxable year. [Emphasis added]**

Under the substantive regulation of 1.6012-1, a man/woman must be either a "***citizen of the United States***", or "a ***resident of the United States*** even though not a citizen thereof", or an "***alien*** bona fide resident of Puerto Rico."

This is in accord with 26 U.S.C. § 1 (Tax imposed) with the regulation of 26 CFR § 1.1-1 (a-c) Income tax on individuals. If this is a substantive regulation, it is only under 26 U.S.C. § 7805 as about a year ago, there were no substantive regulations at the bottom of this particular regulation, but now the IRS is posting all of the "part 1" substantive

regulations that are still in a separate table at the bottom of certain regulations. But regardless, it is in accord with the bona fide substantive regulation of 1.6012-1, being returns must be filed for only for a ***citizen of the United States***, ***resident of the United States*** or a ***nonresident alien.***

So the important question becomes: are the Hymes a "citizen of the United States" or a "resident of the United States" or an "alien." This is an ***ultimate fact*** (***essential fact***) that must be proved by the fact-finders, i.e. the petite jury composed of twelve of my peers in a Trial by Jury.

Rita MariNa Hymes is a *Naturalized* citizen of the United States of America, American citizen and was a Natural Born Native and citizen of the foreign state of Germany domiciled in the territorial boundaries of Alaska. ***Rita MariNa Hymes is not a "citizen of the United States."***

Donald Louis Hymes is a citizen of the United States of America, American citizen, Natural Born Native and citizen of the foreign state of Maryland domiciled in the territorial boundaries of Alaska. ***Donald Louis Hymes is not a "citizen of the United States"***

**Application to Discern the Congress's Will and Statutory Authority to Establish a Known Legal Duty upon the Hymes**

The Hymes have relied on the preceding Statutes, holdings and pronouncements of the various courts and the Supreme Court of the United States, the regulations of the CFRs being public records, that the IRS administers the tax laws by regulations only in the Title 26 CFRs and that only substantive regulations have the force and effect of law when

in compliance with *Chrysler's holdings* of having a comment period and the Administrative Procedures Act.

To provide conclusive and legal evidence of the legal duty established by the statutory authority and will of Congress using the IRS for the collection and enforcement of the Internal Revenue Laws of the United States and the substantive regulations in the CFRs that have the force and effect of law there are several attachments that must be included of which the Court shall take mandatory judicial Notice. In 26 CFR § 601.702(a)(1)(ii) under Congress statutory authority and will of Congress expressed by statute in 5 U.S.C. §§ 301, 552 and 39 U.S.C. 3220 for the IRS to promulgate ***substantive regulations*** - "and the various ***substantive regulations*** under the Internal Revenue Code of 1986, such as ***the regulations in part 1 of this chapter (Income Tax Regulations), in part 20 of this chapter (Estate Tax Regulations), and in part 31 of this chapter (Employment Tax Regulations)." [Emphasis added]*** All of the substantive regulations are also under the statutory authority and will of Congress in 26 U.S.C. § 7805 as "7805" is contained in each substantive regulation table of part1, part 20 and part 31.

And further, *ibid* 26 CFR § 601.702(a)(2)(ii) under Congress statutory authority and will of Congress is expressed by statute in 5 U.S.C. §§ 301, 552 and 39 U.S.C. 3220, to wit:

> **(ii) Effect of failure to publish.** Except to the extent that a person has actual and timely notice of the terms of any matter referred to in paragraph (a)(1) of this section which is required to be published in the Federal Register, such person is not required in any manner to resort to, or be adversely affected by, such matter if it is not so published or is not incorporated by reference therein pursuant to paragraph (a)(2)(i) of this section. Thus, for example, any such matter which imposes an obligation and which is not so published or incorporated by reference shall not adversely change or affect a person's rights.

The substantive regulations in "part 1 of the chapter (Income Tax Regulations)" (hereafter "part 1 Income Tax Regulations") are published in the CFRs in C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, being **Attachment 4**; and the substantive regulations in "part 20 of the chapter (Estate Tax Regulations)" (hereafter "part 20 Estate Tax Regulations") are published in the CFRs in C.F.R. T. 26, Ch. I, Subch. B, Pt. 20, being **Attachment 5**; and the substantive regulations in "part 31 of this chapter (Employment Tax Regulations) (hereafter "part 31 Employment Tax Regulations"), being **Attachment 6**; and, though not substantive regulations, as they lack a comment period as mandated the Administrative Procedures Act and the holdings in *Chrysler*, but this "301" table (hereafter "301 Procedural and Administrative Regulations") does show the statutory authority and will of Congress which included 26 U.S.C. § 7805 for the procedural and administrative regulations by the IRS published in CFRs in C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, being **Attachment 2**.

Also included is the table published in the 26 CFR § 602.101, being **Attachment 7**, to establish the will of Congress under the statutory authority of 26 U.S.C. § 7805 what Forms under the authority of the Office of Management and Budget ("OMB") and the Paper Work Reduction Act of 1980 ("PRA") of Congress are authorized for use by the IRS.

**1. The 861 Argument**

The "861 argument" is also inextricably intertwined with this instant Case of the Hymes.

In relation to the "861 argument" in this instant Case of 26 U.S.C. § 861 - Sources

of Gross Income, the Hymes have searched all of the Authority "credit fields" of the CFRs

and all of the substantive regulations tables. This search has lead to the following results.

The source of income under 26 U.S.C. § 861, Income from sources within the

United States, there are fourteen (14) substantive regulations and five (5) OMB numbers

used, being exclusively either with "foreign income" or with a "foreign corporation" and

/or by U.S. Nonresident Aliens, to wit:

1. 1.861-2 - Interest (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income).
   a. OMB - 1545-0089 - U.S. Nonresident Alien Income Tax Return - Form 1040NR.

2. 1.861-3 - Dividends (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income).
   a. OMB - 1545-0089 - U.S. Nonresident Alien Income Tax Return - Form 1040NR.

3. 1.861-8 - Taxable Income from Sources within the United States and from other sources and activities (Authority - 26 U.S.C. § 882(c) - Tax on income of Foreign Corporations connected with United States Business).
   a. OMB - 1545-0126 - U.S. Income Tax of a Foreign Corporation - Form 1120F.
   b. OMB - 1545-1224 - (1.8661-8(e)(6) & (g)) - No Form Listed by IRS.

4. 1.861-8T - Computation of taxable income from sources within the United States and from other sources and activities (temporary) - (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).
   a. No OMB number listed.

5. 1.861-9 - Taxable Income from Sources within the United States and from other sources and activities (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating

to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a.    No OMB number listed.

6.    1.861-9T - Taxable Income from Sources within the United States and from other sources and activities (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a.    OMB - 1545-0121 - Foreign Tax Credit - Form 1116.

    b.    OMB - 1545-1072 - No Form Available.

7.    1.861-10(e) - Special allocations of interest expense (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a.    No OMB number listed.

8.    1.861-10T - Special allocations of interest expense (temporary regulations) (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

9.    1.861-11 - Special rules for allocating and apportioning interest expense of an affiliated group of corporations (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a.    No OMB number listed.

10.    1.861-11T - Special rules for allocating and apportioning interest expense of an affiliated group of corporations (Temporary regulations) - (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26

U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

a. No OMB number listed.

11. 1.861-12T - Characterization rules and adjustments for certain assets (temporary regulations) - (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a. No OMB number listed.

12. 1.861-13T - Transition rules for interest expenses (temporary regulations) - (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a. No OMB number listed.

13. 1.861-14 - Special rules for allocating and apportioning certain expenses (other than interest expense) of an affiliated group of corporations (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a. No OMB number listed.

14. 1.861-14T - Special rules for allocating and apportioning certain expenses (other than interest expense) of an affiliated group of corporations (temporary) (Authority - 26 U.S.C. § 863(a) - Tax Based Income Relating to Foreign Income; and, 26 U.S.C. § 864(e) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 865(i) - Source Rules and Other General Rules Relating to Foreign Income; and, 26 U.S.C. § 7701(f) - Definitions).

    a. No OMB number listed.

Absolutely none of substantive regulations under 1.861 are under the will and statutory authority of Congress and have no application to the Hymes.

2. The statutory authority and will of Congress for 26 U.S.C. § 6201 - Assessment authority - are the following two (2) substantive regulations and one 301 regulation with no statutory authority in the 301 Procedural and Administrative Regulations in C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, to wit:

1. 27 CFR § 24.60 - General (Authority - August 16, 1954, Ch. 736, 68A Stat. 767, as amended 26 U.S.C. § 6201).

2. 27 CFR § 70.71 - Assessment authority (Authority - 26 U.S.C. 6201).

3. 26 CFR 301.6201-1 - Assessment authority. No statutory authority and not a substantive regulation.

In 26 U.S.C. § 6203, Method of Assessment, there is one substantive regulation creating an obligation in the Title 27 (ATF), to wit:

1. 27 CFR § 70.72 - Method of assessment.

A Michael Walsh ("Walsh") did file "Notices of Federal Tax Lien" ("NFTL") **Attachment 8** against the Hymes under the statutory authority on the NFTL of 26 U.S.C. §§§ 6321, 6322 and 6323.

Starting with the code sections listed on the front page of the Notice of Federal Tax Lien the following codes sections are 26 U.S.C. § 6321, 26 U.S.C. § 6322 and 26 U.S.C. § 6323.

There is only one substantive regulation for § 6321, which is under 27 CFR § 70.207 - Lien for taxes.

For § 6322 there is no substantive regulation whatsoever.

For § 6323 there are eleven (11) substantive regulations that are found in Title 27

CFRs and one Title 26 procedural regulation, to wit:

1. 27 CFR § 70.143 - Definitions; and,

2. 27 CFR § 70.144 - Special rules; and,

3. 27 CFR § 70.145 - Purchasers, holders of security interests, mechanic's lienors, and judgment lien creditors; and,

4. 27 CFR § 70.146 - 45-day period for making disbursements, and,

5. 27 CFR § 70.147 - Priority of interest and expenses; and,

6. 27 CFR § 70.148 - Place for filing notice; form; and,

7. 27 CFR § 70.149 - Refiling of notice of tax lien; and,

8. 27 CFR § 70.231 - Protection for certain interests even though notice filed; and,

9. 27 CFR § 70.232 - Protection for commercial transactions financing agreements; and,

10. 27 CFR § 70.233 - Protection for real property construction or improvement financing agreements; and,

11. 27 CFR § 70.234 - Protection for obligatory disbursement agreements; and,

12. Treas. Reg. T. 26, Ch I, Subch. F, Pt. 301, being § 301.6323(f)-(1)(c) - Authority of 26 U.S.C. § 6323(f)(3) (Form and Content of Notice), this being a "Procedural and Administrative Regulation" only that does not define the taxable activity nor the source of the income and has no force and effect of law.

***Therefore*** as 26 CFR § 301.6201-1 (2002) is not a ***substantive regulation with the "force and effect of law"*** and is only a mere 301 regulation that even isn't issued under and will and statutory authority for even a "Procedural and Administrative Regulation"; and, as the only ***substantive regulation under the will***

***and authority of Congress for 26 U.S.C. § 6203 is 27 CFR 70.72 (ATF);*** and, as the only ***substantive regulations under the will and authority of Congress for 26 U.S.C. § 861 is for foreign income, foreign corporations and/or U.S. non-resident aliens***; and, as the only ***substantive regulation under the will and authority of Congress for 26 U.S.C. § 6201 is in Title 27 CFRs (ATF) and one 301 type regulation that has no force and effect of law and no statutory authority as evidence by table*** C.F.R. T. 26, Ch. I, Subch. F, Pt. 301 *flows a fortiori* the Assessment documents claimed and presented to the Hymes by Auchterlonie ***are not under the will and authority of Congress, i.e. a total fraud, i.e. a lie, i.e. create no obligation or legal duty upon the Hymes!***

**United States District Court Does not Have Cognizance of the Class of Case Arising Under Article III in Law and Equity exercising the judicial Power of the United States under the Authority of the United States**

Arising under the adjudged decision of *Hayburn's Case*, 2 U.S. 408 (1792) it was held that neither the legislative nor the executive branches, can constitutionally assign to the judicial any duties, but such as are properly judicial, and to be performed in a judicial manner. And it was further held that no executive Officer or the Congress (legislature) is authorized to sit as a court of errors on judicial acts or opinions of the Court and that the judicial Power of the United States is distinct from, and independent of, Congress or the Executive branch. In the *Hayburn's Case, supra.,* Congress asked the Judges of the Courts of the United States to act as Commissioners to a "law of Congress" (not a "Law of the United States" in Article VI) at 1 Stat 325 known as the Widows and Orphans Act, where the Secretary of War was able to withhold funds for a ***federal benefit after*** the

determination by the judges of the Courts of the United States in the affirmative, i.e., in effect acting as a Court of Errors ***after*** a determination in the Article III Court. Therefore the determination by the judges of the Courts of the United States ***under the judicial Power of the United States was not final***, and could be changed by the executive Officer, being the Secretary of War, and therefore said assignment by Congress was rejected as not within the judicial Power of the United States arising under Article III. See also *Alaska Dept. of Environmental Conservation v. Environmental Protection Agency*, 540 U.S. 461, 512-513 (2004) *in dissent* and *ibid at 512, to wit:*

> see also *Plaut v. Spendthrift Farm, Inc.*, 514 U.S. 211 (1995). The principle that judicial decisions cannot be reopened at the whim of the Executive or the Legislature is essential to preserving separation of powers and judicial independence. **Judges cannot, without sacrificing the autonomy of their office, put onto the scales of justice some predictive judgment about the probability that an administrator might reverse their rulings.**

This same type of situation arose again in 1851 in the adjudged decision of the Supreme Court of the United States in *United States v. Ferreira*, 54 U.S. 40 (1851), concerning the treaty with Spain regarding the Florida territory obtained by the United States. The Supreme Court of the United States held that judges acting in the capacity as assigned in the treaty would be commissioners and that although the practice had been done by some judges of the Article III, Section 1 and 2, courts of the United States in the past, it would then cease going forward. In *United States v. Ferreira*, 54 U.S. 40 (1851) *at 50* it was held that "[W]hen the decision was subject to the revision of the Secretary and of Congress, could not be executed by the court as a judicial power."

Congress cannot enlarge the original jurisdiction of Cases of the court, and this is pronounced in *United States v. Ferreira*, 54 U.S. 40 (1851) *at 53*, to wit:

> It has long been the established doctrine, and we believe now assented to by all who have examined the subject, that the original jurisdiction of this court is confined to the cases specified in the Constitution, and **that Congress cannot enlarge it.** ***[Emphasis added]***

It was further held in *United States v. Ferreira*, 54 U.S. 40 (1851) *at 49-52*, that in these types of situations, the United States could not make an appearance, as the commissioners were not clothed with true judicial Power arising under Article III as a judge would have, and the commissioners were only collecting evidence to which the Secretary of Treasury made the final determination. The Court of Claims was created several years later to deal with issues that were not directly under the judicial Power of the United States with judges as Officers of the United States arising under Article 2, section 2, clause 2.

In *United States v. Todd* (1794) there was no official reporter, but as this case was one of much interest concerning the nature and extent of judicial Power and it is found at the end of *United States v. Ferreira*, 54 U.S. 40, 52-53. This case upheld the continuing issue of the Widows and Orphans Act, 1 Stat 325, after most of it was repealed by Congress, with the same holdings that 1 Stat 325 was not within the judicial power within the meaning of the Constitution and was, therefore unconstitutional, and could not be lawfully exercised by the courts; and, that 1 Stat 325 attempted to confer authority on the Article III judges as commissioners and this was not a judicial function; and, that Congress cannot enlarge the judicial Power jurisdiction of the Court in the Constitution arising under Article III in all Cases in Law and Equity.

These same issues have been upheld in adjudged decisions of many decisions of the Supreme Court of the United States. The judicial Power arising under Article III, Section

1 and 2 under the authority of the United States exercising the judicial Power of the United States is held in *Muskrat v. United States*, 219 U.S. 346 (1902) at 356, to wit:

> . . . 'is the power of a court to decide and pronounce a judgment and carry it into effect between persons and parties who bring a case before it for decision.'

The separation of Powers problem is restated again in *Muskrat v. United States*, 219 U.S. 346 (1902) at 353, with the problem of the executive branch sitting as an appellate court, i.e., reviewing commission, against the judiciary, to wit:

> . . . first to the consideration and suspension of the Secretary at War, and then to the revision of the legislature; whereas by the Constitution, neither the Secretary at War, **nor any other executive officer, nor even the legislature, are authorized to sit as a court of errors** on the judicial acts or opinions of this court. ***[Emphasis added]***

In the adjudged decision of *Buckley v. Valeo*, 424 U.S. 1, 123 (1976) it was held again that ***no executive or administrative duties*** can be imposed on judges holding office under Article III, to wit:

> This Court has not hesitated to enforce the principle of separation of powers embodied in the Constitution when its application has proved necessary for the decisions of cases or controversies properly before it. ***The Court has held that executive or administrative duties of a nonjudicial nature may not be imposed on judges holding office under Art. III of the Constitution.*** *United States v. Ferreira,* 54 U.S. 40, 13 How. 40, 14 L.Ed. 42 (1852); *Hayburn's Case,* 2 U.S. 409, 2 Dall. 409, 1 L.Ed. 436 (1792) ***[Emphasis added]***

The Supreme Court has continued to hold that executive or administrative duties of a nonjudicial nature may not be imposed on judges holding office under Article III of the Constitution and forbids the Executive or Legislature to interfere with the courts' final judgments. See *Mistretta v. United States*, 488 U.S. 361, 385 (1989); *Plaut v. Spendthrift Farm, Inc.*, 514 U.S. 211, 217 *et. seq.* (1995); *Morrison v. Olson*, 487 U.S. 654, 677-78 (1988).

It is ineluctable and conclusive that the United States District Court does not have

nor can it secure cognizance of the class of Case regarding a "taxpayer status" determination under the Power granted by the Constitution for ***all Cases in Law and Equity*** arising under Article III exercising the judicial Power of the United States under the authority of the United States; therefore, the issue of determining a citizen's "taxpayer status" is ***outside the defined boundaries of the Constitution of the United States and not within the judicial Power of the United States.*** The determination of who is a "taxpayer", i.e. the status of whom is a "taxpayer" resides not within the judicial Power of the United States under the Authority of the United States, but is a determination expressly and unambiguously reserved for the IRS (purportedly exercising executive powers under the Executive Agency of the Dept. of Treasury, see 5 U.S.C. §§ 101, 105) under 26 CFR § 601.201(a) and is **forbidden** by 28 U.S.C. § 2201, to be heard in the current courts, to wit: "In a case of actual controversy within its jurisdiction, ***except with respect to Federal taxes*** other than actions brought under section 7428 of the Internal Revenue Code of 1986 [501(c)(3) types of entities]", and this is supported by the following decisions. See *Hughes v. United States of America*, 953 F.2d 531, 536-537 (9th Cir. 1992); *Handeland v. Commissioner of Internal Revenue*, 519 F.2d 327, 329 (9th Cir. 1975); *Carmichael v. United States of America*, 245 F.2d 676, 677 (5th Cir. 1957); *Miller v. United States of America*, 969 F.Supp. 524, 525 (S.D. Iowa 1996); *O'Connor v. United States*, 669 F.Supp. 317, 321(D.Nev 1987); *Wahpeton Professional Services, P.C. v. Kniskern*, 275 F.Supp 806, 808, 809 (D.C.N.D. 1967).

In the adjudged decision of *Postum Cereal Co., Inc. v. California Fig Nut Co.*, 272 U.S. 693, (1927) it was pronounced as well settled that ***no administrative functions***

may be vested in any of the Article III courts in the several States, ***directly or by appeal***, and that there must be real cases with real parties, to wit:

> The distinction between the jurisdiction of this court which is confined to the hearing and decision of cases in the **constitutional sense and that of administrative action and decision, power for which may be conferred upon courts of the District is shown in the case of** *Keller v. Potomac Electric Company*, 261 U. S. 428, 440, 442-43. There it is pointed out that, while Congress in its constitutional exercise of **exclusive legislation over the District may clothe the courts of the District, not only with the jurisdiction and powers of the federal courts in the several states, but also with such authority as a state might confer on her courts** (Prentis v. Atlantic Coast Line Company, 211 U. S. 210, 225-26), and so may vest courts of the District with administrative or legislative functions which are not properly judicial, **it may not do so with this court, or any federal court established under article 3 of the Constitution.** Of the jurisdiction of this court, we said, at page 444 of 261 U. S.:
> **'Such legislative or administrative jurisdiction, it is well settled, cannot be conferred on this court either directly or by appeal.** The latest and fullest authority upon this point is to be found in the opinion of Mr. Justice Day, speaking for the court in **Muskrat v. United States,** 219 U. S. 346. **The principle there recognized and enforced on reason and authority is that the jurisdiction of this court and of the inferior courts of the United States ordained and established by Congress under and by virtue of the third article of the Constitution is limited to cases and controversies in such form that the judicial power is capable of acting on them, and does not extend to an issue of constitutional law framed by Congress for *701 the purpose of invoking the advice of this court without real parties or a real case, or to administrative or legislative issues or controversies.'**

See also *Keller v. Potomac Electric Power Co., Inc.*, 261 U.S. 428, 442-444 (1923).

Each Private Letter Ruling ("PLR") issued by the IRS is binding on the IRS for a specific transaction unless the material facts were misrepresented. See *In re Hillbourgh Holding Corp, et al. v. U.S.*, 179 B.R. 728 (1995); 26 CFR § 601.201(l)&(2); 26 CFR 601.105(b)(5). Thus, the IRS can at any time make a "taxpayer" status determination or change it with the total exclusion of any of the Courts of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States. See *Dickman v. C.I.R.*, 465 U.S. 330, 343 (1984), rehearing denied. This is a permanent estopel to all Courts of the United

States in all Cases in Law and Equity arising under Article III exercising the judicial Power of the United States under the Authority of the United States from determining issues of who is a "taxpayer," crimes involving a "taxpayer", who is not a "taxpayer," or even proceeding with the assumption that the "taxpayer" has verification of such a PLR, which can be changed at will by the District Director even after the PLR ruling has been issued.

***Therefore under 26 CFR § 601.201***, the District Director of the National Office of the Internal Revenue Service acts ***as a court of errors*** on any actions concerning a "taxpayer" in the United States District Court.

To have a ***legal duty*** established by a definite and knowable law requires that there be ***two parties***. One of these two parties must be a "taxpayer", if there are in fact any taxes owed or if the Hymes are to be subjected to any penalty under the Individual Income Tax Laws of the United States in all circumstances.

The accepted definition of "legal duty" by the following courts from Wharton is, to wit:

> A **legal duty** is that which the **law requires to be done** or forborne **to a determinate** person, or to the public at large, and is **correlative** to a **right vested** in such **determinate** person, or the public at large" Wharton on Neg. § 24. ***[Emphasis added]***

See also *Pennsylvania Co. v. Frana*, 13 Ill.App. 91, 97 (App. Ct. Ill 1883); *Randlette v. Judkins*, 52 Am.Rep. 747, 748 (Sup. Ct. Maine 1885); *Emry v. Roanoke Nav. & Water Pwr. Co.*, 16 S.E. 18, 18 (Sup. Ct. N.C. 1892); *Goodlander Mill Co. V. Standard Oil Co.*, 63 F. 400 (7th Cir. 1894); *Western Maryland R.Co. v. Kehoe*, 35 A. 90, 94 (Ct of App. Maryland 1896); *Smith v. Clarke Hardware Co.*, 28 S.E. 73, 74 (Sup. Ct

Georgia 1897); *Cleveland, C., & St. L. Ry. Co. v. Ballentine*, 84 F. 935, 937 (7th Cir. 1898); *Standard Oil Co. v. Murray*, 119 F. 572, 575 (7th Cir. 1902); *Kershaw Motor Co. v. Southern Ry. Co.*, 134 S.E. 377, 379 (Sup. Ct. S.C. 1926); *Toadvine v. Cincinnati, N.O. & T.P. Ry. Co.*, 20 F.Supp. 226, 227 (D.C. E.D. Kentucky 1937); *Dabbs. V. Tennessee Valley Authority*, 250 S.W.2d 67, 69-70 (Sup. Ct. Tenn. 1952); *People v. McGreal*, 278 N.E.2d 504, 510 (App. Ct. Ill. 1972); *Thompson v. Occidental Life Ins. Co. of California*, 567 P.2d 62, 69-70 (Ct. of App. N.M. 1977); *Posteher v. Pana Community Unit School Dist. No. 8*, 421 N.E.2d 1049, 1052 (App. Ct. Ill. 1981); *AFG Industries, Inc. v. Holston Elec. Co-op*, 556 F.Supp 33, 34 (D.C. E.D. Tenn. 1982); *Green v. Investors Home Mortg. Corp.*, 13 Va. Cir. 181, 185 (Cir. Ct. Virginia 1988); *State v. Scott*, 781 S.W.2d 64, 67 (Sup. Ct. Missouri 1990); *Dooley v. Everett*, 805 S.W.2d 380, 384 (Ct. of App. Tenn. 1991); *Odette's, Inc. v. Com., Dept. of Conservation and Natural Resources, Bureau of State Parks*, 699 A.2d 775, 780 (Comm. Ct. Penn. 1997).

***Correlative*** - Blacks 6th - "Having a mutual or reciprocal relation, in such sense that the existence of one necessarily implies the existence of the other. *Fath*er and *son* are correlative terms, as are *claim* and *duty*."

***Determinate*** - Blacks 6th - "That which is ascertained; what is particularly designated.

***Ascertain*** - Blacks 6th - To fix; to render certain or definite; to estimate and determine; to clear of doubt or obscurity. To insure as a certainty. To find out by investigation. *U.S. Çarver*, 260 U.S. 482, 489 (1923). Sometimes it means to "assess'"

or to "hear, try and determine."

As held in *Emry v. Roanoke Nav. & Water Pwr. Co.*, 16 S.E. 18, 18 (Sup. Ct. N.C. 1892), to wit:

> "The duty itself arises out of various relationships of life, and varies in obligation under different circumstances. In one case the duty is high and imperative; in another it is of imperfect obligation. Thus it may be dependent on a mere license to enter upon land, or the bare obligation to avoid inflicting a willful injury upon a trespasser; while, upon the other hand, it may be a duty to care for the safety of a specially invited guest or of a passenger for hire." 16 Amer. & Eng. Enc. Law. 412, and the numerous cases cited.

As pronounced in *Western Maryland R.Co. v. Kehoe*, 35 A. 90, 94 (Ct of App. Maryland 1896), to wit:

> This breach can consist either in the failure to do that which ought to be done, or in doing that which ought not be done. Heaven v. Pender, 11 Q. B. Div. 506. But the duty on the one side is only the correlative of the right on the other side, and hence the duty to act or to refrain from acting cannot be extended beyond the right to have the act done or refrained from. Beyond the limits or scope, therefore, of a particular right, as that right is defined, there is no corresponding legal duty due; and, if there be no duty due, there can be no breach, and consequently no negligence. Kahl v. Love, 37 N. J. Law, 5.

As pronounced in *Thompson v. Occidental Life Ins. Co. of California*, 567 P.2d 62, 69-70 (Ct. of App. N.M. 1977), to wit:

> A "legal duty" is defined in 28 C.J.S. "Duty" at 597 (1941) as follows:
> *628 **70 The **term implies the existence of some relation of duty, public or private, special or general, either by contract or as an implication of public policy**; and has been defined as an **obligation arising from contract of the parties** or the **operation of law**; that which the law requires to be done or forborne to a determinate person or to the public at large, and is correlative to a right vested in such determinate person or in the public.
> **It has also been said that a legal duty implies the existence of some legal relation.** Early v. Houser & Houser, 28 Ga.App. 24, 109 S.E. 914 (1921). **[Emphasis added]**

"Operation of law" - Blacks 6th - This term expresses the manner in which rights, and sometimes liabilities, devolve upon a person by the mere application to the particular transaction of the established rules of law, with the act or co-operation of the party

himself.

"Rule of law" - Blacks 6th - A legal principle, of general application, sanctioned by the recognition of authorities, and usually expressed in the form of a maxim or logical proposition. Called a "rule," because in doubtful or unforeseen cases it is a guide or norm for their decision. The rule of law, sometimes called "the supremacy of law", provides that decisions should be made by the application of known principles or laws without the intervention of discretion in their application.

In the adjudged decision of *Ruhrgas AG v. Marathon Oil Company*, 526 U.S. 574, 575 (1999) it was ***held*** that without personal jurisdiction the court is powerless to proceed to adjudication, to wit:

> (a) . . . Although the character of the two jurisdictional bedrocks unquestionably differs, the distinctions do not mean that subject-matter jurisdiction is ever and always the more "fundamental." Personal jurisdiction, too, is an essential element of district court jurisdiction, without which the court is powerless to proceed to an adjudication. *Employers Reinsurance Corp. v. Bryant,* 299 U.S. 374, 382.

*Ibid at 584,* Personal jurisdiction, on the other hand, "represents a restriction on judicial power . . . as a matter of individual liberty." *Insurance Corp. of Ireland v. Compagnie des Bauxites de Guinee*, 456 U.S. 694, 702 (1982).

*Ibid at 584 in Ruhrgas,* Personal jurisdiction, too, is "an essential element of the jurisdiction of a district . . . court, " without which the court is "powerless to proceed to an adjudication." *Employers Reinsurance Corp. v. Briant*, 299 U.S. 374, 382 (1937).

*Ibid at 583 in Ruhrgas,* "According, subject-matter delineations must be policed by the courts on their own initiative even at the highest level. See *Steel Co.* [*Citizens for a Better Environment*, 523 U.S. 83 (1998)] 523 U.S., at 94095 ("Whenever it appears . . .

that the court lacks jurisdiction of the subject matter, the court shall dismiss the actions.")"

*Ibid at 577 in Ruhrgas,* to wit:

> *Id.,* at 93. Recalling "a long and venerable line of our cases," *id.,* at 94, *Steel Co.* reiterated: **"The requirement that jurisdiction be established as a threshold matter ... is 'inflexible and without exception,' "** *id.,* at 94-95 (quoting *Mansfield, C. & L.M.R. Co. v. Swan,* 111 U.S. 379, 382 (1884)); for **"[j]urisdiction is power to declare the law," and " '[w]ithout jurisdiction the court cannot proceed at all in any cause,' "** 523 U.S., at 94, 118 S.Ct. 1003 (quoting *Ex parte McCardle,* 7 Wall. 506, 514 (1868)).

As the United States District Court ("USDC") is estopped from the subject-matter determination under 28 U.S.C. § 2201 "***with respect to Federal taxes***"; and, as the USDC is also estopped from personal jurisdiction of the Accused if no determination of "taxpayer" has been made; and, as any judgment in the USDC would be a predictive judgment about the probability that an administrator might reverse it's rulings acting as a "court of errors" under 26 CFR § 601.201 flows *a fortiori* that the USDC lacks cognizance of this Class of Case arising under Article III in all Cases in Law and Equity exercising the jurisdiction of the judicial Power of the United States under the Authority of the United States, i.e. this Indictment must be dismissed with prejudice.

