Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922



JUN 7 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**The Hymes' Response to Minute ORDER from Chambers to Certify Case Ready for "Trial by Jury"**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with The Hymes' Response to Minute ORDER from Chambers to Certify Case Ready for Trial by Jury ("Response").

This Court should also take into consideration the Motion to Dismiss with Prejudice and Motion to Sanction JENNIFER D. AUCHTERLONIE ("Auchterlonie") which may make this Response moot.

The Hymes have been blocked to date by Auchterlonie in every aspect of the Discovery process under the FRCP.

Auchterlonie did not answer the Admissions, Interrogatories and provide

Discovery and this was sanctioned by *this Court* denying the Hymes Due Process of Law.

The Hymes have twice now attempted to have depositions upon the "UNITED STATES OF AMERICA" and upon Michael Walsh, being an IRS agent in Anchorage that has filed a Notice of Federal Tax Lien in the Fairbanks Recording District. Auchterlonie has refused to honor the subpoena's issued under the signature of the Clerk of Court of the USDC.

As Auchterlonie has filed several motions and seems to be in charge concerning many issues affecting this instant Case, the Hymes are uncertain what is the time line any more.

As Auchterlonie certainly will continue in the vein of dilatory and refusals of Admissions, Interrogatories and Discovery, the Hymes ask for a continuation of the Discovery and dispositive motions until October 31, 2007, as there is little doubt that the Hymes will be doing an Interlocutory Appeal on the denial of Due Process of Law and the absolute refusal of providing Discovery, Admissions and Interrogatories to the 9th Circuit.

Therefore the Hymes absolutely are not ready for a Trial by Jury at this time and will be irreparably prejudiced if a Trial by Jury proceeds without the Hymes obtaining Discovery, answers to Admissions and answers to Interrogatories; and, have time file more dispositive motions and appeal same.

My Hand,

*/s/*

My Hand,

*/s/*

**Verified Affidavit of Rita MariNa Hymes**

I, Rita MariNa Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have to date been unable to get the UNITED STATES OF AMERICA to answer Admissions, Interrogatories and provide the Discovery under the FRCP.

4. I have fundamental rights secured to have the Plaintiff identify themselves, answer Admissions, answer Interrogatories and provide Discovery so as to not be surprised at the Trial by Jury and to validate their purported claim.

5. I will need additional time to file dispositive motions and have them ruled upon and time to appeal same.

My Hand, [signature]

Sworn and subscribed before me a Public Notary in and for the State of Alaska this day, ___8th___ June, 2007

[signature]
Signature of Notary Public

My Coimmission Expires on: _Dec 13, 2009_

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

## Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have to date been unable to get the UNITED STATES OF AMERICA to answer Admissions, Interrogatories and provide the Discovery under the FRCP.

4. I have fundamental rights secured to have the Plaintiff identify themselves, answer Admissions, answer Interrogatories and provide Discovery so as to not be surprised at the Trial by Jury and to validate their purported claim.

My Hand,
_[signature]_

Sworn and subscribed before me a Public Notary in and for the State of Alaska this day, June ____14th____, 2007

_[signature]_
Signature of Notary Public

My Commission Expires on: _Dec 13, 2009_

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

My Commission Expires on: 

## Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
~~Acting~~ United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: June 8, 2007

Rita MariNa Hymes