Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska



JUL 2 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

UNITED STATES OF AMERICA

*Plaintiffs*

v.

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**Reply to USA's REPONSE to Hymes's Motion to Compel**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with Reply ("Reply") to USA's Opposition to Hymes's Motion to Compel ("Motion").

Jennifer D. Auchterlonie ("Auchterlonie") in the UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO COMPEL ("Opposition") is *non responsive and without merit*.

The Hymes have made, with due diligence, bona fide good faith efforts to depose Michael Walsh who has filed a Notice of Federal Tax Lien against the Hymes and the UNITED STATES OF AMERICA, whoever or whatever this entity is, which Auchterlonie to date has refused to disclose to the Hymes under

Admissions, Interrogatories and Discovery.

As pronounced in the adjudged decision of *Fay v. United States of America*, 22 F.R.D. 28, 29 (1958), to wit:

> The question of whether or not discovery practices are available against the government or government agencies is not novel. See Clark, Code Pleading, 571 n. 268 (2d Ed. 1947). **The policy of our courts is to treat the government, when appearing as a litigant, like any private individual.** 'Any other practice would strike at the personal responsibility of governmental agencies which is at the base of our institutions.' Bank Line v. United States, 2 Cir., 1947, 163 F.2d 133, 138; Mosseller v. United States, supra. **It is perfectly clear that when the United States appears as a litigant 'it places itself upon the same footing as other litigants and is not entitled to remedies which cannot be granted to other litigants'.** Daitz Flying Corp. v. United States, D.C.E.D.N.Y.1945, 4 F.R.D. 372, 373; Walling v. Richmond Screw Anchor Co., Inc., D.C.E.D.N.Y.1943, 4 F.R.D. 265, 269.

If the Hymes have inadvertently left out the "fees", then, as the Hymes are not accomplished attorneys, the court should grant allowance to the Hymes and compel Auchterlonie to bring forth the UNITED STATES OF AMERICA and compel Michael Walsh to be deposed and bring with him the documents required by the Hymes to establish the will and statutory authority of Congress in this instant Case.

My hand,

*[signature]*

My hand,

*[signature] Donald Lewis Hymes*

## Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1.  My true name is Rita MariNa Hymes.

2.  I am of the age of majority and will testify to facts contain herein this document.

My Hand,

_/s/_

Sworn and subscribed before me a Public Notary in and for the State of Alaska, this day: __2nd__ July, 2007

My Commission expires on __6/1/10__.

_[Notary Seal: Erin Albertson, Notary Public, State of Alaska]_

_____
Signature of Notary Public

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

My Hand,

*Donald Louis Hymes*

Sworn and subscribed before me a Public Notary in and for the State of Alaska this day: __2nd__ July, 2007

My Commission expires on __6/1/10__.

_____
Signature of Notary Public

**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Fed. Bldg. & U.S. Courthouse
101 12th Avenue
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: July 2, 2007

Rita MariNa Hymes