

RECEIVED
JUL 2 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**Reply to USA's REPONSE to Hymes's Motion to Dismiss with Prejudice and Motion to Sanction JENNIFER D. AUCHTERLONIE**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with Reply ("Reply") to USA's Opposition to Hymes's Motion to Dismiss with Prejudice and Motion to Sanction JENNIFER D. AUCHTERLONIE ("Motion").

JENNIFER D. AUCHTERLONIE ("AUCHTERLONIE") IN THE UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO SANCTION ("OPPOSITION") IS *NON RESPONSIVE AND WITHOUT MERIT*. AUCHTERLONIE'S OPPOSITIONS (RESPONSES) TO THE HYMES PLEADINGS, TO DATE

HAVE BEEN BY AUCHTERLONIE KNOWINGLY AND INTENTIONALLY EXTREME BAD FAITH ACTIONS TO MORPH OF THE WILL AND STATUTORY AUTHORITY OF CONGRESS, THE SUBSTANTIVE REGULATIONS IN THE CODE OF FEDERAL REGULATIONS ("CFR") UNDER THE WILL AND STATUTORY AUTHORITY OF CONGRESS, AND THE ADJUDGED DECISIONS OF THE COURTS OF THE UNITED STATES INCLUDING THE HOLDINGS OF THE SUPREME COURT OF THE UNITED STATES INTO "LARGELY UNINTELLIGIBLE" OR "GENERALLY RAISES ONLY SHOPWORN ARGUMENTS CHARACTERISTIC OF FRIVOLOUS TAX-PROTESTOR RHETORIC THAT HAS BEEN UNIVERSALLY REJECTED BY THIS AND OTHER COURTS."

AUCHTERLONIE INTENTIONALLY AND KNOWINGLY USES SHYSTER LAWYER TACTICS TO INTRODUCE NEW ISSUES INTO THE OPPOSITION THAT ARE *OFF POINT, AND ONLY DICTA* IS SUPPLIED. THIS IS A NON-RESPONSE AND WITHOUT MERIT. AUCHTERLONIE INTRODUCES THE "SIXTEENTH AMENDMENT" WHICH ISN'T IN THE HYMES"s MOTION. AUCHTERLONIE USES *KOFF V. UNITED STATES*, 3 F.3D 1297, 1298 (9TH CIR. 1993) *"PROBATIVE EVIDENCE* IN

AND OF THEMSELVES AND, IN THE ABSENCE OF CONTRARY EVIDENCE, ARE SUFFICIENT TO ESTABLISH THAT . . . ASSESSMENTS WERE PROPERLY MADE" (OTHER CITES OMITTED) RELIES ON "PROBATIVE EVIDENCE" . . . IN THE ABSENCE OF CONTRARY EVIDENCE", WHICH THE HYMES HAVE PROVIDED CONCLUSIVE AND LEGAL EVIDENCE UNDER THE PENALTIES OF PERJURY AS A MATTER OF LAW, THE WILL AND STATUTORY AUTHORITY OF CONGRESS WITH THE ADJUDGED DECISIONS OF THE COURTS OF THE UNITED STATES AND HOLDINGS OF THE SUPREME COURT OF THE UNITED STATES. AUCHTERLONIE further relies upon *Untied States v. Farris*, 517 F.2d 226, 227-29 (7th Cir. 1975). In *Ferris at 228* "The certificate may be made by any public officer having a seal of office, authenticated by the seal of his office." which the Hymes have by conclusive and legal evidence provided that there is no "public officer" or "inferior officer of the United States" with an "office" and "seal" in the IRS in this instant Case.

And further, Auchterlonie's *presumptions under Rule 803 (hearsay) and Rule 902 fail.* All of the presumptions upon which this *trap and ruse* are based are false and fraudulent; therefore the *proffered probative evidence trap is false, fraud upon the court and evidence of the unlawful actions of Auchterlonie.* There is no will of Congress statute provided for the probative evidence, there are no statutory authorities of Congress supplied for the probative evidence, there are no substantive regulations under the will and

statutory of Congress supplied for the probative evidence, all of the will and statutory authorities of Congress exist only in Title 27 CFRs, and there no substantive regulations that have the "force and effect of law" provided for the probative evidence as mandated by the holding in *Chrysler v. Brown*, 441 U.S. 281, 282, 283 (1979); then, as the mandatory requirements for the IRS to generate a purported official public record do not exist *supra.* and are not disclosed *flows a fortiori* that the purported public record is a *fraud, ruse, and fraud upon the court and proves absolutely nothing.*

