UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   DONALD L. HYMES, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                          CASE NO.  3:05-CV-0123-RRB

John W. Erickson, Jr.                     DATE: July 12, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS**

At Docket 112 is Plaintiff United States of America with a Motion for Discovery Sanctions. The motion is opposed at Docket 120.

For reasons more carefully articulated within the relevant pleadings, it is hereby **ORDERED** that:

1. Plaintiff's motion at **Docket 112** is **GRANTED**;

2. Defendants are prohibited from introducing any documentary evidence not produced by **August 3, 2007**, pursuant to Plaintiff's discovery requests;

3. Defendants are prohibited from calling any witnesses not identified as of **August 3, 2007**, pursuant to Plaintiff's discovery requests; and

4. The deadline for the filing of discovery motions, dispositive motions, and motions in limine set forth in the Scheduling and Planning Order at Docket 89 is extended to **September 14, 2007**.

Further extensions with respect to the aforesaid shall <u>not</u> be granted in this matter.