**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   DONALD L. HYMES, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO.  3:05-CV-0123-RRB

 John W. Erickson, Jr.                         DATE: July 12, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE DEFENDANTS' PENDING MOTIONS AT 115 AND 116**

---

      For reasons more carefully articulated within the relevant pleadings, i.e., Dockets 118 and 119, Defendants' Motion to Compel Depositions at **Docket 115** is hereby **DENIED** without prejudice.  Defendants' Motion to Dismiss and Motion to Sanction at **Docket 116** is **DENIED** with prejudice.