

JUL 19 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**Motion to Reconsider the ORDER at Docket 123 of *Ralph Beistline***

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with Motion to Reconsider the ORDER at Docket 123 of *Ralph Beistline.*

The ORDER at Docket 123 clearly is conclusive evidence of the bias of *Ralph Beistline* as the Hymes have truthfully answered and provided all substantive evidence that has any merit to the "UNITED STATES OF AMERICA" ("USA"), whomever that is, and/or to Jennifer D. Auchterlonie ("Auchterlonie") who purports to represent this unknown client(s).

Unfortunately the Hymes do not have procedural, i.e. administrative documents to enter into the record to obfuscate the truth and perpetuate lies of a virtual computer and

people that hold no Office of the United States, are no Officers of the United States, exercise no executive Power of the Untied States and have a person such as *Ralph Beistline* who support administrative documents in lieu of substantive documents that would reveal the false claim brought forth by the USA and Auchterlonie. *Ralph Beistline* has to date validated that he exercises no judicial Power arising under Article III of all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States as the real Article III court of the United States is estopped from even entertaining ***administrative issues*** which has been held since in the adjudged decision of *Hayburn's case*, 2 U.S. 408 (1792), it was clearly stated that no executive or administrative duties can be assigned to judges under Article III and said judges' decisions can not be appealed or altered by the executive Branch. A similar situation appears in this present Case where the IRS agency operating under the executive agency of the Department of the Treasury, *see* 5 U.S.C. §§101 and 105, has the final and unalterable decision to determine the taxpayer status of individuals under 26 C.F.R. §601.201(a). The USDC is powerless to assume duties reserved for the executive agencies as mandated by Congress and by the self-imposed regulation promulgated by the Secretary of the Treasury, *supra.* for the IRS agency.

The decision of *United States v. Ferreira*, 54 U.S. 40 (1851), also involved judges acting as commissioners as they were not clothed with true judicial powers and were only collecting evidence to which the Secretary of Treasury made the final determination. It was held that the United States could not make an appearance involving such matters. And being reaffirmed in *Buckley at 123, infra.* is that executive or administrative duties of a nonjudicial nature may not imposed on judges holding office under Article III. This

problem with the Executive Branch and Commissioners was again upheld in the adjudged decision of *Plaut v. Spendthrift Farm, Inc.*, 514 U.S. 211 (1995).

In *Muskrat v. United States*, 219 U.S. 346 (1911) it was held that Congress could not enlarge the cognizance of the class of "Cases" of the Article III Courts, and that judges could not exercise the judicial Power of the United States under the Authority of the United States in Cases that could be altered, overturned, or changed by the Executive or Legislative Branch. No executive Officer or even the legislature are authorized to sit as a court of errors on judicial acts or opinions of this Court, *Buckley v. Valeo*, 424 U.S. 1, 123 (1976)

*Ralph Beistline* has by his *ipse dixit* pontifications that only have application to the Hymes exempting the USA and Auchterlonie to conditions that are clearly meant to benefit the USA and Auchterlonie.

If *Ralph Beistline* is to even maintain the *appearance of justice*, *Ralph Beistline* must amend this ORDER at Docket at 123 to impose the same requirements upon the USA and/or Auchterlonie or vacate same against the Hymes.

My Hand,

*[signature]*

My Hand,

*[signature]*

**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: July 19, 2007


Rita MariNa Hymes