**FILED**

**STATE OF ALASKA** )
                           ) ss.
The United States of America )

JUL 1 9 2007

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have to date provided all substantive documents to the USA and/or Jennifer D. Auchterlonie unless they are public records, in which case the Hymes are under no obligation to research out, copy and forward.

My Hand,

Subscribed and affirmed

On this __18th__ day of __July__, 2007, Rita MariNa Hymes personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument.

My Commission expires on Dec 13, 2009

_____
Signature of Notary Public

[SEAL]    STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon