```
STATE OF ALASKA            )
                           ) ss.
The United States of America )
```

**FILED**

JUL 1 9 2007

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have to date provided all substantive documents to the USA and/or Jennifer D. Auchterlonie unless they are public records, in which case the Hymes are under no obligation to research out, copy and forward.

My Hand,

*/s/ Donald Louis Hymes*

Subscribed and affirmed

On this __18th__ day of __July__, 2007, Rita MariNa Hymes personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument.

My Commission expires on __Dec 13, 2009__

_____
Signature of Notary Public

[SEAL]  STATE OF ALASKA
        NOTARY PUBLIC
        Lisa DeLeon