The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

**v.**

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

ORDER OF Docket 123 of *Ralph Beistline*

1. The ORDER at Docket 123 is hereby vacated; OR,

2. The ORDER at Doc123 is upheld to give the USA and Auchertonie an advantage in these Administrative Proceedings; OR,

3. The ORDER at Doc 123 is hereby amended to impose upon the USA and Auchertonie the same conditions that I have imposed upon the Hymes; OR,

4. _____

   _____

   _____

_____
*Ralph Beistline's Signature*