Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922



JUL 19 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**Motion to Reconsider the ORDER at Docket 124 of *Ralph Beistline***

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion to Reconsider the ORDER at Docket 124 of *Ralph Beistline.*

The ORDER at Docket 124 pits two verified Affidavits of the Hymes in the proper venue under a Notary Public in and for the States of Alaska with the holdings of the Supreme Court of the United States and the will and statutory authority of Congress with the substantive regulations delineated with great specificity against the Declaration based upon a couple of case ***dictum*** which the Hymes debunked and Jennifer D. Auchterlonie *ipse dixit* pontifications. *Ralph Beistline* proceeded to ignore the holdings of the Supreme Court of the United States (and evidently overturn same in conjunction with Jennifer D.

Auchterlonie *ipse dixit* pontifications - wonder who should notify the Supreme Court of the United States of same) and the mandatory will and statutory authority of Congress with substantive regulations to deny the Hymes's Motion at Docket 115.

Either the Hymes reliance upon the will and statutory authority of Congress with substantive regulation and the holdings of the Supreme Court of the United States by Affidavit are untrue under the penalties of perjury or Jennifer D. Auchterlonie *ipse dixit* pontifications and case dictum are untrue. The Hymes demand that *Ralph Beistline* issue a finding of the facts and conclusion of law to support his ORDER at Docket 124 as "For reason more carefully articulated within the relevant pleadings, i.e., Dockets 118 and 119" is conclusive of not only *Ralph Beistline's* bias, but that he is incompetent if two opposing Verified Affidavits versus a Declaration are dispensed so easily by the slight of hand of *Ralph Beistline* under the reasons given in his ORDER lacking a signature of anyone, unless the career law clerk has taken over for *Ralph Beistline*.

*Therefore*, the ORDER at 124 must be vacated or with great specificity be accompanied by findings of fact and conclusions of law under the signature of a *Ralph Beistline* so that the Hymes can learn from *Ralph Beistline* the errors of the holdings of the Supreme Court of the United States and the errors of the will and statutory authority of Congress with substantive regulations versus *dictum cases and the ipse dixit pontifications of Jennifer D. Auchterlonie that are "more carefully articulated."*

My Hand,

*[signature]*

My Hand,

*[signature]*

## Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: July 19th, 2007

Rita Marilna Hymes