**FILED**

JUL 1 9 2007

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

STATE OF ALASKA    )
                 ) ss.

The United States of America )

## Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) do hereby swear (or affirm)

that the preceding facts in this Document and the following facts in this verified Affidavit

and in the Memorandum in Support are true and correct under the penalties of perjury.

1.      My true name is Donald Louis Hymes.

2.      I am of the age of majority and will testify to facts contain herein this document.

3.      I have relied upon the holdings of the Supreme Court of the United States and the

will and statutory authority of Congress with substantive regulations and to date

*Ralph Beistline* has refused to articulate in any manner the error of same.

My Hand,



Subscribed and affirmed

On this ____18th____ day of _July_ ,2007, Donald Louis Hymes personally

appeared, personally known to me, or proved to me on the basis of satisfactory

evidence to be the one whose name so subscribed to the within instrument..

My Commission expires on _Dec 13, 2009_

Notary Public

[SEAL]

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon