**FILED**

JUL 1 9 2007

**STATE OF ALASKA** )
                ) ss.
The United States of America )

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit are true and correct under the penalties of perjury.

1.    My true name is Rita MariNa Hymes.

2.    I am of the age of majority and will testify to facts contain herein this document.

3.    I have relied upon the holdings of the Supreme Court of the United States and the will and statutory authority of Congress with substantive regulations and to date *Ralph Beistline* has refused to articulate in any manner the error of same.

My Hand

Subscribed and affirmed

On this _____ day of _July_ ,200_, Rita MariNa Hymes personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument.

My Commission expires on _Dec 13, 2009._

Notary Public

[SEAL]

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon