The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**ORDER of Docket 124 of *Ralph Beistline***

1. It is hereby ORDERED that the ORDER of Docket 124 is vacated; OR

2. The "relevant pleadings" of Jennifer D. Auchterlonie supported by *ipse dixit* pontifications of Auchterlonie with *dictum cases* are superior to the holdings of the Supreme Court of the United States and the will and statutory of Congress with substantive regulations proffered by the Hymes by Verified Affidavit; OR,

3. This ORDER will be accompanied by the findings of facts and conclusions of law to substantiate the ORDER at Docket 124 in which two Verified Affidavits of the Hymes stand in opposition to the Declaration of Jennifer D. Aucherlonie.

4. _____

*Signature of Ralph Beistline*