

RECEIVED

JUL 19 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**

*Plaintiffs*

**v.**

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Motion to Compel Discovery Substantive Documents under the Will and Statutory
Authority of Congress with Mandated Substantive Regulations with Memorandum
and Verified Affidavits in Support**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this

**Motion to Compel Discovery Substantive Documents under the Will and Statutory**

**of Congress with Mandated Substantive Regulations with Memorandum and**

**Verified Affidavits in Support** from the "UNITED STATES OF AMERICA" and/or

Jennifer D. Auchterlonie.

The Hymes, to date, have not received any substantive documents under

Discovery from Jennifer D. Auchterlonie and Motion *this court* to compel same from

Jennifer D. Auchterlonie and her unknown and undisclosed Client(s); **OR,**

*Motion, to wit:*

*1) that the Hymes will be denied all substantive documents in this instant Case; and,*

*2) that the Hymes will not have this instant Case "adjudicated on the merits" as held by the 9th circuit; and,*

*3) that the USA does not have to produce any substantive documents; and,*

*4) that the USA and/or Auchterlonie does no have to produce or identify under what will and statutory authority of Congress with substantive regulations that this bogus claim has been filed against the Hymes; and,*

*5) that the Hymes will be denied all Due Process of Law; and,*

*6) that this unlawful and illegal trial (sic) is nothing more than a judicial lynching.*

My Hand,

My Hand,

STATE OF ALASKA        )