

JUL 1 9 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

) ss.

The United States of America )

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1.  My true name is Rita MariNa Hymes.

2.  I am of the age of majority and will testify to facts contain herein this document.

3.  I have to date not received any documents that are substantive under the will and statutory authority of Congress with the mandated substantive regulations to date from the "UNITED STATES OF AMERICA" or Jennifer D. Auchterlonie.

4.  I have only received "Administrative" documents as declared by Jennifer D. Auchterlonie in her Declaration in a Venue outside of the several States recorded at Docket 104 of *this court*.

My Hand,



Rita MariNa Hymes has appeared before me, properly    identified,  this day,

_____ July, 2007 . Sworn and subscribed before me a Public Notary in and for the State of Alaska.

My Commission expires on _Dec 13, 2009_

_____
Signature of Notary Public

[SEAL]

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon