

JUL 1 9 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

**STATE OF ALASKA**    )
                       ) ss.
The United States of America )

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1.  My true name is Donald Louis Hymes.

2.  I am of the age of majority and will testify to facts contain herein this document.

3.  I have to date not received any documents that are substantive under the will and statutory authority of Congress with the mandated substantive regulations to date from the "UNITED STATES OF AMERICA" or Jennifer D. Auchterlonie.

4.  I have only received "Administrative" documents as declared by Jennifer D. Auchterlonie in her Declaration in a Venue outside of the several States recorded at Docket 104 of *this court*.

My Hand,

*[signature: Donald Louis Hymes]*

Donald Louis Hymes has appreared before me, duly identified. Sworn and subscribed before me a Public Notary in and for the State of Alaska, this day 18th July, 2007

My Commission expires on Dec 13, 2009.

_____
Signature of Notary Public

[SEAL] 

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: July 17, 2007

Rita MariNa Hymes