Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

UNITED STATES OF AMERICA

*Plaintiffs*

v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

**ORDER ON HYMES' MOTION TO COMPEL SUBSTANTIVE DOCUMENTS**

It is hereby ORDERED that the "UNITED STATES OF AMERICA" and/or Jennifer D. Auchterlonie shall produce substantive documents that will allow this instant Case to be "adjudicated on the merits."

OR

It is here by ORDERED that "UNITED STATES OF AMERICA" and/or Jennifer D. Auchterlonie do not have to produce any substantive documents and that this instant case will not be "adjudicated on the merits."

_____
Signature

[RECEIVED JUL 19 2007 CLERK, U.S. DISTRICT COURT, FAIRBANKS, AK]