Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922



JUL 19 2007

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

The United States of America

The United States

District Court of the United States

District of Alaska

**UNITED STATES OF AMERICA**

*Plaintiffs*

v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

Motion In Limine

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this **Motion in Limine** from the "UNITED STATES OF AMERICA" and/or Jennifer D. Auchterlonie.

The Hymes have to date not received any substantive documents that would allow the Hymes to have this instant Case "adjudicated on the merits" as ***held*** in *Lambert v. Blodgett*, 393 F.3d 943 (9th Cir. 2004), to wit:

> ... phrase *"adjudicated on the merits"* means a decision finally resolving the parties' claims that is **based on the substance of the claim advanced**, rather than on a procedural, or other, ground;

Therefore, the Hymes Motion *this court* that if the "UNITED STATES OF AMERICA" and/or Jennifer D. Auchterlonie do not produce the substantive documents in

support of the Claim in this instant Case by August 3, 2007, that no such documents can be entered into evidence or any purported trial;

*And further*, if the will and statutory authority of Congress with the mandated substantive regulations are not disclosed prior to August 3, 2007 to the Hymes, to support the Claim by the "UNITED STATES OF AMERICA" and/or Jennifer D. Auchterlonie in this instant Case; no document or reference will be allowed to any Code sections or regulations or case containing any Code sections or regulations.

*And further*, as this restriction is being imposed by *Ralph Beistline*, the Hymes here motion *Ralph Beistline* for the same treatment to at least give the appearance of Justice.

My Hand, *[signature]*

My Hand, *[signature]*

STATE OF ALASKA         )
                        ) ss.
The United States of America )

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts are true and correct under the penalties of perjury.

1.  My true name is Rita MariNa Hymes.