

JUL 1 9 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

STATE OF ALASKA )
) ss.
The United States of America )

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have to date not received any documents that are substantive under the will and statutory authority of Congress with the mandated substantive regulations to date from the "UNITED STATES OF AMERICA" or Jennifer D. Auchterlonie.

4. I have only received "Administrative" documents as declared by Jennifer D. Auchterlonie in her Declaration in a Venue outside of the several States recorded at Docket 104 of *this court*.

My Hand,

*[signature: Donald Louis Hymes]*

Subscribed and affirmed

On this  18th  day of  July ,2007, Donald Louis Hymes personally

2.  I am of the age of majority and will testify to facts contain herein this document.

3.  I have to date not received any documents that are substantive under the will and statutory authority of Congress with the mandated substantive regulations to date from the "UNITED STATES OF AMERICA" or Jennifer D. Auchterlonie.

4.  I have not received from the "UNITED STATES OF AMERICA" or Jennifer D. Auchterlonie any identification of the will and statutory authority of Congress with the mandated substantive regulations to date in this instant Case.

My Hand,

*[signature]*

Subscribed and affirmed

On this __18th__ day of __July__, 2007, Rita MariNa Hymes personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument.

My Commission expires on __Dec 13, 2009__.

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

_____
Notary Public

appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument.

My Commission expires on Dec 13, 2009

_____
Notary Public

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon

**Certification**
This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: July __, 2007

Rita MariNa Hymes