The United States of America
The United States
District Court of the United States
District of Alaska



UNITED STATES OF AMERICA

*Plaintiffs*

v.

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**ORDER on Motion In Limine**

It is hereby ORDERED that the "UNITED STATES OF AMERICA" and/or Jennifer D. Auchterlonie shall produce the substantive documents to the Hymes and identifying the will and statutory authority of Congress with the substantive regulations by August 3, 2007. If not produced by said date, then they can't be used in any future motions, proceedings, hearings, trial and trial by jury.

OR

It is hereby ORDERED that the Hymes Motion in Limine is denied, as the "UNITED STATES OF AMERICA" and/or Jennifer D. Auchterlonie are exempt by the ORDER of *Ralph Biestline* from producing the substantive documents to the Hymes and identifying the will and statutory authority of Congress with the substantive regulations.

_____
Signature