Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

RECEIVED
JUL 19 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

### Compliance with ORDER at Docket 123 to Supply Discovery Documents before August 3, 2007 if to be Used in the Trial by Jury

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with Compliance with ORDER at Docket 123 to Supply Discovery Documents before August 3, 2007 if to be Used in the Trial by Jury.

As there are public records that the Hymes are not required to supply nor has *Ralph Beistline*, at least to date, ORDERED the Hymes to research and copy at the expense of the Hymes for the UNITED STATES OF AMERICA and/or Jennifer D. Auchterlonie.

Therefore the following documents are being submitted into the record so that no misunderstanding can be created by the, to date judicial lynching, being the following:

Exh. A:   Summary of Auchterlonie's DISCOVERY documents consisting of 6 pgs; and,

Exh. B :   Auchterlonie's response material to Hymes's request for 23C's consisting of 78 pgs; and,

Exh. C :   Correspondence and Documents re Michael Walsh consisting of 49 pgs; and,

Exh. D :   Don's (mostly) correspondence in re. to FOIA requests submitted to the IRS: not answered, 'not found', or extension of time requested by IRS and then never supplied of 227 pgs; and,

Exh. E :   Correspondence and transcript re Larean Beach and a cancelled 'HEARING" consisting of 24 pgs; and,

Exh. F :   Rita's (mostly) correspondence in re. to FOIA requests submitted to the IRS: not answered, 'not found', or extension of time requested by IRS and then never supplied consisting of 192 pgs.

Total consisting of 576 pages of discovery.

Defendants Hymes have also mailed to the required parties said discovery documents to comply with the Federal Rules of Civil Procedure.

My Hand,

*[signature]*

My Hand,

*[signature]*

**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: July 19th, 2007


Rita MariNa Hymes