

STATE OF ALASKA         )
                        ) ss.
The United States of America )

JUL 1 9 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have supplied into the court record all of the documents that will be addressed in the Trial by Jury with exception of public records which have not been supplied to the Hymes to date and to which I presume that they will be barred if the USA does not supply same to the Hymes.

My Hand,

Subscribed and affirmed

On this 18th day of July, 2006, Donald Louis Hymes personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument..

My Commission expires on Dec 13, 2009

_____
Signature of Notary Public

[SEAL] 

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon