RECEIVED

JUL 1 9 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

STATE OF ALASKA    )
                   ) ss.
The United States of America )

## Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have supplied into the court record all of the documents that will be addressed in the Trial by Jury with exception of public records which have not been supplied to the Hymes to date and to which I presume that they will be barred if the USA does not supply same to the Hymes.

My Hand /s/

Subscribed and affirmed

On this 18th day of July, 2007, Rita MariNa Hymes personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument.

My Commission expires on Dec 13, 2009.

_____
Signature of Notary Public

[SEAL]   STATE OF ALASKA
         NOTARY PUBLIC
         Lisa DeLeon