SCANNED

## "DOCUMENTS"

PRESENTED
BY
THE UNITED STATES OF AMERICA

| Page | Date | "Document" | Def. It relates to |
|---|---|---|---|
| 1 | | Notice of Federal Tax Lien ..............D | |
| 2......................... | | Cover Sheet | |
| 3-5 | | Notices of Fed. Tax Lien ................R/D | |
| 6-9 .................. | | Judgment of unrelated issue.............  R | |
| 8 | | Deed    Ondra/Hymes ..................  R/D | |
| 9......................... | | Quit Claim Deed  Hymes ......Z/Ch    R | |
| 10 | | Quit Claim Deed    Z/Ch  to Aurora Trust | |
| 11...................... | | Quit Claim Deed   Z to Sunshine Trust.. R | |
| 12 | 10/24/03 | Doc. Display Rec. Office | |
| 13................ | 10/15/03 | Doc. Display Rec. Office | |
| 14 | 11/28/00 | IRS generated  1040 for 1997 no signature | |
| 15-25........... | no date | Letter of Deficiency   for 97 &99w/ attachments  D | |
| 26-30 | 3/30/01 | Verified/Constructive Notice to PAZ      D | |
| 30-38.......... | 3/30/01 | Affidavit      D | |
| 39-50 | 11/07/00 | UCC Documents..................... ..D | |
| 51-80 | | IRS letters accepted for VALUE   .........D | |
| 81-92........................ | | IRS Collection Info papers | |
| 93-104...................... | | IRS Collection Info papers   **duplicate  see 81-92** | |
| 105 | 3/12/01 | ? Accepted for value | |
| 106-119..........no date. | | IRS "TAX ADJUSTMENT"  no signature, w/ attach   D | |
| 120-130 | | letter of Deficiency for 1997/1990 w/ attachments...    D   **duplicate  see 15-25** | |
| 131............. 3/13/01 | | IRS letter.......................................................  ....................D | |
| 132-146 | no date | IRS 'Tax Adjustment' letter w/attach..................... .D | |
| 147-150.... ...no date | | Letter of Deficiency for 1997/1999 w/ instr./1 attach..   D | |
| 151 | ................ | Affidavit for Decker | |
| 152-154 | 6/01/01 | Letter to Decker,  Director................................. D | |
| 155 | | Copy of envelope to Decker | |
| 156-160.... | 3/30/01 | Constructive Notice to IRS........................ .D | |
| 161-164 | 3/30/01 | Don Affidavit | |
| 165-168 | 3/30/01 | Bill of Peace.......................................................D | |
| 169-180 | 11/07/01 | UCC Documents       **duplicate see 39-50** | |
| 181...................... | | copy of envelope to PAZ | |
| 182-187 | 5/30/01 | Verified Declaration............................................D | |

