

U.S. Department of Justice

**Tax Division**

*Please reply to:* *Civil Trial Section, Western Region*
*P.O. Box 683*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 307-0054*
*Trial Attorney: Jennifer D. Auchterlonie*
*Attorney's Direct Line: (202) 514-9593*

EJO'C:RSW:JDAuchterlonie
5-6-2317 / 5-6-2321
CMN 2005104597 / 2005106096

January 5, 2007

**VIA FIRST CLASS MAIL**

Rita M. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

Re: United States v. Donald Hymes, et al.
Civil No. A05-0123-CV (RRB) (USDC Alaska)

Dear Mrs. Hymes:

Enclosed please find documents responsive to your e-mail dated December 8, 2006, in the above-referenced matter. In addition, I have enclosed a copy of a Ninth Circuit case which explains why Forms 4340, Certificate of Assessments, Payments and Other Specified Matters, are an appropriate response to your request for Forms 23C in this matter.

If you have any questions regarding the enclosed, please contact me at 202-514-9593. Thank you for your attention to this matter.

Sincerely yours,

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
Civil Trial Section, Western Region

Enclosures - as stated

EXHIBIT B

78 pages

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1995, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 13,669.00 | | | |
| | TAXABLE INCOME 7,119.00 | | | |
| | SELF EMPLOYMENT TAX 2,078.00 | | | |
| 04-29-2000 | SUBSTITUTE FOR RETURN 29210-120-25130-0 | 0.00 | | 05-29-2000 |
| | FAILURE TO PAY TAX PENALTY 200113 | 755.52 | | 04-09-2001 |
| | ESTIMATED TAX PENALTY 200113 | 167.49 | | 04-09-2001 |
| | LATE FILING PENALTY 200113 | 708.08 | | 04-09-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-479-00020-1 200113 | 3,147.00 | | 04-09-2001 |
| | INTEREST ASSESSED 200113 | 1,538.13 | | 04-09-2001 |
| | FAILURE TO PAY TAX PENALTY 200121 | 15.50 | | 06-04-2001 |
| | ADDITIONAL TAX ASSESSED 29254-534-18024-1 200121 | 0.00 | | 06-04-2001 |
| 10-22-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

Case 3:05-cv-00123-RRB Document 129-5 Filed 07/19/2007 Page 4 of 20

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-05-2002 | FEDERAL TAX LIEN | | | |
| 04-29-2002 | FEES AND COLLECTION COSTS | | 30.00 | |
| 04-21-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-23-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 07-21-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-11-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-07-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-07-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-18-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-10-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-24-1998 | Taxpayer Deliqiuency Notice | | | |
| 10-19-1998 | Taxpayer Deliqiuency Notice | | | |
| 04-09-2001 | Statutory Notice of Balance Due | | | |
| 05-14-2001 | Notice of Balance Due | | | |
| 06-04-2001 | Statutory Notice of Balance Due | | | |
| 06-18-2001 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1996

BALANCE 6,361.72

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Linda L. Drake

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/24/2005

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1995

BALANCE 1,790.19

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Linda L. Drake

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/24/2005

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1996, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

94
95
97

Catalog Number 19002E

Form 2866 (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 8,108.00 | | | |
| | TAXABLE INCOME 1,708.00 | | | |
| | SELF EMPLOYMENT TAX 826.00 | | | |
| 04-29-2000 | SUBSTITUTE FOR RETURN 29210-120-25129-0 | 0.00 | | 05-29-2000 |
| | LATE FILING PENALTY 200113 | 230.50 | | 04-09-2001 |
| 04-15-1996 | WITHHOLDING CREDIT | | 161.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-479-00014-1 200113 | 1,083.00 | | 04-09-2001 |
| 04-09-2001 | RENUMBERED RETURN 29247-479-00014-1 | | | |
| | INTEREST ASSESSED 200113 | 607.69 | | 04-09-2001 |
| 10-22-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-05-2002 | FEDERAL TAX LIEN | | | |
| 04-21-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-23-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 07-21-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-11-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 03-01-2004 | FEES AND COLLECTION COSTS | | 30.00 | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-07-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-07-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-18-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-1997 | Taxpayer Deliquency Notice | | | |
| 08-24-1998 | Taxpayer Deliquency Notice | | | |
| 10-19-1998 | Taxpayer Deliquency Notice | | | |
| 04-09-2001 | Statutory Notice of Balance Due | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES                              EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-14-2001 | Notice of Balance Due | | | |
| 06-18-2001 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1997, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 5,621.00 | | | |
| | SELF EMPLOYMENT TAX 658.00 | | | |
| 04-29-2000 | SUBSTITUTE FOR RETURN 29210-120-25131-0 | 0.00 | | 05-29-2000 |
| | FAILURE TO PAY TAX PENALTY 200113 | 118.44 | | 04-09-2001 |
| | LATE FILING PENALTY 200113 | 148.05 | | 04-09-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-479-00013-1 200113 | 658.00 | | 04-09-2001 |
| | INTEREST ASSESSED 200113 | 224.98 | | 04-09-2001 |
| | FAILURE TO PAY TAX PENALTY 200130 | 16.45 | | 08-06-2001 |
| | ADDITIONAL TAX ASSESSED 29254-597-18015-1 200130 | 0.00 | | 08-06-2001 |
| )9-10-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| )4-05-2002 | FEDERAL TAX LIEN | | | |

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04-21-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-23-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| | FAILURE TO PAY TAX PENALTY 200237 | 29.61 | | 09-23-2002 |
| | ADDITIONAL TAX ASSESSED 91254-648-05014-2 200237 | 0.00 | | 09-23-2002 |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 07-21-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-11-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-07-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-07-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-17-2004 | FEDERAL TAX LIEN RELEASED | | | |
| 01-10-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-18-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-09-2001 | Statutory Notice of Balance Due | | | |
| 05-14-2001 | Notice of Balance Due | | | |
| 06-18-2001 | Statutory Notice of Intent to Levy | | | |
| 07-16-2001 | Statutory Notice of Intent to Levy | | | |
| 08-06-2001 | Statutory Notice of Balance Due | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |

RITA M HYMES EIN/SSN: 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 TAX PERIOD: DEC 1997

BALANCE 1,195.53

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

SIGNATURE OF CERTIFYING OFFICER: Linda L. Drake

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 08/24/2005

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 19, 2005

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1989, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

1989
93
97
99
2002

Catalog Number 19002E

Form **2866** (Rev. 09-1997)