# CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 6,941.00 | | | |
| | TAXABLE INCOME 2,341.00 | | | |
| 10-21-1993 | SUBSTITUTE FOR RETURN 29210-296-05504-3 | | 0.00 | 11-22-1993 |
| | LATE FILING PENALTY 199521 | | 100.00 | 06-05-1995 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-537-00454-5  199521 | | 351.00 | 06-05-1995 |
| 06-05-1995 | RENUMBERED RETURN 29247-537-00454-5 | | | |
| | INTEREST ASSESSED 199521 | | 255.31 | 06-05-1995 |
| 01-19-1996 | FEDERAL TAX LIEN | | | |
| 02-12-1996 | FEES AND COLLECTION COSTS | | 30.00 | |
| 09-18-1997 | LEGAL SUIT PENDING | | | |
| 12-31-1997 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 03-01-2004 | FEES AND COLLECTION COSTS | | 30.00 | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-24-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2004 | INTENT TO LEVY COLLECTION· DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-08-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-08-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)               PAGE    2

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1989

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | STATUTE EXPIRED - CLEAR TO ZERO UNCOLLECTABLE AMOUNT OWED $          766.31- | | 766.31 | |
| 06-03-2005 | LEGAL SUIT PENDING | | | |
| 06-06-2005 | BALANCE DUE REINSTATED | | (766.31) | |
| 06-05-1995 | Statutory Notice of Balance Due | | | |
| 06-26-1995 | Statutory Notice of Intent to Levy | | | |
| 12-01-2003 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |
| 09-26-2005 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE     3

---------------------------------------------------------------------

DONALD L HYMES                         EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989
---------------------------------------------------------------------

BALANCE            766.31
---------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing_____

DELEGATION ORDER:____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)                    PAGE    4

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: October 19, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1990, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

DONALD HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 12,595.00 | | | |
| | TAXABLE INCOME 7,820.00 | | | |
| | SELF EMPLOYMENT TAX 715.00 | | | |
| 04-30-1993 | SUBSTITUTE FOR RETURN 29210-121-01907-3 | | 0.00 | 05-31-1993 |
| | ESTIMATED TAX PENALTY 199521 | | 128.00 | 06-05-1995 |
| | LATE FILING PENALTY 199521 | | 472.00 | 06-05-1995 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-537-00455-5  199521 | | 1,889.00 | 06-05-1995 |
| 06-05-1995 | RENUMBERED RETURN 29247-537-00455-5 | | | |
| | INTEREST ASSESSED 199521 | | 952.77 | 06-05-1995 |
| 11-19-1996 | FEDERAL TAX LIEN | | | |
| 09-18-1997 | LEGAL SUIT PENDING | | | |
| 12-31-1997 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 12-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                PAGE    1

DONALD HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-24-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-08-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-08-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------------

DONALD HYMES                            EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | STATUTE EXPIRED - CLEAR TO ZERO UNCOLLECTABLE AMOUNT OWED $          3,441.77- | | 3,441.77 | |
| 06-03-2005 | LEGAL SUIT PENDING | | | |
| 06-06-2005 | BALANCE DUE REINSTATED | | (3,441.77) | |
| 06-05-1995 | Statutory Notice of Balance Due | | | |
| 06-26-1995 | Statutory Notice of Intent to Levy | | | |
| 12-01-2003 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |
| 09-26-2005 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                      PAGE    3

---

DONALD HYMES                              EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1990

---

BALANCE          3,441.77

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____ Linda L. Drake

TITLE:_____ Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____ SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)                    PAGE     4

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: October 19, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1991, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

DONALD HYMES                              EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 19,567.00 | | | |
| | TAXABLE INCOME 14,567.00 | | | |
| | SELF EMPLOYMENT TAX 1,778.00 | | | |
| 03-30-1993 | SUBSTITUTE FOR RETURN 29210-121-01908-3 | | 0.00 | 05-31-1993 |
| | ESTIMATED TAX PENALTY 199521 | | 215.00 | 06-05-1995 |
| | LATE FILING PENALTY 199521 | | 945.00 | 06-05-1995 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-537-00456-5   199521 | | 3,964.00 | 06-05-1995 |
| 06-05-1995 | RENUMBERED RETURN 29247-537-00456-5 | | | |
| | INTEREST ASSESSED 199521 | | 1,344.85 | 06-05-1995 |
| 01-19-1996 | FEDERAL TAX LIEN | | | |
| 09-18-1997 | LEGAL SUIT PENDING | | | |
| 12-31-1997 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 12-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE     1

DONALD HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-24-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-08-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-08-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE     2

DONALD HYMES                          EIN/SSN:  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


