# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: 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 and Spouse SSN: 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*, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1997, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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
                                                 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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 9,887.00 | | | |
| | TAXABLE INCOME 3,787.00 | | | |
| | SELF EMPLOYMENT TAX 251.00 | | | |
| 11-28-2000 | SUBSTITUTE FOR RETURN 29210-337-25006-0 | 0.00 | | 01-01-2001 |
| | LATE FILING PENALTY 200150 | 100.00 | | 12-24-2001 |
| 04-15-1998 | WITHHOLDING CREDIT | | 401.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-740-00012-1   200150 | 817.00 | | 12-24-2001 |
| 12-24-2001 | RENUMBERED RETURN 29247-740-00012-1 | | | |
| | INTEREST ASSESSED 200150 | 179.19 | | 12-24-2001 |
| | FAILURE TO PAY TAX PENALTY 200150 | 93.60 | | 12-24-2001 |
| 05-13-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-07-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                        PAGE     1

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN: 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
                                                     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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


                                     ASSESSMENT,     PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS    CREDIT     DATE (23C,
                                     (REVERSAL)      (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

05-21-2003 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

10-31-2003 FEDERAL TAX LIEN

12-29-2003 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-09-2004 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-30-2004 FEDERAL TAX LIEN

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

09-08-2004 LEGAL SUIT PENDING

11-01-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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
                                                 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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 09-08-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 06-06-2005 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 12-24-2001 | Statutory Notice of Balance Due | | | |
| 02-11-2002 | Notice of Balance Due | | | |
| 03-18-2002 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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
                                                 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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 12-15-2003 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)                     PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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
                                                 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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997
---------------------------------------------------------------------


BALANCE          788.79

---------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden SB/SE Submission Processing___

DELEGATION ORDER:___SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 05/26/2005

FORM 4340   (REV. 01-2002)                    PAGE     5

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1998, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                      Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

RITA M HYMES                        EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 12,470.00 | | | |
| | TAXABLE INCOME 5,520.00 | | | |
| | SELF EMPLOYMENT TAX 1,662.00 | | | |
| 04-29-2000 | SUBSTITUTE FOR RETURN 29210-120-25132-0 | | 0.00 | 05-29-2000 |
| | FAILURE TO PAY TAX PENALTY 200113 | | 299.04 | 04-09-2001 |
| | ESTIMATED TAX PENALTY 200113 | | 113.96 | 04-09-2001 |
| | LATE FILING PENALTY 200113 | | 560.48 | 04-09-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-479-00012-1  200113 | | 2,491.00 | 04-09-2001 |
| | INTEREST ASSESSED 200113 | | 560.56 | 04-09-2001 |
| | FAILURE TO PAY TAX PENALTY 200121 | | 12.34 | 06-04-2001 |
| | ADDITIONAL TAX ASSESSED 29254-534-18025-1  200121 | | 0.00 | 06-04-2001 |
| 10-22-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| 04-05-2002 | FEDERAL TAX LIEN | | | |
| 04-21-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-23-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| | FAILURE TO PAY TAX PENALTY 200237 | | 311.38 | 09-23-2002 |
| | ADDITIONAL TAX ASSESSED 91254-648-05013-2  200237 | | 0.00 | 09-23-2002 |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |

FORM 4340  (REV. 01-2002)                PAGE    2

## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RITA M HYMES                              EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 07-21-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-11-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-07-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-07-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

RITA M HYMES                               EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 12-18-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-09-2001 | Statutory Notice of Balance Due | | | |
| 05-14-2001 | Notice of Balance Due | | | |
| 06-04-2001 | Statutory Notice of Balance Due | | | |
| 06-18-2001 | Statutory Notice of Intent to Levy | | | |
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                      PAGE     4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
------------------------------------------------------------------------


BALANCE       4,348.76

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*
PRINT NAME:_____ Linda L. Drake
TITLE:_____ Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:_____ SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE


