CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

DONALD L HYMES                                    EIN/SSN: 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
                                                           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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-24-2003 | FEES AND COLLECTION COSTS | | 30.00 | |
| 12-29-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-08-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-08-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340   (REV. 01-2002)                        PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN: 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
                                                     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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999

```
                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                    (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------
```

11-29-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-10-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-06-2005 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

06-06-2005 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

11-12-2001 Statutory Notice of Balance Due

12-17-2001 Notice of Balance Due

02-11-2002 Statutory Notice of Intent to Levy

12-15-2003 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

DONALD L HYMES                         EIN/SSN: 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
                                                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*

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-22-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    4

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN: 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
                                                     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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
-------------------------------------------------------------------------------


BALANCE           2,869.78

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake

PRINT NAME:        Linda L. Drake

TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:  SW Delegation Order 198*


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 05/26/2005

FORM 4340    (REV. 01-2002)                          PAGE      5
```



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2000, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                                                              Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

DONALD HYMES                                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 33,957.00 | | | |
| | TAXABLE INCOME 26,757.00 | | | |
| 04-15-2004 | SUBSTITUTE FOR RETURN 29210-888-00000-4 | | 0.00 | 05-03-2004 |
| | ESTIMATED TAX PENALTY 200441 | | 178.56 | 10-25-2004 |
| | LATE FILING PENALTY 200441 | | 672.30 | 10-25-2004 |
| 04-15-2001 | WITHHOLDING CREDIT | | 1,097.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-678-00991-4   200441 | 4,085.00 | | 10-25-2004 |
| 10-25-2004 | RENUMBERED RETURN 29247-678-00991-4 | | | |
| | INTEREST ASSESSED 200441 | | 789.24 | 10-25-2004 |
| | FAILURE TO PAY TAX PENALTY 200441 | | 642.42 | 10-25-2004 |
| 01-03-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

FORM 4340  (REV. 01-2002)                PAGE    1

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

DONALD HYMES                                    EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000

                                    ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                    (REVERSAL)      (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
06-06-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

08-05-2002 Taxpayer Deliquency Notice

10-25-2004 Statutory Notice of Balance Due

11-15-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                       PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DONALD HYMES                                      EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2000
------------------------------------------------------------------------

BALANCE         5,270.52

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME: _____Linda L. Drake_____

TITLE: _____Supervisor Accounting Technician, Ogden SB/SE Submission Processing_____

DELEGATION ORDER: _____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 05/26/2005

FORM 4340  (REV. 01-2002)                      PAGE    3



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald Hymes, SSN: 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, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2002, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

DONALD HYMES                                      EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 40,841.00 | | | |
| | TAXABLE INCOME 33,141.00 | | | |
| 04-15-2004 | SUBSTITUTE FOR RETURN 29210-888-00000-4 | | 0.00 | 05-03-2004 |
| | ESTIMATED TAX PENALTY 200441 | | 176.78 | 10-25-2004 |
| | LATE FILING PENALTY 200441 | | 1,190.25 | 10-25-2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-678-00992-4  200441 | | 5,290.00 | 10-25-2004 |
| 10-25-2004 | RENUMBERED RETURN 29247-678-00992-4 | | | |
| | INTEREST ASSESSED 200441 | | 462.50 | 10-25-2004 |
| | FAILURE TO PAY TAX PENALTY 200441 | | 502.55 | 10-25-2004 |
| 01-03-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-06-2005 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

DONALD HYMES                              EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2002

                                          ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS   CREDIT       DATE (23C,
                                          (REVERSAL)     (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

06-06-2005  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

10-25-2004  Statutory Notice of Balance Due

11-15-2004  Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                        PAGE    2
```

```
     CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

DONALD HYMES                                 EIN/SSN: 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



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2002
------------------------------------------------------------------------


BALANCE              7,622.08

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:        Linda L. Drake

TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 05/26/2005
FORM 4340   (REV. 01-2002)                        PAGE      3
```

77