**Internal Revenue Service**
MS A202
949 East 36th Ave
Anchorage, Alaska 99508

**Department of the Treasury**

Date: August 23, 2004

**Sunshine Trust, R.M. Hymes Trustee**

2340 Ravenwood
Fairbanks, Alaska 99709

Person to Contact:
  Mr. Michael Walsh
IRS Telephone Number:
  907-271-6972
Employee Identification Number:
  92-81035
Taxpayer Identification Number
  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

### Notice of Federal Tax Lien Filing--Nominee, Transferee or Alter-Ego

You have been identified as the nominee, transferee or alter-ego for Donald Hymes. This letter is to inform you that we have filed a Notice of Federal Tax Lien. You have the right to appeal this decision. Your rights are explained in the enclosed Publication 1660, Collection Appeal Rights.

There may be other ways that this issue can be resolved. Contact the person named above for further information.

One of the options you have is to request a Certificate of Discharge from the Federal Tax Lien. However, before we will issue a discharge, you must pay the amount due (including interest and other additions) or post a bond guaranteeing payment. The enclosed Publication 783, Instructions on how to apply for a Certificate of Discharge From Federal Tax Lien, is enclosed to provide guidance on how to request a certificate of discharge.

We will issue a Certificate of Release of Federal Tax Lien within 30 days after you pay the tax due or within 30 days after a bond has been accepted guaranteeing payment.

Sincerely yours,

Michael Walsh
Revenue Officer

Enclosures:
Publication 1660, Collection Appeal Rights
Publication 783, Instruction on How to Apply for a Certificate of Discharge From Federal Tax Lien

Exh C
49 pgs

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
ID# 218303507
08/26/05


no response

MICHAEL WALSH
Revenue Officer
IRS
949 E 36th Ave.
Anchorage, AK 99508

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
7002 3150 0003 6565 9457

**ADMINISTRATIVE NOTICE OF DEBT NOT OWED
AND VIOLATION OF AGENT'S AUTHORITY
AND DENIAL OF ADMINISTRATIVE DUE PROCESS
AND FINAL REQUEST FOR ADMINISTRATIVE REMEDY**

Enclosures include: Administrative letter, Court Rulings, and Notices of Non-compliance, and Affidavit of Authority to be filled out and returned within 15 working days to Ynm by certified mail. (Total of 10 pages)

Dear Mr. Walsh

This is in regards to a NOTICE OF FEDERAL TAX LIEN you filed against me in August 2004 claiming taxes owed to the Internal Revenue Service or other federal entity. To date you have failed to answer my previous correspondence to you. This letter is to inform you that I do not owe any amount under the federal income tax laws. This letter is also a demand for you to show your authority to collect such tax.

In **Federal Crop Insurance v. Merrill, 332 U.S. 380**, the Supreme Court ruled: *"Whatever the form in which the government functions, <u>anyone entering into an arrangement with the government</u> takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority."* Also see **Utah Power & Light Co. v. United States, 243 U.S. 389; United States v. Stewart, 311 U.S. 60;** and generally, in re **Floyd Acceptances, 7 Wall. 666**.

If there is a valid assessment against me that an IRS agent has made, I demand that you have the agent(s), who made the assessment, provide me with the agent's written verification, under penalty of perjury, that I am liable for the tax, in accordance with IRC

2

section 6065. I am demanding that you provide me with a statute in the Internal Revenue Code that makes me liable for an alleged tax that you claim I owe. In accordance with the United States Supreme Court ruling following, I am entitled to be presented with such statute. Below you will find the 5 documents the IRS must complete in order for them to legally prepare a proposed assessment.

From the Internal Revenue Manual:

4.4.22.8 - NMF(Non Master File)Returns,

4.4.22.3.1.2 - NMF Assessment Verification Form 5734 and part 4 of Form 6335,

4.4.9.11.2.1 - Return Line Item Entries - Form 5344 and return that was used in making the IRS Form 5344.

