Donald Louis Hymes to file form 1040s under penalty of perjury for any and all years in question and this would not violate Donald Louis Hymes's Constitutional protections.

9) Our lawful authority to impose an individual direct tax without Apportionment, that makes Donald Louis Hymes liable for the individual income tax, is the Internal Revenue Code, section _____, paragraph(s) _____, and regulation number _____, paragraph _____ of the Code of Federal Regulations, Title 26.

10) I further certify that the IRS is acting under all lawful and correct collection procedures.

I declare under the penalty of perjury and under the laws of the United States that the foregoing is true and correct, except for items that I have crossed out and initialed.

*Signed* _____ *Date:* _____

*Printed Name of Agent* _____

*Agent's Employee Number* _____

*Agent's Title* _____

*Agent's IRS Division Name* _____

*Witness Signature and Printed Name* _____

**Notice of non-compliance follows:**

**Notice is hereby given that if you fail to produce this affidavit, signed by an authorized agent, your failure to do so shall be construed as prima facie evidence that there is no agent in your department or agency who is authorized to take collection actions under IRC section 6331, or subtitle A or C, or under Title 26 and shall create the legal presumption or conclusion that you have been taking illegal collection actions against Donald Louis Hymes, while acting "under color of law" and are engaged in an extortion and fraud scheme against Donald Louis Hymes.**

**Important footnotes follow;**

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

In **Federal Crop Insurance v. Merrill**, 332 U.S. 380, the Supreme Court ruled: "Whatever the form in which the government functions, anyone entering into an arrangement with the government takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority." Also see Utah Power & Light Co. v. United States, 243 U.S. 389; United States v. Stewart, 311 U.S. 60; and generally, in re Floyd Acceptances, 7 Wall. 666.

*Federal Trade Commission v. Raladam Co.*, 283 U.S. 643, 51 S.Ct. 587 (1931):
> "Official powers cannot be extended beyond the terms and necessary implications of the grant. If broader powers be desirable, they must be conferred by Congress. They cannot be merely assumed by administrative officers; nor can they be created by the courts in the proper exercise of their judicial functions," 283 U.S., at 649.

*State ex rel McConnell v. First State Bank*, 22 Tenn. App. 577, 124 S.W.2d 726, 733 (1938):
> "All persons dealing with public officers are bound to take notice of the law prescribing their authority and powers."

*Continental Casualty Co. v. United States*, 113 F.2d 284 (5th Cir. 1940):
> "Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority," 113 F.2d, at 286.

*Quaker Oats Co. v. Fed. Security Administrator*, 129 F.2d 76, 80 (7th Cir. 1942), reversed on other grounds at 318 U.S. 218, 63 S.Ct. 589 (1943):
> "We assume there could be no dissent from the proposition that an administrative agency has only such authority in the administration of a Congressional enactment as is expressly conferred, or as may be reasonably implied."

*Youngblood v. United States*, 141 F.2d 912 (6th Cir. 1944):
> "[T]he authority of ministerial officers is to be strictly construed as including only such powers as are expressly conferred, or necessarily implied," 141 F.2d, at 913.

See also *United States v. Watashe*, 102 F.2d 428, 431 (10th Cir. 1939).

*Stark v. Wickard*, 321 U.S. 288, 64 S.Ct. 559 (1944):
> "When Congress passes an Act empowering administrative agencies to carry on governmental activities, the power of those agencies is circumscribed by the authority granted.... The responsibility of determining the limits of statutory grants of authority in such instances is a judicial function entrusted to the courts," 321 U.S., at 309-10.

See also *Garvey v. Freeman*, 397 F.2d 600, 605 (10th Cir. 1968).



You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

22

To:

Michael Walsh
Internal Revenue Service
949 E 36th Avenue
Anchorage, Alaska 99508

From:

Donald Louis Hymes

 2349 Ravenwood Avenue

Fairbanks, Alaska 99709

907-479-6922

Date: June 24 2005

Dear Michael Walsh

      The purpose of this letter is to establish the facts at issue in the controversy that has arisen between us. Due to the fact that I have not received my administrative remedy as I have requested in my last letter, I have no alternative but to take this controversy before the U.S. District Court. In order that each of us have the facts before entering the judicial arena, I am, therefore, stating the facts that I am willing to swear to in court. This is your opportunity to rebut the facts as I have enumerated them below. Please carefully review each statement of fact, and if you disagree with that fact, state the reasons for your disagreement, along with your rebuttal. List each of your rebuttals, numbering them according to the number as listed below. If you do not contest any fact listed below, please state so or I will be forced to conclude that you do not disagree with such fact.

      It is important for you to realize that if you refuse to respond to these facts, the U.S. Supreme Court has ruled:

***"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."*** U.S. v. **Tweel**, 550 F.2d 297, 299. See also U.S. v. **Prudden**, 424 F.2d 1021, 1032; **Carmine v. Bowen**, 64 A. 932.

## STATEMENT OF FACTS

1)  Donald Louis Hymes, is a natural person and is not and has not been acting in

    a corporate capacity, nor has Donald Louis Hymes obtained or acted under a

corporate privilege. Donald Louis Hymes is not and has not been subject, in his individual and personal capacities, to the tax, commonly known as the "corporate income tax" and ruled to be a corporate excise tax by the United States Supreme Court.

2) The corporate income tax is imposed as an excise tax (indirect tax) and is imposed on the privilege of incorporation and only measured by the size of the "income".

