

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

January 30, 2004

*never responded at all*

Donald Hymes
2340 Ravenwood Ave
Fairbanks, AK  99709

Dear Mr. Hymes:

This is in reference to your Freedom of Information Act (FOIA) request(s) dated December 3, November 14, and December 9, 2003, and received in our office December 15, November 20, and December 31, 2003. We are unable to respond to your request by January 13, December 19, and January 29, 2003, which the 20 business-day period prescribed by law. You may expect a response by March 31, 2004. We apologize for any inconvenience this delay may cause. Since an administrative appeal is limited to a denial of records, it does not apply in this situation. However, you may instead file suit after the statutory time period for response has lapsed.

The FOIA process is not an additional avenue of recourse during administrative tax proceedings; it merely provides access to existing records. Extending the time period for our response to your request has no bearing on any ongoing tax matter such as the collection due process or an examination appeal.

### STATUTORY EXTENSION OF TIME FOR RESPONSE

In certain situation, the FOIA allows us to invoke an additional ten-day statutory extension. To respond to your request, we require additional time to search for and collect the requested records from other locations. Therefore, we have extended the statutory response date (after which you can file suit), to January 28, 7, and February 12, 2004, as provided for in the FOIA (5 U.S.C. 552(a)(6)(B)) and its regulations (31 C.F.R. 1.5(j)).

### ADDITIONAL EXTENSION OF TIME LIMIT

We realize we will be unable to located and consider releasing the Internal Revenue Service records covered by your request by the expiration of the statutory period. Therefore, we extended the response date to March 31, 2004, by which time we reasonable believe we can provide a final response to your request.

If you agree to this extension, no reply to this letter is necessary. If we subsequently deny your request, you still have the right to file an appeal. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below.

*never answered*

*You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand applies*

*Exhibit*
*D*

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709


H Marshall Jarrett, Counsel
Office of Professional Responsibility
950 Pennsylvania Ave. NW  Suite 3266
Washington, D.C. 20530

Dear Mr. Jarrett,

I hope you can help.
Over the past 5 years I have submitted numerous FOIA requests. Of those, 60 have yet to be
acknowledged- much less answered. Even those requesting an extension of time, seem to have gotten lost
in the shuffle.
I did receive one, a copy of which is enclosed. Regrettably it is non-responsive to my request. And, on
top of that Ms. Gates makes unfounded assumptions, giving those as a reason for not furnishing the
requisite information;

I do believe we have a right to be treated with somewhat more courtesy and professionalism.
FOIA requests need to be answered by the IRS, and nothing I requested should have been 'except.'

Your attention to this matter will be greatly appreciated.


Sincerely,

Donald  Louis Hymes




Encl.- correspondence from Gates
Letter to Haugh

*no resp*

2

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account # 218303597


Sharon Haugh
IRS
915 2nd Avenue
MS W625
Seattle, WA 98174

Dear Ms. Haugh,

This letter is in regards to my FOIA request dated July 3, 2006.

One step in the right direction, at last I finally received a response (non responsive as it was) which is something I am still waiting on for more than 60 FOIA requests filed with your office over the past 5 years.

However, the so-called response I received to this latest request failed to furnish the requested information- which I am entitled to, and which you are required to furnish.
I also have a very big problem with Theresa Gates' statement :
*"Your request contains questions or indications that you are challenging the income tax system."*

*I* am enclosing a copy of my FOIA request so you can see for yourself, that there is nothing justifying Gates' statement.

It appears to me that the 'Taxpayer friendly" service advocated by the IRS,  has been lost on some of your employees, and instead of taking the time to furnish the requested information, they seem to revert to  being rude to avoid having to respond in a professional and required manner.

I hope you will be so kind to check into this and assure that I receive the requested information.

Thank you

Donald Louis Hymes


*Encl.: FOIA*
       *Letter from Gates*

NO Resp

2

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account # 218303597

Sharon Haugh
IRS
915 2nd Avenue
MS W625
Seattle, WA 98174

Dear Ms. Haugh,

This letter is in regards to my FOIA request dated July 3, 2006.

