08/05/05

Donald Louis Hymes

2340 Ravenwood Avenue

Fairbanks, Alaska 99709

Acct No.: 318303597

*not answered*

To: illegible name, Operations manager

ACS Support Stop 813 G

P.O.Box 145566

Cicinnati, OH45250-5566

### Notification of fraud perpetrated by alleged IRS agent.

Dear R. John:

It has come to my attention, through diligent research prepared by the Lawman group, that Les Lucas has fraudulently delivered false information to the Automated Collection Service in Fresno, causing the issuance of a fraudulent Notice of Levy for a Permanent Fund levy (see exhibit "A"). That notice was signed by you, R. John. It falsely claims that there is a debt owed and collectable, under 26 USC 6321, 6322, 6323, and 6331. It also deceptively leaves out paragraph (a) of IRC 6331 which shows that I am not subject to levy under 6331. I have previously notified Tim Paul in the Seattle office of that fraudulent claim and he refuses to respond. My response covered all years in question. Silence can only be equated with fraud, as per the following court cases and this is my first allegation of fraud.

*"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

26

**Fraud:** *Deceit, deception, artifice, or trickery operating prejudicially on the rights of another, and so intended, by inducing him to part with property or surrender some legal right. 23 Am J2d Fraud § 2. <u>Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth, or other device contrary to the plain rules of common honesty.</u> 23 Am,J2d Fraud § 2. An affirmation of a fact rather than a promise or statement of intent to do something in the future. Miller v Sutliff, 241 111 521, 89 NE 651.*

When the IRS says I am a taxpayer as defined in the code, the IRS is taking upon itself the burden of proof. I am not in receipt of any document that verifies that I am subject to and therefore liable for any tax the IRS is attempting to collect. In order that I can be informed of a tax which I may owe and make arrangement for that taxes' payment, the IRS agent must verify the following: (1) What is the revenue taxable activity that he has determined that I am involved in? (2) What statute, passed by Congress, and implementing regulation, authorizes a tax on the revenue taxable activity he alleges that I am involved in? (3) Is the tax that he is attempting to collect a direct tax under the rules of "apportionment", a corporate income (excise) tax, impost, custom, duty, or an excise tax?

Please furnish me with verified copies of all code sections along with the associated implementing regulations that you relied on and any IRS agents have provided, to establish that I am engaged in the revenue taxable activity queried in "(1)". If the IRS agents have not provided you with a certification that the debt is authentic, then you may be guilty of filing an unverified and fraudulent document in your computer system. See exhibit "F".

I have a burden placed on me by the United States Supreme Court to check the authority of any agent that I have dealings with. That same burden is also placed on you, the Operations Manager for ACS Services, by the US Supreme Court. Further, we are charged with knowing the government statutes and regulations pertaining to our dealings with the IRS agents. I am not willing to take a risk of not checking the authority of the IRS agents, and the ACS manager or supervisor should not take the risk of automatically assuming the IRS agent has acted under proper authority.

In **Federal Crop Insurance v. Merrill, 332 U.S. 380,** the Supreme Court ruled: *"Whatever the form in which the government functions, <u>anyone entering into an arrangement with the</u>*

27

*government takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority."* Also see Utah Power & Light Co. v. United States, 243 U.S. 389; United States v. Stewart, 311 U.S. 60 *; and generally, in re Floyd Acceptances, 7 Wall. 666.

*Continental Casualty Co. v. United States*, 113 F.2d 284 (5th Cir. 1940):
*"Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority,"* 113 F.2d, at 286.

*Lavin v. Marsh, 644 F.2d 1378 (9th Cir. 1981): "Persons dealing with the government are charged with knowing government statutes and regulations, and they assume the risk that government agents may exceed their authority and provide misinformation,"* 644 F.2d, at 1383.

I am required by law to report a crime cognizable by the courts. I can be jailed or fined for failure to do so. **I am, hereby, reporting this as a crime committed by Les Lucas and possibly other revenue agents, to you, R. John,** a Supervisor of ACS, as an official who is required by your Oath of Office to uphold the law. The law also requires that you take prompt action to remedy a wrong done under "color of law". Your failure to rebut these allegations and statements of law, or failure to take action to remedy this Constitutional deprivation, may subject you to personal criminal and civil charges. See 18 USC sections 3 and 4, as listed in exhibit "G".

