*u . possible levy on SS*

# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s): Donald Louis Hymes

*(Print)* Address: 2340 Raven Wood Cir Fairbanks, Alaska 99709

Daytime Telephone Number: 907 474 6422    Type of Tax/Tax Form Number(s): CP 91

Taxable Period(s): 1999  1997

Social Security Number/Employer Identification Number(s): 218303597

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [   ] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

_____ **Filed Notice of Federal Tax Lien  (Explain why you don't agree. Use extra sheets if necessary.)**

_____ **Notice of Levy/Seizure (Explain why you don't agree. Use extra sheets if necessary.)**

Final Notice Before levy

accounting error

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: _____  6/15/05

Taxpayer's or Authorized Representative's Signature and Date: _____

IRS Use Only:

IRS Employee *(Print)*: _____    IRS Received Date: _____

Employee Telephone Number: _____

Department of the Treasury – Internal Revenue Service    #6

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Acct # 217303597



Tim Paul
Appeals Office
915 Second Avenue
Room 2790, MS W680
Seattle, WA 98174

Date: 11/19/04

## DETERMINATION

In response to your letter (dated Nov. 4th and received on Nov. 10th) setting a hearing date for Nov. 18th 2004, I had my wife fax you a letter asking for a postponement of said hearing as I would have to either get you on the approved telephone list at the Sheridan Prison Camp, which could take 2 weeks or more-provided you would get approved, get the administration to call you, which was not very likely, or in the alternative have you call there.

I asked that you fax your response. On the 12th of November the same letter was sent to you by US mail with a packet of documents.

As of Nov. 18th you had failed to respond-either by phone, fax or mail. When my wife called you, she asked why you had not responded- you admitted to having received both the fax and the material sent through the mail, though gave no explanation why you had failed to contact us to let us know whether or not the hearing was postponed, and/or whether you would call me at the Sheridan prison.

My wife relayed your message to me that you need a power of attorney in order to discuss anything pertaining to me with her- when all she wanted to know was just what you would need besides what was already sent to you. You told her that I could state my case in writing. Why did you not either try to contact me by phone or put this in writing to me?

*********Chapter 6 Appeals, Section 1
*Conference and settlement Practice 8.6.1.3.4(02-18-1999)*

a) the judicial attitude is one which reasonably appraises the facts, law and litigating prospects; uses sound judgment and has ability to see both sides of a question; and is objective and impartial. Any Approach, which contemplates a maximum possible result in favor of the government or a deficiency in every case, is incompatible with a judicial attitude and the Appeals mission.

**b) Do not take advantage of a taxpayer's lack of technical knowledge. The Appeals officer will assist the pro se taxpayer in every possible way..........**

I realize this is an unusual circumstance, however, I am still entitled to fair treatment,

47

which I do not believe I received from you.

The IRS has filed NOTICES OF LIEN against DONALD LOUIS HYMES.

1.  These NOTICES OF LIEN have never been validated, nor were they filed under any Court order.  The NOTICES OF LIEN also did not have the second page attached.

**For there to be an assessment** there has to be a **Form 23C in strict compliance with 26 CFR 301.6203** for the tax periods in question.  There are no Form 23Cs for any of the years in question

**IRM 31746)2.3 Certification:**

a) All assessments must be certified by signature of an authorized official on Form 23C Assessment Certificate.  A signed Form 23C authorizes issuance of notices and other collection action.
It must have the full name and employee number of the assessment officer for theses tax periods

b) a complete facsimile of the assessment certificate for each of these tax periods.
Form 23C is described in Document 7130, IRS Printed Product Catalog as:
23C-ASsessment certificate - Summary Record of Assessment:

c) Form 23 C is used to officially assess tax liabilities.  The completed form is retained in the Service Center case file as a legal document to support the assessment made against the taxpayer.

**d.  The Internal Revenue Manual 3(17)(63)(14).1 Account 6110 Tax Assessments states:**

All tax assessments must be recorded on Form 23C Assessment Certificate.  The assessment certificate must be signed by the assessment officer and dated.

**The assessment certificate is the legal document that permits collection activity.**

Do you have each record of decisions amending, revoking, rendering obsolete or otherwise affecting Form 23C, authority of "Account 6110 Tax Assessments", with respect to Internal Revenue Manual 3(17)(63)(14).1.  (Not RACS 006)

*No Forms 23 C pertaining to me and/or my account number apparently exist.  I have filed FOIA requests for them, but have never received even one.*
*NO Form 23C; NO supporting documents.  HOW then can there be an assessment?*

I have submitted nearly 60 FOIA requests (a list of which was included in the document package mailed to you on Nov. 12th.), which have not been answered! I received a few requests for an extension of time for FOIAs submitted- but the



information was never received. So, apparently even those FOIAs were NOT answered.

