Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709

Senator Lisa Murkowski
322 Hart Senate Building
Washington. DC 20510

Friday, June 11, 2004

Dear Senator Murkowski,

Over the years we have had a number of challenges with the Internal Revenue Service.   I have submitted
numerous Freedom of Information Act Requests.   For a while I would receive a response, or a request for
an extension of time.   The requests for extension of time dead-ended as no information was ever
furnished.  Over the past 2 years, the only response I have received was my request for the Individual
Master File, one response stating that the information requested was publicly available (which it isn't),
and 2 responses that the office I had mailed the request s to was the wrong office and that it would be
redirected- however that was the last of that too.

According to the IRS 'rules', Freedom of Information Act requests are to be answered within 20 days,
unless the IRS requests an extension of time.

Can you please check into this and see why the IRS does not follow its own regulations?
I am entitled to the information requested Under the Freedom of Information Act and I want it.

I am herewith enclosing the response I have mailed to the IRS to their unsusbstantiated  Notice of
Deficiency.

Thank you for your help

Donald Louis Hymes



**Internal Revenue Service**
**949 East 36th Avenue, A-405**
**Anchorage, AK 99508**
04 NOV -6 AM 10: 22

OCT 2 1 2004

*Never approved*

The Honorable Ted Stevens
Committee on Appropriations
Washington, DC 20510-6025

Dear Senator Stevens:

This is in response to your July 6, 2004, letter on behalf of your constituent, Donald Louis Hymes of Fairbanks, Alaska.

Mr. Hymes had written requesting assistance with several Freedom of Information (FOIA) requests he submitted. We have researched this issue and found that the Seattle Disclosure office is currently working on 14 requests from Mr. Hymes. Some of the requests Mr. Hymes submitted need additional time because the Disclosure office has to request records from the service center in order to answer his questions. However, on those requests that are not completed within the 20-day time frame, letters were sent to Mr. Hymes informing him of this.

The Disclosure office does not charge for the first 100 pages of a FOIA request. However, there is a 20 cent charge for each additional page over 100. We hope you find this information useful.

Sincerely,

Kristia Douts

Kristia Douts
Taxpayer Advocate

---

**The Office of the Taxpayer Advocate operates independently of any other IRS Office and reports directly to Congress through the National Taxpayer Advocate.**

FREEDOM OF INFORMARION ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Farbanks, Alaska 999709
acct# 217303597

Director
Internal Revenue Service
949 E 36th Avenue
Anchorage, AK 99508

Dear Sir,

1. This is a request under the Freedom of Information Act 5 USC, section 552 and 26 CFR 6103. This is my firm promise to pay fees and costs for locating and duplicating the documents and information requested below, ultimately determined in accordance with rules and regulations.

2. If some of this request is exempt, please furnish those portions reasonably segregable and provide an indexing, itemization and detailed justification concerning information which you are not releasing.

3. This request pertains to the years 1989 to and including 1999.

4. Please send a copy of the delegation of authority order from the Secretary of the Traesury to you and all orders in between in the chain of authority, and subsequent delegation of authoriity order(s) from you to Mike Walsh.

5. Please provide me with the complete and annotated file of all delegation of authority containing the delegation made to your office and by your office as required to be maintained by IRM 243(11)MT 1230-21.

6. As a matter of clarification, I do not seek documents from the Delegation of Authority Handbook. I seek the signed orders which contain the names of the above individuals and the signature of the person authorized to delegate the authority.

Respectfully,

Donald Louis Hymes, Requester

I understand the penalties provided in 5 USC, Section 552(a) for requesting or obtaining access to records under false pretense. This information is for personal use as per 26 CFR part 601.702 (c)(x).

Donald Louis Hymes, Requester

Dated: 10/13/04

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct# 218303597

*No response*

Treasury Inspector General for Tax Administration
Attn.: Complaint Management Administrator
Ben Franklin Station P.O.Box 589
Washington, D.C.  20044-0589

09/24/04

Dear Sir/Madam,

I hope you will take a moment to review this matter.  Over the past 30 months I have
submitted numerous FOIA requests to the Internal Revenue Service at various offices.
To date there are approximately  60 FOIA requests which have not been answered.  A
few requests for an extension of time were sent to me, however that was the end of it. I
never did receive the requested information no information.  A number of FOIA
requests I had submitted  were sent back  2- 4 months later with a letter that they
needed to be submitted to another office.  This was done, however no answer was ever
received from there.  Then a few more FOIAs were returned stating that they did not
have a 'valid Affidavit attached.  This was the same format I had been using for years.
I sent the requests again with a new affidavit- and never received an answer.
Are the FOIAs not supposed to be answered within 20 days, unless an extension of
time is requested?  I requested a  Due Process hearing after an unsubstantiated Notice
of Lien was filed.  I was denied that hearing undeer  the guise that I did not fikle my
request for said hearing in a 'timely' manner.  That request was indeed filed in a most
timely manner.
I thank  you in advance for any help you may be able to offer, to assure that IRS
employees follow the rules set out in the IRS Manual, Code and the Constitution of the
united states.

