Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks,. Alaska 99709
Account # 218303597

Internal Revenue Service
M/S W 625
Seattle, WA 98174

*No Reply*

July 30, 2004

In re: Freedom of Information Act Requests

Greetings,

Enclosed please find Freedom of Information Act Requests which had been submitted to the Ogden
Office. Ms. Ellis, whose letter is also herewith enclosed states that that the notarization is not adequate.
I have used this same notarization format for years without any problems- how come now?
She also states that I have been previously informed to send the FOIA's to Seattle- this is not true.

For the sake of getting this done, I am herewith enclosing the FOIAs which were returned by Ellis, as well
as another Affidavit.
I do hope that the FOIAs will be answered in the time allocated by the IRS 's own rules- not the 2+
months Ms. Ellis has taken just to inform me that I needed to follow a different procedure..

Sincerely,

Donald Louis Hymes

Encl:
Ellis letter
FOIA:  May 3
       May 15
       May 18
       May 19
       May 19
       May 20
       May 21
       May 21
       May 21
       May 28
       May 30
       June 16          2004

CC: Commissioner, IRS
      Sen. Ted Stevens
      Sen. Lisa Murkowski

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
account # 218303597

*no answer*

Martin Splinter, Settlement Officer
IRS
Appeals Office
3310 El Camino Ave. Ste. 170
Sacramento, CA 95821

Mr. Splinter,

This is in response to your correspondence dated March 26, 2004.

To date I still have **not** received vital information requested through FOIA, just a few examples-

* why does the IMF not support your allegations.
* **No** Form 23C
* **No** substitute for return
* **No** substantiation that I am a person required, and/ or that I have done business pertaining to ATF,
* **No** court order for the Notices of Lien
* **No** court order authorizing levies
* **No** documentation authorizing 3rd party contacts.

The herewith enclosed copies of just 2 of my correspondences with your offices will document what I am claiming above.
As a matter of fact I have a hard time getting responses to my FOIAs. ALL of them have been signed and have an affidavits attached to them. Yet, I keep getting them back periodically with the claim that they did not have proper identification. Seven FOIAs, which were sent 16 months ago, and again 4 months ago still have not been answered.. I do believe there is a time stipulation in which your office is required to respond.

I thank you in advance for taking the time to review the herewith enclosed copies and , hopefully, answering my questions.

If you find that a meeting is still required. I will have a court stenographer , a tape recorder and at least 2 witnesses with me.
And yes, according to the IRS Manual I am entitled to all of the above.

Sincerely,
Donald Louis Hymes

july 12. 2004

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
acct. number 218303597



Thomas D. Mathews
Compliance Center
Ogden Service Center
Ogden, UT 84201-0040

June 22, 2004

Re.: NOTICES OF DEFICIENCY

### FREEDOM OF INFORMTION ACT REQUEST

Dear Mr. Mathews,

1.  This is a request under the Freedom of Information Act 5 USC, section 552 and 26 CFR 6103.  This is my firm promise to pay fees and costs for locating and duplicating the documents and information requested below, ultimately determined in accordance with rules and regulations.

2.  If some of this request is exempt, please furnish those portions reasonably segregable and provide an indexing, itemization and detailed justification concerning information which you are not releasing.

3.  This request pertains to the years 2000 and 2002

4. BACKGROUND: I am in receipt of your NOTICES OF DEFICIENCY for the years **2000 and 2002** .  You state that you have determined that there is a deficiency, yet you have failed to enclose valid documentation.  Please be so kind and send the following documents to verify your claim:

   1.  Your full name and title
   2.  your delegation of authority, pertaining to me and my account number
   3.  your security bond
   4.  a valid 23 C pertaining to me and my account number only
   5.  A valid 'substitute for return'
   6.  The full name and title of the person who prepared the 'SUBSTITUTE FOR RETURN'
   7.  FORM 8278
   8. AMDISA  FILE (Screen display 01, 02, 03, 04,  05)
   9. FORM 5734 Non Master File Assessment Voucher 1995-1999
   10.  NON MASTER FILE Integrated Data Retrieval System/ IRS 34.018
   11.  FORM 668 (F)(2) , certified with 2866
   12. FORM 9865 Examination Closing Disposition

I look forward to receiving the requested information from you within 20 days.

