# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

No resp

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/20/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please send me a copy of all documents maintained in a system of records known as Wage and Information Returns Processing (IRP) file: Treasury/IRS 22.061 which pertain to the above referenced account # and person.

Sincerely,

Donald Louis Hymes

129

**FREEDOM OF INFORMATION ACT**
**AND PRIVACY ACT REQUEST`**

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account number: 218303597

Disclosure Officer
IRS
P.O. Box 9941  M/S 7000
Ogden, UT 84409

Wednesday, May 19, 2004

Dear Disclosure Officer
NOTICE,

This request is made pursuant to both, the Freedom of Information Act and Privacy Act,
and must be processed under both Acts and meet all procedural requirement of 31 CFR Subtitle A (1);
Subpart C, Appendix B, 26 CFR 601.702, and those listed on the Federal Register.  I am requesting that
you suit ALL of the items listed herein that are maintained under this Requester's assigned name and
account number as stated above.
This request pertains to the years 1989 to and including 2002.

1.  Form 5546, Examination Return Charge Out form
2.  Form 4340, Certificate of Assessments and Payments

If there are any search and copying fees for any of these items, please inform me of them before you
complete this request.  I am requesting this information so that I may better understand the operating
policies and procedures of your agency.  As you know, the Freedom of Information Act permits you to
reduce or waive fees when the release of the information is considered as "primarily benefiting the
public", I believe that this request satisfies that criteria and ask that you waive any fees.

I understand the penalties for requesting information under false pretenses.  I believe that the documents
requested herein are publicly available, within the custody of your Commissioner's office, and not exempt
or excluded under any statute, e.g. "the documents are not exempt under exemption (b)(5) as they
represent a purely factual record of the agency's post decisional file in this matter".  I also believe that
reasonable grounds do not exist door withholding, in accordance with Section (a)(4)9F) of the Cats
penalties section.  If allor anypart of this request is denied, please provide me with indexing, itemization
and return to me a detailed statement citing the specific exemption(s) which you believe would justify your
refusal to release the information and inform me of the appeal procedure available as prescribed by law.
Please remember, that it is the policy of the Department of Justice (FOIA Update spring/summer 1993) to
refuse to represent your agency when it has ailed to comply with regulations pertaining to this request,
because Congress has not authorized the Secretary to appear on behalf of your agency.  I would be
awarded my claim plus all costs if the need to file a civil complaint in the US> District Court arose.
However, I am very optimistic that I can obtain the information requested without such action.

I would appreciate your processing this request as quickly as possible.  I look forward to your written
acknowledgement within twenty (20) days, as provided by law.

Sincerely,
Donald Louis Hymes .

130

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597



DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/19/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please provide me with a copy of the Collection Case file found in the System of Records known as treasury/IRS 22.012 which pertain to me, Donald Louis Hymes.

Sincerely,

Donald Louis Hymes

*Donald Louis Hymes*

131

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/18/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please send me a copy of the District Office delegation of authority for IRS employees to execute returns under IRC sections 6020(a) and 6020(b) and 7602.

Sincerely,

Donald Louis Hymes

132



# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/17/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please provide me with a copy of all the documents maintained in the system of records identified as Classification and Examination Selection files, Treasury/IRS 42.016, which pertains to the above referenced account # and person.

Sincerely,

Donald Louis Hymes

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/16/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please provide me with a copy of all the documents maintained in the system of records known as Examination Administration File, Treasury/IRS 42.001 which pertains to the above referenced account # and person..

Sincerely,

Donald Louis Hymes

134

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/14/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please send me a copy of the Notice of Assessment and Demand for Payment. If you assert that a notice and demand were sent; send a copy of the notice list, a copy of the error list, a copy of the list of notices pulled from the mailing on the date you allege the notice was sent to me, a copy of the mail log reflecting my name and address, and any other documentation which would establish the notice of assessment and demand for payment were sent to the above referenced Account # and person.

Sincerely,

Donald Louis Hymes

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709


Secretary John W. Snow
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*no answer*

5/13/04

Dear Secretary Snow,

For someone to determine his federal income tax liability (if any), he must first determine
his *taxable income*. Enclosed are six important questions about how to do that properly,
according to the law itself. Though the IRS' stated mission includes helping Americans
"*understand and meet their tax responsibilities*," the IRS has been very non-responsive-
often even insulting and threatening-to those who have asked similar questions in the past.
I do not wish to be insulted, threatened, accused, or ignored. Instead, I would like you to
please provide me with direct, written answers to the enclosed six questions regarding the
proper method for determining one's taxable income. (Citations of law supporting your
answers would also be appreciated.) Thank you for your time.

