

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

February 4, 2003

Donald L. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated September 3, 2002 and received in our office January 24, 2003.

In regard to item 5, no responsive documents were found.

If you have any questions regarding this correspondence, Case Control Number DAH03-01466, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
Form 393

172

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
P.O.Box 9941, MS 7000 OSC
Ogden, Utah 84409

certified mail no: 7001 0320 0005 6371 7079

From: Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)

Account # 218303597

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995,1996,1997,1998,1999,2000.

5. Please send me a copy of the form 5734 Non Master File Assessment Voucher which is specific to *ME* and no other, and which indicates the alleged liability.

Dated: September 3, 2002

Respectfully,
Donald Louis Hymes, Requester
*[signature]*

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

RECEIVED
DEC 03 2002
OGDEN, UT

173

2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

February 19, 2003

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated August 30, 2002 and received in our office January 24, 2003.

In regard to item 5, requesting document locator number (DLN) 91277-435-00599-2, no responsive document was found.

If you have any questions regarding this correspondence, Case Control Number DAH03-01469, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
Form 393

174

Donald Louis Hymes
c/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709
Acct.: 218303597

JaNean Ellis, Disclosure Officer
IRS
P.O.Box 9941 M/S 7000
Ogden, UT 84409

Dear Ms. Ellis

Enclosed herewith are the FOIA requests sent to you a second time last year. The certified return receipt show that you received them. However, to date I have NOT received the requested information. I do believe you have a time frame in which to respond and furnish the requested information.
Your immediate attention to this matter will be appreciated, as will an explanation as why I have not received the requested information


Donald Louis Hymes



cc: Disclosure officer, Anchorage
Secretary of Treasury

175



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 12, 2002

*no further response*

Donald Louis Hymes
2340 Ravenwood Ave.
Fairbanks, AK 99709

Dear Mr. Hymes:

We must ask for additional time to locate and consider releasing the Internal Revenue Service records covered in your Freedom of Information Act (FOIA) request dated August 25, 2002. We are sorry for any inconvenience the delay may cause.

The Freedom of Information Act, 5 USC 552(a)(6)(B) and 26 CFR 601.702(c)(11) allow agencies to extend the 20 business day time limit for responding to requests by an additional 10 business days. This extension is permitted when additional time is needed to search for, collect the requested records from other locations, review a large volume of records that are responsive to your request, or consult with business submitters about proprietary information.

Although the FOIA and its implementing regulations permit the extension of time, we will not be able to respond to your request by December 12, 2002. Therefore, we must ask for additional time to respond to your request. We plan to provide you with our response by January 16, 2003.

### IF YOU AGREE TO THIS VOLUNTARY EXTENSION

If you agree to this extension of time, no reply to this letter is necessary. You will still have the right to file an appeal of our determination if we subsequently deny your request. You may want to consider limited the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the person whose name and number are shown below.

The FOIA process is not an additional avenue of recourse during tax administrative proceedings. It solely provides for access to records. Your agreement to extend the time for our response to your FOIA request will have no bearing on any ongoing tax matter such as Collection Due Process or examination appeal.

### IF YOU DO NOT AGREE TO THIS VOLUNTARY EXTENSION

If you do not agree to this extension and do not want to modify the scope of your request, you may not appeal this letter administratively to the IRS. You may, however, you may file suit. See 5 USC 552(a)(6)(C)(i), 26 CFR 601.702(c)(10).

*17b*

To file suit, you must petition the U.S. District Court in the district in which you live or work, or where the records are located, or in the District of Columbia, to obtain a response to your request. You may file suit no earlier than (date). Your petition will be treated according to the Federal Rules of Civil Procedure, which may apply to actions against any agency of the United States. These procedures require that the IRS be notified of the pending suit, through service of process, which should be directed to:

> Commissioner of Internal Revenue
> Attention: CC:PA
> 1111 Constitution Avenue NW
> Washington, DC 20224

If the court concludes you have unreasonably refused to limit your request or to accept the alternate time frame for response, it may find that our failure to meet the statutory time frames in the FOIA is justified. See 5 U.S.C. 552(a)(6)(C)(iii).

We hope you will agree to allow us more time to process your request. If you wish to contact us, please call the person whose name and telephone number are shown below.

