

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

September 30, 2002

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated August 26, 2002 and received in our office September 25, 2002

In regard to Item 5, the document locator number (DLN) 91277-335-20000-0 is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH02-05167, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
   Form 393

/9/

FREEDOM OF INFORMATION ACT REQUEST

To:
Disclosure Officer
Internal Revenue Service
P.O. Box 9941, MS 7000 OSC
Ogden, Utah 84409

Certified mail no.: 7001 0320 0001 6371 7184

From:
Donald Louis Hymes
C/o 2340 Ravenwood Ave
Fairbanks, Alaska PZ 99709
         Account 218303597

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999.

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-335-20000-0 (14 digit number) which pertains to the above referenced account number and individual.

Dated: August 26, 2002

                    Respectfully,
                    Donald Louis Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1995,1996,1997,1998,1999,2000

5. Please send me a copy of the Non Master file and Comments Field maintained in a System of Records known as Integrated Data Retrieval System / IRS 34.018 which pertain to the above referenced SS# and person.

DATED: July 22, 2002

Respectfully,

_____
Donald L. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
      2340 Ravenwood
      Fairbanks, Alaska 99709
              Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995,1996,1997,1998,1999,2000

5. Please send me a copy of the AMDISA File (screen display pages 01,02,03,04, and 05), which pertains to me.

**DATED:** ~~July 21~~, 2002

Respectfully,

_____
Donald L. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

Account 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

cert # 7062

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1992 through 2002

5. Please send me a copy of all documents maintained in the system of records identified as Individual Master File (IMF Complete) *not specific and not literal;* Data Service, Treasury / IRS 24.030, which pertain to this requester.

DATED: ~~July 24, 2002~~  Sept 4

Respectfully,

Donald L. Hymes, Requester



You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
24
Initial: _____



# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1995,1996,1997,1998,1999,2000

5. Please send me a copy of the Non Master file and Comments Field maintained in a System of Records known as Integrated Data Retrieval System / IRS 34.018 which pertain to the above referenced SS# and person.

DATED: July 22, 2002

Respectfully,

_____
Donald L. Hymes, Requester

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

*rec'd Sept. 25*

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

\# 7130

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
            Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-356-00000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED:** ~~July 8, 2002~~

*aus 3/*

                                                Respectfully,

                                                Donald L. Hymes, Requester

*part answered Sept 30*

*'97*

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
      2340 Ravenwood
      Fairbanks, Alaska 99709
             Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29247-696-00019-1 (14 digit number) which pertains to the above referenced SS# and person.

DATED: July 13, 2002

                                    Respectfully,

                                    Donald L. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

DATED: July 19, 2002

Respectfully,

_____
Donald L. Hymes, Requester

1997

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1992 through 2002

5. Please send me a copy of all documents maintained in the system of records identified as Individual Master File (IMF Complete) *not specific and not literal;* Data Service, Treasury / IRS 24.030, which pertain to this requester.

**DATED:** ~~July 24, 2002~~ Sept 4

Respectfully,

Donald L. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
      Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send me a copy of the document identified as the AIMS File, # 0000000024 which pertains to the above referenced SS# and person.

DATED: ~~July 18,~~ 2002
   aug 30

Respectfully,

Donald L. Hymes, Requester

201

RECEIVED
NOV 07 2002

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
P.O.Box 9941, MS 7000 OSC
Ogden, Utah 84409

certified mail no: 7001 0320 0005 6371 7093

From: Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)

Account # 218303597

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997.

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service, that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

Dated: August 31, 2002

Respectfully,
Donald Louis Hymes, Requester



# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 92277-435-00599-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED:** ~~July 17~~, 2002

Aug 30

Respectfully,

Donald L. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
       2340 Ravenwood
       Fairbanks, Alaska 99709
                Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-335-20000-0 (14 digit number) which pertains to the above referenced SS# and person.

DATED: ~~July 16,~~ 2002
       Aug 29

                                    Respectfully,

                                    Donald L. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
P.O.Box 9941, MS 7000 OSC
Ogden, Utah 84409

certified mail no: 7001 0320 0005 6371 7109

From: Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)

Account # 218303597

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999.

5. Please send me a copy front and back of the document identified by Document Locator number (DLN) 91277-435-00599-2 (14 digit number) which pertains to the above referenced account number and individual.

Dated: August 30, 2002

Respectfully,
Donald Louis Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
P.O.Box 9941, MS 7000 OSC
Ogden, Utah 84409

certified mail no: 7001 0320 0005 6371 7109

From: Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)

Account # 218303597

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999.

5. Please send me a copy of the document identified as the AIMS File, #0000000024, which pertains to the above referenced account number and individual.

Dated: August 30, 2002

Respectfully,
Donald Louis Hymes, Requester



FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.



3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

DATED: July 19, 2002

Respectfully,

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial:_____

_____
Donald L. Hymes, Requester

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
          Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-335-20000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED:** July 10, 2002

Respectfully,

Donald L. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
      Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-999-99999-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 9, 2002**

    Respectfully,

    Donald L. Hymes, Requester



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

August 14, 2002

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated July 1, 2002 and received in our office July 16, 2002.

In regard to item 5, no responsive documents were found.

If you have any questions regarding this correspondence, Case Control Number DAH02-03917, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393