# FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)

Identification #: 218303597

US Department of Justice
940 Pennsylvania Avenue NW
Room LOC 115
Washington, DC 20530          certified mail no: 7000 1530 0004 8223 0294

Dear Sir,

1. This is a request under the Freedom of Information Act 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with rules and regulations.

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I, Donald Louis Hymes am the requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years 1990 to and including 1999.

5. BACKGROUND FOR ITEM #6: The United States Attorney's Manual II, 6-4.227, reveals the United States Attorney has limited responsibility to prosecute offenses investigated by the IRS. Those offenses are: excise violations involving liquor tax, narcotics, stamp tax, firearms, wagering, and coin operated gambling and amusement machines. A copy of the United States Attorney's Manual; II, Title 6-4.270 is attached hereto and incorporated herein by reference as Exhibit A.

6. Please send Requester a copy of the documents indicating the requester is/was involved in a taxable activity relevant to Exhibit A.

Dated:_____

Respectfully,
Donald Louis Hymes, Requester

> You are hereby put on notice that this letter must be filed as a permanent part of my IRS/ TDA/ AIMS/ IMF 23C record. If such record(s) has/have been been deleted or substituted, this demand still applies
> Initial_____

I understand the penalties provided in 5 USC 552a(I)(3) for requesting or obtaining documents under false pretenses.
Donald Louis Hymes, Requester





**U. S. Department of Justice**

Washington, D.C. 20530

AUG 0 5 2002



Donald L. Hymes
2340 Ravenwood Avenue
Fairbanks, AK  99709

Dear Mr. Hymes:

This is in response to your duplicate requests for records dated July 1, 2002. Your Freedom of Information Act and/or Privacy Act (FOIA/PA) requests were received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ). Federal agencies are required to respond to FOIA requests within twenty business days. This period does not begin until the requests are actually received by the component within the DOJ that maintains the records sought.

We have referred your requests to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your requests has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip. All future inquiries concerning the status of your requests should be addressed to the office(s) listed below:

        FOIA/PA
        Tax Division
        CTS-Eastern Region
        P.O. Box 227, Ben Franklin Station
        Department of Justice
        Washington, DC  20044
        (202) 307-0462

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
       2340 Ravenwood
       Fairbanks, Alaska 99709

*cert. mail # — 7079*

           Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1995,1996,1997,1998,1999,2000

5. Please send a copy of the form 5734 Non Master File Assessment Voucher which is specific to Me and no other and which indicates the alleged liability.

**DATED: July 23, 2002**

                                          Respectfully,

                                          Donald L. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

*Cert. mail H – 7093*

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
        Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

**DATED: July 19, 2002**

                                                  Respectfully,

                                                  Donald L. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

*cert mail # — 7086*

Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1995,1996,1997,1998,1999,2000

5. Please send me a copy of the Non Master file and Comments Field maintained in a System of Records known as Integrated Data Retrieval System / IRS 34.018 which pertain to the above referenced SS# and person.

**DATED: July 22, 2002**

Respectfully,

_____
Donald L. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709

*cert. mail # _7123*

Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995,1996,1997,1998,1999,2000

5. Please send me a copy of the AMDISA File (screen display pages 01,02,03,04, and 05), which pertains to me.

**DATED: July 21, 2002**

Respectfully,

_____
Donald L. Hymes, Requester

21



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

July 19, 2002

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated July 1, 2002 and received in our office July 17, 2002

We have located two pages of documents responsive to your request, and are releasing them to you.

Responsive to item 5, enclosed is a copy of the TDINQ print.

If you have any questions regarding this correspondence, Case Control Number DAH02-03942, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 101500
Anchorage, Alaska 99510

*Cert. mail #--7093*

FROM: Donald L. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1999

5. Please send me a copy of the document identified as the AIMS File, # 0000000024 which pertains to the above referenced SS# and person.

**DATED: July 18, 2002**

Respectfully,

Donald L. Hymes, Requester



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

COMMUNICATIONS AND LIAISON

JUL 1 8 2002

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99701-4543

Dear Mr. Hymes:

This is in response to your Freedom of Information Act request dated June 28, 2002, and received in our office on July 12, 2002. We have enclosed a copy of your request.

