RECEIVED
QH03-00166
OCT 2/2 2002

Ogd-- ---- ---- ---fice
Inter--- --- ---- -ervice

R----- --
DAH03-0079
--- -- --

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1998

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

DATED: September 5, 2002

EXHIBIT 515

Respectfully,

Rita M. Hymes, Requester

RECEIVED IN CORREC
IRS - OSC / 570

NOV 0 6 2002

OGDEN, UTAH

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____

41



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

January 29, 2003

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act requests dated July 12, 2002 and September 3, 2002 and received in our office November 27, 2002.

In regard to item 5, we have made several attempts to obtain the documents you have requested for year 1996 and have been unable to secure them. We are sorry for any inconvenience this may cause you. Item 5 requesting a copy of the "Substitute for Return" requests the same document as the DLN 29210-120-25130-0. Because these requests duplicate each other, we would only provide documents for the request dated September 2nd. If you still require these documents, please resubmit the request dated September 2nd in 120 days.

*how do I know*

In regard to item 6, it is uncertain whose name you are referring to. However, under (b)(6) and (b)(7)(C) of the Freedom of Information Act, this information may be withheld.

In regard to item 7, is a form that contains only the account identification information for processing purposes. An SFR is prepared under the provisions of Part IV of the Internal Revenue Manual in order to establish an account on the Individual Master File; therefore there are no responsive documents.

If you have any questions regarding this correspondence, Case Control Number DAH03-00778 and DAH03-00779, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachments:
   Form 393

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
        2340 Ravenwood Ave
        Fairbanks, Alaska 99709
                        Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or
      regulations thereunder.  This is my firm promise to pay fees and costs for
      locating and duplicating the records requested below, ultimately determined in
      accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those
      portions reasonable segregable.  I am waiving personal inspection of the
      requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester.
      PLEASE EXPEDITE THIS REQUEST.

4.    This request pertains to the years: 1995

5.    Please send me a copy of the "Substitute for Return" prepared by the Internal
      Revenue Service that pertains to me.

6.    Please send me a copy of the document that identifies the person who prepared
      the substitute for return in my case.

7.    Please send me a copy of the documents upon which the audit function based the
      substitute return.

**DATED: September 2, 2002**

                                        Respectfully,

                                        _____
                                        Rita M. Hymes, Requester

RECEIVED IN CORREC
IRS - OSC / 570
NOV 0 6 2002
OGDEN, UTAH



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 26, 2002

Rita M. Hymes
2340 Ravenwood Ave.
Fairbanks, AK 99709

*Never got it*

Dear Ms. Hymes:

We must ask for additional time to locate and consider releasing the Internal Revenue Service records covered in the attached nine Freedom of Information Act (FOIA) requests. We are sorry for any inconvenience the delay may cause.

The Freedom of Information Act, 5 USC 552(a)(6)(B) and 26 CFR 601.702(c)(11) allow agencies to extend the 20 business day time limit for responding to requests by an additional 10 business days. This extension is permitted when additional time is needed to search for, collect the requested records from other locations, review a large volume of records that are responsive to your request, or consult with business submitters about proprietary information.

Although the FOIA and its implementing regulations permit the extension of time, we will not be able to respond to your request by December 26, 2002. Therefore, we must ask for additional time to respond to your request. We plan to provide you with our response by February 6, 2003.

**IF YOU AGREE TO THIS VOLUNTARY EXTENSION**

If you agree to this extension of time, no reply to this letter is necessary. You will still have the right to file an appeal of our determination if we subsequently deny your request. You may want to consider limited the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the person whose name and number are shown below.

The FOIA process is not an additional avenue of recourse during tax administrative proceedings. It solely provides for access to records. Your agreement to extend the time for our response to your FOIA request will have no bearing on any ongoing tax matter such as Collection Due Process or examination appeal.

**IF YOU DO NOT AGREE TO THIS VOLUNTARY EXTENSION**

If you do not agree to this extension and do not want to modify the scope of your request, you may not appeal this letter administratively to the IRS. You may, however, you may file suit. See 5 USC 552(a)(6)(C)(i), 26 CFR 601.702(c)(10).

