

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

*requested CD*

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated August 15, 2002 and received in our office November 27, 2002.

In regard to item 5, the Document Locator Number (DLN) you requested is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00763, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
Form 393

RECEIVED
CH03-0074
OCT 2 2 2002

Ogden ........ Office
Inter...... ...... Service

RECEIVED
0A03-00763
NOV 2 7 ....

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
            Account 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

Dear Disclosure Officer:

1.      This is a request under the Freedom of Information Act, 5 USC 552, or
        regulations thereunder.  This is my firm promise to pay fees and costs for
        locating and duplicating the records requested below, ultimately determined in
        accordance with 26 CFR 601.702 (f).

2.      If some of this request is exempt from release, please furnish me with those
        portions reasonable segregable.  I am waiving personal inspection of the
        requested records.

3.      I am attesting under penalty of perjury that I am a category Other requester.
        PLEASE EXPEDITE THIS REQUEST.

4.      This request pertains to the years: 1997,1998

5.      Please send a copy front and back of the document identified by Document
        Locator Number (DLN) 91249-320-00000-9  (14 digit number) which pertains
        to the above referenced SS# and person.

**DATED: August 15, 2002**

                                    Respectfully,


                                    Rita M. Hymes, Requester

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____

RECEIVED IN CORREC
IRS - OSC / 570

NOV 0 6 2002

OGDEN, UTAH

42
2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 21, 2002 and received in our office November 27, 2002.

In regard to item 5, the Document Locator Number (DLN) you requested is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00764, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393

63

RECEIVED

DAH 03-00764

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or
regulations thereunder. This is my firm promise to pay fees and costs for
locating and duplicating the records requested below, ultimately determined in
accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those
portions reasonable segregable. I am waiving personal inspection of the
requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester.
PLEASE EXPEDITE THIS REQUEST.

4.    This request pertains to the years: 1995,1996

5.    Please send a copy front and back of the document identified by Document
Locator Number (DLN) 91249-124-20000-0  (14 digit number) which pertains
to the above referenced SS# and person.

**DATED: July 21, 2002**

Respectfully,

Rita M. Hymes, Requester

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____

RECEIVED IN CORRES
IRS - OSC / 540

SEP 2 9 2002

OGDEN, UTAH

RECEIVED IN CORREC
IRS - OSC / 570

NOV 0 6 2002

OGDEN, UTAH

64



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 3, 2002 and received in our office November 27, 2002.

In regard to item 5, the Document Locator Number (DLN) you requested is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00765, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393

65

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
          Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4.    This request pertains to the years: 1995,1996

5.    Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-139-00000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 3, 2002**

Respectfully,

Rita M. Hymes, Requester

that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
... this demand still

RECEIVED IN CORREC
IRS - OSC / 570

**NOV 0 6 2002**

OGDEN, Utah

3



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

*I requested a cd be sent nope*

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 28, 2002 and received in our office November 27, 2002.

In regard to item 5, the Document Locator Number (DLN) you requested is a computer generated transaction and has no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00766, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis

JaNean Ellis
Disclosure Officer

Attachments:
   Form 393

67

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
         2340 Ravenwood Ave
         Fairbanks, Alaska 99709
                    Account 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

Dear Disclosure Officer:

1.     This is a request under the Freedom of Information Act, 5 USC 552, or
       regulations thereunder. This is my firm promise to pay fees and costs for
       locating and duplicating the records requested below, ultimately determined in
       accordance with 26 CFR 601.702 (f).

2.     If some of this request is exempt from release, please furnish me with those
       portions reasonable segregable. I am waiving personal inspection of the
       requested records.

3.     I am attesting under penalty of perjury that I am a category Other requester.
       PLEASE EXPEDITE THIS REQUEST.

4.     This request pertains to the years: 1997,1998

5.     Please send a copy front and back of the document identified by Document
       Locator Number (DLN) 29277-139-00000-0 (14 digit number) which pertains
       to the above referenced SS# and person.

**DATED: July 28, 2002**

                                        Respectfully,


                                        Rita M. Hymes, Requester

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 18, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated September 12, 2002 and received in our office November 27, 2002

In regard to item 5, we have made several attempts to obtain the document you have requested and have been unable to secure it. If you still require this document, please resubmit your request in 120 days.

If you have any questions regarding this correspondence, Case Control Number DAH03-00772, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
Form 393

*No further Response*



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 18, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated September 13, 2002 and received in our office November 27, 2002.

