

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

October 21, 2002

*printout No!*

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to the six attached Freedom of Information Act requests, received in our office October 10 and 17, 2002.

Responsive to items 5, the Document Locator Numbers (DLNs) you requested are computer generated transactions and have no corresponding paper record.

If you have any questions regarding this correspondence, Case Control Number DAH03-00011, DAH03-00069, DAH03-00086, DAH03-00087, DAH03-00090 and DAH03-00093, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis
Disclosure Officer

Attachments:
    Form 393

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____



DAH03-00093

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

RECEIVED

OCT 17 2002

Ogd_____ Office
Inter_____ Service

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-999-99999-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 23, 2002**

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

Respectfully,

Rita M. Hymes, Requester

pg 2 of 7

DAH 03-00069 PIKU
10-10-02

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-999-99999-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 5, 2002**

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

Respectfully,

Rita M. Hymes, Requester

page 6/7
8/8

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997,1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-124-20000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 4, 2002**

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

Respectfully,

Rita M. Hymes, Requester

DAHC3-00090

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

RECEIVED

OCT 17 2002

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
    Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-356-00000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 20, 2002**

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

Respectfully,

Rita M. Hymes, Requester

DAH03-00087

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

RECEIVED

OCT 17 2002

Ogden ~~~~~ Office
Internal Revenue Service

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
            Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91249-143-00000-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 29, 2002**

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

Respectfully,

Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST     DAH03-60086

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

RECEIVED

OCT 17 2002

Ogden Office
Internal Revenue Service

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
                    Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1999

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-335-20000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 30, 2002**

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

Respectfully,

Rita M. Hymes, Requester



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

October 21, 2002



*[handwritten: answered Oct 26 02]*

*[handwritten: No Resp.]*

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to the ten attached Freedom of Information Act requests, received in our office October 17, 2002.

Responsive to items 5, the Document Locator Numbers (DLNs) you requested are under the jurisdiction of the Fresno Campus Disclosure Office. Therefore, please resubmit these requests to them at the address shown below.

> Fresno Campus Disclosure Office
> Mail Stop 22491
> 5045 East Butler
> Fresno, CA 93888

If you have any questions regarding this correspondence, Case Control Number DAH03-00081, DAH03-00082, DAH03-00083, DAH03-00094, DAH03-00099, DAH03-00101, DAH03-00102, DAH03-00103, DAH03-00105 and DAH03-00108, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachments:


*[handwritten: 93]*



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

October 16, 2002

*Resent Oct 22*

Rita M. Hymes
2340 Ravenwood Avenue
Fairbanks, AK 99709

*No Resp.*

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated September 16, 2002 and received in our office October 10, 2002

Responsive to items 4,5 and 6, the document you seek, to the extent one exists, is under the jurisdiction of the Fresno Campus Disclosure Office. Please resubmit your request to them at the following address:

Fresno Campus Disclosure Office
5045 East Butler
Fresno, CA 93888

In regard to item 7, the documents provided or lack of documents in response to your request have not been certified since certification merely means the document is a true copy of a document in IRS records. It does not speak to the accuracy or validity of the contents of the document. The documents and transmittal letter themselves speak for their authenticity.

If you have any questions regarding this correspondence, Case Control Number DAH03-00078, please contact the Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941, Ogden, UT 84409 or call D. Haldeman, ID #7916307368, at 801-620-7650 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time.

Sincerely,

JaNean Ellis

JaNean Ellis
Disclosure Officer

Attachments:

*Rec'd in Ogden Oct 10, 02*



You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

9

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
           Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. *Background* This request refers to lien posted 2002/16 dated 04/05/2002 on 1999 IMF Transaction code 582 with DLN No. 89277-499-58134-2

5. *Background*: Exhibit A, 1 of 1, form 668-F, Notice of Federal Tax Lien under Internal Revenue Laws, Part 2 to be signed and returned to the Internal Revenue Service.

6. Please send Requester a copy of Internal Revenue Service Form 668-F, Part 2, which pertains to the Requester.

7. Please certify all documents with the Form 2866, certificate of official record. If there are no specific documents pertaining to this request, certify your response with Form 3050, certificate of lack of records.

**DATED: September 18, 2002**

Respectfully,

Rita M. Hymes, Requester

78

*NO reply*

*Mailed Sept 2 26*

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709

Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. **PLEASE EXPEDITE THIS REQUEST.**

4. *Background* This request refers to lien posted 2002/16 dated 04/05/2002 on 1997 IMF Transaction code 582 with DLN No. 89277-499-58132-2

5. *Background*: Exhibit A, 1 of 1, form 668-F, Notice of Federal Tax Lien under Internal Revenue Laws, Part 2 to be signed and returned to the Internal Revenue Service.

6. Please send Requester a copy of Internal Revenue Service Form 668-F, Part 2, which pertains to the Requester.

7. Please certify all documents with the Form 2866, certificate of official record. If there are no specific documents pertaining to this request, certify your response with Form 3050, certificate of lack of records.

**DATED: September 16, 2002**

Respectfully,

Rita M. Hymes, Requester

*Aug 11-17*
*r Sept 16*
*7002 0860 0008 4326 7098*

*96*

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709

Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. *Background* This request refers to lien posted 2002/16 dated 04/05/2002 on 1995 IMF Transaction code 582 with DLN No. 89277-499-58130-2

5. *Background*: Exhibit A, 1 of 1, form 668-F, Notice of Federal Tax Lien under Internal Revenue Laws, Part 2 to be signed and returned to the Internal Revenue Service.

