# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

*Nope*

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709

                  Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1998

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

**DATED: September 5, 2002**

                                                   Respectfully,

                                                   Rita M. Hymes, Requester

*106*

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
              Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

DATED: September 4, 2002

Respectfully,

_____
Rita M. Hymes, Requester

64

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409



FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
        Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995,1996,1997,1998,1999

5. Please send me a copy of the document identified as the AIMS File, # 0000000024 which pertains to the above referenced SS# and person.

**DATED: September 1, 2002**

Respectfully,

Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
                Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

**DATED: September 2, 2002**

                                                 Respectfully,

                                                 _____

                                                 Rita M. Hymes, Requester

109

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1996

5. Please send me a copy of the "Substitute for Return" prepared by the Internal Revenue Service that pertains to me.

6. Please send me a copy of the document that identifies the person who prepared the substitute for return in my case.

7. Please send me a copy of the documents upon which the audit function based the substitute return.

**DATED: September 3, 2002**

Respectfully,

_____
Rita M. Hymes, Requester



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

August 22, 2002

Rita MariNa Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 3, 2002, and received in our office July 24, 2002.

We found no information concerning your Social Security Number in System of Records 24.046. If you are seeking information that pertains to a business, you must submit a separate request and provide the Employer Identification Number and proper authorization to receive the information.

This completes all action on your request by this office.

If you have any questions regarding this correspondence, Case Control Number KW0204076, contact Kenneth Wilder, #7916306383, at (801) 620-7643 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time or write to Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941 Ogden, UT 84409.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachment(s):
  Notice 393

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

August 19, 2002

Rita MariNa Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, AK 99709

*Remailed but no resp.*

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 1, 2002, and received in our office July 19, 2002.

The documents you seek, to the extent they exist, are under the jurisdiction of the Seattle Disclosure Office. Therefore, your request has been transferred to their office at the address below. The 20-day statutory requirement for response will not begin until they receive your request.

> Seattle Disclosure Office
> Mail Stop W625
> 915 2nd Avenue
> Seattle, WA 98174

This completes all action on your request by this office.

If you have any questions regarding this correspondence, Case Control Number KW0203996, contact Kenneth Wilder, #7916306383, at (801) 620-7643 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time or write to Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941 Ogden, UT 84409.

Sincerely,

*[signature]*
per JaNean Ellis
Disclosure Officer

Attachment(s):

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____

112

FREEDOM OF INFORMATION ACT REQUEST

RECEIVED
KWCA-C3996
JUL 19 2002

Ogden Disclosure O

From: Rita MariNa Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)
Account # 574142705

To: Disclosure Officer
Internal Revenue Service
P.O. Box 9941 M/S 7000
Ogden, UT 84409

July 1, 2002

Dear Officer,

This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.
I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.

This request pertains to the years 1990 to and including 1999.
Please send me a copy of all documents maintained in a system of records known as Lien files (open and closed) OP:C-Treasury/IRS 26.009 which pertain to the above referenced account # and requester.

Respectfully,
Rita MariNa Hymes, Requester

I am attesting under penalty of perjury and under the laws of the united states of America that I am the person making this request.

Dated: 1 July 2002
Rita MariNa Hymes

113

FREEDOM OF INFORMATION ACT REQUEST

RECEIVED
JUL 19 2002

Ogden Disclosure Off

From: Rita MariNa Hymes
C/o 2340 Ravenwood Avenue
Fairbanks, Alaska (99709)
Account # 574142705

To: Disclosure Officer
Internal Revenue Service
P.O. Box 9941 M/S 7000
Ogden, UT 84409

July 1, 2002

Dear Officer,

This is a request under the Freedom of Information Act, 5 USC 552 or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.
I am attesting under penalty of perjury that I am a category E requester. PLEASE EXPEDITE THIS REQUEST.

This request pertains to the years 1990 to and including 1999.
Please send me a copy of all documents maintained in a system of records known as Treasury/IRS 26.021 Transferee files which pertain to the above referenced account # and requester.

Respectfully,
Rita MariNa Hymes, Requester

I am attesting under penalty of perjury and under the laws of the united states of America that I am the person making this request.

Dated: 1 July 2002

Rita MariNa Hymes



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

August 12, 2002

Rita MariNa Hymes
c/o 2340 Ravenwood Avenue
Fairbanks, AK 99709

Dear Ms. Hymes:

This is in response to your Freedom of Information Act request dated July 1, 2002, and received in our office July 19, 2002.

We have completed a search for the documents you requested. There are no records responsive to your request for "documents maintained in a system of records known as Treasury/IRS 26.021."

This completes all action on your request by this office.

If you have any questions regarding this correspondence, Case Control Number KW0203994, contact Kenneth Wilder, #7916306383, at (801) 620-7643 between the hours of 8:00 a.m. and 4:30 p.m. Mountain Time or write to Internal Revenue Service, Ogden Campus Disclosure Office, M/S 7000, PO Box 9941 Ogden, UT 84409.

Sincerely,

*JaNean Ellis*

JaNean Ellis
Disclosure Officer

Attachment(s):
  Notice 393

> You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
> Initial: _____


FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29210-120-25132-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 6, 2002**

Respectfully,

Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29247-479-00012-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 7, 2002**

Respectfully,

Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
        Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29254-534-18025-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 8, 2002**

                                          Respectfully,

                                          Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
       2340 Ravenwood Ave
       Fairbanks, Alaska 99709
              Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997,1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-139-00000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 9, 2002**

                                    Respectfully,

                                      Rita M. Hymes, Requester



FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-562-54641-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 10, 2002**

Respectfully,

Rita M. Hymes, Requester




# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
           Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. *Background* This request refers to lien posted 2002/16 dated 04/05/2002 on 1998 IMF Transaction code 582 with DLN No. 89277-499-58133-2

5. *Background*: Exhibit A, 1 of 1, form 668-F, Notice of Federal Tax Lien under Internal Revenue Laws, Part 2 to be signed and returned to the Internal Revenue Service.

6. Please send Requester a copy of Internal Revenue Service Form 668-F, Part 2, which pertains to the Requester.

7. Please certify all documents with the Form 2866, certificate of official record. If there are no specific documents pertaining to this request, certify your response with Form 3050, certificate of lack of records.

**DATED: September 17, 2002**

Respectfully,

Rita M. Hymes, Requester

| Form **668-F** (Rev. February 1985) | | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien<br>Under Internal Revenue Laws** |
|---|---|---|
| District | Serial number | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of taxpayer

Residence

| Kind of Tax (a) | MFT (b) | Tax Period Ended (c) | Date of Assessment (d) | Identifying Number (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | |

**THIS FORM IS FOR INTERNAL USE ONLY. DO NOT FILE.**

Place of filing

Total ▶ $

### Notice of Federal Tax Lien Refiling

IRS serial number _____    Recorder's identification number _____

Notice filed with _____    Date _____

Taxpayer's address (if different than shown above) _____

Signature _____    Title _____

This notice was prepared and signed at _____

on this the _____ day of _____, 19 ___

Signature _____    Title _____

Note: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien. Rev. Rul. 71-466, 1971-2 C.B. 409.

Part 2 - To be signed and returned to the Internal Revenue

Form 668-F (Rev. 2-85)

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

*N. Rusr*

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
        Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-562-54640-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 16, 2002**

                                              Respectfully,

                                              Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
               Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-139-00000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 15, 2002**

                                              Respectfully,

                                              Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
   Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29254-534-18024-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 14, 2002**

Respectfully,

Rita M. Hymes, Requester