# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
       2340 Ravenwood Ave
       Fairbanks, Alaska 99709
             Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995,1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29247-479-00020-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 13, 2002**

                                            Respectfully,

                                            Rita M. Hymes, Requester

## FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

*N reply* (handwritten annotation)

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
           Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29210-120-25130-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 12, 2002**

Respectfully,

Rita M. Hymes, Requester

27

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-999-99999-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 11, 2002**

Respectfully,

Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

*none*

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
              Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-124-20000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 23, 2002**

Respectfully,

Rita M. Hymes, Requester

23

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
                Account 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

Dear Disclosure Officer:

1.  This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2.  If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3.  I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4.  This request pertains to the years: 1995, 1996

5.  Please send a copy front and back of the document identified by Document Locator Number (DLN) 91249-124-20000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 21, 2002**

                                        Respectfully,

                                        Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. **PLEASE EXPEDITE THIS REQUEST.**

4. This request pertains to the years: 1995,1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 89218-500-00444-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 17, 2002**

Respectfully,

Rita M. Hymes, Requester

/3/

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995,1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 89277-499-58131-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 18, 2002**

Respectfully,

Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
              Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995,1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 89277-508-09994-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 19, 2002**

                                                      Respectfully,

                                                      Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
                Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1995, 1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 89277-528-05016-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 20, 2002**

                                                 Respectfully,

                                                 Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
            Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. **PLEASE EXPEDITE THIS REQUEST.**

4. This request pertains to the years: 1995,1996

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-999-99999-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 24, 2002**

                                              Respectfully,

                                              Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
     2340 Ravenwood Ave
     Fairbanks, Alaska 99709
          Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997,1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29247-479-00013-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 26, 2002**

                                                Respectfully,

                                                Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
          Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29210-120-25131-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 25, 2002**

Respectfully,

Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29254-597-18015-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED:** July 27, 2002

Respectfully,

Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
          Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997,1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-139-00000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 28, 2002**

                                               Respectfully,

                                               Rita M. Hymes, Requester



FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
     2340 Ravenwood Ave
     Fairbanks, Alaska 99709
          Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 89277-499-58132-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 1, 2002**

                                        Respectfully,

                                        Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
      2340 Ravenwood Ave
      Fairbanks, Alaska 99709
                    Account 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

Dear Disclosure Officer:

1.  This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2.  If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3.  I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4.  This request pertains to the years: 1997,1998

5.  Please send a copy front and back of the document identified by Document Locator Number (DLN) 29277-562-54642-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: July 29, 2002**

                                                    Respectfully,

                                                    Rita M. Hymes, Requester

29

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
　　　　2340 Ravenwood Ave
　　　　Fairbanks, Alaska 99709
　　　　　　　　Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. **PLEASE EXPEDITE THIS REQUEST.**

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 89277-528-05017-2 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 3, 2002**

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　Rita M. Hymes, Requester

# FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-124-20000-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 4, 2002**

Respectfully,

Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997,1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 91277-999-99999-1 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 5, 2002**

Respectfully,

Rita M. Hymes, Requester

FREEDOM OF INFORMATION ACT REQUEST

TO:
Disclosure Officer
Internal Revenue Service
PO Box 9411 Stop 7000 OSC
Ogden, Utah 84409

FROM: Rita M. Hymes
2340 Ravenwood Ave
Fairbanks, Alaska 99709
Account 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

Dear Disclosure Officer:

1. This is a request under the Freedom of Information Act, 5 USC 552, or regulations thereunder. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702 (f).

2. If some of this request is exempt from release, please furnish me with those portions reasonable segregable. I am waiving personal inspection of the requested records.

3. I am attesting under penalty of perjury that I am a category Other requester. PLEASE EXPEDITE THIS REQUEST.

4. This request pertains to the years: 1997, 1998

5. Please send a copy front and back of the document identified by Document Locator Number (DLN) 29210-120-25132-0 (14 digit number) which pertains to the above referenced SS# and person.

**DATED: August 6, 2002**

Respectfully,

Rita M. Hymes, Requester