UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  HYMES  </u>

DATE:  <u>  July 25, 2007  </u>   CASE NO.  <u>  3:05-CV-0123-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RE MOTIONS TO RECONSIDER**

---

      The Court is in receipt of Defendants' two Motions to Reconsider at Dockets 125 and 126. Pursuant to D. Ak. LR 59.1(d), Plaintiff has until the close of business on **August 13, 2007,** in which to file a response to Defendants' motions, after which the Court will take the motions under advisement.

M.O. RE RECONSIDERATION