NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' MOTION TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | COMPEL DISCOVERY |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The United States of America, by and through its undersigned counsel, hereby responds as follows to those portions of defendants' "Motion to Compel Discovery Substantive

- 2 -

Documents under the Will and Statutory Authority of Congress with Mandated Substantive Regulations" (defendants' motion) that merit a response:

    1.    <u>Defendants Made No Attempt to Confer as Required by Local Rule 37.1</u>

The United States notes at the outset that defendants' motion lacks the "Certification of Attempt to Confer" required by Local Rule 37.1.  Indeed, defendants made no attempt to contact counsel for the United States to confer prior to filing this motion.  Although defendants are pro se in this matter, they are aware of the requirements of Local Rule 37.1 because counsel for the United States has attempted to contact them on multiple occasions prior to filing the United States' motion to compel and motion for discovery sanctions, Dkt. ## 95, 112.  Accordingly, defendants' motion should be denied for failure to comply with local rules.

    2.    Defendants' Motion to Compel Production of
           <u>Documents Not Previously Sought During Discovery Is Improper</u>

Defendants' motion, while largely unintelligible, seeks production of documents identified by defendants as "substantive documents."  Defendants do not define the term "substantive documents" in their motion, and the United States is unaware of what documents defendants are referring to when they state that they have not received any "substantive documents" from the government in this case.  However, a review of defendants' request for production of documents served on the United States in this matter, and filed with the Court as Exhibit 3 to defendants' previous motion to compel, Dkt. # 102, reveals that defendants made no prior request for production of the "substantive documents" they now seek.  Because no request for production of the documents identified by defendants as "substantive documents" was made during the discovery phase of this case, which closed on June 9, 2007, it is improper to now ask

- 3 -

the Court to compel such production.

As set forth in the Declaration of Jennifer D. Auchterlonie, Dkt. # 104, and acknowledged by defendants in their affidavits filed concurrently with the instant motion, Dkt. # 127, the United States has produced to defendants in this matter hundreds of pages of documents from the administrative files of the IRS regarding the tax liabilities at issue.  This production includes all of the documents on which the government intends to rely in this case.  Defendants' request for production of documents plainly does not seek production of any documents identified as "substantive documents," and defendants' prior motion to compel further document production (Dkt. # 102) has already been denied by the Court (Dkt. # 110).  Accordingly, defendants' motion lacks any intelligible basis and should be denied.

Wherefore, inasmuch as defendants have failed to show any legal or factual basis for the compelled production of the documents identified by them as "substantive documents," the United States respectfully requests that the Court deny defendants' motion.

Dated this 3rd day of August, 2007.

          Respectfully Submitted,

          NELSON P. COHEN
          United States Attorney


          s/ Jennifer D. Auchterlonie
          JENNIFER D. AUCHTERLONIE
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C.  20044-0683

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY was served by regular U.S. mail on the following parties:

```
Donald L. Hymes           Rita M. Hymes
2340 Ravenwood            2340 Ravenwood
Fairbanks, Alaska 99709   Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

                                            s/ Jennifer D. Auchterlonie
                                            JENNIFER D. AUCHTERLONIE
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 683, Ben Franklin Station
                                            Washington, D.C. 20044
                                            Telephone: (202) 514-9593
                                            Email: Jennifer.D.Auchterlonie@usdoj.gov