NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' MOTION IN |
| DONALD L. HYMES; RITA M. HYMES; | ) | LIMINE |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The United States of America, by and through its undersigned counsel, hereby responds

as follows to those portions of defendants' "Motion in Limine" (defendants' motion) that merit a

- 2 -

response:

Defendants' motion, while largely unintelligible, asks the Court to prevent the United States from introducing into evidence in this case any documents identified by defendants as "substantive documents" and from citing to any section of the Internal Revenue Code, any Treasury Regulations, and any case law which references the Internal Revenue Code or Treasury Regulations.

With respect to defendants' request to prevent the government's introduction of "substantive documents" into evidence, as set forth in the United States Response to Defendants' Motion to Compel Discovery, filed concurrently with this response, the United States is unaware of defendants' meaning when they use the term "substantive documents." The United States has produced to defendants copies of all documents it intends to rely upon in this matter, in compliance with Fed. R. Civ. P. 26. Because defendants have failed to define "substantive documents," it is impossible for the United States to respond to defendants' request. Accordingly, defendants' motion should be denied at this time because it is not made with respect to any specific document; however, in the event that the United States later attempts to introduce a document into evidence not previously provided to defendants in this matter, defendants should be allowed to move the Court at that time to exclude that particular document.

With respect to defendants' request to prevent the government from citing any statutes, regulations, or case law in this matter, defendants request is patently absurd and entirely lacking any legal or factual basis. Obviously, the United States intends to rely on federal tax law, contained in the Internal Revenue Code, Treasury Regulations, and case law, in support of its

- 3 -

positions in this case.  Any attempt to deny such reliance is frivolous and should be denied.

Wherefore, inasmuch as defendants have failed to show any legal or factual basis to support their motion in limine, the United States respectfully requests that the Court deny defendants' motion.

Dated this 3rd day of August, 2007.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2007, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANTS' MOTION IN LIMINE was served by regular U.S. mail on the

following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

<u>s/ Jennifer D. Auchterlonie</u>
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov