NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' MOTION TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | RECONSIDER ORDER AT DKT. |
| AURORA TRUST, ZENA D. HYMES | ) | #123 |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned counsel, hereby responds

as follows to those portions of defendants' "Motion to Reconsider the Order at Docket 123 of

- 2 -

Ralph Beistline" (defendants' motion) that merit a response:

Defendants' motion, while largely unintelligible, appears to seek reconsideration of the Court's order granting the United States' motion for discovery sanctions. Such a motion is permitted under Local Rule 59.1. However, this Court has made clear that reconsideration should only be granted in three circumstances: (1) upon the discovery of material facts that were previously unavailable or undiscoverable through reasonable diligence, (2) if the Court overlooked material facts that were presented to it before it made its decision, or (3) if there is a change in the law after the Court's decision. *E.g., Westcott v. Dep't. of the Interior, Nati'l Park Service*, Dkt. No. J03-9 CV (JWS), 2005 WL 2704985 (D. Alaska 2005) (citing *Motorola, Inc. v. J.B. Rodgers Mech. Contractors, Inc.*, 215 F.R.D. 581, 586 (D. Ariz. 2003). As discussed below, defendants have neither alleged nor shown that any of these circumstances is present in this case. Accordingly, defendants' motion should be denied.

Defendants do not argue any change in the law after the Court's entry of the Order at Dkt. #123, and the United States is unaware of any such change. Thus, the third circumstance identified above is clearly not present herein. Defendants' only argument appears to be based on defendants' allegation that they "have truthfully answered and provided all substantive evidence that has any merit" to the United States. Defendants' motion, p. 1. While not altogether clear, defendants' argument could be aimed at either of the two remaining circumstances identified above.

Defendants do not elaborate on or point to specific facts in support of their allegation that they have "answered and provided all substantive evidence" in this matter. However, it is clear

- 3 -

from the United States' motion for discovery sanctions, Dkt. #112, that defendants have failed to respond to the majority of the United States' interrogatories and have failed to provide documents responsive to the United States' request for production of documents.

Subsequent to entry of the Court's Order at Dkt. #123, on  July 19, 2007, defendants filed a number of documents with the Court.  However, defendants made no attempt to identify how those documents were responsive to the United States' request for production of documents.  On their face, the documents do not appear to bear any relation to the United States' request for production of documents.  Moreover, defendants have made no attempt to answer the United States' interrogatories or to identify witnesses for trial, as set forth in the United States' motion for discovery sanctions.  Thus, the factual posture of this case is unchanged from the time that the Court's Order at Dkt. #123 was entered.  Accordingly, the two remaining circumstances identified above are not present in this case.

Wherefore, inasmuch as defendants have failed to set forth any legal or factual basis for reconsideration of the Court's Order at Dkt. #123, the United States respectfully requests that the

- 4 -

Court deny defendants' motion.

Dated this 13th day of August, 2007.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANTS' MOTION TO RECONSIDER ORDER AT DKT. #123 was

served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov