NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | Civil No. A05-0123 CV (RRB) | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | UNITED STATES' RESPONSE TO | |
| ) | DEFENDANTS' MOTION TO | |
| DONALD L. HYMES; RITA M. HYMES; ) | RECONSIDER ORDER AT DKT. | |
| AURORA TRUST, ZENA D. HYMES ) | #124 | |
| AND CHARLA HYMES TRUSTEES; ) | | |
| SUNSHINE TRUST, RITA M. HYMES ) | | |
| TRUSTEE; ZENA D. HYMES; CHARLA ) | | |
| HYMES; AND FAIRBANKS NORTH ) | | |
| STAR BOROUGH ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

The United States of America, by and through its undersigned counsel, hereby responds

as follows to those portions of defendants' "Motion to Reconsider the Order at Docket 124 of

- 2 -

Ralph Beistline" (defendants' motion) that merit a response:

Defendants' motion, while largely unintelligible, appears to seek reconsideration of the Court's order denying defendants' motion to compel depositions and motion to dismiss. Such a motion for reconsideration is permitted under Local Rule 59.1. However, this Court has made clear that reconsideration should only be granted in three circumstances: (1) upon the discovery of material facts that were previously unavailable or undiscoverable through reasonable diligence, (2) if the Court overlooked material facts that were presented to it before it made its decision, or (3) if there is a change in the law after the Court's decision. *E.g., Westcott v. Dep't. of the Interior, Nati'l Park Service*, Dkt. No. J03-9 CV (JWS), 2005 WL 2704985 (D. Alaska 2005) (citing *Motorola, Inc. v. J.B. Rodgers Mech. Contractors, Inc.*, 215 F.R.D. 581, 586 (D. Ariz. 2003). As discussed below, defendants have neither alleged nor shown that any of these circumstances is present in this case. Accordingly, defendants' motion should be denied.

Defendants do not argue any change in the law after the Court's entry of the Order at Dkt. #124, or allege any new facts since entry of that Order. Instead, defendants appear to argue that the Court did not give sufficient consideration to the cases cited by defendants in their motions and to the affidavits filed by defendants in support of their motions. Thus, although not altogether clear, defendants' argument could be aimed at the second circumstance identified above, i.e., that the Court overlooked material facts that were presented to it before it made its decision.

Defendants do not elaborate on or point to specific facts in support of their allegation that the Court "proceeded to ignore the holdings of the Supreme Court," defendants' motion, p. 1,

- 3 -

and that the Court "dispensed so easily" with the defendants' affidavits, defendants' motion, p. 2. Further, defendants point to no legal authority for their position that the Court's Order is required to include findings of fact and conclusions of law. Indeed, no such requirement exists. Because the Court's Order at Dkt. # 124 identifies by docket number both the motions filed by defendants and the responses filed by the United States, in the absence of any evidence to the contrary, it is reasonable to assume that the Court had those motions and responses before it and gave proper consideration to each in reaching its decision. Defendants have failed to provide a legal or factual basis on which to conclude otherwise. Thus, defendants have failed to show that the Court overlooked material facts that were presented to it before it made its decision. Accordingly, reconsideration of the Court's Order at Dkt. #124 is not appropriate.

Wherefore, inasmuch as defendants have failed to set forth any legal or factual basis for reconsideration of the Court's Order at Dkt. #124, the United States respectfully requests that the Court deny defendants' motion.

Dated this 13th day of August, 2007.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

- 4 -

CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO RECONSIDER ORDER AT DKT. #124 was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

                                                s/ Jennifer D. Auchterlonie
                                                JENNIFER D. AUCHTERLONIE
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 683, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 514-9593
                                                Email: Jennifer.D.Auchterlonie@usdoj.gov