UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   DONALD HYMES, et al.  

DATE:   August 21, 2007     CASE NO.   3:05-cv-0123-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS
DENYING MOTIONS AT DOCKETS 127 AND 128**

---

      Defendants' Motion to Compel Discovery (Docket 127) and Motion in Limine (Docket 128) are both hereby **DENIED**. Plaintiff, however, will be limited at trial to the documents provided to Defendants in discovery. Plaintiff obviously is entitled to refer at trial to the applicable law, statues, rules, and regulations.