NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD L. HYMES; RITA M. HYMES; )<br>AURORA TRUST, ZENA D. HYMES )<br>AND CHARLA HYMES TRUSTEES; )<br>SUNSHINE TRUST, RITA M. HYMES )<br>TRUSTEE; ZENA D. HYMES; CHARLA )<br>HYMES; AND FAIRBANKS NORTH )<br>STAR BOROUGH )<br>)<br>Defendants. )<br>) | Civil No. A05-0123 CV (RRB)<br><br>UNITED STATES' REQUEST FOR<br>ENTRY OF DEFAULT AGAINST<br>DEFENDANT SUNSHINE TRUST |

2735976.1

- 2 -

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the United States of America, by and through its undersigned counsel, hereby requests the Clerk of the Court to enter default against defendant Sunshine Trust, Rita M. Hymes, Trustee, for its failure to plead or otherwise defend against the amended complaint in the above-captioned case.  In support of its request, the United States submits as follows:

The record herein shows that on September 19, 2006, defendant Sunshine Trust, Rita M. Hymes, Trustee, was served via first class mail with a copy of the amended complaint in this action pursuant to Fed. R. Civ. P. 5.[1]  *See* Certificate of Service, attached to Amended Complaint, Dkt. # 84.  Pursuant to Fed. R. Civ. P. 15(a), Sunshine Trust was required to serve and file its answer or otherwise respond to the United States' amended complaint within ten (10) days after service.[2]  Sunshine Trust has failed to do so as of this writing.  Accordingly, pursuant to Fed. R.

---

[1] The record herein further shows that on September 10, 2005, defendant Sunshine Trust, Rita M. Hymes, Trustee was properly served with a copy of the summons and the original complaint in this action pursuant to Fed. R. Civ. P. 4.  Return of Service, Dkt. # 21.  As "a pleading subsequent to the original complaint," the amended complaint was properly served pursuant to Fed. R. Civ. P. 5(a).

[2] Fed. R. Civ. P. 15(a) requires that "A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be longer, unless the court otherwise orders."

- 3 -

Civ. P. 55, the United States requests the Clerk of the Court enter default against Sunshine Trust for its failure to plead or otherwise defend against the amended complaint.

Dated this 13th day of September, 2007.

        Respectfully Submitted,

        NELSON P. COHEN
        United States Attorney


        s/ Jennifer D. Auchterlonie
        JENNIFER D. AUCHTERLONIE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, D.C.  20044-0683

2735976.1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2007, a copy of the foregoing UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT SUNSHINE TRUST was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2735976.1