NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER OF |
| | ) | DEFAULT AGAINST DEFENDANT |
| DONALD L. HYMES; RITA M. HYMES; | ) | SUNSHINE TRUST |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

2736142.1

- 2 -

This matter is before the Clerk of Court on the United States' Request for Entry of Default Against Defendant Sunshine Trust for failure to plead or otherwise defend.  The Clerk finds, based on the record herein, that defendant Sunshine Trust, Rita M. Hymes, Trustee was served with a copy of the amended complaint on September 19, 2006, but has failed to plead or otherwise defend this action.  Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), an order of DEFAULT is hereby entered against SUNSHINE TRUST.

DATED this _____ day of _____, 2007.

_____
CLERK OF COURT

2736142.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2007, a copy of the foregoing [PROPOSED]

ORDER OF DEFAULT AGAINST DEFENDANT SUNSHINE TRUST was served by regular

U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2736142.1