NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DECLARATION OF |
| DONALD L. HYMES; RITA M. HYMES; | ) JENNIFER D. AUCHTERLONIE |
| AURORA TRUST, ZENA D. HYMES | ) |
| AND CHARLA HYMES TRUSTEES; | ) |
| SUNSHINE TRUST, RITA M. HYMES | ) |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) |
| HYMES; AND FAIRBANKS NORTH | ) |
| STAR BOROUGH | ) |
| | ) |
| Defendants. | ) |
| | ) |

I, Jennifer D. Auchterlonie, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.     I am a trial attorney with United States Department of Justice, Tax Division,

- 2 -

located in Washington, D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and the Internal Revenue Service's files concerning this matter. I submit this Declaration in support of the United States' Motion for Summary Judgment, and to place certain evidence before the Court.

    2. Attached hereto as Exhibit A is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes(Form 4340) for the tax period December 31, 1989. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

    3. Attached hereto as Exhibit B is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes(Form 4340) for the tax period December 31, 1990. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

    4. Attached hereto as Exhibit C is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes(Form 4340) for the tax period December 31, 1991. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

    5. Attached hereto as Exhibit D is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes(Form 4340) for the tax period December 31, 1992. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

    6. Attached hereto as Exhibit E is a true and correct copy of the Certificate of

- 3 -

Assessments and Payments for Donald L. Hymes (Form 4340) for the tax period December 31, 1993. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

      7.  Attached hereto as Exhibit F is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes (Form 4340) for the tax period December 31, 1997. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

      8.  Attached hereto as Exhibit G is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes (Form 4340) for the tax period December 31, 1999. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

      9.  Attached hereto as Exhibit H Attached hereto as Exhibit E is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes (Form 4340) for the tax period December 31, 2000. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

      10.  Attached hereto as Exhibit I is a true and correct copy of the Certificate of Assessments and Payments for Donald L. Hymes (Form 4340) for the tax period December 31, 2002. Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

      11.  Attached hereto as Exhibit J is a true and correct copy of the Certificate of Assessments and Payments for Rita M. Hymes (Form 4340) for the tax period December 31,

- 4 -

1995.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

12.  Attached hereto as Exhibit K is a true and correct copy of the Certificate of Assessments and Payments for Rita M. Hymes (Form 4340) for the tax period December 31, 1996.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

13.  Attached hereto as Exhibit L is a true and correct copy of the Certificate of Assessments and Payments for Rita M. Hymes (Form 4340) for the tax period December 31, 1997.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

14.  Attached hereto as Exhibit M is a true and correct copy of the Certificate of Assessments and Payments for Rita M. Hymes (Form 4340) for the tax period December 31, 1998.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

15.  Attached hereto as Exhibit N is a true and correct copy of the Certificate of Assessments and Payments for Rita M. Hymes (Form 4340) for the tax period December 31, 1999.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

16.  Attached hereto as Exhibit O is a true and correct copy of the Statutory Warranty Deed with respect to the subject property that was recorded with the Fairbanks Recording District on or about December 20, 1974.

- 5 -

17. Attached hereto as Exhibit P is a true and correct copy of the Quit-Claim Deed with respect to the subject property that was recorded with the Fairbanks Recording District on or about February 23, 1988.

18. Attached hereto as Exhibit Q is a true and correct copy of the Statutory Quit-Claim Deed with respect to the subject property that was recorded with the Fairbanks Recording District on or about January 20, 1993.

19. Attached hereto as Exhibit R is a true and correct copy of the Quit-Claim Deed with respect to the subject property that was recorded with the Fairbanks Recording District on or about May 18, 1999.

20. Attached hereto as Exhibit S is a true and correct copy of the Notice of Federal Tax Lien for Donald L. Hymes recorded with the Fairbanks Recording District on or about January 25, 1996.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

21. Attached hereto as Exhibit T is a true and correct copy of the Notice of Federal Tax Lien for Donald L. Hymes recorded with the Fairbanks Recording District on or about November 3, 2003.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

22. Attached hereto as Exhibit U is a true and correct copy of the Notice of Federal Tax Lien for Rita M. Hymes recorded with the Fairbanks Recording District on or about April 16, 2002.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security number have been redacted.

- 6 -

23.  Attached hereto as Exhibit V is a true and correct copy of the Notice of Federal Tax Lien for Sunshine Trust, R.M. Hymes, Trustee as nominee of Donald Hymes recorded with the Fairbanks Recording District on or about August 23, 2004.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security numbers have been redacted.

24.  Attached hereto as Exhibit W is a true and correct copy of the Notice of Federal Tax Lien for Sunshine Trust, R.M. Hymes, Trustee as nominee of Rita Hymes recorded with the Fairbanks Recording District on or about August 23, 2004.  Pursuant to Local Rule 5.2.1, all but the last 4 digits of the taxpayer's social security numbers have been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of September, 2007.

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9593

- 7 -

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2007, a copy of the foregoing DECLARATION OF JENNIFER D. AUCHTERLONIE was served by regular U.S. mail on the following parties:

Donald L. Hymes  
2340 Ravenwood  
Fairbanks, Alaska 99709

Rita M. Hymes  
2340 Ravenwood  
Fairbanks, Alaska 99709

Sunshine Trust  
Rita M. Hymes, Trustee  
2340 Ravenwood  
Fairbanks, Alaska 99709

                        s/ Jennifer D. Auchterlonie  
                        JENNIFER D. AUCHTERLONIE  
                        Trial Attorney, Tax Division  
                        U.S. Department of Justice  
                        P.O. Box 683, Ben Franklin Station  
                        Washington, D.C. 20044  
                        Telephone: (202) 514-9593  
                        Email: Jennifer.D.Auchterlonie@usdoj.gov