# EXHIBIT A



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 19, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: ▉▉▉-3597, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1989, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
DONALD L HYMES                              EIN/SSN:  ███████-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989
                                            ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION      OTHER DEBITS   CREDIT      DATE (23C,
                                            (REVERSAL)     (REVERSAL)  RAC 006 )
------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                  6,941.00

            TAXABLE INCOME
                  2,341.00

10-21-1993  SUBSTITUTE FOR RETURN                          0.00        11-22-1993
            29210-296-05504-3

            LATE FILING PENALTY                            100.00      06-05-1995
            199521

            ADDITIONAL TAX ASSESSED                        351.00      06-05-1995
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            29247-537-00454-5  199521

06-05-1995  RENUMBERED RETURN
            29247-537-00454-5

            INTEREST ASSESSED                              255.31      06-05-1995
            199521

01-19-1996  FEDERAL TAX LIEN

02-12-1996  FEES AND COLLECTION COSTS                      30.00

09-18-1997  LEGAL SUIT PENDING

12-31-1997  LEGAL/BANKRUPTCY SUIT NO
            LONGER PENDING

02-09-2004  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-30-2004  FEDERAL TAX LIEN

FORM 4340  (REV. 01-2002)                   PAGE     1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
DONALD L HYMES                                    EIN/SSN: ████-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989

                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE          EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                        (REVERSAL)     (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------
03-01-2004  FEES AND COLLECTION COSTS                   30.00

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-24-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

08-27-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

08-27-2004  FEDERAL TAX LIEN

09-08-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-08-2004  CORRECTION OF LEGAL SUIT
            PENDING

FORM 4340   (REV. 01-2002)                PAGE      2
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

DONALD L HYMES                                EIN/SSN:      -3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989

                                       ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                       (REVERSAL)    (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

11-29-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

06-06-2005 STATUTE EXPIRED -                              766.31
           CLEAR TO ZERO
           UNCOLLECTABLE AMOUNT OWED
           $              766.31-

06-03-2005 LEGAL SUIT PENDING

06-06-2005 BALANCE DUE REINSTATED                        (766.31)

06-05-1995 Statutory Notice of Balance Due

06-26-1995 Statutory Notice of Intent to Levy

12-01-2003 Statutory Notice of Intent to Levy

11-22-2004 Statutory Notice of Intent to Levy

09-26-2005 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE      3
```

```
CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------
DONALD L HYMES                              EIN/SSN: ████-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989
------------------------------------------------------------------------


BALANCE           766.31

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)                      PAGE    4
```