# EXHIBIT B

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 19, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald Hymes, SSN: ███-██-3597, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1990, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                                 Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

DONALD HYMES                                              EIN/SSN: ███-3597

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC 1990

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 12,595.00 | | | |
| | TAXABLE INCOME 7,820.00 | | | |
| | SELF EMPLOYMENT TAX 715.00 | | | |
| 04-30-1993 | SUBSTITUTE FOR RETURN 29210-121-01907-3 | | 0.00 | 05-31-1993 |
| | ESTIMATED TAX PENALTY 199521 | | 128.00 | 06-05-1995 |
| | LATE FILING PENALTY 199521 | | 472.00 | 06-05-1995 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-537-00455-5  199521 | | 1,889.00 | 06-05-1995 |
| 06-05-1995 | RENUMBERED RETURN 29247-537-00455-5 | | | |
| | INTEREST ASSESSED 199521 | | 952.77 | 06-05-1995 |
| 01-19-1996 | FEDERAL TAX LIEN | | | |
| 09-18-1997 | LEGAL SUIT PENDING | | | |
| 12-31-1997 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE   1

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
DONALD HYMES                                    EIN/SSN:     -3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1990

                                           ASSESSMENT,      PAYMENT,      ASSESSMENT
   DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                           (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
01-30-2004  FEDERAL TAX LIEN

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-24-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

08-27-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

08-27-2004  FEDERAL TAX LIEN

09-08-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-08-2004  CORRECTION OF LEGAL SUIT
            PENDING

FORM 4340   (REV. 01-2002)                          PAGE      2
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

DONALD HYMES                                        EIN/SSN:     -3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1990

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

11-29-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

12-06-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-06-2005  STATUTE EXPIRED -                               3,441.77
            CLEAR TO ZERO
            UNCOLLECTABLE AMOUNT OWED
            $              3,441.77-

06-03-2005  LEGAL SUIT PENDING

06-06-2005  BALANCE DUE REINSTATED                         (3,441.77)

06-05-1995  Statutory Notice of Balance Due

06-26-1995  Statutory Notice of Intent to Levy

12-01-2003  Statutory Notice of Intent to Levy

11-22-2004  Statutory Notice of Intent to Levy

09-26-2005  Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                        PAGE      3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
DONALD HYMES                                    EIN/SSN: [REDACTED]-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1990
---------------------------------------------------------------------------------

BALANCE           3,441.77

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:   Linda L. Drake
TITLE:        Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/19/2005
FORM 4340   (REV. 01-2002)                       PAGE     4
```