# EXHIBIT E



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: October 19, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: ███-3597, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1993, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E        Form 2866 (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
DONALD L HYMES                                 EIN/SSN:       -3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1993
                                            ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION    OTHER DEBITS      CREDIT        DATE (23C,
                                            (REVERSAL)      (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                   11,721.00

             TAXABLE INCOME
                    6,271.00

             SELF EMPLOYMENT TAX
                      579.00

09-26-1994   SUBSTITUTE FOR RETURN                              0.00       10-24-1994
             29210-267-02414-4

             ESTIMATED TAX PENALTY              50.00                      06-05-1995
             199521

             LATE FILING PENALTY              307.00                       06-05-1995
             199521

04-15-1994   WITHHOLDING CREDIT                                294.00

             ADDITIONAL TAX ASSESSED        1,520.00                       06-05-1995
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-537-00458-5    199521

06-05-1995   RENUMBERED RETURN
             29247-537-00458-5

             INTEREST ASSESSED               157.32                        06-05-1995
             199521

01-19-1996   FEDERAL TAX LIEN

09-18-1997   LEGAL SUIT PENDING

12-31-1997   LEGAL/BANKRUPTCY SUIT NO
             LONGER PENDING

02-09-2004   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                      PAGE    1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

DONALD L HYMES                                    EIN/SSN:      -3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
----------------------------------------------------------------------------

01-30-2004  FEDERAL TAX LIEN

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-24-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

08-27-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

08-27-2004  FEDERAL TAX LIEN

09-08-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-08-2004  CORRECTION OF LEGAL SUIT
            PENDING

FORM 4340   (REV. 01-2002)                        PAGE     2
```

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
DONALD L HYMES                                 EIN/SSN: [REDACTED]-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
11-29-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

12-06-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

06-06-2005  STATUTE EXPIRED -                                1,740.32
            CLEAR TO ZERO
            UNCOLLECTABLE AMOUNT OWED
            $              1,740.32-

06-03-2005  LEGAL SUIT PENDING

06-06-2005  BALANCE DUE REINSTATED                          (1,740.32)

06-05-1995  Statutory Notice of Balance Due

06-26-1995  Statutory Notice of Intent to Levy

12-01-2003  Statutory Notice of Intent to Levy

11-22-2004  Statutory Notice of Intent to Levy

09-26-2005  Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE      3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
DONALD L HYMES                                  EIN/SSN: ███████-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1993
------------------------------------------------------------------------------

BALANCE           1,740.32

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:  /s/ Linda L. Drake
PRINT NAME:     Linda L. Drake
TITLE:          Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)                           PAGE     4
```