# EXHIBIT F



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: ███-██-3597 and Spouse SSN: ███-██-2705*, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1997, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature: Linda L. Drake]*

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                            Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

DONALD L HYMES                             EIN/SSN:        -3597
                                                           -2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997
                                         ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT       DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                 9,887.00

           TAXABLE INCOME
                 3,787.00

           SELF EMPLOYMENT TAX
                   251.00

11-28-2000 SUBSTITUTE FOR RETURN               0.00                    01-01-2001
           29210-337-25006-0

           LATE FILING PENALTY             100.00                      12-24-2001
           200150

04-15-1998 WITHHOLDING CREDIT                                401.00

           ADDITIONAL TAX ASSESSED         817.00                      12-24-2001
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           29247-740-00012-1  200150

12-24-2001 RENUMBERED RETURN
           29247-740-00012-1

           INTEREST ASSESSED               179.19                      12-24-2001
           200150

           FAILURE TO PAY TAX               93.60                      12-24-2001
           PENALTY
           200150

05-13-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-07-2003 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)                  PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN:       -3597
                                                           -2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

                                         ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS      CREDIT        DATE (23C,
                                         (REVERSAL)        (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

05-21-2003  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

10-31-2003  FEDERAL TAX LIEN

12-29-2003  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-09-2004  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-30-2004  FEDERAL TAX LIEN

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

09-08-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340   (REV. 01-2002)                           PAGE     2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN:       -3597
                                                           -2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

                                      ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                      (REVERSAL)      (REVERSAL)     RAC 006 )
----------------------------------------------------------------------------

09-08-2004 CORRECTION OF LEGAL SUIT
           PENDING

11-29-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-10-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-06-2005 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

06-06-2005 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

12-24-2001 Statutory Notice of Balance Due

02-11-2002 Notice of Balance Due

03-18-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                      PAGE     3
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

DONALD L HYMES                                EIN/SSN:  ▆▆▆▆ -3597
                                                        ▆▆▆▆ -2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------
12-15-2003 Statutory Notice of Intent to Levy

11-22-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                        PAGE     4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN: ████-3597
                                                     ████-2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040          TAX PERIOD: DEC  1997
------------------------------------------------------------------------------


BALANCE          788.79

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:        Linda L. Drake

TITLE:             Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:  SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 05/26/2005

FORM 4340  (REV. 01-2002)                          PAGE    5
```