# EXHIBIT G



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: ███-3597 and Spouse SSN: ███-2705*, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of five pages ———

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN:      -3597
                                                          -2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC   1999
                                           ASSESSMENT,      PAYMENT,      ASSESSMENT
  DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                           (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                   19,646.00

             TAXABLE INCOME
                   13,296.00

11-29-2000   SUBSTITUTE FOR RETURN                            0.00        01-01-2001
             29210-337-25343-0

             LATE FILING PENALTY                            497.75        11-12-2001
             200144

             ADDITIONAL TAX ASSESSED         1,991.00                     11-12-2001
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-696-00019-1  200144

11-12-2001   RENUMBERED RETURN
             29247-696-00019-1

             INTEREST ASSESSED                              351.03        11-12-2001
             200144

04-01-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

05-07-2003   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

05-21-2003   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

10-31-2003   FEDERAL TAX LIEN

FORM 4340  (REV. 01-2002)                        PAGE    1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

DONALD L HYMES                                  EIN/SSN:     ▓▓▓▓-3597
                                                             ▓▓▓▓-2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

                                         ASSESSMENT,       PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS      CREDIT        DATE (23C,
                                         (REVERSAL)        (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------

11-24-2003 FEES AND COLLECTION COSTS                         30.00

12-29-2003 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-09-2004 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-30-2004 FEDERAL TAX LIEN

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

09-08-2004 LEGAL SUIT PENDING

11-01-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

09-08-2004 CORRECTION OF LEGAL SUIT
           PENDING

FORM 4340   (REV. 01-2002)                       PAGE     2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

DONALD L HYMES                              EIN/SSN:      -3597
                                                         -2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999


                                      ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

11-29-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-10-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-06-2005 FEDERAL PAYMENT MATCHED
           OR LEVIED THROUGH FEDERAL
           PAYMENT LEVY PROGRAM
           GENERATED AND MAILED

06-06-2005 FINAL NOTICE BEFORE LEVY
           ON SOCIAL SECURITY
           BENEFITS GENERATED AND
           MAILED

11-12-2001 Statutory Notice of Balance Due

12-17-2001 Notice of Balance Due

02-11-2002 Statutory Notice of Intent to Levy

12-15-2003 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                   PAGE     3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
DONALD L HYMES                              EIN/SSN:        -3597
                                                            -2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------
11-22-2004 Statutory Notice of Intent to Levy

FORM 4340  (REV. 01-2002)                      PAGE     4
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
DONALD L HYMES                              EIN/SSN:    ████-3597
                                                        ████-2705*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
-------------------------------------------------------------------------------


BALANCE         2,869.78


-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------   ------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:___SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 05/26/2005

FORM 4340   (REV. 01-2002)                         PAGE      5
```