# EXHIBIT H



# United States of America

**Department of the Treasury
Internal Revenue Service**

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald Hymes, SSN: ▮▮▮-3597, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2000, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

DONALD HYMES                              EIN/SSN: ███-██-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000
                                          ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                          (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                    33,957.00

             TAXABLE INCOME
                    26,757.00

04-15-2004   SUBSTITUTE FOR RETURN                0.00                  05-03-2004
             29210-888-00000-4

             ESTIMATED TAX PENALTY              178.56                  10-25-2004
             200441

             LATE FILING PENALTY                672.30                  10-25-2004
             200441

04-15-2001   WITHHOLDING CREDIT                               1,097.00

             ADDITIONAL TAX ASSESSED         4,085.00                   10-25-2004
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-678-00991-4   200441

10-25-2004   RENUMBERED RETURN
             29247-678-00991-4

             INTEREST ASSESSED                 789.24                   10-25-2004
             200441

             FAILURE TO PAY TAX                642.42                   10-25-2004
             PENALTY
             200441

01-03-2005   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

06-06-2005   FEDERAL PAYMENT MATCHED
             OR LEVIED THROUGH FEDERAL
             PAYMENT LEVY PROGRAM
             GENERATED AND MAILED

FORM 4340  (REV. 01-2002)                 PAGE    1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
DONALD HYMES                               EIN/SSN: [REDACTED]-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2000


                                      ASSESSMENT,       PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                      (REVERSAL)       (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------
06-06-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

08-05-2002 Taxpayer Deliquency Notice

10-25-2004 Statutory Notice of Balance Due

11-15-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                     PAGE      2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
DONALD HYMES                              EIN/SSN: [REDACTED]-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2000
--------------------------------------------------------------------------------

BALANCE         5,270.52


--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:         Linda L. Drake

TITLE:              Supervisor Accounting Technician, Ogden SB/SE Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 05/26/2005

FORM 4340  (REV. 01-2002)                        PAGE    3
```