# EXHIBIT I

Case 3:05-cv-00123-RRB   Document 140-10   Filed 09/14/2007   Page 1 of 5

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: May 26, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald Hymes, SSN: ▇▇▇-▇▇-3597, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2002, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                       Form **2866** (Rev. 09-1997)

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
DONALD HYMES                                    EIN/SSN: ███-██-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2002
                                         ASSESSMENT,     PAYMENT,    ASSESSMENT
  DATE      EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT      DATE (23C,
                                         (REVERSAL)      (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                 40,841.00

            TAXABLE INCOME
                 33,141.00

04-15-2004  SUBSTITUTE FOR RETURN                          0.00      05-03-2004
            29210-888-00000-4

            ESTIMATED TAX PENALTY                        176.78      10-25-2004
            200441

            LATE FILING PENALTY                        1,190.25      10-25-2004
            200441

            ADDITIONAL TAX ASSESSED                    5,290.00      10-25-2004
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            29247-678-00992-4   200441

10-25-2004  RENUMBERED RETURN
            29247-678-00992-4

            INTEREST ASSESSED                            462.50      10-25-2004
            200441

            FAILURE TO PAY TAX                           502.55      10-25-2004
            PENALTY
            200441

01-03-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-06-2005  FEDERAL PAYMENT MATCHED
            OR LEVIED THROUGH FEDERAL
            PAYMENT LEVY PROGRAM
            GENERATED AND MAILED

FORM 4340   (REV. 01-2002)                       PAGE     1
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

DONALD HYMES                                EIN/SSN:  ███████-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002


                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                       (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

06-06-2005  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

10-25-2004  Statutory Notice of Balance Due

11-15-2004  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE    2
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

DONALD HYMES                                    EIN/SSN: [REDACTED]-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2002
------------------------------------------------------------------------------------

BALANCE         7,622.08

------------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:      Linda L. Drake
TITLE:           Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 05/26/2005
FORM 4340   (REV. 01-2002)                              PAGE     3
```