# EXHIBIT J

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: ███-2705, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1995, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E     Form **2866** (Rev. 09-1997)


## CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

RITA M HYMES                                        EIN/SSN: ███-██-2705

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
|  | ADJUSTED GROSS INCOME 8,108.00 |  |  |  |
|  | TAXABLE INCOME 1,708.00 |  |  |  |
|  | SELF EMPLOYMENT TAX 826.00 |  |  |  |
| 04-29-2000 | SUBSTITUTE FOR RETURN 29210-120-25129-0 | 0.00 |  | 05-29-2000 |
|  | LATE FILING PENALTY 200113 | 230.50 |  | 04-09-2001 |
| 04-15-1996 | WITHHOLDING CREDIT |  | 161.00 |  |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-479-00014-1   200113 | 1,083.00 |  | 04-09-2001 |
| 04-09-2001 | RENUMBERED RETURN 29247-479-00014-1 |  |  |  |
|  | INTEREST ASSESSED 200113 | 607.69 |  | 04-09-2001 |
| 10-22-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 04-05-2002 | FEDERAL TAX LIEN |  |  |  |
| 04-21-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED |  |  |  |
| 04-23-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED |  |  |  |

FORM 4340  (REV. 01-2002)                    PAGE    1

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

RITA M HYMES                                   EIN/SSN: ███-██-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

                                        ASSESSMENT,    PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT        DATE (23C,
                                        (REVERSAL)     (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------

05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

07-21-2003  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

08-11-2003  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

01-30-2004  FEDERAL TAX LIEN

03-01-2004  FEES AND COLLECTION COSTS                     30.00

08-27-2004  FEDERAL TAX LIEN

09-07-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340   (REV. 01-2002)                    PAGE    2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
RITA M HYMES                                    EIN/SSN: ███-██-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------

09-07-2004  CORRECTION OF LEGAL SUIT
            PENDING

11-29-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

12-06-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

01-10-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-18-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-10-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-24-1997  Taxpayer Deliquency Notice

08-24-1998  Taxpayer Deliquency Notice

10-19-1998  Taxpayer Deliquency Notice

04-09-2001  Statutory Notice of Balance Due

FORM 4340   (REV. 01-2002)                           PAGE     3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
RITA M HYMES                                 EIN/SSN: ██████-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------------
05-14-2001 Notice of Balance Due

06-18-2001 Statutory Notice of Intent to Levy

11-22-2004 Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE    4
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN:  [REDACTED]-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995
-------------------------------------------------------------------------------

BALANCE         1,790.19

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:  Linda L. Drake
TITLE:  Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 08/24/2005

FORM 4340  (REV. 01-2002)                          PAGE    5
```