# EXHIBIT K

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: ▮▮▮▮▮▮▮▮▮ or U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1996, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                      Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN: [REDACTED]-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1996
                                            ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION      OTHER DEBITS     CREDIT       DATE (23C,
                                            (REVERSAL)     (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                 13,669.00

           TAXABLE INCOME
                  7,119.00

           SELF EMPLOYMENT TAX
                  2,078.00

04-29-2000 SUBSTITUTE FOR RETURN                              0.00       05-29-2000
           29210-120-25130-0

           FAILURE TO PAY TAX                                755.52      04-09-2001
           PENALTY
           200113

           ESTIMATED TAX PENALTY                             167.49      04-09-2001
           200113

           LATE FILING PENALTY                               708.08      04-09-2001
           200113

           ADDITIONAL TAX ASSESSED                         3,147.00      04-09-2001
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           29247-479-00020-1   200113

           INTEREST ASSESSED                              1,538.13       04-09-2001
           200113

           FAILURE TO PAY TAX                                15.50       06-04-2001
           PENALTY
           200121

           ADDITIONAL TAX ASSESSED                            0.00       06-04-2001
           29254-534-18024-1   200121

10-22-2001 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE    1
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN:       -2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

                                       ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                       (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
04-05-2002  FEDERAL TAX LIEN

04-29-2002  FEES AND COLLECTION COSTS                   30.00

04-21-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

04-23-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

07-21-2003  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

08-11-2003  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

FORM 4340   (REV. 01-2002)               PAGE     2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

RITA M HYMES                              EIN/SSN: 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                          (REVERSAL)     (REVERSAL)      RAC 006 )
-----------------------------------------------------------------------------------

01-30-2004   FEDERAL TAX LIEN

08-27-2004   FEDERAL TAX LIEN

09-07-2004   LEGAL SUIT PENDING

11-01-2004   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

09-07-2004   CORRECTION OF LEGAL SUIT
             PENDING

11-29-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

12-06-2004   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

01-10-2005   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

12-18-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                        PAGE     3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
RITA M HYMES                                     EIN/SSN: [REDACTED]-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                        (REVERSAL)      (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------
01-10-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-24-1998  Taxpayer Deliquency Notice

10-19-1998  Taxpayer Deliquency Notice

04-09-2001  Statutory Notice of Balance Due

05-14-2001  Notice of Balance Due

06-04-2001  Statutory Notice of Balance Due

06-18-2001  Statutory Notice of Intent to Levy

11-22-2004  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                      PAGE    4
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
RITA M HYMES                                           EIN/SSN: ███-██-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996
-----------------------------------------------------------------------------------

BALANCE          6,361.72

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME: Linda L. Drake
TITLE: Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

           ACCOUNT STATUS DATE 08/24/2005

FORM 4340   (REV. 01-2002)                             PAGE     5
```