# EXHIBIT L



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: ▮▮▮-▮▮-2705, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1997, consisting of five pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN: ███████-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
                                          ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                          (REVERSAL)       (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                   5,621.00

             SELF EMPLOYMENT TAX
                     658.00

04-29-2000   SUBSTITUTE FOR RETURN                             0.00     05-29-2000
             29210-120-25131-0

             FAILURE TO PAY TAX                              118.44     04-09-2001
             PENALTY
             200113

             LATE FILING PENALTY                             148.05     04-09-2001
             200113

             ADDITIONAL TAX ASSESSED                         658.00     04-09-2001
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-479-00013-1    200113

             INTEREST ASSESSED                               224.98     04-09-2001
             200113

             FAILURE TO PAY TAX                               16.45     08-06-2001
             PENALTY
             200130

             ADDITIONAL TAX ASSESSED                           0.00     08-06-2001
             29254-597-18015-1    200130

09-10-2001   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

04-05-2002   FEDERAL TAX LIEN

FORM 4340    (REV. 01-2002)               PAGE     1
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RITA M HYMES                          EIN/SSN: [####]-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

                                       ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT      DATE (23C,
                                       (REVERSAL)     (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------

04-21-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

04-23-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-09-2002  LEGAL SUIT PENDING

            FAILURE TO PAY TAX                        29.61       09-23-2002
            PENALTY
            200237

            ADDITIONAL TAX ASSESSED                   0.00        09-23-2002
            91254-648-05014-2  200237

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

07-21-2003  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                PAGE    2
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RITA M HYMES                             EIN/SSN: █████-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
-------------------------------------------------------------------------------

08-11-2003  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

01-30-2004  FEDERAL TAX LIEN

08-27-2004  FEDERAL TAX LIEN

09-07-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-07-2004  CORRECTION OF LEGAL SUIT
            PENDING

11-29-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

12-06-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

12-17-2004  FEDERAL TAX LIEN RELEASED

01-10-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                       PAGE    3
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN: ███-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

                                      ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                       (REVERSAL)      (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------------

12-18-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-10-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-09-2001 Statutory Notice of Balance Due

05-14-2001 Notice of Balance Due

06-18-2001 Statutory Notice of Intent to Levy

07-16-2001 Statutory Notice of Intent to Levy

08-06-2001 Statutory Notice of Balance Due

11-22-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE      4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------
RITA M HYMES                                   EIN/SSN:   ▊▊▊-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
----------------------------------------------------------------------------------


BALANCE            1,195.53

----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
                                 Linda L. Drake
PRINT NAME:_____
                    Supervisor Accounting Technician, Ogden SB/SE Submission Processing
TITLE:_____
                    SW Delegation Order 198
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 08/24/2005

FORM 4340   (REV. 01-2002)                      PAGE     5
```