# EXHIBIT M



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: ███████-2705, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1998, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: ██████-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
|  | ADJUSTED GROSS INCOME 12,470.00 |  |  |  |
|  | TAXABLE INCOME 5,520.00 |  |  |  |
|  | SELF EMPLOYMENT TAX 1,662.00 |  |  |  |
| 04-29-2000 | SUBSTITUTE FOR RETURN 29210-120-25132-0 |  | 0.00 | 05-29-2000 |
|  | FAILURE TO PAY TAX PENALTY 200113 |  | 299.04 | 04-09-2001 |
|  | ESTIMATED TAX PENALTY 200113 |  | 113.96 | 04-09-2001 |
|  | LATE FILING PENALTY 200113 |  | 560.48 | 04-09-2001 |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-479-00012-1   200113 |  | 2,491.00 | 04-09-2001 |
|  | INTEREST ASSESSED 200113 |  | 560.56 | 04-09-2001 |
|  | FAILURE TO PAY TAX PENALTY 200121 |  | 12.34 | 06-04-2001 |
|  | ADDITIONAL TAX ASSESSED 29254-534-18025-1   200121 |  | 0.00 | 06-04-2001 |
| 10-22-2001 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: ■■■■■-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-05-2002 | FEDERAL TAX LIEN | | | |
| 04-21-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-23-2002 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| | FAILURE TO PAY TAX PENALTY 200237 | | 311.38 | 09-23-2002 |
| | ADDITIONAL TAX ASSESSED 91254-648-05013-2  200237 | | 0.00 | 09-23-2002 |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |
| 05-09-2002 | LEGAL SUIT PENDING | | | |
| 04-06-2003 | LEGAL SUIT NO LONGER PENDING | | | |

FORM 4340   (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

RITA M HYMES                        EIN/SSN: ▮▮▮▮-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|---------------------|-----------|------------------|
| 07-21-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-11-2003 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-30-2004 | FEDERAL TAX LIEN | | | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-07-2004 | LEGAL SUIT PENDING | | | |
| 11-01-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-07-2004 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-06-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-10-2005 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

RITA M HYMES                            EIN/SSN: ███████-2705



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

                                       ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT      DATE (23C,
                                       (REVERSAL)     (REVERSAL)  RAC 006 )
-------------------------------------------------------------------------------

12-18-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-10-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

04-09-2001 Statutory Notice of Balance Due

05-14-2001 Notice of Balance Due

06-04-2001 Statutory Notice of Balance Due

06-18-2001 Statutory Notice of Intent to Levy

11-22-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                PAGE    4
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

RITA M HYMES                          EIN/SSN: ██████-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
--------------------------------------------------------------------------------

BALANCE          4,348.76

--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.    I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:
                   Linda L. Drake
PRINT NAME:_____
                   Supervisor Accounting Technician, Ogden SB/SE Submission Processing
TITLE:_____
                   SW Delegation Order 198
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 08/24/2005

FORM 4340  (REV. 01-2002)                    PAGE    5