# EXHIBIT N

# United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: ███-2705, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                          Form **2866** (Rev. 09-1997)

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

RITA M HYMES                                 EIN/SSN:  ███-██-2705
                                                      ███-██-3597*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999
                                        ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT       DATE (23C,
                                        (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                     15,178.00

             TAXABLE INCOME
                      8,828.00

             SELF EMPLOYMENT TAX
                      2,039.00

11-29-2000   SUBSTITUTE FOR RETURN                       0.00       01-01-2001
             29210-337-25342-0

08-14-2001   AMENDED RETURN FILED
             29277-699-03821-1

             FAILURE TO PAY TAX           353.22                    12-24-2001
             PENALTY
             200150

             ESTIMATED TAX PENALTY        162.75                    12-24-2001
             200150

             LATE FILING PENALTY          756.65                    12-24-2001
             200150

             ADDITIONAL TAX ASSESSED    3,363.00                    12-24-2001
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-739-00011-1   200150

             INTEREST ASSESSED            619.07                    12-24-2001
             200150

03-11-2002   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

04-05-2002   FEDERAL TAX LIEN

04-21-2002   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

FORM 4340    (REV. 01-2002)                   PAGE     1
```

```
               CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

RITA M HYMES                                EIN/SSN:          -2705
                                                              -3597*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1999

                                          ASSESSMENT,     PAYMENT,     ASSESSMENT
   DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                          (REVERSAL)      (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------------

04-23-2002  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-09-2002  LEGAL SUIT PENDING

            FAILURE TO PAY TAX                             151.34       09-23-2002
            PENALTY
            200237

            ADDITIONAL TAX ASSESSED                          0.00       09-23-2002
            91254-648-05012-2   200237

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

            ADDITIONAL TAX ASSESSED                          0.00       08-11-2003
            89254-604-18112-3   200331

07-21-2003  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE     2
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

RITA M HYMES                                   EIN/SSN:   █████-2705
                                                          █████-3597*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

                                          ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT       DATE (23C,
                                          (REVERSAL)       (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------------

08-11-2003  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

01-30-2004  FEDERAL TAX LIEN

08-27-2004  FEDERAL TAX LIEN

09-07-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-07-2004  CORRECTION OF LEGAL SUIT
            PENDING

            FAILURE TO PAY TAX                                336.19    12-06-2004
            PENALTY
            200447

            ADDITIONAL TAX ASSESSED                             0.00    12-06-2004
            29254-722-18043-4  200447

11-29-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

12-06-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340    (REV. 01-2002)                PAGE     3
```

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
RITA M HYMES                                    EIN/SSN: ███  -2705
                                                         ███  -3597*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

                                        ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)     RAC 006 )
---------------------------------------------------------------------------------

12-17-2004  FEDERAL TAX LIEN RELEASED

01-10-2005  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

12-18-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

01-10-2005  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

06-11-2001  Taxpayer Deliquency Notice

08-06-2001  Taxpayer Deliquency Notice

12-24-2001  Statutory Notice of Balance Due

01-14-2002  Statutory Notice of Intent to Levy

11-22-2004  Statutory Notice of Intent to Levy

12-06-2004  Statutory Notice of Balance Due

FORM 4340   (REV. 01-2002)                              PAGE     4
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
RITA M HYMES                                    EIN/SSN:     -2705
                                                             -3597*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999
----------------------------------------------------------------------------


BALANCE           5,742.22

----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
                                 Linda L. Drake
PRINT NAME:_____
                Supervisor Accounting Technician, Ogden SB/SE Submission Processing
TITLE:_____
                SW Delegation Order 198
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 08/24/2005

FORM 4340  (REV. 01-2002)                         PAGE     5
```