# EXHIBIT O

BOOK 283 PAGE 425
Fairbanks Recording Dist.

## STATUTORY WARRANTY DEED

THIS INDENTURE, made and given this ___ day of December, 1974, by and between:

    MARTIN S. ONDRA and MARY R. ONDRA,
    husband and wife, of Anchorage, Alaska,
    hereinafter known as "Grantors",

and

    DONALD L. HYMES and RITA M. HYMES,
    husband and wife, of 2340 Ravenswood,
    Fairbanks, Alaska, as tenants by the
    entirety with right of survivorship,
    hereinafter known as "Grantees".

W I T N E S S E T H :

That the Grantors, in consideration of Ten Dollars ($10.00), and other good and valuable consideration, in hand paid, hereby convey and warrant unto the Grantees, as tenants by the entirety with right of survivorship, the following described real estate located in the Fairbanks Recording District, State of Alaska:

    Lot Fifty (50) of Section Fourteen (14), Township One South,
    Range Two West, Fairbanks Meridian.

SUBJECT, to reservations, restrictions and easements of record, if any.

IN WITNESS WHEREOF, the Grantors have hereunto set their hands on the day and year first hereinabove written.

_____    _____
Martin S. Ondra - Grantor    Mary R. Ondra - Grantor

STATE OF ALASKA    )
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY, that on this _11_ day of December, 1974, before me, the undersigned notary public, personally appeared MARTIN S. ONDRA and MARY R. ONDRA, known to me, and they acknowledged to me that they signed the foregoing instrument, as their voluntary act and deed, for uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal on the day and year first in this certificate written.

74-24792
5.00

Dec 20  3 08 PM '74

REQUESTED BY _____
ADDRESS _____
Transamerica Title Insurance Co.
P.O. Box 158
Fairbanks, Alaska

Notary Public in and for Alaska
My commission expires: _____

EUGENE R. BELLAND
ATTORNEY-AT-LAW

0008