# EXHIBIT P

BOOK 561 PAGE 0264

# QUIT - CLAIM DEED

THE GRANTOR  DONALD L. HYMES & RITA M. HYMES

for and in consideration of  TEN (10.00) DOLLARS

convey and quit claim to  ZENA D. HYMES (50%) and  3870 Pinewood Ave, Fbks, AK 99701  each to have ½
CHARLA A. HYMES (50%).  undivided interest

the following described real estate, situated in the FOURTH JUDICIAL DISTRICT

State of Alaska;  Fairbanks Recording District

TO WIT:

Lot Fifty (50) of Section Fourteen (14), Township One South, Range Two West, Fairbanks Meridian.

88-2895
10 —

RECORDER FILED
FAIRBANKS REC.
DISTRICT

FEB 23  12 PM '88
REQUESTED BY Donald Hymes
ADDRESS Rtn to Charles Hymes
515079

Dated this 23rd day of February 1988

Signed, Sealed and Delivered in the Presence of

_____ (SEAL)
_____ (SEAL)

Individual Acknowledgment (Alaska)

UNITED STATES OF AMERICA,
STATE OF ALASKA }  ss.

THIS IS TO CERTIFY, that on this 23rd day of February, 1988 before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared Donald L. & Rita M. Hymes to me known to be the persons described in and who executed the above and foregoing instrument, and acknowledged to me that they signed and sealed the same freely and voluntarily for the uses and purposes therein mentioned.

WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public for Alaska. My commission expires 9/14/88

0009