# EXHIBIT Q

BK0778PG794

# STATUTORY QUITCLAIM DEED

THIS INDENTURE, made and given this 2 day of January, 1993 by and between:

ZENA D. HYMES and CHARLA A. HYMES, of 2430 Ravenwood Avenue, Fairbanks, Alaska 99709, hereinafter known as "Grantors";

and

RTN TO:

ZENA D. HYMES and CHARLA A. HYMES, of 2430 Ravenwood Avenue, Fairbanks, Alaska 99709, in their capacity as joint trustees of the Aurora Trust, hereinafter known as "Grantees".

WITNESSETH:

That the Grantors, in consideration of and pursuant to the creation by the Grantors of the aforesaid Aurora Trust, and for administration thereunder, hereby convey and quitclaim unto the Grantees, all interest of the Grantors, if any, in the following described real estate located in the Fairbanks Recording District, State of Alaska:

Lot Fifty (50) in Section Fourteen (14), Township One South, Range Two West, Fairbanks Meridian.

IN WITNESS WHEREOF, the Grantors have hereunto set their hands.

_____          _____
Zena D. Hymes - Grantor                Charla A. Hymes - Grantor


UNITED STATES OF AMERICA )
STATE OF OREGON          )

The foregoing instrument was acknowledged before me by this 2 day of January, 1993, by ZENA D. HYMES and CHARLA A. HYMES.

_____
Notary Public in and for Oregon
My commission expires: 3-23-96

OFFICIAL SEAL
JEANETTE B. BLUM
NOTARY PUBLIC - OREGON
COMMISSION NO. 014097
COMMISSION EXPIRES MAR. 23, 1996

93-0912
1590
c/c 200

FAIRBANKS REC. DISTRICT
REQUESTED BY: Z. Hymes

'93 JAN 20 PM 2 16

397339

Eugene R. Belland
Attorney at Law
709 Fifth Avenue
Fairbanks, AK 99701
(907) 456-5444

0010