# EXHIBIT R

BK 1140 PG 408

## QUIT-CLAIM DEED

THIS INDENTURE, made and executed this _tenth_ day of _May_ 1999, by and between:

THE GRANTOR: ZENA D. HYMES
P.O. Box 61219 Fbks, AK 99706

And

THE GRANTEE: SUNSHINE TRUST _____ Fbks, AK 99706
234 [illegible]

WITNESSETH:

That said Grantor for and in consideration for the sum of TEN DOLLARS AND NO/100'S ($10.00), lawful money of the United States of America, and other good and valuable consideration to her in hand paid by said Grantee, receipt of which is hereby acknowledged, has granted, bargained, sold, remised, released, and forever quit-claimed, and by these presents does grant, bargain, sell, remise, release, and forever quit-claim unto said Grantee, and to his heirs and assigns forever, all of her rights, title and interest in and to the following described real property situated in the Fairbanks Recording District, Fourth Judicial District, State of Alaska, TO WIT:

Lot Fifty (50) of Section Fourteen (14), Township One South,
Range Two West, Fairbanks Meridian

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appurtenances and privileges thereunto incident unto the said Grantee, and to their heirs and assigns forever.

IN WITNESS WHEREOF, the said Grantor has hereunto set her hand on the day and year first hereinabove written.

_[signature]_
ZENA D. HYMES, GRANTOR

STATE OF ALASKA )
) Fairbanks North Star Borough
)

THIS IS TO CERTIFY that on this _10th_ day of _May_ 1999, before me, the undersigned, a Notary Public for the State of Alaska, personally appeared: ZENA D. HYMES, to me known to be the identical individual described in and who executed the within instrument and she acknowledged to me that she signed the foregoing instrument freely and voluntarily for the uses and purposes therein stated. WITNESS my hand and notarial seal this day and year first in this certificate written.

_[notary seal]_

_[signature]_
Notary Public in and for the State of Alaska
My Commission Expires: Dec. 6, 2002

012687
FAIRBANKS 15.00
RECORDING DISTRICT

1999 MY 16 PM 3:16
REQUESTED BY
B. Hymes

0011