# EXHIBIT V



2004-018740
Recording Dist: 401 - Fairbanks
8/23/2004 10:03 AM Pages: 1 of 1

ALASKA

| Form 668(Y) (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service |
|---|---|
| | **Notice of Federal Tax Lien** |

| Small Business/Self Employed Area: 12 | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue. | | Please return to:<br>Internal Revenue Service<br>949 E 36th Ave<br>Anchorage, Ak 99508 |

**Name of Taxpayer**
SUNSHINE TRUST, R.M. HYMES, TRUSTEE as nominee of DONALD HYMES

**Residence**
2340 Ravenwood
Fairbanks, Alaska 99709

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12-31-1989 | 3597 | 6-5-1995 | 7-5-2005 | $766.31 |
| 1040 | 12-31-1990 | 3597 | 6-5-1995 | 7-5-2005 | $3,441.77 |
| 1040 | 12-31-1991 | 3597 | 6-5-1995 | 7-5-2005 | $6,468.85 |
| 1040 | 12-31-1992 | 3597 | 6-5-1995 | 7-5-2005 | $68,449.62 |
| 1040 | 12-31-1993 | 3597 | 6-5-1995 | 7-5-2005 | $1,740.32 |
| 1040 | 12-31-1997 | 3597 | 12-24-2001 | 1-23-2012 | $788.79 |
| 1040 | 12-31-1999 | 3597 | 11-12-2001 | 12-12-2011 | $2,869.00 |

THIS LIEN IS FILED FOR THE PURPOSE OF GIVING PUBLIC NOTICE THAT THE UNITED STATES CLAIMS LIEN RIGHTS AGAINST ALL PROPERTY AND RIGHTS TO PROPERTY BELONGING TO DONALD HYMES WHICH MAY BE HELD BY OR UNDER THE NAME OF SUNSHINE TRUST, R.M. HYMES, TRUSTEE, INCLUDING BUT NOT LIMITED TO THAT CERTAIN SINGLE ENGINE FIXED WING AIRCRAFT DESCRIBED AS: 1946 TAYLORCRAFT MODEL BC 12D REGISTRATION NUMBER N95288.

| Place of Filing<br>Fairbanks Recording District<br>1648 S Cushman St #201<br>Fairbanks, Ak 99701 | Total | $84,524.66 |
|---|---|---|

This notice was prepared and signed at Anchorage, Alaska, on this, the 23rd day of August, 2004.

| Signature /s/ James L. Stewart<br>Michael Walsh, Employee # - 92-61035 | Title<br>Revenue Officer, Phone # - 907-271-6972 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Recording Office                                    Form 668(Y) (Rev. 10-1999)