NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, ) | |
| ) | |
| v. ) | DECLARATION OF IRS REVENUE |
| ) | AGENT LYNNE GOLDBACH |
| DONALD L. HYMES; RITA M. HYMES; ) | |
| AURORA TRUST, ZENA D. HYMES ) | |
| AND CHARLA HYMES TRUSTEES; ) | |
| SUNSHINE TRUST, RITA M. HYMES ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA ) | |
| HYMES; AND FAIRBANKS NORTH ) | |
| STAR BOROUGH ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

2735069.1

- 2 -

I, Lynne Goldbach, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.  I am a duly appointed Revenue Agent and Certified Fraud Examiner, employed by the Internal Revenue Service in its Small Business/Self Employed Division, with a post of duty in Fairbanks, Alaska. I have been employed by the IRS for over 20 years.

2.  I have reviewed portions of the IRS administrative file in this matter in making the representations below, and if called upon to testify to said facts, I could do so competently.

3.  As a Revenue Agent, I have extensive knowledge of the examination practices and procedures of the Internal Revenue Service. In particular, I have knowledge of the IRS examinations that were conducted to determine the correct federal income tax liabilities of Donald L. Hymes and Rita M. Hymes for the tax years at issue in this matter, because I reviewed documents maintained by the IRS regarding those examinations when I was assigned to assist the United States Attorney's Office for the District of Alaska in the criminal prosecution of Donald L. Hymes in the matter of *United States v. Hymes*, Dkt. No. 02-CR-0019-RRB-TWH (USDC D. Alaska).

4.  I am familiar with Information Reporting Program ("IRP") statements. IRP statements are retrievable computer records maintained by the IRS reflecting data reported by third parties on various IRS forms, including Forms W-2 (employee wages), 1099 (non-employee compensation),1098 (home mortgage interest), and W-2G (gambling winnings). I regularly rely upon IRP statements to carry out my official duties as an IRS employee. In the case of individuals, I obtain IRP statements by running searches under social security numbers.

2735069.1

- 3 -

5.      As part of my official duties in the Hymes criminal matter and in this civil matter, I reviewed the IRS administrative files regarding the prior examinations of Donald L. Hymes for each of the years at issue, which included IRP statements and examination reports prepared by the examining Revenue Agent.  I also reviewed IRP statements maintained by the IRS with respect to Rita M. Hymes for each of the years at issue.  Based on the information I obtained from the IRS administrative file and IRP statements for each of the years at issue, I prepared spreadsheets that included all of the income sources for Donald L. Hymes and Rita M. Hymes for each of those years.

6.      With respect to the federal income tax liabilities of Donald L. Hymes for his tax years 1989, 1990, 1991, 1992, 1993, 1997, 1999, 2000, and 2002, those liabilities were determined pursuant to an IRS examination.  That examination revealed certain unreported income determined by the IRS to have been received by Mr. Hymes from, inter alia, his work in construction and as a real estate agent, Alaska Permanent Fund dividends, Social Security retirement benefits, unemployment compensation, the sale of certain real property, and a Teamster pension.  That determination was based on information returns filed by third parties, which are set forth in the IRP statements for those years, as well as further information provided from IRS administrative summonses issued to third parties.

7.      Attached hereto as Exhibit A is a true and correct copy of the spreadsheets I prepared with respect to Donald L. Hymes for his tax years 1989, 1990, 1991, 1992, 1993, 1997, 1999, 2000, and 2002.  Those spreadsheets show the sources of income for Donald L. Hymes for those years.

2735069.1

- 4 -

8. With respect to the federal income tax liabilities of Rita M. Hymes for her tax years 1995, 1996, 1997, 1998, and 1999, those liabilities were determined pursuant to an IRS examination. That examination revealed certain unreported income determined by the IRS to have been received by Mrs. Hymes from, inter alia, her work for certain corporations (i.e., Einevoll, Inc., and Evelyn S., Inc.), and Alaska Permanent Fund dividends. That determination was based on information returns filed by third parties, which are set forth in the IRP statements for those years.

9. Attached hereto as Exhibit B is a true and correct copy of the spreadsheets I prepared with respect to Rita M. Hymes for her tax years 1995, 1996, 1997, 1998, and 1999. Those spreadsheets show the sources of income for Rita M. Hymes for those years.

10. My official duties also include the calculation of interest on tax liabilities. I have experience throughout my employment with the Internal Revenue Service ("IRS") in calculating interest on tax liabilities. I am familiar with the proper use of the IRS computer interest calculation functions. In particular, I am familiar with the proper use of the IRS computer command code "INTSTD" which provides a calculation of accrued interest and penalties, to any requested date, on unpaid tax assessments for a particular taxpayer.

11. Attached hereto as Exhibit C is a true and correct copy of the "INTSTD" reports for Donald L. Hymes for the tax periods set forth below. The "INTSTD" reports provide the current unpaid balance of assessments, less all credits appearing on Internal Revenue Service records as of the date of printing, plus accruals of interest and delinquency penalty for failure to pay tax for each tax period. The report is summarized as follows, with accruals calculated

2735069.1

- 5 -

through September 14, 2007:

| Type of Tax / Tax Form | Tax Year | Amount Assessed | Balance Due |
|---|---|---|---|
| Income - Form 1040 | 1989 | $966.31 | $2,147.41 |
| Income - Form 1040 | 1990 | $3,441.77 | $8,924.82 |
| Income - Form 1040 | 1991 | $6,468.85 | $16,877.64 |
| Income - Form 1040 | 1992 | $68,449.62 | $179,347.64 |
| Income - Form 1040 | 1993 | $1,740.32 | $4,580.56 |
| Income - Form 1040 | 1997 | $788.79 | $1,124.43 |
| Income - Form 1040 | 1999 | $2,869.78 | $4,578.92 |
| Income - Form 1040 | 2000 | $5,320.52 | $6,604.58 |
| Income - Form 1040 | 2002 | $7,622.08 | $10,134.79 |
| | **Total:** | **$97,668.04** | **$234,320.79** |

12. Attached hereto as Exhibit D is a true and correct copy of the "INTSTD" reports for Rita M. Hymes for the tax periods set forth below. The "INTSTD" reports provide the current unpaid balance of assessments, less all credits appearing on Internal Revenue Service records as of the date of printing, plus accruals of interest and delinquency penalty for failure to pay tax for each tax period. The reports are summarized as follows, with accruals calculated through September 14, 2007:

| Type of Tax / Tax Form | Tax Year | Amount Assessed | Balance Due |
|---|---|---|---|
| Income - Form 1040 | 1995 | $1,790.19 | $2,886.63 |
| Income - Form 1040 | 1996 | $6,361.72 | $9,459.94 |
| Income - Form 1040 | 1997 | $1,195.53 | $1,773.76 |
| Income - Form 1040 | 1998 | $4,348.76 | $6,425.94 |

2735069.1

- 6 -

| | | | |
|---|---|---|---|
| Income - Form 1040 | 1999 | $5,742.22 | $8,034.02 |
| | **Total:** | **$19,438.42** | **$28,580.29** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of September, 2007.


                                               s/ Lynne Goldbach
                                               LYNNE GOLDBACH
                                               IRS Revenue Agent

- 7 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, a copy of the foregoing DECLARATION OF IRS REVENUE AGENT LYNNE GOLDBACH was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

        s/ Jennifer D. Auchterlonie
        JENNIFER D. AUCHTERLONIE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-9593
        Email: Jennifer.D.Auchterlonie@usdoj.gov