**Officer of the United States**

A Michael Walsh ("Walsh") has filed Notices of Federal Tax Lien ("NFTL") under the will and statutory authority of 26 U.S.C. §§§ 6321, 6322 and 6323 as evidenced by **Attachment 8.** And further, Walsh is only a mere "employee of the Government of United States" as evidence by Walsh's Appointment Affidavit under his signature, being **Attachment 9.**

The existence of an "officer of the United States" or "inferior officer" arising under

Article II Section 2 Clause 2 is precluded unless an ***"office" is created either by Congress or the Constitution*** and this ***precludes*** all others including the President of the United States from creating an "office" for an "officer of the United States" or "inferior officer of the United States. In *Scully v. United States*, 193 F. 185, 187 (1910) the court clearly pronounced that arising under Article II Section 2 Clause whether an officer of the United States appointed by the President by and with the consent of Congress or if appointment is vested for "***all other officers***" in the President, in the Courts of Law or in the Heads of Departments that the "office" ***shall be established by Law or the Constitution*** supported by decisions of the Supreme Court of the United States and other courts, to wit:

> [S]econd, **inferior officers which shall be established by law, whose appointment Congress may vest in the President alone, in the courts of law, or in the heads of departments. When Congress creates an office, whether it be inferior or not, and omits to specify how the incumbent is to be appointed, it is one of that class designated in the Constitution as 'all other officers of the United States whose appointments are not herein otherwise provided for'; and in such cases the appointment must be made by the President by and with the advice and consent of the Senate**. 18 Op.Attys.Gen. 409.
>
> **There can be no offices of the United States, strictly speaking, except those which are created by the Constitution itself, or by an act of Congress**, and, **when Congress does so establish an inferior office,** it may authorize the President alone, or the courts of law, or the heads of departments to appoint the incumbent, but no appointee named by the head of a department can be considered an officer of the United States, unless the official making the appointment is authorized by law so to do. If an official has been appointed in any of the modes indicated in the paragraph of the federal Constitution above quoted, he is an officer of the United States. **If not so appointed, he may be an employee, a contractor, an agent or servant working for the government, and entitled to salary, fees, wages, or other compensation, but he is not, strictly speaking, one of its officers.** The Constitution in the use of the words **'all other officers'** indicates clearly that it has provided and defined the only methods by which its officers can be appointed; and, if an appointment is made in any other mode, the appointee is not an officer of the United States within the meaning of that instrument. 'It is clear,' says the court in the case of United States v. Schlierholz (D.C.) 137 Fed. 616, 618, 'that no one can be deemed an 'officer of the United States' unless appointed by the President by and with the advice and consent of the Senate, or appointed by the President alone, or a court of law, or the head of a department; and, if the latter, Congress must have vested that power in the person making it, by some statute, and **Congress must also have created the office, unless it is one created by the**

> **Constitution itself.'** These views will find abundant support in the following authorities: *United States v. Germaine*, 99 U.S. 509, 25 L.Ed. 482; *United States v. Mouat*, 124 U.S. 303, 8 Sup.Ct. 505, 31 L.Ed. 463; *United States v. Smith,* 124 U.S. 525, 8 Sup.Ct. 595, 31 L.Ed. 534; *Auffmordt v. Hed!den,* 137 U.S. 311, 326, 11 Sup.Ct. 103, 34 L.Ed. 674; *United States v. Van Leuven* (D.C.) 62 Fed. 62; *United States v. Cole* (C.C.) 130 Fed. 614, 617; *188United States v. Mullin (D.C.) 71 Fed. 682, 689; *Martin v. United States*, 168 Fed. 198, 201, 93 C.C.A. 484; *United States v. Schlierholz* (D.C.) 133 Fed. 333; *United States v. Schlierholz* (D.C.) 137 Fed. 616.

See *Martin v. U.S.*, 168 F.198, 203 (8th Cir. 1909); *Scully v. U.S.*, 193 F.185, 187 (Cir. Ct. D. Nev. 1910); *Burnap v. U.S.*, 252 U.S. 512, 517 (1920); *Myers v. U.S.*, 272 U.S. 52, 163 (1926); *Cain v. U.S.*, 73 F.Supp. 1019, 1020 (DC N.D. Ill. 1947).

Is an "***employee***" an "officer of the United States" or an "inferior officer of the United States? In *Buckley v. Valeo*, 424 U.S. 1 (1976) FN162 *at 126* pronounced that ""Officers of the United States" does not include all employees of the United States . . . Employees are lesser functionaries subordinate to officers of the United States," (cites omitted). To further provide conclusive and legal evidence that even the ex-commissioner of the IRS Charles O. Rossotti was only a mere employee, the Accused has attached a copy of the Form 61 under the signature Charles O. Rossotti that he was only an "employee of the Government of the United States", being **Attachment 10**.

In the "Reorganization Act of 1949" for "Government agencies" (preamble) Congress purported to grant to the President the authority to abolish "offices" and "establish" new offices. Congress has no such Powers arising under arising under Article II Sec. 2 Clause 2.

President Truman proceeded in violation of Article II Sec. 2 Clause under the Reorganization Plan No. 1 of 1952, being **Attachment 11**, to abolish offices that had been

created by Law that had "officers of the United States" appointed by and with the consent of Congress under Article II Sec. 2 Clause 2 codified in the 1940 Code in sections 3905, 3910, 3915, 3931, and 3990, being **Attachment 12**. Then President Truman in the Reorganization Plan No. 1 of 1952 established new offices in the Bureau of Internal Revenue, "**which shall be established by Law**" *ibid Article II Sec. 2 Clause 2*, i.e. being strictly for Congress and there is no authority to delegate creation of new "offices" to the President. In Reorganization Plan No. 1 of 1952 it clearly cites without regard to Section 505, i.e. "position." A "position" is a mere "employee." See *State v. Hawkins*, 257 P. 411 (Sup. Ct. Mont. 1927) *at 415 infra.* An Officer of the United States or inferior Officer of the United States is a public Officer and possesses some portion of the sovereign power of the government.

Under 26 U.S.C. § 7804 it clearly states that "as the Commissioner deems proper for the administration and enforcement of the internal revenue laws, and the Commissioner shall issue all necessary directions, instructions, orders, and rules applicable to such persons." There is no "office" created and no mention of an "inferior Officer", but the IRS personnel are mere employees. In the Indictment under Overt Acts No. 27, the words "IRS employee" is used with no reference of any IRS "inferior officers."

As there are no "officers of the United States" or "inferior Officers of the United States" with an "office" created by Law arising under Article II Sec. 2 Clause 2 within the IRS, the Indictment commands the Accused to do the impossible. (Count 3-8 #1) *Lex non cogit ad impossibilia.* This is another reason that the Indictment should be dismissed with prejudice.

In the adjudged decision of *State v. Hawkins*, 257 P. 411, 413-418 (Sup. Ct. Mont. 1927) is an exhaustive examination of the essential elements to be a "public Officer" of a civil nature in any of the several States and the requirements pertaining to the creation of an "Office" in any of the several States based upon the holdings of many decisions of numerous courts of the several States which are omitted for brevity, but are relied upon, and this holding is ibid at 418, to wit:

> After an exhaustive examination of the authorities, we hold that five elements are indispensable in any position of public employment, in order to make it **a public office of a civil nature**: (1) It **must be created by the Constitution or by the Legislature** or created by a municipality or other body through authority conferred by the Legislature; (2) it **must possess a delegation of a portion of the sovereign power of government**, to be exercised for the benefit of the public; (3) the **powers conferred, and the duties to be discharged, must be defined, directly or impliedly, by the Legislature or through legislative authority**; (4) the **duties must be performed independently and without control of a superior power, other than the law**, unless they be those of an inferior or subordinate office, created or authorized by the Legislature, and by it placed under the general control of a superior officer or body; (5) it **must have some permanency and continuity**, and not be only temporary or occasional. In addition, in this state, **an officer must take and file an official oath, hold a commission or other written authority, and give an official bond, if the latter be required by proper authority.** ***[Emphasis added]***

This Court may not presume the existence that any of the Defendants are in fact either judicial Officers of the several States or executive Officers of the several States, *ibid* at 414, " . . . we may not presume he is an officer; it must be shown. * * * It must appear in the record" (citations omitted).

Another extensively researched case on "public Officer" and the requirement of the creation of an "Office" is *State v. Cole*, 148 P. 551, 552 *et seq.* (Sup. Ct. Nev. 1915) which is based upon the holdings of many decisions of numerous courts of the several States which are omitted for brevity, but are relied upon, held *ibid* at 552 an Office can't spring into existence, but must be created, to wit:

> An office does not spring into existence spontaneously. It is brought into existence, either under the terms of the Constitution, by legislative enactment, or by some municipal body, pursuant to authority delegated to it. "All public offices must originally have been created by the sovereign as the foundation of government."

In the adjudged decision in *Hawkins*, *supra.* at 415 citing the holding of *State v. Spaulding*, 72 N.W. 288, 291 (Sup. Ct. Iowa 1897), the distinction of a "position", i.e. mere employee is explicated from an [public] officer, to wit:

> "A **position**, the **duties** of which *** * * can be changed at the will of the superior, * * *** is not an office, but a mere employment, and the incumbent is not an officer, but a **mere employee.**" ***[Emphasis added]***

And further, in the adjudged decision of *Hawkins*, *supra.*, at 417 explicating when a "position" is created not by force of law, but by a contract of employment, it isn't an "office", "When a position is created, not by force of law but by contract of employment, the employment does not rise to the dignity of an office."

A "public Officer" as distinguished from an "employee" must be invested by law with a portion of the state's sovereignty for the public benefit largely independent of the control of others and authorized to exercise functions either of executive, legislative, or judicial character. See *State Ex rel. Newman v. Skinner*, 191 N.E. 127, 128 (Sup. Ct. Ohio 1934); *City of Groves v. Ponder*, 303 S.W. 485, 488 (Tex. Civ. App. 1957); *State ex rel. Milburn v. Pethtel*, 90 N.E.2d 686, 689 (Sup. Ct. Ohio 1950); *Dunbar v. Brazoria County*, 224 S.W.2d 738, 740 (Tex. Civ. App. 1949); *Application of Barber*, 100 N.Y:.S.2d 668, 670 (Sup. Ct. Albany County, N.Y. 1951); *Francis v. Iowa*, 98 N.W.2d 733, 735, 736 (Sup. Ct. Iowa); *State ex rel. Dunn v. Ayers*, 113 P.2d 785, 787 (Sup. Ct. Mont. 1941).

Walsh as a mere "employee of the Government of the United States" and under 26 U.S.C. § 7804 exercises no executive Power of the United States and as a mere employee is bound by the will and statutory authority of Congress and the substantive regulations of Title 26 CFRs. The NFTL is in violations of the Laws of the United States and is Void.

***Therefore, as a matter of law Walsh being a mere employee of the Government of the United State and not an inferior Officer of the United States arising under Article 2 Sec. 2 Clause; and, as Walsh did not follow the will and statutory authority of Congress to which he is bound. By signing and causing to be recorded a NFTL in the Fairbanks Recording District flows a fortiori that Walsh did act unlawfully and illegally and that Auchterlonie did file this instant Case committing fraud upon the court and the Hymes.***

***And further, as a matter of law the USDC lacks cognizance of this Class of Case arising under Article III in Law and Equity exercising the judicial Power of the United States under the Authority of the United States as to both subject matter and personal jurisdiction; and, under the will and statutory authority of Congress in 26 CFR § 601.201 is posited the authority to determine who is a "taxpayer" acting as a "court of errors" which conclusively prohibits the USDC acting as an Article III court of the United States;*** and, ***as Congress has estopped all Courts of the United States from the determination of who is a "taxpayer" in 28 U.S.C. 2201; and, to have a legal duty, i.e. obligation requires two parties, one of which must be a "taxpayer" which is estopped by Congress in 28 U.S.C. § 2201*** *flows a fortiori* ***Auchterlonie has committed fraud upon the Court and submitted a false Declaration under the Penalties of Perjury***

***at Docket 104 with attachments.***

***Therefore***, the Hymes Motion this court as a matter of law to Dismiss this instant Case for the above issues of law and the will and statutory authority of Congress;

***And further***, the Hymes Motion this court to sanction Auchterlonie for submitting a false Declaration in this instant Case at Docket 104 and also for filing this Case in bad faith , not under the will and statutory authority of Congress;

***And further***, as Auchterlonie to date has provided no substantive documents mandated by the FRCP to the Hymes in an effort to knowingly and intentionally violate the fundamental rights of the Hymes denying them Due Process of Law in a true Article III Court of the United States Auchterlonie should be sanctioned at a minimum.

My Hand,

My Hand,

**Verified Affidavit of Rita MariNa Hymes**

I, Rita MariNa Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.
2. I am of the age of majority and will testify to facts contain herein this document.
3. I have relied upon the adjudged decisions of the Supreme Court of the United States and other courts of the several States in this Document.

4. I have relied upon the public records of the will and statutory authority of Congress Document.

5. I have relied upon the public records of the Code of Federal Regulations under the will and statutory authority of Congress in this Document.

6. I am not a "citizen of the United States."

7. I have never knowingly waived my fundamental rights.

8. I claim all of my inalienable rights waiving none.

9. I have found no will and statutory authority for any obligation upon me as presented in this Document.

My Hand,

Sworn and subscribed before me a Public Notary in and for the State of Alaska this day, June 8th, 2007

Signature of Notary Public

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

My Commission expires on Dec 13, 2009.

**Verified Affidavit of Donald Louis Hymes**

I, Donald Louis Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.
2. I am of the age of majority and will testify to facts contain herein this document.
3. I have relied upon the adjudged decisions of the Supreme Court of the United States and other courts of the several States in this Document.
4. I have relied upon the public records of the will and statutory authority of Congress Document.
5. I have relied upon the public records of the Code of Federal Regulations under the will and statutory authority of Congress in this Document.
6. I am not a "citizen of the United States."
7. I have never knowingly waived my fundamental rights.
8. I claim all of my inalienable rights waiving none.
9. I have found no will and statutory authority for any obligation upon me as presented in this Document.

My Hand,

Sworn and subscribed before me a Public Notary in and for the State of Alaska. June 8, 07

Signature of Notary Public

My Commission expires on Dec 13, 2009.

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: June 8, 2007

Rita MariNa Hymes



**Internal Revenue Bulletin: 2007-14**

**April 2, 2007**

**Rev. Rul. 2007-21**

---

**Table of Contents**

- PURPOSE
- ISSUE
- FACTS
- LAW AND ANALYSIS
- HOLDING
- CIVIL AND CRIMINAL PENALTIES
- DRAFTING INFORMATION

**Frivolous tax returns; summary record of assessment.** This ruling discusses and refutes the frivolous position taken by some taxpayers that before the IRS may collect overdue taxes, the IRS must provide taxpayers with a summary record of assessment made on a Form 23C, *Assessment Certificate-Summary Record of Assessments*, or on another particular form. These taxpayers claim that if a Form 23C is not provided, the assessment is invalid and the IRS may not collect any taxes due.

### PURPOSE

The Internal Revenue Service (Service) is aware that some taxpayers are claiming that, before the Service may collect overdue taxes, the Service must provide taxpayers with a summary record of assessment made on a Form 23C, "*Assessment Certificate-Summary Record of Assessments*," that is signed by an authorized employee or officer. If a Form 23C is not provided, these taxpayers claim that the assessment is invalid, and, consequently, that the Service may not collect any taxes due.

This revenue ruling emphasizes to taxpayers, promoters, and return preparers that, although an assessment is recorded on a summary record of assessment, such as the Form 23C or its computer-generated equivalent, the Revenue Accounting Control System (RACS) Report 006, there is no legal requirement that a summary record of assessment be provided to a taxpayer before the Service may proceed with collection activity. Further, if a taxpayer requests proof that an assessment was made, the Service is not required to provide any particular form or information in any particular format to the taxpayer so long as the Service provides the information required by Treasury Regulation § 301.6203-1 to the taxpayer. Any position to the contrary has no merit and is frivolous.

The Service is committed to identifying taxpayers who attempt to avoid their federal tax obligations by taking frivolous positions. The Service will take vigorous enforcement action against these taxpayers and against promoters and return preparers who assist taxpayers in taking these frivolous positions. Frivolous returns and other similar documents submitted to the Service are processed through the Service's Frivolous Return Program. As part of this program, the Service determines whether taxpayers who have taken frivolous positions have filed all required tax returns, computes the correct amount of tax and interest due, and determines whether civil or criminal penalties should apply. The Service also determines whether civil or criminal penalties should apply to return preparers, promoters, and others who assist taxpayers in taking frivolous positions, and recommends whether an injunction should be sought to halt these activities. Other information about frivolous tax positions is available on the Service's website at *www.irs.gov*.

### ISSUE

Whether the Service must provide a taxpayer with a summary record of assessment, such as a Form 23C, before collection may begin.

### FACTS

Taxpayer A argues in a request for a collection due process hearing under section 6330 or 6320 of the Internal Revenue Code that, pursuant to section 6203 and Treasury Regulation § 301.6203-1, the Service must first provide the taxpayer with a summary record of assessment of taxes due before collection action may commence. Taxpayer A further argues that the record provided must include a Form 23C signed by an authorized Service official. In response, the Service provides Taxpayer A with a record of assessment on a Form 4340 ("*Certificate of Assessments, Payments, Other Specified Matters*"), MFTRA-X ("Master File Transcript"), or other similar document. Taxpayer A asserts these forms do not meet the legal requirements and until the Service produces a valid summary record of assessment, the Service is prohibited from collecting the assessed liability. According to Taxpayer A, the Appeals Officer conducting the collection due process hearing, in verifying under section 6330(c)(1) that the Service has complied with applicable law and procedure, may not rely on anything other than the Form 23C to determine, for purposes of the section 6330(c)(1) requirement, that a valid assessment was made.

### LAW AND ANALYSIS

Section 6203 states that an assessment of tax (including interest, additions to tax, and assessable penalties) "shall be made by recording the liability of the taxpayer in the office of the Secretary in accordance with rules or regulations prescribed by the Secretary." The section also states that, when requested by a taxpayer, "the Secretary shall furnish the taxpayer a copy of the record of assessment." Treasury Regulation § 301.6203-1 specifies that an assessment is made "by an assessment officer signing the summary record of assessment," which "*through supporting records*" must include the

ATTACHMENT 1
1/2

"identification of the taxpayer, the character of the liability assessed, the taxable period, if applicable, and the amount of the assessment." Under the regulation, if a taxpayer requests a copy of the record of assessment, the Service will give the taxpayer "a copy of the pertinent parts of the assessment which set forth the name of the taxpayer, the date of assessment, the character of the liability assessed, the taxable period, if applicable, and the amounts assessed." The date of the assessment is the date the summary record is signed.

There is no requirement in the statute or regulation that the assessment be recorded on a specific form or that the taxpayer be provided with a certain form as a record of assessment.

Until its transition to computerized recordkeeping, the Service generally used Form 23C for the summary record of assessment, but it now uses, except in unusual circumstances, a computer-generated summary record of assessment known as the RACS Report 006. Both forms have been recognized as summary records of assessment within the meaning of section 6203. *See March v. Internal Revenue Service*, 335 F.3d 1186, 1188 (10th Cir. 2003). In *Roberts v. Commissioner*, 329 F.3d 1224, 1228 (11th Cir. 2003), the taxpayer argued that an assessment was invalid because the Service did not use Form 23C but instead used RACS Report 006. The court held that there was nothing in the law to show that the use of the RACS report was not in compliance with the statute and the regulation. The RACS report and the Form 23C are both signed by an assessment officer. The RACS report, like the Form 23C, provides, when coupled with "supporting records," the information set forth in Treasury Regulation § 301.6203-1.

In response to a taxpayer's request under section 6203 and the regulation for "a copy of the record of assessment," the Service is not required to provide any particular form or document and may choose among documents that contain the items of information listed in the regulation. Instead of a RACS report 006, which does not break out individual taxpayer information, the Service may provide Form 4340, "*Certificate of Assessments, Payments, Other Specified Matters*," or a MFTRA-X transcript (literal or plain-language transcript) of the taxpayer's account, either of which sets forth all of the information required by the regulation, because each identifies the taxpayer, states the character of the liabilities assessed, the tax period giving rise to the assessment, the amount of the assessment, and the date of assessment. *See Goodman v. United States*, 185 Fed. Appx. 725, 728 (10th Cir. 2006); *Roberts*, 329 F.3d at 1228; *Carillo v. Commissioner*, T.C. Memo. 2005-290; *Michael v. Commissioner*, T.C. Memo. 2003-26. In addition, an Appeals Officer is not required to obtain a Form 23C or other particular document in a collection due process hearing and may rely on a Form 4340 or MFTRA-X transcript to verify the validity of the assessment for purposes of section 6330(c)(1). *See Nestor v. Commissioner*, 118 T.C. 162 (2002); *Perez v. Commissioner*, T.C. Memo. 2002-274.

### HOLDING

The Service is not required to provide Taxpayer A with a summary record of assessment before collecting any taxes due. An assessment is not invalid, and collection is not precluded, because the Service has not provided a summary record of assessment to the taxpayer.

Additionally, Taxpayer A's claim that the Service must produce a Form 23C or other record of assessment as proof of assessment is frivolous. If a taxpayer requests a copy of the record of assessment, the Service may produce the information in any form or format, provided the summary produced contains the information required by Treasury Regulation § 301.6203-1. Acceptable copies of the record of assessment include, but are not limited to, Forms 4340 and MFTRA-X transcripts. Further, the Form 4340, MFTRA-X transcript, or other similar documents may be used in a collection due process proceeding to verify the validity of an assessment under section 6330(c)(1).

The Service will challenge the claims of individuals who improperly attempt to avoid or evade their federal tax liability.

### CIVIL AND CRIMINAL PENALTIES

The position described above, that the Service must provide a taxpayer with a summary record of assessment, such as a Form 23C, before collection or must provide a Form 23C in any collection proceeding is a frivolous position under section 6702. The Service will challenge the claims of individuals who attempt to improperly avoid or evade their federal tax liability. In addition to liability for the tax due plus statutory interest, taxpayers who insist upon receiving a Form 23C before complying with their tax obligations face substantial civil and criminal penalties. Potentially applicable civil penalties include: (1) the section 6702(b) $5,000 penalty for submitting a "specified frivolous submission"; (2) the section 6651(a)(3) addition to tax for failure to pay the tax owed; and (3) the section 6673 penalty of up to $25,000 if the taxpayer makes frivolous arguments in the United States Tax Court.

Taxpayers relying on this frivolous position also may face criminal prosecution under section 7201 for attempting to evade or defeat tax, the penalty for which is a significant fine and imprisonment for up to 5 years, or prosecution under other federal laws as applicable.

### DRAFTING INFORMATION

This revenue ruling was authored by the Office of Associate Chief Counsel (Procedure & Administration), Administrative Provisions and Judicial Practice Division. For further information regarding this revenue ruling, contact that office at (202) 622-7950 (not a toll-free call).

Prev Up Next
Home

More Internal Revenue Bulletins

2/2

Treas. Reg. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
      Subchapter F. Procedure and Administration
        Part 301. Procedure and Administration


  Editorial Note: In the text of this part, integral section references are to sections of the Internal Revenue Code of 1954; decimal section references are to the Code of Federal Regulations.

  References in the text to the "Code" are references to sections of the Internal Revenue Code of 1954.


AUTHORITY:  26 U.S.C. 7805.

AUTHORITY:Section 301.6011-2 also issued under 26 U.S.C. 6011(e).

AUTHORITY:Section 301.6011-3 also issued under 26 U.S.C. 6011.

AUTHORITY:Section 301.6011-5T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 301.6033-4T also issued under 26 U.S.C. 6033.

AUTHORITY:Section 301.6036-1 also issued under 26 U.S.C. 6036.

AUTHORITY:Section 301.6037-2T also issued under 26 U.S.C. 6037.

AUTHORITY:Section 301.6050M-1 also issued under 26 U.S.C. 6050M.

AUTHORITY:Section 301.6061-1 also issued under 26 U.S.C. 6061.

AUTHORITY:Section 301.6081-2T also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 301.6103(c)-1 also issued under 26 U.S.C. 6103(c).

AUTHORITY:Section 301.6103(j)(1)-1 also issued under 26 U.S.C. 6103(j)(1).

AUTHORITY:Section 301.6103(j)(1)-1T also issued under 26 U.S.C. 6103(j)(1).

AUTHORITY:Section 301.6103(j)(5)-1 also issued under 26 U.S.C. 6103(j)(5).

AUTHORITY:Section 301.6103(k)(6)-1 also issued under 26 U.S.C. 6103(k)(6).

AUTHORITY:Section 301.6103(k)(6)-1T also issued under 26 U.S.C. 6103(k)(6).

AUTHORITY:Section 301.6103(k)(9)-1 also issued under 26 U.S.C. 6103(k)(9) and 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(l)-1 also issued under 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(l)(14)-1 also issued under 26 U.S.C. 6103(l)(14).

ATTACHMENT
1/6

AUTHORITY:Section 301.6103(m)-1 also issued under 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(n)-1 also issued under 26 U.S.C. 6103(n).

AUTHORITY:Section 301.6103(p)(2)(B)-1 also issued under 26 U.S.C. 6103(p)(2).

AUTHORITY:Section 301.6103(p)(2)(B)-1T also issued under 26 U.S.C. 6103(p)(2).

AUTHORITY:Sections 301.6103(p)(4)-1 and 301.6103(p)(7)-1T also issued under 26 U.S.C. 6103(p)(4) and (7) and (q).

AUTHORITY:Section 301.6104(a)-6(d) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(b)-1(d)(4) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(d)-1(d)(3)(i) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(d)-2 also issued under 26 U.S.C. 6104(d)(3).

AUTHORITY:Section 301.6104(d)-3 also issued under 26 U.S.C. 6104(d)(3).

AUTHORITY:Section 301.6104(d)-4 also issued under 26 U.S.C. 6104(e)(3).

AUTHORITY:Section 301.6104(d)-5 also issued under 26 U.S.C. 6104(e)(3).

AUTHORITY:Section 301.6109-1 also issued under 26 U.S.C. 6109 (a), (c), and (d).

AUTHORITY:Section 301.6109-3 also issued under 26 U.S.C. 6109.

AUTHORITY:Section 301.6111-1T also issued under 26 U.S.C. 6111.

AUTHORITY:Section 301.6111-2T also issued under 26 U.S.C. 6111(f)(4).

AUTHORITY:Section 301.6111-3T also issued under 26 U.S.C. 6111.

AUTHORITY:Section 301.6112-1T also issued under 26 U.S.C. 6112.

AUTHORITY:Section 301.6114-1 also issued under 26 U.S.C. 6114.

AUTHORITY:Section 301.6222(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(a)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-3T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(a)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(b)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(b)-2T also issued under 26 U.S.C. 6230(k).

2/6

AUTHORITY:Section 301.6223(c)-1T also issued under 26 U.S.C. 6223(c) and 6230 (i) and (k).

AUTHORITY:Section 301.6223(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(e)-2T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(f)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(g)-1T also issued under 26 U.S.C. 6223(g) and 6230 (i) and (k).

AUTHORITY:Section 301.6223(h)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6224(b)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(c)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(c)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6224(c)-3T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6226(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(b)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(f)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(a)(6)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(a)(7)-1 also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6231(a)(7)-2 also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6231(a)(12)-1T also issued under 26 U.S.C. 6230(k) and 6231(a)(12).

AUTHORITY:Section 301.6231(c)-1 also issued under 26 U.S.C. 6231(c)(1) and (3).

AUTHORITY:Section 301.6231(c)-2 also issued under 26 U.S.C. 6231(c)(1) and (3).

AUTHORITY:Section 301.6231(c)-3T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-4T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-5T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-6T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-7T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-8T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(d)-1T also issued under 26 U.S.C. 6230(k).

3/4

AUTHORITY:Section 301.6231(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(e)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(f)-1T also issued under 26 U.S.C. 6230 (i) and (k) and 6231(f).

AUTHORITY:Section 301.6233-1T also issued under 26 U.S.C. 6230(k) and 6233.

AUTHORITY:Section 301.6241-1T also issued under 26 U.S.C. 6241.

AUTHORITY:Section 301.6245-1T also issued under 26 U.S.C. 6245.

AUTHORITY:Section 301.6311-2 also issued under 26 U.S.C. 6311.

AUTHORITY:Section 301.6323(f)-(1)(c) also issued under 26 U.S.C. 6323(f)(3).

AUTHORITY:Section 301.6325-1T also issued under 26 U.S.C. 6326.

AUTHORITY:Section 301.6343-1 also issued under 26 U.S.C. 6343.

AUTHORITY:Section 301.6343-2 also issued under 26 U.S.C. 6343.

AUTHORITY:Section 301.6402-3 also issued under 95 Stat. 357 amending 88 Stat. 2351.

AUTHORITY:Section 301.6402-7 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 301.6404-2 also issued under 26 U.S.C. 6404.

AUTHORITY:Section 301.6404-3 also issued under 26 U.S.C. 6404(f)(3).

AUTHORITY:Section 301.6621-1 also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6689-1T also issued under 26 U.S.C. 6689(a).

AUTHORITY:Section 301.7216-2, paragraphs (o) and (p) also issued under 26 U.S.C. 7216(b)(3).

AUTHORITY:Section 301.7502-1 also issued under 26 U.S.C. 7502.

AUTHORITY:Section 301.7502-1T also issued under 26 U.S.C. 7502(c).

AUTHORITY:Section 301.7502-2 also issued under 26 U.S.C. 7502.

AUTHORITY:Section 301.7507-1 also issued under 26 U.S.C. 597.

AUTHORITY:Section 301.7507-9 also issued under 26 U.S.C. 597.

AUTHORITY:Section 301.7508-1 also issued under 26 U.S.C. 7508(a)(1)(K).

AUTHORITY:Section 301.7508A-1 also issued under 26 U.S.C. 7508(a)(1)(K) and 7508A(a).

AUTHORITY:Section 301.7605-1 also issued under Section 6228(b) of the Technical and Miscellaneous Revenue Act of 1988.

AUTHORITY:Section 301.7624-1 also issued under 26 U.S.C. 7624.

4/4

AUTHORITY:Sections 301.7701(b)-1 through 301.7701(b)-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 301.7701(i)-1(g)(1) also issued under 26 U.S.C. 7701(i)(2)(D).

AUTHORITY:Section 301.7701(i)-4(b) also issued under 26 U.S.C. 7701(i)(3).

AUTHORITY:Section 301.9000-1 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-2 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-3 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-4 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-5 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-6 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9100-1T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-2T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-3T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-4T also issued under 26 U.S.C. 168(f)(8)(G).

AUTHORITY:Section 301.9100-7T also issued under 26 U.S.C. 42, 48, 56, 83, 141, 142, 143, 145, 147, 165, 168, 216, 263, 263A, 448, 453C, 468B, 469, 474, 585, 616, 617, 1059, 2632, 2652, 3121, 4982, 7701; and under the Tax Reform Act of 1986, 100 Stat. 2746, sections 203, 204, 243, 311, 646, 801, 806, 905, 1704, 1801, 1802, and 1804.

AUTHORITY:Section 301.9100-8 also issued under 26 U.S.C. 1(i)(7), 41(h), 42(b)(2)(A)(ii), 42(d)(3), 42(f)(1), 42(g)(3), 42(i)(2)(B), 42(j)(5)(B), 121(d)(9), 142(i)(2), 165(l), 168(b)(2), 219(g)(4), 245(a)(10), 263A(d)(1), 263A(d)(3)(B), 263A(h), 460(b)(3), 643(g)(2), 831(b)(2)(A), 835(a), 865(f), 865(g)(3), 865 (h)(2), 904(g)(10), 2056(b)(7)(c)(ii), 2056A(d), 2523(f)(6)(B), 3127, and 7520(a); the Technical and Miscellaneous Revenue Act of 1988, 102 Stat. 3324 [So in original; probably should read "102 Stat. 3342".], sections 1002(a)(23)(B), 1005(c)(11), 1006(d)(15), 1006(j)(1)(C), 1006(t)(18)(B), 1012(n)(3), 1014(c)(1), 1014(c)(2), 2004(j)(1), 2004(m)(5), 5012(e)(4), 6181(c)(2), and 6277; and under the Tax Reform Act of 1986, 100 Stat. 2746, section 905(a).

AUTHORITY:Sections 301.9100-9T, 301.9100-10T and 301.9100-11T also issued under 26 U.S.C. 1103 (g) and (h) and 6158(a).

AUTHORITY:Sections 301.9100-13T, 301.9100-14T and 301.9100-15T also issued under 26 U.S.C. 108 (d)(8) and 1017(b)(3)(E).

AUTHORITY:Section 301.9100-16T also issued under 26 U.S.C. 463(d).

SOURCE: 32 FR 15241, Nov. 3, 1967, unless otherwise noted.

**C. F. R. T. 26, Ch. I, Subch. F, Pt. 301,** Refs & Annos, **CFR T. 26, Ch. I, Subch. F, Pt. 301,** Refs & Annos

5/6

Current through May 24, 2007; 72 FR 29235

Copr. © 2007 Thomson/West

END OF DOCUMENT
ATTACHMENT 2

6/6

**CODE OF FEDERAL REGULATIONS**
**TITLE 27--ALCOHOL, TOBACCO PRODUCTS AND FIREARMS**
**CHAPTER I--ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, DEPARTMENT OF THE TREASURY**
**SUBCHAPTER F--PROCEDURES AND PRACTICES**
**PART 70--PROCEDURE AND ADMINISTRATION**
**SUBPART D--COLLECTION OF EXCISE AND SPECIAL (OCCUPATIONAL) TAX ASSESSMENT**

Current through December 3, 2004; 69 FR 70342

ß 70.72 Method of assessment.

The assessment shall be made by an appropriate ATF officer signing the summary record of assessment. The summary record, through supporting records, shall provide identification of the taxpayer, the character of the liability assessed, the taxable period, if applicable, and the amount of the assessment. The amount of the assessment shall, in the case of tax shown on a return by the taxpayer, be the amount so shown, and in all other cases the amount of the assessment shall be the amount shown on the supporting list or record. The date of the assessment is the date the summary record is signed by an appropriate ATF officer. If the taxpayer requests a copy of the record of assessment, the taxpayer shall be furnished a copy of the pertinent parts of the assessment which set forth the name of the taxpayer, the date of assessment, the character of the liability assessed, the taxable period, if applicable, and the amounts assessed.