## *THE HYMES REJECT AND DENY THE OPPOSITION OF AUCHTERLONIE IN TOTAL.*

**AND FURTHER,** The Supreme Court of the United States has by it's repeated adjudications, stated that if *dicta* or general expressions are not directly on-point they ought not to control subsequent suits starting with *Cohens v. Virginia*, 19 U.S. 264, 399-400 (1821), to wit:

> It is a maxim not to be disregarded, that general expressions, in every opinion, are to be taken in connection with the case in which those expressions are used. If they go beyond the case, they may be respected, **but ought not to control the judgment in a subsequent suit when the very point is presented for decision.** (emphasis added)

See also *Central Virginia Community v. Katz*, 126 S.Ct. 990, 996 (2006); *Jean v. Nelson*, 472 U.S. 846, 872 (1985); *Zenith Radio Corp. v. U.S.*, 437 U.S. 443, 462 (1978); *People of Puerto Rico v. Shell Co.*, 302 U.S. 253, 269 (1937); *Oska Shosen Kaisha Line v. U.S.*, 300 U.S. 98, 103 (1937); *Humphrey's Ex'r v. U.S.*, 295 U.S. 602, 627 (1935); *Myers v. U.S.*, 272 U.S. 52, 142 (1926); *Joplin Mercantile Co. v. U.S.*, 236 U.S. 531, 538 (1915); *Downes v. Bidwell*, 1982 U.S. 244, 258 (1901); *French v. Barber Asphalt Pav. Co.*, 181 U.S. 324, 367 (1901); *U.S. v. Wong Kim Ark*, 169 U.s. 649, 679

(1898); *Pollock v. Farmers' Loan & Trust Co.*, 157 U.S. 429, 574 (1895); *Leisy v. Hardin*, 135 U.s. 100, 135 (1890); *Carroll v. Carroll's Lessee*, 57 U.s. 275, 287 (1853).

WITH TAX STATUTES, "THE LITERAL MEANING OF THE WORDS EMPLOYED IS MOST IMPORTANT, FOR SUCH STATUTES ARE NOT TO BE EXTENDED BY IMPLICATION BEYOND THE CLEAR IMPORT OF THE LANGUAGE USED. IF THE WORDS ARE DOUBTFUL, THE DOUBT MUST BE RESOLVED AGAINST THE GOVERNMENT AND IN FAVOR OF THE TAXPAYER." SEE *UNITED STATES V. MERRIAM*, 263 U.S. 179, 187-88 (1923). A TAX DEFICIENCY ARISES UNDER A SPECIFIC SECTION OF THE CODE, AND "IT IS THE TAX THAT IS ASSESSED, NOT THE TAXPAYER." SEE *UNITED STATES V. GALLETTI*, 541 US 114, 123 (2004).

THE HYMES DID ESTABLISH CONCLUSIVE AND LEGAL EVIDENCE BY THE USE OF THE PUBLIC RECORDS OF THE UNITED STATES CODE ("USC"), CFR'S AND THE ADJUDGED DECISIONS OF THE COURTS OF THE UNITED STATES AND THE HOLDINGS OF THE SUPREME COURT OF THE UNITED STATES TO CONCLUSIVELY PROVE THAT ***NO ASSESSMENT OF ANY TAX UNDER TITLE 26 USC OR TITLE 26 CFRS EXISTS AGAINST THE HYMES WHICH***

*AUCHTERLONIE HAS UNDER THE PENALTIES OF PERJURY CLAIMED DOES EXIST.  THIS COURT* MUST MAKE A DETERMINATION UNDER THE WILL AND AUTHORITY OF CONGRESS, AND THE ADJUDGED DECISIONS OF THE COURTS OF THE UNITED STATES AND HOLDING OF THE SUPREME COURT OF THE UNTIED STATES WHO IS GUILTY OF PERJURY, BE IT AUCHTERLONIE OR THE HYMES UNDER  THE WILL AND STATUTORY AUTHORITY OF CONGRESS, AND THE ADJUDGED DECISIONS OF THE COURTS OF THE UNITED STATES AND THE HOLDINGS OF THE SUPREME COURT OF THE UNITED.  *THIS COURT* MUST ALSO DETERMINE ON THE RECORD WHERE ARE THE ERRORS OF FACT, ERRORS OF ULTIMATE FACTS, ERRORS OF THE ISSUES OF LAW AND ERRORS AS A MATTER OF LAW.