EXHIBIT A
6 pages

| Pages | Date | Description | Notes |
|---|---|---|---|
| 188-199 | 11/07/01 | UCC Documents | duplicate see 39-50 & 169-180 |
| 200 | | copy of envelope to Creamer | |
| 201-203 | 6/01/01 | Letter to Director Drexler………………………………..D | |
| 204-206 | no date | IRS Notice of Deficiency | duplicate see 147-150 |
| 207 | | last page of a letter by Creamer | |
| 208 | | Affidavit for Rosotti | |
| 209 | | copy of envelope to Rosotti | |
| 210-213 | 5/10/01 | Letter to Drexler …………………………… D | |
| 214 | | Copy of envelope to Drexler | |
| 215-218 | 5/10/01 | Letter to Drexler | duplicate see210-213 |
| 219 | | copy of envelope to Rosotti | duplicate see 209 |
| 220-222 | 6/14/01 | Verification to Creamer……………………….......D | |
| 223 | | copy of envelope to Creamer | |
| 224 | | IMF page | |
| 225 | 4/20/04 | Printout of IRC SECTION 6020(b) | |
| 226-227 | | Printout IDR | |
| 228-237 | 5/28/04 | 'Deficiency' letter     D | |
| 238-243 | 4/20/04 | 'We Have Figured Your Tax…………………… ....D | |
| 244 | 4/20/04 | Printout IRC SECTION 6020(b) | duplicate see 225 |
| 245-246 | | IDRS printouts | duplicate see 226-227 |
| 247-256 | 5/28/04 | Letter of deficiency…………………………….......D | |
| 257-258 | 4/20/04 | Request for 1040    D | |
| 259-261 | | IDRS PRINTOUTS | duplicate see 226/27, 245/46 |
| 262-268 | 11/16/99 | Certificate of Official Record 1990……………………D | |
| | | Only 2 of 28 pages, REVIEWER Marston signed 5/29/95 | |
| | | TAX EXAMINER Burton signed 5.12.94 | |
| 269-294 | 1/06/95 | Notice of Deficiency……………………………….... D | |
| 295-302 | 11/16/99 | Certificate of Official Record | |
| | | REVIEWER Marston 5/16/95 | |
| | | TAX EXAMINER Burton 12/20/94 | |
| 303-327 | 1/06/95 | Notice of Deficiency ……………… …D | |
| 328-334 | 11/16/99 | Certificate of Official Record, 1992 | |
| | | 7 of 34 pages.. | |
| | | REVIEWER Marston…12/2220/94 | |
| | | TAX EXAMINER Burton 5/12/98 | |
| 335-0366. | 1/06/95 | Notice of Deficiency ……………………………...............,..D | |
| 367-373 | 11/16/99 | Cert. Of Official Record 1993     …………….D | |
| | | (7 of 318 pages) Reviewer Marston : 12/20/94 | |
| | | Tax examiner Burton: 5/12/95 | |
| 374-440 | 1/06/95 | Notice of Deficiency ……………………………...............D | |
| 441-476 | 7/11/94 | Documents from Meyeres Real Estate………………….D | |
| 477-482 | 7/22/94 | Doc. Mary U. Hymes estate | |
| 483-485 | 10/14/94 | Letter to Michael Allen, dist. Dir……………………….D | |
| 486 | 9/22/94 | 1990/1991 Proposed Adjustment……………………….D | |
| 487-488 | 9/22/94 | 19912/1993 proposed adjustment………………………D | |

| | | | |
|---|---|---|---|
| 489 | | Copy of envelope to Allen | |
| 490-492 | 9/02/94 | Letter to Powell, Rev. Agent in re Meeting | D |
| 493 | .6/9/94 | Letter confirming meeting | D |
| 494 | | copy of envelope to Powell | |
| 495 | 7/26/94 | Letter from Estate Attorney to IRS | D |
| 496-520 | 4/21/94 | MUS letter to IRS w/bills attached | D |
| 521-522 | 6/10/94 | Letter from Powell to Board of Realtors | D |
| 523. | 6/9/94 | Letter from Powell confirming meeting **duplicate see 493** | |
| 524 | 6/9/94 | Letter from Rbt. Bank sending 'materials' [not included] | D |
| 525 | 7/22/94 | Letter from Powell in re Hymes estate | D |
| 526 | 7/22/94 | Letter from Powell to Brenlar | D |
| 527-529 | 6/22/94 | Letter to Powell       **duplicate see 490-492** | |
| 530 | 6/09/94 | Letter from Powell | D |
| 531 | | copy of envelope to Powell | |
| 532 | 9/22/94 | Proposed adjustment for 1990/91   **duplicate see 486** | |
| 533-540 | 9/22/94 | Proposed adjustment for 1992/93 | D |
| 541-542 | 11/07/94 | IRS "4903" | D |
| 543-545 | 6/11/93 | Letter to Bigelow, Director re OMB | D |
| 546-548 | 9/1/93 | Letter to Bigelow in re NO RESPONSE | D |
| 549-551 | 11/14/94 | Letter to Adams, Chief, | D |
| 552 | | Copy of envelope to Adams | |
| 553-554 | 4/13/95 | In re letter from Kotmair | .D |
| 555-557 | 4/01/95 | Letter to Allen in re Tax Return | .. D |
| NO PAGE 558 | | | |
| 559- 561 | 1/23/95 | Letter to Allen in re Notice of Deficiency | …D |
| 562 | | Copy of envelope to Allen | |
| 563-566 | 1/23/95 | Letter to Allen       **duplicate see 559-561** | |
| 567 | | Affidavit for Richardson, Commissioner | |
| 568 | | Privacy Act Release/POA | …D |
| 569 | 1/06/95 | Notice of Deficiency………92/93 | .. D |
| 570 | 1/06/95 | Notice of Deficiency  90/91 | D |
| 571 | | Copy of envelope to Allen | |
| 572-575 | 9/09/93 | Letter to Bigelow, in re non-response     **duplicate see 543-545** | |
| 576 | ..8/18/93 | Bob Thomas request for tel contact | D |
| 577-579 | 6/11/93 | Letter to Bigelow in re OMB **duplicate see 546-548** | |
| 580 | 6/11/93 | letter to Bob Thomas | D |
| 581 | | copy of envelope to Bigelow | |
| 582 | 6/16/93 | unsigned request for tax return | D |
| 583-586 | 6/11/93 | letter to Bigelow in re OMB **duplicate see 546-548     577-579** | |
| 587 | 5/21/93 | Letter to Thomas | D |
| 588 | 12/02/91 | Letter to For, Op. in re 'citizen' | D |
| 589 | 12/02/91 | "  "  "  "  "  "       **duplicate see 588** | |
| 590 | | copy of envelope to Director For. OP. | |