TYPE OF TAX:  U.S. INDIVIDUAL INCOME TAX RETURN
FORM:  1040        TAX PERIOD:  DEC   1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | STATUTE EXPIRED - CLEAR TO ZERO UNCOLLECTABLE AMOUNT OWED $          6,468.85- | | 6,468.85 | |
| 06-03-2005 | LEGAL SUIT PENDING | | | |
| 06-06-2005 | BALANCE DUE REINSTATED | | (6,468.85) | |
| 04-12-1993 | Taxpayer Deliquency Notice | | | |
| 05-03-1993 | Taxpayer Deliquency Notice | | | |
| 06-05-1995 | Statutory Notice of Balance Due | | | |
| 06-26-1995 | Statutory Notice of Intent to Levy | | | |
| 12-01-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE      3

DONALD HYMES                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1991

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |
| 09-26-2005 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                 PAGE     4

DONALD HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1991
-------------------------------------------------------------------------------

BALANCE          6,468.85

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.    I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: Linda L. Drake

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing___

DELEGATION ORDER:_____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)                    PAGE    5



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date: October 19, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1992, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 160,459.00 | | | |
| | TAXABLE INCOME 155,159.00 | | | |
| | SELF EMPLOYMENT TAX 502.00 | | | |
| 04-03-1994 | SUBSTITUTE FOR RETURN 29210-106-00828-4 | | 0.00 | 05-16-1994 |
| | ESTIMATED TAX PENALTY 199521 | 1,965.00 | | 06-05-1995 |
| | LATE FILING PENALTY 199521 | 11,244.00 | | 06-05-1995 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-537-00457-5  199521 | 44,977.00 | | 06-05-1995 |
| 06-05-1995 | RENUMBERED RETURN 29247-537-00457-5 | | | |
| | INTEREST ASSESSED 199521 | 10,263.62 | | 06-05-1995 |
| 01-19-1996 | FEDERAL TAX LIEN | | | |
| 09-18-1997 | LEGAL SUIT PENDING | | | |
| 12-31-1997 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

DONALD L HYMES                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1992


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-24-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-08-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-08-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1992

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|-----------------------------|-------------------------------------|-----------------------------|----------------------------------|
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | STATUTE EXPIRED - CLEAR TO ZERO UNCOLLECTABLE AMOUNT OWED $          68,449.62- | | 68,449.62 | |
| 06-03-2005 | LEGAL SUIT PENDING | | | |
| 06-06-2005 | BALANCE DUE REINSTATED | | (68,449.62) | |
| 06-05-1995 | Statutory Notice of Balance Due | | | |
| 06-26-1995 | Statutory Notice of Intent to Levy | | | |
| 12-01-2003 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |
| 09-26-2005 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------

DONALD L HYMES                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1992
---------------------------------------------------------------------

BALANCE         68,449.62

---------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)                PAGE    4

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: October 19, 2005

### CERTIFICATE OF OFFICIAL RECORD

*4-03   94   92*

I certify that the annexed: Is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1993, consisting of four pages

*3-3 º  93   9 ʲ*

*sul for return
9-24-94   -93
4-30 93      9D*

*1989
Renumbered act.  6-05-95
sub for ret.  10-21-93
6-06-95   unc statute exp
6-03-95   sul
6-06  reinst*

under the custody of this office.

*1989*
*1993*

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 11,721.00 | | | |
| | TAXABLE INCOME 6,271.00 | | | |
| | SELF EMPLOYMENT TAX 579.00 | | | |
| 09-26-1994 | SUBSTITUTE FOR RETURN 29210-267-02414-4 | 0.00 | | 10-24-1994 |
| | ESTIMATED TAX PENALTY 199521 | 50.00 | | 06-05-1995 |
| | LATE FILING PENALTY 199521 | 307.00 | | 06-05-1995 |
| 04-15-1994 | WITHHOLDING CREDIT | | 294.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-537-00458-5   199521 | 1,520.00 | | 06-05-1995 |
| 06-05-1995 | RENUMBERED RETURN 29247-537-00458-5 | | | |
| | INTEREST ASSESSED 199521 | 157.32 | | 06-05-1995 |
| 01-19-1996 | FEDERAL TAX LIEN | | | |
| 09-18-1997 | LEGAL SUIT PENDING | | | |
| 12-31-1997 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-24-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 08-27-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-08-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-08-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | STATUTE EXPIRED – CLEAR TO ZERO UNCOLLECTABLE AMOUNT OWED $          1,740.32- | | 1,740.32 | |
| 06-03-2005 | LEGAL SUIT PENDING | | | |
| 06-06-2005 | BALANCE DUE REINSTATED | | (1,740.32) | |
| 06-05-1995 | Statutory Notice of Balance Due | | | |
| 06-26-1995 | Statutory Notice of Intent to Levy | | | |
| 12-01-2003 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |
| 09-26-2005 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

DONALD L HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993

---

BALANCE          1,740.32

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)              PAGE    4