           ACCOUNT STATUS DATE 08/24/2005

FORM 4340  (REV. 01-2002)              PAGE    5

# United States  of America

## Department of the Treasury
## Internal Revenue Service

Date: August 24, 2005

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: 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
                                               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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 15,178.00 | | | |
| | TAXABLE INCOME 8,828.00 | | | |
| | SELF EMPLOYMENT TAX 2,039.00 | | | |
| 11-29-2000 | SUBSTITUTE FOR RETURN 29210-337-25342-0 | | 0.00 | 01-01-2001 |
| 08-14-2001 | AMENDED RETURN FILED 29277-699-03821-1 | | | |
| | FAILURE TO PAY TAX PENALTY 200150 | | 353.22 | 12-24-2001 |
| | ESTIMATED TAX PENALTY 200150 | | 162.75 | 12-24-2001 |
| | LATE FILING PENALTY 200150 | | 756.65 | 12-24-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-739-00011-1  200150 | | 3,363.00 | 12-24-2001 |
| | INTEREST ASSESSED 200150 | | 619.07 | 12-24-2001 |
| 03-11-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-05-2002 | FEDERAL TAX LIEN | | | |
| 04-21-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: 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
                                               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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-23-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| | FAILURE TO PAY TAX PENALTY 200237 | | 151.34 | 09-23-2002 |
| | ADDITIONAL TAX ASSESSED 91254-648-05012-2  200237 | | 0.00 | 09-23-2002 |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| | ADDITIONAL TAX ASSESSED 89254-604-18112-3  200331 | | 0.00 | 08-11-2003 |
| 07-21-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: 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
                                               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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08-11-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-07-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-07-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |
| | FAILURE TO PAY TAX PENALTY 200447 | | 336.19 | 12-06-2004 |
| | ADDITIONAL TAX ASSESSED 29254-722-18043-4  200447 | | 0.00 | 12-06-2004 |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                     PAGE    3

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

   RITA M HYMES                          EIN/SSN: 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
                                                  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*


   TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
   FORM: 1040        TAX PERIOD: DEC  1999


                                          ASSESSMENT,       PAYMENT,      ASSESSMENT
   DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS      CREDIT        DATE (23C,
                                           (REVERSAL)        (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------

   12-17-2004 FEDERAL TAX LIEN RELEASED

   01-10-2005 MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

   12-18-2004 REVERSAL OF MODULE
              BLOCKED FROM FEDERAL
              PAYMENT LEVY PROGRAM

   01-10-2005 MODULE IN FEDERAL PAYMENT
              LEVY PROGRAM

   06-11-2001 Taxpayer Deliquency Notice

   08-06-2001 Taxpayer Deliquency Notice

   12-24-2001 Statutory Notice of Balance Due

   01-14-2002 Statutory Notice of Intent to Levy

   11-22-2004 Statutory Notice of Intent to Levy

   12-06-2004 Statutory Notice of Balance Due


   FORM 4340  (REV. 01-2002)                    PAGE    4
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: 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
                                               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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
------------------------------------------------------------------------


BALANCE          5,742.22

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: Linda L. Drake
PRINT NAME: Linda L. Drake
TITLE: Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

     ACCOUNT STATUS DATE 08/24/2005

FORM 4340  (REV. 01-2002)              PAGE    5



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: 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 and Spouse SSN: 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*, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                          Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DONALD L HYMES                          EIN/SSN: 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
                                                 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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 19,646.00 | | | |
| | TAXABLE INCOME 13,296.00 | | | |
| 11-29-2000 | SUBSTITUTE FOR RETURN 29210-337-25343-0 | | 0.00 | 01-01-2001 |
| | LATE FILING PENALTY 200144 | | 497.75 | 11-12-2001 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-696-00019-1  200144 | | 1,991.00 | 11-12-2001 |
| 11-12-2001 | RENUMBERED RETURN 29247-696-00019-1 | | | |
| | INTEREST ASSESSED 200144 | | 351.03 | 11-12-2001 |
| 04-01-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-07-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 05-21-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-31-2003 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1