In *Ianelli v. Long*, 329 F.Supp. 1241, 1242 (W.D.Pa. 1971), that description of the various data was as follows:

*"The procedure for assessment provides that the assessment officer shall sign the summary record of assessments made against any tax payer, that said action, through supporting records, shall provide identification of the tax payer, the character of the liability assessed, the taxable period as applicable, and the amount of the assessment. The date of the assessment is the date the summary record is signed by an assessment officer. 26 U.S.C.A. § 301.6203-1, Code of Federal Regulations. <u>Since this procedure was not followed, the assessment is void and the executions based thereon are invalid.</u>"*

*"The property that every man has is his personal labor, as it is the original foundation of all other property so it is the most sacred and inviolable...to hinder his employing [it]...in what manner he thinks proper, without injury to his neighbor, is a plain violation of the most sacred property".*
<u>Butcher's Union Co. v. Cresent City Co.</u>, 111 US 746

*"The taxpayer must be liable for the tax. Tax liability is a condition precedent to the demand. Merely demanding payment, even repeatedly, does not cause liability".*
<u>Boathe v. Terry</u>, 713 F. 2d 1405, at 1414 (1983).

IRC Section 7401 requires that the Secretary of the Treasury and the Attorney General authorize the commencement of any collection actions before you proceed. It is necessary for you to provide me with the authorization of both, and I, hereby, make such demand for their authorizations.

As to the matter of debt not owed, I call your attention to the three taxing authorities in the US Constitution. The prohibitions against a direct tax are in Article 1,



sec. 2, *"Representatives and direct taxes shall be apportioned among the several States which may be included in this union, according to their respective Numbers..."* and also in Article 1, sec. 9, *"No Capitation, or other direct, Tax shall be laid, unless in proportion to the Census or Enumeration herein before directed to be taken."* These 2 prohibitions were never repealed and remain in force in the main body of the Constitution. The income tax is a direct tax on an individual and must be levied under the rule of apportionment, according to the Supreme Court. Since the federal government has not levied any direct taxes under Apportionment, these two taxing clauses obviously do not apply to me. In **MIRANDA vs. ARIZONA, 384 US 436, at 491 (1966)**, the U.S. Supreme Court ruled, **"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."**

You have claimed that the 16th Amendment authorizes an income tax without apportionment. This is true insofar as it authorizes an indirect tax without apportionment on corporations, engaged in a corporate activity, levied on the privilege of incorporation. It does not authorize any taxation on an individual's wages or earnings. The 16th Amendment only can be applied to the word "income" as defined by the US Supreme Court and used in the Amendment.

**MERCHANTS' LOAN & TRUST CO. v SMIETANKA, 255 US 509 (1929)** stated, *"It is obvious that these decisions in principle rule the case at bar if the word 'income' has the same meaning in the Income Tax Act of 1913 that it had in the Corporation Excise Tax Act of 1909, and that it has the same scope of meaning was in effect decided in Southern Pacific v Lowe..., where it was assumed for the purpose of decision that there was no difference in its meaning as used in the act of 1909 and in the Income Tax Act of 1913. There can be no doubt that the word must be given the same meaning and content in the Income Tax Acts of 1916 and 1917 that it had in the act of 1913. When we add to this, Eisner v Macomber...the definition of 'income' which was applied was adopted from Stratton's Independence v Howbert, supra, arising under the Corporation Excise Tax Act of 1909... there would seem to be no room to doubt that the word must be given the same meaning in all the Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act, and that what*

*that meaning is has now become definitely settled by decisions of this Court."* See also Stratton's Independence v Howbert (1913), Evans v Gore (1920), Stanton v Baltic Mining (1916), Brushaber v Union Pacific R. Co. (1916), Peck v Lowe (1918), Eisner v Macomber (1920). This ruling is also supported in the rulings that state that the 16th Amendment authorized no new taxing powers and no new subjects came under federal taxing authority.

**EVANS v GORE, 253 US 245 (1920)** states, *"Does the Sixteenth Amendment authorize and support this tax and the attendant diminution; that is to say, does it bring within the taxing powers subjects theretofore excepted? The court below answered in the negative; and counsel for the government say: 'It is not, in view of recent decisions, contended that this amendment rendered anything taxable as income that was not so taxable before'."* If <u>even the government</u> itself stated that the 16th Amendment did not render anything taxable as income that was not taxable before its passage, then you cannot claim now that the 16th Amendment now authorizes a direct tax without apportionment. This would clearly be fraud on your part to make such a claim. Are you still going to make this claim against me and my property (wages, earnings, compensation.)?