STRATTON'S INDEPENDENCE, LTD. v HOWBERT, 231 US 399 (1913):

*"As has been repeatedly remarked, the corporation tax act of 1909 was not intended to be and is not, in any proper sense, an income tax law. This court had decided in the Pollock Case that the income tax law of 1894 amounted in effect to a direct tax upon property, and was invalid because not apportioned according to populations, as prescribed by the Constitution. The act of 1909 avoided this difficulty by imposing not an income tax, but an excise tax upon the conduct of business in a corporate capacity, measuring, however, the amount of tax by the income of the corporation, with certain qualifications prescribed by the act itself."*

*"Moreover, the section imposes ' a special excise tax with respect to the carrying on or doing business by such corporation,' etc..."*

3) The individual income tax imposed on a natural person is a direct tax imposed on the "income" of a non-corporate individual and is, therefore, different in character from the corporate income tax and also subject to the rule of "apportionment".

STANTON v BALTIC MINING CO., 240 US 103 (1916):

*Page 4 - "Not being within the authority of the 16th Amendment, the tax is therefore, within the ruling of Pollack... a direct tax and void for want of compliance with the regulation of apportionment."*

4) The Constitution of the United States, in Article 1, Section 2, states, "Representatives and direct taxes shall be apportioned among the several states which may be included within this Union, according to their respective

24

numbers, which shall be determined by adding to the whole number of free persons..." This provision of the Constitution is in full force and effect. In **MIRANDA vs. ARIZONA, 384 US 436, at 491 (1966)**, the U.S. Supreme Court ruled, ***"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."***

5) The Constitution of the United States, in Article 1, Section 9, states, "No capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken."

6) The United States taxing authority is limited to the rule of apportionment in the matters of direct taxes and capitation taxes.

**POLLACK v FARMERS' LOAN & TRUST CO., 157 US 429 (1895):**

***"...that such tax is a direct tax, and void because imposed without regard to the rule of apportionment; and that by reason thereof the whole law is invalidated."***

***"That the law is invalid, because imposing indirect taxes in violation of the constitutional requirement of uniformity, and therein also in violation of the implied limitation upon taxation that all tax laws must apply equally, impartially, and uniformly to all similarly situated."***

7) A direct tax is a tax on a natural person's property or being.

**STANTON v BALTIC MINING CO., 240 US 103 (1916):**

Regarding a direct tax being void: ***"Not being within the authority of the 16th Amendment, the tax is therefore, within the ruling of Pollack... a direct tax and void for want of compliance with the regulation of apportionment."***

8) An indirect tax is an excise tax on activities as ruled by the U.S. Supreme Court:

**FLINT v STONE TRACY, 220 US 107 (1911):**

25

Regarding the definition of excise taxes: *"Excises are 'taxes laid upon the manufacture, sale, or consumption of <u>commodities</u> within the country, upon <u>licenses</u> to pursue certain occupations, and upon <u>corporate privileges</u>."*

The compensation that Donald Louis Hymes received does not fall under any of these three activities, as defined by the Supreme Court, therefore, leaving such compensation under the category of direct taxes.

9) All direct taxes must be applied under the rule of "apportionment" provision of the Constitution, as being a tax evenly imposed on every citizen or adult citizen.

10) The Internal Revenue Service claims that the 16th Amendment to the United States Constitution has authorized an individual income tax on a natural person's wages, salary, and compensation without the rule of apportionment. This claim is false as ruled by the Supreme Court in many rulings:

STANTON v BALTIC MINING CO., 240 US 103 (1916):

Regarding the lack of any new taxing powers: *"...it manifestly disregards the fact that by the previous ruling it was settled that the provisions of the 16th Amendment conferred no new power of taxation.."*

BRUSHABER v UNION PACIFIC R. CO., 240 US 1 (1916):

Regarding the erroneous assumption that there was a new power of taxation: *"...the confusion is not inherent, but rather arises from the conclusion that the 16th Amendment provides for a hitherto unknown power of taxation; that is, a power to levy an income tax which, although direct, should not be subject to the regulation of apportionment applicable to all other direct taxes. And the far-reaching effect of this erroneous assumption...."*

EVANS v GORE, 253 US 245 (1920):

*"Does the Sixteenth Amendment authorize and support this tax and the*

$2\mathcal{4}$

*attendant diminution; that is to say, does it bring within the taxing powers subjects theretofore excepted? The court below answered in the negative; and counsel for the government say: 'It is not, in view of recent decisions, contended that this amendment rendered anything taxable as income that was not so taxable before'."*

PECK v LOWE, 247 US 165 (1918):

Regarding the ruling on the 16th Amendment and its limitations as to new subjects: *"As pointed out in recent decisions, it does not extend the taxing power to new or excepted subjects…"*

EISNER v MACOMBER, 252 US 189 (1920):

Regarding the necessity of maintaining the effect of the original Constitution: *"The 16th Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the amendment was adopted."*

11)    Donald Louis Hymes has not received "income" as defined by the U.S. Supreme Court. The definition of "income" as stated in the U.S. Supreme Court rulings below, and as applied to the 16th Amendment, is a corporate profit. This is the only legal definition that can be used in court, since it is superior to all other definitions, and the U.S. Supreme Court has ruled that Congress may not define the word "income".

Bowers v. Kerbaugh-Empire, 271 U.S. 170 (1926):

Regarding the definition of "income" before and after the passage of the 16th Amendment: *"Income has been taken to mean the same thing as used in the Corporation Excise Tax Act of 1909, in the 16th Amendment, and in the various revenue acts subsequently passed."*

The privilege of incorporating is subject to taxation as an excise tax measured

27

by the size of the income of persons taking advantage of the incorporation privilege.