One step in the right direction, at last I finally received a response (non responsive as it was) which is something I am still waiting on for more than 60 FOIA requests filed with your office over the past 5 years.

However, the so-called response I received to this latest request failed to furnish the requested information- which I am entitled to, and which you are required to furnish.
I also have a very big problem with Theresa Gates' statement :
*"Your request contains questions or indications that you are challenging the income tax system."*

*I* am enclosing a copy of my FOIA request so you can see for yourself, that there is nothing justifying Gates' statement.

It appears to me that the 'Taxpayer friendly' service advocated by the IRS, has been lost on some of your employees, and instead of taking the time to furnish the requested information, they seem to revert to being rude to avoid having to respond in a professional and required manner.

I hope you will be so kind to check into this and assure that I receive the requested information.

Thank you

Donald Louis Hymes


*Encl.: FOIA*
       *Letter from Gates*

## Freedom of Information Act Request

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
account number: 218303597

      Monday July 3, 2006

Disclosure Officer
M6 W625
915 2nd Ave.
Seattle, WA 98174

certified mail:  7000 1530 000`1 0747 2405

PURPOSE: Secure documentation regarding Appeals Hearing

AUTHORITIES: 5 U.S.C. § 552; 26 CFR §§ 601.701 & 601.702; and 26 U.S.C. § 6103.

Dear Disclosure Officer

This request for documents and records is being submitted under authorities cited above. All items fall into the category made available under 26 CFR § 601.701(a)(3); they are not of a nature exempted under any category listed in 26 CFR § 601.701(b). This request includes and is supported by a discussion of items being requested.

### Procedural Requirements, Declarations, Disclosure, etc

1.  This request is being submitted in accordance with 26 CFR § 601.702(c)(3)(ii) Therefore, portions or this entire request may be forwarded from your office to whatever other IRS office has custody of the items being requested. Response time will be governed by provisions of 26 CFR §§ 601.702(c)(7)-(9). You must reply within ten business days from receipt of the request in your office, and in the event a portion or the entire request is forwarded to another office, you will please provide me with written notice; the receiving office will confirm receipt within ten days from the date received at that office. On IRS written request, I will permit an additional 20 days to provide the requested documents even though the regulation only requires ten and even though the records being requested are standard form documents that, if they exist, are maintained in dedicated systems of records and should be easy to locate.

5

2.   Records being requested are adequately described to be easily located. (26 CFR § 601.702(c)(3)(iv))

3.   I attest that I have a material interest in the records being requested so am exempt from 26 U.S.C. § 6103 restrictions. (26 CFR § 601.702(c)(3)(v))

4.   In order to positively identify myself, I am having my signature notarized by a notary public who is commissioned by the state. (26 CFR § 601.702(c)(4)(ii)(c))

5.   Response may be made and records should be sent to me at the postal delivery address listed in the heading of this request. (26 CFR § 601.702(c)(3)(vii))

6.   You have my firm promise, that upon your billing, I will pay the Internal Revenue Service a sum of up to $25.00 for photocopying and other costs for location and reproduction of the requested records.

7.   I am classified in the category "other requesters" (26 CFR § 601.702(f)(3)(i)(E)), so am subject to the billing schedule prescribed by 26 CFR § 601.702(f)(3)(ii)(E).