Your choice is to remedy a wrong by immediately removing the fraudulent NOFTL or to show why the U.S. Supreme Court rulings and precedence law do not apply in this case. You will have to provide an implementing regulation under 26 CFR for USC 6321, 6322, 6323, and 6331.

*"Personal-capacity suits, on the other hand, seek to impose individual liability upon a government officer for actions taken under color of state law. Thus, '[o]n the merits, to establish personal liability in a 1983 action, it is enough to show that the official, acting under*

*color of state law, caused the deprivation of a federal right.' Id., at 166."* **HAFER v. MELO, 502 U.S. 21 (1991).**

*"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation.* **"** (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

Now that I know what the law states and the subsequent violations of law by the alleged IRS agent, I wish to perform my duty as a loyal and dedicated citizen of the United States. I have vowed to defend and protect the Constitution of the United States.

**TITLE 18--CRIMES AND CRIMINAL PROCEDURE**

**PART I--CRIMES**

**CHAPTER 1--GENERAL PROVISIONS**

**Sec. 4. Misprision of felony**

Whoever, having knowledge of the <u>actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States</u>, shall be fined under this title or imprisoned not more than three years, or both.

Please let me explain the evidence that our organization, the Lawmen, has been gathering to present to you. The first violation of law is the fraud committed by Les Lucas, of refusing to respond to any of my presented arguments.

Secondly, as you probably already know, in order to have the force of law on citizens, a statute must have a legislative regulation, in this case, implemented by the Secretary of the Treasury. Also, as you probably also know, a Code section gets its authority from a Statute At Large. Consequently, the Statute At Large, Code section, and implementing regulation are all required to have the force of law.

29

The question is answered by court rulings, as to what does and does not constitutes an "implementing regulation". A regulation, that only cites Treasury Decisions as its authority, is not an implementing regulation that applies to the general public. Exhibits "H" and "K" clearly explain and verifies that fact.

In United States v. Mersky, 361 U.S. 431, 437-38, 80 S.Ct. 459 (1960), the Court had before it a statute which contained the words, *"The Secretary of the Treasury may by regulations ..."* Concerning this language, the Court stated:

*"Here the statute is not complete by itself since it merely declares the range of its operation and leaves to its progeny the means to be utilized in the effectuation of its command .... Once promulgated, these regulations, called for by the statute itself, have the force of law, and violations thereof incur criminal prosecutions, just as if all the details had been incorporated into the congressional language."*

The United States Supreme Court has stated this in numerous cases such as MERSKY and CALIFORNIA BANKERS:

*"The result is that neither the statute nor the regulations are complete without the other, and only together do they have any force. In effect, therefore, the construction of one necessarily involves the construction of the other. The charges in the information are founded on 1304 and its accompanying regulations, and the information was dismissed solely because its allegations did not state an offense under 1304, as amplified by the regulations. When the statute and regulations are so inextricably intertwined, the dismissal must be held to involve the construction of the statute."* UNITED STATES v. MERSKY, 361 U.S. 431 (1960).

*"Under the Act, the Secretary of the Treasury is authorized to prescribe by regulation certain recordkeeping and reporting requirements for banks and other financial institutions in this country. Because it has a bearing on our treatment of some of the issues raised by the parties, we think it important to note that the Act's civil and criminal penalties attach only upon violation of regulations promulgated by the Secretary; if the Secretary were to do nothing, the Act itself would impose no penalties on anyone."* CALIFORNIA BANKERS ASSN. v. SHULTZ, 416 U.S. 21 (1974).

See also United States v. Wayte, 549 F.Supp. 1376, 1385 (C.D.Cal. 1982) *("the defendant's argument that the court should view the applicable statute, regulations*

30

To:

Tim Paul
Appeals Office
915 Second Avenue
Room 2790, MS W680
Seattle, WA 98174

From:

Donald Louis Hymes

 2349 Ravenwood Avenue

Fairbanks, Alaska 99709

907-479-6922

Date: June 2{ 2005

Dear Tim Paul;

      The purpose of this letter is to establish the facts at issue in the controversy that has arisen between us. Due to the fact that I have not received my administrative remedy as I have requested in my last letter, I have no alternative but to take this controversy before the U.S. District Court. In order that each of us have the facts before entering the judicial arena, I am, therefore, stating the facts that I am willing to swear to in court. This is your opportunity to rebut the facts as I have enumerated them below. Please carefully review each statement of fact, and if you disagree with that fact, state the reasons for your disagreement, along with your rebuttal. List each of your rebuttals, numbering them according to the number as listed below. If you do not contest any fact listed below, please state so or I will be forced to conclude that you do not disagree with such fact.