**BY ORDER OF THE SECRETARY OF THE TREASURY**
**TREASURY ORDER 120-01 (June 6-1972)**

SUBJECT: Establishment of the Bureau of Alcohol, Tobacco and Firearms

602    b) Chapters 61-80, inclusive, of the Internal Revenue Code of 1954, in so far as they relate to activities administered and enforced with respect to chapters 51, 52 and 53;

603    The terms 'internal revenue officer" and "officer, employee or agent of the internal revenue" wherever used in such regulations, rules, instructions and forms, in any law specified in paragraph 2 above, and in 18 USC 1114, shall include.......... WORKS FOR ATF.

Flow chart of the DEPARTMENT OF THE TREASURY shows that the Bureau of Alcohol, Tobacco and Firearms falls under the jurisdiction of the Under Secretary of Enforcement, who is below the Deputy Secretary.
However, the Internal Revenue Service falls directly below the Deputy Secretary. Which then must mean that the IRS has NO enforcement powers.

The flow Chart of the OFFICE OF ENFORCEMENT shows the BUREAU HEAD OF ATF, but NO IRS.

The district director of the regional service center shall appoint one or more assessment officers.  The district director shall also appoint assessment officers in a Service Center servicing his district. The assessment shall be made by an assessment officer signing the summary record of assessment.  The summary record, through supporting records, shall provide identification of the taxpayer, the character of the liability assessed, the taxable period, if applicable, and the amount of the assessment.............If the taxpayer requests a copy of the record of assessment, he shall be furnished a copy...........which set forth the name of the taxpayer, the date of assessment, the character of the liability assessed, the taxable period, if applicable, and the amounts assessed.

 **Until the Secretary or his delegate cites implementing regulations for taxing and liability statutes, then proves application to my unique fact circumstance, no liability exists. IRC Sections1, 6011, 6012**

The employees/agents of the IRS have failed to abide by the administrative regulations published,  particularly in 26 CFR, Sections 601.103 through 601.107.

The IRS employees/agents have failed to abide by 26 CFR 601.201- findings of facts and conclusions of law.

Where is the regulation saying that my taxable income 'from sources within or without the United States' SHALL BE DETERMINED' under the rules of 26 CFR, section 1.861-8(a)(1) and 1.863-1(c)

J9

The IRS employee/agent's disdain for the duty imposed by the first section in Subtitle F of the Internal Revenue Code evidences systemic malfeasance and misfeasance.

**Are there any implementing regulations for taxing and liability statutes applicable to my fact circumstance?**

According to Section 6001:

  Unless and until the Secretary of the Treasury or his delegate promulgates implementing regulations for taxing and liability statutes applicable to my fact circumstance, or provides direct written notice that includes findings of fact and conclusions of law, I am not required to keep books and records and file returns.

In Subtitle A via Sections 31 and 26 CFR, Section 31.3402 you find that withholding agents (Chapter 3, Section 1441, et seq) are required to withhold at the source from non resident aliens, foreign corporations and other foreign juristic entities.  This does NOT include citizens and residents of the States.

*Notices of Federal Tax Lien have been filed against my property.*
  Do you have a facsimile of any Treasury decision amending, revoking, rendering obsolete or otherwise effecting Treasury Division 1995 pertaining to "Assessed taxes-Notice and Demand Form 17"?

**SUBCHAPTER H- INTERNAL REVENUE PRACTICE 26 CFR Ch. I (4-1-90) Part 601 STATEMENT OF PROCEDURAL RULES**:

Subpart A- General Procedural Rules 601.101 Introduction

*The Internal Revenue Service is an agency by which these functions are performed. Within internal revenue district the internal revenue laws are administers by district director of internal revenue.  The director, Foreign operations District, administers the internal revenue laws applicable to taxpayers residing or doing business abroad-foreign taxpayers deriving income from sources within he United States, and taxpayers who are required to withhold tax on certain payments to non-resident aliens and foreign corporations, provided the books and records of those taxpayers are located outside the United States.*
**=There are NO new regulations, so this stands!**