Respectfully,

Donald Louis Hymes

*90*

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709

*no answer*

Office of the Taxpayer Advocate
1111Constitution Avenue NW
Room 3017, C:TA
Washington, DC 20224

9/20/04

Greetings,

Enclosed please find correspondence adressed to Thomas D. Mathews. A FOIA
request addressed to him on June 22, 2004 has to date not been answered. The
information was vital in deciding what to do, as it would have established whether or not
his claim was valid, and that he had the proper documentation.
To date I have in excess of 60 FOIA requests submitted to the IRS over the last 2 1/2
years, which ( except for the FOIA to Mathews, all are single concern requests) , have
not been answered. A few requested a 120 day extension- never to be heard from
again, a few were returned as having to be sent top another office- which they were
and never heard from again, a few more were returned as having a 'bad' affidavit' [the
same format of the affidavit had been accepted for years]- this was rectified and re-
submitted and never to be heard from again. The rest were just simply never
acknowleged at all.


All of this  in light of the IRS's claim of working with the public and answering all
questions.

Your attention to this matter will be greatlky appreticated.


Respectfully,

Donald Louis Hymes

Donald Louis Hymes

9/1

Donald Louis Hymes
2340 Ravenwood avenue
Fairbanks, Alaska 99709
Acct. # 218303795



Disclosure Officer
Department of the Treasury
IRS
Ogden, UT 84201-00030

9/19/04

Re.: **FREEDOM OF INFORMATION ACT REQUEST for copy of recorded information**

Dear Disclosure Officer

This is a request under the Freedom of Information Act 5 USC, or regulations thereunder.  This request is not an interrogatory.  There are no questions asked in this request.

Should you decide that this request has been sent to the wrong office, please make certain that you forward this request to the proper office and notify me of same.

This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

BACKGROUND for Requests: Thomas D. Mathews sent me a NOTIOCE OF DEFICIENCY.

If some of this request is exempt from release, please furnish me with those portions reasonably segregable.  I am waiving inspection of the requested records.

I am attesting under penalty of perjury that I am a category E requestor.  PLEASE EXPEDITE THIS REQUEST.

1.  Please send me a copy of the documentation that shows the above employee's position with the internal Revenue Service;
2.  Please send me a copy of the documentation which shows the GS level of the above named employee;
3.  Please send me a copy of the above named employee's job discription and appointment letter;
4.  Plese send me a copy of the letter of authority for the above named employee;
5.  Please send me a copy of the delegation of authority order for the above named employee up to and including the District Director with a copy of the appointment letter;
6.  Please send me a copy  of all documents that disclose the identificaiton number of the audit group and branch manager's name and title to which the requestor's case has been assigned.

Upon re-naming, re-numbering, or re-designing records infra, consider this request  as seeking those records as identified with my name .  Your reply must be specific, not broad in form.

Donald Louis Hymes

92

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct. # 218303597

Thomas D. Mathews
Compliance Center
Ogden Service Center
Ogden, UT 84201-0040

*no answer*

09/19/04

Re.: FOIA request

Dear Mr. Mathews,

On June 22, 2004 I sent you a FOIA, a copy of which is herewith attached. To date I have neither received the requested information, nor have I heard from you as to why you are not furnishing the requested information.

I do believe the Internal Revenue rules stipulate that FOIAs be answered within 20 days. Please respond to the FOIA request referenced above, or inform me as to why you have not and are not furnishing the requested information.