110

under "color of law" without authority to do so and shall be construed as attempted extortion.

Notice is hereby given that if you fail to produce a number of the Delegation Order from the Secretary that delegates the agent to demand 1040 forms to be submitted by persons who are not liable for the tax under subtitle A or C, your failure to do so shall be construed as prima facie evidence that no such delegation order exists and shall create the legal presumption or conclusion that the agent is acting without the necessary delegation authorities from the Secretary.

Notice is hereby given that if you fail to produce a number of the Delegation Order from the Secretary that delegates you to take collection actions under IRC 6331, your failure to do so shall be construed as prima facie evidence that no such delegation order exists and shall create the legal presumption or conclusion that you are acting without the necessary delegation authorities from the Secretary and are engaged in an act of extortion under "color of law".

Notice is hereby given that if you fail to produce an IRC section number that authorizes the agent, by title, who fills out the Affidavit, to act under subtitle A or C, your failure to do so shall be construed as prima facie evidence that no such statutory authority exists and shall create the legal presumption or conclusion that you and/or the agent is acting under subtitle A and C without the necessary statutory authority.

Notice is hereby given that if you and/or an authorized agent fails to fill out the requested Affidavit of Authority and fails to return the requested Affidavit to Donald Louis Hymes by certified mail within 15 working days, your failure to do so shall be construed as prima facie evidence that you and/or your agents are attempting to conceal evidence that may incriminate you and/or your agents as acting without the authority of law and "under color of law" and shall create the legal presumption or conclusion that you and/or your agents are engaged in an extortion scheme against Donald Louis Hymes.

## DEMAND FOR PAYMENT

Payment for damages are due for reasons as stated above, in the amount of $200,000.00 for damages payable to Donald Louis Hymes within 30 days of the date of this DEMAND FOR PAYMENT along with the satisfaction of removal of any invalid notice of lien or levy. [See IRC section 6323 (a) and (f)(1).]

Date: _____ / 6 _____, September, 2005

Donald Louis Hymes,

I am a Notary Public in the State of Alaska. Donald Louis Hymes has properly identified himself to me and has presented an original and two copies of this

letter, Court rulings, Affidavit of Authority, Notices of Non-compliance, and Demand for Payment (TOTAL OF 8 PAGES), and are retaining copies of such as proof of the contents of this letter.

*Angela Quellian*
Notary

My commission Expires: 11-17-07

**Please fill out the following Affidavit and return by certified mail to Donald Louis Hymes within 15 days. You may fill out only those items that you are prepared to swear to or affirm. You may refuse certain items by drawing a line through the items and initialing those items in the margin.**

**Please be notified that if you refuse to swear to or affirm any of the listed items, relying on your 5th amendment rights of not being compelled to testify against yourself, that such refusal shall be the equivalent of standing mute and the court will be forced to make its determinations based on the sworn testimony and evidence provided by the plaintiff.**

## Affidavit of Authority

I am an authorized representative of the Internal Revenue Service.

1) I understand that Donald Louis Hymes is a citizen of Alaska and the United States and is not engaged in a corporate activity and is not liable for the income tax under the corporate income (excise) tax and does not have earnings from foreign sources.

2) Donald Louis Hymes is liable for the individual income tax, that is a direct tax on his property, levied without the Apportionment

provision of the US Constitution.

3) IRC section 7608 or section _____ authorizes agents with my title to perform collection actions under subtitle A and C.

4) I certify that I am duly delegated to <u>issue</u> Notices of Lien and Levy by Delegation Order number _____ from the Secretary.