### Questions Regarding Determining Taxable Income

1) Should I use the rules found in 26 USC § 861(b) and 26 CFR § 1.861-8 (in addition to any other
pertinent sections) to determine my taxable domestic income?

2) If some people should *not* use those sections to determine their taxable domestic income, please show
where the law says who should or should not use those sections for that.

> Reason for first two questions: The regulations at 26 CFR § 1.861-8 begin by stating that Sections 861
> (b) and 863(a) state in general terms "*how to determine taxable income of a taxpayer from sources
> within the United States*" after gross income from the U.S. has been determined.  Section 1.861-1(a)(1)
> confirms that "*taxable income from sources within the United States*" is to be determined in
> accordance with the rules of 26 USC § 861(b) and 26 CFR § 1.861-8 (see also 26 CFR §§ 1.862-1(b),
> 1.863-1(c)).  Cross-references under 26 USCS § 61, as well as entries in the USC Index under the
> heading "*Income Tax*," also refer to Section 861 regarding income ("gross" and "taxable") from
> "*sources within U.S.*"

3) If a U.S. citizen receives all his income from working within the 50 states, do 26 USC § 861(b) and 26
CFR § 1.861-8 show his income to be taxable?

> Reason for question: Section 217 of the Revenue Act of 1921, predecessor of 26 USC § 861 and
> following, stated that income from the U.S. was taxable for foreigners, and for U.S. corporations and
> citizens deriving most of their income from federal *possessions*, but did *not* say the same about the
> domestic income of other Americans.  The regulations under the 1939 Code (e.g. §§ 29.119-1, 29.119-
> 2, 29.119-9, 29.119-10 (1945)) showed the same thing.  The current regulations at 1.861-8 still show
> income to be taxable only when derived from certain "*specific sources and activities*," which still
> relate only to certain types of international trade (see 26 CFR §§ 1.861-8(a)(1), 1.861-8(a)(4), 1.861-8

*136*

(f)(1)).

4) Should one use 26 CFR § 1.861-8T(d)(2) to determine whether his "items" of income (e.g. compensation, interest, rents, dividends, etc.) are *excluded* for federal income tax purposes?

> Reason for question: The regulations (26 CFR § 1.861-8(a)(3)) state that a "*class of gross income*" consists of the "items" of income listed in 26 USC § 61 (e.g. compensation, interest, rents, dividends, etc.). The regulations (26 CFR §§ 1.861-8(b)(1)) then direct the reader to "paragraph (d)(2)" of the section, which provides that such "*classes of gross income*" may include some income which is *excluded* for federal income tax purposes.

5) What is the purpose of the list of non-exempt types of income found in 26 CFR § 1.861-8T(d)(2)(iii), and why is the income of the average American *not* on that list?

> Reason for question: After defining "*exempt income*" to mean income which is excluded for federal income tax purposes (26 CFR § 1.861-8T(d)(2)(ii)), the regulations list types of income which are *not* exempt (i.e. which *are* subject to tax), including the domestic income of *foreigners*, certain *foreign* income of Americans, income of certain possessions corporations, and income of international and foreign sales corporations; but the list does *not* include the domestic income of the average American (26 CFR § 1.861-8T(d)(2)(iii)).

6) What types of income (if any) are *not* exempted from taxation by any *statute*, but are nonetheless "*excluded by law*" (i.e. not subject to the income tax) because they are, under the Constitution, not taxable by the federal government?

> Reason for question: Older income tax regulations defining "gross income" and "net income" said that neither income exempted by statute "*or fundamental law*" were subject to the tax (§ 39.21-1 (1956)), and said that in addition to the types of income exempted by *statute*, other types of income were excluded because they were, "*under the Constitution, not taxable by the Federal Government*" (§ 39.22(b)-1 (1956)). (This is also reflected in the current 26 CFR § 1.312-6.

## Questions Regarding Determining Taxable Income

1) Should I use the rules found in 26 USC § 861(b) and 26 CFR § 1.861-8 (in addition to any other pertinent sections) to determine my taxable domestic income?

2) If some people should *not* use those sections to determine their taxable domestic income, please show where the law says who should or should not use those sections for that.