If you have any questions regarding this correspondence, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time. Please include our Case Control Number DAH03-00432 with your inquiry.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Date: DEC 0 9 2002

> Donald Louis Hymes
2340 Ravenwood Ave
Fairbanks, AK 99709

*[handwritten: Not done / Never heard any more]*

RE: Certified Mail # 7002 0860 0008 4326 7180

Dear Mr. Hymes:

This is in reply to your Freedom of Information Act request dated October 31, 2002, and received in this office November 8, 2002, copy enclosed.

We need more time to locate and consider releasing the Internal Revenue Service records that you have requested. We are sorry for any inconvenience the delay may cause.

Under certain circumstances we may extend the 20 business-day time limit for responding to your request by an additional 10 business days. See FOIA, 5 USC 552(a)(6)(B)n and 31 CFR 1.5(j). We need this additional time to search for and collect the requested records from other locations (e.g., Federal Records Center) separate from this office.

We plan to provide you with our response by December 23, 2002. If we are unable to do so by that time, we may seek your voluntary agreement to extend the time to respond or invite you to reformulate your request so we can process it more quickly. If you want to revise the scope of your request now, please contact us and we will assist you to do so. Thank you for your patience in this matter.

If you have any questions concerning this letter, please contact Ellen Bell, ID #89-01022, at Internal Revenue Service, Disclosure Office – Fresno Campus, 5045 E. Butler Ave. M/S 22491, Fresno, CA 93888 or call 559-443-4603. Please refer to case #89-2003-00424.

Sincerely,

David Gutierrez
Disclosure Officer

Enclosure(s)

177

FREEDOM OF INFORMATION ACT REQUEST

From: Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)
Account # 218303597

To: Disclosure Officer
Internal Revenue Service
P.O. Box 9941 M/S 7000
Ogden, Utah 84409

July 1, 2002

Dear Officer,

1. This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years 1990 to and including 1999.

5. Please send me a copy of all documents maintained in a system of records known as Treasury/IRS 26.021 Transferee files which pertain to the above referenced account # and person.

Respectfully,

Donald Louis Hymes, Requester
*[signature]*

I am attesting under penalty of perjury and under the laws of the united states of America that I am the person making this request.

Dated: July 1, 2002

Donald Louis Hymes
*[signature]*

178



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Case No: 2003-0141
Contact Person: Mr. J. Cardonick
Badge No: 50-01108
Telephone No: 202-622-3668
Date: DEC 0 3 2002

Dear Mr. Hymes:

This is in response to your Freedom of Information Act (FOIA) request dated June 28, 2002, for "...all documents maintained in Overseas Compliance Projects System/Treasury/IRS 49.007..." pertaining to you for the years 1990-1999; and, "...the blank forms applicable to the failure to file investigations."

We have searched our records and can find no information in the system of records Treasury/IRS 49.007 that would be responsive to your request. The Office of the Director, International, has jurisdiction over United States citizens overseas as well as Resident Aliens and Nonresident Aliens residing in the United States. Because you reside in the United States, there would be no information responsive to your request in this office. If you are something other than a United States citizen residing in the U.S., please submit a copy of your passport that was issued by a foreign government, or provide documentation that clearly demonstrates that you resided outside of the United States during the specified period.

Blank IRS forms may be obtained by calling 1-800-829-3676, 24 hours a day/7 days a week. Alternatively, you may access the IRS's web page at <www.irs.gov> where you will find a wealth of information, including publicly-available forms.

Sincerely,

Maureen Sapero
Headquarters Disclosure Manager
CL:GLD:A2:HQD
Badge No: 50-06543

179

*NO RESP*

From:
Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

*Nov 29/02*
*H*

To:
JaNean Ellis, Disclosure Officer
Internal Revenue Service
P.O.Box 9941 M/S 7000
Ogden, Utah 84409

Dear Ms. Ellis,

Please find enclosed the eight (8) *signed* FOIA requests which were first sent to your office on August 30, 31, 2002, and Sept. 1, 2, 3, 4, 2002.
You state in your letter that all eight were received in your office on November 7th, 2002. According to my records of the green cards received back on those documents, you received all eight requests between the 13th and 16th of September.