In response to Item "a", enclosed please find a one-page document from the Public Information Listing (PIL). The one-page has been edited to delete material that would cause an unwarranted invasion of personal privacy pursuant to 5 U.S.C. 552(b)(6). Notice 393, enclosed, explains the exemption in more detail and your appeal rights.

In response to Items "b", "c" and "d", a search of our files has found no documents responsive to your request.

No documents have been withheld. There is no fee for processing this request.

Please be advised that a request made to the Disclosure Office in no way postpones or delays administrative, examination, investigation, or collection action.

If you have any questions concerning this letter, please contact Mrs. M. Boynton, ID #7917414912, at (510) 637-2318 in the Oakland Disclosure Office at 1301 Clay Street, Suite 840 South, Oakland, CA 94612-5210. The fax number is (510) 637-2339. Please refer to case #94-2002-02415.

Sincerely,

Nadine Addison
Disclosure Officer

Enclosure(s)

*cease + desist*

219

# FREEDOM OF INFORMATION ACT REQUEST

INTERNAL REVENUE SERVICE
(RECEIVED)

JUL 12 2002

94-2002-02415
DISCLOSURE OFFICE

To: M. Boynton
Oakland Disclosure Office
1301 Clay Street, Suite 840 South
Oakland, CA 94612-5210

certified mail no.: 7001 0320 0005 6371 6881

From: Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)

Account #: 218303597

Dear Ms. Boynton,

This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is a firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f). BACKGROUND: A Ms. Goldbach from your office has been making inquiries regarding my person and my affairs.

Please send a copy of:
a) The documentation which shows Goldbach's position and GS level with the IRS along with a printed copy of her name;

b) Form 12175- third party contact report;

c) Form 12180, third party authorization form;

d) Form 2039, administrative summons presented to Bank of America;

pertaining to Donald Louis Hymes and the above referenced account number.

I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.
I am attesting under penalty of perjury under the laws of the united states of America, that I am the person making this request.

Dated this 28th day of June, 2002
Donald Louis Hymes
*[signature]*

Encl.: copy of original FOIA to Goldbach

220



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

July 17, 2002

Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Mr. Hymes:

This is in response to the your Freedom of Information Act request, dated May 20, 2002 and received in our office on July 9, 2002.

In response to item 5, no responsive documents were found for years 1995 through 1999.

If you have any questions regarding this correspondence, Case Control Number DAH02-03825, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
   Form 393

*sub for return*

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, DC 20226

July 15, 2002

REFER TO: 122000
02-1619 /RA

Mr. Donald L. Hymes
C/o 2340 Ravenwood Ave.
Fairbanks, Alaska 99709

Dear Mr. Hymes:

This is regarding your copy letter marked "Privacy Act Request" that you sent to the Bureau of Alcohol, Tobacco, and Firearms.

If it is your belief that records about you exist in the records of the Bureau of Alcohol, Tobacco and Firearms, please let us know the following; Where, when and how did contact between yourself and ATF take place, as any contact would be instigated either by you or by ATF. You also have not provided a Social Security Number or Date of Birth. Such information may "reasonably identify" the records sought, and enable us to conduct a search.

Both the FOIA and Privacy Act require that requestors either <u>reasonably describe the records</u> sought, or <u>identify the nature of the record</u>, with sufficient detail to enable us to find the responsive records (see Title 31 Code of Federal Regulations, Part I).

If we can be of assistance please write again.

Sincerely,

Rodney Anderson Jr.
Disclosure Assistant

WWW.ATF.TREAS.GOV

222

FREEDOM OF INFORMATION ACT REQUEST

From: Donald Louis
  c/o 2340 Ravenwood Avenue
  Fairbanks, Alaska (99709)
  Date of Birth: 12/30/34

To: Freedom of Information and Privacy Act
  US Department of Justice
  P.O.Box 227, Ben Franklin Station
  Washington, DC 20044       Certified Mail No: 7000 1530 0002 0511 3484

July 1, 2002

Dear Officer,

This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.
I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.