*JaNean Ellis*

To file suit, you must petition the U.S. District Court in the district in which you live or work, or where the records are located, or in the District of Columbia, to obtain a response to your request. You may file suit no earlier than (date). Your petition will be treated according to the Federal Rules of Civil Procedure, which may apply to actions against any agency of the United States. These procedures require that the IRS be notified of the pending suit, through service of process, which should be directed to:

> Commissioner of Internal Revenue
> Attention: CC:PA
> 1111 Constitution Avenue NW
> Washington, DC 20224

If the court concludes you have unreasonably refused to limit your request or to accept the alternate time frame for response, it may find that our failure to meet the statutory time frames in the FOIA is justified. See 5 U.S.C. 552(a)(6)(C)(iii).

We hope you will agree to allow us more time to process your request. If you wish to contact us, please call the person whose name and telephone number are shown below.

If you have any questions regarding this correspondence, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time. Please include our Case Control Number DAH03-00774, DAH03-00775, DAH03-00778, DAH03-00779, DAH03-00783, DAH03-00784, DAH03-00789, DAH03-00790 and DAH03-00794 with your inquiry.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Date: **DEC 2 3 2002**

> RITA M HYMES
2340 RAVENWOOD AVE
FAIRBANKS AK  99709

*no response*

Dear Ms. Hymes:

We must ask for additional time to locate and consider releasing the Internal Revenue Service records covered in your Freedom of Information act (FOIA) request dated August 25, 2002.  We will try to respond by January 23, 2003.  We are sorry for any inconvenience the delay may cause.

**IF YOU AGREE TO THIS VOLUNTARY EXTENSION**
If you agree to this extension of time, no reply to this letter is necessary.  You will still have the right to file an appeal if we subsequently deny your request.  You may wish to consider limiting the scope of your request so that we can process it more quickly.  If you want to limit your request, please contact the person whose name and telephone number are shown in the last paragraph of this letter.

**IF YOU DO NOT AGREE TO THIS VOLUNTARY EXTENSION**
If you do not agree to this extension and do not want to modify the scope of your request, you may file suit.  See 5 U.S.C., 552(a)(6)(C)(I).  You may not appeal this letter.  See revised FOIA regulations, at 31 C.F.R. 1.5(j) and 65 Federal Register 40503-40516 (June 30, 2000).

To file suit you must petition the U.S. District Court in the district in which you live or work, or where the records are located, or in the District of Columbia, to obtain a response to your request.  Your petition will be treated according to the Federal Rules of Civil Procedure, which apply to actions against any agency of the United States.  These procedures require that the IRS be notified of the pending suit, through service of process, which should be directed to:

Commissioner of Internal Revenue
Attention:  CC: PA: DPL
1111 Constitution Avenue, NW
Washington, D.C.  20224

If the court concludes you have unreasonably refused to limit your request or to accept the alternate timeframe for response, it may find that our failure to meet the  statutory timeframes in the FOIA is justified.  See 5 U.S.C. 552(a)(6)(C)(iii).



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 18, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated September 9, 2002 and received in our office November 27, 2002

In regard to item 5, no responsive documents were found

If you have any questions regarding this correspondence, Case Control Number DAH03-00770, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachments:
   Form 393

non masterfile consint voucher
(99) 97-98-99

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

4/4

1

RECEIVED
CI-03-00163
OCT 2 2 2002

Ogden ____ Office
Interna ____ Service

RECEIVED
DAH03-00770
NOV 2 ___

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
              Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or
      **regulations thereunder. This is my firm promise to pay fees and costs for**
      locating and duplicating the records requested below, ultimately determined in
      accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those
      portions reasonable segregable. I am waiving personal inspection of the
      requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester.
      PLEASE EXPEDITE THIS REQUEST.

4.    This is request pertains to the years: 1995,1996,1997,1998,1999

5.    Please send a copy of the form 5734 Non Master File Assessment Voucher
      which is specific to Me and no other and which indicates the alleged liability.