In regard to item 5, we have made several attempts to obtain the document you have requested and have been unable to secure it. If you still require this document, please resubmit your request in 120 days.

If you have any questions regarding this correspondence, Case Control Number DAH03-00773, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis

JaNean Ellis
Disclosure Officer

Attachments:
Form 393

70



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes                    *AMDISA*
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated September 7, 2002 and received in our office November 27, 2002.

In regard to item 5, enclosed is a copy of the AMDISA print for year 1995, consisting of one page. No other responsive documents were found.

If you have any questions regarding this correspondence, Case Control Number DAH03-00767, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachments:

71

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

December 16, 2002

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to the attached seven Freedom of Information Act requests received in our office November 27, 2002

In regard to item 5, we have made several attempts to obtain the documents identified by the document locator numbers (DLNs) on these requests and have been unable to secure them. If you still require these documents, please resubmit your request in 120 days.

If you have any questions regarding this correspondence, Case Control Number DAH03-00776, DAH03-00780, DAH03-00781, DAH03-00785, DAH03-00786, DAH03-00791, and DAH03-00792 please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

RECEIVED
OCT 17 2002

...Office
...Service

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

RECEIVED
DAH03-00776
NOV 27 2002

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or
      regulations thereunder. This is my firm promise to pay fees and costs for
      locating and duplicating the records requested below, ultimately determined in
      accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those
      portions reasonable segregable. I am waiving personal inspection of the
      requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester.
      PLEASE EXPEDITE THIS REQUEST.

4.    This request pertains to the years: 1995,1996

5.    Please send a copy front and back of the document identified by Document
      Locator Number (DLN) 29247-479-00014-1  (14 digit number) which pertains
      to the above referenced SS# and person.

RECEIVED IN CORRES
IRS - OSC / 570

**DATED: July 2, 2002**

Respectfully,    **NOV 0 6 2002**

OGDEN, UTAH

Rita M. Hymes, Requester

You are hereby put on Notice
that this letter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record. If such record(s)
has/have been deleted or
substituted, this demand still
applies.
Initial: _____

2



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON. D.C. 20224

Date: DEC 0 9 2002

> RITA M. HYMES
2340 RAVENWOOD AVE
FAIRBANKS AK 99709

*Not done*

Dear Ms. Hymes:

This is in reply to your Freedom of Information Act request dated August 25, 2002, and received in this office November 8, 2002, copy enclosed.

We need more time to locate and consider releasing the Internal Revenue Service records that you have requested. We are sorry for any inconvenience the delay may cause.

Under certain circumstances we may extend the 20-business day time limit for responding to your request by an additional 10 business days. See FOIA, 5 USC 522(a)(6)(B) and 31 CFR 1.5(j). We need this additional time to search for and collect the requested records from other locations (e.g. Federal Records Center) separate from this office.

We plan to provide you with our response by December 23, 2002. If we are unable to do so by that time, we may seek your voluntary agreement to extend the time to respond or invite you to reformulate your request so we can process it more quickly. If you want to revise the scope of your request now, please contact us and we will assist you to do so. Thank you for your patience in this matter.

If you have any questions concerning this letter, please contact Dora Zamora, ID #89-01017, at Internal Revenue Service, Disclosure Office – Fresno Campus, 5045 E. Butler Ave., M/S 22491, Fresno CA 93888, or call 559-443-4603. Please refer to case #89-2003-00415F.

Sincerely,

David Gutierrez
Disclosure Officer

Enclosure

From: Rita MariNa Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709


To:  Disclosure Officer
     Internal Revenue
949-East 36th  Avenue
Anchorage, Alaska 99508                *cut: heel mail +' 7002 0860 0008 4327
                                                                      2139*

Re: Freedom of Information request on account number 574142705

Dear Disclosure Officer,

Enclosed herewith are the following FOIA requests that were returned from the Fresno
office stating that they need to be answered by the field office.  I hope that is you. If not,
be so kind and forward them to the correct office:
    1- September 15, 2002
    2- September 14, 2002
    3- September 16, 2002
    4- September 17, 2002
    5- September 18, 2002
    6- November  7, 2002

Also included are
a) Exhibit A-, which is applicable to all of the above
b) Affidavit.