6. Please send Requester a copy of Internal Revenue Service Form 668-F, Part 2, which pertains to the Requester.

7. Please certify all documents with the Form 2866, certificate of official record. If there are no specific documents pertaining to this request, certify your response with Form 3050, certificate of lack of records.

**DATED: September 14, 2002**

Respectfully,

Rita M. Hymes, Requester

[handwritten notations: "No reply recd Sept 19"; "Sept 14 +10"; "7002-0860 0008 4327 2061"; "97"]

| Form **668-F** (Rev. February 1985) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien Under Internal Revenue Laws** | |
|---|---|---|
| District | Serial number | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of taxpayer

Residence

| Kind of Tax (a) | MFT (b) | Tax Period Ended (c) | Date of Assessment (d) | Identifying Number (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | |
| | | **THIS FORM IS FOR INTERNAL USE ONLY. DO NOT FILE.** | | | |
| | | | | | |

Place of filing

Total ▶ $

### Notice of Federal Tax Lien Refiling

IRS serial number _____    Recorder's identification number _____

Notice filed with _____    Date _____

Taxpayer's address (if different than shown above) _____

Signature _____    Title _____

This notice was prepared and signed at _____

on this the _____ day of _____, 19 ____

Signature _____    Title _____

Note: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien. Rev. Rul. 71-466, 1971-2 C.B. 409.

Part 2 - To be signed and returned to the Internal Revenue    Form 668-F (Rev. 2-85)



## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
              Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1992 through 2002

5. Please send me a copy of all documents maintained in the system of records identified as Individual Master File (IMF Complete) *not specific and not literal;* Data Service, Treasury / IRS 24.030, which pertain to this requester.

**DATED: September 10, 2002**

                                          Respectfully,

                                          Rita M. Hymes, Requester



FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account # 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonably segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. *Background* This request pertains to the entry posted 2001/21 dated 06/04/2001 on the 1998 IMF Transaction code 290 with the DLN No. 29254-534-18025-1

7. Please send me a copy of the "Form 8278 page 1 and 2", "Computation and Assessment of Miscellaneous Penalties" prepared by the Internal Revenue Service that pertains to above referenced SS# and person.

**DATED: September 13, 2002**

Respectfully,

Rita M. Hymes, Requester

73

*[handwritten: No reply]* *[handwritten: mailed Sept 17.]*

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
             Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. *Background* This request refers to lien posted 2002/16 dated 04/05/2002 on 1996 IMF Transaction code 582 with DLN No. 89277-499-58131-2

5. *Background*: Exhibit A, 1 of 1, form 668-F, Notice of Federal Tax Lien under Internal Revenue Laws, Part 2 to be signed and returned to the Internal Revenue Service.

6. Please send Requester a copy of Internal Revenue Service Form 668-F, Part 2, which pertains to the Requester.

7. Please certify all documents with the Form 2866, certificate of official record. If there are no specific documents pertaining to this request, certify your response with Form 3050, certificate of lack of records.

**DATED: September 15, 2002**

Respectfully,

Rita M. Hymes, Requester

*[handwritten annotations and certified mail numbers in margins: Aug..., Sept..., 7008 0800 0008 4326-7074, no response to date, 75, 10/]*

| Form **668-F** (Rev. February 1985) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien Under Internal Revenue Laws** | |
|---|---|---|
| District | Serial number | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

> You are hereby put on No[tice] that this letter must be filed a[s] a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> [name]

Name of taxpayer

Residence

| Kind of Tax (a) | MFT (b) | Tax Period Ended (c) | Date of Assessment (d) | Identifying Number (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | |
| | | **THIS FORM IS FOR INTERNAL USE ONLY. DO NOT FILE.** | | | |
| | | | | | |

Place of filing

Total ▶ $

### Notice of Federal Tax Lien Refiling

IRS serial number _____   Recorder's identification number _____

Notice filed with _____   Date _____

Taxpayer's address (if different than shown above) _____

Signature _____   Title _____

This notice was prepared and signed at _____

on this the _____ day of _____ , 19 _____ .

Signature _____   Title _____

Note: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien. Rev. Rul. 71-466 1971-2 C B 409.

Part 2 - To be signed and returned to the Internal Revenue    Form 668-F (Rev. 2-85)

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1995,1996,1997,1998,1999

5. Please send a copy of the form 5734 Non Master File Assessment Voucher which is specific to Me and no other and which indicates the alleged liability.

**DATED: September 9, 2002**

Respectfully,

Rita M. Hymes, Requester

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This is request pertains to the years: 1995,1996,1997,1998,1999, 2000

5. Please send me a copy of the Non Master file and Comments Field maintained in a System of Records known as Integrated Data Retrieval System / IRS 34.018 which pertain to the above referenced SS# and person.

**DATED: September 8, 2002**

Respectfully,

_____
Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

*NOPE*

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. **PLEASE EXPEDITE THIS REQUEST.**

4. This request pertains to the years: 1995,1996,1997,1998,1999

5. Please send me a copy of the AMDISA File (screen display pages 01,02,03,04, and 05), which pertains to me.

**DATED: September 7, 2002**

Respectfully,

_____
Rita M. Hymes, Requester