(Authority: 26 U.S.C. 6203)

[T.D. ATF-301, 55 FR 47605, 47612, Nov. 14, 1990; T.D. ATF-450, 66 FR 29025, May 29, 2001]

<General Materials (GM) - References, Annotations, or Tables>

27 C. F. R. ß 70.72

27 CFR ß 70.72

END OF DOCUMENT

ATTACHMENT 3

Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Code of Federal Regulations Currentness
Title 26. Internal Revenue
Chapter I. Internal Revenue Service, Department of the Treasury
Subchapter A. Income Tax
Part 1. Income Taxes

ATT. 4

AUTHORITY: 26 U.S.C. 7805, unless otherwise noted.

AUTHORITY:Section 1.1(h)-1 also issued under 26 U.S.C. 1(h).

AUTHORITY:Sections 1.23-1--1.23-6 also issued under 26 U.S.C. 23;

AUTHORITY:Section 1.25-1T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-2T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3 also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-4T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-5T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-6T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-7T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-8T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25A-1 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-2 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-3 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-4 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-5 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.28-0 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.28-1 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.30-1 also issued under 26 U.S.C. 30(d)(2).

AUTHORITY:Section 1.41-6 also issued under 26 U.S.C. 1502.

AUTHORITY:Sections 1.42-1T and 1.42-2T also issued under 26 U.S.C. 42(m);

AUTHORITY:Section 1.42-2 also issued under 26 U.S.C. 42(m);

Attachment 4
30 pages

AUTHORITY:Section 1.42-3 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-4 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-5 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.42-6, 1.42-8, 1.42-9, 1.42-10, 1.42-11, and 1.42-12, also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-13 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-14 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-15 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-16 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-17 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.43-0--1.43-7 also issued under section 26 U.S.C. 43;

AUTHORITY:Section 1.45D-1 also issued under 26 U.S.C. 45D(i).

AUTHORITY:Section 1.46-5 also issued under 26 U.S.C. 46(d)(6) and 26 U.S.C. 47(a)(3)(C);

AUTHORITY:Section 1.46-6 also issued under 26 U.S.C. 46(f)(7);

AUTHORITY:Section 1.47-1 also issued under 26 U.S.C. 47(a);

AUTHORITY:Section 1.48-9 also issued under 26 U.S.C. 38(b) (as in effect before the amendments made by subtitle F of the Tax Reform Act of 1984);

AUTHORITY:Sections 1.50A--1.50B also issued under 85 Stat. 553 (26 U.S.C. 40(b));

AUTHORITY:Section 1.52-1 also issued under 26 U.S.C. 52(b);

AUTHORITY:Section 1.56-1 also issued under 26 U.S.C. 56(f)(2)(H);

AUTHORITY:Section 1.56(g)-1 also issued under section 7611(g)(3) of the Omnibus Budget Reconciliation Act of 1989 (Pub. L. 101-239, 103 Stat. 2373); and

AUTHORITY:Section 1.58-9 also issued under 26 U.S.C. 58(h).

AUTHORITY:Section 1.61-2T also issued under 26 U.S.C. 61.

AUTHORITY:Section 1.61-21 also issued under 26 U.S.C. 61.

AUTHORITY:Sections 1.62-1T and 1.62-2 also issued under 26 U.S.C. 62;

AUTHORITY:Section 1.66-4 also issued under 26 U.S.C. 66(c);

AUTHORITY:Sections 1.67-2T and 1.67-3T also issued under 26 U.S.C. 67(c);

AUTHORITY:Section 1.67-3 also issued under 26 U.S.C. 67(c).

AUTHORITY:Sections 1.72-4, 1.72-5, 1.72-6, 1.72-7, 1.72-8, and 1.72-11 also issued under 26 U.S.C. 72

(c).

AUTHORITY:Section 1.101-7 also issued under 26 U.S.C. 101(d)(2)(B)(ii);

AUTHORITY:Section 1.103-10 also issued under 26 U.S.C. 103(b)(6);

AUTHORITY:Section 1.103A-2 also issued under 26 U.S.C. 103A(j);

AUTHORITY:Section 1.108-1 also issued under 26 U.S.C. 108(e)(8) and 108(e)(10(B);

AUTHORITY:Section 1.108-2 also issued under 26 U.S.C. 108;

AUTHORITY:Section 1.108-3 also issued under 26 U.S.C. 108, 267, and 1502.

AUTHORITY:Section 1.108-4 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108-5 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108(c)-1 also issued under the authority of 26 U.S.C. 108(d)(9);

AUTHORITY:Section 1.110-1 also issued under 26 U.S.C. 110(d);

AUTHORITY:Sections 1.132-0 through 1.132-8T also issued under 26 U.S.C. 132;

AUTHORITY:Sections 1.148-0 through 1.148-11 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.148-6 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.149(b)-1 also issued under 26 U.S.C. 149(b)(3)(B) (v);

AUTHORITY:Section 1.149(d)-1 also issued under 26 U.S.C. 149(d)(7);

AUTHORITY:Section 1.149(e)-1 also issued under 26 U.S.C. 149(e);

AUTHORITY:Section 1.149(g)-1 also issued under 26 U.S.C. 149(g)(5);

AUTHORITY:Section 1.150-4 also issued under 26 U.S.C. 150 (c)(5);

AUTHORITY:Section 1.162(k)-1 is also issued under section 26 U.S.C. 162(k).

AUTHORITY:Section 1.163-8T also issued under 26 U.S.C. 469(k)(4);

AUTHORITY:Section 1.163-9T also issued under 26 U.S.C. 163(h)(3)(D);

AUTHORITY:Section 1.163-11T is also issued under 26 U.S.C. 163(h);

AUTHORITY:Section 1.165-12 also issued under 26 U.S.C. 165(j)(3);

AUTHORITY:Section 1.166-10 also issued under 26 U.S.C. 166(f);

AUTHORITY:Section 1.168(d)-1 also issued under 26 U.S.C. 168(d)(3);

AUTHORITY:Section 1.168(f)(8)-1T also added under sec. 112(c), Black Lung Benefits Revenue Act of 1981 (Pub. L. 97-119);

AUTHORITY:Section 1.168(h)-1 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-1 also issued under 26 U.S.C. 168(i)(4).

AUTHORITY:Section 1.168(i)-2 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-4 also issued under 26 U.S.C. 168(i)(5).

AUTHORITY:Section 1.168(j)-1T also added under 26 U.S.C. 168(j)(10).

AUTHORITY:Section 1.170A-1 also issued under 26 U.S.C. 170(a).

AUTHORITY:Section 1.170A-6 also issued under 26 U.S.C. 170(f)(4);  26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.170A-12 also issued under 26 U.S.C. 170(f)(4).

AUTHORITY:Section 1.170A-13 also issued under 26 U.S.C. 170(f)(8).

AUTHORITY:Section 1.171-2 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-3 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-4 also issued under 26 U.S.C. 171(c).

AUTHORITY:Section 1.179-1 also issued under 26 U.S.C. 179(d)(6) and (10).

AUTHORITY:Section 1.179-4 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179-6 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179A-1 also issued under 26 U.S.C. 179A(e)(4).

AUTHORITY:Section 1.197-2 also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.197-2T also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.199-1 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-2 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-4 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-6 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-9 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.216-2 also issued under 26 U.S.C. 216(d).

AUTHORITY:Section 1.221-2 also issued under 26 U.S.C. 221(d).

AUTHORITY:Section 1.263A-1 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-2 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-3 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4T also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-6 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7T also issued under 26 U.S.C. 263A.

AUTHORITY:Sections 1.263A-8 through 1.263A-15 also issued under 26 U.S.C. 263A(i).

AUTHORITY:Section 1.267(a)-3 also issued under 26 U.S.C. 267(a)(3).

AUTHORITY:Section 1.267(f)-1 also issued under 26 U.S.C. 267 and 1502.

AUTHORITY:Section 1.269-3(d) also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.274-5 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274-5T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.280C-4 also issued under 26 U.S.C. 280C(c) and 103 Stat. 2413.

AUTHORITY:Section 1.280F-1T also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-6 also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-7 also issued under 26 U.S.C. 280F(c).

AUTHORITY:Section 1.280G-1 also issued under 26 U.S.C. 280G(b) and (e).

AUTHORITY:Section 1.301-1 also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.301-1T also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.304-5 also issued under 26 U.S.C. 304.

AUTHORITY:Section 1.305-3 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-5 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-7 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.337(d)-1 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-4 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-5 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-6 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-7 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.338-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-2 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-3 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-4 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-5 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6T also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-7 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-8 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-9 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11 also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338(h)(10)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338(h)(10)-1T also issued under 26 U.S.C. 337(d), 338 and 1502.

AUTHORITY:Section 1.338(i)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.351-1 also issued under 26 U.S.C. 351.

AUTHORITY:Section 1.351-2 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.354-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-6 also issued under 26 U.S.C. 355(d)(9).

AUTHORITY:Section 1.355-7 also issued under 26 U.S.C. 355(e)(5).

AUTHORITY:Section 1.356-6 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.356-7 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.358-2 also issued under 26 U.S.C. 358.

AUTHORITY:Section 1.358-5T also issued under 26 U.S.C. 358(h)(2).

AUTHORITY:Section 1.358-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.367(a)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-3T(e) also issued under 367(a) and (b).

AUTHORITY:Section 1.367(a)-8 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-8T also issued under 367(a) and (b).

AUTHORITY:Section 1.367(b)-1 also issued under 26 U.S.C. 367(a) and  (b).

AUTHORITY:Section 1.367(b)-2 also issued under 26 U.S.C. 367(a) and  (b).

AUTHORITY:Section 1.367(b)-3 also issued under 26 U.S.C. 367(a) and  (b).

AUTHORITY:Section 1.367(b)-3T also issued under 26 U.S.C. 367(a) and  (b).

AUTHORITY:Section 1.367(b)-4 also issued under 26 U.S.C. 367(a) and  (b).

AUTHORITY:Section 1.367(b)-7 also issued under 26 U.S.C. 367(a) and  (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-8 also issued under 26 U.S.C. 367(b).

AUTHORITY:Section 1.367(b)-9 also issued under 26 U.S.C. 367(a) and  (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-12 also issued under 26 U.S.C. 367(a) and  (b).

AUTHORITY:Section 1.367(e)-1 also issued under 26 U.S.C. 367(e)(1).

AUTHORITY:Section 1.367(e)-2 also issued under 26 U.S.C. 367(e)(2).

AUTHORITY:Section 1.382-2 also issued under 26 U.S.C. 382(k)(1), (l)(3),  (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-2T also issued under 26 U.S.C. 382(g)(4)(C),  (i), (k)(1) and (6), (l)(3), (m),

and 26 U.S.C. 383.

AUTHORITY:Section 1.382-3 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-4 also issued under 26 U.S.C. 382(l)(3) and 382(m).

AUTHORITY:Section 1.382-5 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-5T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-6 also issued under 26 U.S.C. 382(b)(3)(A), 26 U.S.C.(d)(1), 26 U.S.C. 382 (m), and 26 U.S.C.383(d).

AUTHORITY:Section 1.382-8 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-8T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-9 also issued under 26 U.S.C. 382(l)(3) and (m).

AUTHORITY:Section 1.382-10 also issued under 26 U.S.C 382(m).

AUTHORITY:Section 1.382-10T is also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.383-1 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.383-2 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.401-12 also issued under 26 U.S.C. 401(d)(1).

AUTHORITY:Section 1.401(a)-1 also issued under 26 U.S.C. 401.

AUTHORITY:Section 1.401(a)-21 also issued under 26 U.S.C. 401 and section 104 of the Electronic Signatures in Global and National Commerce Act, Public Law 106-229 (114 Stat. 464).

AUTHORITY:Section 1.401(a)(2)-1 also issued under Multiemployer Pension Plan Amendments Act, Public Law 96-364, 410, (94 Stat. 1208, 1308)(1980).

AUTHORITY:Section 1.401(a)(5)-1 also issued under 26 U.S.C. 401(a)(5).

AUTHORITY:Section 1.401(a)(9)-1 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-2 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-3 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-4 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-5 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-6 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-7 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-8 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-9 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(17)-1 also issued under 26 U.S.C. 401(a)(17).

AUTHORITY:Sections 1.401(a)(26)-1 through (a)(26)-9 also issued under 26 U.S.C. 401(a)(26).

AUTHORITY:Section 1.401(b)-1 also issued under 26 U.S.C. 401(b).

AUTHORITY:Section 1.401(k)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-6 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Sections 1.401(l)-0 through 1.401(l)-6 also issued under 26 U.S.C. 401(l).

AUTHORITY:Section 1.401(m)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.402A-1 is also issued under 26 U.S.C. 402A.

AUTHORITY:Section 1.403(b)-3 is also issued under 26 U.S.C. 403(b)(10).

AUTHORITY:Section 1.404(k)-3 is also issued under sections 26 U.S.C. 162(k) and 404(k)(5)(A).

AUTHORITY:Section 1.408-2 also issued under 26 U.S.C. 408(a) and 26 U.S.C. 408(q).

AUTHORITY:Section 1.408-4 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408-8 is also issued under 26 U.S.C. 408(a)(6) and (b)(3).

AUTHORITY:Section 1.408-11 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408A-1 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-2 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-3 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-4 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-5 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-6 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-7 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-8 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-9 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408(q)-1 also issued under 26 U.S.C. 408(q).

AUTHORITY:Section 1.409(p)-1 is also issued under 26 U.S.C. 409(p)(7).

AUTHORITY:Section 1.410(b)-2 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-3 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-4 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-5 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-6 also issued under 26 U.S.C. 410(b)(6) and section 664 of the Economic Growth and Tax Relief Reconciliation Act of 2001 (Public Law 107-16, 115 Stat. 38).

AUTHORITY:Section 1.410(b)-7 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-8 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-9 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-10 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.411(a)-7 also issued under 26 U.S.C. 411(a)(7)(B)(i).

AUTHORITY:Section 1.411(d)-3 also issued under 26 U.S.C. 411(d)(6) and section 645(b) of the Economic Growth and Tax Relief Reconciliation Act of 2001, Public Law 107-16 (115 Stat. 38).

AUTHORITY:Section 1.411(d)-4 also issued under 26 U.S.C. 411(d)(6).

AUTHORITY:Section 1.411(d)-6 is issued under Reorganization Plan No. 4 of 1978, 29 U.S.C. 1001nt.

AUTHORITY:Sections 1.414(c)-1 through 1.414(c)-5 also issued under  26 U.S.C. 414(c).

AUTHORITY:Section 1.414(q)-1T is also issued under 26 U.S.C. 414(q).

AUTHORITY:Sections 1.414(r)-0 through 1.414(r)-7 also issued under  26 U.S.C. 414(r).

AUTHORITY:Section 1.414(r)-8 also issued under 26 U.S.C. 410(b) and  414(r).

AUTHORITY:Section 1.414(r)-9 also issued under 26 U.S.C. 401(a)(26) and 414(r).

AUTHORITY:Section 1.414(r)-10 also issued under 26 U.S.C. 129 and  414(r).

AUTHORITY:Section 1.414(r)-1 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(s)-1 also issued under 26 U.S.C. 414(s).

AUTHORITY:Section 1.417(e)-1 also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.417(e)-1T also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.419A(f)(6)-1 is also issued under 26 U.S.C. 419A(i).

AUTHORITY:Section 1.420-1 also issued under 26 U.S.C. 420(c)(3)(E).

AUTHORITY:Section 1.441-2T also issued under 26 U.S.C. 441(f).

AUTHORITY:Section 1.441-3T also issued under 26 U.S.C. 441.

AUTHORITY:Sections 1.442-2T and 1.442-3T also issued under 26 U.S.C. 422, 706, and 1378.

AUTHORITY:Sections 1.444-0T through 1.444-3T and

AUTHORITY:Section 1.444-4 is also issued under 26 U.S.C. 444(g).

AUTHORITY:Section 1.446-1 also issued under 26 U.S.C. 446 and 461(h).

AUTHORITY:Section 1.446-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.446-6 also issued under 26 U.S.C. 446 and 26 U.S.C. 860G.

AUTHORITY:Section 1.451-5 also issued under 96 Stat. 324, 493.

AUTHORITY:Section 1.453-11 also issued under 26 U.S.C. 453(j)(1) and (k).

AUTHORITY:Section 1.453A-3 also issued under 26 U.S.C. 453A.

AUTHORITY:Section 1.458-1 also issued under 26 U.S.C. 458.

AUTHORITY:Section 1.460-1 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-2 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-3 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-4 also issued under 26 U.S.C. 460(h) and 1502.

AUTHORITY:Section 1.460-5 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-6 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.461-1 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-2 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4(d) also issued under 26 U.S.C. 460 and 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-5 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-6 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.465-8 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-20 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-27 also issued under 26 U.S.C. 465(b)(6)(B)(iii).

AUTHORITY:Sections 1.466-1 through 1.466-4 also issued under 26 U.S.C. 466.

AUTHORITY:Section 1.467-1 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-2 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-3 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-4 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-5 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-6 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-7 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-8 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-9 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.468A-5 also issued under 26 U.S.C. 468A(e)(5).

AUTHORITY:Section 1.468B-1 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-2 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-3 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-4 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-5 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-7 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-9 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.469-1 also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-1T also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-2 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-2T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-4 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-7 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-9 also issued under 26 U.S.C. 469(c)(6), (h)(2), and (l)(1).

AUTHORITY:Section 1.469-11 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.471 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.471-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-6 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.472-8 also issued under 26 U.S.C. 472.

AUTHORITY:Section 1.475(a)-3 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-1 also issued under 26 U.S.C. 475(b)(4) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-2 also issued under 26 U.S.C. 475(b)(2) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-4 also issued under 26 U.S.C. 475(b)(2), 26 U.S.C. 475(e), and 26 U.S.C. 6001.

AUTHORITY:Section 1.475(c)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(c)-2 also issued under 26 U.S.C. 475(e) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.475(d)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(e)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.481-1 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-2 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-3 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-4 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-5 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.482-1 also issued under 26 U.S.C. 482 and 936.

AUTHORITY:Section 1.482-2 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-3 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-4 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-5 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-7 is also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-2A also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-9 also issued under 26 U.S.C. 482.

AUTHORITY:Sections 1.483-1 through 1.483-3 also issued under 26 U.S.C. 483(f).

AUTHORITY:Section 1.483-4 also issued under 26 U.S.C. 483(f).

AUTHORITY:Sections 1.504-1 and 1.504-2 also issued under 26 U.S.C. 504(b).

AUTHORITY:Section 1.514(c)-2 also issued under 26 U.S.C. 514(c)(9)(E)(iii).

AUTHORITY:Section 1.527-9 also issued under 26 U.S.C. 527(h)(2)(B)(i).

AUTHORITY:Sections 1.585-5 through 1.585-8 also issued under 26 U.S.C. 585(b)(3).

AUTHORITY:Sections 1.597-1 through 1.597-7 also issued under 26 U.S.C. 597 and 1502.

AUTHORITY:Section 1.597-8 also issued under 26 U.S.C. 597.

AUTHORITY:Section 1.642(c)-6 also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.643(a)-8 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.643(h)-1 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.642(c)-6A also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.645-1 also issued under 26 U.S.C. 645.

AUTHORITY:Sections 1.663(c)-1, 1.663(c)-2, 1.663(c)-3, 1.663(c)-4, 1.663(c)-5, and 1.663(c)-6 also
issued under 26 U.S.C. 663(c).

AUTHORITY:Section 1.664-1 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-2 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-3 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4A also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.671-2 also issued under 26 U.S.C. 643(a)(7) and  672(f)(6).

AUTHORITY:Section 1.672(f)-1 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(3) and (6).

AUTHORITY:Section 1.672(f)-3 also issued under 26 U.S.C. 643(a)(7) and 672(f)(2) and (6).

AUTHORITY:Section 1.672(f)-4 also issued under 26 U.S.C. 643(a)(7) and 672(f)(4) and (6).

AUTHORITY:Section 1.672(f)-5 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.679-1 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-2 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-3 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-4 also issued under 26 U.S.C. 643(a)(7), 679(a)(3) and 679(d).

AUTHORITY:Section 1.679-5 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-6 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.684-1 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-2 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-3 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-4 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-5 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.701-2 also issued under 26 U.S.C. 701 through 761.

AUTHORITY:Section 1.704-3 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-3T also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-4 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.705-2 also issued under 26 U.S.C. 705 and 1032.

AUTHORITY:Section 1.706-1T also issued under 26 U.S.C. 706(b).

AUTHORITY:Section 1.706-3T also issued under 26 U.S.C. 444(f).

AUTHORITY:Sections 1.707-2 through 1.707-9 also issued under 26 U.S.C. 707(a)(2).

AUTHORITY:Section 1.721-1 also issued under 26 U.S.C. 721.

AUTHORITY:Section 1.731-2 also issued under 26 U.S.C. 731(c).

AUTHORITY:Section 1.732-1 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-2 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-3 also issued under 26 U.S.C. 732(f).

AUTHORITY:Section 1.734-1 also issued under 26 U.S.C. 734.

AUTHORITY:Section 1.743-1 also issued under 26 U.S.C. 743.

AUTHORITY:Section 1.751-1 also issued under 26 U.S.C. 751.

AUTHORITY:Section 1.752-1(a) also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638

(2001).

AUTHORITY:Section 1.752-6 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001)

AUTHORITY:Section 1.752-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.755-1 also issued under 26 U.S.C. 755.

AUTHORITY:Section 1.755-2 also issued under 26 U.S.C. 755 and 26 U.S.C. 1060.

AUTHORITY:Section 1.761-2 also issued under 26 U.S.C. 446(b) and 26 U.S.C. 761(a).

AUTHORITY:Section 1.807-2 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.809-10 also issued under 26 U.S.C. 809(b)(2) and (g)(3).

AUTHORITY:Section 1.811-3 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.812-9 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.817A-1 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.832-4 also issued under 26 U.S.C. 832(b)(5)(A).

AUTHORITY:Sections 1.846-1 through 1.846-4 also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.846-2(d) is also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.848-2 also issued under 26 U.S.C. 845(b) and 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.848-3 also issued under 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.852-11 is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.860A-1 also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860A-1T also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860D-1 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860E-1 also issued under 26 U.S.C. 860E and 860G(e).

AUTHORITY:Section 1.860E-2 also issued under 26 U.S.C. 860E(e).

AUTHORITY:Section 1.860F-2 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860F-4 issued under 26 U.S.C. 860G(e) and 26 U.S.C. 6230(k).

AUTHORITY:Section 1.860F-4T also issued under 26 U.S.C. 860G(c)(3) and (e).

AUTHORITY:Section 1.860G-1 also issued under 26 U.S.C. 860G(a)(1)(B) and (e).

AUTHORITY:Section 1.860G-3 also issued under 26 U.S.C. 860G(b) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860G-3T also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.861-2 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-3 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-8 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.861-9 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-9 and 1.861-9T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C 7701(f).

AUTHORITY:Section 1.861-10(e) also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-11 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-14 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-8T through 1.861-14T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864 (e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.863-1 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-2 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-3 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.863-4 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-6 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-7 is issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-8 also issued under 26 U.S.C. 863(a), (b) and (d).

AUTHORITY:Section 1.863-9 also issued under 26 U.S.C. 863(a), (d) and (e).

AUTHORITY:Section 1.864-5 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.864-8T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.865-1 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.865-2 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.871-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-7 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.874-1 also issued under 26 U.S.C. 874.

AUTHORITY:Section 1.881-2 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-4 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.882-4 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.882-5 also issued under 26 U.S.C. 882, 26 U.S.C. 864(e), 26 U.S.C. 988(d), and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.883-1 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-2 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-3 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-4 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-5 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.884-0 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-1 is also issued under 26 U.S.C. 884.

AUTHORITY:Section 1.884-1 (d) also issued under 26 U.S.C. 884 (c) (2) (A).

AUTHORITY:Section 1.884-1 (d) (13) (i) also issued under 26 U.S.C. 884 (c) (2).

AUTHORITY:Section 1.884-1 (e) also issued under 26 U.S.C. 884 (c) (2) (B).

AUTHORITY:Section 1.884-2 also issued under 26 U.S.C. 884(g).

AUTHORITY:Section 1.884-2T also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-4 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 (e) and (f) also issued under 26 U.S.C. 884 (e) (4) (C).

AUTHORITY:Section 1.892-1T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-2T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-3T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-4T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5 also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-6T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-7T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.894-1 also issued under 26 U.S.C. 894 and 7701(l).

AUTHORITY:Sections 1.897-5T, 1.897-6T and 1.897-7T also issued under 26 U.S.C. 897 (d), (e), (g) and (j) and 26 U.S.C. 367(e)(2).

AUTHORITY:Sections 1.902-1 and 902-2 also issued under 26 U.S.C. 902(c)(7).

AUTHORITY:Section 1.904-4 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(b)-1 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904(b)-2 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904-5 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-6 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-7 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(f)-(2) also issued under 26 U.S.C. 904 (f)(3)(b).

AUTHORITY:Sections 1.904-4 through 1.904-7 also issued under 26 U.S.C. 904(d)(5).

AUTHORITY:Section 1.904(i)-1 also issued under 26 U.S.C. 904(i).

AUTHORITY:Sections 1.905-3T and 1.905-4T also issued under 26 U.S.C. 989(c)(4).

AUTHORITY:Section 1.907(b)-1 is also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.907(b)-1T also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.911-7 also issued under 26 U.S.C. 911(d)(9).

AUTHORITY:Sections 1.924(c)-1, 1.924(d)-1, and 1.924(e)-1 also issued under 26 U.S.C. 924(d).

AUTHORITY:Section 1.925(a)-1 also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(a)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(b)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.927(d)-1 also issued under 26 U.S.C. 927(d)(1)(B).

AUTHORITY:Section 1.927(e)-1 also issued under 26 U.S.C. 927(e)(1).

AUTHORITY:Section 1.927(e)-2T also issued under 26 U.S.C. 927(e)(2).

AUTHORITY:Section 1.927(f)-1 also issued under 26 U.S.C. 927(f).

AUTHORITY:Section 1.931-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.932-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.935-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.936-4 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-5 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-6 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-7 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-11 also issued under 26 U.S.C. 936(j).

AUTHORITY:Section 1.937-1 also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-1T also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-2T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.952-11T is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.953-2 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.954-0 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-1 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-2 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.956-3T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.957-1 also issued under 26 U.S.C. 957.

AUTHORITY:Section 1.957-3T also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.960-1 also issued under 26 U.S.C. 960(a).

AUTHORITY:Sections 1.985-0 through 1.985-5 also issued under 26 U.S.C. 985.

AUTHORITY:Sections 1.987-1 through 1.987-5 also issued under 26 U.S.C. 987.

AUTHORITY:Sections 1.988-0 through 1.988-5 also issued under 26 U.S.C. 988.

AUTHORITY:Sections 1.989(a)-0T and 1.989(a)-1T also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.989(b)-1 also issued under 26 U.S.C. 989(b).

AUTHORITY:Section 1.989-1(c) also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.1036-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.1059(e)-1 also issued under 26 U.S.C. 1059 (e)(1) and (e)(2).

AUTHORITY:Section 1.1060-1 also issued under 26 U.S.C. 1060.

AUTHORITY:Sections 1.1092(b)-1T and 1.1092(b)-2T also issued under 26 U.S.C. 1092 (b)(1).

AUTHORITY:Section 1.1092(b)-4T also issued under 26 U.S.C. 1092(b)(2).

AUTHORITY:Section 1.1092(c)-1 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-2 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-3 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-4 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(d)-2 also issued under 26 U.S.C. 1092(d)(3)(B).

AUTHORITY:Section 1.1202-2 is also issued under 26 U.S.C. 1202(k).

AUTHORITY:Section 1.1221-2 also issued under 26 U.S.C. 1221(b)(2)(A)(iii), (b)(2)(B), and (b)(3); 1502 and 6001.

AUTHORITY:Section 1.1221-2T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1244(e)-1 also issued under 26 U.S.C. 1244(e).

AUTHORITY:Section 1.1254-1 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-2 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-3 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-4 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-5 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-6 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1271-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274A-1 also issued under 26 U.S.C. 1274A(e) and 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-6 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-7 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1286-1 also issued under 26 U.S.C. 1275(D) and 1286(f).

AUTHORITY:Section 1.1286-2 also issued under 26 U.S.C. 1286(f).

AUTHORITY:Section 1.1287-1 also issued under 26 U.S.C. 165 (j)(3).

AUTHORITY:Section 1.1291-1 also issued under 26 U.S.C. 1291.

AUTHORITY:Section 1.1291-9 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1291-10 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1293-1 also issued under 26 U.S.C. 1293.

AUTHORITY:Section 1.1294-1T also issued under 26 U.S.C. 1294.

AUTHORITY:Section 1.1295-1 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1295-3 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1296-1 also issued under 26 U.S.C. 1296(g) and 26 U.S.C. 1298(f).

AUTHORITY:Section 1.1296(e)-1 also issued under 26 U.S.C. 1296(e).

AUTHORITY:Section 1.1297-3T also issued under 26 U.S.C. 1297(b)(1).

AUTHORITY:Section 1.1301-1 also issued under 26 U.S.C. 1301(c).

AUTHORITY:Section 1.1361-1(j) (6), (10) and (11) also issued under 26 U.S.C. 1361(d)(2)(B)(iii).

AUTHORITY:Section 1.1361-1(l) also issued under 26 U.S.C. 1361(c)(5)(C).

AUTHORITY:Sections 1.1362-1, 1.1362-2, 1.1362-3, 1.1362-4, 1.1362-5, 1.1362-6, 1.1362-7, and 1.1363-1 also issued under 26 U.S.C. 1377.

AUTHORITY:Section 1.1363-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.1368-1(f) and (g) also issued under 26 U.S.C. 1377(c).

AUTHORITY:Section 1.1368-2(b) also issued under 26 U.S.C. 1368(c).

AUTHORITY:Section 1.1374-1 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-2 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-3 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-4 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-5 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-6 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-7 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-8 also issued under 26 U.S.C 337(d) and 1374(e).

AUTHORITY:Section 1.1374-8T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-9 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-10 also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-10T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1377-1 also issued under 26 U.S.C. 1377(a)(2) and (c).

AUTHORITY:Section 1.1394-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1396-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1397E-1 also issued under 26 U.S.C. 1397E(b) and (d).

AUTHORITY:Section 1.1402 (e)-5T also is issued under 26 U.S.C. 1402(e)(1) and (2).

AUTHORITY:Section 1.1441-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-3 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1441-4 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-5 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.1441-6 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-7 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1443-1 also issued under 26 U.S.C. 1443(a).

AUTHORITY:Section 1.1445-5 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1445-8 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1461-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1461-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1462-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1502-0 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-1 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-3 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-9 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-11 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-12 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-17 also issued under 26 U.S.C. 446 and 1502.

AUTHORITY:Section 1.1502-18 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-19 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-19T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-20 also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-20T also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-21 also issued under 26 U.S.C. 1502 and 6402(i).

AUTHORITY:Section 1.1502-21(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-26 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-28 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-30 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32(a)(2), (b)(3)(iii)(C), (b)(3)(iii)(D), and (b)(4)(vi) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-34 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-43T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-47T also issued under 26 U.S.C. 1502, 1503(c) and 1504(c).

AUTHORITY:Section 1.1502-55 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-75 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77 also issued under 26 U.S.C. 1502 and 6402(j).

AUTHORITY:Section 1.1502-77T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-78 also issued under 26 U.S.C. 1502, 6402(j), and 6411(c).

AUTHORITY:Section 1.1502-79 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-80 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-81T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2T also issued under 26 U.S.C. 1503(d).

AUTHORITY:Section 1.1504-4 also issued under 26 U.S.C. 1504(a)(5).

AUTHORITY:Section 1.1502-9A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-41A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77A also issued under 26 U.S.C. 1502 and  6402(j).

AUTHORITY:Section 1.1502-79A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503(d) also issued under 26 U.S.C. 953(d) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1561-2T also issued under 26 U.S.C. 1561.

AUTHORITY:Section 1.6011-4T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 1.6013-6 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.6015-1 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-2 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-3 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-4 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-5 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-6 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-7 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-8 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-9 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6031(a)-1 also issued under section 404 of the Tax Equity and Fiscal Responsibility Act of 1982 (Public Law 97-248; 96 Stat. 324, 669) (TEFRA).

AUTHORITY:Sections 1.6035-1 through 1.6035-3 also issued under 26 U.S.C. 6035 (a), (d), and (e).

AUTHORITY:Section 1.6038-2 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038-3 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038A-1 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-2 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-3 also issued under 26 U.S.C. 6038A and  7701(l).

AUTHORITY:Section 1.6038A-4 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-5 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-6 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-7 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038B-1 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6038B-1T also issued under 26 U.S.C 6038B.

AUTHORITY:Section 1.6038B-2 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6041-1 also issued under 26 U.S.C. 6041(a).

AUTHORITY:Section 1.6041-2 also issued under 26 U.S.C. 6041(d).

AUTHORITY:Section 1.6041-3 also issued under 26 U.S.C. 62 and 6041(a).

AUTHORITY:Section 1.6042-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6043-4 also issued under 26 U.S.C. 6043(c).