AND FURTHER, AUCHTERLONIE CLAIMS THAT SHE HAS PROVIDED *989 PAGES OF DOCUMENTS FROM THE IRS ADMINISTRATIVE FILES.  THESE "ADMINISTRATIVE RECORDS" HAVE NO FORCE AND EFFECT OF LAW WHICH AUCHTERLONIE MOST DEFINITELY HAS KNOWLEDGE OF THE HOLDING AND WELL SETTLED DECISIONS OF*

*THE COURTS OF THE UNITED STATES AND OF THE SUPREME COURT OF THE UNITED STATES.*

THEREFORE, *THIS COURT*, SHOULD DISMISS THIS INSTANT CASE WITH PREJUDICE;

*AND FURTHER, THIS COURT* SHOULD SANCTION AUCHTERLONIE FOR FRAUDULENTLY PROSECUTING THE HYMES;

*AND FURTHER, THIS COURT* SHOULD SANCTION AUCHTERLONIE FOR KNOWINGLY AND INTENTIONALLY CLAIMING THAT THERE ARE VALID ASSESSMENTS, WHEN IN FACT NONE EXIST UNDER THE WILL AND STATUTORY OF CONGRESS;

*AND FURTHER, THIS COURT* SHALL TAKE JUDICIALLY NOTICE OF ALL STATUTES, CODES, REGULATIONS AND CASES OF THE COURTS OF THE UNITED STATES.

My Hand, *[signature]*

My Hand,
*[signature: Donald Luise Hymes]*

## Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

My Hand,

Sworn and subscribed before me a Public Notary in and for the State of Alaska, this

day_____July, 2007

My Commission expires on _____.

_____
Notary Public

[

**Verified Affidavit of Donald Louis Hymes**

I, Donald Louis Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.
2. I am of the age of majority and will testify to facts contain herein this document.

My Hand,

Sworn and subscribed before me a Public Notary in and for the State of Alaska this

day _____ July, 2007

My Commission expires on _____

_____
Notary Public

**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Fed. Bldg. & U.S. Courthouse
101 12th Avenue
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: July 2, 2007

Rita Marilla Hymes

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**

*Plaintiffs*

v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Reply to USA's REPONSE to Hymes's Motion to Compel**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with Reply ("Reply") to USA's Opposition to Hymes's Motion to Compel ("Motion").

Jennifer D. Auchterlonie ("Auchterlonie") in the UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO COMPEL ("Opposition") is *non responsive and without merit*.

The Hymes have made, with due diligence, bona fide good faith efforts to depose Michael Walsh who has filed a Notice of Federal Tax Lien against the Hymes and the UNITED STATES OF AMERICA, whoever or whatever this entity is, which Auchterlonie to date has refused to disclose to the Hymes' under

Admissions, Interrogatories and Discovery.

As pronounced in the adjudged decision of *Fay v. United States of America*, 22 F.R.D. 28, 29 (1958), to wit:

> The question of whether or not discovery practices are available against the government or government agencies is not novel. See Clark, Code Pleading, 571 n. 268 (2d Ed. 1947). **The policy of our courts is to treat the government, when appearing as a litigant, like any private individual.** 'Any other practice would strike at the personal responsibility of governmental agencies which is at the base of our institutions.' Bank Line v. United States, 2 Cir., 1947, 163 F.2d 133, 138; Mosseller v. United States, supra. **It is perfectly clear that when the United States appears as a litigant 'it places itself upon the same footing as other litigants and is not entitled to remedies which cannot be granted to other litigants'**. Daitz Flying Corp. v. United States, D.C.E.D.N.Y.1945, 4 F.R.D. 372, 373; Walling v. Richmond Screw Anchor Co., Inc., D.C.E.D.N.Y.1943, 4 F.R.D. 265, 269.

If the Hymes have inadvertently left out the "fees", then, as the Hymes are not accomplished attorneys, the court should grant allowance to the Hymes and compel Auchterlonie to bring forth the UNITED STATES OF AMERICA and compel Michael Walsh to be deposed and bring with him the documents required by the Hymes to establish the will and statutory authority of Congress in this instant Case.

My hand,

*[signature]*

My hand,

*Donald Louis Hymes*

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

My Hand,

*[signature]*

Sworn and subscribed before me a Public Notary in and for the State of Alaska, this day __2nd__ July, 2007

My Commission expires on __6/1/10__.

*[signature]*
Notary Public

*[Notary seal: ERIN ALBERTSON, NOTARY PUBLIC, STATE OF ALASKA]*

[

## Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby affirm that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

My Hand,

*[signature: Donald Louis Hymes]*

Sworn and subscribed before me a Public Notary in and for the State of Alaska his day _____2nd_____ July, 2007

My Commission expires on __6/1/10__

*[signature]*
Notary Public

## Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Fed. Bldg. & U.S. Courthouse
101 12th Avenue
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: July 2, 2007

Rita MariNa Hymes