| | | |
|---|---|---|
| 591 | 6/29/.95 | Letter to Bentsen, Sec. Of Treas....................D |
| 592-599 | 11/21/94 | Affidavit of Revocation..............................D |
| 600 | | Copy of envelope to Bentsen |
| 601 | 10/17/95 | IRS letter in re POA.............................. ... D |
| 602 | 10/02/95 | Letter from Tim Towns in re POA          D |
| 603-609 | 10/20/95 | Letter to Towns……………………….. D |
| 610 | | copy of envelope to Towns |
| 611-613 | 12/20/95 | Letter to Hammer, Discl. Officer....................D |
| 614 | | copy of envelope to Hammer |
| 615-618 | 4/02/96 | Letter to Decker, Director in re OMB ................D |
| 619 | | copy of envelope to Decker |
| 620 | | Form 4251……………………….................D |
| 621 | 12/04/01 | IMF/IDRS ……………………………………….D |
| 622-623 | 11/02/01 | Exam. Closing Report………………………….. D |
| **No 624** | | |
| 625 | 10/23/01 | IMF IDRS……………………….................D |
| 626-627 | 10/19/01 | Exam. Clos. Report.,………………………….. D |
| 628……. | 6/03/05 | Form 4251……………………….................D |
| 629-630 | 9/30/04 | SFR form 5344……………………….................D |
| 631-632 | 9/30/04 | SFR form 5344       **duplicate 6298-630** |
| 633 | 6/03/05 | Form 4251        **duplicate 628** |
| 634-639 | 11/16/99 | Cert. Of Official record  [6 of 318 pages]    D |
| | | Reviewer Marston: 12/20/94 |
| | | Tax Exam. Burton: 5/12/95 |
| 640-705 | 1/06/95 | notice of def.  92/93    **duplicate see 374-440** |
| 706-735 | 7/11/94 | Doc. from Meyeres RE **duplicate see 441-476** |
| 736-738 | 6/20/94 | IRMF Payee Request……………………….………..D |
| 739-741 | 7/28/94 | IRMF Payee request            D |
| 742 | 7/22/94 | Powell letter to Fidelity      **duplicate see 525** |
| 743-746………… | | Fidelity Estate Docs……………………….………..D |
| 747-749 | 10/04/94 | Letter to Allen……………………….................D |
| 750-752 | 9/22/94 | Letter of Def…………   **duplicate see 532-540** |
| 753 | | ……………..copy of envelope to Allen |
| 754-756 | 9/2/94 | Letter to Powell      **duplicate see 490-492** |
| 757 | 6/9/94 | Letter from Powell     **duplictae see 523/530** |
| 758 | | copy of envelope to Powell |
| 759 | 7/26./94 | Letter from Allen Realtors to Powell **dup. See 495** |
| 760-784 | 4/21/94 | Letter from MUS to IRS   **duplicate see 496-520** |
| 785 | 6/10/94 | Letter from Powell to Board of Realtors **dup. See 521** |
| 786 | 6/10/94 | Letter from Powell to Meyeres  …………………..D |
| 787…. | .6/09/94 | Letter from Powell……………………….................D |
| 788 | 6/09/94 | Letter from Bank……………………….  ………..D |
| 789 | 7/22/94 | Letter Powell-Fidelity   **duplicate see 525/ 742** |
| 790 | 7/22/94 | Letter Powell-Brenler    **duplicate see 526** |
| 791-793 | 6/22/94 | Letter to Powell    **duplicate see 490-492/754-756** |

```
794       6/09/94    Letter from Powell    duplicate see 523, 530, 757, 787
795                  copy of envelope to Powell
796-804   9/22/94    Letter of Deficiency
                              partial duplicate see 532-540/ 750-752
805-806   11/07/94   Form Letter 4903 ............. duplicate  see 541-542
807-809   6/11/93    Letter to Bigelow     duplicate  see 543-545/ 583-585
810-812   9/01/93    Letter to Bigelow            duplicate see 546-548
813-815   11/14/94   Letter to Adams, in re OMB.............................D
816..................copy of envelope to Adams
817-818   4/13/95    Letter from Burke............................................D
819       MISSING