**STANTON v BALTIC MINING CO., 240 US 103 (1916)**
Page 4 - *"Not being within the authority of the 16th Amendment, the tax is therefore, within the ruling of Pollack... a direct tax and void for want of compliance with the regulation of apportionment."*
*"...it manifestly disregards the fact that by the previous ruling it was settled that the provisions of the 16th Amendment conferred no new power of taxation.."*

**BRUSHABER v UNION PACIFIC R. CO., 240 US 1 (1916)**
*"...the confusion is not inherent, but rather arises from the conclusion that the 16th Amendment provides for a hitherto unknown power of taxation; that is, a power to levy an income tax which, although direct, should not be subject to the regulation of apportionment applicable to all other direct taxes. And the far-reaching effect of this <u>erroneous</u> assumption...."*

"The revenue laws are a code or system in regulation of tax assessment and collection. **They relate to taxpayers, and not to nontaxpayers. The latter are without their scope.** No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. **With them [nontaxpayers] Congress does not assume to deal,** and they are neither of the subject nor of the object of the revenue laws". [emphasis added] <u>Economy Plumbing and Heating Co. v. United States</u>, 470 F. 2d 585 (1972)



Please add to these assertions the fact that there is no section of the IRC that makes me liable for the income tax. See the index of the IRC under heading of "Liability for tax" wherein are listed 51 different taxes, none of which refer to an "income tax".

In **Leagvel v. Blades,** the Court said:

**"When the tax gatherer puts his finger on the citizen, he must also put his finger on the law authorizing it".**

**United States v. Calamaro, 354 U.S. 351, ruled;**

*"In construing federal revenue statutes, the Supreme Court gives no weight to Treasury regulation which attempts to add to statute something which is not there."*

I have stated my claim of fraud against you on the basis of those US Supreme Court cases. Now I state my charges of fraud against you on the basis that the laws do not authorize you to act against me and take collection actions for a tax that I do not owe. First, you are not authorized to take collection actions against me under subtitle A or C, due to IRC section 7608 that specifically excludes you by title. You are not a criminal investigator and you do not work for the Intelligence Division. Secondly, the index of the IRC contains a heading entitled "Revenue agents or officers - authority of" that specifically designates such authority under Section 7608 and no other section. If you can cite another statute that authorizes you, by title, to act against me, please state so in the AFFIDAVIT OF AUTHORITY that I am enclosing.

The IRS agent or officer must prove authority when challenged pursuant to 31 CFR Pt. 1, Appendix B of Subpart C §2 which states in part ....

*"Individuals are advised that IRS procedures permit the examination of tax records during the course of an investigation, audit or collection activity. Accordingly, individuals should contact the IRS employee conducting an audit or effecting the collection of tax liabilities to gain access to such records, rather than seeking access under provisions of the Privacy Act."*

The decision reached in the case of Bothke v. Fluor Engineers and Constructors, Inc. 713 F.2d 1405 (9th Cir. 1983) states in part,

*"When and if IRS Personnel are notified to irregularities, protests, objections, etc., it is up to the officer or agent to prove authority."* If the IRS officer or agent fails to prove authority when challenged, s/he may be held liable, without immunity, if it later proves that there were in fact, procedural flaws and

6

authority was imposed without the force of law.

The Internal Revenue Service mandate for timely resolution of controversy is articulated in one-stop service policy, **Policy Statement P-6-13, published at § 1.2.1.6.5 of the Internal Revenue Manual:**

> **(1) One-stop service defined: Assistance and information to taxpayers contacting the Service will be sufficiently timely, complete, and accurate to minimize the need for further contact by the customer on the same issue(s).**
> **(2) One-stop service is defined as the resolution of issues during the taxpayer's initial contact or as a direct result of that contact. One-stop service complements and promotes the Service's three key objectives: reduce taxpayer burden, improve voluntary compliance and improve customer satisfaction and quality-driven productivity. Service employees will take the necessary steps to provide one-stop service in all types of contacts initiated by the taxpayer whether the contact is by telephone, correspondence or face-to-face.**

Your personal liability is very clearly stated in GALLEGOS v HAGGERTY. *"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation."* **(Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).**

As you are probably aware, the Internal Revenue Service gets all of its authority from the Treasury Department and has no authority given to it directly by Congress. Thus, any authority given to the IRS is conferred by means of Delegation Orders from the Secretary. You will have to state the Delegation Order number from the Secretary of the Treasury that gives you authority to enforce IRC section 6331 in the Affidavit of Authority. (A Delegation Order from the Director of the Internal Revenue Service for certain agents to "sign" documents is not acceptable.) If you refuse to fill out the affidavit, I will conclude that you are concealing evidence so as not to incriminate yourself. Your refusal could only be construed as "lack of good faith" in a court of law. I can only assume, at this point, that you are acting alone and without the approval of the IRS unless the Commissioner of Internal Revenue Service will state that he authorizes you to take these collection actions against me. You also need to produce a letter from the Secretary of the Treasury authorizing you to do collection actions under subtitle A or C.