*"Income is necessarily the product of the joint efforts of the state and the recipient of the income, the state furnishing the protection necessary to enable the recipient to produce, receive, and enjoy it, and a tax thereon in the last analysis is simply a portion cut from the income and appropriated by the state as its share..." Sims v. Ahrens et al., 271 SW Reporter at 730.*

MERCHANTS' LOAN & TRUST CO. v SMIETANKA, 255 US 509 (1921):

Regarding the corporate excise tax: *"The Corporation Excise Tax Act of August 5, 1909, was not an income tax law, but a definition of the word 'income' was so necessary in its administration..."*

Regarding the meaning of "income" and consistent rulings of the Court on such definition: *"It is obvious that these decisions in principle rule the case at bar if the word 'income' has the same meaning in the Income Tax Act of 1913 that it had in the Corporation Excise Tax Act of 1909, and that it has the same scope of meaning was in effect decided in Southern Pacific v Lowe..., where it was assumed for the purpose of decision that there was no difference in its meaning as used in the act of 1909 and in the Income Tax Act of 1913. There can be no doubt that the word must be given the same meaning and content in the Income Tax Acts of 1916 and 1917 that it had in the act of 1913. When we add to this, Eisner v Macomber...the definition of 'income' which was applied was adopted from Stratton's Independence v Howbert, supra, arising under the Corporation Excise Tax Act of 1909... there would seem to be no room to doubt that the word must be given the same meaning in all the Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act, and that what that meaning is has now become definitely settled by decisions of this Court."*

Southern Pacific Co. v. Lowe, 247 U.S. 330 (1918):

28

Regarding the definition of "income": *"We must reject in this case, as we have rejected in cases arising under the Corporation Excise Tax Act of 1909, the broad contention submitted on behalf of the government that all receipts, everything that comes in, are income within the proper definition of the term 'gross income'. Certainly the term 'income' has no broader meaning in the Income Tax Act of 1913 than in that of 1909, and for the present purpose we assume there is no difference in its meaning as used in the two acts."*

12) In **U.S. v. Ballard, 535 F2d 400, 404,** *"The general term 'income' is not defined in the Internal Revenue Code."*

13) Our system of taxation is based upon *__voluntary__* assessment **and** payment.

**FLORA vs. US, 362 US 145 (1960):** *"Our system of taxation is based upon voluntary assessment and payment, not upon distraint."*

14) The Internal Revenue Service is not a governmental entity established by an act of Congress. Such a claim that the Internal Revenue Service is a governmental agency stands in contradiction to prior statements by the DOJ in the **DIVERSIFIED METAL PRODUCTS, v INTERNAL REVENUE SERVICE et al.** case. Such claim would also stands in contradiction to **CHRYSLER v BROWN, 441 US 281.** (Note: The IRS does not have a postage privilege that government bodies have.)

15) IRC regulations do not authorize a substitute return for the 1040 form, under 6020 (b). There is no substitute return and no return authorized for Donald Louis Hymes other than the returns that have been submitted by them.

16) There is no assessment against Donald Louis without a return on which to base an assessment. Michael Walsh has never presented a verified assessment to Donald Louis Hymes. Michael Walsh is unable to obtain a copy of a verified assessment on Donald Louis Hymes, which must be perfected on the form

*29*

Donald Louis Hymes. Susan Meredith is unable to obtain a copy of a verified assessment on Donald Louis Hymes, which must be perfected on the form 23C, as required by law.

*Internal Revenue Manual 3(17)(63)(14).1: (2) All tax assessments must be recorded on Form 23C Assessment Certificate. The Assessment Certificate must be signed by the Assessment Officer and dated. <u>The Assessment Certificate is the legal document that permits collection activity...</u>*

**BREWER v. U.S., Cite as 764 F.Supp. 309 (S.D.N.Y. 1991)**
*"...However, there is no indication in the record before us that the "Summary Report of Assessments", known as Form 23C, was completed and signed by the assessment officer as required by 26 CFR § 301.6203-1.3 Nor do the Certificates of Assessments and Payments contain 23C dates which would allow us to conclude that a Form 23C form was signed on that date. See United States v. Dixon, 672 F. Supp. 503, 505-506 (M.D.Ala.1987). Thus we find that the plaintiff has raised a factual question concerning whether IRS procedures were followed in making the assessments..."*
*"This regulation provides, in relevant part, that "[t]he assessment shall be made by an assessment officer signing the summary record of assessment..."*
**COMMISSIONER v. SHAPIRO, 424 U.S. 614 (1976):**

*"Normally, the Internal Revenue Service may not "assess" a tax or collect it, by levying on or otherwise seizing a taxpayer's assets, until the taxpayer has had an opportunity to exhaust his administrative remedies..."*

17) The U.S. Supreme Court has ruled that a "taking" may not be done prior to a judgment and hearing.

**SNIADACH v. FAMILY FINANCE CORP., 395 U.S. 337 (1969):** *"Held: Wisconsin's prejudgment garnishment of wages procedure, with its obvious taking of property without notice and prior hearing, violates the fundamental principles of procedural due process. Pp. 339-342."*

18) There is no deficiency unless an assessment shows a deficiency. There is no deficiency against Donald Louis Hymes.

19) A Notice of Deficiency, without an actual deficiency, is fraud. If such fraudulent Notice is sent through the U.S. Mail, that would constitute mail fraud.

3∂

*precedent to the demand. Merely demanding payment, even repeatedly, does not cause liability".*

**Boathe v. Terry, 713 F. 2d 1405, at 1414 (1983).**

21) There is no levy perfected against Donald Louis Hymes, since a levy must be perfected on form 668-B, and there is no 668-B on Donald Louis Hymes in existence.

*"Under the 1939 Code, effective with respect to distraint and seizure and sale actions prior to January 1, 1955, levy or distraint on personal or real property in the possession of a taxpayer was authorized by a signed Warrant for Distraint, Form 69, which commanded the collection officer to take the necessary distraint action. Under the 1954 Code, effective with respect to all collection actions after December 31, 1954, the levy and distraint action will be authorized by a new form, Levy, Form 668-B, January 1955. This form (668-B, not 668-W, notice of levy), properly executed, directs the collection officer to levy upon, and to sell so much of the property and rights to property, either real or personal, of the taxpayer liable, as may be necessary to satisfy the taxes enumerated in the levy. The Form will not require any accompanying documents, since the Form, properly prepared, will contain all information necessary to meet the statutory requirements (emphasis added)." Henderson v. Internal Revenue Service, Kleinrock's Tax Court Reported, 1994-486, S.D. Indiana, Case # IP 93-1699-C, Filed May 31, 1994.*
*"A 'Levy' requires that property be brought into legal custody through seizure, actual or constructive, and is absolute appropriation in law of property levied on, and MERE NOTICE OF INTENT TO LEVY IS INSUFFICIENT" (Emphasis added). United States v. O'Dell, 160 F. 2d 304, 307 (6th Circuit 1947).*

22) The Secretary of the U.S. Treasury or his delegate has not authorized collections actions against Donald Louis Hymes as required by IRC section 7401.