**Records Request**

Please send the following items :

1. The law, statute or IRS code which makes me, Donald Louis Hymes a taxpayer. Please be specific.

2. A copy of the record for the 'Appeals Hearing' for the year 2000 and pertaining to me.

  The record needs to show;

 a.  the exact date and time the hearing was held

 b.  where the hearing was held

       **or** if telephonically conducted,

   the phone number where the  'Hearing' originated and the phone number called.,

c.   The precise name and title of the IRS officer, agent or employee  ("revenue officer", "revenue agent", "appeals officer", "special agent", etc.)

      a.  conducting said ' APPEALS HEARING' ,

      b.  making the determination based on the alleged APPEALS HEARING

      c.  Jack T. Estoll



d. Mark E. Dyson

and cite the section of the act of Congress that created the office or offices he/ they occupy;

3.  Provide certified copies of documentation that includes the pocket commission number, including classification designation (enforcement or nonenforcement) for said IRS officers, agents or employees referenced above;

4.  The constitutional oath of office taken by each officer, agent or employee named above, as required by Article VI, Paragraph 3 of the Constitution of the United States, 1 Stat 23, and 5 U.S.C. § 3331;

5.  A copy of the properly executed civil commission of the officer, agent or employee referenced above that verifies that he or she is an officer or agent of Government of the United States, as required by Article II § 3 of the Constitution of the United States and attending legislation

6.  The personal affidavit declaring that the officer, agent or employee named above did not pay for or otherwise make or promise consideration to secure the office (5 U.S.C. § 3332);

7.  The personal surety bond of the officer, agent or employee;[1] and

8.  Documentation that establishes the complete line of delegated authority for the officer, agent or employee named above, from the Secretary of the Treasury, including all intermediaries.

9.  Certificates of any and all assessments for the year 2000 and the documents on which the assessment was based.  If none, please so state.

**Conclusion and Demand**

You are required to comply with response time requirements prescribed by 26 CFR § 601.702. This matter is urgent, and if possible, should receive priority treatment as my substantive rights are in peril and I have reason to believe Internal Revenue Service personnel are engaged in criminal conduct under pretense or color of law and/or under color of authority of the United States.

Regards

Donald Louis Hymes

7

**IRS** Department of the Treasury
**Internal Revenue Service**
OGDEN, UT  84201-0030

000188      199712 SBV
Notice Number: CP 504
Notice Date:  11-22-2004
**SSN/EIN:**  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
**Caller ID:**  039198

7112 7667 8556 1477 0693

DONALD L HYMES
2340 RAVENWOOD
FAIRBANKS  AK   99709-4543406



*218303597101*

# Urgent !!
### We intend to levy on certain assets.  Please respond NOW.
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe.  The law requires that you pay your tax at the time you file your return.  This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full.  In addition, we will begin to search for other assets we may levy.  We can also file a Notice of Federal Tax Lien, if we haven't already done so.  **To prevent collection action, please pay the current balance now.**  If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below.

### Account Summary

| Form: 1040A | Tax Period: 12-31-1997 |
|---|---|

| | |
|---|---|
| Current Balance: | $925.46 |
| Includes: | |
| Penalty: | $10.40 |
| Interest: | $126.27 |
| Last Payment: | $0.00 |

For information on
your penalty & interest
computations, you may
call 1-800-829-8374

Questions? Call us at **1-800-829-8374**

See the enclosed Publication 594, The IRS Collection Process, and Notice
1219B, Notice of Potential Third Party Contact, for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 11-22-2004

*write on your check:*

| 1040A | 12-31-1997 | 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 |
|---|---|---|

Amount Due:
$925.46

Internal Revenue Service
OGDEN, UT  84201-0030

DONALD L HYMES
2340 RAVENWOOD
FAIRBANKS  AK   99709-4543406

218303597 WD HYME 30 0 199712 670 00000092546

## USE OUR AUTOMATED TELEPHONE SERVICE — IT'S EASY AND IT'S FAST

**HERE'S A LIST OF THE SERVICES AVAILABLE...
AND INFORMATION YOU'LL BE ASKED FOR SO WE CAN HELP YOU**

If you plan to call us (at the number shown on the front of the enclosed notice), and you have a touch-tone phone, you may find it convenient to use our automated interactive telephone service. Our automated service can help you quickly and easily if you are ready with just a few items of information.