      It is important for you to realize that if you refuse to respond to these facts, the U.S. Supreme Court has ruled:

*"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

### STATEMENT OF FACTS

1) Donald Louis Hymes, is a natural person and is not and has not been acting in

31

To:
Susan Hernandez
Acting Disclosure Officer
IRS Seattle Disclosure Office
915 Second Avenue Mail Stop W625
Seattle, WA 98174

From:

Donald Louis Hymes

 2349 Ravenwood Avenue

Fairbanks, Alaska 99709

907-479-6922

Date: June 2⟨ 2005

*No response*

Dear Susan Hernandez;

        The purpose of this letter is to establish the facts at issue in the controversy that has arisen between us. Due to the fact that I have not received my administrative remedy as I have requested in my last letter, I have no alternative but to take this controversy before the U.S. District Court. In order that each of us have the facts before entering the judicial arena, I am, therefore, stating the facts that I am willing to swear to in court. This is your opportunity to rebut the facts as I have enumerated them below. Please carefully review each statement of fact, and if you disagree with that fact, state the reasons for your disagreement, along with your rebuttal. List each of your rebuttals, numbering them according to the number as listed below. If you do not contest any fact listed below, please state so or I will be forced to conclude that you do not disagree with such fact.

        It is important for you to realize that if you refuse to respond to these facts, the U.S. Supreme Court has ruled:

*"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

### STATEMENT OF FACTS

1) Donald Louis Hymes, is a natural person and is not and has not been acting in

a corporate capacity, nor has Donald Louis Hymes obtained or acted under a

To:

Les L. Lucas
Appeals Team Manager
General Appeals Programs
Room 2790, M/S W680
915 2nd Ave.
Seattle, WA 98174

From:

Donald Louis Hymes

 2349 Ravenwood Avenue

Fairbanks, Alaska 99709

907-479-6922

Date: June 24 2005

Dear Les L. Lucas;

       The purpose of this letter is to establish the facts at issue in the controversy that
has arisen between us. Due to the fact that I have not received my administrative remedy
as I have requested in my last letter, I have no alternative but to take this controversy
before the U.S. District Court. In order that each of us have the facts before entering the
judicial arena, I am, therefore, stating the facts that I am willing to swear to in court. This
is your opportunity to rebut the facts as I have enumerated them below. Please carefully
review each statement of fact, and if you disagree with that fact, state the reasons for your
disagreement, along with your rebuttal. List each of your rebuttals, numbering them
according to the number as listed below. If you do not contest any fact listed below,
please state so or I will be forced to conclude that you do not disagree with such fact.

       It is important for you to realize that if you refuse to respond to these facts, the
U.S. Supreme Court has ruled:

**"Silence can only be equated with fraud where there is a legal or moral duty to speak,
or where an inquiry left unanswered would be intentionally misleading. . . We cannot
condone this shocking behavior by the IRS. Our revenue system is based on the good
faith of the taxpayer and the taxpayers should be able to expect the same from the
government in its enforcement and collection activities." U.S. v. Tweel, 550 F.2d 297,
299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.**

## STATEMENT OF FACTS

1)  Donald Louis Hymes, is a natural person and is not and has not been acting in

a corporate capacity, nor has Donald Louis Hymes obtained or acted under a corporate privilege. Donald Louis Hymes is not and has not been subject, in his individual and personal capacities, to the tax, commonly known as the "corporate income tax" and ruled to be a corporate excise tax by the United States Supreme Court.

2) The corporate income tax is imposed as an excise tax (indirect tax) and is imposed on the privilege of incorporation and only measured by the size of the "income".