Rule 601.102

The regulations relating to the taxes administered by the service are contained in Title 26 of the Code of Federal Regulations.  The regulations administered by the Bureau of Alcohol, Tobacco and Firearms are contained in Title 27 of the Code of Federal Regulations (See 601.301)
**= There is NO revenue officer, NO agent, NO special agent in Title 26. ONLY in Title 27**

There are some kinds of income that are EXCLUDED= NOT taxable because they are

5D

UNDER the CONSTITUTION:

**26 USC, Section 61 (a) does not impose a tax or otherwise create a liability.**

The Supreme Court further ruled in <u>MERCHANTS V, SMIETANKA</u> ".
**.income may be defined as gain derived from capital, from labor, or both= NOT OBJECTS OF SUBTITLE A INCOME TAXES.**

ORDER No. 24 (Rev.1) (5-12-86)
  *AUTHORITY TO REQUIRE RECORDS TO BE KEPT*

<u>The Assistant Commissioner (International) and District Directors of Internal Revenue are hereby authorized to require any person, by notice served upon him, to keep such records as shall show whether of not such person is liable for tax under the Internal Revenue Code of 1954.</u>

This Order supersedes Delegation Order No 24, issued February 29, 1956–/s/ James I Owens, Deputy Commissioner.

<u>:......taxable income 'from sources within or without the I=United States' SHALL BE DETERMINED under the rules of 26 CFR, Section 1.861-8</u>
**Has this been done?**

There have been Supreme Court rulings- for example <u>Brushaber v. Union Pacific Railroad</u> wherein it was the unanimous decision of the US Supreme Court- 16 th Amendment did not give Congress any new power to tax new subjects....only simplify ... The ruling also showed that the income tax was, in fact, an excise tax on corporate privileges and privileged occupations,........CITIZENS ARE ENTITLED BY RIGHT TO INCOME ONEARNINGS AND THAT RIGHT COULD NOT BE TAXED AS A PRIVILEGE.. NOWHERE IN THE ENTIRE INTERNAL REVENUE CODE ( CLOSE TO 10,000 SEPARATE SECTIONS), WAS ANYONE ACTUALLY MADE LIABLE FOR THE INCOME TAX.--
**THIS; ACCORDING TO YOUR OWN CODE BOOK!**

If a government agency does not have authority to do what agency personnel do or attempt to do, the action is void from the outset. The Secretary of the Treasury has never established internal revenue districts in States of the union as required by 26 USC, Section 7621 and Executive Order # 10289, that Congress did not legislatively create a Bureau of the Internal Revenue or an Internal revenue Service.

Further, a Tennessee Supreme Court case: <u>Jack Cole v. Commissioner</u>, ruled that "*CITIZENS ARE ENTITLED BY RIGHT TO INCOME OR EARNINGS AND THAT RIGHT COULD NOT BE TAXED AS A PRIVILEGE.*"

**Can you show me where in the Internal Revenue Code anyone is actually made liable for the income tax?**

What is the mission statement of the IRS?
  Is it not true that the Mission Statement of the Internal Revenue Service states that

51

*the income tax relied upon "VOLUNTARY COMPLIANCE"?*
*Whereas the Alcohol Tax is 100% enforced.*
**I am not in the business of Alcohol, Tobacco and Firearms.**

CITIZEN OF THE UNITED STATES Section 31.3121(e)(1(b):
1917 Congress vested the people of Puerto Rico in the status of: citizens of the US;
in 1927 Virgin Islands;
after January 1. 1961- Guam, American Samoa.

I FIND THAT:

1.  You have not followed the proper rules.
2.  The IRS employees/agents have not followed the rules
3.  There is no proof that I am a taxpayer required to file and/or pay income taxes
4.  There is no court order
5.  The IMF files pertaining to me and my account number do not agree with the IRS' allegations?.
6.  There no Forms 23C.
7.  There is no **non-master file**.
8.  There are no **substitute for returns**. [The only one I received had my name, address and account number on it, but no information and no signature.]
9.  There are no valid delegation of authority orders.
10. NO documentation has been presented to me to substantiate the IRS' claim/allegations against me and my account number.
11. There is NO court order authorizing the filing of any Notices of Lien pertaining to me and/or my account number.

For these and other reasons, the IRS' Notices of Lien are therefore invalid and illegal.

You are hereby ordered to withdraw all NOTICES OF LIEN immediately.