Sincerely,

Donald Louis Hymes

cc: District Director
    Office of the Taxpayer Advocate
    Treasury Inspector General

93

# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s): _Donald Louis Hyms_

*(Print)* Address: _c/o 2340 Raven wood Dr._

Daytime Telephone Number: _NONE_     Type of Tax/Tax Form Number(s): _Letter 1058_

Taxable Period(s): _1989- 1940. 1991-1992 - 1993_

Social Security Number/Employer Identification Number(s): _21730 3597_     _trust H_

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [ ] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

_✓_ **Filed Notice of Federal Tax Lien (Explain why you don't agree. Use extra sheets if necessary.)**

_Mathematically Incorrect_

_____ **Notice of Levy/Seizure (Explain why you don't agree. Use extra sheets if necessary.)**

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: _Donald Louis Hyms_   _9-01-04_

Taxpayer's or Authorized Representative's Signature and Date: _____

IRS Use Only:

IRS Employee *(Print)*: _____     IRS Received Date: _____

Employee Telephone Number: _____

_94_



Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Acct.# 218303597


Director
Internal Revenue Service
949 E 36th Avenue
Anchorage, Alaska 99508


09/02/04


Dear Sir,


Enclosed please find Form 12153 "REQUEST FOR A COLLECTION DUE PROCESS HEARING".
I herewith ask that you cease and desist all liens and levies until this matter is completely settled.


Respectfully,


Donald Louis Hymes

NO REPLY

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct. # 218303597

Disclosure Officer
IRS
M/S W 625
915 2nd Aveneu
Seattle, WA   98174

09/01/2004

Re.: *Freedom of Information Act Request for copy of recorded information*

Dear Disclosure Officer,

   This is a request under the Freedom og Information Act 5 USC 552, or regulations thereunder.
This request is not an interrogatory.  There are no questions asked in this request.

   Should you decide that this request has been sent to the wrong office, please make certain that
you forward this request to the proper office and notify me of same.
   This is my firm promise to pay fees and costs for locating and duplicating the records requested
below, ultimately  determined in   accordance with 26 CFR 601.702(f).

   BACKGROUND for requests.  Mike Waalsh from the Internal  Revenue Service sent me two
letters;
1)   FINAL NOTICE , NOTICE OF INTENT TO LEVY (Letter 1058).
2)   NOTICE OF LIEN

   If some of this request is exempt from release, pleae furnish me with those portions reasonably
segregable.  I am waiving inspection of the requested records.
   I am attesting under penalty pf perjury that I am a category   E requestor.
PLEASE EXPEDITE THIS REQUEST

1. Please send me a copy of the documentation tha shows the above employee's  posiition witht he
Internal Revenue Service.
2. Please send me a copy of the documentation which shows the GS level of the individual who
sent me the aforementioned correspondence 9exhibit A).
3. Please sned me a copy  of the above named individual's job description and appointment letter.'
4.   Please send me a copy  of the letter of authority for Mike Walsh.
5. Please send me a cpoy of the delegation of authority order for the above named individual up to
and including the District Director witha copy of the appointment letter.
6. Please send me a copy  of all documents that disclose the identificaiton number of the audit
group and branch manager's name and title to which the requester's case has been assigned.

Upon re-naming, re-nu,bering or re-designing records infra, consider this request as seeking  those
records as identified with my name. Your reply must be speciifc, not broad inform.

9\7
Donald Louis Hymes

96

# AFFIDAVIT

State of Alaska                        )
                                       )        SS
Fairbanks North Star Borough   )


I, Donald Louis Hymes, hereinafter affiant, do state by first hand knowledge under the penalty of perjury, that this affiant is requesting information under the freedom of information act pursuant to affiant's account number 218303597

       Further affiant sayeth naught.

                    Donald Louis Hymes

*[signature]*


SUBSCRIBED AND AFFIRMED BEFORE ME, A notary public for the State of Alaska at Fairbanks, this ___*19th*___ day of August, 2002



*[signature]*
Notary



My Commission expires: *Dec. 6, 2002*

# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s): Donald Louis Hymes

*(Print)* Address: c/o 2340 Ravenwood Ave Fbks AK

Daytime Telephone Number: 907-479-6922 (message)   Type of Tax/Tax Form Number(s): L 68(4)

Taxable Period(s): 1989, 1980, 1991, 1992, 1993, 1997, 1999

Social Security Number/Employer Identification Number(s): Acct # 21730.3597

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [ ] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

___ Filed Notice of Federal Tax Lien (Explain why you don't agree. Use extra sheets if necessary.)

MATHEMATICALLY INCORRECT

___ Notice of Levy/Seizure (Explain why you don't agree. Use extra sheets if necessary.)

You are hereby put on Notice that this letter must be filed as part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: Donald Louis Hymes 8-31-04

Taxpayer's or Authorized Representative's Signature and Date: _____

IRS Use Only:

IRS Employee *(Print)*: _____     IRS Received Date: _____

Employee Telephone Number: _____

Form **12153** (01-1999)     Catalog Number 26685D     **(Over)**     Department of the Treasury – Internal Revenue Service

98

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct# 217303597

Director
Internal Revenue Service
949 E 36th Avenue
Anchorage, Alaska 99508


Dear Sir,


Enclosed please find Form 12153 "REQUEST FOR A COLLECTION DUE PROCESS HEARING".
I herewith ask that you cease and desist all liens and levies  until this matter is completely settled.