5) My delegation orders from the Secretary to perform collection actions under IRC section 6331 are listed in delegation order number(s) _____.

6) I am authorized to take collection actions against Donald Louis Hymes, under the authority of the 16th Amendment without the constitutional requirements of Apportionment. I understand that Ynm is not operating as a corporate entity and has not received taxable income under the definition of "income" in the 16th Amendment as stated by US Supreme Court rulings.

7) The Internal Revenue Service has the lawful authority under subtitle A to require Donald Louis Hymes to file 1040s and require them to include their sources of income as if those sources were "income" defined by the US Supreme Court.

8) The Internal Revenue Service has the lawful authority to require Ynm to file form 1040s under penalty of perjury for any and all years in question and this would not violate Donald Louis Hymes' Constitutional protections.

9) Our lawful authority to impose an individual direct tax without Apportionment, that makes Donald Louis Hymes liable for the individual income tax, is the Internal Revenue Code, section _____, paragraph(s) _____, and regulation number _____, paragraph _____ of the Code of Federal Regulations, Title 26.

10) I further certify that the IRS is acting under all lawful and correct collection procedures.

I declare under the penalty of perjury and under the laws of the United States that the foregoing is true and correct, except for items that I have crossed out and initialed.

*Signed* _____ *Date:* _____

*Printed Name of Agent* _____

*Agent's Employee Number* _____

*Agent's Title* _____

*Agent's IRS Division Name* _____

*Witness Signature and Printed Name* _____


**Notice of non-compliance follows:**

**Notice is hereby given that if you fail to produce this affidavit, signed by an authorized agent, your failure to do so shall be construed as prima facie evidence that there is no agent in your department or agency who is authorized to take collection actions under IRC section 6331, or subtitle A or C, or under Title 26 and shall create the legal presumption or conclusion that you have been taking illegal collection actions against Donald Louis Hymes, while acting "under color of law" and are engaged in an extortion and fraud scheme against Donald Louis Hymes.**


**Important footnotes follow;**

**In Federal Crop Insurance v. Merrill, 332 U.S. 380, the Supreme Court ruled: "Whatever the form in which the government functions, anyone entering into an arrangement with the government takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority." Also see Utah Power & Light Co. v. United States, 243 U.S. 389; United States v. Stewart, 311 U.S. 60; and generally, in re Floyd Acceptances, 7 Wall. 666.**


***Federal Trade Commission v. Raladam Co.***, **283 U.S. 643, 51 S.Ct. 587 (1931):**
 **"Official powers cannot be extended beyond the terms and necessary implications of the grant. If broader powers be desirable, they must be conferred by Congress. They cannot be merely assumed by administrative officers; nor can**

they be created by the courts in the proper exercise of their judicial functions," 283 U.S., at 649.

*State ex rel McConnell v. First State Bank*, 22 Tenn. App. 577, 124 S.W.2d 726, 733 (1938):

"All persons dealing with public officers are bound to take notice of the law prescribing their authority and powers."

*Continental Casualty Co. v. United States*, 113 F.2d 284 (5th Cir. 1940):

"Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority," 113 F.2d, at 286.

*Quaker Oats Co. v. Fed. Security Administrator*, 129 F.2d 76, 80 (7th Cir. 1942), reversed on other grounds at 318 U.S. 218, 63 S.Ct. 589 (1943):

"We assume there could be no dissent from the proposition that an administrative agency has only such authority in the administration of a Congressional enactment as is expressly conferred, or as may be reasonably implied."

*Youngblood v. United States*, 141 F.2d 912 (6th Cir. 1944):

"[T]he authority of ministerial officers is to be strictly construed as including only such powers as are expressly conferred, or necessarily implied," 141 F.2d, at 913.

See also *United States v. Watashe*, 102 F.2d 428, 431 (10th Cir. 1939).