> Reason for first two questions: The regulations at 26 CFR § 1.861-8 begin by stating that Sections 861 (b) and 863(a) state in general terms "*how to determine taxable income of a taxpayer from sources within the United States*" after gross income from the U.S. has been determined. Section 1.861-1(a)(1) confirms that "*taxable income from sources within the United States*" is to be determined in accordance with the rules of 26 USC § 861(b) and 26 CFR § 1.861-8 (see also 26 CFR §§ 1.862-1(b), 1.863-1(c)). Cross-references under 26 USCS § 61, as well as entries in the USC Index under the heading "*Income Tax*," also refer to Section 861 regarding income ("gross" and "taxable") from "*sources within U.S.*"

3) If a U.S. citizen receives all his income from working within the 50 states, do 26 USC § 861(b) and 26 CFR § 1.861-8 show his income to be taxable?

> Reason for question: Section 217 of the Revenue Act of 1921, predecessor of 26 USC § 861 and following, stated that income from the U.S. was taxable for foreigners, and for U.S. corporations and citizens deriving most of their income from federal *possessions*, but did *not* say the same about the domestic income of other Americans. The regulations under the 1939 Code (e.g. §§ 29.119-1, 29.119-

# FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

Disclosure Services
Room 1058-MT
*Dept of Treasury*
*Wash. D.C 20220*
05/13/2004

Dear Sir,

1. This is a request under the Freedom of information act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 31 CFR 1.5.

22. If some of this request is exempt from release, please send me those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that this request is for commercial publication. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001 and 2002.

5. BACKGROUND: The National Prohibition Act, repealed in 1933, was extended to the Virgin Islands and Puerto Rico in 1935, then classified to Title 26 in 1939, as evidenced by 48 USC 1402, a copy of which is attached hereto and incorporated herein by reference as EXHIBIT A.

6. Please send me a copy of the documents disclosing the identity of the agency administering and/or enforcing Title III of the National Prohibition Act.

Sincerely,

Donald Louis Hymes

137

# FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account #: 218303597

DISCLOSURE OFFICER
INTERNAL REVENUE SERVICE
Ogden, UT 94201

5/11/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulation thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(F). If some of this request is exempt from release, please furnish me with those portions reasonably able to be segregated. I am waiving inspection of the requested records. I am attesting under penalty of perjury that I am a category E requester.

1. This request pertains to the years 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, and 2002.

2. Please send me Form 8278, that would have had to have been created before any penalty could be created, for the above years that pertain to the above referenced account number and individual.

Sincerely,

Donald Louis Hymes



138

**Internal Revenue Service**
Appeals Office
3310 El Camino Avenue
Suite 170
Sacramento, CA  95821-6318


Date:    APR 2 7 2004


DONALD LOUIS HYMES
2340 RAVENWOOD AVE
FAIRBANKS AK  99709

**Department of the Treasury**

**Person to Contact:**
 Martin J Splinter
 Employee ID Number: 77-01817
 Tel:  (916) 974-5805
 Fax: (916) 974-5845
**Refer Reply to:**
 AP:FW:SAC:MJS
**In Re:**
 Due Process - Levy
**Taxpayer Identification Number:**
 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
**Tax Period(s) Ended:**
 12/1997 12/1999

**DECISION LETTER**
**CONCERNING EQUIVALENT HEARING UNDER SECTION 6320 and/or 6330 of**
**the Internal Revenue Code**

Donald Louis Hymes:

We have reviewed the proposed collection action for the period(s) shown above. This letter is
our decision on your case.  A summary of our decision is stated below and the enclosed
statement shows, in detail, the matters we considered at your Appeals hearing and our
conclusions.

Your due process hearing request was not filed within the time prescribed under Section 6320
and/or 6330.  However, you received a hearing equivalent to a due process hearing except that
there is no right to dispute a decision by the Appeals Office in court under IRC Sections 6320
and/or 6330.

Your case will be returned to the originating IRS office for action consistent with the decision
summarized below and described on the attached page(s).

If you have any questions, please contact Martin J Splinter at the telephone number shown
above.


**Summary of Decision**
The collection action is sustained. Levy is appropriate in this case.

Sincerely,

Jack T. Estoll
Appeals Team Manager

139

Yes. In his appeal, Mr. Hymes presented frivolous arguments regarding the validity of the tax. He did not respond to my attempted contact to schedule the hearing he requested. He did not present any viable collection alternatives.

This will balance the needs for efficient collection with the legitimate concerns of the taxpayers that any collection action be no more intrusive than necessary.

## **Determination**

I have had no prior involvement in the determination of the tax liability.

The Notice of Intent to levy issued to Mr. Hymes was both legally and procedurally correct; I am sustaining the collection action on this case.