Sincerely,

Donald Louis Hymes

*CN # 7002 0860 0008 4327 2252*

*180*

## FREEDOM OF INFORMATION ACT REQUEST

From:
Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska PZ 99709

To:
JaNean Ellis, Disclosure Officer
Internal Revenue Service
P.O.Box 9941 M/S 7000
Ogden, Utah 84409

Account # 218303597

November 29, 2002

Re.: Case control #s DAHO3-00113, DAHO2-05163, DAHO2-5167, DAH02-05162, DAH02-05165

Dear Ms. Ellis,

In your letters dated September 30, 2002 and October 21, 2002, you state, in reference to the above listed Case Control Numbers that the locator numbers under those control numbers *"is a computer generated transaction and has no corresponding paper record"*. I am certain that you can provide me with a floppy disk with the requested information.

Respectfully,

Donald Louis Hymes

/81/



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

November 15, 2002

Donald L. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated July 5, 2002 and received in our office October 17, 2002

In regard to item 5, we have made several attempts to obtain the document identified by DLN 29249-550-00223-7 and have been unable to secure it. If you still require this document, please resubmit your request in 120 days.

If you have any questions regarding this correspondence, Case Control Number DAH03-00110, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
 Form 393

FREEDOM OF INFORMATION ACT REQUEST DAH03-00110

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

RECEIVED

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

OCT 17 2002

Account 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

Ogden Office
Internal Revenue Service

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29249-550-00223-7 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 5, 2002**

Respectfully,

Donald L. Hymes, Requester

183
2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

COMMUNICATIONS AND LIAISON

NOV 0 6 2002

Badge Number:   08-00415

(978) 474-5618

08-2003-00403 (1)

Mr. Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska   99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act Request dated July 1, 2002 and received in this office October 25, 2002.

You have requested a copy of the front and back of the document identified by Document Locator Number:  (DLN) 08252-999-00000-2 which pertains to you.  We have no record of the requested information.

Enclosed is Notice 393, which explains your Appeal Rights under the Act.

This completes our response to your request.



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

October 21, 2002

Donald L. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request, dated July 4, 2002 and received in our office October 17, 2002.

Responsive to item 5, the Document Locator Number (DLN) you requested is computer generated transactions and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00113 please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
         2340 Ravenwood
         Fairbanks, Alaska 99709
               Account 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

**RECEIVED**
OCT 17 2002

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91249-028-00000-6 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 4, 2002**

                              Respectfully,

                              Donald L. Hymes, Requester



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

October 4, 2002

*Re-mailed oct 11, 02
no answer*

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated July 1, 2002 and received in our office September 30, 2002

In regard to item 5, the document locator number 08252-999-00000-2 is under the jurisdiction of the Andover Campus Disclosure Office. Please resubmit your request to them at the following address.

    Andover Disclosure Office Campus
    310 Lowell Street
    Stop 218
    Andover, MA  01810

If you have any questions regarding this correspondence, Case Control Number DAH02-05273, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

                                                Sincerely,

                                               JaNean Ellis
                                               Disclosure Officer

Attachments:
    Form 393

187



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

September 30, 2002

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated August 31, 2002 and received in our office September 25, 2002.

In regard to item 5, the document locator number (DLN) 29277-356-00000-0 is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH02-05165, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393



DAH

DAHOJ-C5165
SEP 25 2002

FREEDOM OF INFORMATION ACT REQUEST

To:
Disclosure Officer
Internal Revenue Service
P.O.Box 9941, MS 7000 OSC
Ogden, Utah 84409

Certified mail no. 7001 0320 0005 6371 7130

From:
Donald Louis Hymes
C/o 2340 Ravenwood Ave
Fairbanks, Alaska PZ 99709
       Account 218303597

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999.

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-356-00000-0   (14 digit number) which pertains to the above referenced account number and individual.

Dated: August 31, 2002

                         Respectfully,
                         Donald Louis Hymes, Requester

189



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

September 30, 2002

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated August 26, 2002 and received in our office September 25, 2002.

In regard to item 5, the document locator number (DLN) 29277-999-99999-2 is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH02-05163, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
  Form 393

*[handwritten annotation: Resub w/request for disk   no answer]*

/90