BACKGROUND: Requester was served with subpoenas dated 8/17/1999 (exhibit A) and 3/10/2000 (exhibit B).

Please send me a copy of the: REQUEST FOR GRAND JURY INVESTIGATION.

Respectfully,
Donald Louis Hymes, Requester


I am attesting under penalty of perjury and under the laws of the united states of America that I am the person making this request.

Dated: 1 July 2002

Donald Louis Hymes

223

FREEDOM OF INFORMATION ACT REQUEST

From: Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)
Account # 218303597

To: Disclosure Officer
Internal Revenue Service
P.O. Box 9941 M/S 7000
Ogden, Utah 84409

July 1, 2002

Dear Officer,

1. This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years 1990 to and including 1999.

5. Please send me a copy of the complete and annotated file of all Delegation of Authority orders containing the delegation made to your office and by your office as required to be maintained by IRM 243.(11)MT 1230-21

Respectfully,

Donald Louis Hymes, Requester


I am attesting under penalty of perjury and under the laws of the united states of America that I am the person making this request.

Dated: July 1, 2002

Donald Louis Hymes

227

FREEDOM OF INFORMATION ACT REQUEST

From: Donald Louis Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)
Account # 218303597

To: Disclosure Officer
Internal Revenue Service
P.O. Box 9941 M/S 7000
Ogden, Utah 84409

July 1, 2002

Dear Officer,

1. This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

   2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

   3. I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.

   4. This request pertains to the years 1990 to and including 1999.

   5. Please send me a copy of all documents maintained in a system of records known as Treasury/IRS 26.021 Transferee files which pertain to the above referenced account # and person.

Respectfully,

Donald Louis Hymes, Requester


I am attesting under penalty of perjury and under the laws of the united states of America that I am the person making this request.

Dated: July 1, 2002

Donald Louis Hymes

## FREEEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)

*NR*

ID#    218303597

Assistant Commissioner (International)
Internal Revenue Service
950 L'Enfant Plaza South, SW
Fourth Floor
Washington, DC 20224          certified mail no: 7000 1530 0004 8223 3868

28-Jun-02

Dear Commissioner,

1. This is a request under the Freedom of Information Act 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.701(f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years 1990 to and including 1999.

5. BACKGROUND FOR ITEM #6: failure to file records and failure to pay tax records are maintained by the Assistant Commissioner (International), as evidenced by System of Records Treasury/IRS 49.007, a copy of which is attached hereto and incorporated herein as Exhibit A.

6. Please send Requester a copy of all documents maintained in Overseas Compliance Projects System/Treasury/IRS 49.007(2) and (4), which pertains to Donald Louis Hymes.

7. Please send Requester a copy of the blank forms applicable to the failure to file investigations. Please mark the blank forms "VOID" or otherwise invalidate the forms prior to disclosure.

# FREEDOM OF INFORMATION ACT REQUEST

Donald Louis Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)
Federal ID # 218303597


Freedom of Information Act Request
Chief, Disclosure Branch
Bureau of Alcohol, Tobacco, and Firearms
1200 Pennsylvania Avenue, NW
Room 4406
Washington, DC 20226     certified mail no: 7000 1530 0004 8223 3844

Dear Chief,

1. This is a request under the Freedom of Information Act, 5 USC and 31 CFR 1.5(g). This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined by 27 CFR 71.25.

2. If portions of this request are exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category A requester. **Please expedite this request.**

4. This request pertains of the years 1990 to and including 1999.

5. Please send me a copy of all documents maintained in the system of records identified as "Criminal Investigation Report System-Treasury/ATF .003, concerning the Requestor and the above referenced ID #.

Dated: June 28, 2002

Respectfully submitted,
Donald Louis Hymes, Requestor


I understand the penalties provided in 5 USC, 552a(i)(3) for requesting or obtaining access to records under false pretenses.

Donald Louis Hymes, Requestor

227