**DATED: September 9, 2002**

Respectfully,

*Rita M. Hymes, Requester*

RECEIVED IN CONNEC
IRS - OSC /570

**NOV 0 6 2002**

OGDEN, Utah

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____

63

2

47



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 18, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated September 8, 2002 and received in our office November 27, 2002

In regard to item 5, no responsive documents were found

If you have any questions regarding this correspondence, Case Control Number DAH03-00769, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis

JaNean Ellis
Disclosure Officer

Attachments:
Form 393

EXHIBIT # 1/2

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4.    This is request pertains to the years: 1995,1996,1997,1998,1999, 2000

5.    Please send me a copy of the Non Master file and Comments Field maintained in a System of Records known as Integrated Data Retrieval System / IRS 34.018 which pertain to the above referenced SS# and person.

**DATED: September 8, 2002**

Respectfully,

*EXHIBIT*

Rita M. Hymes, Requester

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____

RECEIVED IN CORREL
IRS - OSC / 570

NOV 0 6 2002

OGDEN, UTAH



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 17, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated November 18, 2002 and received in our office November 27, 2002

In regard to item 5, we have made several attempts to obtain the document you have requested and have been unable to secure it. If you still require this document, please resubmit your request in 120 days.

If you have any questions regarding this correspondence, Case Control Number DAH03-00759, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
Form 393

EXHIBIT E 1/2

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

DA#03-25759
NOV 2

# FREEDOM OF INFORMATION ACT REQUEST

From:
Rita MariNa Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska PZ 99709

To:
JaNean Ellis, Disclosure Officer
Internal Revenue Service
P.O.Box 9941 M/S 7000
Ogden, Utah 84409


Account # 517142705


Dear Disclosure Officer,

1. This is a request under the Freedom of Information Act, 5 USC, Section 552.
2. This is my firm promise to pay fees and costs for locating, duplicating the documents and information listed below, ultimately determined in accordance with 26 CFR 601.702(f).
3. If some of this request is exempt from release, please furnish me with those portions reasonably segregable and provide me with an indexing, itemization and detailed justification concerning information, which you are not releasing. I am waiving personal inspection of the requested records.
4. I am attesting under penalties of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.
5. This request pertains to the years 1995, 1996, 1997, 1998, 1999 and 2000.
6. Please send a copy of the front and back of the document identified as Form 9865- EXAMINATION CLOSING DISPOSITION.

Dated this 18th day of November, 2002


Rita MariNa Hymes

EXHIBIT _____

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

Cc:  Area Manager
     Fresno Disclosure Office

51

# DEPARTMENT OF THE TREASURY
## INTERNAL REVENUE SERVICE
### WASHINGTON, D.C. 20224

Date: DEC 17 2002

> RITA MARINA HYMES
  2350 RAVENWOOD AVE
  FAIRBANKS AK  99709

*nope    No info rec'd*

Dear Ms. Hymes:

This is in reply to your Freedom of Information Act request dated November 18, 2002, copy enclosed.

You have requested copies of your SFR files from the Ogden Campus, and it appears that the documents you are requesting, to the extent any exist, would be located in the SFR files. The SFR files are under the jurisdiction of the Ogden Campus; therefore, they will be providing you with the information requested.

If you have any questions concerning this letter, please contact Dora Zamora, ID #89-01017, at Internal Revenue Service, Disclosure Office – Fresno Campus, 5045 E. Butler Ave. M/S 22491, Fresno, CA 93888, or call 559-443-4603.  Please refer to case #89-2003-00598F.