**_Please expedite this request_**



December 7, 2002


Respectfully,
Rita MariNa Hymes

From:
Rita MariNa Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska 99709

*NO Resp*

To:

Disclosure Officer
Internal Revenue Service
P.O.Box 9411 Stop 7000 OSC
Ogden, UT 84409

22-Nov-02

Account # 574142705

Dear Disclosure Officer,

1. This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is my firm promise to pay fees and costs determined in accordance with26 CFR 601.702(f).
2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.
3. I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.
4. This request pertains to the years1995 to and including 2000.
5. Please send a copy of the Notice of Assessment Form 23C, which is specific to the above referenced account number and no other, and which indicates the alleged liability.

Respectfully,
Rita MariNa Hymes

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial ......

76

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
                            Account 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

Dear Disclosure Officer:

1.   This is a request under the Freedom of Information Act, 5 USC 552, or
     regulations thereunder.  This is my firm promise to pay fees and costs for
     locating and duplicating the records requested below, ultimately determined in
     accordance with 26 CFR 601.702 (f).

2.   If some of this request is exempt from release, please furnish me with those
     portions reasonable segregable.  I am waiving personal inspection of the
     requested records.

3.   I am attesting under penalty of perjury that I am a category Other requester.
     PLEASE EXPEDITE THIS REQUEST.

4.   This is request pertains to the years: 1995,1996,1997,1998,1999, 2000

5.   Please send me a copy of the Non Master file and Comments Field maintained
     in a System of Records known as Integrated Data Retrieval System / IRS 34.018
     which pertain to the above referenced SS# and person.

**DATED: September 8, 2002**

Respectfully,

Rita M. Hymes, Requester

You are hereby put on Notice
that the matter must be filed as
a permanent part of my
IRS/IDA/AIMS/IMF/BMF
23C record  If such record(s)
has have been deleted or
substituted, this demand still
applies.

68

78

## FREEDOM OF INFORMATION ACT REQUEST

From:
Rita MariNa Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, Alaska PZ 99709

To:
JaNean Ellis, Disclosure Officer
Internal Revenue Service
P.O.Box 9941 M/S 7000
Ogden, Utah 84409

Account # 517/142705

Dear Disclosure Officer,

1. This is a request under the Freedom of Information Act, 5 USC, Section 552.
2. This is my firm promise to pay fees and costs for locating, duplicating the documents and information listed below, ultimately determined in accordance with 26 CFR 601.702(f).
3. If some of this request is exempt from release, please furnish me with those portions reasonably segregable and provide me with an indexing, itemization and detailed justification concerning information, which you are not releasing. I am waiving personal inspection of the requested records.
4. I am attesting under penalties of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.
5. This request pertains to the years 1995, 1996, 1997, 1998, 1999 and 2000.
6. Please send a copy of the front and back of the document identified as  Form 9865- EXAMINATION CLOSING DISPOSITION.

Dated this 18th day of November, 2002

Rita MariNa Hymes

Cc:  Area Manager
     Fresno Disclosure Office



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

November 15, 2002

*according*
*to green card*
*this was rec'd*
*Sept 02 2002*

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated August 19, 2002 and received in our office October 17, 2002.

In regard to item 5, we have made several attempts to obtain the document identified by DLN 29247-739-00011-1 and have been unable to secure it. If you still require this document, please resubmit your request in 120 days.

If you have any questions regarding this correspondence, Case Control Number DAH03-00089, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachments:

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
                    Account 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

Dear Disclosure Officer:

1.    This is a request under the Freedom of Information Act, 5 USC 552, or
      regulations thereunder. This is my firm promise to pay fees and costs for
      locating and duplicating the records requested below, ultimately determined in
      accordance with 26 CFR 601.702 (f).

2.    If some of this request is exempt from release, please furnish me with those
      portions reasonable segregable. I am waiving personal inspection of the
      requested records.

3.    I am attesting under penalty of perjury that I am a category Other requester.
      PLEASE EXPEDITE THIS REQUEST.

4.    This request pertains to the years: 1999

5.    Please send a copy front and back of the document identified by Document
      Locator Number (DLN) 29247-739-00011-1  (14 digit number) which pertains
      to the above referenced SS# and person.