AUTHORITY:Section 1.6045-1 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-2 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-4 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6046A-1 also issued under 26 U.S.C. 6046A.

AUTHORITY:Section 1.6049-4 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5T also issued under 26 U.S.C. 6049.

AUTHORITY:Section 1.6049-6 also issued under 6049(a), (b), and (d).

AUTHORITY:Section 1.6049-7 also issued under 26 U.S.C. 860G(e), 1275(c) and 26 U.S.C. 6049(d)(7)(D).

AUTHORITY:Section 1.6050E-1 also issued under 26 U.S.C. 6050E.

AUTHORITY:Section 1.6050H-1 also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-1T also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-2 also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050I-1 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050I-2 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050K-1 also issued under 26 U.S.C. 6050K.

AUTHORITY:Section 1.6050M-1 also issued under 26 U.S.C. 6050M.

AUTHORITY:Section 1.6050P-1 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050P-2 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050S-1 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-2 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-3 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-4 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6061-2T also issued under 26 U.S.C. 6061.

AUTHORITY:Section 1.6065-2T also issued under 26 U.S.C. 6065.

AUTHORITY:Section 1.6081-2T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-4T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-6T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-7T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-8 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-9 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-10T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-11T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6302-1 also issued under 26 U.S.C. 6302(c) and (h).

AUTHORITY:Section 1.6302-2 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-3 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-4 also issued under 26 U.S.C. 6302(a), (c), and (h).

AUTHORITY:Section 1.6411-4 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 1.6662-6 also issued under 26 U.S.C. 6662.

AUTHORITY:Section 1.6695-1 also issued under 26 U.S.C. 6060(b) and 6695(b).

AUTHORITY:Section 1.6695-2 also issued under 26 U.S.C. 6695(g).

AUTHORITY:Section 1.6851-2 also issued under 26 U.S.C 6851(d).

AUTHORITY:Section 1.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-2 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-4 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7701(l)-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7701(l)-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7702-2 also issued under 26 U.S.C. 7702(k).

AUTHORITY:Section 1.7872-5T also issued under 26 U.S.C. 7872.

AUTHORITY:Section 1.7872-15 also issued under 26 U.S.C. 1275 and 7872.

AUTHORITY:Section 1.7874-1T also issued under 26 U.S.C. 7874(c)(6) and (g).


SOURCE: T.D. 6500, 25 FR 11402, Nov. 26, 1960; 25 FR 14021, Dec. 21, 1960; 72 FR 28606, May 22, 2007, unless otherwise noted.

**C. F. R. T. 26, Ch. I, Subch. A, Pt. 1,** Refs & Annos, **CFR T. 26, Ch. I, Subch. A, Pt. 1,** Refs & Annos

Current through May 24, 2007; 72 FR 29235

Copr. © 2007 Thomson/West

END OF DOCUMENT

Treas. Reg. T. 26, Ch. I, Subch. B, Pt. 20, Refs & Annos

Code of Federal Regulations Currentness
Title 26. Internal Revenue
Chapter I. Internal Revenue Service, Department of the Treasury
Subchapter B. Estate and Gift Taxes
Part 20. Estate Tax; Estates of Decedents Dying After August 16, 1954

**ATT. 5**

AUTHORITY: 26 U.S.C. 7805.

AUTHORITY:Section 20.2031-7 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.2031-7A also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.6081-1 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 20.6302-1 also issued under 26 U.S.C. 6302(a) and (h).

AUTHORITY:Section 20.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-2 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-4 also issued under 26 U.S.C. 7520(c)(2).

SOURCE: T.D. 6296, 23 FR 4529, June 24, 1958; 25 FR 14021, Dec. 31, 1960, unless otherwise noted.

**C. F. R. T. 26, Ch. I, Subch. B, Pt. 20,** Refs & Annos, **CFR T. 26, Ch. I, Subch. B, Pt. 20,** Refs & Annos

Current through May 24, 2007; 72 FR 29235

Copr. © 2007 Thomson/West

END OF DOCUMENT

ATTACHMENT 5

Treas. Reg. T. 26, Ch. I, Subch. C, Pt. 31, Refs & Annos

Code of Federal Regulations Currentness
Title 26. Internal Revenue
Chapter I. Internal Revenue Service, Department of the Treasury
Subchapter C. Employment Taxes and Collection of Income Tax at Source
Part 31. Employment Taxes and Collection of Income Tax at Source

AUTHORITY: 26 U.S.C. 7805.

AUTHORITY:Sections 31.3121(a)-1, 31.3121(a)-3, 31.3231(e)-1, 31.3231(e)-3, 31.3306(b)-1, 31.3306 (b)-2, 31.3401(a)-1, and 31.3401(a)-4 also issued under 26 U.S.C. 62.

AUTHORITY:Section 31.3121(b)(7)-2 also issued under 26 U.S.C. 3121(b)(7)(F).

AUTHORITY:Section 31.3121(b)(19)-1 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 31.3306(c)(18)-1 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 31.3401(a)(6)-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 31.3402(f)(1)-1 also issued under 26 U.S.C. 3402(m).

AUTHORITY:Section 31.3402(f)(5)-1 also issued under 26 U.S.C. 3402 (i) and (m).

AUTHORITY:Section 31.3402(n)-1 also issued under 26 U.S.C. 6001, 6011 and 6364.

AUTHORITY:Section 31.3402(r)-1 also issued under 26 U.S.C. 3402(p) and (r).

AUTHORITY:Sections 31.3406(a)-1 through 31.3406(i)-1 also issued under 26 U.S.C.3406(i).

AUTHORITY:Section 31.3406(j)-1 also issued under 26 U.S.C. 3406(i).

AUTHORITY:Section 31.6011(a)-3A is also issued under the authority of 26 U.S.C. 6011.

AUTHORITY:Section 31.6011(a)-4 also issued under 26 U.S.C. 6011.

AUTHORITY:Section 31.6051-1 also issued under 26 U.S.C. 6051.

AUTHORITY:Section 31.6051-2 also issued under 26 U.S.C. 6051.

AUTHORITY:Sections 31.6053-3 (b)(5), (h) and (j)(9) and 31.6053-4 are also issued under sec. 1072 of Pub. L. 98-369, 98 Stat. 1052; and 26 U.S.C. 6001.

AUTHORITY:Sections 31.6053-3T and 31.6053-4T are also issued under sec. 1072 of Pub. L. 98-369, 98 Stat. 1052; and 26 U.S.C. 6001.

AUTHORITY:Section 31.6071-1 also issued under 26 U.S.C. 6071.

AUTHORITY:Section 31.6071(a)-1A is also issued under the authority of 26 U.S.C. 6071.

AUTHORITY:Section 31.6081-1 also issued under 26 U.S.C. 6081.

AUTHORITY:Section 31.6205-2 is also issued under 26 U.S.C. 6205(a)(1).

Attachment
1/2

AUTHORITY:Sections 31.6302-1 through 31.6302-3 also issued under 26 U.S.C. 6302 (a), (c), and (h).

AUTHORITY:Section 31.6302-4 also issued under 26 U.S.C. 6302 (a) and (c).

AUTHORITY:Section 31.6302(c)-2A is also issued under 26 U.S.C. 6302 and 6157(d).

AUTHORITY:Section 31.6302(c)-3 also issued under 26 U.S.C. 6302(h).


SOURCE:  T.D. 6516, 25 FR 13032, Dec. 20, 1960;  25 FR 14021, Dec. 31, 1960, unless otherwise noted.

**C. F. R. T. 26, Ch. I, Subch. C, Pt. 31,** Refs & Annos, **CFR T. 26, Ch. I, Subch. C, Pt. 31,** Refs & Annos

Current through May 24, 2007; 72 FR 29235

Copr. © 2007 Thomson/West

END OF DOCUMENT

2/2

Treas. Reg. ß 602.101

**Effective: April 30, 2007**

Code of Federal Regulations Currentness
Title 26. Internal Revenue
Chapter I. Internal Revenue Service, Department of the Treasury
Subchapter H. Internal Revenue Practice
Part 602. OMB Control Numbers Under The Paperwork Reduction Act

**ß 602.101 OMB Control numbers.**

**(a) Purpose.** This part collects and displays the control numbers assigned to collections of information in Internal Revenue Service regulations by the Office of Management and Budget (OMB) under the Paperwork Reduction Act of 1980. The Internal Revenue Service intends that this part comply with the requirements of ß ß 1320.7(f), 1320.12, 1320.13, and 1320.14 of 5 CFR part 1320 (OMB regulations implementing the Paperwork Reduction Act), for the display of control numbers assigned by OMB to collections of information in Internal Revenue Service regulations. This part does not display control numbers assigned by the Office of Management and Budget to collections of information of the Bureau of Alcohol, Tobacco, and Firearms.

**(b) Display.**

| CFR part or section where identified and described | Current OMB control No. |
|---|---|
| 1.1(h)-1(e) | 1545-1654 |
| 1.23-5 | 1545-0074 |
| 1.25-1T | 1545-0922 |
| | 1545-0930 |
| 1.25-2T | 1545-0922 |
| | 1545-0930 |
| 1.25-3T | 1545-0922 |
| | 1545-0930 |
| 1.25-4T | 1545-0922 |
| 1.25-5T | 1545-0922 |
| 1.25-6T | 1545-0922 |
| 1.25-7T | 1545-0922 |
| 1.25-8T | 1545-0922 |
| 1.25A-1 | 1545-1630 |
| 1.28-1 | 1545-0619 |
| 1.31-2 | 1545-0074 |
| 1.32-2 | 1545-0074 |
| 1.32-3 | 1545-1575 |
| 1.37-1 | 1545-0074 |
| 1.37-3 | 1545-0074 |
| 1.41-2 | 1545-0619 |
| 1.41-3 | 1545-0619 |
| 1.41-4A | 1545-0074 |
| 1.41-4(b) and (c) | 1545-0074 |
| 1.41-8(b) | 1545-1625 |

Attachment 7

7/48

| Section | Control No. |
|---|---|
| 1.41-8(d) | 1545-0732 |
| 1.41-9 | 1545-0619 |
| 1.42-1T | 1545-0984 |
| | 1545-0988 |
| 1.42-2 | 1545-1005 |
| 1.42-5 | 1545-1357 |
| 1.42-6 | 1545-1102 |
| 1.42-8 | 1545-1102 |
| 1.42-10 | 1545-1102 |
| 1.42-13 | 1545-1357 |
| 1.42-14 | 1545-1423 |
| 1.42-17 | 1545-1357 |
| 1.43-3(a)(3) | 1545-1292 |
| 1.43-3(b)(3) | 1545-1292 |
| 1.44A-1 | 1545-0068 |
| 1.44A-3 | 1545-0074 |
| 1.44B-1 | 1545-0219 |
| 1.45D-1 | 1545-1765 |
| 1.45G-1T | 1545-2031 |
| 1.46-1 | 1545-0123 |
| | 1545-0155 |
| 1.46-3 | 1545-0155 |
| 1.46-4 | 1545-0155 |
| 1.46-5 | 1545-0155 |
| 1.46-6 | 1545-0155 |
| 1.46-8 | 1545-0155 |
| 1.46-9 | 1545-0155 |
| 1.46-10 | 1545-0118 |
| 1.46-11 | 1545-0155 |
| 1.47-1 | 1545-0166 |
| | 1545-0155 |
| 1.47-3 | 1545-0166 |
| | 1545-0155 |
| 1.47-4 | 1545-0123 |
| 1.47-5 | 1545-0092 |
| 1.47-6 | 1545-0099 |
| 1.48-3 | 1545-0155 |
| 1.48-4 | 1545-0808 |
| | 1545-0155 |
| 1.48-5 | 1545-0155 |
| 1.48-6 | 1545-0155 |
| 1.48-12 | 1545-0155 |
| | 1545-1783 |
| 1.50A-1 | 1545-0895 |
| 1.50A-2 | 1545-0895 |
| 1.50A-3 | 1545-0895 |
| 1.50A-4 | 1545-0895 |
| 1.50A-5 | 1545-0895 |
| 1.50A-6 | 1545-0895 |
| 1.50A-7 | 1545-0895 |
| 1.50B-1 | 1545-0895 |
| 1.50B-2 | 1545-0895 |
| 1.50B-3 | 1545-0895 |
| 1.50B-4 | 1545-0895 |

1.50B-5 .......... 1545-0895
1.51-1 .......... 1545-0219
1545-0241
1545-0244
1545-0797
1.52-2 .......... 1545-0219
1.52-3 .......... 1545-0219
1.56-1 .......... 1545-0123
1.56(g)-1 .......... 1545-1233
1.56A-1 .......... 1545-0227
1.56A-2 .......... 1545-0227

1.56A-3 .......... 1545-0227
1.56A-4 .......... 1545-0227
1.56A-5 .......... 1545-0227
1.57-5 .......... 1545-0227
1.58-1 .......... 1545-0175
1.58-9(c)(5)(iii)(B) .......... 1545-1093
1.58-9(e)(3) .......... 1545-1093
1.59-1 .......... 1545-1903
1.61-2 .......... 1545-0771
1.61-2T .......... 1545-0771
1.61-4 .......... 1545-0187
1.61-15 .......... 1545-0074
1.62-2 .......... 1545-1148
1.63-1 .......... 1545-0074
1.66-4 .......... 1545-1770
1.67-2T .......... 1545-0110
1.67-3 .......... 1545-1018
1.67-3T .......... 1545-0118
1.71-1T .......... 1545-0074
1.72-4 .......... 1545-0074

1.72-6 .......... 1545-0074
1.72-9 .......... 1545-0074
1.72-17 .......... 1545-0074
1.72-17A .......... 1545-0074
1.72-18 .......... 1545-0074
1.74-1 .......... 1545-1100
1.79-2 .......... 1545-0074
1.79-3 .......... 1545-0074
1.83-2 .......... 1545-0074
1.83-5 .......... 1545-0074
1.83-6 .......... 1545-1448
1.103-10 .......... 1545-0123
1545-0940
1.103-15AT .......... 1545-0720
1.103-18 .......... 1545-1226
1.103(n)-2T .......... 1545-0874
1.103(n)-4T .......... 1545-0874
1.103A-2 .......... 1545-0720
1.105-4 .......... 1545-0074
1.105-5 .......... 1545-0074

1.105-6 .......... 1545-0074
1.108-4 .......... 1545-1539
1.108-5 .......... 1545-1421

3/48

1.110-1 .......... 1545-1661
1.117-5 .......... 1545-0869
1.118-2 .......... 1545-1639
1.119-1 .......... 1545-0067
1.120-3 .......... 1545-0057
1.121-1 .......... 1545-0072
1.121-2 .......... 1545-0072
1.121-3 .......... 1545-0072
1.121-4 .......... 1545-0072
1545-0091
1.121-5 .......... 1545-0072
1.127-2 .......... 1545-0768
1.132-1T .......... 1545-0771
1.132-2 .......... 1545-0771
1.132-2T .......... 1545-0771
1.132-5 .......... 1545-0771
1.132-5T .......... 1545-0771

1545-1098
1.132-9(b) .......... 1545-1676
1.141-1 .......... 1545-1451
1.141-12 .......... 1545-1451
1.142-2 .......... 1545-1451
1.142(f)(4)-1 .......... 1545-1730
1.148-0 .......... 1545-1098
1.148-1 .......... 1545-1098
1.148-2 .......... 1545-1098
1545-1347
1.148-3 .......... 1545-1098
1545-1347
1.148-4 .......... 1545-1098
1545-1347
1.148-5 .......... 1545-1098
1545-1490
1.148-6 .......... 1545-1098
1545-1451
1.148-7 .......... 1545-1098
1545-1347

1.148-8 .......... 1545-1098
1.148-11 .......... 1545-1098
1545-1347
1.149(e)-1 .......... 1545-0720
1.150-1 .......... 1545-1347
1.151-1 .......... 1545-0074
1.152-3 .......... 1545-0071
1545-1783
1.152-4 .......... 1545-0074
1.152-4T .......... 1545-0074
1.162-1 .......... 1545-0139
1.162-2 .......... 1545-0139
1.162-3 .......... 1545-0139
1.162-4 .......... 1545-0139
1.162-5 .......... 1545-0139
1.162-6 .......... 1545-0139
1.162-7 .......... 1545-0139
1.162-8 .......... 1545-0139

4/48

1.162-9 .......... 1545-0139
1.162-10 .......... 1545-0139

1.162-11 .......... 1545-0139
1.162-12 .......... 1545-0139
1.162-13 .......... 1545-0139
1.162-14 .......... 1545-0139
1.162-15 .......... 1545-0139
1.162-16 .......... 1545-0139
1.162-17 .......... 1545-0139
1.162-18 .......... 1545-0139
1.162-19 .......... 1545-0139
1.162-20 .......... 1545-0139
1.162-27 .......... 1545-1466
1.163-5 .......... 1545-0786
1545-1132
1.163-8T .......... 1545-0995
1.163-10T .......... 1545-0074
1.163-13 .......... 1545-1491
1.163(d)-1 .......... 1545-1421
1.165-1 .......... 1545-0177
1.165-2 .......... 1545-0177
1.165-3 .......... 1545-0177

1.165-4 .......... 1545-0177
1.165-5 .......... 1545-0177
1.165-6 .......... 1545-0177
1.165-7 .......... 1545-0177
1.165-8 .......... 1545-0177
1.165-9 .......... 1545-0177
1.165-10 .......... 1545-0177
1.165-11 .......... 1545-0074
1545-0177
1545-0786
1.165-12 .......... 1545-0786
1.166-1 .......... 1545-0123
1.166-2 .......... 1545-1254
1.166-4 .......... 1545-0123
1.166-10 .......... 1545-0123
1.167(a)-5T .......... 1545-1021
1.167(a)-7 .......... 1545-0172
1.167(a)-11 .......... 1545-0152
1545-0172
1.167(a)-12 .......... 1545-0172

1.167(d)-1 .......... 1545-0172
1.167(e)-1 .......... 1545-0172
1.167(f)-11 .......... 1545-0172
1.167(l)-1 .......... 1545-0172
1.168(d)-1 .......... 1545-1146
1.168(f)(8)-1T .......... 1545-0923
1.168(i)-1 .......... 1545-1331
1.168-5 .......... 1545-0172
1.169-4 .......... 1545-0172
1.170-1 .......... 1545-0074
1.170-2 .......... 1545-0074
1.170-3 .......... 1545-0123

5/48

| Section | OMB Control No. |
|---|---|
| 1.170A-1 | 1545-0074 |
| 1.170A-2 | 1545-0074 |
| 1.170A-4(A)(b) | 1545-0123 |
| 1.170A-8 | 1545-0074 |
| 1.170A-9 | 1545-0052 |
| | 1545-0074 |
| 1.170A-11 | 1545-0123 |
| | 1545-0074 |
| | 1545-1868 |
| 1.170A-12 | 1545-0020 |
| | 1545-0074 |
| 1.170A-13 | 1545-0074 |
| | 1545-0754 |
| | 1545-0908 |
| | 1545-1431 |
| 1.170A-13(f) | 1545-1464 |
| 1.170A-14 | 1545-0763 |
| 1.171-4 | 1545-1491 |
| 1.171-5 | 1545-1491 |
| 1.172-1 | 1545-0172 |
| 1.172-13 | 1545-0863 |
| 1.173-1 | 1545-0172 |
| 1.174-3 | 1545-0152 |
| 1.174-4 | 1545-0152 |
| 1.175-3 | 1545-0187 |
| 1.175-6 | 1545-0152 |
| 1.177-1 | 1545-0172 |
| 1.179-2 | 1545-1201 |
| 1.179-3 | 1545-1201 |
| 1.179-5 | 1545-0172 |
| 1.179-5 | 1545-1201 |
| 1.180-2 | 1545-0074 |
| 1.181-1T and 1.181-2T | 1545-2059 |
| 1.182-6 | 1545-0074 |
| 1.183-1 | 1545-0195 |
| 1.183-2 | 1545-0195 |
| 1.183-3 | 1545-0195 |
| 1.183-4 | 1545-0195 |
| 1.190-3 | 1545-0074 |
| 1.194-2 | 1545-0735 |
| 1.194-4 | 1545-0735 |
| 1.195-1 | 1545-1582 |
| 1.197-1T | 1545-1425 |
| 1.197-2 | 1545-1671 |
| 1.199-6 | 1545-1966 |
| 1.213-1 | 1545-0074 |
| 1.215-1T | 1545-0074 |
| 1.217-2 | 1545-0182 |
| 1.243-3 | 1545-0123 |
| 1.243-4 | 1545-0123 |
| 1.243-5 | 1545-0123 |
| 1.248-1 | 1545-0172 |
| 1.261-1 | 1545-1041 |
| 1.263(a)-5 | 1545-1870 |

6/48

1.263(e)-1 .......... 1545-0123
1.263A-1 .......... 1545-0987
1.263A-1T .......... 1545-0187
1.263A-2 .......... 1545-0987
1.263A-3 .......... 1545-0987
1.263A-8(b)(2)(iii) .......... 1545-1265
1.263A-9(d)(1) .......... 1545-1265
1.263A-9(f)(1)(ii) .......... 1545-1265
1.263A-9(f)(2)(iv) .......... 1545-1265
1.263A-9(g)(2)(iv)(C) .......... 1545-1265
1.263A-9(g)(3)(iv) .......... 1545-1265
1.265-1 .......... 1545-0074
1.265-2 .......... 1545-0123
1.266-1 .......... 1545-0123

1.267(f)-1 .......... 1545-0885
1.268-1 .......... 1545-0184
1.274-1 .......... 1545-0139
1.274-2 .......... 1545-0139
1.274-3 .......... 1545-0139
1.274-4 .......... 1545-0139
1.274-5 .......... 1545-0771
1.274-5A .......... 1545-0139
1545-0771
1.274-5T .......... 1545-0074
1545-0172
1545-0771
1.274-6 .......... 1545-0139
1545-0771
1.274-6T .......... 1545-0074
1545-0771
1.274-7 .......... 1545-0139
1.274-8 .......... 1545-0139
1.279-6 .......... 1545-0123
1.280C-4 .......... 1545-1155

1.280F-3T .......... 1545-0074
1.280G-1 .......... 1545-1851
1.281-4 .......... 1545-0123
1.302-2T .......... 1545-2019
1.302-4 .......... 1545-0074
1.302-4T .......... 1545-2019
1.305-3 .......... 1545-0123
1.305-5 .......... 1545-1438
1.307-2 .......... 1545-0074
1.312-15 .......... 1545-0172
1.316-1 .......... 1545-0123
1.331-1 .......... 1545-0074
1.331-1T .......... 1545-2019
1.332-4 .......... 1545-0123
1.332-6T .......... 1545-2019
1.337(d)-1 .......... 1545-1160
1.337(d)-2 .......... 1545-1160
1545-1774
1.337(d)-4 .......... 1545-1633
1.337(d)-5 .......... 1545-1672

7/48

1.337(d)-6 .......... 1545-1672
1.337(d)-7 .......... 1545-1672
1.338-2 .......... 1545-1658
1.338-5 .......... 1545-1658
1.338-10 .......... 1545-1658
1.338-10T .......... 1545-2019
1.338-11T .......... 1545-1990
1.338(h)(10)-1 .......... 1545-1658
1.338(i)-1 .......... 1545-1990
1.341-7 .......... 1545-0123
1.351-3T .......... 1545-2019
1.355-5T .......... 1545-2019
1.362-2 .......... 1545-0123
1.367(a)-1T .......... 1545-0026
1.367(a)-2T .......... 1545-0026
1.367(a)-3 .......... 1545-0026
1545-1478
1.367(a)-6T .......... 1545-0026
1.367(a)-8 .......... 1545-1271
1.367(a)-8T .......... 1545-2056

1.367(b)-1 .......... 1545-1271
1.367(b)-3T .......... 1545-1666
1.367(d)-1T .......... 1545-0026
1.367(e)-1 .......... 1545-1487
1.367(e)-2 .......... 1545-1487
1.368-1 .......... 1545-1691
1.368-3T .......... 1545-2019
1.371-1 .......... 1545-0123
1.371-2 .......... 1545-0123
1.374-3 .......... 1545-0123
1.381(b)-1 .......... 1545-0123
1.381(b)-1T .......... 1545-2019
1.381(c)(4)-1 .......... 1545-0123
1545-0152
1545-0879
1.381(c)(5)-1 .......... 1545-0123
1545-0152
1.381(c)(6)-1 .......... 1545-0123
1545-0152
1.381(c)(8)-1 .......... 1545-0123

1.381(c)(10)-1 .......... 1545-0123
1.381(c)(11)-1(k) .......... 1545-0123
1.381(c)(13)-1 .......... 1545-0123
1.381(c)(17)-1 .......... 1545-0045
1.381(c)(22)-1 .......... 1545-1990
1.381(c)(25)-1 .......... 1545-0045
1.382-1T .......... 1545-0123
1.382-2 .......... 1545-0123
1.382-2T .......... 1545-0123
1.382-3 .......... 1545-1281
1545-1345
1.382-4 .......... 1545-1120
1.382-6 .......... 1545-1381
1.382-8 .......... 1545-1434
1.382-8T .......... 1545-2019

1.382-9 .......... 1545-1260
1545-1120
1545-1275
1545-1324
1.382-11T .......... 1545-2019

1.382-91 .......... 1545-1260
1545-1324
1.383-1 .......... 1545-0074
1545-1120
1.401-1 .......... 1545-0020
1545-0197
1545-0200
1545-0534
1545-0710
1.401(a)-11 .......... 1545-0710
1.401(a)-20 .......... 1545-0928
1.401(a)-50 .......... 1545-0710
1.401(a)(9)-1 .......... 1545-1573
1.401(a)(9)-3 .......... 1545-1466
1.401(a)(9)-4 .......... 1545-1573
1.401(a)(31)-1 .......... 1545-1341
1.401(b)-1 .......... 1545-0197
1.401(f)-1 .......... 1545-0710
1.401(k)-1 .......... 1545-1039
1545-1069

1545-1669
1545-1930
1.401(k)-2 .......... 1545-1669
1.401(k)-3 .......... 1545-1669
1.401(k)-4 .......... 1545-1669
1.401(m)-3 .......... 1545-1699
1.401-12(n) .......... 1545-0806
1.401-14 .......... 1545-0710
1.402(c)-2 .......... 1545-1341
1.402(f)-1 .......... 1545-1341
1545-1632
1.402A-1 .......... 1545-1992
1.403(b)-1 .......... 1545-0710
1.403(b)-2 .......... 1545-1341
1.403(b)-3 .......... 1545-0996
1.404(a)-4 .......... 1545-0710
1.404(a)-12 .......... 1545-0710
1.404A-2 .......... 1545-0123
1.404A-6 .......... 1545-0123
1.408-2 .......... 1545-0390

1.408-5 .......... 1545-0747
1.408-6 .......... 1545-0203
1545-0390
1.408-7 .......... 1545-0119
1.408A-2 .......... 1545-1616
1.408A-4 .......... 1545-1616
1.408A-5 .......... 1545-1616
1.408A-7 .......... 1545-1616
1.408(q)-1 .......... 1545-1841

9/48

1.410(a)-2 .......................................................... 1545-0710
1.410(d)-1 .......................................................... 1545-0710
1.411(a)-11 ........................................................ 1545-1471
1545-1632
1.411(d)-4 .......................................................... 1545-1545
1.411(d)-6 .......................................................... 1545-1477
1.412(b)-5 .......................................................... 1545-0710
1.412(c)(1)-2 ...................................................... 1545-0710
1.412(c)(2)-1 ...................................................... 1545-0710
1.412(c)(3)-2 ...................................................... 1545-0710
1.414(c)-5 .......................................................... 1545-0797

1.414(r)-1 .......................................................... 1545-1221
1.415-2 ............................................................. 1545-0710
1.415-6 ............................................................. 1545-0710
1.417(a)(3)-1 ...................................................... 1545-0928
1.417(e)-1 .......................................................... 1545-1471
1545-1724
1.417(e)-1T ........................................................ 1545-1471
1.419A(f)(6)-1 ..................................................... 1545-1795
1.422-1 ............................................................. 1545-0820
1.441-2 ............................................................. 1545-1748
1.442-1 ............................................................. 1545-0074
1545-0123
1545-0134
1545-0152
1545-1748
1.443-1 ............................................................. 1545-0123
1.444-3T ........................................................... 1545-1036
1.444-4 ............................................................. 1545-1591
1.446-1 ............................................................. 1545-0074
1545-0152

1.446-4(d) .......................................................... 1545-1412
1.448-1(g) .......................................................... 1545-0152
1.448-1(h) .......................................................... 1545-0152
1.448-1(i) .......................................................... 1545-0152
1.448-2 ............................................................. 1545-1855
1.448-2T ........................................................... 1545-0152
1545-1855
1.451-1 ............................................................. 1545-0091
1.451-4 ............................................................. 1545-0123
1.451-5 ............................................................. 1545-0074
1.451-6 ............................................................. 1545-0074
1.451-7 ............................................................. 1545-0074
1.453-1 ............................................................. 1545-0152
1.453-2 ............................................................. 1545-0152
1.453-8 ............................................................. 1545-0152
1545-0228
1.453-10 ........................................................... 1545-0152
1.453A-1 ........................................................... 1545-0152
1545-1134
1.453A-2 ........................................................... 1545-0152

1545-1134
1.453A-3 ........................................................... 1545-0963
1.454-1 ............................................................. 1545-0074

10/48

1.455-2 .......... 1545-0152
1.455-6 .......... 1545-0123
1.456-2 .......... 1545-0123
1.456-6 .......... 1545-0123
1.456-7 .......... 1545-0123
1.457-8 .......... 1545-1580
1.458-1 .......... 1545-0879
1.458-2 .......... 1545-0152
1.460-1 .......... 1545-1650
1.460-6 .......... 1545-1031
1545-1572
1545-1732
1.461-1 .......... 1545-0074
1.461-2 .......... 1545-0096
1.461-4 .......... 1545-0917
1.461-5 .......... 1545-0917
1.463-1T .......... 1545-0916

1.465-1T .......... 1545-0712
1.466-1T .......... 1545-0152
1.466-4 .......... 1545-0152
1.468A-3 .......... 1545-1269
1545-1378
1545-1511
1.468A-4 .......... 1545-0954
1.468A-7 .......... 1545-0954
1.468A-8 .......... 1545-1269
1.468B-1 .......... 1545-1631
1.468B-1(j) .......... 1545-1299
1.468B-2(k) .......... 1545-1299
1.468B-2(l) .......... 1545-1299
1.468B-3(b) .......... 1545-1299
1.468B-3(e) .......... 1545-1299
1.468B-5(b) .......... 1545-1299
1.468B-9 .......... 1545-1631
1.469-1 .......... 1545-1008
1.469-2T .......... 1545-0712
1545-1091

1.469-4T .......... 1545-0985
1545-1037
1.469-7 .......... 1545-1244
1.471-2 .......... 1545-0123
1.471-5 .......... 1545-0123
1.471-6 .......... 1545-0123
1.471-8 .......... 1545-0123
1.471-11 .......... 1545-0123
1545-0152
1.472-1 .......... 1545-0042
1545-0152
1.472-2 .......... 1545-0152
1.472-3 .......... 1545-0042
1.472-5 .......... 1545-0152
1.472-8 .......... 1545-0028
1545-0042
1545-1767
1.475(b)-4 .......... 1545-1496

11/48

| Section | OMB control number |
|---|---|
| 1.481-4 | 1545-0152 |
| 1.481-5 | 1545-0152 |
| 1.482-1 | 1545-1364 |
| 1.482-4 | 1545-1364 |
| 1.482-7 | 1545-1364 |
| | 1545-1794 |
| 1.501(a)-1 | 1545-0056 |
| | 1545-0057 |
| 1.501(c)(3)-1 | 1545-0056 |
| 1.501(c)(9)-5 | 1545-0047 |
| 1.501(c)(17)-3 | 1545-0047 |
| 1.501(e)-1 | 1545-0814 |
| 1.503(c)-1 | 1545-0047 |
| | 1545-0052 |
| 1.505(c)-1T | 1545-0916 |
| 1.507-1 | 1545-0052 |
| 1.507-2 | 1545-0052 |
| 1.508-1 | 1545-0052 |
| | 1545-0056 |
| 1.509(a)-3 | 1545-0047 |
| 1.509(a)-5 | 1545-0047 |
| 1.509(c)-1 | 1545-0052 |
| 1.512(a)-1 | 1545-0687 |
| 1.512(a)-4 | 1545-0047 |
| | 1545-0687 |
| 1.521-1 | 1545-0051 |
| | 1545-0058 |
| 1.527-2 | 1545-0129 |
| 1.527-5 | 1545-0129 |
| 1.527-6 | 1545-0129 |
| 1.527-9 | 1545-0129 |
| 1.528-8 | 1545-0127 |
| 1.533-2 | 1545-0123 |
| 1.534-2 | 1545-0123 |
| 1.542-3 | 1545-0123 |
| 1.545-2 | 1545-0123 |
| 1.545-3 | 1545-0123 |
| 1.547-2 | 1545-0045 |
| | 1545-0123 |
| 1.547-3 | 1545-0123 |
| 1.551-4 | 1545-0074 |
| 1.552-3 | 1545-0099 |
| 1.552-4 | 1545-0099 |
| 1.552-5 | 1545-0099 |
| 1.556-2 | 1545-0704 |
| 1.561-1 | 1545-0044 |
| 1.561-2 | 1545-0123 |
| 1.562-3 | 1545-0123 |
| 1.563-2 | 1545-0123 |
| 1.564-1 | 1545-0123 |
| 1.565-1 | 1545-0043 |

1545-0123
1.565-2 .......... 1545-0043
1.565-3 .......... 1545-0043
1.565-5 .......... 1545-0043
1.565-6 .......... 1545-0043
1.585-1 .......... 1545-0123
1.585-3 .......... 1545-0123
1.585-8 .......... 1545-1290
1.586-2 .......... 1545-0123

1.593-1 .......... 1545-0123
1.593-6 .......... 1545-0123
1.593-6A .......... 1545-0123
1.593-7 .......... 1545-0123
1.595-1 .......... 1545-0123
1.597-2 .......... 1545-1300
1.597-4 .......... 1545-1300
1.597-6 .......... 1545-1300
1.597-7 .......... 1545-1300
1.611-2 .......... 1545-0099
1.611-3 .......... 1545-0007
1545-0099
1545-1784
1.612-4 .......... 1545-0074
1.612-5 .......... 1545-0099
1.613-3 .......... 1545-0099
1.613-4 .......... 1545-0099
1.613-6 .......... 1545-0099
1.613-7 .......... 1545-0099
1.613A-3 .......... 1545-0919

1.613A-3(e) .......... 1545-1251
1.613A-3(l) .......... 1545-0919
1.613A-5 .......... 1545-0099
1.613A-6 .......... 1545-0099
1.614-2 .......... 1545-0099
1.614-3 .......... 1545-0099
1.614-5 .......... 1545-0099
1.614-6 .......... 1545-0099
1.614-8 .......... 1545-0099
1.617-1 .......... 1545-0099
1.617-3 .......... 1545-0099
1.617-4 .......... 1545-0099
1.631-1 .......... 1545-0007
1.631-2 .......... 1545-0007
1.641(b)-2 .......... 1545-0092
1.642(c)-1 .......... 1545-0092
1.642(c)-2 .......... 1545-0092
1.642(c)-5 .......... 1545-0074
1.642(c)-6 .......... 1545-0020
1545-0074

1545-0092
1.642(g)-1 .......... 1545-0092
1.642(i)-1 .......... 1545-0092
1.645-1 .......... 1545-1578
1.663(b)-2 .......... 1545-0092

13/48

1.664-1 .......... 1545-0196
1.664-1(a)(7) .......... 1545-1536
1.664-2 .......... 1545-0196
1.664-3 .......... 1545-0196
1.664-4 .......... 1545-0020
1545-0196
1.665(a)-0A through
1.665(g)-2A .......... 1545-0192
1.666(d)-1A .......... 1545-0092
1.671-4 .......... 1545-1442
1.671-5 .......... 1545-1540
1.701-1 .......... 1545-0099
1.702-1 .......... 1545-0074
1.703-1 .......... 1545-0099
1.704-2 .......... 1545-1090

1.706-1 .......... 1545-0099
1545-0074
1545-0134
1.706-1T .......... 1545-0099
1.707-3(c)(2) .......... 1545-1243
1.707-5(a)(7)(ii) .......... 1545-1243
1.707-6(c) .......... 1545-1243
1.707-8 .......... 1545-1243
1.708-1 .......... 1545-0099
1.732-1 .......... 1545-0099
1545-1588
1.736-1 .......... 1545-0074
1.743-1 .......... 1545-0074
1545-1588
1.751-1 .......... 1545-0074
1545-0099
1545-0941
1.752-2 .......... 1545-1905
1.752-5 .......... 1545-1090
1.752-7 .......... 1545-1843

1.754-1 .......... 1545-0099
1.755-1 .......... 1545-0099
1.761-2 .......... 1545-1338
1.801-1 .......... 1545-0123
1545-0128
1.801-3 .......... 1545-0123
1.801-5 .......... 1545-0128
1.801-8 .......... 1545-0128
1.804-4 .......... 1545-0128
1.811-2 .......... 1545-0128
1.812-2 .......... 1545-0128
1.815-6 .......... 1545-0128
1.818-4 .......... 1545-0128
1.818-5 .......... 1545-0128
1.818-8 .......... 1545-0128
1.819-2 .......... 1545-0128
1.821-1 .......... 1545-1027
1.821-3 .......... 1545-1027
1.821-4 .......... 1545-1027
1.822-5 .......... 1545-1027

1.822-6 .......... 1545-1027
1.822-8 .......... 1545-1027
1.822-9 .......... 1545-1027
1.823-2 .......... 1545-1027
1.823-5 .......... 1545-1027
1.823-6 .......... 1545-1027
1.825-1 .......... 1545-1027
1.826-1 .......... 1545-1027
1.826-2 .......... 1545-1027
1.826-3 .......... 1545-1027
1.826-4 .......... 1545-1027
1.826-6 .......... 1545-1027
1.831-3 .......... 1545-0123
1.831-4 .......... 1545-0123
1.832-4 .......... 1545-1227
1.832-5 .......... 1545-0123
1.848-2(g)(8) .......... 1545-1287
1.848-2(h)(3) .......... 1545-1287
1.848-2(i)(4) .......... 1545-1287
1.851-2 .......... 1545-1010

1.851-4 .......... 1545-0123
1.852-1 .......... 1545-0123
1.852-4 .......... 1545-0123
1545-0145
1.852-6 .......... 1545-0123
1545-0144
1.852-7 .......... 1545-0074
1.852-9 .......... 1545-0074
1545-0123
1545-0144
1545-0145
1545-1783
1.852-11 .......... 1545-1094
1.853-3 .......... 1545-0123
1.853-4 .......... 1545-0123
1.854-2 .......... 1545-0123
1.855-1 .......... 1545-0123
1.856-2 .......... 1545-0123
1545-1004
1.856-6 .......... 1545-0123

1.856-7 .......... 1545-0123
1.856-8 .......... 1545-0123
1.857-8 .......... 1545-0123
1.857-9 .......... 1545-0074
1.858-1 .......... 1545-0123
1.860-2 .......... 1545-0045
1.860-4 .......... 1545-0045
1545-1054
1545-1057
1.860E-1 .......... 1545-1675
1.860E-2(a)(5) .......... 1545-1276
1.860E-2(a)(7) .......... 1545-1276
1.860E-2(b)(2) .......... 1545-1276
1.861-2 .......... 1545-0089

15/48

| | |
|---|---|
| 1.861-3 | 1545-0089 |
| 1.861-4 | 1545-1900 |
| 1.861-8 | 1545-0126 |
| 1.861-8(e)(6) and (g) | 1545-1224 |
| 1.861-9T | 1545-0121 |
| | 1545-1072 |
| 1.861-18 | 1545-1594 |
| 1.863-1 | 1545-1476 |
| 1.863-3 | 1545-1476 |
| | 1545-1556 |
| 1.863-3A | 1545-0126 |
| 1.863-4 | 1545-0126 |
| 1.863-7 | 1545-0132 |
| 1.863-8 | 1545-1718 |
| 1.863-9 | 1545-1718 |
| 1.864-4 | 1545-0126 |
| 1.871-1 | 1545-0096 |
| 1.871-6 | 1545-0795 |
| 1.871-7 | 1545-0089 |
| 1.871-10 | 1545-0089 |
| | 1545-0165 |
| 1.874-1 | 1545-0089 |
| 1.881-4 | 1545-1440 |
| 1.882-4 | 1545-0126 |
| 1.882-5T | 1545-2030 |
| 1.883-1 | 1545-1677 |
| 1.883-2 | 1545-1677 |
| 1.883-3 | 1545-1677 |
| 1.883-4 | 1545-1677 |
| 1.883-5 | 1545-1677 |
| 1.884-0 | 1545-1070 |
| 1.884-1 | 1545-1070 |
| 1.884-2 | 1545-1070 |
| 1.884-2T | 1545-0126 |
| | 1545-1070 |
| 1.884-4 | 1545-1070 |
| 1.884-5 | 1545-1070 |
| 1.892-1T | 1545-1053 |
| 1.892-2T | 1545-1053 |
| 1.892-3T | 1545-1053 |
| 1.892-4T | 1545-1053 |
| 1.892-5T | 1545-1053 |
| 1.892-6T | 1545-1053 |
| 1.892-7T | 1545-1053 |
| 1.897-2 | 1545-0123 |
| | 1545-0902 |
| 1.897-3 | 1545-0123 |
| 1.897-5T | 1545-0902 |
| 1.897-6T | 1545-0902 |
| 1.901-2 | 1545-0746 |
| 1.901-2A | 1545-0746 |
| 1.901-3 | 1545-0122 |
| 1.902-1 | 1545-0122 |
| | 1545-1458 |

1.904-1 .......................................................... 1545-0121
1545-0122
1.904-2 .......................................................... 1545-0121
1545-0122
1.904-3 .......................................................... 1545-0121
1.904-4 .......................................................... 1545-0121
1.904-5 .......................................................... 1545-0121
1.904-7T .......................................................... 1545-2104
1.904(f)-1 .......................................................... 1545-0121
1545-0122
1.904(f)-2 .......................................................... 1545-0121
1.904(f)-3 .......................................................... 1545-0121

1.904(f)-4 .......................................................... 1545-0121
1.904(f)-5 .......................................................... 1545-0121
1.904(f)-6 .......................................................... 1545-0121
1.904(f)-7 .......................................................... 1545-1127
1.905-2 .......................................................... 1545-0122
1.905-3T .......................................................... 1545-1056
1.905-4T .......................................................... 1545-1056
1.905-5T .......................................................... 1545-1056
1.911-1 .......................................................... 1545-0067
1545-0070
1.911-2 .......................................................... 1545-0067
1545-0070
1.911-3 .......................................................... 1545-0067
1545-0070
1.911-4 .......................................................... 1545-0067
1545-0070
1.911-5 .......................................................... 1545-0067
1545-0070
1.911-6 .......................................................... 1545-0067
1545-0070

1.911-7 .......................................................... 1545-0067
1545-0070
1.913-13 .......................................................... 1545-0067
1.921-1T .......................................................... 1545-0190
1545-0884
1545-0935
1545-0939
1.921-2 .......................................................... 1545-0884
1.921-3T .......................................................... 1545-0935
1.923-1T .......................................................... 1545-0935
1.924(a)-1T .......................................................... 1545-0935
1.925(a)-1T .......................................................... 1545-0935
1.925(b)-1T .......................................................... 1545-0935
1.926(a)-1T .......................................................... 1545-0935
1.927(a)-1T .......................................................... 1545-0935
1.927(b)-1T .......................................................... 1545-0935
1.927(d)-1 .......................................................... 1545-0884
1.927(d)-2T .......................................................... 1545-0935
1.927(e)-1T .......................................................... 1545-0935
1.927(e)-2T .......................................................... 1545-0935

1.927(f)-1 .......................................................... 1545-0884
1.931-1 .......................................................... 1545-0074

                                                | Section | Control No. |
|---|---|
| | 1545-0123 |
| 1.934-1 | 1545-0782 |
| 1.935-1 | 1545-0074 |
| | 1545-0087 |
| | 1545-0803 |
| 1.936-1 | 1545-0215 |
| | 1545-0217 |
| 1.936-4 | 1545-0215 |
| 1.936-5 | 1545-0704 |
| 1.936-6 | 1545-0215 |
| 1.936-7 | 1545-0215 |
| 1.936-10(c) | 1545-1138 |
| 1.937-1 | 1545-1930 |
| 1.952-2 | 1545-0126 |
| 1.953-2 | 1545-0126 |
| 1.954-1 | 1545-1068 |
| 1.954-2 | 1545-1068 |
| 1.955-2 | 1545-0123 |
| 1.955-3 | 1545-0123 |
| 1.955A-2 | 1545-0755 |
| 1.955A-3 | 1545-0755 |
| 1.956-1 | 1545-0704 |
| 1.956-2 | 1545-0704 |
| 1.959-1 | 1545-0704 |
| 1.959-2 | 1545-0704 |
| 1.960-1 | 1545-0122 |
| 1.962-2 | 1545-0704 |
| 1.962-3 | 1545-0704 |
| 1.962-4 | 1545-0704 |
| 1.964-1 | 1545-0126 |
| | 1545-0704 |
| | 1545-1072 |
| 1.964-1T | 1545-2104 |
| 1.964-3 | 1545-0126 |
| 1.970-2 | 1545-0126 |
| 1.985-2 | 1545-1051 |
| | 1545-1131 |
| 1.985-3 | 1545-1051 |
| 1.988-0 | 1545-1131 |
| 1.988-1 | 1545-1131 |
| 1.988-2 | 1545-1131 |
| 1.988-3 | 1545-1131 |
| 1.988-4 | 1545-1131 |
| 1.988-5 | 1545-1131 |
| 1.988-6 | 1545-1831 |
| 1.992-1 | 1545-0190 |
| | 1545-0938 |
| 1.992-2 | 1545-0190 |
| | 1545-0884 |
| | 1545-0938 |
| 1.992-3 | 1545-0190 |
| | 1545-0938 |
| 1.992-4 | 1545-0190 |
| | 1545-0938 |
| 1.993-3 | 1545-0938 |

1.993-4 .......................................................... 1545-0938
1.994-1 .......................................................... 1545-0938
1.995-5 .......................................................... 1545-0938

1.1012-1 .......................................................... 1545-0074
1545-1139
1.1014-4 .......................................................... 1545-0184
1.1015-1 .......................................................... 1545-0020
1.1017-1 .......................................................... 1545-1539
1.1031(d)-1T .................................................... 1545-1021
1.1033(a)-2 ...................................................... 1545-0184
1.1033(g)-1 ...................................................... 1545-0184
1.1034-1 .......................................................... 1545-0072
1.1039-1 .......................................................... 1545-0184
1.1041-1T ........................................................ 1545-0074
1.1041-2 .......................................................... 1545-1751
1.1042-1T ........................................................ 1545-0916
1.1044(a)-1 ...................................................... 1545-1421
1.1060-1 .......................................................... 1545-1658
1545-1990
1.1071-1 .......................................................... 1545-0184
1.1071-4 .......................................................... 1545-0184
1.1081-4 .......................................................... 1545-0028
1545-0046

1545-0123
1.1081-11T ...................................................... 1545-2019
1.1082-1 .......................................................... 1545-0046
1.1082-2 .......................................................... 1545-0046
1.1082-3 .......................................................... 1545-0046
1545-0184
1.1082-4 .......................................................... 1545-0046
1.1082-5 .......................................................... 1545-0046
1.1082-6 .......................................................... 1545-0046
1.1083-1 .......................................................... 1545-0123
1.1092(b)-1T .................................................... 1545-0644
1.1092(b)-2T .................................................... 1545-0644
1.1092(b)-3T .................................................... 1545-0644
1.1092(b)-4T .................................................... 1545-0644
1.1092(b)-5T .................................................... 1545-0644
1.1211-1 .......................................................... 1545-0074
1.1212-1 .......................................................... 1545-0074
1.1221-2 .......................................................... 1545-1480
1.1221-2T ........................................................ 1545-2019
1.1231-1 .......................................................... 1545-0177

1545-0184
1.1231-2 .......................................................... 1545-0074
1545-0177
1545-0184
1.1232-3 .......................................................... 1545-0074
1.1237-1 .......................................................... 1545-0184
1.1239-1 .......................................................... 1545-0091
1.1242-1 .......................................................... 1545-0184
1.1243-1 .......................................................... 1545-0123
1.1244(e)-1 ...................................................... 1545-0123
1545-1447

1.1245-1 .......................................... 1545-0184
1.1245-2 .......................................... 1545-0184
1.1245-3 .......................................... 1545-0184
1.1245-4 .......................................... 1545-0184
1.1245-5 .......................................... 1545-0184
1.1245-6 .......................................... 1545-0184
1.1247-1 .......................................... 1545-0122
1.1247-2 .......................................... 1545-0122
1.1247-4 .......................................... 1545-0122

1.1247-5 .......................................... 1545-0122
1.1248-7 .......................................... 1545-0074
1.1250-1 .......................................... 1545-0184
1.1250-2 .......................................... 1545-0184
1.1250-3 .......................................... 1545-0184
1.1250-4 .......................................... 1545-0184
1.1250-5 .......................................... 1545-0184
1.1251-1 .......................................... 1545-0184
1.1251-2 .......................................... 1545-0074
1545-0184
1.1251-3 .......................................... 1545-0184
1.1251-4 .......................................... 1545-0184
1.1252-1 .......................................... 1545-0184
1.1252-2 .......................................... 1545-0184
1.1254-1(c)(3) .......................................... 1545-1352
1.1254-4 .......................................... 1545-1493
1.1254-5(d)(2) .......................................... 1545-1352
1.1258-1 .......................................... 1545-1452
1.1272-3 .......................................... 1545-1353
1.1273-2(h)(2) .......................................... 1545-1353

1.1274-3(d) .......................................... 1545-1353
1.1274-5(b) .......................................... 1545-1353
1.1274A-1(c) .......................................... 1545-1353
1.1275-2 .......................................... 1545-1450
1.1275-3 .......................................... 1545-0887
1545-1353
1545-1450
1.1275-4 .......................................... 1545-1450
1.1275-6 .......................................... 1545-1450
1.1287-1 .......................................... 1545-0786
1.1291-9 .......................................... 1545-1507
1.1291-10 .......................................... 1545-1304
1545-1507
1.1294-1T .......................................... 1545-1002
1545-1028
1.1295-1 .......................................... 1545-1555
1.1295-3 .......................................... 1545-1555
1.1297-3T .......................................... 1545-1965
1.1298-3 .......................................... 1545-1507
1.1301-1 .......................................... 1545-1662

1.1311(a)-1 .......................................... 1545-0074
1.1361-1 .......................................... 1545-0731
1545-1591
1.1361-3 .......................................... 1545-1590
1.1361-5 .......................................... 1545-1590

1.1362-1 .......................................................... 1545-1308
1.1362-2 .......................................................... 1545-1308
1.1362-3 .......................................................... 1545-1308
1.1362-4 .......................................................... 1545-1308
1.1362-5 .......................................................... 1545-1308
1.1362-6 .......................................................... 1545-1308
1.1362-7 .......................................................... 1545-1308
1.1362-8 .......................................................... 1545-1590
1.1363-2 .......................................................... 1545-1906
1.1366-1 .......................................................... 1545-1613
1.1367-1(f) ...................................................... 1545-1139
1.1368-1(f)(2) ................................................. 1545-1139
1.1368-1(f)(3) ................................................. 1545-1139
1.1368-1(f)(4) ................................................. 1545-1139
1.1368-1(g)(2) ................................................. 1545-1139

1.1374-1A ....................................................... 1545-0130
1.1377-1 .......................................................... 1545-1462
1.1378-1 .......................................................... 1545-1748
1.1383-1 .......................................................... 1545-0074
1.1385-1 .......................................................... 1545-0074
1545-0098
1.1388-1 .......................................................... 1545-0118
1545-0123
1.1398-1 .......................................................... 1545-1375
1.1398-2 .......................................................... 1545-1375
1.1402(a)-2 ..................................................... 1545-0074
1.1402(a)-5 ..................................................... 1545-0074
1.1402(a)-11 ................................................... 1545-0074
1.1402(a)-15 ................................................... 1545-0074
1.1402(a)-16 ................................................... 1545-0074
1.1402(b)-1 ..................................................... 1545-0171
1.1402(c)-2 ..................................................... 1545-0074
1.1402(e)(1)-1 ................................................. 1545-0074
1.1402(e)(2)-1 ................................................. 1545-0074
1.1402(e)-1A ................................................... 1545-0168

1.1402(e)-2A ................................................... 1545-0168
1.1402(e)-3A ................................................... 1545-0168
1.1402(e)-4A ................................................... 1545-0168
1.1402(e)-5A ................................................... 1545-0168
1.1402(f)-1 ...................................................... 1545-0074
1.1402(h)-1 ..................................................... 1545-0064
1.1441-1 .......................................................... 1545-1484
1.1441-2 .......................................................... 1545-0795
1.1441-3 .......................................................... 1545-0165
1545-0795
1.1441-4 .......................................................... 1545-1484
1.1441-5 .......................................................... 1545-0096
1545-0795
1545-1484
1.1441-6 .......................................................... 1545-0055
1545-0795
1545-1484
1.1441-7 .......................................................... 1545-0795
1.1441-8 .......................................................... 1545-1484
1545-1053

21/48

| | |
|---|---|
| 1.1441-9 | 1545-1484 |
| 1.1443-1 | 1545-0096 |
| 1.1445-1 | 1545-0902 |
| 1.1445-2 | 1545-0902 |
| | 1545-1060 |
| | 1545-1797 |
| 1.1445-3 | 1545-0902 |
| | 1545-1060 |
| | 1545-1797 |
| 1.1445-4 | 1545-0902 |
| 1.1445-5 | 1545-0902 |
| 1.1445-6 | 1545-0902 |
| | 1545-1060 |
| 1.1445-7 | 1545-0902 |
| 1.1445-8 | 1545-0096 |
| 1.1445-9T | 1545-0902 |
| 1.1445-10T | 1545-0902 |
| 1.1446-1 | 1545-1852 |
| 1.1446-3 | 1545-1852 |
| 1.1446-4 | 1545-1852 |
| 1.1446-5 | 1545-1852 |
| 1.1446-6T | 1545-1934 |
| 1.1451-1 | 1545-0054 |
| 1.1451-2 | 1545-0054 |
| 1.1461-1 | 1545-0054 |
| | 1545-0055 |
| | 1545-0795 |
| | 1545-1484 |
| 1.1461-2 | 1545-0054 |
| | 1545-0055 |
| | 1545-0096 |
| | 1545-0795 |
| 1.1462-1 | 1545-0795 |
| 1.1492-1 | 1545-0026 |
| 1.1494-1 | 1545-0026 |
| 1.1502-5 | 1545-0257 |
| 1.1502-9 | 1545-1634 |
| 1.1502-9A | 1545-0121 |
| 1.1502-13 | 1545-0123 |
| | 1545-0885 |
| | 1545-1161 |
| | 1545-1433 |
| 1.1502-13T | 1545-2019 |
| 1.1502-16 | 1545-0123 |
| 1.1502-18 | 1545-0123 |
| 1.1502-19 | 1545-0123 |
| 1.1502-20 | 1545-1160 |
| | 1545-1774 |
| 1.1502-20T | 1545-1774 |
| | 1545-1218 |
| 1.1502-21 | 1545-1237 |
| 1.1502-21T | 1545-1790 |
| 1.1502-31 | 1545-1344 |
| 1.1502-31T | 1545-2019 |

1.1502-32 ........................................................ 1545-1344
1545-1774
1.1502-32T ...................................................... 1545-1774
1.1502-32T ...................................................... 1545-2019
1.1502-33 ........................................................ 1545-1344
1.1502-33T ...................................................... 1545-2019

1.1502-35 ........................................................ 1545-1828
1.1502-35T ...................................................... 1545-2019
1.1502-47 ........................................................ 1545-0123
1.1502-75 ........................................................ 1545-0025
1545-0123
1545-0133
1545-0152
1.1502-76 ........................................................ 1545-1344
1.1502-76T ...................................................... 1545-2019
1.1502-77 ........................................................ 1545-1699
1.1502-77A ...................................................... 1545-0123
1545-1046
1.1502-78 ........................................................ 1545-0582
1.1502-95 ........................................................ 1545-1218
1.1502-95T ...................................................... 1545-2019
1.1502-95A ...................................................... 1545-1218
1.1502-96 ........................................................ 1545-1218
1.1503-2 .......................................................... 1545-1583
1.1503-2A ........................................................ 1545-1083
1.1503(d)-1 ..................................................... 1545-1946

1.1503(d)-3 ..................................................... 1545-1946
1.1503(d)-4 ..................................................... 1545-1946
1.1503(d)-5 ..................................................... 1545-1946
1.1503(d)-6 ..................................................... 1545-1946
1.1552-1 .......................................................... 1545-0123
1.1561-3 .......................................................... 1545-0123
1.1563-1 .......................................................... 1545-0123
1.1563-1T ........................................................ 1545-2019
1545-0797
1.1563-3 .......................................................... 1545-0123
1.1563-3T ........................................................ 1545-2019

1.6001-1 .......................................................... 1545-0058
1545-0074
1545-0099
1545-0123
1545-0865
1.6011-1 .......................................................... 1545-0055
1545-0074

1545-0085
1545-0089
1545-0090
1545-0091
1545-0096
1545-0121
1545-0458

1545-0666
1545-0675
1545-0908
1.6011-2 ........................................................ 1545-0055
1545-0938
1.6011-3 ........................................................ 1545-0238
1545-0239
1.6011-4 ........................................................ 1545-1685
1.6012-1 ........................................................ 1545-0067
1545-0074
1545-0085
1545-0089
1545-0675

1.6012-2 ........................................................ 1545-0047
1545-0051
1545-0067
1545-0123
1545-0126
1545-0128
1545-0130
1545-0175
1545-0687
1545-0890
1545-1023
1545-1027
1.6012-2T ...................................................... 1545-2019
1.6012-3 ........................................................ 1545-0047
1545-0067
1545-0092
1545-0196
1545-0687
1.6012-4 ........................................................ 1545-0067
1.6012-5 ........................................................ 1545-0067

1545-0936
1545-0967
1545-0970
1545-0991
1545-1023
1545-1033
1545-1079
1.6012-6 ........................................................ 1545-0067
1.6013-1 ........................................................ 1545-0074
1.6013-2 ........................................................ 1545-0091
1.6013-6 ........................................................ 1545-0074
1.6013-7 ........................................................ 1545-0074
1.6015-5 ........................................................ 1545-1719
1.6015(a)-1 .................................................... 1545-0087
1.6015(b)-1 .................................................... 1545-0087
1.6015(d)-1 .................................................... 1545-0087
1.6015(e)-1 .................................................... 1545-0087
1.6015(f)-1 ..................................................... 1545-0087
1.6015(g)-1 .................................................... 1545-0087
1.6015(h)-1 .................................................... 1545-0087

1.6015(i)-1 ..................................................... 1545-0087

1.6017-1 ........................................................ 1545-0074
1545-0087
1545-0090
1.6031(a)-1 ..................................................... 1545-1583
1.6031(b)-1T .................................................... 1545-0099
1.6031(c)-1T .................................................... 1545-0099
1.6032-1 ........................................................ 1545-0099
1.6033-2 ........................................................ 1545-0047
1545-0049
1545-0052
1545-0092
1545-0687
1545-1150
1.6033-3 ........................................................ 1545-0052
1.6034-1 ........................................................ 1545-0092
1545-0094
1.6035-1 ........................................................ 1545-0704
1.6035-2 ........................................................ 1545-0704
1.6035-3 ........................................................ 1545-0704

1.6037-1 ........................................................ 1545-0130
1545-1023
1.6038-2 ........................................................ 1545-1617
1545-2020
1.6038-3 ........................................................ 1545-1617
1.6038A-2 ....................................................... 1545-1191
1.6038A-3 ....................................................... 1545-1191
1545-1440
1.6038B-1 ....................................................... 1545-1617
1.6038B-1T ...................................................... 1545-0026
1.6038B-2 ....................................................... 1545-1617
1.6039-2 ........................................................ 1545-0820
1.6041-1 ........................................................ 1545-0008
1545-0108
1545-0112
1545-0115
1545-0120
1545-0295
1545-0350
1545-0367

1545-0387
1545-0441
1545-0957
1545-1705
1.6041-2 ........................................................ 1545-0008
1545-0119
1545-0350
1545-0441
1545-1729
1.6041-3 ........................................................ 1545-1148
1.6041-4 ........................................................ 1545-0115
1545-0295
1545-0367
1545-0387
1545-0957
1.6041-5 ........................................................ 1545-0295

25/48

1545-0367
1545-0387
1545-0957
1.6041-6 ........................................................ 1545-0008

1545-0115
1.6041-7 ........................................................ 1545-0112
1545-0295
1545-0350
1545-0367
1545-0387
1545-0441
1545-0957
1.6042-1 ........................................................ 1545-0110
1.6042-2 ........................................................ 1545-0110
1545-0295
1545-0367
1545-0387
1545-0957
1.6042-3 ........................................................ 1545-0295
1545-0367
1545-0387
1545-0957
1.6042-4 ........................................................ 1545-0110
1.6043-1 ........................................................ 1545-0041

1.6043-2 ........................................................ 1545-0041
1545-0110
1545-0295
1545-0387
1.6043-3 ........................................................ 1545-0047
1.6044-1 ........................................................ 1545-0118
1.6044-2 ........................................................ 1545-0118
1.6044-3 ........................................................ 1545-0118
1.6044-4 ........................................................ 1545-0118
1.6044-5 ........................................................ 1545-0118
1.6045-1 ........................................................ 1545-0715
1545-1705
1.6045-2 ........................................................ 1545-0115
1.6045-4 ........................................................ 1545-1085
1.6046-1 ........................................................ 1545-0704
1545-0794
1545-1317
1.6046A ........................................................ 1545-1646
1.6046-2 ........................................................ 1545-0704
1.6046-3 ........................................................ 1545-0704

1.6047-1 ........................................................ 1545-0119
1545-0295
1545-0387
1.6049-1 ........................................................ 1545-0112
1545-0117
1545-0295
1545-0367
1545-0387
1545-0597
1545-0957

1.6049-2 .................................................... 1545-0117
1.6049-3 .................................................... 1545-0117
1.6049-4 .................................................... 1545-0096
1545-0112
1545-0117
1545-1018
1545-1050
1.6049-5 .................................................... 1545-0096
1545-0112
1545-0117

1.6049-6 .................................................... 1545-0096
1.6049-7 .................................................... 1545-1018
1.6049-7T .................................................... 1545-0112
1545-0117
1545-0118
1.6050A-1 .................................................... 1545-0115
1.6050B-1 .................................................... 1545-0120
1.6050D-1 .................................................... 1545-0120
1545-0232
1.6050E-1 .................................................... 1545-0120
1.6050H-1 .................................................... 1545-0901
1545-1380
1.6050H-2 .................................................... 1545-0901
1545-1339
1545-1380
1.6050H-1T .................................................... 1545-0901
1.6050I-2 .................................................... 1545-1449
1.6050J-1T .................................................... 1545-0877
1.6050K-1 .................................................... 1545-0941
1.6050L-2T .................................................... 1545-1932

1.6050S-1 .................................................... 1545-1678
1.6050S-2 .................................................... 1545-1729
1.6050S-3 .................................................... 1545-1678
1.6050S-4 .................................................... 1545-1729
1.6052-1 .................................................... 1545-0008
1.6052-2 .................................................... 1545-0008
1.6060-1 .................................................... 1545-0074
1.6061-1 .................................................... 1545-0123
1.6062-1 .................................................... 1545-0123
1.6063-1 .................................................... 1545-0123
1.6065-1 .................................................... 1545-0123
1.6071-1 .................................................... 1545-0123
1545-0810
1.6072-1 .................................................... 1545-0074
1.6072-2 .................................................... 1545-0123
1545-0807
1.6073-1 .................................................... 1545-0087
1.6073-2 .................................................... 1545-0087
1.6073-3 .................................................... 1545-0087
1.6073-4 .................................................... 1545-0087

1.6074-1 .................................................... 1545-0123
1.6074-2 .................................................... 1545-0123
1.6081-1 .................................................... 1545-0066
1545-0148

1545-0233
1545-1057
1545-1081
1.6081-2 ........................................................ 1545-0148
1545-1054
1545-1036
1.6081-3 ........................................................ 1545-0233
1.6081-4 ........................................................ 1545-0188
1545-1479
1.6081-6 ........................................................ 1545-0148
1545-1054
1.6081-7 ........................................................ 1545-0148
1545-1054
1.6091-3 ........................................................ 1545-0089
1.6107-1 ........................................................ 1545-0074
1.6109-1 ........................................................ 1545-0074

1.6109-2 ........................................................ 1545-0074
1.6115-1 ........................................................ 1545-1464
1.6151-1 ........................................................ 1545-0074
1.6153-1 ........................................................ 1545-0087
1.6153-4 ........................................................ 1545-0087
1.6154-2 ........................................................ 1545-0257
1.6154-3 ........................................................ 1545-0135
1.6154-5 ........................................................ 1545-0976
1.6161-1 ........................................................ 1545-0087
1.6162-1 ........................................................ 1545-0087
1.6164-1 ........................................................ 1545-0135
1.6164-2 ........................................................ 1545-0135
1.6164-3 ........................................................ 1545-0135
1.6164-5 ........................................................ 1545-0135
1.6164-6 ........................................................ 1545-0135
1.6164-7 ........................................................ 1545-0135
1.6164-8 ........................................................ 1545-0135
1.6164-9 ........................................................ 1545-0135
1.6302-1 ........................................................ 1545-0257
1.6302-2 ........................................................ 1545-0098

1545-0257
1.6411-1 ........................................................ 1545-0098
1545-0135
1545-0582
1.6411-2 ........................................................ 1545-0098
1545-0582
1.6411-3 ........................................................ 1545-0098
1545-0582
1.6411-4 ........................................................ 1545-0582
1.6414-1 ........................................................ 1545-0096
1.6425-1 ........................................................ 1545-0170
1.6425-2 ........................................................ 1545-0170
1.6425-3 ........................................................ 1545-0170
1.6654-1 ........................................................ 1545-0087
1545-0140
1.6654-2 ........................................................ 1545-0087
1.6654-3 ........................................................ 1545-0087
1.6654-4 ........................................................ 1545-0087
1.6655-1 ........................................................ 1545-0142

1.6655-2 ........................................................ 1545-0142

1.6655-3 ........................................................ 1545-0142
1.6655-7 ........................................................ 1545-0123
1.6655(e)-1 ..................................................... 1545-1421
1.6662-3(c) ..................................................... 1545-0889
1.6662-4(e) and (f) ........................................... 1545-0889
1.6662-6 ........................................................ 1545-1426
1.6694-1 ........................................................ 1545-0074
1.6694-2 ........................................................ 1545-0074
1.6694-2(c) ..................................................... 1545-1231
1.6694-3(e) ..................................................... 1545-1231
1.6695-1 ........................................................ 1545-0074
1545-1385
1.6695-2 ........................................................ 1545-1570
1.6696-1 ........................................................ 1545-0074
1545-0240
1.6851-1 ........................................................ 1545-0086
1545-0138
1.6851-2 ........................................................ 1545-0086
1545-0138
1.7476-1 ........................................................ 1545-0197

1.7476-2 ........................................................ 1545-0197
1.7519-2T ....................................................... 1545-1036
1.7520-1 ........................................................ 1545-1343
1.7520-2 ........................................................ 1545-1343
1.7520-3 ........................................................ 1545-1343
1.7520-4 ........................................................ 1545-1343
1.7701(l)-3 ..................................................... 1545-1642
1.7872-15 ....................................................... 1545-1792
1.9100-1 ........................................................ 1545-0074
1.9101-1 ........................................................ 1545-0008
2.1-4 ........................................................... 1545-0123
2.1-5 ........................................................... 1545-0123
2.1-6 ........................................................... 1545-0123
2.1-10 .......................................................... 1545-0123
2.1-11 .......................................................... 1545-0123
2.1-12 .......................................................... 1545-0123
2.1-13 .......................................................... 1545-0123
2.1-20 .......................................................... 1545-0123
2.1-22 .......................................................... 1545-0123
2.1-26 .......................................................... 1545-0123

3.2 ............................................................. 1545-0123
4.954-1 ......................................................... 1545-1068
4.954-2 ......................................................... 1545-1068
5.6411-1 ........................................................ 1545-0042
1545-0074
1545-0098
1545-0129
1545-0172
1545-0582
1545-0619
5c.44F-1 ........................................................ 1545-0619
5c.128-1 ........................................................ 1545-0123
5c.168(f)(8)-1 .................................................. 1545-0123

5c.168(f)(8)-2 ..... 1545-0123
5c.168(f)(8)-6 ..... 1545-0123
5c.168(f)(8)-8 ..... 1545-0123
5c.305-1 ..... 1545-0110
5c.442-1 ..... 1545-0152
5f.103-1 ..... 1545-0720
5f.103-3 ..... 1545-0720

5f.6045-1 ..... 1545-0715
6a.103A-2 ..... 1545-0123
1545-0720
6a.103A-3 ..... 1545-0720
7.465-1 ..... 1545-0712
7.465-2 ..... 1545-0712
7.465-3 ..... 1545-0712
7.465-4 ..... 1545-0712
7.465-5 ..... 1545-0712
7.936-1 ..... 1545-0217
7.999-1 ..... 1545-0216
7.6039A-1 ..... 1545-0015
7.6041-1 ..... 1545-0115
11.410-1 ..... 1545-0710
11.412(c)-7 ..... 1545-0710
11.412(c)-11 ..... 1545-0710
12.7 ..... 1545-0190
12.8 ..... 1545-0191
12.9 ..... 1545-0195
14a.422A-1 ..... 1545-0123

15A.453-1 ..... 1545-0228
16.3-1 ..... 1545-0159
16A.126-2 ..... 1545-0074
16A.1255-1 ..... 1545-0184
16A.1255-2 ..... 1545-0184
18.1371-1 ..... 1545-0130
18.1378-1 ..... 1545-0130
18.1379-1 ..... 1545-0130
18.1379-2 ..... 1545-0130
20.2011-1 ..... 1545-0015
20.2014-5 ..... 1545-0015
1545-0260
20.2014-6 ..... 1545-0015
20.2016-1 ..... 1545-0015
20.2031-2 ..... 1545-0015
20.2031-3 ..... 1545-0015
20.2031-4 ..... 1545-0015
20.2031-6 ..... 1545-0015
20.2031-7 ..... 1545-0020
20.2031-10 ..... 1545-0015

20.2032-1 ..... 1545-0015
20.2032A-3 ..... 1545-0015
20.2032A-4 ..... 1545-0015
20.2032A-8 ..... 1545-0015
20.2039-4 ..... 1545-0015
20.2051-1 ..... 1545-0015
20.2053-3 ..... 1545-0015

30/48

20.2053-9 .................................................... 1545-0015
20.2053-10 .................................................... 1545-0015
20.2055-1 .................................................... 1545-0015
20.2055-2 .................................................... 1545-0015
1545-0092
20.2055-3 .................................................... 1545-0015
20.2056(b)-4 .................................................... 1545-0015
20.2056(b)-7 .................................................... 1545-0015
1545-1612
20.2056A-2 .................................................... 1545-1443
20.2056A-3 .................................................... 1545-1360
20.2056A-4 .................................................... 1545-1360
20.2056A-10 .................................................... 1545-1360

20.2106-1 .................................................... 1545-0015
20.2106-2 .................................................... 1545-0015
20.2204-1 .................................................... 1545-0015
20.2204-2 .................................................... 1545-0015
20.6001-1 .................................................... 1545-0015
20.6011-1 .................................................... 1545-0015
20.6018-1 .................................................... 1545-0015
1545-0531
20.6018-2 .................................................... 1545-0015
20.6018-3 .................................................... 1545-0015
20.6018-4 .................................................... 1545-0015
1545-0022
20.6036-2 .................................................... 1545-0015
20.6061-1 .................................................... 1545-0015
20.6065-1 .................................................... 1545-0015
20.6075-1 .................................................... 1545-0015
20.6081-1 .................................................... 1545-0015
1545-0181
1545-1707
20.6091-1 .................................................... 1545-0015

20.6161-1 .................................................... 1545-0015
1545-0181
20.6161-2 .................................................... 1545-0015
1545-0181
20.6163-1 .................................................... 1545-0015
20.6166-1 .................................................... 1545-0181
20.6166A-1 .................................................... 1545-0015
20.6166A-3 .................................................... 1545-0015
20.6324A-1 .................................................... 1545-0754
20.7520-1 .................................................... 1545-1343
20.7520-2 .................................................... 1545-1343
20.7520-3 .................................................... 1545-1343
20.7520-4 .................................................... 1545-1343
22.0 .................................................... 1545-0015
25.2511-2 .................................................... 1545-0020
25.2512-2 .................................................... 1545-0020
25.2512-3 .................................................... 1545-0020
25.2512-5 .................................................... 1545-0020
25.2512-9 .................................................... 1545-0020
25.2513-1 .................................................... 1545-0020

25.2513-2 .................................................... 1545-0020

                                              | | |
|---|---|
| | 1545-0021 |
| 25.2513-3 | 1545-0020 |
| 25.2518-2 | 1545-0959 |
| 25.2522(a)-1 | 1545-0196 |
| 25.2522(c)-3 | 1545-0020 |
| | 1545-0196 |
| 25.2523(a)-1 | 1545-0020 |
| | 1545-0196 |
| 25.2523(f)-1 | 1545-0015 |
| 25.2701-2 | 1545-1241 |
| 25.2701-4 | 1545-1241 |
| 25.2701-5 | 1545-1273 |
| 25.2702-5 | 1545-1485 |
| 25.2702-6 | 1545-1273 |
| 25.6001-1 | 1545-0020 |
| | 1545-0022 |
| 25.6011-1 | 1545-0020 |
| 25.6019-1 | 1545-0020 |
| 25.6019-2 | 1545-0020 |
| 25.6019-3 | 1545-0020 |
| 25.6019-4 | 1545-0020 |
| 25.6061-1 | 1545-0020 |
| 25.6065-1 | 1545-0020 |
| 25.6075-1 | 1545-0020 |
| 25.6081-1 | 1545-0020 |
| 25.6091-1 | 1545-0020 |
| 25.6091-2 | 1545-0020 |
| 25.6151-1 | 1545-0020 |
| 25.6161-1 | 1545-0020 |
| 25.7520-1 | 1545-1343 |
| 25.7520-2 | 1545-1343 |
| 25.7520-3 | 1545-1343 |
| 25.7520-4 | 1545-1343 |
| 26.2601-1 | 1545-0985 |
| 26.2632-1 | 1545-0985 |
| 26.2632-1 | 1545-1892 |
| 26.2642-1 | 1545-0985 |
| 26.2642-2 | 1545-0985 |
| 26.2642-3 | 1545-0985 |
| 26.2642-4 | 1545-0985 |
| 26.2652-2 | 1545-0985 |
| 26.2662-1 | 1545-0015 |
| | 1545-0985 |
| 26.2662-2 | 1545-0985 |
| 31.3102-3 | 1545-0029 |
| | 1545-0059 |
| | 1545-0065 |
| 31.3121(b)(19)-1 | 1545-0029 |
| 31.3121(d)-1 | 1545-0004 |
| 31.3121(i)-1 | 1545-0034 |
| 31.3121(k)-4 | 1545-0137 |
| 31.3121(r)-1 | 1545-0029 |
| 31.3121(s)-1 | 1545-0029 |
| 31.3121(v)(2)-1 | 1545-1643 |
| 31.3302(a)-2 | 1545-0028 |

31.3302(a)-3 .................................................... 1545-0028
31.3302(b)-2 .................................................... 1545-0028
31.3302(e)-1 .................................................... 1545-0028
31.3306(c)(18)-1 ............................................... 1545-0029

31.3401(a)-1 .................................................... 1545-0029
31.3401(a)(6)-1 ................................................ 1545-0029
1545-0096
1545-0795
1545-1484
31.3401(a)(7)-1 ................................................ 1545-0029
31.3401(a)(8)(A)-1 ............................................ 1545-0029
1545-0666
31.3401(a)(8)(C)-1 ............................................ 1545-0029
31.3401(a)(15)-1 .............................................. 1545-0182
31.3401(c)-1 .................................................... 1545-0004
31.3402(b)-1 .................................................... 1545-0010
31.3402(c)-1 .................................................... 1545-0010
31.3402(f)(1)-1 ................................................ 1545-0010

31.3402(f)(2)-1 ................................................ 1545-0010
1545-0410
31.3402(f)(3)-1 ................................................ 1545-0010
31.3402(f)(4)-1 ................................................ 1545-0010

31.3402(f)(4)-2 ................................................ 1545-0010
31.3402(f)(5)-1 ................................................ 1545-0010
1545-1435
31.3402(h)(1)-1 ................................................ 1545-0029
31.3402(h)(3)-1 ................................................ 1545-0010
1545-0029
31.3402(h)(4)-1 ................................................ 1545-0010
31.3402(i)-(1) .................................................. 1545-0010
31.3402(i)-(2) .................................................. 1545-0010
31.3402(k)-1 .................................................... 1545-0065
31.3402(l)-(1) .................................................. 1545-0010
31.3402(m)-(1) ................................................. 1545-0010
31.3402(n)-(1) .................................................. 1545-0010
31.3402(o)-2 .................................................... 1545-0415
31.3402(o)-3 .................................................... 1545-0008
1545-0010
1545-0415
1545-0717
31.3402(p)-1 .................................................... 1545-0415
1545-0717

31.3402(q)-1 .................................................... 1545-0238
1545-0239
31.3404-1 ........................................................ 1545-0029
31.3405(c)-1 .................................................... 1545-1341
31.3406(a)-1 .................................................... 1545-0112
31.3406(a)-2 .................................................... 1545-0112
31.3406(a)-3 .................................................... 1545-0112
31.3406(a)-4 .................................................... 1545-0112
31.3406(b)(2)-1 ................................................ 1545-0112

| | |
|---|---|
| 31.3406(b)(2)-2 | 1545-0112 |
| 31.3406(b)(2)-3 | 1545-0112 |
| 31.3406(b)(2)-4 | 1545-0112 |
| 31.3406(b)(2)-5 | 1545-0112 |
| 31.3406(b)(3)-1 | 1545-0112 |
| 31.3406(b)(3)-2 | 1545-0112 |
| 31.3406(b)(3)-3 | 1545-0112 |
| 31.3406(b)(3)-4 | 1545-0112 |
| 31.3406(b)(4)-1 | 1545-0112 |
| 31.3406(c)-1 | 1545-0112 |
| 31.3406(d)-1 | 1545-0112 |
| 31.3406(d)-2 | 1545-0112 |
| 31.3406(d)-3 | 1545-0112 |
| 31.3406(d)-4 | 1545-0112 |
| 31.3406(d)-5 | 1545-0112 |
| 31.3406(e)-1 | 1545-0112 |
| 31.3406(f)-1 | 1545-0112 |
| 31.3406(g)-1 | 1545-0096 |
| | 1545-0112 |
| | 1545-1819 |
| 31.3406(h)-1 | 1545-0112 |
| 31.3406(h)-2 | 1545-0112 |
| 31.3406(h)-3 | 1545-0112 |
| 31.3406(i)-1 | 1545-0112 |
| 31.3501(a)-1T | 1545-0771 |
| 31.3503-1 | 1545-0024 |
| 31.3504-1 | 1545-0029 |
| 31.6001-1 | 1545-0798 |
| 31.6001-2 | 1545-0034 |
| | 1545-0798 |
| 31.6001-3 | 1545-0798 |
| 31.6001-4 | 1545-0028 |
| 31.6001-5 | 1545-0798 |
| 31.6001-6 | 1545-0029 |
| | 1459-0798 |
| 31.6011(a)-1 | 1545-0029 |
| | 1545-0034 |
| | 1545-0035 |
| | 1545-0059 |
| | 1545-0074 |
| | 1545-0256 |
| | 1545-0718 |
| 31.6011(a)-2 | 1545-0001 |
| | 1545-0002 |
| 31.6011(a)-3 | 1545-0028 |
| 31.6011(a)-3A | 1545-0955 |
| 31.6011(a)-4 | 1545-0034 |
| | 1545-0035 |
| | 1545-0718 |
| | 1545-1413 |
| 31.6011(a)-5 | 1545-0718 |
| | 1545-0028 |
| 31.6011(a)-6 | 1545-0028 |
| 31.6011(a)-7 | 1545-0074 |

31.6011(a)-8 .................................................... 1545-0028
31.6011(a)-9 .................................................... 1545-0028
31.6011(a)-10 .................................................. 1545-0112
31.6011(b)-1 .................................................... 1545-0003
31.6011(b)-2 .................................................... 1545-0029
31.6051-1 ........................................................ 1545-0008
1545-0182
1545-0458
1545-1729
31.6051-2 ........................................................ 1545-0008
31.6051-3 ........................................................ 1545-0008
31.6053-1 ........................................................ 1545-0029
1545-0062
1545-0064
1545-0065
1545-1603
31.6053-2 ........................................................ 1545-0008

31.6053-3 ........................................................ 1545-0065
1545-0714
31.6053-4 ........................................................ 1545-0065
1545-1603
31.6065(a)-1 .................................................... 1545-0029
31.6071(a)-1 .................................................... 1545-0001
1545-0028
1545-0029
31.6071(a)-1A .................................................. 1545-0955
31.6081(a)-1 .................................................... 1545-0008
1545-0028
31.6091-1 ........................................................ 1545-0028
1545-0029
31.6157-1 ........................................................ 1545-0955
31.6205-1 ........................................................ 1545-0029
31.6301(c)-1AT ................................................ 1545-0035
1545-0112
1545-0257
31.6302-1 ........................................................ 1545-1413
31.6302-2 ........................................................ 1545-1413

31.6302-3 ........................................................ 1545-1413
31.6302-4 ........................................................ 1545-1413
31.6302(c)-2 .................................................... 1545-0001
1545-0257
31.6302(c)-2A .................................................. 1545-0955
31.6302(c)-3 .................................................... 1545-0257
31.6402(a)-2 .................................................... 1545-0256
31.6413(a)-1 .................................................... 1545-0029
31.6413(a)-2 .................................................... 1545-0029
1545-0256
31.6413(c)-1 .................................................... 1545-0029
1545-0171
31.6414-1 ........................................................ 1545-0029
32.1 ............................................................... 1545-0029
1545-0415
32.2 ............................................................... 1545-0029
35a.3406-2 ...................................................... 1545-0112
35a.9999-5 ...................................................... 1545-0029

35/48

36.3121(l)(1)-1 .............................................. 1545-0137
36.3121(l)(1)-2 .............................................. 1545-0137

36.3121(l)(3)-1 .............................................. 1545-0123
36.3121(l)(7)-1 .............................................. 1545-0123
36.3121(l)(10)-1 .............................................. 1545-0029
36.3121(l)(10)-3 .............................................. 1545-0029
36.3121(l)(10)-4 .............................................. 1545-0257
40.6302(c)-3(b)(2)(ii) ........................................ 1545-1296
40.6302(c)-3(b)(2)(iii) ........................................ 1545-1296
40.6302(c)-3(e) .............................................. 1545-1296
40.6302(c)-3(f)(2)(ii) ........................................ 1545-1296
41.4481-1 .................................................... 1545-0143
41.4481-2 .................................................... 1545-0143
41.4483-3 .................................................... 1545-0143
41.6001-1 .................................................... 1545-0143
41.6001-2 .................................................... 1545-0143
41.6001-3 .................................................... 1545-0143
41.6071(a)-1 .................................................. 1545-0143
41.6081(a)-1 .................................................. 1545-0143
41.6091-1 .................................................... 1545-0143
41.6109-1 .................................................... 1545-0143
41.6151(a)-1 .................................................. 1545-0143

41.6156-1 .................................................... 1545-0143
41.6161(a)(1)-1 .............................................. 1545-0143
44.4401-1 .................................................... 1545-0235
44.4403-1 .................................................... 1545-0235
44.4412-1 .................................................... 1545-0236
44.4901-1 .................................................... 1545-0236
44.4905-1 .................................................... 1545-0236
44.4905-2 .................................................... 1545-0236
44.6001-1 .................................................... 1545-0235
44.6011(a)-1 .................................................. 1545-0235
1545-0236
44.6071-1 .................................................... 1545-0235
44.6091-1 .................................................... 1545-0235
44.6151-1 .................................................... 1545-0235
44.6419-1 .................................................... 1545-0235
44.6419-2 .................................................... 1545-0235
46.4371-4 .................................................... 1545-0023
46.4374-1 .................................................... 1545-0023
46.4701-1 .................................................... 1545-0023
1545-0257

48.4041-4 .................................................... 1545-0023
48.4041-5 .................................................... 1545-0023
48.4041-6 .................................................... 1545-0023
48.4041-7 .................................................... 1545-0023
48.4041-9 .................................................... 1545-0023
48.4041-10 .................................................... 1545-0023
48.4041-11 .................................................... 1545-0023
48.4041-12 .................................................... 1545-0023
48.4041-13 .................................................... 1545-0023
48.4041-18 .................................................... 1545-0023
48.4041-19 .................................................... 1545-0023
48.4041-20 .................................................... 1545-0023

48.4041-21 .......... 1545-1270
48.4042-2 .......... 1545-0023
48.4052-1 .......... 1545-1418
48.4061(a)-1 .......... 1545-0023
48.4061(a)-2 .......... 1545-0023
48.4061(b)-3 .......... 1545-0023
48.4064-1 .......... 1545-0014
1545-0242

48.4071-1 .......... 1545-0023
48.4073-1 .......... 1545-0023
48.4073-3 .......... 1545-0023
1545-1074
1545-1087
48.4081-2 .......... 1545-1270
1545-1418
48.4081-3 .......... 1545-1270
1545-1418
48.4081-3T .......... 1545-1897
48.4081-4(b)(2)(ii) .......... 1545-1270
48.4081-4(b)(3)(i) .......... 1545-1270
48.4081-4(c) .......... 1545-1270
48.4081-6(c)(1)(ii) .......... 1545-1270
48.4081-7 .......... 1545-1270
1545-1418
48.4082-1T .......... 1545-1418
48.4082-2 .......... 1545-1418
48.4082-6 .......... 1545-1418
48.4082-7 .......... 1545-1418

48.4091-3 .......... 1545-1418
48.4101-1 .......... 1545-1418
48.4101-1T .......... 1545-1418
48.4101-2 .......... 1545-1418
48.4161(a)-1 .......... 1545-0723
48.4161(a)-2 .......... 1545-0723
48.4161(a)-3 .......... 1545-0723
48.4161(b)-1 .......... 1545-0723
48.4216(a)-2 .......... 1545-0023
48.4216(a)-3 .......... 1545-0023
48.4216(c)-1 .......... 1545-0023
48.4221-1 .......... 1545-0023
48.4221-2 .......... 1545-0023
48.4221-3 .......... 1545-0023
48.4221-4 .......... 1545-0023
48.4221-5 .......... 1545-0023
48.4221-6 .......... 1545-0023
48.4221-7 .......... 1545-0023
48.4222(a)-1 .......... 1545-0014
1545-0023

48.4223-1 .......... 1545-0023
1545-0257
1545-0723
48.6302(c)-1 .......... 1545-0023
1545-0257
48.6412-1 .......... 1545-0723

| Section | Control No. |
|---|---|
| 48.6416(a)-1 | 1545-0023 |
| | 1545-0723 |
| 48.6416(a)-2 | 1545-0723 |
| 48.6416(a)-3 | 1545-0723 |
| 48.6416(b)(2)-3 | 1545-1087 |
| 48.6416(b)(1)-1 | 1545-0723 |
| 48.6416(b)(1)-2 | 1545-0723 |
| 48.6416(b)(1)-3 | 1545-0723 |
| 48.6416(b)(1)-4 | 1545-0723 |
| 48.6416(b)(2)-1 | 1545-0723 |
| 48.6416(b)(2)-2 | 1545-0723 |
| 48.6416(b)(2)-3 | 1545-0723 |
| | 1545-1087 |
| 48.6416(b)(2)-4 | 1545-0723 |
| 48.6416(b)(3)-1 | 1545-0723 |
| 48.6416(b)(3)-2 | 1545-0723 |
| 48.6416(b)(3)-3 | 1545-0723 |
| 48.6416(b)(4)-1 | 1545-0723 |
| 48.6416(b)(5)-1 | 1545-0723 |
| 48.6416(c)-1 | 1545-0723 |
| 48.6416(e)-1 | 1545-0023 |
| | 1545-0723 |
| 48.6416(f)-1 | 1545-0023 |
| | 1545-0723 |
| 48.6416(g)-1 | 1545-0723 |
| 48.6416(h)-1 | 1545-0723 |
| 48.6420(f)-1 | 1545-0023 |
| 48.6420-1 | 1545-0162 |
| | 1545-0723 |
| 48.6420-2 | 1545-0162 |
| | 1545-0723 |
| 48.6420-3 | 1545-0162 |
| | 1545-0723 |
| 48.6420-4 | 1545-0162 |
| | 1545-0723 |
| 48.6420-5 | 1545-0162 |
| | 1545-0723 |
| 48.6420-6 | 1545-0162 |
| | 1545-0723 |
| 48.6421-0 | 1545-0162 |
| | 1545-0723 |
| 48.6421-1 | 1545-0162 |
| | 1545-0723 |
| 48.6421-2 | 1545-0162 |
| | 1545-0723 |
| 48.6421-3 | 1545-0162 |
| | 1545-0723 |
| 48.6421-4 | 1545-0162 |
| | 1545-0723 |
| 48.6421-5 | 1545-0162 |
| | 1545-0723 |
| 48.6421-6 | 1545-0162 |
| | 1545-0723 |
| 48.6421-7 | 1545-0162 |

                                            1545-0723
48.6424-0 .......... 1545-0723
48.6424-1 .......... 1545-0723
48.6424-2 .......... 1545-0723
48.6424-3 .......... 1545-0723
48.6424-4 .......... 1545-0723
48.6424-5 .......... 1545-0723
48.6424-6 .......... 1545-0723
48.6427-0 .......... 1545-0723
48.6427-1 .......... 1545-0023
1545-0162
1545-0723
48.6427-2 .......... 1545-0162
1545-0723
48.6427-3 .......... 1545-0723
48.6427-4 .......... 1545-0723
48.6427-5 .......... 1545-0723
48.6427-8 .......... 1545-1418
48.6427-9 .......... 1545-1418
48.6427-10 .......... 1545-1418

48.6427-11 .......... 1545-1418
49.4251-1 .......... 1545-1075
49.4251-2 .......... 1545-1075
49.4251-4(d)(2) .......... 1545-1628
49.4253-3 .......... 1545-0023
49.4253-4 .......... 1545-0023
49.4264(b)-1 .......... 1545-0023
1545-0224
1545-0225
1545-0226
1545-0230
1545-0257
1545-0912
49.4271-1(d) .......... 1545-0685
52.4682-1(b)(2)(iii) .......... 1545-1153
52.4682-2(b) .......... 1545-1153
1545-1361
52.4682-2(d) .......... 1545-1153
1545-1361
52.4682-3(c)(2) .......... 1545-1153

52.4682-3(g) .......... 1545-1153
52.4682-4(f) .......... 1545-1153
1545-0257
52.4682-5(d) .......... 1545-1361
52.4682-5(f) .......... 1545-1361
53.4940-1 .......... 1545-0052
1545-0196
53.4942(a)-1 .......... 1545-0052
53.4942(a)-2 .......... 1545-0052
53.4942(a)-3 .......... 1545-0052
53.4942(b)-3 .......... 1545-0052
53.4945-1 .......... 1545-0052
53.4945-4 .......... 1545-0052
53.4945-5 .......... 1545-0052
53.4945-6 .......... 1545-0052

| | |
|---|---|
| 53.4947-1 | 1545-0196 |
| 53.4947-2 | 1545-0196 |
| 53.4948-1 | 1545-0052 |
| 53.4958-6 | 1545-1623 |
| 53.4961-2 | 1545-0024 |
| 53.4963-1 | 1545-0024 |
| 53.6001-1 | 1545-0052 |
| 53.6011-1 | 1545-0049 |
| | 1545-0052 |
| | 1545-0092 |
| | 1545-0196 |
| 53.6065-1 | 1545-0052 |
| 53.6071-1 | 1545-0049 |
| 53.6081-1 | 1545-0066 |
| | 1545-0148 |
| 53.6161-1 | 1545-0575 |
| 54.4972-1 | 1545-0197 |
| 54.4975-7 | 1545-0575 |
| 54.4977-1T | 1545-0771 |
| 54.4980B-6 | 1545-1581 |
| 54.4980B-7 | 1545-1581 |
| 54.4980B-8 | 1545-1581 |
| 54.4980F-1 | 1545-1780 |
| 54.4981A-1T | 1545-0203 |
| 54.6011-1 | 1545-0575 |
| 54.6011-1T | 1545-0575 |
| 54.9801-3 | 1545-1537 |
| 54.9801-4 | 1545-1537 |
| 54.9801-5 | 1545-1537 |
| 54.9801-6 | 1545-1537 |
| 55.6001-1 | 1545-0123 |
| 55.6011-1 | 1545-0123 |
| | 1545-0999 |
| | 1545-1016 |
| 55.6061-1 | 1545-0999 |
| 55.6071-1 | 1545-0999 |
| 56.4911-6 | 1545-0052 |
| 56.4911-7 | 1545-0052 |
| 56.4911-9 | 1545-0052 |
| 56.4911-10 | 1545-0052 |
| 56.6001-1 | 1545-1049 |
| 56.6011-1 | 1545-1049 |
| 56.6081-1 | 1545-1049 |
| 56.6161-1 | 1545-1049 |
| | 1545-0257 |
| 145.4051-1 | 1545-0745 |
| 145.4052-1 | 1545-0120 |
| | 1545-0745 |
| | 1545-1076 |
| 145.4061-1 | 1545-0224 |
| | 1545-0230 |
| | 1545-0257 |
| | 1545-0745 |
| 156.6001-1 | 1545-1049 |

156.6011-1 ........................................................ 1545-1049
156.6081-1 ........................................................ 1545-1049
156.6161-1 ........................................................ 1545-1049
157.6001-1 ........................................................ 1545-1824
157.6011-1 ........................................................ 1545-1824
157.6081-1 ........................................................ 1545-1824
157.6161-1 ........................................................ 1545-1824
301.6011-2 ........................................................ 1545-0225
1545-0350
1545-0387
1545-0441

1545-0957
301.6017-1 ........................................................ 1545-0090
301.6034-1 ........................................................ 1545-0092
301.6035-1 ........................................................ 1545-0123
301.6036-1 ........................................................ 1545-0013
1545-0773
301.6047-1 ........................................................ 1545-0367
1545-0957
301.6057-1 ........................................................ 1545-0710
301.6057-2 ........................................................ 1545-0710
301.6058-1 ........................................................ 1545-0710
301.6059-1 ........................................................ 1545-0710
301.6103(c)-1 ..................................................... 1545-1816
301.6103(n)-1(c) ................................................. 1545-1841
301.6103(p)(2)(B)-1 ............................................ 1545-1757
301.6104(a)-1 ..................................................... 1545-0495
301.6104(a)-5 ..................................................... 1545-0056
301.6104(a)-6 ..................................................... 1545-0056
301.6104(b)-1 ..................................................... 1545-0094
1545-0742

301.6104(d)-1 ..................................................... 1545-1655
301.6104(d)-2 ..................................................... 1545-1655
301.6104(d)-3 ..................................................... 1545-1655
301.6109-1 ........................................................ 1545-0003
1545-0295
1545-0367
1545-0387
1545-0957
1545-1461
301.6109-3 ........................................................ 1545-1564
301.6110-3 ........................................................ 1545-0074
301.6110-5 ........................................................ 1545-0074
301.6111-1T ...................................................... 1545-0865
1545-0881
301.6111-2 ........................................................ 1545-0865
1545-1687
301.6112-1 ........................................................ 1545-0865
1545-1686
301.6112-1T ...................................................... 1545-0865
1545-1686

301.6114-1 ........................................................ 1545-1126
1545-1484
301.6222(a)-2 ..................................................... 1545-0790

| | |
|---|---|
| 301.6222(b)-1 | 1545-0790 |
| 301.6222(b)-2 | 1545-0790 |
| 301.6222(b)-3 | 1545-0790 |
| 301.6223(b)-1 | 1545-0790 |
| 301.6223(c)-1 | 1545-0790 |
| 301.6223(e)-2 | 1545-0790 |
| 301.6223(g)-1 | 1545-0790 |
| 301.6223(h)-1 | 1545-0790 |
| 301.6224(b)-1 | 1545-0790 |
| 301.6224(c)-1 | 1545-0790 |
| 301.6224(c)-3 | 1545-0790 |
| 301.6227(c)-1 | 1545-0790 |
| 301.6227(d)-1 | 1545-0790 |
| 301.6229(b)-2 | 1545-0790 |
| 301.6230(b)-1 | 1545-0790 |
| 301.6230(e)-1 | 1545-0790 |
| 301.6231(a)(1)-1 | 1545-0790 |
| 301.6231(a)(7)-1 | 1545-0790 |
| 301.6231(c)-1 | 1545-0790 |
| 301.6231(c)-2 | 1545-0790 |
| 301.6241-1T | 1545-0130 |
| 301.6316-4 | 1545-0074 |
| 301.6316-5 | 1545-0074 |
| 301.6316-6 | 1545-0074 |
| 301.6316-7 | 1545-0029 |
| 301.6324A-1 | 1545-0015 |
| 301.6361-1 | 1545-0024 |
| | 1545-0074 |
| 301.6361-2 | 1545-0024 |
| 301.6361-3 | 1545-0074 |
| 301.6402-2 | 1545-0024 |
| | 1545-0073 |
| | 1545-0091 |
| 301.6402-3 | 1545-0055 |
| | 1545-0073 |
| | 1545-0091 |
| | 1545-0132 |
| | 1545-1484 |
| 301.6402-5 | 1545-0928 |
| 301.6404-1 | 1545-0024 |
| 301.6404-2T | 1545-0024 |
| 301.6404-3 | 1545-0024 |
| 301.6405-1 | 1545-0024 |
| 301.6501(c)-1 | 1545-1241 |
| | 1545-1637 |
| 301.6501(d)-1 | 1545-0074 |
| | 1545-0430 |
| 301.6501(o)-2 | 1545-0728 |
| 301.6511(d)-1 | 1545-0024 |
| | 1545-0582 |
| 301.6511(d)-2 | 1545-0024 |
| | 1545-0582 |
| 301.6511(d)-3 | 1545-0024 |
| | 1545-0582 |
| 301.6652-2 | 1545-0092 |

42/48

301.6685-1 .................................................... 1545-0092
301.6689-1T .................................................... 1545-1056

301.6707-1T .................................................... 1545-0865
1545-0881
301.6708-1T .................................................... 1545-0865
301.6712-1 .................................................... 1545-1126
301.6723-1A(d) .................................................... 1545-0909
301.6903-1 .................................................... 1545-0013
1545-1783
301.6905-1 .................................................... 1545-0074
301.7001-1 .................................................... 1545-0123
301.7101-1 .................................................... 1545-1029
301.7207-1 .................................................... 1545-0092
301.7216-2 .................................................... 1545-0074
301.7216-2(o) .................................................... 1545-1209
301.7425-3 .................................................... 1545-0854
301.7430-2(c) .................................................... 1545-1356
301.7507-8 .................................................... 1545-0123
301.7507-9 .................................................... 1545-0123
301.7513-1 .................................................... 1545-0429
301.7517-1 .................................................... 1545-0015
301.7605-1 .................................................... 1545-0795

301.7623-1 .................................................... 1545-0409
1545-1534
301.7654-1 .................................................... 1545-0803
301.7701-3 .................................................... 1545-1486
301.7701-4 .................................................... 1545-1465
301.7701-7 .................................................... 1545-1600
301.7701-16 .................................................... 1545-0795
301.7701(b)-1 .................................................... 1545-0089
301.7701(b)-2 .................................................... 1545-0089
301.7701(b)-3 .................................................... 1545-0089
301.7701(b)-4 .................................................... 1545-0089
301.7701(b)-5 .................................................... 1545-0089
301.7701(b)-6 .................................................... 1545-0089
301.7701(b)-7 .................................................... 1545-0089
1545-1126
301.7701(b)-9 .................................................... 1545-0089
301.7805-1 .................................................... 1545-0805
301.9000-5 .................................................... 1545-1850
301.9001-1 .................................................... 1545-0220
301.9100-2 .................................................... 1545-1488

301.9100-3 .................................................... 1545-1488
301.9100-4T .................................................... 1545-0016
1545-0042
1545-0074
1545-0129
1545-0172
1545-0619
301.9100-6T .................................................... 1545-0872
301.9100-7T .................................................... 1545-0982
301.9100-8 .................................................... 1545-1112
301.9100-11T .................................................... 1545-0123
301.9100-12T .................................................... 1545-0026

| | |
|---|---|
| | 1545-0074 |
| | 1545-0172 |
| | 1545-1027 |
| 301.9100-14T | 1545-0046 |
| 301.9100-15T | 1545-0046 |
| 301.9100-16T | 1545-0152 |
| 302.1-7 | 1545-0024 |
| 305.7701-1 | 1545-0823 |
| 305.7871-1 | 1545-0823 |
| 404.6048-1 | 1545-0160 |
| 420.0-1 | 1545-0710 |
| Part 509 | 1545-0846 |
| Part 513 | 1545-0834 |
| Part 514 | 1545-0845 |
| Part 521 | 1545-0848 |
| 601.104 | 1545-0233 |
| 601.105 | 1545-0091 |
| 601.201 | 1545-0019 |
| | 1545-0819 |
| 601.204 | 1545-0152 |
| 601.401 | 1545-0257 |
| 601.504 | 1545-0150 |
| 601.601 | 1545-0800 |
| 601.602 | 1545-0295 |
| | 1545-0387 |
| | 1545-0957 |
| 601.702 | 1545-0429 |

---

(Authority: 26 U.S.C. 7805)

[T.D. 8011, 50 FR 10222, March 14, 1985; T.D. 8017, 50 FR 12019, March 27, 1985; T.D. 8018, 50 FR 12532, March 29, 1985; 50 FR 13020, April 2, 1985; 50 FR 13962, April 8, 1985; 50 FR 14698, April 15, 1985; 50 FR 16429, April 29, 1985; 50 FR 18478, May 1, 1985; 50 FR 19356, May 8, 1985; 50 FR 20755, 20758, May 20, 1985; 50 FR 21243, 21245, May 23, 1985; 50 FR 23409, June 4, 1985; 50 FR 25220, June 18, 1985; 50 FR 27231, 27233, July 2, 1985; 50 FR 29370, 29378, July 19, 1985; 50 FR 29960, 29967, July 23, 1985; 50 FR 30169, July 24, 1985; 50 FR 30818, July 30, 1985; 50 FR 32011, 32050, Aug. 8, 1985; 50 FR 33530, Aug. 20, 1985; 50 FR 35547, Sept. 3, 1985; 50 FR 37350, 37351, Sept. 13, 1985; 50 FR 40003, Oct. 1, 1985; 50 FR 40971, 40974, Oct. 8, 1985; 50 FR 42518, Oct. 21, 1985; 50 FR 46004, 46006 and 46041, Nov. 6, 1985; 50 FR 52313, 52315, Dec. 23, 1985; 51 FR 21, Jan. 2, 1986; 51 FR 394, Jan. 6, 1986; 51 FR 749, Jan. 8, 1986; 51 FR 1507, Jan. 14, 1986; 51 FR 2481, Jan. 17, 1986; 51 FR 4338, Feb. 4, 1986; 51 FR 5197, Feb. 12, 1986; 51 FR 7441, March 4, 1986; 51 FR 10352, March 25, 1986; 51 FR 12515, April 11, 1986; 51 FR 13496, April 21, 1986; 51 FR 16300, 16306, May 2, 1986; 51 FR 17961, May 16, 1986; 51 FR 20646, June 6, 1986; 51 FR 21546, June 13, 1986; 51 FR 23744, July 1, 1986; 51 FR 25049, July 10, 1986; 51 FR 28378, Aug. 7, 1986; 51 FR 30484, Aug. 27, 1986; 51 FR 31613, 31616, Sept. 4, 1986; 51 FR 33595, Sept. 22, 1986; 51 FR 34204, Sept. 26, 1986; 51 FR 40169, Nov. 5, 1986; 51 FR 45106, Dec. 17, 1986; 51 FR 45461, Dec. 19, 1986; 51 FR 45466, Dec. 19, 1986; 51 FR 45736, Dec. 19, 1986; 51 FR 46620, Dec. 23, 1986; 51 FR 46651, Dec. 23, 1986; 51 FR 46654, Dec. 23, 1986; T.D. 8129, 52 FR 7411, March 11, 1987; 52 FR 10368, April 1, 1987; T.D. 8133, 52 FR 10564, April 2, 1987; T.D. 8135, 52 FR 10748, April 3, 1987; T.D. 8136, 52 FR 12163, April 15, 1987; T.D. 8137, 52 FR 13437, April 23, 1987; T.D. 8138, 52 FR 15320, April 28, 1987; T.D. 8141, 52 FR 21513, June 8, 1987; T.D. 8143, 52 FR 22764, June 16, 1987; T.D. 8144, 52 FR 23440, June 22, 1987; T.D. 8145, 52 FR 25007, July 2, 1987; T.D. 8146, 52 FR

26673, July 16, 1987; T.D. 8149, 52 FR 29697, Aug. 11, 1987; T.D. 8150, 52 FR 30163, Aug. 13, 1987; T.D. 8152, 52 FR 31621, Aug. 21, 1987; T.D. 8153, 52 FR 32008, Aug. 25, 1987; T.D. 8154, 52 FR 32009, Aug. 25, 1987; T.D. 8159, 52 FR 33585, Sept. 4, 1987; T.D. 8155, 52 FR 34357, Sept. 10, 1987; T.D. 8162, 52 FR 42100, Nov. 3, 1987; T.D. 8163, 52 FR 46075, Dec. 4, 1987; T.D. 8165, 52 FR 46760, Dec. 10, 1987; T.D. 8166, 52 FR 47557, Dec. 15, 1987; T.D. 8168, 52 FR 48419, Dec. 22, 1987; T.D. 8169, 52 FR 48997, Dec. 29, 1987; T.D. 8180, 53 FR 6148, March 1, 1988; T.D. 8181, 53 FR 6519, March 1, 1988; T.D. 8179, 53 FR 6614, March 2, 1988; T.D. 8183, 53 FR 6625, March 2, 1988; T.D. 8178, 53 FR 6780, March 2, 1988; T.D. 8184, 53 FR 6821, March 3, 1988; T.D. 8186, 53 FR 7514, March 9, 1988; T.D. 8187, 53 FR 8451, March 15, 1988; T.D. 8188, 53 FR 8750, March 17, 1988; T.D. 8188, 53 FR 9870, March 28, 1988; T.D. 8189, 53 FR 9881, March 28, 1988; T.D. 8190, 53 FR 11068, April 5, 1988; T.D. 8191, 53 FR 12006, 12008, April 12, 1988; T.D. 8198, 53 FR 16086, 16232, May 5, 1988; T.D. 8205, 53 FR 19714, May 27, 1988; T.D. 8208, 53 FR 20311, June 3, 1988; T.D. 8210, 53 FR 23619, June 23, 1988; T.D. 8215, 53 FR 27044, July 18, 1988; T.D. 8216, 53 FR 27511, July 21, 1988; T.D. 8217, 53 FR 29674, Aug. 8, 1988; T.D. 8219, 53 FR 31856, Aug. 22, 1988; T.D. 8221, 53 FR 33461, Aug. 31, 1988; T.D. 8223, 53 FR 34076, Sept. 2, 1988; T.D. 8225, 53 FR 34493, Sept. 7, 1988; T.D. 8226, 8227, 53 FR 34736, Sept. 8, 1988; T.D. 8228, 53 FR 35507, Sept. 14, 1988; T.D. 8223, 53 FR 37294, Sept. 26, 1988; T.D. 8231, 53 FR 37552, Sept. 27, 1988; T.D. 8232, 53 FR 38715, Oct. 3, 1988; T.D. 8233, 53 FR 39604, Oct. 11, 1988; T.D. 8237, 53 FR 53173, Dec. 30, 1988; T.D. 8219, 53 FR 48534, Dec. 1, 1988; T.D. 8241, 54 FR 7763, Feb. 23, 1989; T.D. 8244, 54 FR 10541, March 14, 1989; T.D. 8249, 54 FR, 19372, May 5, 1989; T.D. 8253, 54 FR 20566, May 12, 1989; T.D. 8252, 54 FR 20837, May 15, 1989; T.D. 8254, 54 FR 21059, May 16, 1989; T.D. 8251, 54 FR 21204, May 17, 1989; T.D. 8256, 54 FR 28620, July 6, 1989; T.D. 8258, 54 FR 31674, Aug. 1, 1989; T.D. 8259, 54 FR 37107, Sept. 7, 1989; T.D. 8260, 54 FR 37324, Sept. 8, 1989; T.D. 8262, 54 FR 37453, Sept. 11, 1989; T.D. 8264, 54 FR 38664, 38671, Sept. 20, 1989; T.D. 8265, 54 FR 38851, Sept. 21, 1989; T.D. 8268, 54 FR 38979, Sept. 22, 1989; T.D. 8267, 54 FR 38987, Sept. 22, 1989; T.D. 8264, 54 FR 41962, Oct. 13, 1989; T.D. 8230, 55 FR 1418, Jan. 16, 1990; T.D. 8282, 55 FR 2376, Jan. 24, 1990; T.D. 8287, 55 FR 3219, Jan. 31, 1990; T.D. 8259, 55 FR 11906, March 30, 1990; T.D. 8261, 55 FR 11906, March 30, 1990; T.D. 8292, 55 FR 9442, March 14, 1990; T.D. 8299, 55 FR 14245, April 17, 1990; T.D. 8300, 55 FR 19627, May 10, 1990;

T.D. 8302, 55 FR 21191, May 23, 1990; T.D. 8303, 55 FR 23077, June 6, 1990; T.D. 8304, 55 FR 28022, July 9, 1990; T.D. 8307, 55 FR 33690, Aug. 17, 1990; T.D. 8308, 55 FR 35620, Aug. 31, 1990; T.D. 8311, 55 FR 36631, Sept. 6, 1990; T.D. 8315, 55 FR 41686, Oct. 15, 1990; T.D. 8316, 55 FR 42006, Oct. 17, 1990; T.D. 8319, 55 FR 49038, Nov. 26, 1990; T.D. 8320, 55 FR 50179, Dec. 5, 1990; T.D. 8321, 55 FR 50554, Dec. 7, 1990; T.D. 8323, 55 FR 51290, Dec. 13, 1990; T.D. 8318, 55 FR 51698, Dec. 17, 1990; T.D. 8326, 55 FR 53296, Dec. 28, 1990; T.D. 8329, 56 FR 487, Jan. 7, 1991; T.D. 8330, 56 FR 1363, Jan. 14, 1991; T.D. 8320, 56 FR 8130, Feb. 27, 1991; T.D. 8335, 56 FR 8912, March 4, 1991; T.D. 8337, 56 FR 10377, March 12, 1991; T.D. 8344, 56 FR 15044, April 15, 1991; T.D. 8350, 56 FR 21935, May 13, 1991; T.D. 8348, 56 FR 21952, May 13, 1991; T.D. 8351, 56 FR 25369, June 4, 1991; T.D. 8353, 56 FR 28075, June 19, 1991; T.D. 8352, 56 FR 29435, June 27, 1991; T.D. 8355, 56 FR 36703, July 31, 1991; T.D. 8352, 56 FR 40246, Aug. 14, 1991; T.D. 8357, 56 FR 40551, Aug. 15, 1991; T.D. 8364, 56 FR 47402, Sept. 19, 1991; T.D. 8366, 56 FR 49523, Sept. 30, 1991; T.D. 8370, 56 FR 56320, Nov. 4, 1991; T.D. 8376, 56 FR 63461, Dec. 4, 1991; T.D. 8379, 56 FR 65687, Dec. 18, 1991; T.D. 8380, 56 FR 66357, Dec. 23, 1991; T.D. 8385, 56 FR 66995, Dec. 27, 1991; T.D. 8383, 56 FR 66996, Dec. 27, 1991; T.D. 8384, 56 FR 67178, Dec. 30, 1991; T.D. 8381, 56 FR 67509, Dec. 31, 1991; T.D. 8382, 56 FR 67520, Dec. 31, 1991; T.D. 8335, 57 FR 9050, March 16, 1992; T.D. 8390, 57 FR 3133, Jan. 28, 1992; T.D. 8394, 57 FR 3534, Jan. 30, 1992; T.D. 8396, 57 FR 6296, Feb. 24, 1992; T.D. 8400, 57 FR 9209, March 17, 1992; T.D. 8404, 57 FR 10996, April 1, 1992; T.D. 8395, 57 FR 11266, April 2, 1992; T.D. 8407, 57 FR 12211, April 9, 1992; T.D. 8409, 57 FR 13035, April 15, 1992; T.D. 8411, 57 FR 15253, April 27, 1992; T.D. 8416, 57 FR 19262, May 5, 1992; T.D. 8418, 57 FR 21032, May 18, 1992; T.D. 8335, 57 FR 27511, June 19, 1992; T.D. 8421, 57 FR 32438, July 22, 1992; T.D. 8425, 57 FR 36004, Aug. 12, 1992; T.D. 8428, 57 FR 38283, Aug. 24, 1992; T.D. 8426, 57 FR 38599, Aug. 26, 1992; T.D. 8430, 57 FR 40124, Sept. 2, 1992; T.D. 8431, 57 FR 40322, Sept. 3, 1992; T.D. 8434, 57 FR 41093, Sept. 9, 1992; T.D. 8432, 57 FR 41676, Sept. 11, 1992; T.D. 8437, 57 FR 43897, 43904, Sept. 23, 1992; T.D. 8439, 57 FR 44989, 44991, Sept. 30, 1992; T.D. 8442, 57 FR 48187, Oct. 22, 1992; T.D. 8443, 57 FR 48174, Oct. 22, 1992; T.D. 8444, 57 FR 48984, Oct. 29,

1992; T.D. 8448, 57 FR 54931, Nov. 23, 1992; T.D. 8449, 57 FR 55457, Nov. 25, 1992; T.D. 8437, 57 FR 60481, Dec. 21, 1992; T.D. 8459, 57 FR 60995, Dec. 23, 1992; T.D. 8458, 57 FR 61313, Dec. 24, 1992; T.D. 8455, 57 FR 61323, Dec. 24, 1992; T.D. 8456, 57 FR 61830, Dec. 29, 1992; T.D. 8457, 57 FR 62200, Dec. 30, 1992; T.D. 8468, 58 FR 4080, Jan. 13, 1993; T.D. 8470, 58 FR 5293, Jan. 21, 1993; T.D. 8472, 58 FR 5936, Jan. 25, 1993; T.D. 8442, 58 FR 6575, Jan. 29, 1993; T.D. 8478, 58 FR 13412, March 11, 1993; T.D. 8474, 58 FR 25558, April 27, 1993; T.D. 8476, 58 FR 33553, June 18, 1993; T.D. 8479, 58 FR 33764, June 21, 1993; T.D. 8482, 58 FR 42234, Aug. 9, 1993; T.D. 8490, 58 FR 51576, Oct. 4, 1993; T.D. 8493, 58 FR 54041, Oct. 20, 1993; T.D. 8496, 58 FR 63080, Nov. 30, 1993; T.D. 8504, 58 FR 68036, Dec. 23, 1993; T.D. 8514, 58 FR 68300, Dec. 27, 1993; T.D. 8509, 58 FR 68301, Dec. 27, 1993; T.D. 8506, 58 FR 68304, Dec. 27, 1993; T.D. 8505, 58 FR 68751, Dec. 29, 1993; T.D. 8507, 58 FR 68753, Dec. 29, 1993; T.D. 8513, 58 FR 68765, Dec. 29, 1993; T.D. 8508, 59 FR 23, Jan. 3, 1994; T.D. 8515, 59 FR 2984, 2985, Jan. 20, 1994; T.D. 8482, 59 FR 3319, Jan. 21, 1994; T.D. 8519, 59 FR 4799, Feb. 2, 1994; T.D. 8517, 59 FR 4830, 4831, Feb. 2, 1994; T.D. 8521, 59 FR 8862, Feb. 24, 1994; T.D. 8522, 59 FR 9664, March 1, 1994; T.D. 8520, 59 FR 10074, March 3, 1994; T.D. 8528, 59 FR 11925, March 15, 1994; T.D. 8531, 59 FR 12840, March 18, 1994; T.D. 8530, 59 FR 12844, March 18, 1994; T.D. 8529, 59 FR 12848, March 18, 1994; T.D. 8536, 59 FR 23157, May 5, 1994; T.D. 8537, 59 FR 24939, May 13, 1994; T.D. 8335, 59 FR 27235, May 26, 1994; T.D. 8544, 59 FR 27460, May 27, 1994; T.D. 8542, 59 FR 29366, June 7, 1994; T.D. 8540, 59 FR 30179, June 10, 1994; T.D. 8546, 59 FR 32081, June 22, 1994; T.D. 8549, 59 FR 33433, June 29, 1994; T.D. 8552, 59 FR 35030, July 8, 1994; T.D. 8551, 59 FR 35033, July 8, 1994; T.D. 8554, 59 FR 36360, July 18, 1994; T.D. 8555, 59 FR 36367, July 18, 1994; T.D. 8556, 59 FR 37680, July 25, 1994; T.D. 8560, 59 FR 41703, Aug. 15, 1994; T.D. 8563, 59 FR 50166, Oct. 3, 1994; T.D. 8566, 59 FR 51376, Oct. 11, 1994; T.D. 8571, 59 FR 63254, Dec. 8, 1994; T.D. 8573, 59 FR 64302, Dec. 14, 1994; T.D. 8572, 59 FR 64574, Dec. 15, 1994;

T.D. 8577, 59 FR 65714, Dec. 21, 1994; T.D. 8578, 59 FR 66188, Dec. 23, 1994; T.D. 8580, 59 FR 66476, Dec. 27, 1994; T.D. 8584, 59 FR 67215, Dec. 29, 1994; T.D. 8586, 60 FR 2509, Jan. 10, 1995; T.D. 8593, 60 FR 18744, April 13, 1995; T.D. 8594, 60 FR 20899, April 28, 1995; T.D. 8597, 60 FR 36710, July 18, 1995; T.D. 8599, 60 FR 36998, July 19, 1995; T.D. 8600, 60 FR 37589, July 21, 1995; T.D. 8609, 60 FR 40086, Aug. 7, 1995; T.D. 8611, 60 FR 41016, Aug. 11, 1995; T.D. 8612, 60 FR 43554, Aug. 22, 1995; T.D. 8613, 60 FR 43563, Aug. 22, 1995; T.D. 8618, 60 FR 46530, Sept. 7, 1995; T.D. 8619, 60 FR 49218, Sept. 22, 1995; T.D. 8620, 60 FR 49221, Sept. 22, 1995; T.D. 8622, 60 FR 52856, Oct. 11, 1995; T.D. 8623, 60 FR 53128, Oct. 12, 1995; T.D. 8624, 60 FR 53511, Oct. 16, 1995; T.D. 8631, 60 FR 64324, Dec. 15, 1995; T.D. 8650, 60 FR 65547, Dec. 20, 1995; T.D. 8632, 60 FR 65566, Dec. 20, 1995; T.D. 8649, 60 FR 66085, Dec. 21, 1995; T.D. 8633, 60 FR 66091, Dec. 21, 1995; T.D. 8641, 60 FR 66105, Dec. 21, 1995; T.D. 8637, 60 FR 66134, Dec. 21, 1995; T.D. 8643, 60 FR 66139, Dec. 21, 1995; T.D. 8638, 60 FR 66746, Dec. 26, 1995; T.D. 8644, 60 FR 66926, Dec. 27, 1995; T.D. 8652, 61 FR 8, Jan. 2, 1996; T.D. 8651, 61 FR 262, Jan. 4, 1996; T.D. 8654, 61 FR 271, Jan. 4, 1996; T.D. 8655, 61 FR 517, Jan. 8, 1996; T.D. 8653, 61 FR 522, Jan. 8, 1996; T.D. 8656, 61 FR 4885, Feb. 9, 1996; T.D. 8657, 61 FR 9343, March 8, 1996; T.D. 8659, 61 FR 10466, March 14, 1996; T.D. 8644, 61 FR 12135, March 25, 1996; T.D. 8618, 61 FR 14248, April 1, 1996; T.D. 8664, 61 FR 17574, April 22, 1996; T.D. 8668, 61 FR 19192, May 1, 1996; T.D. 8671, 61 FR 26792, May 29, 1996; T.D. 8672, 61 FR 27008, May 30, 1996; T.D. 8674, 61 FR 30159, June 14, 1996; T.D. 8679, 61 FR 33321, June 27, 1996; T.D. 8677, 61 FR 33335, June 27, 1996; T.D. 8678, 61 FR 33365, June 27, 1996; T.D. 8680, 61 FR 33370, June 27, 1996; T.D. 8682, 61 FR 42178, Aug. 14, 1996; T.D. 8029, 61 FR 46720, Sept. 5, 1996; T.D. 8684, 61 FR 53066, Oct. 10, 1996; T.D. 8685, 61 FR 58008, Nov. 12, 1996; T.D. 8687, 61 FR 60550, Nov. 29, 1996; T.D. 8686, 61 FR 60559, Nov. 29, 1996; T.D. 8688, 61 FR 65323, Dec. 12, 1996; T.D. 8690, 61 FR 65955, Dec. 16, 1996; T.D. 8697, 61 FR 66593, Dec. 18, 1996; T.D. 8696, 61 FR 67458, Dec. 23, 1996; T.D. 8698, 61 FR 67462, Dec. 23, 1996; T.D. 8700, 61 FR 67726, Dec. 24, 1996; T.D. 8701, 61 FR 68154, Dec. 27, 1996; T.D. 8702, 61 FR 68641, Dec. 30, 1996; T.D. 8703, 61 FR 69031, Dec. 31, 1996; T.D. 8706, 62 FR 24, Jan. 2, 1997; T.D. 8708, 62 FR 941, Jan. 7, 1997; T.D. 8712, 62 FR 2305, Jan. 16, 1997; T.D. 8715, 62 FR 13990, March 25, 1997; T.D. 8718, 62 FR 25514, May 9, 1997; T.D. 8716, 62 FR 35905, July 2, 1997; T.D. 8737, 62 FR 53232, Oct. 14, 1997; T.D. 8733, 62 FR 53387, Oct. 14, 1997; T.D. 8734, 62 FR 53498, Oct. 14, 1997; T.D. 8739, 62 FR 62521, Nov. 24, 1997; T.D. 8743, 62 FR 66989, Dec. 23, 1997; T.D. 8742, 62 FR 68173, Dec. 31, 1997; T.D. 8746, 62 FR 68183, Dec. 31, 1997; T.D. 8750, 63 FR 24, Jan. 2, 1998; T.D. 8756, 63 FR 1919,

Jan. 13, 1998; T.D. 8734, 63 FR 2723, Jan. 16, 1998; T.D. 8758, 63 FR 2894, Jan. 20, 1998; T.D. 8769, 63 FR 30624, June 5, 1998; T.D. 8770, 63 FR 33570, June 19, 1998; T.D. 8773, 63 FR 34596, June 25, 1998; T.D. 8774, 63 FR 35804, 35805, July 1, 1998; T.D. 8775, 63 FR 36181, July 2, 1998; T.D. 8779, 63 FR 44393, Aug. 19, 1998; T.D. 8780, 63 FR 44779, Aug. 21, 1998; T.D. 8785, 63 FR 52982, Oct. 2, 1998; T.D. 8786, 63 FR 55025, Oct. 14, 1998; T.D. 8787, 63 FR 56565, Oct. 22, 1998; T.D. 8791, 63 FR 68194, Dec. 10, 1998; T.D. 8795, 63 FR 68684, Dec. 14, 1998; T.D. 8797, 63 FR 69556, Dec. 17, 1998; T.D. 8796, 63 FR 70012, Dec. 18, 1998; T.D. 8798, 63 FR 70341, Dec. 21, 1998; T.D. 8802, 63 FR 71596, Dec. 29, 1998; T.D. 8801, 63 FR 71752, Dec. 30, 1998; T.D. 8804, 63 FR 72183, Dec. 31, 1998; T.D. 8814, 64 FR 4568, Jan. 29, 1999: T.D. 8813, 64 FR 4975, Feb. 2, 1999; T.D. 8812, 64 FR 5188, Feb. 3, 1999; T.D. 8816, 64 FR 5611, Feb. 4, 1999; T.D. 8817, 64 FR 5717, Feb. 5, 1999;

T.D. 8795, 64 FR 10218, March 3, 1999; T.D. 8011, 64 FR 15688, April 1, 1999; T.D. 8818, 64 FR 17290, April 9, 1999; T.D. 8823, 64 FR 36116, July 2, 1999; T.D. 8824, 64 FR 36175, July 2, 1999; T.D. 8825, 64 FR 36181, July 2, 1999; T.D.8742, 64 FR 37678, July 13, 1999; T.D. 8834, 64 FR 43083, Aug. 9, 1999; T.D. 8833, 64 FR 43618, Aug. 11, 1999; T.D. 8839, 64 FR 51243, Sept. 22, 1999; T.D. 8841, 64 FR 61502, Nov. 12, 1999; T.D. 8845, 64 FR 67773, Dec. 3, 1999; T.D. 8847, 64 FR 69921, Dec. 15, 1999; T.D. 8852, 64 FR 71651, Dec. 22, 1999; T.D. 8850, 64 FR 72554, Dec. 28, 1999; T.D. 8851, 64 FR 72558, Dec. 28, 1999; T.D. 8856, 64 FR 73408, Dec. 30, 1999; T.D. 8855, 65 FR 1059, Jan. 7, 2000; T.D. 8858, 65 FR 1265, Jan. 7, 2000; T.D. 8853, 65 FR 1318, Jan. 10, 2000; T.D. 8861, 65 FR 2034, Jan. 13, 2000; T.D. 8859, 65 FR 2329, Jan. 14, 2000; T.D. 8863, 65 FR 3588, Jan. 24, 2000; T.D. 8862, 65 FR 3609, Jan. 24, 2000; T.D. 8865, 65 FR 3843, Jan. 25, 2000; T.D. 8869, 65 FR 3856, Jan. 25, 2000; T.D. 8864, 65 FR 4124, Jan. 26, 2000; T.D. 8872, 65 FR 5777, Feb. 7, 2000; T.D. 8870, 65 FR 5781, Feb. 7, 2000; T.D. 8873, 65 FR 6008, Feb. 8, 2000; T.D. 8877, 65 FR 11211, March 2, 2000; T.D. 8875, 65 FR 11214, March 2, 2000; T.D. 8876, 65 FR 11222, March 2, 2000; T.D. 8873, 65 FR 17149, 17164, March 31, 2000; T.D. 8892, 65 FR 44438, July 18, 2000; T.D. 8898, 65 FR 52912, Aug. 31, 2000; T.D. 8901, 65 FR 53587, Sept. 5, 2000; T.D. 8892, 65 FR 56484, Sept. 19, 2000; T.D. 8902, 65 FR 57101, Sept. 21, 2000; T.D. 8905, 65 FR 61270, Oct. 17, 2000; T.D. 8910, 65 FR 77820, Dec. 13, 2000; T.D. 8930, 66 FR 295, Jan. 3, 2001; T.D. 8920, 66 FR 2172, Jan. 10, 2001; T.D. 8929, 66 FR 2240, Jan. 11, 2001; T.D. 8933, 66 FR 2251, Jan. 11, 2001; T.D. 8936, 66 FR 2256, Jan. 11, 2001; T.D. 8941, 66 FR 4671, Jan. 18, 2001; T.D. 8940, 66 FR 9957, Feb. 13, 2001; T.D. 8942, 66 FR 10196, Feb. 14, 2001; T.D. 8947, 66 FR 32542, June 15, 2001; T.D. 8953, 66 FR 33637, June 25, 2001; T.D. 8957, 66 FR 38546, July 25, 2001; T.D. 8965, 66 FR 50563, Oct. 4, 2001; 66 FR 64076, Dec. 11, 2001; T.D. 8968, 66 FR 64352, Dec. 13, 2001; T.D. 8971, 66 FR 66314, Dec. 26, 2001; T.D. 8975, 67 FR 17, Jan. 2, 2002; T.D. 8972, 67 FR 822, Jan. 8, 2002; T.D. 8976, 67 FR 1095, Jan. 9, 2002; T.D. 8978, 67 FR 3099, Jan. 23, 2002; T.D. 8984, 67 FR 11040, March 12, 2002; T.D. 8985, 67 FR 12871, March 20, 2002; T.D. 8987, 67 FR 19028, April 17, 2002; T.D. 8989, 67 FR 20032, April 24, 2002; T.D. 8992, 67 FR 20907, April 29, 2002; T.D. 8994, 67 FR 34401, May 14, 2002; T.D. 8995, 67 FR 34610, May 15, 2002; T.D. 8996, 67 FR 35025, May 17, 2002; T.D. 8997, 67 FR 38003, May 31, 2002; T.D. 9002, 67 FR 43545, June 28, 2002; T.D. 9003, 67 FR 47296, July 18, 2002; T.D. 9004, 67 FR 47454, July 19, 2002; T.D. 9010, 67 FR 48760, July 26, 2002; T.D. 9013, 67 FR 54093, Aug. 21, 2002; 67 FR 69473, Nov. 18, 2002; T.D. 9002, 67 FR 77678, Dec. 19, 2002; T.D. 9029, 67 FR 77687, Dec. 19, 2002; T.D. 9033, 67 FR 78176, Dec. 23, 2002; T.D. 9032, 67 FR 78383, Dec. 24, 2002; T.D. 9034, 67 FR 78698, Dec. 26, 2002; T.D. 9035, 68 FR 1537, Jan. 13, 2003; T.D. 9036, 68 FR 2696, Jan. 21, 2003; T.D. 9040, 68 FR 4922, Jan. 31, 2003; T.D. 9042, 68 FR 7926, Feb. 19, 2003; T.D. 9046, 68 FR 10178, March 4, 2003; T.D. 9044, 68 FR 11741, March 12, 2003; T.D. 9048, 68 FR 12300, March 14, 2003; T.D. 9047, 68 FR 12835, March 18, 2003; T.D. 9046, 68 FR 15943, April 2, 2003; T.D. 9052, 68 FR 17291, April 9, 2003; T.D. 9054, 68 FR 22600, April 29, 2003; T.D. 9059, 68 FR 34299, June 9, 2003; T.D. 9061, 68 FR 34799, June 11, 2003; T.D. 9065, 68 FR 39013, July 1, 2003; T.D. 9074, 68 FR 41073, July 10, 2003; T.D. 9075, 68 FR 41250, July 11, 2003;

T.D. 9076, 68 FR 41911, July 16, 2003; T.D. 9079, 68 FR 42266, July 17, 2003; T.D. 9084, 68 FR 44618, July 30, 2003; T.D. 9083, 68 FR 45772, Aug. 4, 2003; T.D. 9082, 68 FR 46087, Aug. 5, 2003; T.D. 9088, 68 FR 51179, Aug. 26, 2003; T.D. 9087, 68 FR 51417, Aug. 26, 2003; 68 FR 52463, Sept. 3, 2003; T.D. 9090, 68 FR 52508, Sept. 4, 2003; T.D. 9092, 68 FR 54361, Sept. 17, 2003; T.D. 9061, 68 FR 54660, Sept. 18, 2003; T.D. 9096, 68 FR 67595, Dec. 3, 2003; T.D. 9099, 68 FR 70149, Dec. 17, 2003; T.D. 9100, 68 FR 70709, Dec. 19, 2003; T.D. 9104, 69 FR 29, Jan. 2, 2004; T.D. 9107, 69 FR

465, Jan. 5, 2004; T.D. 9101, 69 FR 7351, Feb. 17, 2004; T.D. 9114, 69 FR 7574, Feb. 18, 2004; T.D. 9134, 69 FR 41195, July 8, 2004; T.D. 9136, 69 FR 41943, July 13, 2004; T.D. 9142, 69 FR 43741, July 22, 2004; T.D. 9145, 69 FR 45589, July 30, 2004; T.D. 9146, 69 FR 46985, Aug. 4, 2004; T.D. 9157, 69 FR 52829, Aug. 30, 2004; T.D. 9144, 69 FR 61311, Oct. 18, 2004; T.D. 9160, 69 FR 62187, Oct. 25, 2004; T.D. 9163, 69 FR 70550, Dec. 7, 2004; T.D. 9144, 69 FR 70551, Dec. 7, 2004; T.D. 9168, 69 FR 76617, Dec. 22, 2004; T.D. 9171, 69 FR 77636, Dec. 28, 2004; T.D. 9169, 69 FR 78201, Dec. 29, 2004; T.D. 9166, 69 FR 78763, Dec. 30, 2004; T.D. 9174, 70 FR 704, Jan. 5, 2005; T.D. 9178, 70 FR 7400, Feb. 14, 2005; T.D. 9187, 70 FR 10327, March 3, 2005; T.D. 9194, 70 FR 18948, April 11, 2005; T.D. 9199, 70 FR 21335, April 26, 2005; T.D. 9200,70 FR 28742, May 18, 2005; T.D. 9206, 70 FR 29452, May 23, 2005; T.D. 9207, 70 FR 30358, May 26, 2005; T.D. 9208, 70 FR 37263, June 29, 2005; T.D. 9210, 70 FR 39923, July 12, 2005; T.D. 9209, 70 FR 40193, July 13, 2005; T.D. 9212, 70 FR 40669, July 14, 2005; T.D. 9231, 70 FR 72914, Dec. 8, 2005; T.D. 9232, 70 FR 72917, Dec. 8, 2005; T.D. 9237, 71 FR 11, Jan. 3, 2006; T.D. 9241, 71 FR 4025, Jan. 24, 2006; T.D. 9248, 71 FR 5005, Jan. 31, 2006; T.D. 9249, 71 FR 6206, Feb. 7, 2006; T.D. 9254, 71 FR 13018, March 14, 2006; T.D. 9257, 71 FR 18006, April 10, 2006; T.D. 9260, 71 FR 24542, April 25, 2006; T.D. 9264, 71 FR 30608, May 30, 2006; T.D. 9263, 71 FR 31333, June 1, 2006; T.D. 9264, 71 FR 34010, June 13, 2006; T.D. 9268, 71 FR 35526, June 21, 2006; T.D. 9281, 71 FR 47452, Aug. 17, 2006; T.D. 9285, 71 FR 52444, Sept. 6, 2006; T.D. 9286, 71 FR 53020, Sept. 8, 2006; T.D. 9289, 71 FR 59674, Oct. 11, 2006; T.D. 9286, 71 FR 71040, Dec. 8, 2006; T.D. 9300, 71 FR 71045, Dec. 8, 2006; T.D. 9305, 71 FR 77612, Dec. 27, 2006; T.D. 9311, 72 FR 5197, Feb. 5, 2007; T.D. 9312, 72 FR 6165, Feb. 9, 2007; T.D. 9315, 72 FR 12946, March 19, 2007; T.D. 9324, 72 FR 21116, April 30, 2007; T.D. 9315, 72 FR 24678, May 3, 2007]

26 C. F. R. ß 602.101, **26 CFR ß 602.101**

Current through May 24, 2007; 72 FR 29235

Copr. © 2007 Thomson/West

END OF DOCUMENT

**Form 668 (Y)(c)**
(Rev. February 2004)

1872

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #12
Lien Unit Phone: (800) 913-6050

Serial Number
230553005

For Optional Use by Recording Office

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer
DONALD HYMES

002367

Residence
2340 RAVENWOOD
FAIRBANKS, AK 99709

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | 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 | 10/24/2004 | 11/23/2014 | 5270.52 |
| 1040 | 12/31/2002 | 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 | 10/25/2004 | 11/24/2014 | 7622.08 |

Place of Filing
RECORDING DISTRICT OF
FAIRBANKS
FAIRBANKS, AK 99701

Total 12892.60

This notice was prepared and signed at SEATTLE, WA, on this,

the 27th day of May, 2005.

Signature
for MICHAEL WALSH

Title
REVENUE OFFICER 32-01-4404
(907) 271-6972

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 3 - Taxpayer's Copy**

CAT. NO 60025X
Form **668 (Y)(c)** (Rev. 02-04)

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #12
Lien Unit Phone: (206) 220-5596

Serial Number
140709103

For Optional Use by Recording Office

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

**property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer DONALD L HYMES

Residence 2340 RAVENWOOD
FAIRBANKS, AK 99709

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 12/24/2001 | 01/23/2012 | 788.79 |
| 1040 | 12/31/1999 | 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 | 11/12/2001 | 12/12/2011 | 2839.78 |

Place of Filing
RECORDING DISTRICT OF
FAIRBANKS
FAIRBANKS, AK 99701

Total $ 3628.57

This notice was prepared and signed at SEATTLE, WA, on this,

the 27th day of October, 2003.

Att # 2/3

Signature
for MIKE WALSH

Title
REVENUE OFFICER 32-03-3277
(907) 271-6972

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 3 - Taxpayer's Copy**

Form **668(Y)(c)** (Rev. 10-00)
CAT. NO 60025X



Form 668(Y)
(Rev. 10-1999)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Small Business/Self Employed Area: 12

Serial Number

For Optional Use by Recording Office

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) Have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer
SUNSHINE TRUST, R.M. HYMES, TRUSTEE as nominee of DONALD HYMES

Residence
2340 Ravenwood
Fairbanks, Alaska 99709

EXHIBIT ______

ATTACHMENT
EXHIBIT ______ 3/3

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12-31-1989 | 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 | 6-5-1995 | 7-5-2005 | $766.31 |
| 1040 | 12-31-1990 | 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 | 6-5-1995 | 7-5-2005 | $3,441.77 |
| 1040 | 12-31-1991 | 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 | 6-5-1995 | 7-5-2005 | $6,468.85 |
| 1040 | 12-31-1992 | 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 | 6-5-1995 | 7-5-2005 | $68,449.62 |
| 1040 | 12-31-1993 | 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 | 6-5-1995 | 7-5-2005 | $1,740.32 |
| 1040 | 12-31-1997 | 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 | 12-24-2001 | 1-23-2012 | $788.79 |
| 1040 | 12-31-1999 | 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 | 11-12-2001 | 12-12-2011 | $2,869.00 |

THIS LIEN IS FILED FOR THE PURPOSE OF GIVING PUBLIC NOTICE THAT THE UNITED STATES CLAIMS LIEN RIGHTS AGAINST ALL PROPERTY AND RIGHTS TO PROPERTY BELONGING TO DONALD HYMES WHICH MAY BE HELD BY OR UNDER THE NAME OF SUNSHINE TRUST, R.M. HYMES, TRUSTEE, INCLUDING BUT NOT LIMITED TO THAT CERTAIN SINGLE ENGINE FIXED WING AIRCRAFT DESCRIBED AS: 1946 TAYLORCRAFT MODEL BC 12D REGISTRATION NUMBER N95288.

Place of Filing
Fairbanks Recording District
1648 S Cushman St. #201
Fairbanks, Ak 99701

Total $84,524.66

This notice was prepared and signed at Anchorage, Alaska, on this, the 23rd day of August, 2004.

Signature
Michael Walsh, Employee # - 92-81035

Title
Revenue Officer, Phone # - 907-271-6972

att 8

(NOTE: *Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)*

Part 2 - Taxpayer Copy

Form 668(Y) (Rev. 10-1999)

3/3

STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61-107

OMB APPROVAL NO. 50-R0118

# APPOINTMENT AFFIDAVITS

Revenue Officer — 7-19-82
*(Position to which appointed)* *(Date of appointment)*

Internal Revenue Service — Collections — Juneau, AK
*(Department or agency)* *(Bureau or division)* *(Place of employment)*

I, Michael Walsh, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. ~~So help me God.~~

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Michael Walsh
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 21 day of July A.D. 1982,

at Anchorage *(City)* Alaska *(State)*

[SEAL]

[signature]
*(Signature of officer)*

Personnel Clerk
*(Title)*

Commission expires ______
(If by a Notary Public, the date of expiration of his Commission should be shown)

NOTE—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

☆U.S. GOVERNMENT PRINTING OFFICE: 1978-261-647/3589

ATT. 9

Sent By:

Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

PERSONNEL TPC SECT I

# APPOINTMENT AFFIDAVITS

Commissioner of Internal Revenue — *(Position to which appointed)*
November 13, 1997 — *(Date of appointment)*

Department of Treasury — *(Department or agency)*
Internal Revenue Service — *(Bureau or Division)*
Washington, D.C. — *(Place of employment)*

I, CHARLES O. ROSSOTTI, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

Charles O. Rossotti
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 13 day of November, 19 97,

at Washington, D.C. *(City)* *(State)*

[SEAL]

*(Signature of officer)*

Commission expires
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

Deputy Commissioner of Internal Revenue
*(Title)*

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

NSN 7540-00-634-4015 U.S. GOVERNMENT PRINTING OFFICE : 1990 O - 273-878 (20164) Prior Edition Usable

att. 10

# REORGANIZATION PLAN NO. 1 OF 1952

Prepared by the President and transmitted to the Senate and the House of Representatives in Congress assembled, January 14, 1952, pursuant to the provisions of the Reorganization Act of 1949, approved June 20, 1949.

Transmitted January 14, 1952. Effective March 15, 1952. 63 Stat. 203. 5 USC 133z note.

## BUREAU OF INTERNAL REVENUE

Section 1. *Abolition of existing offices.*—There are abolished the offices of Assistant Commissioner, Special Deputy Commissioner, Deputy Commissioner, Assistant General Counsel for the Bureau of Internal Revenue, Collector, and Deputy Collector, provided for in sections 3905, 3910, 3915, 3931, 3941, and 3990, respectively, of the Internal Revenue Code. The provisions of the foregoing sentence shall become effective with respect to each office abolished thereby at such time as the Secretary of the Treasury shall specify, but in no event later than December 1, 1952. The Secretary of the Treasury shall make such provisions as he shall deem necessary respecting the winding up of the affairs of any officer whose office is abolished by the provisions of this section.

53 Stat. 478. 26 USC 3905, 3910, 3915, 3931, 3941, 3990.

Sec. 2. *Establishment of new offices.*—(a) New offices are hereby established in the Bureau of Internal Revenue as follows: (1) three offices each of which shall have the title of "Assistant Commissioner of Internal Revenue," (2) so many offices, not in excess of 25 existing at any one time, as the Secretary of the Treasury shall from time to time determine, each of which shall have the title of "District Commissioner of Internal Revenue," and (3) so many other offices, not in excess of 70 existing at any one time, and with such title or titles, as the Secretary of the Treasury shall from time to time determine.

(b) There is hereby established in the Department of the Treasury a new and additional office which shall have the title "Assistant General Counsel."

Sec. 3. *Appointment and compensation.*—Each assistant commissioner and district commissioner, the assistant general counsel, and each other officer provided for in section 2 of this reorganization plan shall be appointed by the Secretary of the Treasury under the classified civil service and shall receive compensation which shall be fixed from time to time pursuant to the classification laws, as now or hereafter amended, except that the compensation may be fixed without regard to the numerical limitations on positions set forth in section 505 of the Classification Act of 1949, as amended (5 U. S. C. 1105).

63 Stat. 959.

Sec. 4. *Transfer of functions.*—There are transferred to the Secretary of the Treasury the functions, if any, that have been vested by statute in officers, agencies, or employees of the Bureau of Internal Revenue of the Department of the Treasury since the effective date of Reorganization Plan No. 26 of 1950 (15 F. R. 4935).

64 Stat. 1280. 5 USC 133z-15 note.

att 11

115

# SUBTITLE E.—PERSONNEL

| Chap. | | Sec. |
|---|---|---|
| 39. | The Office of the Commissioner of Internal Revenue | 3900 |
| 40. | The offices of General Counsel for the Department of the Treasury and Assistant General Counsel for the Bureau of Internal Revenue | 3930 |
| 41. | Collectors of internal revenue | 3940 |
| 42. | Deputy collectors of internal revenue | 3990 |
| 43. | Internal revenue agents | 4000 |
| 44. | Storekeeper-gaugers | 4010 |
| 45. | Internal revenue inspectors | 4030 |
| 46. | Miscellaneous provisions | 4040 |

## Chapter 39.—THE OFFICE OF THE COMMISSIONER OF INTERNAL REVENUE

SUBCHAPTER A.—THE COMMISSIONER

Sec.
3900. Appointment and salary.
3901. Powers and duties.

SUBCHAPTER B.—THE ASSISTANT TO THE COMMISSIONER

3905. Appointment.
3906. Duties.

SUBCHAPTER C.—SPECIAL DEPUTY COMMISSIONER

3910. Appointment.
3911. Duties.

SUBCHAPTER D.—DEPUTY COMMISSIONERS

3915. Employment.
3916. Duties.

SUBCHAPTER E.—CHEMISTS AND MICROSCOPISTS

3920. Appointment of analytical chemist and microscopist.
3921. Employment of additional chemists and microscopists.

### SUBCHAPTER A.—THE COMMISSIONER

**§ 3900. Appointment and salary.**

There shall be in the Department of the Treasury a Commissioner of Internal Revenue, who shall be appointed by the President, by and with the advice and consent of the Senate, and shall be entitled to a salary of $10,000 a year. (53 Stat. 477.)

DERIVATION

R. S. § 319, which was in nature of a revision of acts July 1, 1862, ch. 119, § 1, 12 Stat. 432 and July 13, 1866, ch. 184, § 64, 14 Stat. 170; act Feb. 24, 1919, ch. 18, § 1300, 40 Stat. 1140.

SIMILAR PROVISIONS

1914—July 16, 1914, ch. 141, 38 Stat. 475.

1913—Oct. 3, 1913, ch. 16, § II, N, 38 Stat. 180; R. S. §§ 3159, 3160, which were repealed by act Aug. 15, 1876, ch. 287, § 1, 19 Stat. 152.

1875—Mar. 3, 1875, ch. 130, § 2, 18 Stat. 396.

**§ 3901. Powers and duties—(a) Assessment and collection.**

The Commissioner, under the direction of the Secretary—

(1) General superintendence.

Shall have general superintendence of the assessment and collection of all taxes imposed by any law providing internal revenue; and

(2) Regulations, forms, stamps, and dies.

Shall prepare and distribute all the instructions, regulations, directions, forms, blanks, stamps, and other matters pertaining to the assessment and collection of internal revenue; and shall provide hydrometers, and proper and sufficient adhesive stamps and stamps or dies for expressing and denoting the several stamp taxes, or, in the case of percentage taxes, the amount thereof; and alter and renew or replace such stamps from time to time, as occasion may require.

(3) Estimate of expense.

The Commissioner shall estimate in detail by collection districts the expense of assessing and the expense of the collection of internal revenue.

(b) Detail of personnel from field service—(1) In general.

The Commissioner may order any officer or employee of the internal revenue service engaged in field work to duty with the Bureau of Internal Revenue in the District of Columbia, for such periods as the Secretary may prescribe, and to any designated post of duty outside the District of Columbia, upon the completion of such duty.

(2) Revenue agents.

Nothing in section 6 of the act of June 22, 1906, ch. 3514, 34 Stat. 449 (U. S. C., Title 5, § 39) shall be construed to prevent the Commissioner from detailing one revenue agent for duty in his office. (53 Stat. 477.)

DERIVATION

Subsection (a) from R. S. § 321, which was in nature of a revision of acts June 30, 1864, ch. 173, § 1, 13 Stat. 223; Mar. 3, 1869, ch. 121, § 1, 15 Stat. 290.

Subsection (b) (1) from act May 29, 1928, ch. 852, § 712, 45 Stat. 882.

Subsection (b) (2) from acts Aug. 5, 1882, ch. 389, § 1, 22 Stat. 229; June 22, 1906, ch. 3514, § 6, 34 Stat. 449.

### SUBCHAPTER B.—THE ASSISTANT TO THE COMMISSIONER

**§ 3905. Appointment.**

There shall be in the Bureau of Internal Revenue one Assistant to the Commissioner, who shall be ap-

Att 1
2/5

pointed by the President, by and with the advice and consent of the Senate. (53 Stat. 478.)

DERIVATION

Act Feb. 26, 1926, ch. 27, § 1201 (b), 44 Stat. 126.

SIMILAR PROVISION

1919—Feb. 24, 1919, ch. 18, § 130 (a), 40 Stat. 1140.

**§ 3906. Duties.**

The Assistant to the Commissioner shall perform such duties as may be prescribed by the Commissioner or required by law. (53 Stat. 478.)

DERIVATION

Act Feb. 26, 1926, ch. 27, § 1201 (b), 44 Stat. 126.
See also derivation note to section 3905 of this title.

## SUBCHAPTER C.—SPECIAL DEPUTY COMMISSIONER

**§ 3910. Appointment.**

There shall be in the Bureau of Internal Revenue one Special Deputy Commissioner, who shall be appointed by the President, by and with the advice and consent of the Senate. (53 Stat. 478.)

DERIVATION

Act Feb. 26, 1926, ch. 27, § 1201 (b), 44 Stat. 126.
See also derivation note to section 3905 of this title.

**§ 3911. Duties.**

The Special Deputy Commissioner shall perform such duties as may be prescribed by the Commissioner or required by law. (53 Stat. 478.)

DERIVATION

Act Feb. 26, 1926, ch. 27, § 1201 (b), 44 Stat. 126.
See also derivation note to section 3905 of this title.

## SUBCHAPTER D.—DEPUTY COMMISSIONERS

**§ 3915. Employment.**

There may be employed in the Bureau of Internal Revenue five deputy commissioners. (53 Stat. 478.)

DERIVATION

Act Feb. 24, 1919, ch. 18, § 1301 (a), 40 Stat. 1140.

SIMILAR PROVISIONS

1913—Oct. 3, 1913, ch. 16, § II, N, 38 Stat. 180.
1875—Mar. 3, 1875, ch. 130, § 2, 18 Stat. 398.
1874—Jan. 29, 1874, ch. 18, 18 Stat. 6.
1866—July 13, 1866, ch. 184, § 64, 14 Stat. 170.
1863—Mar. 3, 1863, ch. 74, § 19, 12 Stat. 725;
R. S. §§ 235, 322.

**§ 3916. Duties—(a) In general.**

The Commissioner is authorized to assign to deputy commissioners such duties as he may prescribe.

**(b) To act as Commissioner.**

The Secretary may designate any deputy commissioner to act as Commissioner during the Commissioner's absence. (53 Stat. 478.)

DERIVATION

Act Oct. 6, 1917, ch. 79, § 1, 40 Stat. 348.

SIMILAR PROVISIONS

1863—Mar. 3, 1863, ch. 74, § 19, 12 Stat. 725.
R. S. § 323.

## SUBCHAPTER E.—CHEMISTS AND MICROSCOPISTS

**§ 3920. Appointment of analytical chemist and microscopist.**

There shall be in the office of the Commissioner an analytical chemist and a microscopist, who shall each be appointed by the Secretary. (53 Stat. 478.)

DERIVATION

Act Aug. 2, 1886, ch. 840, § 14, 24 Stat. 212.

**§ 3921. Employment of additional chemists and microscopists.**

The Commissioner may, whenever in his judgment the necessities of the service so require, employ chemists and microscopists. (53 Stat. 478.)

DERIVATION

Act Aug. 2, 1886, ch. 840, § 14, 24 Stat. 212.

# Chapter 40.—THE OFFICES OF GENERAL COUNSEL FOR THE DEPARTMENT OF THE TREASURY AND ASSISTANT GENERAL COUNSEL FOR THE BUREAU OF INTERNAL REVENUE

Sec.
3930. General Counsel—Appointment, salary, and duties.
3931. Assistant General Counsel—Appointment, salaries, and duties.
3932. Functions of Department of Justice unaffected.

**§ 3930. General counsel—Appointment, salary, and duties.**

(a) There shall be in the Department of the Treasury the office of General Counsel for the Department of the Treasury (hereinafter in this chapter referred to as the "General Counsel"). The General Counsel shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive compensation at the rate of $10,000 per annum. The General Counsel shall be the chief law officer of the Department, and shall perform such duties in respect of the legal activities thereof as may be prescribed by the Secretary or required by law.

(b) The General Counsel shall have such powers, duties, and functions as were formerly vested in and exercised by the offices of General Counsel for the Bureau of Internal Revenue, Assistant General Counsel for the Bureau of Internal Revenue, Solicitor of the Treasury, and Assistant Solicitor of the Treasury. (53 Stat. 479.)

DERIVATION

Act May 10, 1934, ch. 277, § 512 (a), (b), 48 Stat. 758, 759.

SIMILAR PROVISIONS

1926—Feb. 26, 1926, ch. 27, § 1201 (a), 44 Stat. 126.
Provisions regarding the Solicitor of the Bureau of Internal Revenue were contained in R. S. § 349, which was in nature of a revision of acts June 22, 1870, ch. 150, §§ 3, 9, 10, 16 Stat. 162, 163; July 13, 1866, ch. 184, § 64, 14 Stat. 170.

**§ 3931. Assistant General Counsel—Appointment, salaries, and duties.**

(a) The President is authorized to appoint, by and with the advice and consent of the Senate, an Assistant General Counsel for the Bureau of Internal Revenue and to fix his compensation at a rate not in excess of $10,000 per annum. The Secretary

Att 11
3/5

may appoint and fix the duties of such other Assistant General Counsel (not to exceed five) and such other officers and employees as he may deem necessary to assist the General Counsel in the performance of his duties.

(b) The Secretary may designate one of the Assistant General Counsel to act as the General Counsel during the absence of the General Counsel. The General Counsel, with the approval of the Secretary, is authorized to delegate to any Assistant General Counsel any authority, duty, or function which the General Counsel is authorized or required to exercise or perform.

(c) The Assistant General Counsel appointed by the Secretary may be appointed and compensated without regard to the provisions of the Classification Act of 1923, as amended, and the Civil Service laws and shall receive compensation at such rate (not in excess of $10,000 per annum) as may be fixed by the Secretary. (53 Stat. 479.)

DERIVATION

Act May 10, 1934, ch. 277, § 512 (a), 48 Stat. 758. See also Historical Note to section 3930 of this title.

CROSS REFERENCE

General Counsel solicitors abolished, see section 297a of Title 5, Executive Departments and Government Officers and Employees.

### § 3932. Functions of Department of Justice unaffected.

Nothing in this chapter shall be construed to affect the duties, powers, or functions imposed upon, or vested in the Department of Justice, or any officer thereof, by law existing on May 10, 1934. (53 Stat. 479.)

DERIVATION

Act May 10, 1934, ch. 277, § 512 (c), 48 Stat. 759.

## Chapter 41.—COLLECTORS OF INTERNAL REVENUE

SUBCHAPTER A.—APPOINTMENT, COMPENSATION, AND BOND

Sec.
3940. Number.
3941. Appointment.
3942. Suspension.
3943. Bonds.
3944. Salaries and office expenses allowed.
3945. Payment of advertising, stationery, and postage expenses.

SUBCHAPTER B.—ACCOUNTS, RECORDS, AND REPORTS

3950. Charges and credits.
3951. Quarterly revenue account.
3952. Monthly collection statement.
3953. Monthly account of goods in bond.
3954. Other accounts.
3955. Reports concerning misconduct of officers and agents.

SUBCHAPTER C.—POWERS AND DUTIES

3960. Superintendence of exports and drawbacks.
3961. Collection.
3962. Completion of collections.
3963. Stamp supply.
3964. Information and returns.
3965. Administration of oaths and taking of testimony.
3966. Tobacco, snuff, cigars, and cigarettes.
3967. Prohibition upon discharge of another collector's duties.

SUBCHAPTER D.—COVERING OF COLLECTIONS INTO THE TREASURY

Sec.
3970. Depositories for collections.
3971. Deposit of collections.

SUBCHAPTER E.—DISTRAINT AGAINST DELINQUENT COLLECTOR

3975. Warrant of distress.
3976. Sale of personal property.
3977. Sale of real property.
3978. Disposition of proceeds of sale.

### SUBCHAPTER A.—APPOINTMENT, COMPENSATION, AND BOND

### § 3940. Number.

The whole number of collectors of internal revenue shall not exceed sixty-five. (53 Stat. 480.)

DERIVATION

R. S. § 3142, which was in nature of a revision of acts July 1, 1862, ch. 119, § 2, 12 Stat. 433; June 30, 1864, ch. 173, § 7, 13 Stat. 224; July 14, 1870, ch. 255, § 18, 16 Stat. 261; as amended by act Mar. 4, 1923, ch. 244, 42 Stat. 1441.

### § 3941. Appointment—(a) In general.

The President, by and with the advice and consent of the Senate, shall appoint for each collection district a collector, who shall be a resident of the same.

**(b) Consolidation of collection districts.**

When two or more collection districts are united by the President, he may designate from among the existing officers of such districts one collector for the new district, or, at his discretion, he may make a new appointment of such officer for said district.

**(c) Recess of Senate.**

For commissions to fill vacancies occurring during recess of Senate, see section 3944 (c) (1).

**(d) Cross reference.**

For establishment, alteration, and number of collection districts, see section 3650.

(53 Stat. 480.)

DERIVATION

R. S. § 3142. See Historical Note to section 3940 of this title.

### § 3942. Suspension—(a) Authority.

Collectors may be suspended by the Commissioner for fraud, or gross neglect of duty, or abuse of power.

**(b) Procedure.**

In case of the suspension of a collector, under the power conferred in subsection (a), the Commissioner shall, as soon thereafter as practicable, report the case to the President through the Secretary for such action as he may deem proper. (53 Stat. 481.)

DERIVATION

R. S. § 3163, which was in nature of a revision of act July 20, 1868, ch. 186, §§ 49, 51, 15 Stat. 144, 145; act Aug. 15, 1876, ch. 287, § 2, 19 Stat. 152.

### § 3943. Bonds—(a) Original execution.

Every collector, before entering upon the duties of his office, shall execute a bond for such amount as may be prescribed by the Commissioner, under the direction of the Secretary, with not less than five sureties, to be approved by the General Counsel for the Department of the Treasury, conditioned that

Att 11

4/5

**§ 3990. Number, appointment, and compensation.**

Each collector shall be authorized to appoint, by an instrument in writing under his hand, as many deputies as he may think proper, to be compensated for their services by such allowances as shall be made by the Secretary, upon the recommendation of the Commissioner: *Provided*, That the Secretary, on the recommendation of the Commissioner, be authorized to make such further allowances, from time to time, as may be reasonable, in cases in which, from the territorial extent of the district, or from the amount of internal revenue taxes collected, it may seem just to make such allowances; but no such allowance shall be made if more than one year elapsed since the close of the fiscal year in which the services were rendered. (53 Stat. 487.)

DERIVATION

Act Feb. 8, 1875, ch. 36, §§ 12, 13, 18 Stat. 309, as amended by act Mar. 1, 1879, ch. 125, § 2, 20 Stat. 329, 330.

SIMILAR PROVISIONS

1864—June 30, 1864, ch. 173, § 10, 13 Stat. 225.
R. S. § 3148.

**§ 3991. Revocation of appointment.**

Each collector shall have power to revoke the appointment of any deputy, giving such notice thereof as the Commissioner may prescribe. (53 Stat. 487.)

DERIVATION

Act Feb. 8, 1875, ch. 36, § 12, 18 Stat. 309, as amended by act Mar. 1, 1879, ch. 125, § 2, 20 Stat. 329. See also Historical Note to section 3990 of this title.

**§ 3992. Bonds.**

Each collector shall have power to require and accept bonds or other securities from any deputy; and actions upon such bonds may be brought in any appropriate district court of the United States; which courts shall have jurisdiction of such actions concurrently with the courts of the several States. (53 Stat. 487.)

DERIVATION

Act Feb. 8, 1875, ch. 36, § 12, 18 Stat. 309, as amended by acts Mar. 1, 1879, ch. 125, § 2, 20 Stat. 329; Mar. 11, 1911, ch. 231, § 289, 36 Stat. 1167. See also Historical Note to section 3990 of this title.

**§ 3993. Collection authority.**

For authority of deputy collector to collect the taxes levied or assessed within the portion of the district assigned to him, see section 3654 (b).

(53 Stat. 487.)

**§ 3994. Detail to other collection districts—(a) Authorization.**

The Commissioner is authorized to detail deputy collectors in one district for special duty in other districts.

**(b) Payment of compensation.**

The deputy collectors so detailed shall be paid with respect to the district for which they are appointed and for which the allowance for their salary and expenses is made, the same as if all their services had been performed and expenses incurred in that district. (53 Stat. 487.)

DERIVATION

Act Apr. 17, 1900, ch. 192, § 1, 31 Stat. 107.

**§ 3995. Deputy as acting collector—(a) Sickness, a sence, or temporary disability of collector.**

In case of the sickness or absence of a collector, in case of his temporary disability to discharge h duties, they shall devolve upon his senior deput unless he shall have devolved them upon another his deputies; and for the official acts or defaults such deputies the collector and his sureties shall held responsible to the United States.

**(b) Vacancy in the office of collector.**

In case of a vacancy occurring in the office of co lector, and until a successor is appointed, the depu of such collector senior in service shall discharge the duties of collector; and of two or more deputi appointed on the same day, the one residing neare the residence of the collector when the vacancy o curred shall discharge the said duties until anoth collector is appointed. When it appears to the Se retary that the interest of the Government so r quires, he may, by his order, direct the said duti to be performed by such other one of the said dep ties as he may designate.

**(c) Liability on bonds—(1) Collector's bonds.**

For the official acts and defaults of the deput upon whom said duties are devolved, remedy sha be had on the official bond of the collector, as i other cases.

**(2) Deputy collector's bond.**

Any bond or security taken from a deputy by collector, pursuant to section 3992 of this chapte shall be available to his legal representatives an sureties to indemnify them for loss or damage accru ing from any act or omission of duty by the deput so continuing or succeeding to the duties of suc collector.

**(d) Salary in case of vacancy in collector's office.**

Any deputy collector who has performed or ma perform, under authority of law, the duties of an collector in consequence of a vacancy in the offic of said collector, shall be entitled to receive th salary and office expenses allowed by the Secreta to such collector. And such deputy shall not b debarred from receiving such salary and office ex penses by reason of the holding of another Federa office by said collector during the time for whic such deputy acts as collector. But all payments t such deputy collector shall be upon duly audite vouchers. (53 Stat. 487.)

DERIVATION

Subsections (a)–(c) from R. S. § 3149, which was i nature of a revision of acts June 30, 1864, ch. 173, §§ 39 40, 13 Stat. 238; Mar. 3, 1865, ch. 78, § 1, 13 Stat. 471 Mar. 2, 1867, ch. 169, § 9, 14 Stat. 473; as amended b act Mar. 1, 1879, ch. 125, § 2, 20 Stat. 328.

Subsection (d) from R. S. § 3150, which was in natur of a revision of acts Mar. 1, 1869, ch. 57, § 1, 15 Stat. 282; July 1, 1870, ch. 187, 16 Stat. 179; as amended by act Feb. 8, 1875, ch. 36, §§ 12, 13, 18 Stat. 309; Mar. 1, 1879 ch. 125, § 2, 20 Stat. 329.

9 + 11
5/5