820--822.............part of letterr to Allen, DD................................D
823-825   1/23/95    Letter to  Allen,DD...........................................D
826.................. Copy of envelope to Allen
827-932   1/23/95    Letter to Allen       partial duplicate see 823-825
833       1/06/95    Notice of Deficiency for 90/91                         D
836-839   9/01/93    Letter to Bigelow       duplicate see 546-548, 810-812
840       9/17/93    OSC Form 74                                            D
841.......  8/18/93   IRS request for phone contact       duplicate see 576
842-844   6/11/93    Letter to Bigelow     duplicate see 546-548, 810-812
845.......  8/24/93   Letter to Thomas, no OMB ............................  D
846..................  Copy of envelope to Bigelow
847       6/13/93    IRS request for tax return................................ D
848-851   6/11/93    Don  Letter to Bigelow
                              duplicate see  546-548, 810-812, 836-839
852       5/21/93    Don Letter  to Thomas          duplicate see 587
853....... 12/2/91   D. Letter to For. Op. Dist.       duplicate see 588, 589
854       12/2/91    "   "         "    "    "        duplicate see 588, 589, 853
855                  copy of envelope to Dir. For. Ops.
856.....June 95......D Letter to Sec. Of Treas.         duplicate see 591
857-864  11/21/91   Don Affidavit of R & R           duplicate  see 592-599
865                  copy of envelope to Bentsen        duplicate see 600
866       10/2/95    IRS letter in re PoA                                   D
867       10/02/95   IRS letter 'we apologize          duplicate see  602
868-874   10/20/95   Letter to Towns in re PoA        duplicate see  603-609
875..................  copy of envelope to Towns          duplicate see  610
876-878   12/20/95   Don letter to Hammer, Rec. of Ass.
                                              duplicate see   611-613
879.....................copy of envelope to Hammer
880-883   4/02/96    letter to Decker              duplicate see  615-618
884-891   11/16/99   Cert. Of Off. Rec. 90/91       duplicate see  295-302
892-917   1/06/95    Notice of Def. 90/91          duplicate see   374-440, 570
918-924   11/16/99   Cert of Off. Rec 1990          duplicate see  262-268
925-950   1/06/95    Notice of Def. 90/91
                              duplicate see   374-440. 569. 892-917
```

951-957   11/16/99  Cert of Off. Rec. 1992          **duplicate see  328-334**

**2 pages are missing**
**447 pages are duplicates**
**29 pages are copies of envelopes**
_____

**This leaves 479 'documents'**
**And out of those only**
**5 pages apply to Rita MariNa Hymes**

**dorih**

**From:** "dorih" <dorih@gci.net>
**To:** "doj" <Jennifer.D.Auchterlonie@usdoj.gov>
**Sent:** Thursday, December 07, 2006 11:05 PM
**Subject:** in re: A0-0123 CV (RRB)

Dear Ms. Auchterlonie

In re: UNITED STATES OF AMERICA v. DONALD L. HYMES, RITA M HYMES...........
     Case No.: A05-0123 (RRB)

Under Discovery:

Would you please furnish us with a cerified Form 23C for
**Donald Louis Hymes**
for each of the following years:
1989 , 1990, 1991, 1992, 1993, 1995, 1997, 1999, 2000 and 2002
and
**Rita MariNa Hymes**
for each of the following years:
1989, 1990, 1991, 1992, 1993, 1994,1 995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

You immediate attention to this matter is appreciated

Rita MariNa Hymes

EXHIBIT _B_
7/16/2007