You should be aware that the courts have repeatedly ruled that silence is evidence

7

of fraud. *"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932. Due to your failure to respond to my many correspondences and your evasive tactics, there is ample reason to conclude that there may be an element of fraud and extortion involved in your actions and/or that of your agency. Therefore, I cannot tolerate the further harassment to my family and myself and demand that this matter be settled at once.

**37 Am Jur 2d at section 8 states in part, "Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments."**

The requested Affidavit of Authority may be used as evidence in judicial proceedings and should therefore conform to the Federal Rules of Evidence. Please certify it as true and correct under seal and penalty of perjury using Form 2866 (Certificate of Official Record) or by having it signed under penalty of perjury at the bottom of the form. If the requested information in the Affidavit does not exist, please certify that the information does not exist under seal and penalty of perjury using Form 3050 (Certificate of Lack of Record) or other legally binding statement.

I also demand that you produce a copy of your Oath of Office. This will help assure that you are acting lawfully and upholding the laws of the United States. Please have another agent witness the signature.

This is my final attempt to obtain administrative remedy. The remedy that I demand is a letter from you, by certified mail, that I do not owe any amounts claimed previously and that such demands were made in error. Any liens or levies that have been filed against me must be immediately removed and a statement to that effect must be made in writing. If you do not provide me with this final attempt at administrative remedy, I will



be filing a claim for damages in the amount of $200,000.00 against you, personally, and thereafter proceed to collect in US District Court seeking triple damages and costs and possible lawyer fees. One more point of advisement, you have used the U.S. Postal Service in your scheme against me and if you choose to maintain silence, your lack of good faith will be used against you in court and mail fraud will be one of the counts against you. If you decide to provide me with my administrative remedies, I will not proceed further and will consider the matter closed.

## NOTICES OF NON-COMPLIANCE

Notice is hereby given that if you fail to produce a copy of the legislative regulation in Title 26 and the IRC statute that provides authority to you to take collection action against me, your failure to do so shall be construed as prima facie evidence that no such legislative regulation and statute exists and shall create the legal presumption or conclusion that you and/or your agent are acting under "color of law" without authority to do so and shall be construed as attempted extortion.

Notice is hereby given that if you fail to produce the number of the Delegation Order from the Secretary that delegates the agent to take action against me under subtitle A or C, your failure to do so shall be construed as prima facie evidence that no such delegation order exists and shall create the legal presumption or conclusion that the agent is acting without the necessary delegation authorities from the Secretary.

Notice is hereby given that if you and/or an authorized agent fails to fill out the requested Affidavit of Authority and fails to return the requested Affidavit to Donald Louis Hymes by certified mail within 15 working days, your failure to do so shall be construed as prima facie evidence that you and/or your agents are unable or unwilling to swear to or affirm any of the above statements and are attempting to conceal evidence that may incriminate you and/or your agents as acting without the authority of law and "under color of law" and shall create the legal presumption or conclusion that you and/or your agents are engaged in an extortion scheme against Donald Louis Hymes.

Notice is hereby given that if you fail to provide a copy of the Oath of Office, duly taken and on file, for the agent who fills out the Affidavit of Authority requested, your failure to do so shall be construed as prima facie evidence that it does not exist and shall create the legal presumption or conclusion that the agent has not taken his/her Oath of Office and has not filed it according to the requirements of law and that the same mentioned agent is acting without the authority of law and in violation thereof.

Notice is hereby given that if you fail to produce an IRC section number that specifically authorizes the agent by title, who fills out the Affidavit, to act under subtitle A or C, your failure to do so shall be construed as prima facie evidence that no such statutory authority exists and shall create the legal presumption or conclusion that the agent is acting without the necessary statutory authority.

Donald Louis Hymes

Please fill out the following Affidavit and return by certified mail to Donald Louis Hymes within 15 days. You may fill out only those items that you are prepared to swear to or affirm. You may refuse certain items by drawing a line through the items and initialing those items in the margin.

Please be notified that if you refuse to swear to or affirm any of the listed items, relying on your 5th amendment rights of not being compelled to testify against yourself, that such refusal shall be the equivalent of standing mute and the court will be forced to make its determinations based on the sworn testimony and evidence provided by the plaintiff.

# Affidavit of Authority

I am an authorized Internal Revenue Service agent and I hereby swear to, or affirm, the following statements:

1) I understand that Donald Louis Hymes is a citizen of Alaska and the United States and is not engaged in a corporate activity and is not liable for the income tax under the corporate income (excise) tax.

2) Donald Louis Hymes is liable for the individual income tax, that is a direct tax on his property, levied without the Apportionment provision of the US Constitution.

3) IRC section 7608 or section _____ authorizes agents with my title to perform collection actions under subtitle A and C.

4) I certify that I am duly delegated to <u>issue</u> Notices of Lien and Levy by Delegation Order number _____ from the Secretary.

5) My delegation orders from the Secretary to perform collection actions under IRC section 6331 are listed in delegation order number(s) _____.

6) I am authorized to take collection actions against Donald Louis Hymes, under the authority of the 16th Amendment without the constitutional requirements of Apportionment. I understand that Donald Louis Hymes is not operating as a corporate entity and has not received taxable income under the definition of "income" in the 16th Amendment as stated by US

10

under the definition of "income" in the 16th Amendment as stated by US Supreme Court rulings.

7) The Internal Revenue Service has the lawful authority under subtitle A to require Donald Louis Hymes to file 1040s and require them to include their sources of income as if those sources were "income" defined by the US Supreme Court.

8) The Internal Revenue Service has the lawful authority to require Ynm to file form 1040s under penalty of perjury for any and all years in question and this would not violate Donald Louis Hymes's Constitutional protections.

9) I am authorized to make a substitute return for the 1040 form under IRC section 6020 (b).

10) Our lawful authority to impose an individual direct tax without Apportionment, that makes Donald Louis Hymes liable for the individual income tax, is the Internal Revenue Code, section _____, paragraph(s) _____, and regulation number _____, paragraph _____ of the Code of Federal Regulations, Title 26.

11) This affidavit constitutes my written verification that the assessment was lawfully made by the agent(s) named: _____

12) I further certify that the IRS is acting under all lawful and correct collection procedures in the demands made on Donald Louis Hymes by the IRS.

I declare under the penalty of perjury and under the laws of the United States that the foregoing statements are true and correct, except for the statements that I have crossed out and initialed in the margin.

*Signed* _____ *Date:* _____

*Printed Name of Agent* _____

*Agent's Employee Number* _____

*Agent's Title* _____

*Agent's IRS Division Name* _____

*Witness Signature and Printed Name* _____

11

*of the grant. If broader powers be desirable, they must be conferred by Congress. They cannot be merely assumed by administrative officers; nor can they be created by the courts in the proper exercise of their judicial functions,"* 283 U.S., at 649.

*State ex rel McConnell v. First State Bank*, 22 Tenn. App. 577, 124 S.W.2d 726, 733 (1938): Bank insolvency case:

> *"All persons dealing with public officers are bound to take notice of the law prescribing their authority and powers."*

*Continental Casualty Co. v. United States*, 113 F.2d 284 (5th Cir. 1940):

> *"Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority,"* 113 F.2d, at 286.

*Department of Ins. of Indiana v. Church Members Relief Ass'n.*, 217 Ind. 58, 26 N.E.2d 51 (1940):

> *"When the right to do a thing depends upon legislative authority, and the Legislature has failed to authorize it, or has forbidden it, no amount of acquiescence, or consent, or approval of the doing of it by a ministerial officer, can create a right to do the thing which is unauthorized or forbidden,"* 26 N.E.2d, at 52.

*United States v. Hawthorne*, 31 F.Supp. 827, 829 (N.D. Tex. 1940):

> *"A regulation dies with the statute from which it gains its life."*

*Quaker Oats Co. v. Fed. Security Administrator*, 129 F.2d 76, 80 (7th Cir. 1942), reversed on other grounds at 318 U.S. 218, 63 S.Ct. 589 (1943):

> *"We assume there could be no dissent from the proposition that an administrative agency has only such authority in the administration of a Congressional enactment as is expressly conferred, or as may be reasonably implied."*

*Youngblood v. United States*, 141 F.2d 912 (6th Cir. 1944): Action to compel recorder of deeds to file notices according to law as required by their ministerial Office.

> *"[T]he authority of ministerial officers is to be strictly construed as including only such powers as are expressly conferred, or necessarily implied,"* 141 F.2d, at 913.

Sincerely,

Donald Louis Hymes

Dated; 24TH August, 2005

I am a Notary public in the State of Alaska. Donald Louis Hymes has appeared before

me, properly identified and presented me with this 12 page document and 2 copies, the copies to be retained by Donald Louis Hymes as proof of the contents of the original document.

_Monee' Stewart_
Notary

My commission expires: 10-22-07

[Notary Public Seal: MONEE' STEWART, NOTARY PUBLIC, STATE OF ALASKA]

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Small Business/Self Employed Area: 12 | Serial Number | | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) Have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
SUNSHINE TRUST, R.M. HYMES, TRUSTEE as nominee of RITA HYMES

**Residence**
2340 Ravenwood
Fairbanks, Alaska 99709

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12-31-1995 | 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 | 4-9-2001 | 5-8-2011 | $1,790.19 |
| 1040 | 12-31-1996 | 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 | 4-9-2001 | 5-8-2011 | $6,361.72 |
| 1040 | 12-31-1997 | 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 | 4-9-2001 | 5-8-2011 | $1,195.53 |
| 1040 | 12-31-1998 | 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 | 4-9-2001 | 5-8-2011 | $4,348.76 |
| 1040 | 12-31-1999 | 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 | 12-24-2001 | 1-23-2011 | $5,406.03 |

THIS LIEN IS FILED FOR THE PURPOSE OF GIVING PUBLIC NOTICE THAT THE UNITED STATES CLAIMS LIEN RIGHTS AGAINST ALL PROPERTY AND RIGHTS TO PROPERTY BELONGING TO RITA HYMES WHICH MAY BE HELD BY OR UNDER THE NAME OF SUNSHINE TRUST, R.M. HYMES, TRUSTEE, INCLUDING BUT NOT LIMITED TO THAT CERTAIN SINGLE ENGINE FIXED WING AIRCRAFT DESCRIBED AS: 1946 TAYLORCRAFT MODEL BC 12D REGISTRATION NUMBER N95288.

| Place of Filing Fairbanks Recording District 1648 S Cushman St. #201 Fairbanks, Ak 99701 | Total | $19,102.23 |
|---|---|---|

This notice was prepared and signed at Anchorage, Alaska, on this, the 23rd day of August, 2004.

| Signature Michael Walsh, Employee # - 92-81035 | Title Revenue Officer, Phone # - 907-271-6972 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 2 - Taxpayer Copy                Form **668(Y)** (Rev. 10-1999)



Donald Louis Hymes
240 Ravenwood Avenue
Fairbanks, Alaska 99709

Acct # 218303507

MICHAEL WALSH
Revenue Officer
IRS
949 E 36th Avenue
Anchorage, AK 99508

*no reply* (handwritten)

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

7005 0390 00009616 3218

11 October 2005

**CLAIM FOR DAMAGES AND DEMAND FOR PAYMENT**

(Enclosures include Claim for Damages, Demand for Payment, Court Rulings, Notices of Non-Compliances, and Affidavit of Authority to be filled out and returned by certified mail within 15 days. Total of 8 pages.)

Dear Mr. Walsh,

    I have responded many times to all the various and sundry correspondences received through your offices. In the past, these responses have been met with silence or evasion of the issues that I have brought to your attention. In my last letter to you, I presented you with the US Supreme Court rulings on direct taxes without apportionment and the limitation of the authority of the 16th Amendment by the US Supreme Court. I have been willing to cooperate with your agency by determining if you or anyone in your agency had the authority to take collection actions against us, and if these were debts owed. Your actions have been evidence to us that you and/or your agency has been acting under "color of law" and without the authority of law. This constitutes fraud and extortion. We therefore are notifying you of our claim for damages and are

now seeking damages against you, personally.

If the Treasury Department or the Internal Revenue Service wishes to provide us with evidence that you have been acting lawfully, we will be happy to receive and evaluate that evidence. If the Internal Revenue Service wishes to acknowledge that they are aware of your actions outside of your lawful authority and are in approval of those actions, we will accept and evaluate that evidence.

The damages that we demand be paid are in the amount of $200,000.00 and the removal of any illegal levy or illegally issued notice of federal tax lien on our property title. [See IRC 6323 (a) and (f)(1)(a) which states that a notice of lien is not valid unless filed under state laws.] If you or your agency is covered by insurance, we will accept payment from such insurance company.

The damages are for the unlawful issuance of the notice of federal tax lien and/or the failure to certify such notice and provide the return address of the certifier for disputation of the alleged debt owed. Damages are also due because of your failure to provide any authority for the collection actions and threatening letters that have come out of your office and from you, personally. Threats have been made by you and/or your agency to seize our property. These threats are considered as threats to our property ownership, property rights, security, livelihood, safety, and well-being, by myself and my family. Your threats and abuse of your authority are a threat to the "rule of law" itself.

Your agency has encumbered our property title for many years and you have failed to respond to our many correspondences and requests for your authority. You have ignored requests by us to fill out the Affidavit of Authority. You have maintained a silence when you had a duty to speak. You have evaded our questions and our answers. You have failed to provide the necessary credentials to establish your authority to take collection actions against us. We therefore are forced to conclude that you are acting outside of the lawful authority that has been granted to the Treasury Department under the laws of the United States and outside of the lawful delegation of authority from the Treasury Department.

You should be aware that the courts have repeatedly ruled that silence is evidence of fraud. ***"Silence can be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.**

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

We, therefore, make the following demands for action and payment of you or your agency:
1) Establish your authority by filling out the Affidavit of Authority and sign it under penalty of perjury. Have another agent witness your signature. If you have another agent who is authorized to fill it out, we will accept it and will make any further determinations that we deem necessary. Include a copy of the agent's Oath of Office in order to ensure that the agent is lawfully authorized to act on the government's behalf. Or,
2) Pay the $200,000.00 in full and remove the invalid notice of federal tax lien from our property title. We will consider the debt owed by you as paid in full at that point. Forward this Claim for Damages to the Chief, Local Insolvency Unit for your area. Or,
3) Contact us to negotiate and make any explanations for your egregious behavior, threats, and demands.

These are your three options. If you fail to take any action or continue to maintain silence or evade our correspondences, we will file a lawsuit in US District Court. We will seek triple damages as punitive, plus costs and any attorney fees that may be incurred, and seek interest on damage claims in Court. We will also file a criminal complaint against you personally with the Inspector General's office.

*Federal employees may become personally liable for constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which constitutional practices occur or gross negligence in managing subordinates who cause violations.* **(Gallegos v. Haggerty, Northern District of New York, 689 F.Supp. 93)**

I am again enclosing an Affidavit of Authority for you or an agent, in your department or agency, to fill out and sign and return to me within 15 working days by certified letter. This should only take a few minutes to accomplish and would be the first step toward establishing your authority.

The requested Affidavit of Authority may be used as evidence in judicial proceedings and should therefore conform to the Federal Rules of Evidence. Please certify it as true and correct under seal and penalty of perjury using Form 2866 (Certificate of Official Record) or by having it signed under penalty of perjury at the bottom of the form. If the requested information in the Affidavit does not exist, please certify that the information does not exist under seal and penalty of perjury using Form 3050 (Certificate of Lack of Record) or other legally binding statement.

I also demand that you produce a copy of the Oath of Office of the responding agent. This will help assure us that he is acting lawfully and upholding the laws of the United States.

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

# NOTICE OF NON-COMPLIANCE
# CONCERNING DEMAND FOR AFFIDAVIT

Notice is hereby given that if you fail to provide a copy of the Oath of Office, duly taken and on file, for the agent who fills out the Affidavit of Authority requested by us, your failure to do so shall be construed as prima facie evidence that it does not exist and shall create the legal presumption or conclusion that the agent has not taken his/her Oath of Office and has not filed it according to the requirements of law and that the same mentioned agent is acting without the authority of law and in violation thereof.

Notice is hereby given that if you fail to produce a copy of the legislative regulation in Title 26 and the IRC statute that authorizes you to require filing of the 1040 forms, your failure to do so shall be construed as prima facie evidence that no such legislative regulation and statute exists and shall create the legal presumption or conclusion that you and/or your agent are acting under "color of law" without authority to do so and shall be construed as attempted extortion.

Notice is hereby given that if you fail to produce a number of the Delegation Order from the Secretary that delegates the agent to demand 1040 forms to be submitted by persons who are not liable for the tax under subtitle A or C, your failure to do so shall be construed as prima facie evidence that no such delegation order exists and shall create the legal presumption or conclusion that the agent is acting without the necessary delegation authorities from the Secretary.

Notice is hereby given that if you fail to produce a number of the Delegation Order from the Secretary that delegates you to take collection actions under IRC 6331, your failure to do so shall be construed as prima facie evidence that no such delegation order exists and shall create the legal presumption or conclusion that you are acting without the necessary delegation authorities from the Secretary and are engaged in an act of extortion under "color of law".

Notice is hereby given that if you fail to produce an IRC section number that authorizes the agent, by title, who fills out the Affidavit, to act under subtitle A or C, your failure to do so shall be construed as prima facie evidence that no such statutory authority exists and shall create the legal presumption or conclusion that you and/or the agent is acting under subtitle A and C without the necessary statutory authority.

Notice is hereby given that if you and/or an authorized agent fails to fill out the requested Affidavit of Authority and fails to return the requested Affidavit to Donald Louis Hymes by certified mail within 15 working days, your failure to do so shall be construed as prima facie evidence that you and/or your agents are attempting to conceal evidence that may incriminate you and/or your agents as acting without the authority of law and "under color of law" and shall create the legal presumption or conclusion that you and/or your agents are engaged in an extortion scheme against Donald Louis Hymes.

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____



## DEMAND FOR PAYMENT

Payment for damages are due for reasons as stated above, in the amount of $200,000.00 for damages payable to Donald Louis Hymes within 30 days of the date of this DEMAND FOR PAYMENT along with the satisfaction of removal of any invalid notice of lien or levy. [See IRC section 6323 (a) and (f)(1).]

Date: _____1st_____ Oct. 2005

*[signature]*

Donald Louis Hymes


I am a Notary Public in the State of Alaska Donald Louis Hymes has properly identified himself to me and presented an original and two copies of this letter, Court rulings, Affidavit of Authority, Notices of Non-compliance, and Demand for Payment (TOTAL OF 8 PAGES), and is retaining copies of such as proof of the contents of this letter.

*[signature]*

Notary

My Commission expires: __11-17-07__

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

**Please fill out the following Affidavit and return by certified mail to Ynm within 15 days. You may fill out only those items that you are prepared to swear to or affirm. You may refuse certain items by drawing a line through the items and initialing those items in the margin.**

**Please be notified that if you refuse to swear to or affirm any of the listed items, relying on your 5th amendment rights of not being compelled to testify against yourself, that such refusal shall be the equivalent of standing mute and the court will be forced to make its determinations**

based on the sworn testimony and evidence provided by the plaintiff.

## Affidavit of Authority

I am an authorized representative of the Internal Revenue Service.

1) I understand that Donald Louis Hymes is a citizen of A;laska and the United States and is not engaged in a corporate activity and is not liable for the income tax under the corporate income (excise) tax and does not have earnings from foreign sources.

2) Donald Louis Hymes is liable for the individual income tax, that is a direct tax on his property, levied without the Apportionment provision of the US Constitution.

3) IRC section 7608 or section _____ authorizes agents with my title to perform collection actions under subtitle A and C.

4) I certify that I am duly delegated to <u>issue</u> Notices of Lien and Levy by Delegation Order number _____ from the Secretary.

5) My delegation orders from the Secretary to perform collection actions under IRC section 6331 are listed in delegation order number(s) _____.

6) I am authorized to take collection actions against Donald Louis Hymes, under the authority of the 16th Amendment without the constitutional requirements of Apportionment. I understand that Donald Louis Hymes is not operating as a corporate entity and has not received taxable income under the definition of "income" in the 16th Amendment as stated by US Supreme Court rulings.

7) The Internal Revenue Service has the lawful authority under subtitle A to require Donald Louis Hymes to file 1040s and require them to include their sources of income as if those sources were "income" defined by the US Supreme Court.

8) The Internal Revenue Service has the lawful authority to require

[Sidebar note: You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies. Initial: _____]