23) Michael Walsh does not have delegation orders from the U.S. Treasury Secretary to take collection actions under subtitle A or subtitle C.

24) The U.S. Attorney General, or his delegate, has not authorized collections actions against Donald Louis Hymes as required by IRC section 7401.

25) Michael Walsh does not have authorization from the U.S. Attorney General to commence collection actions against Donald Louis Hymes.

31

*precedent to the demand.  Merely demanding payment, even repeatedly, does not cause liability".*

**Boathe v. Terry, 713 F. 2d 1405, at 1414 (1983).**

21) There is no levy perfected against Donald Louis Hymes, since a levy must be perfected on form 668-B, and there is no 668-B on Donald Louis Hymes in existence.

*"Under the 1939 Code, effective with respect to distraint and seizure and sale actions prior to January 1, 1955, levy or distraint on personal or real property in the possession of a taxpayer was authorized by a signed Warrant for Distraint, Form 69, which commanded the collection officer to take the necessary distraint action. Under the 1954 Code, effective with respect to all collection actions after December 31, 1954, the levy and distraint action will be authorized by a new form, Levy, Form 668-B, January 1955. This form (668-B, not 668-W, notice of levy), properly executed, directs the collection officer to levy upon, and to sell so much of the property and rights to property, either real or personal, of the taxpayer liable, as may be necessary to satisfy the taxes enumerated in the levy. The Form will not require any accompanying documents, since the Form, properly prepared, will contain all information necessary to meet the statutory requirements (emphasis added)."* Henderson v. Internal Revenue Service, Kleinrock's Tax Court Reported, 1994-486, S.D. Indiana, Case # IP 93-1699-C, Filed May 31, 1994.
*"A 'Levy' requires that property be brought into legal custody through seizure, actual or constructive, and is absolute appropriation in law of property levied on, and MERE NOTICE OF INTENT TO LEVY IS INSUFFICIENT"* (Emphasis added). United States v. O'Dell, 160 F. 2d 304, 307 (6th Circuit 1947).

22) The Secretary of the U.S. Treasury or his delegate has not authorized collections actions against Donald Louis Hymes as required by IRC section 7401.

23) Susan Meredith does not have delegation orders from the U.S. Treasury Secretary to take collection actions under subtitle A or subtitle C.

24) The U.S. Attorney General, or his delegate, has not authorized collections actions against Donald Louis Hymes as required by IRC section 7401.

25) Susan Meredith does not have authorization from the U.S. Attorney General to commence collection actions against Donald Louis Hymes.

26) Michael Walsh pocketbook commissions is a non-enforcement pocket commission as designated by the "A".

27) IRC section 7608 is the only code section specifying the authority of various Internal Revenue agents by title. It specifically excludes Michael Walsh from all actions under subtitle A and C. It only authorizes Michael Walsh's activities under subtitle E.

28) Michael Walsh has failed to respond to more than 60 Freedom of Information Act requests submitted by Donald Louis Hymes.

29) Michael Walsh has failed to provide any an all source documents on which he has claimed to have based her actions against Donald Louis Hymes.

30) Michael Walsh is charged with knowledge of the law.

The legal dictionary states, *"Constructive knowledge - knowledge that the law attributes to a person regardless of whether that person has actual knowledge of the matter, usually because the circumstances are such that a failure to know a fact is regarded as inexcusable."*

31) Michael Walsh does not have knowledge of the Internal Revenue Manual. Therefore, Michael Walsh is not qualified as a competent IRS agent and should be removed from Office immediately.

**Quotes from Internal Revenue Manual:**

*"Before any seizure action is considered, the assessment will be fully explained and verified with the taxpayer. Also, any adjustments will be fully explained, and the taxpayer will be informed of his/her rights."*

32) Michael Walsh is violating the Oath Of Office he has taken.

33) The remedy for an unlawful encumbrance of property or unlawful seizure of property, lies in the 14th Amendment and is done under **42 U.S.C. § 1983** *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other*

23

*person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."*

## NOTICE

If you fail to respond within 15 days, I will be forced to conclude that you have been acting against me without authority of law, and without the authorizations by the U.S. Secretary of the Treasury and the U.S. Attorney General. I will, thereafter, commence a lawsuit against you for fraud, extortion, and mail fraud in U.S. District Court if you ever attempt to harass me or my family again. Your actions have caused me very much mental and emotional hardship, along with expenses and losses suffered by your unauthorized actions.

*"When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity."* **Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991).**

*"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation."* **(Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).**

Further, if you do not rebut my assertions of fact, I will be forced to conclude that you

have violated IRC section 7214:

*"IRC 7214 (a) unlawful acts of revenue officers or agents. Any officer or employee of the United States acting in connection with any revenue law of the United States -*
*(1) who is guilty of any extortion or willful oppression under color of law, or*
*(2) who knowingly demands other or greater sums than authorized by law...*
*(3) who with intent to defeat the application of any provision of this title fails to perform any of the duties of his office or employment,...*
*(7) who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return or statement, ...shall be dismissed from office or*

24

*discharged from employment..."*

Awaiting your response and/or rebuttals.

Sincerely,

Donald Louis Hymes

Notary Statement: The above signed, Donald Louis Hymes has appeared before me and properly identified himself. The above signed has presented an original and two copies of the above and will be retaining the copies as proof of the contents of the original.

Dated this: 24 day of June ,2005

Notary

My Commission Expires:_____12 13-07.



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

**OCT 1 8 2004**

Rita MariNa Hymes
2340 Ravenswood Avenue
Fairbanks, AK 99709                    Re: FOIA request F-91-2005-00075

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated
September 11, 2004, received in our office October 7, 2004.

Michael Walsh is not required to have a security bond as a requirement of his
employment. Therefore, there are no documents responsive to item 1 of your request.

Enclosed is a copy of the Oath of Office of Michael Walsh consisting of one page.
There are no redactions to this document.

Written inquiries should be sent to IRS, Seattle Disclosure Office, 915 Second Avenue,
Mail Stop W625, Seattle, WA., 98174, or if you have any questions, please contact
Disclosure Specialist, A. Gilmore, employee number 91-06568, of the Seattle
Disclosure Office at (206) 220-5678.

                    Sincerely,

                    A. Gilmore
                    Susan J. Hernandez
                    Acting Disclosure Officer, Seattle

Enclosure:  Oath of Office
            Notice 393

1

STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61–107

OMB APPROVAL NO. 50–R0118

# APPOINTMENT AFFIDAVITS

_Revenue Officer_
(Position to which appointed)

_7-19-82_
(Date of appointment)

_Internal Revenue Service_     _Collections_     _Juneau, AK_
(Department or agency)     (Bureau or division)     (Place of employment)

I, _Michael Walsh_ , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this ___ day of _____ A.D. 19__,

at _____
(City)

_____
(State)

[SEAL]

_____
(Signature of officer)

Commission expires_____
(If by a Notary Public, the date of expiration
of his Commission should be shown)

_____
(Title)

NOTE—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God"
in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects
to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee
elects to affirm the affidavits.

✩U.S. GOVERNMENT PRINTING OFFICE: 1976-261-647/3589

## FREEDOM OF INFORMATION ACT REQUEST

*NO reply*

Donald Louis Hymes
c/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709
Acct.: 218303597

*7002 0460 0000 4281 66*

Department of Treasury
IRS
FOIA Disclosure Officer]P.O.Box
P.O.Box 101500
Anchorage, Alaska 99510

Dear Disclosure Officer

This is a request under the Freedom of Information Act 5 USC 552, or regulations thereunder. This request is not an interrogatory. There are no questions asked in this request. Should you decide that thus request has been sent to the wrong office, please make certain that you forward this request to the proper office and notify me of same.
This s my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

BACKGROUND for requests. Someone form the Internal Revenue Service sent me a NOTICE OF FEDERAL TAX LIEN (attached and marked as Exhibit A) and I cannot read the name. The Notice of LIEN was signed 'FOR'     .
If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving my inspection of the requested records.
I am attesting under penalty of perjury that I am a category E requester.
PLEASE EXPEDITE THIS REQUEST.

1.  Please send me a copy of the documentation that shows the above employee's position with the Internal Revenue Service.
2.  Please send me a copy of the documentation which shows the GS level of the individual who signed "FOR" Mike Walsh on the aforementioned NOTICE OF LIEN.
3.  Please send me a copy of the above referenced individual's job description and appointment letter.
4.  Please send me a copy of the letter of authority for the individual who signed FOR Mike Walsh on the above mentioned Exhibit A.
5.  Please send me a copy of the delegation of authority order for the above named individual up to and including the District Director with a copy of the appointment le6tter.
6.  Please send me a copy of all documents that disclose the identification number of the audit group and branch manager's name and title to which the requester's case was assigned.

Upon renaming, renumbering or redesigning records infra, consider this request as seeking those records as identified with my name your reply must be specific, not broad in form.

Donald Louis Hymes, Requester

*Donald Louis Hymes*

*1/14/03*

38

**NOTICE AND DEMAND**

Donald Louis Hymes                                      Notice Month: October 2003
c/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709

11/13/2003                                 Certified mail: 7002 0460 0000 4281 6619

MIKE WALSH
IRS
949 E 36th Avenue, RM 114
MS A202
Anchorage, AK 99508

Re: NOTICE OF FEDERAL TAX LIEN, Serial Number 140709103 for Real Property using
Form 668(Y)(c) filed in Fairbanks, Alaska on October 27th, 2003 in the amount of 3,628.57.

MIKE WALSH,

   On October 27th, 2003 you filed a "NOTICE OF FEDERAL TAX LIEN" (at least I believe it
was filed by you, the signature 'for MIKE WALSH' is unreadable) in Fairbanks, Alaska against
the real property of DONALD L. HYMES.  I wish to bring to your attention that this "NOTICE"
is deficient as a matter of law under the provisions of the Federal Lien Registration Act and Alaska
Law, which require that such notice be 'Certified' by the Secretary of the Treasury of the United
States or his delegate, or by any official or entity of the United States responsible for filing or
certifying of said "NOTICE".
Please refer to 28 USC, Section 1746, to determine which unsworn certification you must have on
this "NOTICE OF FEDERAL TAX LIEN" in your particular case.  You may also wish to refer to
Title 26 USC, Section 7514 for information about the "Seal" which must be affixed in lieu of the
Seal of the Treasury Department to any certificates of attestation.
As you are aware, the Uniform Commercial Code and Title 26, Code of Federal Regulations,
provide the procedures you must follow in order to properly allege and verify a "debt" upon which
a lien can be assessed.  You have failed to adhere to the requirements of the United Stats Code, the
Code of Federal Regulations, Alaska Statutes, and the Uniform Commercial Code in attempting to
file the referenced "NOTICE OF FEDERAL TAX LIEN", and should you choose not to correct
the deficiencies or refute this NOTICE within ten (10) days of your receipt of this notice, the
attached 'NOTICE OF REVOCATION" (Exhibit A) shall be filed in accordance with the Federal
Lien Registration Act.
   Further: The referenced form 12153 was NOT 'enclosed' as stated in letter 3172.

Sincerely,
Donald Louis Hymes


cc: Taxpayer Advocate, District Director,  Secretary of Treasury

Donald Louis Hymes                          Notice Month: October 2003
c/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709


11/13/2003                          Certified mail: 7002 0460 0000 4281 6619

MIKE WALSH
IRS
949 E 36th Avenue, RM 114
MS A202
Anchorage, AK 99508

Regarding: NOTICE OF FEDERAL TAX LIEN, Serial Number 140709103 for Real
Property using Form 668(Y)(c) filed in Fairbanks, Alaska on October 27th, 2003 in the
amount of 3,628.57.

MIKE WALSH,

On October 27th, 2003 you filed a "NOTICE OF FEDERAL TAX LIEN" (at least I
believe it was filed by you, the signature 'for MIKE WALSH' is unreadable) in Fairbanks,
Alaska against the real property of DONALD L. HYMES. I wish to bring to your
attention that this "NOTICE" is deficient as a matter of law under the provisions of the
Federal Lien Registration Act and Alaska Law, which require that such notice be
'Certified' by the Secretary of the Treasury of the United States or his delegate, or by any
official or entity of the United States responsible for filing or certifying of said "NOTICE".
Please refer to 28 USC, Section 1746, to determine which unsworn certification you must
have on this "NOTICE OF FEDERAL TAX LIEN" in your particular case. You may also
wish to refer to Title 26 USC, Section 7514 for information about the "Seal" which must
be affixed in lieu of the Seal of the Treasury Department to any certificates of attestation.
As you are aware, the Uniform Commercial Code and Title 26, Code of Federal
Regulations, provide the procedures you must follow in order to properly allege and verify
a "debt" upon which a lien can be assessed. You have failed to adhere to the requirements
of the United Stats Code, the Code of Federal Regulations, Alaska Statutes, and the
Uniform Commercial Code in attempting to file the referenced "NOTICE OF FEDERAL
TAX LIEN", and should you choose not to correct the deficiencies or refute this NOTICE
within ten (10) days of your receipt of this notice, the attached 'NOTICE OF
REVOCATION" (Exhibit A) shall be filed in accordance with the Federal Lien
Registration Act.
Further: The referenced form 12153 was NOT 'enclosed' as stated in letter 3172.
Sincerely,
Donald Louis Hymes

cc: Taxpayer Advocate, District Director, Secretary of Treasury



Donald Louis Hymes                          Notice Month: October 2003
c/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709


11/13/2003                        Certified mail: 7002 0460 0000 4281 6619

MIKE WALSH
IRS
949 E 36th Avenue, RM 114
MS A202
Anchorage, AK 99508

Regarding: NOTICE OF FEDERAL TAX LIEN, Serial Number 140709103 for Real
Property using Form 668(Y)(c) filed in Fairbanks, Alaska on October 27th, 2003 in the
amount of 3,628.57.

MIKE WALSH,

On October 27th, 2003 you filed a "NOTICE OF FEDERAL TAX LIEN" (at least I
believe it was filed by you, the signature 'for MIKE WALSH' is unreadable) in Fairbanks,
Alaska against the real property of DONALD L. HYMES. I wish to bring to your
attention that this "NOTICE" is deficient as a matter of law under the provisions of the
Federal Lien Registration Act and Alaska Law, which require that such notice be
'Certified' by the Secretary of the Treasury of the United States or his delegate, or by any
official or entity of the United States responsible for filing or certifying of said "NOTICE".
Please refer to 28 USC, Section 1746, to determine which unsworn certification you must
have on this "NOTICE OF FEDERAL TAX LIEN" in your particular case. You may also
wish to refer to Title 26 USC, Section 7514 for information about the "Seal" which must
be affixed in lieu of the Seal of the Treasury Department to any certificates of attestation.
As you are aware, the Uniform Commercial Code and Title 26, Code of Federal
Regulations, provide the procedures you must follow in order to properly allege and verify
a "debt" upon which a lien can be assessed. You have failed to adhere to the requirements
of the United Stats Code, the Code of Federal Regulations, Alaska Statutes, and the
Uniform Commercial Code in attempting to file the referenced "NOTICE OF FEDERAL
TAX LIEN", and should you choose not to correct the deficiencies or refute this NOTICE
within ten (10) days of your receipt of this notice, the attached 'NOTICE OF
REVOCATION" (Exhibit A) shall be filed in accordance with the Federal Lien
Registration Act.
Further: The referenced form 12153 was NOT 'enclosed' as stated in letter 3172.
Sincerely,
Donald Louis Hymes

cc: Taxpayer Advocate, District Director, Secretary of Treasury

Donald Louis Hymes
c/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709

Notice Month: October 2003

11/13/2003

Certified mail: 7002 0460 0000 4281 6619

MIKE WALSH
IRS
949 E 36th Avenue, RM 114
MS A202
Anchorage, AK 99508

Regarding: NOTICE OF FEDERAL TAX LIEN, Serial Number 140709103 for Real
Property using Form 668(Y)(c) filed in Fairbanks, Alaska on October 27th, 2003 in the
amount of 3,628.57.

MIKE WALSH,

On October 27th, 2003 you filed a "NOTICE OF FEDERAL TAX LIEN" (at least I
believe it was filed by you, the signature 'for MIKE WALSH' is unreadable) in Fairbanks,
Alaska against the real property of DONALD L. HYMES. I wish to bring to your
attention that this "NOTICE" is deficient as a matter of law under the provisions of the
Federal Lien Registration Act and Alaska Law, which require that such notice be
'Certified' by the Secretary of the Treasury of the United States or his delegate, or by any
official or entity of the United States responsible for filing or certifying of said "NOTICE".
Please refer to 28 USC, Section 1746, to determine which unsworn certification you must
have on this "NOTICE OF FEDERAL TAX LIEN" in your particular case. You may also
wish to refer to Title 26 USC, Section 7514 for information about the "Seal" which must
be affixed in lieu of the Seal of the Treasury Department to any certificates of attestation.
As you are aware, the Uniform Commercial Code and Title 26, Code of Federal
Regulations, provide the procedures you must follow in order to properly allege and verify
a "debt" upon which a lien can be assessed. You have failed to adhere to the requirements
of the United Stats Code, the Code of Federal Regulations, Alaska Statutes, and the
Uniform Commercial Code in attempting to file the referenced "NOTICE OF FEDERAL
TAX LIEN", and should you choose not to correct the deficiencies or refute this NOTICE
within ten (10) days of your receipt of this notice, the attached 'NOTICE OF
REVOCATION" (Exhibit A) shall be filed in accordance with the Federal Lien
Registration Act.
Further: The referenced form 12153 was NOT 'enclosed' as stated in letter 3172.
Sincerely,
Donald Louis Hymes

cc: Taxpayer Advocate, District Director, Secretary of Treasury

## NOTICE OF REVOCATION FOR
## NOTICE OF FEDERAL TAX LIEN

Notice Month: October 2003

NOTICE OF REVOCATION for "NOTICE OF FEDERAL TAX LIEN" is hereby given as per Uniform Commercial Code Section 2-608 canceling the averred debt as recorded at the Recording District of Fairbanks at Fairbanks, Alaska, noted by serial number 140709103 dated October 27, 2003.

REVOCATION is hereby effective due to various elements of fraud and misrepresentation, duress, coercion, mistake, bankruptcy as per UCC sections 1-103 and 3-305 has been accepted without denial and absent "Notice without Dishonor" by the United States.

Use of the UCC is for remedy and recourse purposes only; it is not to be considered or construed as a privilege or as an acceptance of benefits.

In addition: said "NOTICE OF FEDERAL TAX LIEN" is on its face fraudulent and a sham pursuant to the Uniform Federal Lien Registration Act (1978) and absent the Certification requires in Title 28 USC, section 1746, as well as a violation of Alaska Code.

Executed this _____ day of November, 2003 AD and placed in United States Mail noted by Certified Mail No. 7002 0460 0000 4281 6619.

With reservation of all my natural, GOD given rights.

Donald Louis Hymes
Acct no.: 218303597

Signed and subscribed before me this _____ day of November, 2003

_____
Notary Public

My Commission Expires:_____





**Department of the Treasury**

**Internal Revenue Service**

**Letter Date:** 10/30/2003

**Taxpayer Identification Number:**
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
**Person to Contact:**
MIKE WALSH
**Contact Identification Number:**
92-30785
**Contact Telephone Number:**
(907) 271-6972

**CERTIFIED MAIL** 7118 6872 1494 6386 4250

DONALD L HYMES
2340 RAVENWOOD
FAIRBANKS, AK 99709

### Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 10/27/2003 because our records show the following:

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1997 | 788.79 |
| 1040 | 12/31/1999 | 2839.78 |



You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies. Initial: _____

The lien attaches to all property you currently own and to all property you may acquire in the future. It may also damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights.*

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing,* and mail it to:

> Internal Revenue Service
> 949 E 36TH, RM 114
> MS A202
> ANCHORAGE, AK 99508

You must request your hearing by 12/03/2003.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get your current balance, contact the person whose name and telephone appear at the top of this letter.



(over)

Letter 3172 (DO) rev. (11-2000)
Catalog No. 267671

44

## NOTICE OF REVOCATION FOR
## NOTICE OF FEDERAL TAX LIEN

Notice Month: October 2003

NOTICE OF REVOCATION for "NOTICE OF FEDERAL TAX LIEN" is hereby given as per Uniform Commercial Code Section 2-608 canceling the averred debt as recorded at the Recording District of Fairbanks at Fairbanks, Alaska, noted by serial number 140709103 dated October 27, 2003.

REVOCATION is hereby effective due to various elements of fraud and misrepresentation, duress, coercion, mistake, bankruptcy as per UCC sections 1-103 and 3-305 has been accepted without denial and absent "Notice without Dishonor" by the United States.

Use of the UCC is for remedy and recourse purposes only; it is not to be considered or construed as a privilege or as an acceptance of benefits.

In addition: said "NOTICE OF FEDERAL TAX LIEN" is on its face fraudulent and a sham pursuant to the Uniform Federal Lien Registration Act (1978) and absent the Certification requires in Title 28 USC, section 1746, as well as a violation of Alaska Code.

Executed this _____ day of November, 2003 AD and placed in United States Mail noted by Certified Mail No. 7002 0460 0000 4281 6619.

With reservation of all my natural, GOD given rights.

Donald Louis Hymes
Acct no.: 218303597

Signed and subscribed before me this _____ day of November, 2003

_____
Notary Public

My Commission Expires:_____



## NOTICE OF REVOCATION FOR
## NOTICE OF FEDERAL TAX LIEN

Notice Month: October 2003

NOTICE OF REVOCATION for "NOTICE OF FEDERAL TAX LIEN" is hereby given as per Uniform Commercial Code Section 2-608 canceling the averred debt as recorded at the Recording District of Fairbanks at Fairbanks, Alaska, noted by serial number 140709103 dated October 27, 2003.

REVOCATION is hereby effective due to various elements of fraud and misrepresentation, duress, coercion, mistake, bankruptcy as per UCC sections 1-103 and 3-305 has been accepted without denial and absent "Notice without Dishonor" by the United States.

Use of the UCC is for remedy and recourse purposes only; it is not to be considered or construed as a privilege or as an acceptance of benefits.

In addition: said "NOTICE OF FEDERAL TAX LIEN" is on its face fraudulent and a sham pursuant to the Uniform Federal Lien Registration Act (1978) and absent the Certification requires in Title 28 USC, section 1746, as well as a violation of Alaska Code.

Executed this _____day of November, 2003 AD and placed in United States Mail noted by Certified Mail No. 7002 0460 0000 4281 6619.

With reservation of all my natural, GOD given rights.

Donald Louis Hymes
Acct no.: 218303597

Signed and subscribed before me this _____day of November, 2003

_____
Notary Public

My Commission Expires:_____



**NOTICE AND DEMAND**

Donald Louis Hymes                    Notice Month: October 2003
c/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709

11/13/2003                    Certified mail: 7002 0460 0000 4281 6619

MIKE WALSH
IRS
949 E 36th Avenue, RM 114
MS A202
Anchorage, AK 99508

Re: NOTICE OF FEDERAL TAX LIEN, Serial Number 140709103 for Real Property using
Form 668(Y)(c) filed in Fairbanks, Alaska on October 27th, 2003 in the amount of 3,628.57.

MIKE WALSH,

   On October 27th, 2003 you filed a "NOTICE OF FEDERAL TAX LIEN" (at least I believe it
was filed by you, the signature 'for MIKE WALSH' is unreadable) in Fairbanks, Alaska against
the real property of DONALD L. HYMES.  I wish to bring to your attention that this "NOTICE"
is deficient as a matter of law under the provisions of the Federal Lien Registration Act and Alaska
Law, which require that such notice be 'Certified' by the Secretary of the Treasury of the United
States or his delegate, or by any official or entity of the United States responsible for filing or
certifying of said "NOTICE".
Please refer to 28 USC, Section 1746, to determine which unsworn certification you must have on
this "NOTICE OF FEDERAL TAX LIEN" in your particular case.  You may also wish to refer to
Title 26 USC, Section 7514 for information about the "Seal" which must be affixed in lieu of the
Seal of the Treasury Department to any certificates of attestation.
As you are aware, the Uniform Commercial Code and Title 26, Code of Federal Regulations,
provide the procedures you must follow in order to properly allege and verify a "debt" upon which
a lien can be assessed.  You have failed to adhere to the requirements of the United Stats Code, the
Code of Federal Regulations, Alaska Statutes, and the Uniform Commercial Code in attempting to
file the referenced "NOTICE OF FEDERAL TAX LIEN", and should you choose not to correct
the deficiencies or refute this NOTICE within ten (10) days of your receipt of this notice, the
attached 'NOTICE OF REVOCATION" (Exhibit A) shall be filed in accordance with the Federal
Lien Registration Act.
   Further: The referenced form 12153 was NOT 'enclosed' as stated in letter 3172.

Sincerely,
Donald Louis Hymes


cc: Taxpayer Advocate, District Director,  Secretary of Treasury



FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

*ACCT # 208303597*

*7002-3150 0003656093*

*NO answer*

Disclosure Officer /District Director or CEO
Internal Revenue Service
P.O.Box 9941 M/S 7000
Ogden, UT 84409

October 27, 2003
Re.: Mr. MIKE WALSH- Revenue Officer
Department of Treasury
Internal Revenue Service

1.  This is a request under the Freedom of Information Act, 5 USC, 552.
2.  This is my firm promise to pay fees and costs for locating, duplicating and for reviewing the documents and information listed below.  As per Reg. 601. 702(F)(3)(i)(E), I am making this request in the classification of "other requester".   If costs are expected to exceed 20.00, please send an estimate of the cost.
3.  If some of this request is exempt from release, please send me those portions reasonably segregable and provide me with an indexing, itemization and detailed justification concerning information, which you are not releasing.
4.  Requester is in need of the following information to ascertain if claimed Officer Mr. MIKE WALSH is an employee of the United State s of America or an employee of an agency of the United States of America, and that he is acting within the bounds of his authority as such employee.
5.  I understand the penalties provided in 5 USC, 5529a)(i)(3) for requesting or obtaining access to records under false pretenses.
6.  This request pertains to the years beginning with Officer MIKE WALSH's first employment with the Department of Treasury/IRS to the present year- 2003.

Please send me copies of the following documents as they pertain to Mr. MIKE WALSH personally, and/or in his role of Revenue Officer.  I understand that all of these documents have been designated by the Office of Personnel Management as public information about employees of the United States of America.

a. All document(s) that include, identify, and describe the present and past position titles and occupational service of Officer Mr. MIKE WALSH.

b. All document(s) that include, identify, and describe the past and present grades of Officer Mr. MIKE WALSH.

c. All document(s) that include, identify, and describe the past and present annual salary, including performance bonuses, incentive awards, merit pay amount, Meritorious and Distinguished Executive Ranks, and allowances and differentials of Officer Mr. MIKE WALSH.

d. All document(s) that include, identify, and describe present and past duty stations (including room numbers, shop designations, or other identifying information regarding buildings or places of employment) of Officer Mr. MIKE WALSH.

e. All document(s) that include, identify, and identify Officer Mr. MIKE WALSH's position description, identification of job elements and those performance standards (but not actual performance appraisals).

f. All document(s) that include, identify, and describe Officer Mr. MIKE WALSH's specific "G.S. number", the meaning of the abbreviation "G.S." and a description and explanation of the numbering system for "G.S." classification.



g. The specific document(s) of appointment for Officer Mr. MIKE WALSH to assert the title REVENUE OFFICER.

h. The specific "delegation of authority" documents issued and applicable to Officer Mr. MIKE WALSH at his present position, at his present office that cover all aspects of his job description.

i. Any document that verifies the true identity of Officer Mr. MIKE WALSH as REVENUE OFFICER.

j. Copies of any document(s) that exempt Officer Mr. MIKE WALSH, or his division, from coming within the purview of the Freedom of Information Act, Privacy Act and Administrative Procedure Act.


Dated: October 26th, 2003


Donald Louis Hymes