| IF YOU NEED... | YOU'LL BE ASKED... |
|---|---|
| To know when you can expect to receive your refund | Your social security number, the amount of the refund you're expecting, and your filing status, (single, married filing joint, etc.) |
| To know the current balance due on your account, whether payments have been credited to your account, or whether changes have been made to you account | Your social security number and personal identification number or PIN. If you have not set up a PIN, you'll be asked to do so using the information shown below |
| To set up a personal identification number to access your personal tax account information | Your social security number, the Caller ID number shown at the top of the enclosed notice and your date of birth (Use 8 digits, February 23, 1960 is entered as 02231960) |
| To request more time to pay or set up a payment plan | Your social security number and the caller ID number shown at the top of the enclosed notice |
| More time to pay | Whether you want a 30 or 60 day extension |
| To set up a payment plan | The amount you can pay each month |
| A transcript of your account or a copy of your return | Your social security number and the numbers in your street address |
| The address to file you return | Your zip code |
| The address to mail a payment | Your social security number and zip code |

Notice **1212** (Rev. 5-2002)
Catalog Number 25924J          Department of Treasury - IRS

# Penalty and Interest

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

# Penalty:     $10.40

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you think we should remove or reduce the penalty, see "Removal of Penalties - Reasonable Cause."

### Removal of Penalties - Reasonable Cause

The law lets us remove or reduce the penalties explained in this notice if you have an acceptable reason. If you believe you have an acceptable reason, you may send us a signed statement explaining your reason. We'll review it and let you know if we accept your explanation as reasonable cause to remove or reduce your penalty. This procedure doesn't apply to interest and, in some cases, we may ask you to pay the tax in full before we reduce or remove the penalty for paying late.

### Erroneous Written Advice from IRS

We'll also remove your penalty if:

- you wrote to IRS and asked for advice on a specific issue,
- you gave IRS complete and accurate information,
- IRS wrote back to you and gave you a specific course of action to take or explained what actions not to take,
- you followed our written advice in the manner we outlined, and
- you were penalized for the written advice we gave you.

To have the penalty removed because of erroneous written advice from IRS, you should:

- complete Form 843, Claim for Refund and Request for Abatement,
- request that IRS remove the penalty, and

# Instructions for filing of
# Notice of Filing For Inclusion and Augmentation of the Record

1. Find out from the clerk of the court and the rules of court how the Silver Bond is to be posted and in what form.
2. Also include the Silver Bond as an exhibit along with the UCC documents and filings attached to the Notice to the Court
3. Take at least four copies of the filing to the file clerk at the courthouse and have her stamp your copies and she will keep the one(s) required.
4. Take two of the stamped copies to the courtroom where the case has been assigned and give them to the Bailiff to give to the clerk (It is good if the court is in session so you can simply hand them to the Bailiff at his desk) and note the name of the Bailiff.
5. When the case is called in court step forward and speak your name **FOR THE Record as Secured Party** and identify the Notice with exhibits. Also state for the record that you have posted a Silver Bond in accordance with Article VII of the Bill of Rights.
6. It is very possible that once you have filed the documents with the court the charges will be dismissed and the claims will be discharged. If not, be certain the court understands that the case must proceed UNDER THE RULES OF THE COMMON LAW. Most courts are not even willing to go there.
7. The local rules of court will govern the form, formatting etc. of the filing documents.
8. Remember, you are entering this case as a third party, the Secured Party. The court may demand a Power of Attorney from the Defendant to the Secured Party.
9. Several have pointed out that the court is entered in Admiralty, but then quietly slips into civil equity. You want it to remain in Admiralty under the Rules of the Common Law.

FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
account # 218303597

*no response*

Disclosure Officer
Internal Revenue Service
M/S W625/GLD:A6:SEA:D
915 2nd Ave
Seattle, WA 98174

certified mail no:  7002 3150 0003 6566 6967

Dear Disclosure Officer

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me wit those portions reasonable segregable.  I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester.  PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years  1986 to and including 2003

5. Please send the document, Individual Master File Specific pertaining to the above years.

Dated: 3/12/2005

Donald Louis Hymes

12



Welcome to the
## Alaska Department of Natural Resources
*Commissioner: Tom Irwin*

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

# Recorders Office - Document Display

**Selected Document:** 2004-018741-0

**in District:** 401 - FAIRBANKS

See Index Codes                                    See Image

| Document Year: 2004 Number: 018741 Suf: 0 | District: 401 - FAIRBANKS |
|---|---|
| *Date Recorded:* 08/23/2004 *Time:* 10:03AM   *Pages:* 1 | |
| *Index:* TL - TAX LIEN | *Amount:* $84,524.66 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - SUNSHINE TRUST | |
| *Grantor* - HYMES RM TRUSTEE AS NOMINEE | |
| *Grantor* - HYMES DONALD | |
| *Grantee* - INTERNAL REVENUE SERVICE | |

All information has been displayed

Back

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.**
**A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page |
State of Alaska Home Page | Copyright | Privacy | Disclaimer

13



Welcome to the
# Alaska Department of Natural Resources
Commissioner: Tom Irwin

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

## Recorders Office - Document Display

**Selected Document:** 2004-012776-0

**in District:** 401 - FAIRBANKS

See Index Codes                                          See Image

| | |
|---|---|
| Document Year: 2004 Number: 012776 Suf: 0 | District: 401 - FAIRBANKS |
| *Date Recorded:* 06/14/2004 *Time:* 01:33PM   *Pages:* 2 | |
| *Index:* TL - TAX LIEN | *Amount:* $84,465.44 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - HYMES ZENA D TRUSTEE | |
| *Grantor* - HYMES CHARLA TRUSTEE | |
| *Grantor* - AURORA TRUST | |
| *Grantee* - INTERNAL REVENUE SERVICE | |
| *Grantor* - HYMES DONALD L | |
| *Grantor* - HYMES ZENA D NOMINEE | |
| *Location: Lot:* 50 | |
| *Location: Section:* 14  *Township:* 001S  *Range:* 002W  *Meridian:* F | |
| *Comments:* AMOUNT CORRECTED & GTR5-6 ADDED 7-15-2004 | |

More Information for additional Names

Back            More Names

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.**
**A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search |  Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page |
State of Alaska Home Page | Copyright | Privacy | Disclaimer

14



Welcome to the
# Alaska Department of Natural Resources
Commissioner: Tom Irwin

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

## Recorders Office - Document Display

**Selected Document:** 2004-012776-0

**in District:** 401 - FAIRBANKS

See Index Codes                                    See Image

| | |
|---|---|
| Document Year: 2004 Number: 012776 Suf: 0 | District: 401 - FAIRBANKS |
| *Date Recorded:* 06/14/2004 *Time:* 01:33PM     *Pages:* 2 | |
| *Index:* TL - TAX LIEN | *Amount:* $84,465.44 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - HYMES ZENA D TRUSTEE | |
| *Grantor* - HYMES CHARLA TRUSTEE | |
| *Grantor* - AURORA TRUST | |
| *Grantee* - INTERNAL REVENUE SERVICE | |
| *Grantor* - HYMES DONALD L | |
| *Grantor* - HYMES ZENA D NOMINEE | |
| *Location: Lot:* 50 | |
| *Location: Section:* 14  *Township:* 001S  *Range:* 002W  *Meridian:* F | |
| *Comments:* AMOUNT CORRECTED & GTR5-6 ADDED 7-15-2004 | |

More Information for additional Names

Back                    More Names

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.**
**A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page | State of Alaska Home Page | Copyright | Privacy | Disclaimer



*15*



Welcome to the
# Alaska Department of Natural Resources
Commissioner: Tom Irwin

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

## Recorders Office - Document Display

### Selected Document: 2004-020108-0

### in District: 401 - FAIRBANKS

See Index Codes                                                    See Image

| | |
|---|---|
| Document Year: 2004 Number: 020108 Suf: 0 | District: 401 - FAIRBANKS |
| *Date Recorded:* 09/07/2004 *Time:* 02:09PM   *Pages:* 2 | |
| *Index:* TL - TAX LIEN | *Amount:* $84,524.66 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - SUNSHINE TRUST | |
| *Grantor* - HYMES R M TRUSTEE | |
| *Grantor* - HYMES RITA | |
| *Grantee* - INTERNAL REVENUE SERVICE | |

All information has been displayed

Back

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective. A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page | State of Alaska Home Page | Copyright | Privacy | Disclaimer

16



Welcome to the
# Alaska Department of Natural Resources
*Commissioner: Tom Irwin*

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

# Recorders Office - Document Display

**Selected Document:** 2004-018741-0

**in District:** 401 - FAIRBANKS

See Index Codes | See Image

| | |
|---|---|
| Document Year: 2004 Number: 018741 Suf: 0 | District: 401 - FAIRBANKS |
| *Date Recorded:* 08/23/2004 *Time:* 10:03AM  *Pages:* 1 | |
| *Index:* TL - TAX LIEN | *Amount:* $84,524.66 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - SUNSHINE TRUST | |
| *Grantor* - HYMES RM TRUSTEE AS NOMINEE | |
| *Grantor* - HYMES DONALD | |
| *Grantee* - INTERNAL REVENUE SERVICE | |

All information has been displayed

Back

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective. A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page | State of Alaska Home Page | Copyright | Privacy | Disclaimer



Welcome to the
# Alaska Department of Natural Resources
Commissioner: Tom Irwin

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

# Recorders Office - Document Display

### Selected Document: 2004-018742-0

### in District: 401 - FAIRBANKS

See Index Codes                                                  See Image

| Document Year: 2004 Number: 018742 Suf: 0 | District: 401 - FAIRBANKS |
|---|---|
| *Date Recorded:* 08/23/2004 *Time:* 10:04AM     *Pages:* 1 | |
| *Index:* TL - TAX LIEN | *Amount:* $19,102.23 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - SUNSHINE TRUST | |
| *Grantor* - HYMES RM TRUSTEE AS NOMINEE | |
| *Grantor* - HYMES RITA | |
| *Grantee* - INTERNAL REVENUE SERVICE | |

### All information has been displayed

Back

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.
A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page |
State of Alaska Home Page | Copyright | Privacy | Disclaimer



Alaska Department of Natural Resources Recorder's Office Imaging System    http://www.dnr.state.ak.us/int/recorders...cfm?SelectedDoc=20040127770&Dis



Welcome to the
# Alaska Department of Natural Resources
*Commissioner: Tom Irwin*

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

## Recorders Office - Document Display

**Selected Document:** 2004-012777-0

**in District:** 401 - FAIRBANKS

See Index Codes

See Image

| | |
|---|---|
| Document Year: 2004 Number: 012777 Suf: 0 | District: 401 - FAIRBANKS |
| *Date Recorded:* 06/14/2004 *Time:* 01:33PM    *Pages:* 2 | |
| *Index:* TL - TAX LIEN | *Amount:* $18,549.90 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - HYMES ZENA D TRUSTEE | |
| *Grantor* - HYMES CHARLA TRUSTEE | |
| *Grantor* - AURORA TRUST | |
| *Grantee* - INTERNAL REVENUE SERVICE | |
| *Grantor* - HYMES RITA M | |
| *Grantor* - HYMES ZENA D NOMINEES | |
| *Location:  Lot:* 50 | |
| *Location:  Section:* 14  *Township:* 001S  *Range:* 002W  *Meridian:* F | |
| *Comments:* GTR5&6 ADDED 7-15-2004 | |

More Information for additional Names

Back

More Names

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.
A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page |
State of Alaska Home Page | Copyright | Privacy | Disclaimer

19

Alaska Department of Natural Resources Recorder's Office Imaging System    http://www.dnr.state.ak.us/int/recorders...cfm?SelectedDoc=20040127770&Dis



Welcome to the
# Alaska Department of Natural Resources
Commissioner: Tom Irwin

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

## Recorders Office - Document Display

**Selected Document:** 2004-012777-0

**in District:** 401 - FAIRBANKS

See Index Codes                                              See Image

| Document Year: 2004 Number: 012777 Suf: 0 | District: 401 - FAIRBANKS |
|---|---|
| *Date Recorded:* 06/14/2004 *Time:* 01:33PM    *Pages:* 2 | |
| *Index:* TL - TAX LIEN | *Amount:* $18,549.90 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - HYMES ZENA D TRUSTEE | |
| *Grantor* - HYMES CHARLA TRUSTEE | |
| *Grantor* - AURORA TRUST | |
| *Grantee* - INTERNAL REVENUE SERVICE | |
| *Grantor* - HYMES RITA M | |
| *Grantor* - HYMES ZENA D NOMINEES | |
| *Location: Lot:* 50 | |
| *Location: Section:* 14  *Township:* 001S  *Range:* 002W  *Meridian:* F | |
| *Comments:* GTR5&6 ADDED 7-15-2004 | |

More Information for additional Names

Back          More Names

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.
A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page |
State of Alaska Home Page | Copyright | Privacy | Disclaimer

20

Alaska Department of Natural Resources Recorder's Office Imaging System    http://www.dnr.state.ak.us/int/recorders...cfm?SelectedDoc=20020074080&Di:



Welcome to the
# Alaska Department of Natural Resources
*Commissioner: Tom Irwin*

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

## Recorders Office - Document Display

### Selected Document: 2002-007408-0

### in District: 401 - FAIRBANKS

| See <u>Index Codes</u> | | See Image |
|---|---|---|
| Document Year: 2002 Number: 007408 Suf: 0 | District: 401 - FAIRBANKS | |
| *Date Recorded:* 04/16/2002 *Time:* 02:20PM    *Pages:* 2 | | |
| *Index:* TL - TAX LIEN | *Amount:* $18,549.90 | |
| *Desc:* NTC OF FEDERAL TAX LIEN | | |
| *Grantor* - HYMES RITA M | | |
| *Grantee* - INTERNAL REVENUE SERVICE | | |

All information has been displayed

Back

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.**
**A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search |
Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page |
State of Alaska Home Page | Copyright | Privacy | Disclaimer

Alaska Department of Natural Resources Recorder's Office Imaging System          http://www.dnr.state.ak.us/int/recorders/sag/More?



## Welcome to the
## Alaska Department of Natural Resources
Commissioner: Tom Irwin

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

# Recorders Office - Document Display

### Selected Document: 2004-012776-0

### in District: 401 - FAIRBANKS

See <u>Index Codes</u>                                                                 See Image

| Document Year: 2004 Number: 012776 Suf: 0 | District: 401 - FAIRBANKS |
|---|---|
| *Date Recorded:* 06/14/2004 *Time:* 01:33PM   *Pages:* 2 | |
| *Index:* TL - TAX LIEN | *Amount:* $84,465.44 |
| *Desc:* NTC OF FEDERAL TAX LIEN | |
| *Grantor* - HYMES ZENA D TRUSTEE | |
| *Grantor* - HYMES CHARLA TRUSTEE | |
| *Grantor* - AURORA TRUST | |
| *Grantee* - INTERNAL REVENUE SERVICE | |
| *Grantor* - HYMES DONALD L | |
| *Grantor* - HYMES ZENA D NOMINEE | |
| *Grantor* - HYMES CHARLA NOMINEE | |

All names have been displayed

Back

**UCC documents will be shown as active or inactive. Active does not necessarily mean effective.**
**A Wildcard reference means it does not tie to an active filing.**

Name Search | Date Search | Plat Number Search | Survey Search | MTRS Search | Subdivision Search | No Plat Subdivision Search | Document Number Search | Document Type Search | Book and Page Search | Doc.Input/UnverifiedStatus

Recorder's Office Search Menu | Recorder's Office Home Page | Dept.of Natural Resources Home Page | State of Alaska Home Page | Copyright | Privacy | Disclaimer

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks Alaska 99709
Acct.# 218303597

*no reply*

Barb Elliston
Tax Examining Technician, Team 203
Collection Operations
IRTS
P.O.Box 145566 Stop:813
Cincinnati, OH 45250-5566

18 September 2005

Dear Ms. Ellingston,

In response to your letter dated August 12, 2005, mailed  August 16, 2005 and received
August 22,2005.

You  state that I received a  hearing for the years 1997 and 1999. This is not true. A
hearing was scheduled by a Tim Paul for myself and my wife at the same time.  The
trouble was that my wife was in Fairbanks, and I was in Sheridan, OR.  I requested that
the hearing be postponed until I could make arrangements for the telephonic 'hearing'.
Mr. Paul refused to answer that letter or honor that request.  On the day f the scheduled
hearing my wife did talk to him and told him again that he needed to talk to me himself.
Mr. Paul refused to do so.  I do not consider this a 'hearing ' by the furthest stretch.
Therefore- I did not receive a hearing.   You also state that my request was not filed in a
timely manner.  Yes, it was.

At the time I requested the hearing for 1997 and 1999 again, I also  requested a hearing
for the years 200 and 2002.  To date no hearing has been scheduled for those years either.

Your attention to this matter will be greatly appreciated.

Sincerely,

Donald Louis Hymes

23

**Department of the Treasury**
**Internal Revenue Service**
**P.O. Box 145566 Stop:813**
**Cincinnati, OH 45250-5566**

Letter Date: August 12, 2005
Person to Contact: Barb Elliston
Employee Identification #: 0266304824
Contact Telephone Number: 859-669-5443
(This is not a toll-free number)
Identification Number: 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

Donald Hymes
2340 Ravenwood
Fairbanks, AK 99709

*NO hearing EVER* (handwritten)

Dear Taxpayer:

This letter is in response to your Form 12153, Request for a Collection Due Process Hearing dated June 15, 2005.

We are sorry, but our records indicate that you already had a hearing regarding your 1997 and 1999 tax years. The hearing you received was not filed within the time prescribed under Section 6330, therefore, you received a hearing equivalent to a due process hearing. In an equivalent hearing, the decision by Appeals is final. You cannot appeal the decision to Tax Court or Federal District Court. Therefore, you are not entitled to receive another hearing.

*Not* (handwritten)

If you have any questions, please call us at the telephone number listed at the top of this letter between the hours of 7:30 AM and 3:30 PM, or you can call our toll-free number 1-800-829-0115.

Sincerely,

*Barb Elliston* (signature)

Barb Elliston
Tax Examining Technician, Team 203
Collection Operations

Enclosures
Copy of this letter

*(handwritten notations)*

*24* (handwritten)

**Department of the Treasury**
**Internal Revenue Service**
**201 W. Rivercenter Blvd Stop 814G**
**Covington, KY 41011**

**Letter** Date: July 29, 2005
Person to Contact: Rhonda Brun
Employee Identification #: 0266306230
Contact Telephone Number: 859-669-5443
Taxpayer Identification Number: 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
Tax Period: 2000 & 2002

Donald Hymes
2340 Ravenwood
Fairbanks, AK 99709

Dear Taxpayer:

Thank you for your Form 12153, Request for a Collection Due Process Hearing dated
June 15, 2005.

We are forwarding your request for a Collection Due Process Hearing to our Appeals
Office in Anchorage. They will contact you to schedule a hearing.

Please call me at the telephone number listed at the top of this letter with any questions
you may have between the hours of 7:00 AM and 3:30 PM ET. If the number is outside
your local calling area, there will be a long-distance charge to you.

Sincerely,

Rhonda Brun
Tax Examining Technician
Team 203, Collection Operations

Enclosures:
Copy of this letter