**STRATTON'S INDEPENDENCE, LTD. v HOWBERT, 231 US 399 (1913):**

*"As has been repeatedly remarked, the corporation tax act of 1909 was not intended to be and is not, in any proper sense, an income tax law. This court had decided in the Pollock Case that the income tax law of 1894 amounted in effect to a direct tax upon property, and was invalid because not apportioned according to populations, as prescribed by the Constitution. The act of 1909 avoided this difficulty by imposing not an income tax, but an excise tax upon the conduct of business in a corporate capacity, measuring, however, the amount of tax by the income of the corporation, with certain qualifications prescribed by the act itself."*

*"Moreover, the section imposes ' a special excise tax with respect to the carrying on or doing business by such corporation,' etc..."*

3) The individual income tax imposed on a natural person is a direct tax imposed on the "income" of a non-corporate individual and is, therefore, different in character from the corporate income tax and also subject to the rule of "apportionment".

**STANTON v BALTIC MINING CO., 240 US 103 (1916):**

*Page 4 - "Not being within the authority of the 16th Amendment, the tax is therefore, within the ruling of Pollack... a direct tax and void for want of compliance with the regulation of apportionment."*

4) The Constitution of the United States, in Article 1, Section 2, states, "Representatives and direct taxes shall be apportioned among the several states

3 ½

which may be included within this Union, according to their respective numbers, which shall be determined by adding to the whole number of free persons..." This provision of the Constitution is in full force and effect. In **MIRANDA vs. ARIZONA, 384 US 436, at 491 (1966)**, the U.S. Supreme Court ruled, *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."*

5) The Constitution of the United States, in Article 1, Section 9, states, "No capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken."

6) The United States taxing authority is limited to the rule of apportionment in the matters of direct taxes and capitation taxes.

POLLACK v FARMERS' LOAN & TRUST CO., 157 US 429 (1895):

*"...that such tax is a direct tax, and void because imposed without regard to the rule of apportionment; and that by reason thereof the whole law is invalidated."*

*"That the law is invalid, because imposing indirect taxes in violation of the constitutional requirement of uniformity, and therein also in violation of the implied limitation upon taxation that all tax laws must apply equally, impartially, and uniformly to all similarly situated."*

7) A direct tax is a tax on a natural person's property or being.

STANTON v BALTIC MINING CO., 240 US 103 (1916):

Regarding a direct tax being void: *"Not being within the authority of the 16th Amendment, the tax is therefore, within the ruling of Pollack... a direct tax and void for want of compliance with the regulation of apportionment."*

8) An indirect tax is an excise tax on activities as ruled by the U.S. Supreme Court:

35

**FLINT v STONE TRACY, 220 US 107 (1911):**

Regarding the definition of excise taxes: *"Excises are 'taxes laid upon the manufacture, sale, or consumption of <u>commodities</u> within the country, upon <u>licenses</u> to pursue certain occupations, and upon <u>corporate privileges</u>."*

The compensation that Donald Louis Hymes received does not fall under any of these three activities, as defined by the Supreme Court, therefore, leaving such compensation under the category of direct taxes.

9)  All direct taxes must be applied under the rule of "apportionment" provision of the Constitution, as being a tax evenly imposed on every citizen or adult citizen.

10) The Internal Revenue Service claims that the 16th Amendment to the United States Constitution has authorized an individual income tax on a natural person's wages, salary, and compensation without the rule of apportionment. This claim is false as ruled by the Supreme Court in many rulings:

**STANTON v BALTIC MINING CO., 240 US 103 (1916):**

Regarding the lack of any new taxing powers: *"...it manifestly disregards the fact that by the previous ruling it was settled that the provisions of the 16th Amendment conferred no new power of taxation.."*

**BRUSHABER v UNION PACIFIC R. CO., 240 US 1 (1916):**

Regarding the erroneous assumption that there was a new power of taxation: *"...the confusion is not inherent, but rather arises from the conclusion that the 16th Amendment provides for a hitherto unknown power of taxation; that is, a power to levy an income tax which, although direct, should not be subject to the regulation of apportionment applicable to all other direct taxes. And the far-reaching effect of this erroneous assumption...."*

**EVANS v GORE, 253 US 245 (1920):**

3

*"Does the Sixteenth Amendment authorize and support this tax and the attendant diminution; that is to say, does it bring within the taxing powers subjects theretofore excepted? The court below answered in the negative; and counsel for the government say: 'It is not, in view of recent decisions, contended that this amendment rendered anything taxable as income that was not so taxable before'."*

PECK v LOWE, 247 US 165 (1918):

Regarding the ruling on the 16ᵗʰ Amendment and its limitations as to new subjects: *"As pointed out in recent decisions, it does not extend the taxing power to new or excepted subjects..."*

EISNER v MACOMBER, 252 US 189 (1920):

Regarding the necessity of maintaining the effect of the original Constitution: *"The 16ᵗʰ Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the amendment was adopted."*

11)    Donald Louis Hymes has not received "income" as defined by the U.S. Supreme Court. The definition of "income" as stated in the U.S. Supreme Court rulings below, and as applied to the 16ᵗʰ Amendment, is a corporate profit. This is the only legal definition that can be used in court, since it is superior to all other definitions, and the U.S. Supreme Court has ruled that Congress may not define the word "income".

Bowers v. Kerbaugh-Empire, 271 U.S. 170 (1926):

Regarding the definition of "income" before and after the passage of the 16ᵗʰ Amendment: *"Income has been taken to mean the same thing as used in the Corporation Excise Tax Act of 1909, in the 16th Amendment, and in the various revenue acts subsequently passed."*

37

The privilege of incorporating is subject to taxation as an excise tax measured by the size of the income of persons taking advantage of the incorporation privilege.

*"Income is necessarily the product of the joint efforts of the state and the recipient of the income, the state furnishing the protection necessary to enable the recipient to produce, receive, and enjoy it, and a tax thereon in the last analysis is simply a portion cut from the income and appropriated by the state as its share..." Sims v. Ahrens et al., 271 SW Reporter at 730.*

MERCHANTS' LOAN & TRUST CO. v SMIETANKA, 255 US 509 (1921):

Regarding the corporate excise tax: *"The Corporation Excise Tax Act of August 5, 1909, was not an income tax law, but a definition of the word 'income' was so necessary in its administration..."*

Regarding the meaning of "income" and consistent rulings of the Court on such definition: *"It is obvious that these decisions in principle rule the case at bar if the word 'income' has the same meaning in the Income Tax Act of 1913 that it had in the Corporation Excise Tax Act of 1909, and that it has the same scope of meaning was in effect decided in Southern Pacific v Lowe..., where it was assumed for the purpose of decision that there was no difference in its meaning as used in the act of 1909 and in the Income Tax Act of 1913. There can be no doubt that the word must be given the same meaning and content in the Income Tax Acts of 1916 and 1917 that it had in the act of 1913. When we add to this, Eisner v Macomber...the definition of 'income' which was applied was adopted from Stratton's Independence v Howbert, supra, arising under the Corporation Excise Tax Act of 1909... there would seem to be no room to doubt that the word must be given the same meaning in all the Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act, and that what that meaning is has now become definitely settled by decisions of this Court."*

38

Southern Pacific Co. v. Lowe, 247 U.S. 330 (1918):

Regarding the definition of "income": *"We must reject in this case, as we have rejected in cases arising under the Corporation Excise Tax Act of 1909, the broad contention submitted on behalf of the government that all receipts, everything that comes in, are income within the proper definition of the term 'gross income'. Certainly the term 'income' has no broader meaning in the Income Tax Act of 1913 than in that of 1909, and for the present purpose we assume there is no difference in its meaning as used in the two acts."*

12) In **U.S. v. Ballard, 535 F2d 400, 404,** *"The general term 'income' is not defined in the Internal Revenue Code."*

13) Our system of taxation is based upon *__voluntary__* assessment **and** payment.

**FLORA vs. US, 362 US 145 (1960):** *"Our system of taxation is based upon voluntary assessment and payment, not upon distraint."*

14) The Internal Revenue Service is not a governmental entity established by an act of Congress. Such a claim that the Internal Revenue Service is a governmental agency stands in contradiction to prior statements by the DOJ in the **DIVERSIFIED METAL PRODUCTS, v INTERNAL REVENUE SERVICE et al.** case. Such claim would also stands in contradiction to **CHRYSLER v BROWN, 441 US 281.** (Note: The IRS does not have a postage privilege that government bodies have.)

15) IRC regulations do not authorize a substitute return for the 1040 form, under 6020 (b). There is no substitute return and no return authorized for Donald Louis Hymes other than the returns that have been submitted by them.

16) There is no assessment against Donald Louis without a return on which to base an assessment. Tim Paul has never presented a verified assessment to Donald

34

Louis Hymes. Tim Paul is unable to obtain a copy of a verified assessment on Donald Louis Hymes, which must be perfected on the form 23C, as required by law.

*Internal Revenue Manual 3(17)(63)(14).1: (2) All tax assessments must be recorded on Form 23C Assessment Certificate. The Assessment Certificate must be signed by the Assessment Officer and dated. The Assessment Certificate is the legal document that permits collection activity...*

BREWER v. U.S., Cite as 764 F.Supp. 309 (S.D.N.Y. 1991)

*"...However, there is no indication in the record before us that the "Summary Report of Assessments", known as Form 23C, was completed and signed by the assessment officer as required by 26 CFR § 301.6203-1.3 Nor do the Certificates of Assessments and Payments contain 23C dates which would allow us to conclude that a Form 23C form was signed on that date. See United States v. Dixon, 672 F. Supp. 503, 505-506 (M.D.Ala.1987). Thus we find that the plaintiff has raised a factual question concerning whether IRS procedures were followed in making the assessments..."*

*"This regulation provides, in relevant part, that "[t]he assessment shall be made by an assessment officer signing the summary record of assessment..."*

COMMISSIONER v. SHAPIRO, 424 U.S. 614 (1976):

*"Normally, the Internal Revenue Service may not "assess" a tax or collect it, by levying on or otherwise seizing a taxpayer's assets, until the taxpayer has had an opportunity to exhaust his administrative remedies..."*

17) The U.S. Supreme Court has ruled that a "taking" may not be done prior to a judgment and hearing.

SNIADACH v. FAMILY FINANCE CORP., 395 U.S. 337 (1969): *"Held: Wisconsin's prejudgment garnishment of wages procedure, with its obvious taking of property without notice and prior hearing, violates the fundamental principles of procedural due process. Pp. 339-342."*

18) There is no deficiency unless an assessment shows a deficiency. There is no deficiency against Donald Louis Hymes.

19) A Notice of Deficiency, without an actual deficiency, is fraud. If such fraudulent Notice is sent through the U.S. Mail, that would constitute mail fraud.

20) There been no liability established on Donald Louis Hymes.

> *"The taxpayer must be liable for the tax. Tax liability is a condition precedent to the demand. Merely demanding payment, even repeatedly, does not cause liability".*

> **Boathe v. Terry,** 713 F. 2d 1405, at 1414 (1983).

21) There is no levy perfected against Donald Louis Hymes, since a levy must be perfected on form 668-B, and there is no 668-B on Donald Louis Hymes in existence.

> *"Under the 1939 Code, effective with respect to distraint and seizure and sale actions prior to January 1, 1955, levy or distraint on personal or real property in the possession of a taxpayer was authorized by a signed Warrant for Distraint, Form 69, which commanded the collection officer to take the necessary distraint action. Under the 1954 Code, effective with respect to all collection actions after December 31, 1954, the levy and distraint action will be authorized by a new form, Levy, Form 668-B, January 1955. This form (668-B, not 668-W, notice of levy), properly executed, directs the collection officer to levy upon, and to sell so much of the property and rights to property, either real or personal, of the taxpayer liable, as may be necessary to satisfy the taxes enumerated in the levy. The Form will not require any accompanying documents, since the Form, properly prepared, will contain all information necessary to meet the statutory requirements (emphasis added)."* Henderson v. Internal Revenue Service, Kleinrock's Tax Court Reported, 1994-486, S.D. Indiana, Case # IP 93-1699-C, Filed May 31, 1994).
> *"A 'Levy' requires that property be brought into legal custody through seizure, actual or constructive, and is absolute appropriation in law of property levied on, and MERE NOTICE OF INTENT TO LEVY IS INSUFFICIENT"* (Emphasis added). United States v. O'Dell, 160 F. 2d 304, 307 (6th Circuit 1947).

22) The Secretary of the U.S. Treasury or his delegate has not authorized collections actions against Donald Louis Hymes as required by IRC section 7401.

23) Tim Paul does not have delegation orders from the U.S. Treasury Secretary to take collection actions under subtitle A or subtitle C.

24) The U.S. Attorney General, or his delegate, has not authorized collections actions against Donald Louis Hymes as required by IRC section 7401.

25) Tim Paul does not have authorization from the U.S. Attorney General to

↓/
3~8

26) Tim Paul pocketbook commissions is a non-enforcement pocket commission as designated by the "A".

27) IRC section 7608 is the only code section specifying the authority of various Internal Revenue agents by title. It specifically excludes Tim Paul from all actions under subtitle A and C. It only authorizes Tim Paul's activities under subtitle E.

28) Tim Paul has failed to respond to more than 60 Freedom of Information Act requests submitted by Donald Louis Hymes.

29) Tim Paul has failed to provide any an all source documents on which he has claimed to have based her actions against Donald Louis Hymes.

30) Tim Paul is charged with knowledge of the law.

   The legal dictionary states, *"Constructive knowledge - knowledge that the law attributes to a person regardless of whether that person has actual knowledge of the matter, usually because the circumstances are such that a failure to know a fact is regarded as inexcusable."*

31) Tim Paul does not have knowledge of the Internal Revenue Manual. Therefore, Tim Paul is not qualified as a competent IRS agent and should be removed from Office immediately.

   **Quotes from Internal Revenue Manual:**

   *"Before any seizure action is considered, the assessment will be fully explained and verified with the taxpayer. Also, any adjustments will be fully explained, and the taxpayer will be informed of his/her rights."*

32) Tim Paul is violating the Oath Of Office he has taken.

33) The remedy for an unlawful encumbrance of property or unlawful seizure of property, lies in the 14th Amendment and is done under **42 U.S.C. § 1983** *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other*

*custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."*

## NOTICE

If you fail to respond within 15 days, I will be forced to conclude that you have been acting against me without authority of law, and without the authorizations by the U.S. Secretary of the Treasury and the U.S. Attorney General. I will, thereafter, commence a lawsuit against you for fraud, extortion, and mail fraud in U.S. District Court if you ever attempt to harass me or my family again. Your actions have caused me very much mental and emotional hardship, along with expenses and losses suffered by your unauthorized actions.

*"When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity."* **Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991).**

*"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation."* **(Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).**

Further, if you do not rebut my assertions of fact, I will be forced to conclude that you have violated IRC section 7214:

*"IRC 7214 (a) unlawful acts of revenue officers or agents. Any officer or employee of the United States acting in connection with any revenue law of the United States -*
  *(1) who is guilty of any extortion or willful oppression under color of law, or*
  *(2) who knowingly demands other or greater sums than authorized by law...*
  *(3) who with intent to defeat the application of any provision of this title fails to perform any of the duties of his office or employment,...*

*(7) who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return or statement, ...shall be dismissed from office or discharged from employment..."*

Awaiting your response and/or rebuttals.

Sincerely,

Donald Louis Hymes

*Donald Louis Hymes*

Notary Statement: The above signed, Donald Louis Hymes has appeared before me and properly identified himself. The above signed has presented an original and two copies of the above and will be retaining the copies as proof of the contents of the original.

Dated this: 24 day of June      ,2005

*Lena Mae Stiey*

Notary

My Commission Expires:   12-13-07.

# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s): Donald Louis Hymes

*(Print)* Address: 2340 Ravenwood Ave Fairbanks Alaska 99704

Daytime Telephone Number: 907 479 6922    Type of Tax/Tax Form Number(s): Letter CP90 8172

Taxable Period(s): 2000, 2002    6684

Social Security Number/Employer Identification Number(s): 218303597

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [ ] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

_X_ **Filed Notice of Federal Tax Lien (Explain why you don't agree. Use extra sheets if necessary.)**

Notice of Fed Lien Filing    No 668 B

Accounting error

____ **Notice of Levy/Seizure (Explain why you don't agree. Use extra sheets if necessary.)**

Notice of intent to levy

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: S. Hymes    6/15/05

Taxpayer's or Authorized Representative's Signature and Date: _____

IRS Use Only:

IRS Employee *(Print)*: _____    IRS Received Date: _____

Employee Telephone Number: _____

Form 12153 (01-1999)    Catalog Number 26685D    Department of the Treasury – Internal Revenue Service