Donald Louis Hymes

5

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct. # 218303597

*NO response*

Thomas D. Mathews
Compliance Center
Ogden Service Center
Ogden, UT 84201-0040

09/19/04

Re.: FOIA request

Dear Mr. Mathews,

On  June 22, 2004 I sent you a FOIA, a copy of which is herewith attached.  To date I
have neither received the requested information, nor have I heard from you as to why
you  are not furnishing the requested information.

I do believe the Internal Revenue rules stipulate that FOIAs be answered within 20
days.  Please respond to the FOIA request referenced above, or inform me as to why
you have not and are not furnishing the requested information.


Sincerely,


Donald Louis Hymes




cc:  District Director
       Office of theTaxpayer Advocate
       Treasury Inspector General

53

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct. number 218303597


Thomas D. Mathews
Compliance Center
Ogden Service Center
Ogden, UT 84201-0040

June 22, 2004

Re.: NOTICES OF DEFICIENCY

**FREEDOM OF INFORMTION ACT REQUEST**

Dear Mr. Mathews,


1.  This is a request under the Freedom of Information Act 5 USC, section 552 and 26 CFR 6103.  This is my firm promise to pay fees and costs for locating and duplicating the documents and information requested below, ultimately determined in accordance with rules and regulations.

2.  If some of this request is exempt, please furnish those portions reasonably segregable and provide an indexing, itemization and detailed justification concerning information which you are not releasing.

3.  This request pertains to the years 2000 and 2002

4. BACKGROUND: I am in receipt of your NOTICES OF DEFICIENCY for the years **2000 and 2002** .  You state that you have determined that there is a deficiency, yet you have failed to enclose valid documentation.  Please be so kind and send the following documents to verify your claim:

   1.  Your full name and title
   2.  your delegation of authority, pertaining to me and my account number
   3.  your security bond
   4.  a valid 23 C pertaining to me and my account number
   5.  A valid 'substitute for return'
   6.  The full name and title of the person who prepared the 'SUBSTITUTE FOR RETURN'
   7.  FORM 8278
   8.  AMDISA  FILE (Screen display 01, 02, 03, 04,  05)
   9.  FORM 5734 Non Master File Assessment Voucher 1995-1999
   10.  NON MASTER FILE Integrated Data Retrieval System/ IRS 34.018
   11.  FORM 668 (F)(2) , certified with 2866
   12.  FORM 9865 Examination Closing Disposition

I look forward to receiving the requested information from you.

54
2

Sincerely,

Donald Louis Hymes

I understand the penalties provided in 5 USC, Section 552(a) for requesting or obtaining access to records under false pretense. This information is for personal use as per 26 CFR part 601.702 (c)(x).

cc: Mr. Parizek

## FREEDOM OF   INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 2718303597

Disclosure Officer
Internal Revenue Service
M/S W 625
Seattle, WA 98174

8/15/2004

Dear Disclosure Officer,

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

If some of this request is exempt from release, please send me those portions reasonable segregable. I am waiving personal inspection of the requested records.

I am attesting under penalty of perjury that I am a category requester.

This request pertains to the years 1989 to and including 2002.

Please provide me with a copy of all documents maintained in the system of records identified as Classification and Examination Selection Files, Treasury/ IRS 42.016, which pertain to the above referenced account number and person.

**I understand the penalties provided in 5 USC 552(a)(3) for requesting or obtaining access to records under false pretense.**

Sincerely,

Donald Louis Hymes



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

June 2, 2004

RE: 204-05-115

Mr. Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

Dear Mr. Hymes:

We received your May 13, 2004, Freedom of Information Act (FOIA) request for records concerning the National Prohibition Act.

The material you are requesting is already available to the public, and therefore the access provisions of the FOIA do not apply. The following is a list of possible sources for locating information about the National Prohibition Act:

❑ United States Code:

    Title 26 (Internal Revenue Code (IRS))
    Title 27 (Bureau of Alcohol, Tobacco and Firearms (ATF))

❑ Public libraries, particularly those with a Government Documents Section.
❑ Government Depository Libraries (GDL). There are 50 regional libraries throughout the United States housing Government publications.
❑ Government Printing Office (GPO) offers the Code volumes for sale. You may contact the GPO by fax (202/512-2250) or by mail (Superintendent of Documents, Washington, D.C. 20402-9328). Their main phone number is 202/512-1800.

**On-line:**

❑ IRS: **www.irs.treas.gov**
❑ ATF: **www.atf.treas.gov**
❑ The list of Federal Depository Library locations can be found at http://www.access.gpo.gov/su_docs/fdlp/index.html

                    Sincerely,

                    Alana Johnson
                    Chief, Disclosure Services

### FREEDOM OF INFORMATION ACT
### AND PRIVACY ACT REQUEST`

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account number: 218303597

Disclosure Officer
IRS
P.O. Box 9941 M/S 7000
Ogden, UT 84409

*N° Resp*

Wednesday, May 19, 2004

Dear Disclosure Officer
NOTICE,

This request is made pursuant to both, the Freedom of Information Act and Privacy Act,
and must be processed under both Acts and meet all procedural requirement of 31 CFR Subtitle A (1);
Subpart C, Appendix B, 26 CFR 601.702, and those listed on the Federal Register. I am requesting that
you suit ALL of the items listed herein that are maintained under this Requester's assigned name and
account number as stated above.
This request pertains to the years 1989 to and including 2002.

1. Form 5546, Examination Return Charge Out form
2. Form 4340, Certificate of Assessments and Payments

If there are any search and copying fees for any of these items, please inform me of them before you
complete this request. I am requesting this information so that I may better understand the operating
policies and procedures of your agency. As you know, the Freedom of Information Act permits you to
reduce or waive fees when the release of the information is considered as "primarily benefiting the
public", I believe that this request satisfies that criteria and ask that you waive any fees.

I understand the penalties for requesting information under false pretenses. I believe that the documents
requested herein are publicly available, within the custody of your Commissioner's office, and not exempt
or excluded under any statute, e.g. "the documents are not exempt under exemption (b)(5) as they
represent a purely factual record of the agency's post decisional file in this matter". I also believe that
reasonable grounds do not exist door withholding, in accordance with Section (a)(4)9F) of the Cats
penalties section. If allor anypart of this request is denied, please provide me with indexing, itemization
and return to me a detailed statement citing the specific exemption(s) which you believe would justify your
refusal to release the information and inform me of the appeal procedure available as prescribed by law.
Please remember, that it is the policy of the Department of Justice (FOIA Update spring/summer 1993) to
refuse to represent your agency when it has ailed to comply with regulations pertaining to this request,
because Congress has not authorized the Secretary to appear on behalf of your agency. I would be
awarded my claim plus all costs if the need to file a civil complaint in the US> District Court arose.
However, I am very optimistic that I can obtain the information requested without such action.

I would appreciate your processing this request as quickly as possible. I look forward to your written
acknowledgement within twenty (20) days, as provided by law.

Sincerely,
Donald Louis Hymes



# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/18/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F).  If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated.  I am waiving inspection of the requested records.  I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please send me a copy of the Record of Assessment, Accounting Assessment Journal, the Assessment list, form 23C, supporting documents and the ledger entry required to make an assessment which pertains to the above account # and person (pertaining to me, Donald Louis Hymes).


Sincerely,

Donald Louis Hymes

## FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

*NO resp*

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/18/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please send me Form 900, Collection Waiver
Sincerely,

Donald Louis Hymes

59

## FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/15/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please send me a copy of the complete ACTRA and MFTRA files maintained in the Integral Data Retrieval System (IDRS) of records known as Data Services-Treasury/IRS 24.030 which pertain to the above referenced account # and person.

Sincerely,

Donald Louis Hymes

FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Ave.
Fairbanks, Alaska 99709
Account # 218303597

*NU post*

Disclosure Officer
Internal Revenue Service
Ogden, UT 94201

11 February 2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulations
thereunder. This is my firm promise to pay fees and costs for locating and duplicating the
records requested below, ultimately determined in accordance with 26 CFR 601,702(F).
If some of this request is exempt from release, please furnish me with those portions
reasonably able to be segregated. I am waiving inspection of the requested records. I am
attesting under penalty of perjury that I am a category E requester.
BACKGROUND: IRM (20) 100 Penalty Manual [Exhibit A].

1. This request pertains to the years 1989 to and including 2000.

2. Please send me Form 8278 for the above years that pertain to the above referenced
account number and individual, that would have to have been created before any penalty
could be created.


Donald Louis Hymes



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

March 29, 2004

*[handwritten: interesting - the same Affidavit for statement has type been submitted since the beginning why so - now]*

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to two Freedom of Information Act requests dated February 13, 2004 and received in our office March 26, 2004.

The Freedom of Information Act prohibits the release of confidential tax information without proper identification from the taxpayer. Submitting two forms of identification bearing your signature or a notarized statement in which the notary swears to or affirms your identity by personal knowledge or proved by satisfactory evidence (i.e. drivers license) or by, a penalty of perjury statement that states, "*I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).*" Your request did not include proper identification nor did it contain a legible signature. We have provided this information in response to prior invalid requests. Please provide identification and sign and date your requests.

You may submit a perfected request to this office within thirty (30) days. Upon receipt of your perfected request we will provide the appropriate responsive data as quickly as possible. The statutory period for response does not begin until a perfected request is received.

If you have any questions regarding this correspondence, Case Control Numbers DAH04-02999 and DAH04-03055, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7917707368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:

*[handwritten: 62]*

FREEDOM OF INFORMATION ACT REQUEST
REQUEST FOR NOTIFICATION AND ACCESS

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709



Disclosure Officer
Internal Revenue Service Center

P.O.Box 9941 M/S 7000
Ogden, UT 84409

Dear Sir/Madam

1. This is a request under the Freedom of Information Act, 5 U.S.C. Section 552 and 26 USC 6103.  This is my firm promise to pay fees for locating and duplicating the documents and information requested below.

2. If some of this request is exempt, please furnish those portions reasonably segregable, and provide an indexing, itemization and detailed justification concerning information, which you are not releasing.

3. This request pertains to the years 1988,1989,1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

4. Please send me a copy of the District Office delegation of authority for IRS employees to execute returns under Internal Revenue Code Section 6020 (a) and 6020(b) and 7602.

Dated this _____ day of February 2004

Respectfully,

Donald Louis Hymes

I understand the penalties provided in 5 U.S.C. Section 5542a(i)(3) for requesting or obtaining access to records under false pretenses.
This information is for personal use as per 26 CFR part 601.702 (c)(ix).
I am the individual making the request, this request falls under 26 CFR part 602.702(f)(3)()(i)(E), and this is my signature

6 3



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

February 4, 2003

*how am I supposed n leave this ?*

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated August 30, 2002 and received in our office January 24, 2003.

We are unable to initiate a search for the document(s) requested in item 5, because the records solicited cannot be determined from the information you provided. An adequate description of the desired documents should include the form or file identified by form number, title, or System of Record, or a copy of a letter, notice or subject matter of correspondence you have received that lead you to believe such documents are maintained by this office. This information is necessary to enable the employees who are familiar with the subject area of the request to locate the records without placing an unreasonable burden on the Service.

You may submit a perfected request to this office within thirty (30) days. Upon receipt of your perfected request we will provide the appropriate responsive data as quickly as possible. The statutory period for response does not begin until a perfected request is received.

If you have any questions regarding this correspondence, Case Control Number DAH03-0001468, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis

JaNean Ellis
Disclosure Officer

Attachments:

L4



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

DEC 1 6 2004

**OFFICE OF**
**INSPECTOR GENERAL**

*D-d - No response*

Mr. Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Complaint Number: 2005-0087

Dear Mr. Hymes:

This is in response to your correspondence, dated November 11, 2004, which forwarded your complaint regarding the aggregation of fees and timeliness of response concerning various Freedom of Information Act requests you sent to the Internal Revenue Service.

As the information you provided concerns the Internal Revenue Service and federal taxation issues, we are forwarding it to the Treasury Inspector General for Tax Administration, which has jurisdiction in these matters, at the following address:

> Grace Sutton, ASAIC
> Complaint Management Division
> Treasury Inspector General
>   for Tax Administration
> 1125 15th Street, NW
> Room 700-A
> Washington, DC 20005

Please send any additional correspondence regarding this matter to that address. We thank you for your consideration.

Sincerely,

Nick D. Swanstrom
Assistant Inspector General
  for Investigations

65

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Act. # 218303597

*NO response*

Internal Revenue Service
Ogden, UT 84201-0030

12/07/2004

To Whom it May Concern

This is in response to your Letter **'We Intend to Levy**, dated Nov. 15, 2004, and pertaining to the
year 1997.

As a result of the [non] Appeal Hearing scheduled for November 18th 2004, the **APPEAL
DETERMINATION** (copy included) has been rendered in my favor for the following reason:
The IRS and Appeal's officer Tim Paul, have failed to produce the requisite **SOURCE
DOCUMENTS** to substantiate their claim and actions against me and my account number.
Without those documents there can be no **Deficiency, No Taxes due and owing , NO Notices of
Lien, No Liens and NO levies.**

I herewith demand that you release the NOTICE OF LIEN immediately.


Sincerely,

Donald Louis Hymes