Dated: _____3/ ˢᵀ_____ day of *August* , 2004


Respectfully,

Donald Louis Hymes

# FREEDOM OF INFORMATIO ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct# 217303597

Director
Internal Revenue Service
94 E 39th Avenue
Anchorage, AK 99508

*No response*

08/24/04

Dear Sir,

1. This is a request under the Freedom of Information Act, 5 USC, Section 552 and 26 USC 6103. This is my firm promise to pay fees and costs for locating and duplicating the documents and information requested below, ultimately determined in accordance with rules and regulations.

2. If some of this request is exempt, please furnish those portions reasonbly segregable, and provide an indexing, itemization and detailed justification concerning information which you are not releasing.

3. This request pertains to the years 1989 to and including 1999.

4. Please send a copy of the delegaton of authority order from the Secretary of the Treasury to you and all orders in between in the chain of authority, and subsequest delegation of authority order(s) from you to Mike Walsh.

5. Please provide me with the complete and annotated file of all delegation of authority containing the delegation made to your office and by your office as required to be maintained by IRM 243(11)MT 1230-21.

6. As a maatter ofn clarification, I do not seek documents from the Delegtion of Authority Handbook. I sek the signed orders which contain the names of the above individuals and the signature of the person authorized to deleagte the authority.


Respectfully,
Donald Louis Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

*No reply*

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709
*acct # 218305597*

Disclosure Officer
Internal Revenue Service
M/S W 625
Seattle, WA 98174

8/15/2004

Dear Disclosure Officer,

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

If some of this request is exempt from release, please send me those portions reasonable segregable. I am waiving personal inspection of the requested records.

This request pertains to the years 1989 to and including 2002.

Please send me FORM 900 COLLECTION WAIVER.

**I understand the penalties provided in 5 USC 552(a)(3) for requesting or obtaining access to records under false pretense.**

Sincerely,

Donald Louis Hymes

*101*

# FREEDOM OF INFORMATIO ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct# 217303597

US Department of Justice
940 Pennsylvania Avenue NW
Room LOC 115
Wahington, DC  20530

08/24/04

Dear Sir,

1.  This is a request under the Freedom of Information Act, 5 USC, Section 552 and 26 USC 6103.  This is my firm promise to pay fees and costs for locating and duplicating the documents and information requested below, ultimately determined in accordance with rules and regulations.

2.  If some of tis request is exempt, please furnish those portions reasonbly segregabl.  I am waiving personal inspection of the requested records

3.  I am attesting nder penalty of perjury that I am a commercial requester.  PLEASE EXPEDITE THIS REQUEST.

4.  This request pertains to the years 1989 to and including 2002..

5. BACKGROUND FOR ITEM #6:  The United States Attorney's Manual II,6-4.270, reveals the United States Attorney has limited responsibility to prosecute offenses investigated by the IRS. Those offenses are: excise violations involving liqour tax, narcotics, stamp tax, firearms, wagering, and coin opperted gambling and amusement machines...A copy of the united States Attorney's Manual II, Title 6-4.270 is attached hereto and incorporated herein by reference as EXHIBIT A.

6.  Please send requester a copy of the documents indicating the requester is/was involved in a taxable activity relevant to EXHIBIT A.

Respectfully,
Donald Louis Hymes, Requester

16 2

I understand the penalties provided in 5 USCa(I)(3) for requesting or obtaining documents under false pretenses,

Donald Louis Hymes, Requester.

## FREEDOM OF INFORMATION ACT REQUEST

*No reply*

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

Disclosure Officer
Internal Revenue Service
M/S W 625
Seattle, WA 98174

8/14/2004

Dear Disclosure Officer,

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

If some of this request is exempt from release, please send me those portions reasonable segregable. I am waiving personal inspection of the requested records.

This request pertains to the years 1989 to and including 2002.

Please send me a copy of the NOTICE OF ASSESSMENT AND DEMAND FOR PAYMENT. If you assert that a notice and demand were sent for each or any of those years, please send a copy of 1.) the *notice list(s)*; 2.)a copy of the *error list(s)*; 3.) a copy of the *list(s) of notices* pulled from the mailing on the date(s) you allege the notice(s) was/were sent to me; 4.) a copy of the *mail log(s)* reflecting my name and address; 5.) and any other documentation which would establish the notice of assessment and demand for payment were sent to the above referenced account number and person.

**I understand the penalties provided in 5 USC 552(a)(3) for requesting or obtaining access to records under false pretense.**

Sincerely,

Donald Louis Hymes

104

*No Reply*

## FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709
*acct #218 303 547*

Disclosure Officer
Internal Revenue Service
M/S W 625
Seattle, WA 98174

8/13/2004

Dear Disclosure Officer,

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

If some of this request is exempt from release, please send me those portions reasonable segregable. I am waiving personal inspection of the requested records.

This request pertains to the years 1989 to and including 2002.

Please send me a copy of the RECORD OF ASSESSMENT, ACCOUNTING, ASSESSMENT JOURNAL; the ASSESSMENT LIST; FORM 23C, SUPPORTING DOCUMENTS and the LEDGER ENTRY required to make an assessment which pertains to the above account number and Donald Louis Hymes.

**I understand the penalties provided in 5 USC 552(a)(3) for requesting or obtaining access to records under false pretense.**

Sincerely,

Donald Louis Hymes

*105*



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

**OCT 1 4 2004**

*this was the only page sent*

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, AK 99709

Re: FOIA request F-91-2004-03580

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated July 30, 2004, received in our office August 3, 2004. Your July 30, 2004, letter was a cover letter accompanied by 14 requests previously submitted to the Ogden Campus Disclosure Office. Ogden Campus Disclosure Office did not process your request due to an invalid notary statement. To avoid confusion, we are enclosing a copy of each of your request letters with our corresponding response.

As advised by the Ogden Campus Disclosure Office the notary statement included in your request does not meet the requirements. For your convenience, we've enclosed the Internal Revenue Manual section describing the requirements. Although your notary statement is not valid we are directing our responses to your address of record as shown in our system.

Please be advised that requests for documents and/or information in IRS system of record 22.054 are not under the jurisdiction of the Seattle Disclosure Office. Request for the records must be directed to the Ogden Campus Disclosure Office. Although you have previously submitted your request to their office, you will need to resubmit you request, perfecting your notary statement or including identification in order for them to process your request.

The Summary Record of Assessment and/or assessment certificate, also known as Form 23-C, or RACS 006, is the assessment document signed by the assessment officer. The Summary Record of Assessment is an aggregate record of assessment which lists all taxes assessed for a given week or date by class of tax. Identities of taxpayers are not provided on this form. The summary record, through supporting documents, provides the identification of the taxpayer, the character of the liability assessed, the taxable period and, if applicable, the amount of the assessment. The supporting documents to the summary assessment are furnished by providing a transcript of account. Furnishing this transcript meets all statutory requirements of Internal Revenue Code section 6203 and applicable regulations. We have enclosed 36 pages of MFTRA transcripts for tax years 1989 through 2002 in response to this portion of your request.

*2*

*106*

## FREEDOM OF INFORMARION ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Farbanks, Alaska 999709
acct# 217303597

*No prsly*

Director
Internal Revenue Service
949 E 36th Avenue
Anchorage, AK 99508

Dear Sir,

1. This is a request under the Freedom of Information Act 5 USC, section 552 and 26 CFR 6103. This is my firm promise to pay fees and costs for locating and duplicating the documents and information requested below, ultimately determined in accordance with rules and regulations.

2. If some of this request is exempt, please furnish those portions reasonably segregable and provide an indexing, itemization and detailed justification concerning information which you are not releasing.

3. This request pertains to the years 1989 to and including 1999.

4. Please send a copy of the delegation of authority order from the Secretary of the Traesury to you and all orders in between in the chain of authority, and subsequent delegation of authoriity order(s) from you to Mike Walsh.

5. Please provide me with the complete and annotated file of all delegation of authority containing the delegation made to your office and by your office as required to be maintained by IRM 243(11)MT 1230-21.

6. As a matter of clarification, I do not seek documents from the Delegation of Authority Handbook. I seek the signed orders which contain the names of the above individuals and the signature of the person authorized to delegate the authority.

Respectfully,

Donald Louis Hymes, Requester

I understand the penalties provided in 5 USC, Section 552(a) for requesting or obtaining access to records under false pretense. This information is for personal use as per 26 CFR part 601.702 (c)(x).

Donald Louis Hymes, Requester

*Sent to Don Aug 25/04*

*107*