<u>*Stark v. Wickard*</u>, 321 U.S. 288, 64 S.Ct. 559 (1944):

"When Congress passes an Act empowering administrative agencies to carry on governmental activities, the power of those agencies is circumscribed by the authority granted.... The responsibility of determining the limits of statutory grants of authority in such instances is a judicial function entrusted to the courts," 321 U.S., at 309-10.

See also *Garvey v. Freeman*, 397 F.2d 600, 605 (10th Cir. 1968).



# FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

Disclosure Officer
IRS
Ogden, UT 94201

*no resp*

15 June 2004

Dear Sir,

1. This is a request under the Freedom of information act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

2. If some of this request is exempt from release, please send me those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category requester.

4. This request pertains to the years 1989 through and including 2002.

5. Please provide me with a copy of all documents maintained in the system of records identified as Classification and Examination Selection files, Treasury /IRS 42.016, which pertains to the above referenced account number and person.

6. I understand the penalties provided in 5 USC 552(a)(3) for requesting or obtaining access to records under false pretense.

Sincerely,

Donald Louis Hymes

114

# FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

Disclosure Officer
IRS
Ogden, UT 94201

14 June 2004

Dear Sir,

1. This is a request under the Freedom of information act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

2. If some of this request is exempt from release, please send me those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. This request pertains to the years 1989 through and including 2002.

4. Please send me a copy of the NOTICE OF ASSESSMENT and DEMAND FOR PAYMENT. If you assert that a notice and demand were sent, please send a copy of the *notice list,* a copy of the *error list,* a copy of the *list of notices* pulled from the mailing on the date you allege the notice was sent to me; a copy of the *mail log reflecting* my name and address; and any other documentation which would establish the notice of assessment and demand for payment were sent to the above referenced account number and person.

*5. I understand the penalties provided in 5 USC 552(a)(3) for requesting or obtaining access to records under false pretense.*

Sincerely,

Donald Louis Hymes

/15

# FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

*no resp*

Disclosure Officer
Internal Revenue Service
Ogden, UT 94201

14 June 2004

Dear Sir,

1. This is a request under the Freedom of information act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.
If some of this request is exempt from release, please send me those portions reasonably segregable. I am waiving personal inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

2. This request pertains to the years 1989 through and including 2002.

3. Please send me FORM 900, COLLECTION WAIVER.


Sincerely,

Donald Louis Hymes

## FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

*NO RESP*

Disclosure Officer
IRS
Ogden, UT 94201

14 June 2004

Dear Sir,

1. This is a request under the Freedom of information act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

2. If some of this request is exempt from release, please send me those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. This request pertains to the years 1989 through and including 2002.

4. Please send me a copy of the RECORD OF ASSESSMENT, ACCOUNTING, ASSESSMENT JOURNAL, the ASSESSMENT LIST, FORM 23C, SUPPORTING DOCUMENTS, and the LEDGER ENTRY required to make an assessment which pertains to the above account number and person, Donald Louis Hymes.

5. I understand the penalties provided in 5 USC 552(a)(3) for requesting or obtaining access to records under false pretense.

Best wishes,

Donald Louis Hymes

117



Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709



Commissioner Mark Everson
Internal Revenue Service
Ben Franklin Station
P.O.Box 7604
Washington, DC 20044

Friday, June 11, 2004

Dear Commissioner Everson,

Over the years we have had a number of challenges with the Internal Revenue Service.   I have submitted
numerous Freedom of Information Act Requests.   For a while I would receive a response, or a request for
an extension of time.   The requests for extension of time dead-ended as no information was ever
furnished.   Over the past 2 years, the only response I have received was my request for the Individual
Master File, one response stating that the information requested was publicly available (which it isn't),
and 2 responses that the office I had mailed the request to was the wrong office and that it would be
redirected- however that was the last of that too.

According to the IRS 'rules', Freedom of Information Act requests are to be answered within 20 days,
unless the IRS requests an extension of time.

Can you *please* check into this and see why the IRS does not follow its own regulations?
I am entitled to the information requested under the Freedom of Information Act and the IRS is obligated
to furnish it.
I am herewith enclosing the response I have mailed to the IRS ' un-substantiated  Notice of Deficiency.

Thank you for your help

Donald Louis Hymes

118



Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks,  Alaska 99709
"Entity Module" : 218303597

Assessment Officer
 Region Service Center
Internal Revenue Service
P.O.Box 9941      M/S 7000
Ogden, UT 84409

6/8/04

Greetings:

The purpose of this request is to obtain disclosure of the purported assessment certificates and supporting documents that you are required by law to disclose upon request,   under 26 CFR Part 301.6203-1 & 5 USC Sec. 552a.

26 CFR Part 301.6203-1 requires:

"If the taxpayer requests a copy of the record of assessment, he shall be furnished a copy of the pertinent parts of the assessment which set forth the name of the taxpayer, the date of assessment, the character of the liability assessed, the taxable period, if applicable, and the amounts assessed,"

This request is limited to the following years:  1999, 2000, 2001 and 2002. You have referred to me as a "taxpayer," purported to have assessed me a tax liability and I am now requesting the following related records:

1.  Procedurally proper assessment certificates for the principal for each class of tax assessed,

2.  Procedurally proper assessment certificates for the interest for each class of tax assessed,

3.  Procedurally proper assessment certificates for the penalty for each class of tax assessed,

4.  All jeopardy assessments,

5.  All deficiency assessments,

6.  Procedurally proper non-tax penalty assessments for such things as frivolous filing, etc.,

7.  Procedurally proper assessments for non-tax penalty interest,

8.  Supporting documents for each assessment.

If classified, you may redact information on each assessment certificate that is not required to be disclosed under 26 CFR § 301.6203-1 other than the assessment officer's signature, certification and date of execution.    The documents and/or the response letter you send will be used in administrative

*119*

and/or judicial due process forums. Therefore, please certify all documents with the Form 2866 Certificate of Official Record, or in the event there are no assessments for any given calendar year specified above, certify your response with the Form 3050 Certificate of Lack of Records. You have my firm promise to pay the cost of certification and a sum not exceeding $50 for photocopying documents that exceed the number provided free. The documents requested are for my own use.

As of this date, your own Internal Revenue Manual (IRM §§ 3.17.63.14.7 through 3.17.63.14.21) establishes your legal duty to properly assess each purported tax liability and disclose, upon request, the "assessment certificate." The certificate is the legal document that permits collection activity. If you have any questions about your obligation to provide the requested information, it is specifically addressed in Radinsky v. United States, 622 F.Supp.412 and United States v. Miller, 318 F.2d 637 and you may consult with an attorney. Do not send documents other than actual assessment certificates and supporting documents that already exist prior to your receipt of this request. Records dated or created after you receive this request are not sufficient and do not relieve you of your legal duty to satisfy my request.

Please send the requested documents, or certification that requested documents do not exist, within twenty (20) days from the date of this letter.

*I understand the penalties provided in 5 USC 552a(i)(3) for requesting or obtaining access to records under false pretense.*

Best regards,


Donald Louis Hymes

120

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

No response

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

6/3/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

This request pertains to the years 1989 to and including 2002.

Please provide me with a copy of the information available for the above referenced account number and person in the System of Records known as Subsidiary Accounting Files, D:R-Treasury/IRS 22.054.

Sincerely,

Donald Louis Hymes



12/

# FREEDOM OF INFORMATION ACT

*no reply*

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

30 May 04

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

This request pertains to the years 1989 to and including 2002.

Please send me a copy of all documents maintained in a system of records known as Taxpayer Delinquent Accounts (TDA), including, but not limited to: Adjustment and payment Tracers files, Collateral files, Seized Property Records, Tax Collection Waivers- forms 900-files, Treasury/ IRS 26.019 which pertain to the above referenced the account # and person above.

I understand the penalties provided in 5 USC 552a(i)(3) for requesting or obtaining access to records under false pretense.

Sincerely
Donald Louis Hymes

/22



**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
WASHINGTON, DC 20226

March 29, 2004

Refer to:  FOIA 04-82
844000

Mr. Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes

We are responding to your Freedom of Information and Privacy Act request, received on December 14, 2003, to obtain records and information pertaining to you.

To inform you, the passage of the Homeland Security Act of 2002 split the former Bureau of Alcohol, Tobacco, and Firearms (ATF) into two entities. We are the Alcohol and Tobacco Tax and Trade Bureau (TTB) under the authority of the Department of the Treasury, and the former ATF is now the Bureau of Alcohol, Tobacco, Firearms, and Explosives under the authority of the Department of Justice.

We are referring your Treasury/ATF.003 Criminal Investigation Report Systems request to the ATF for its review.  A copy of our referral is enclosed.

Sincerely,

William H. Foster

William H. Foster
Chief, Regulations and Procedures Division

Enclosure

123

March 29, 2004

Refer to:     04-82
844000

Dorothy A. Chambers
Division Chief
Disclosure Services
Bureau of Alcohol, Tobacco,
  Firearms and Explosives
650 Massachusetts Avenue, Room 8400
Washington, DC 20226

Dear Ms. Chambers:

We are referring this Privacy Act request for your review regarding
Mr. Donald Louis Hymes.  Mr. Hymes made his request under the
Treasury/ATF.003 Criminal Investigation Report Systems.  Please see the enclosed
request from Mr. Hymes, dated December 12, 2003, for more information.

We responded to Mr. Hymes and advised him of this referral in a letter, dated
March 26, 2004.

Sincerely,

/s/

Helen B. Belt
Management Analyst
Regulations and Procedures Division

Enclosure

124

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

29 May 04

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

This request pertains to the years 1989 to and including 2002.

Please send me a copy of all documents maintained in a system of records known as Return Compliance Program (RCP) 26.016 which reference the account # and person above.

I understand the penalties provided in 5 USC 552a(i)(3) for requesting or obtaining access to records under false pretense.

Sincerely
Donald Louis Hymes

/25

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

28 May 04

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F).  If some of this  request is exempt from release, please furnish me with those portions  reasonably able to be segregated.  I am waiving inspection of the requested records.  I am attesting under penalty of perjury that I am a category E requester.

This request pertains to the years 1989 to and including 2002.

Please provide me a copy of  information available for the above referenced account number and person in a system of records known as Subsidiary Accounting files, D:R-Tresury/IRS 22.054 on summary record of assessment RACS 006.

I  understand the penalties provided   in 5 USC 552a(i)(3) for requesting or obtaining access to records under false pretense.

Sincerely
Donald Louis Hymes

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/21/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F).  If some of this request is exempt from release, please furnish me with those portions  reasonably able to be segregated.  I am waiving inspection of the requested records.  I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years   1989 to and including 1999.

2. Please send me a copy  of all forms 668 parts 1-6, 668 (C) parts 1-6, 668 (Y) parts 1-6, 668(2) parts 1-6, 2362, 2950, 3552, 795, 2749, 3915, 2209, 1334, 4907, 4844, and a copy of Letter 1153 (DO), which were prepared and pertain to liens and levies relating to the above referenced account # and person.

Sincerely,

Donald Louis Hymes

127

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

*no resp*

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/21/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F).  If some of this request is exempt from release, please furnish me with those portions  reasonably able to be segregated.  I am waiving inspection of the requested records.  I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 2000, 2001, and 2002.

2. Please send me a copy  of the Non-Master file and Comments Filed maintained in the system of records known as Integrated Data Retrieval System/IRS 34.018 which pertains to the above referenced account number and person.

Sincerely,

Donald Louis Hymes

*128*