*140*

FREEDOM OF INFORMATION ACT

Donald Louis Hymes
2340 Ravenwood Ave.
Fairbanks, Alaska 99709
Account # 218303597

Disclosure Officer
Internal Revenue Service
Ogden, UT 94201

4/26/2004

Dear Disclosure Officer

This is a request under the Freedom of Information Act, 5 USC 552, or regulations
thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the
records requested below, ultimately determined in accordance with 26 CFR 601,702(F).
If some of this request is exempt from release, please furnish me with those portions
reasonably able to be segregated.  I am waiving inspection of the requested records.  I am
attesting under penalty of perjury that I am a category E requester.
BACKGROUND:  IRM (20) 100 Penalty Manual [Exhibit A].

1.  This request pertains to the years 2001 and  2002.

2.  Please send me Form 8278 for the above years that pertain to the above referenced
account number and individual, that would have to have been created before any penalty
could be created.

Donald Louis Hymes



Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
"Identification #": 218303597



Disclosure Officer
Internal Revenue Service
P.O.Box 9941 M/S 7000
Ogden, UT 84409

04/26/2004

          Re              FREEDOM OF INFORMATION ACT and PRIVACY
ACT REQUEST

     **NOTICE TO DISCLOSURE OFFICER:**

          This request is made pursuant to both the Freedom and Information Act
and the Privacy Act, must be processed under both Acts, and does meet all
procedural requirements of 31 CFR Subtitle A, Part 1, Appendix B, Subpart C,
Appendix B; 26 CFR 601.702, and those listed on the Federal Register. <u>I am</u>
<u>requesting that you submit all of the items listed herein that are maintained</u>
<u>under this Requester's assigned name and Identifying number</u>, as stated above,
pertaining to each of the years, 2000 through 2002 inclusive:

     1. Form 5546, Examination Return Charge-Out form
     2. Form 4340, Certificate of Assessments and Payments

          If there are any fees for searching for, or copying any of these items,
please inform me of them before you complete this request. I am requesting this
information so that I may better understand the operating policies and
procedures of your agency. As you know, the Freedom of Information Act
permits you to reduce or waive fees when the release of the information is
considered as "primarily benefiting the public." I believe that this request
satisfies that criteria and ask that you waive any fees.

          I understand the penalties for requesting information under false
pretenses. I believe that the documents requested herein are publicly available,
within the custody of your Commission's Office, and not exempt or excluded
under any statute, e.g. "the documents are not exempt under exemption (b)(5) as
they represent a purely factual record of the agency's post decisional file in this
matter." I also believe that reasonable grounds do not exist for withholding, in
accordance with § (a)(4)(F) of the Act's penalties section. If all or any part of
this request is denied, please provide me with indexing, itemization and return to
me a detailed statement citing the specific exemption(s) which you believe would
justify your refusal to release the information, and inform me of the appeal

142

procedure available to me as prescribed by law.

Please remember that it is the policy of the Department of Justice (FOIA Update spring/summer 1993) to refuse to represent your agency when it has failed to comply with regulations pertaining to this request, and because the Congress has not authorized the Secretary to appear on behalf of your agency, I would be awarded my claim plus all costs if the need to file a civil complaint in the U.S. District Court arose.  However, I am very optimistic that I can obtain the information requested without such action.

I would appreciate your processing this request as quickly as possible, and I look forward to your written acknowledgment within twenty (20) days, as provided by law.

**Best regards,**

Donald Louis Hymes

N3

*No Response* (handwritten)

Disclosure Officer
Intrenal Revenue Service
P.O.Box 9941 M/S 7000
Ogden, UT 84409

04/26/2004

"Other Requester":         Donald Louis Hymes

"Identifying Number":      218303597


        Re:           **FREEDOM OF INFORMATION ACT and PRIVACY ACT**
**REQUEST**


                    **NOTICE TO DISCLOSURE OFFICER:**

        This request is made pursuant to both the Freedom and Information Act
and the Privacy Act, must be processed under both Acts, and does meet all
procedural requirements of 31 CFR Subtitle A, Part 1, Appendix B, Subpart C,
Appendix B; 26 CFR 601.702, and those listed on the Federal Register. <u>I am
requesting that you submit all of the items listed herein that are maintained
under this Requester's assigned name and Identifying number</u>, as stated above,
pertaining to each of the years, 2000 through 2002 inclusive:

   1. Individual Master File (IMF) Complete, Literal and Specific Transcripts
   2. Information Returns Master File (IRMF) Transcripts
   3. PINEX Notices
   4. SFR Assessment records

        If there are any fees for searching for, or copying any of these items,
please inform me of them before you complete this request.  I am requesting this
information so that I may better understand the operating policies and
procedures of your agency.  As you know, the Freedom of Information Act
permits you to reduce or waive fees when the release of the information is
considered as "primarily benefiting the public."  I believe that this request
satisfies that criteria and ask that you waive any fees.

        I understand the penalties for requesting information under false
pretenses.  I believe that the documents requested herein are publicly available,
within the custody of your Commission's Office, and not exempt or excluded
under any statute, e.g. "the documents are not exempt under exemption (b)(5) as
they represent a purely factual record of the agency's post decisional file in this
matter."  I also believe that reasonable grounds do not exist for withholding, in
accordance with § (a)(4)(F) of the Act's penalties section.  If all or any part of
this request is denied, please provide me with indexing, itemization and return to
me a detailed statement citing the specific exemption(s) which you believe would
justify your refusal to release the information, and inform me of the appeal

144 (handwritten)

procedure available to me as prescribed by law.

Please remember that it is the policy of the Department of Justice (FOIA Update spring/summer 1993) to refuse to represent your agency when it has failed to comply with regulations pertaining to this request, and because the Congress has not authorized the Secretary to appear on behalf of your agency, I would be awarded my claim plus all costs if the need to file a civil complaint in the U.S. District Court arose. However, I am very optimistic that I can obtain the information requested without such action.

I would appreciate your processing this request as quickly as possible, and I look forward to your written acknowledgment within twenty (20) days, as provided by law.

**Best regards,**                    **return address:**    2340

Ravenwood Avenue

Fairbanks,

Alaska 99709

145

FREEDOM OF INFORMATION ACT REQUEST

*No response*

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account # 21117305397

Disclosure Officer
Internal Revenue Service
Ogden, UT  84201

2/14/2004

Dear Officer,

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

If some of this is exempt from release, please furnish me with those portions reasonably segregable.  I am waiving personal inspection of the requested records.

I am attesting under penalty of perjury that I am a category E requester.  PLEASE EXPEDITE THIS REQUEST.

This request pertains to the years 1989 through and including 1996

Please send me a copy of the Non Master File Assessment Voucher 5734 and Comments Field maintained in a System of Records known as Integrated Data Retrieval System/ IRS 34.018 which pertain to the above referenced Account # and person.

Respectfully,

Donald Louis Hymes

144

## FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709



Disclosure Officer
Internal Revenue Service
Ogden, UT  84201

2/13/2004

Dear Officer,

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined inaccordance with 26 CFR 601.702(f).

If some of this is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

I am attesting under penalty of perjury that I am a category E requester.  PLEASE EXPEDITE THIS REQUEST.

This request peeetains to the years 1989 to and including 2001.

Please send a copy of the Notice of Assessment Form 23C, which is specific to me, andNO other and which indicates the alleged liability.

Respectfully

Donald Louis Hymes



## FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account # 218303597

*N0 Resp*

Internal Revenue Service
P.O.Box 795
Ben Franklin Station
Washington, DC 20044

2/13/2004

Dear Sir/ Madam

This is a request under the Freedom of Information Act, 5 USC 552, or regulations
thereunder. This is my firm promise to pay fees and costs for locating and duplicating the
records requested below, ultimately determined in accordance with 31 CFR 1.5.

If some of this is exempt from release, please furnish me with those portions reasonably
segregable. I am waiving personal inspection of the requested records.

I am attesting under penalty of perjury that I am a category E requester. PLEASE
EXPEDITE THIS REQUEST.

BACKGROUND: The National Prohibition Act, repealed in 1933, was extended to the
Virgin Islands and Puerto Rico in 1935; then reclassified to Title 26 in 1939 as evidenced
by 48 USC 1402, a copy o which is attached hereto and incorporated herein by reference
as exhibit A.

Please send me a copy of the documents disclosing the identity of the agency
administering and/or enforcing Title III of the National Prohibition Act.

Sincerely,

Donald Louis Hymes

148

## FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska 99709
Account # 218303597

Disclosure Officer
Internal Revenue Service
Ogden, UT  84201

2/13/2004

Dear Officer,

This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder.  This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

If some of this is exempt from release, please furnish me with those portions reasonably segregable.  I am waiving personal inspection of the requested records.

I am attesting under penalty of perjury that I am a category E requester.  PLEASE EXPEDITE THIS REQUEST.

This request pertains to the years 1989 to and including 1996.

Please send me a copy of the document identifies ass the AIMS File which pertains to the above referenced Account # and person.

Respectfully,

Donald Louis Hymes

$14/9$