Sincerely,

David Gutierrez
Disclosure Officer

Enclosures

## FREEDOM OF INFORMATION ACT REQUEST

To:                                          From:
Disclosure Officer                            Rita MariNa Hymes
Fresno Campus Disclosure Office               c/o 2340 Ravenwood Avenue
5045 East Butler                              Fairbanks, Alaska PZ 99709
Fresno, CA 93888

Account # 517142705

**RECEIVED**

**DEC 0 2 2002**

Dear Disclosure Officer,

Fresno GLD/Area 7
Fresno Disclosure Office
Internal Revenue Service

1. This is a request under the Freedom of Information Act, 5 USC, Section 552.
2. This is my firm promise to pay fees and costs for locating, duplicating the documents and information listed below, ultimately determined in accordance with 26 CFR 601.702(f).
3. If some of this request is exempt from release, please furnish me with those portions reasonably segregable and provide me with an indexing, itemization and detailed justification concerning information, which you are not releasing. I am waiving personal inspection of the requested records.
4. I am attesting under penalties of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.
5. This request pertains to the years 1995, 1996, 1997, 1998, 1999 and 2000.
6. Please send a copy of the front and back of the document identified as Form 9865- EXAMINATION CLOSING DISPOSITION.

Dated this 18th day of November, 2002

Rita MariNa Hymes

**RECEIVED**
**720**

**NOV 2 2 2002**

**INTERNAL REVENUE SERVICE**
**FRESNO, CA**

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____

Cc:  Area Manager
     Janean Ellis



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated September 1, 2002 and received in our office November 27, 2002.

We are unable to initiate a search for the document(s) requested in item 5, because the records solicited cannot be determined from the information you provided. An adequate description of the desired documents should include the form or file identified by form number, title, or System of Record, or a copy of a letter, notice or subject matter of correspondence you have received that lead you to believe such documents are maintained by this office. This information is necessary to enable the employees who are familiar with the subject area of the request to locate the records without placing an unreasonable burden on the Service.

You may submit a perfected request to this office within thirty (30) days. Upon receipt of your perfected request we will provide the appropriate responsive data as quickly as possible. The statutory period for response does not begin until a perfected request is received.

If you have any questions regarding this correspondence, Case Control Number DAH03-00768, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis

JaNean Ellis
Disclosure Officer

Attachments:

54



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to the attached seven Freedom of Information Act requests received in our office November 27, 2002

In regard to item 5, we have made several attempts to obtain the documents identified by the document locator numbers (DLNs) on these requests and have been unable to secure them. If you still require these documents, please resubmit your request in 120 days.

If you have any questions regarding this correspondence, Case Control Number DAH03-00776, DAH03-00780, DAH03-00781, DAH03-00785, DAH03-00786, DAH03-00791, and DAH03-00792 please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393

55



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 8, 2002 and received in our office November 27, 2002.

In regard to item 5, the Document Locator Number (DLN) you requested is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00760, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393





**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 9, 2002 and received in our office November 27, 2002.

In regard to item 5, the Document Locator Number (DLN) you requested is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00761, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
  Form 393

51

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
          2340 Ravenwood Ave
          Fairbanks, Alaska 99709
                    Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or
      regulations thereunder. This is my firm promise to pay fees and costs for
      locating and duplicating the records requested below, ultimately determined in
      accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those
      portions reasonable segregable. I am waiving personal inspection of the
      requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester.
      PLEASE EXPEDITE THIS REQUEST.

4.    This request pertains to the years: 1995,1996

5.    Please send a copy front and back of the document identified by Document
      Locator Number (DLN) 91249-124-20000-0 (14 digit number) which pertains
      to the above referenced SS# and person.

**DATED: July 9, 2002**

                                        Respectfully,

                                        Rita M. Hymes, Requester

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

*printout ?*

*NO*

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 22, 2002 and received in our office November 27, 2002.

In regard to item 5, the Document Locator Number (DLN) you requested is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00762, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
  Form 393

59



FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
          2340 Ravenwood Ave
          Fairbanks, Alaska 99709
                      Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or
      regulations thereunder.  This is my firm promise to pay fees and costs for
      locating and duplicating the records requested below, ultimately determined in
      accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those
      portions reasonable segregable.  I am waiving personal inspection of the
      requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester.
      PLEASE EXPEDITE THIS REQUEST.

4.    This request pertains to the years: 1995,1996

5.    Please send a copy front and back of the document identified by Document
      Locator Number (DLN) 91249-217-00000-8  (14 digit number) which pertains
      to the above referenced SS# and person.

**DATED: July 22, 2002**

                                        Respectfully,

                                        Rita M. Hymes, Requester

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____