**DATED: August 19, 2002**

                              Respectfully,


                              Rita M. Hymes, Requester



**Form 668 (Y)(c)**
Rev. October 2000)

340    Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>WAGE & INVESTMENT AREA #6<br>Lien Unit Phone: (800) 829-7650 | Serial Number | For Optional Use by Recording Office |
|---|---|---|

Serial Number: 910225012

For Optional Use by Recording Office

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer RITA M HYMES

Residence    2340 RAVENWOOD AVE
FAIRBANKS, AK 99709-4543

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 04/09/2001 | 05/09/2011 | 1760.19 |
| 1040 | 12/31/1996 | 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 | 04/09/2001 | 05/09/2011 | 6331.72 |
| 1040 | 12/31/1997 | 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 | 04/09/2001 | 05/09/2011 | 1165.92 |
| 1040 | 12/31/1998 | 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 | 04/09/2001 | 05/09/2011 | 4037.38 |
| 1040 | 12/31/1999 | 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 | 12/24/2001 | 01/23/2012 | 5254.69 |

Place of Filing

RECORDING DISTRICT OF
FAIRBANKS
FAIRBANKS, AK 99701

Total $ 18549.90

This notice was prepared and signed at    Seattle, WA    , on this,

the  01st  day of  April    2002.

Signature

for J PRUETT

Title
ACS
(800) 829-7650

16-00-0000

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity

**Form 668 (Y)(c)**
(Rev. October 2000)

340    Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: WAGE & INVESTMENT AREA #6<br>Lien Unit Phone: (800) 829-7650 | Serial Number<br>910225012 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

● This Notice of Federal Tax Lien has been filed as a matter of public record.

● IRS will continue to charge penalty and interest until you satisfy the amount you owe.

Name of Taxpayer RITA M HYMES

● Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

Residence    2340 RAVENWOOD AVE
FAIRBANKS, AK 99709-4543

● See the back of this page for an explanation of your Administrative Appeal rights.

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | 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 | 04/09/2001 | 05/09/2011 | 1760.19 |
| 1040 | 12/31/1996 | 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 | 04/09/2001 | 05/09/2011 | 6331.72 |
| 1040 | 12/31/1997 | 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 | 04/09/2001 | 05/09/2011 | 1165.92 |
| 1040 | 12/31/1998 | 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 | 04/09/2001 | 05/09/2011 | 4037.38 |
| 1040 | 12/31/1999 | 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 | 12/24/2001 | 01/23/2012 | 5254.69 |

| Place of Filing | RECORDING DISTRICT OF<br>FAIRBANKS<br>FAIRBANKS, AK 99701 | Total $ | 18549.90 |
|---|---|---|---|

This notice was prepared and signed at _____ Seattle, WA _____, on this,

the ___01st___ day of ___April___ 2002.

Signature
for J PRUETT

Title
ACS
(800) 829-7650

16-00-0000

(NOTE: Certificate of officer auth...



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

October 24, 2002

Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act requests dated July 1, 2002 through July 4, 2002, July 8, 2002 through July 16, 2002, July 21, 2002 through July 30, 2002, August 6, 2002 through August 10, 2002, August 14, 2002 through August 17, 2002, September 1, 2002 through September 9, 2002, and September 11, 2002 through September 13, 2002, and received in our office October 17, 2002, October 21, 2002, and October 22, 2002.

The Freedom of Information Act, 5 U.S.C. 552, provides access by the public to records maintained by the Federal government. The Act, and regulations promulgated there under, sets forth certain requirements that must be met for a request to be processed.

Your requests cannot be processed at this time, as they do not contain your original signature. This is one of the requirements that must be met for a request to be processed.

You have thirty days to perfect and resubmit your requests to this office and upon receipt of your perfected requests, we will provide the appropriate responsive data as quickly as possible. The statutory period for response does not begin until a perfected request is received.

If you have any questions regarding this correspondence, Case Control Numbers CH0300080, CH0300095 through CH0300097, CH0300107, CH0300109, CH0300111, CH0300112, CH0300115, CH0300117, CH0300120, CH0300121, CH0300124 through CH0300129, CH0300134 through CH0300139, and CH0300147 through CH0300167, contact C. Hardee, #7916306612, at (801) 620-7650 between the hours of 7:00 a.m. and 3:30 p.m. Mountain Time or write to Ogden Campus Disclosure Office, P.O. Box 9941, Mail Stop 7000, Ogden, UT 84409.

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

October 22, 2002



Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request, dated September 14, 2002 and received in our office October17, 2002.

Responsive to items 5 the document you seek, to the extent one exists, is under the jurisdiction of the Fresno Campus Disclosure Office. Please resubmit your request to them at the following address:

Fresno Campus Disclosure Office
5045 East Butler
Fresno, CA 93888

If you have any questions regarding this correspondence, Case Control Number DAH03-00085, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:

