# EXHIBIT A

## Hymes, Donald
### Summary of Individual Tax Returns 1989 to 1993, 1997, 1999, 2000, 2002

| | 1989 | 1990 | | 1991 | | 1992 | | 1993 | | 1997 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MFS | MFS | | MFS | | MFS | | MFS | | MFS | |
| | Transcript | Report | Transcript | Report | Transcript | Report | Transcript | Report | Transcript | Report | Transcript |
| | SFR | | SFR | | SFR | | SFR | | SFR | | SFR |
| Date Filed | | | | | | | | | | | |
| Date Assessed | 6/5/1995 | 6/5/1995 | | 6/5/1995 | | 6/5/1995 | | 6/5/1995 | | 12/24/2001 | |
| Social Security | | | | | | | | | | | |
| Teamster Pension | $ 6,941.00 | $ 6,941.00 | | $ 6,941.00 | | $ 6,941.00 | | $ 6,966.00 | | $ 6,941.00 | |
| Einevoll Inc | | $ 4,141.00 | | $ 12,584.00 | | $ 2,627.00 | | $ 4,095.00 | | $ 1,776.00 | |
| Meyers Real Estate | | $ 918.00 | | | | | | | | | |
| Brenlar Investments | | | | | | $ 862.00 | | | | | |
| Cruz Construction | | | | | | | | | | | |
| Haliburton Technical | | | | | | | | | | | |
| Osborne Construction | | | | | | | | | | | |
| Dryden Larue Inc | | | | | | | | | | | |
| Unemployment | | | | | | | | | | | |
| Other Unknown | | | | | | $ 45.00 | | | | | |
| Capital Gains & Losses | | | | | | $ 147,000.00 | | | | | |
| Self Employment Deduction | | $ (358.00) | | $ (869.00) | | $ (251.00) | | $ (290.00) | | $ (126.00) | |
| Alaska Permanent | | $ 952.00 | | $ 931.00 | | $ 915.00 | | $ 949.00 | | $ 1,296.00 | |
| AGI | $ 6,941.00 | $ 12,594.00 | | $ 19,567.00 | | $ 158,159.00 | | $ 11,720.00 | | $ 9,887.00 | |
| Standard Deduction | $ (2,600.00) | $ (2,725.00) | | $ (2,850.00) | | $ (3,000.00) | | $ (3,100.00) | | $ (3,450.00) | |
| Exemptions | $ (2,000.00) | $ (2,050.00) | | $ (2,150.00) | | $ - | | $ (2,350.00) | | $ (2,650.00) | |
| Taxable | $ 2,341.00 | $ 7,819.00 | | $ 14,567.00 | | $ 155,159.00 | | $ 6,270.00 | | $ 3,787.00 | |

SEP-13-2007 12:36    IRS FAIRBANKS    907 456 0498    P.02

## Hymes, Donald

### Summary of Individual Tax Returns 1989 to 1993, 1997, 1999, 2000, 2002

| | 1989 MFS Transcript | 1990 MFS Report | 1991 MFS Report | 1992 MFS Report | 1993 MFS Report | 1997 MFS Report |
|---|---|---|---|---|---|---|
| Tax Per Transcript | $ 351.00 | $ 1,174.00 | $ 2,186.00 | $ 44,475.00 | $ 941.00 | $ 566.00 |
| SE Tax | $ - | $ 715.00 | $ 1,778.00 | $ 502.00 | $ 579.00 | $ 251.00 |
| Total Tax | $ 351.00 | $ 1,889.00 | $ 3,964.00 | $ 44,977.00 | $ 1,520.00 | $ 817.00 |
| Penalties | | | | | | |
| Manually Computed Delinquency | $ 100.00 | $ 472.00 | $ 945.00 | $ 11,244.00 | $ 307.00 | $ 100.00 |
| Failure to File | | | | | | |
| Estimated | | $ 128.00 | $ 215.00 | $ 1,965.00 | $ 50.00 | |
| Total Penalties | $ 100.00 | $ 600.00 | $ 1,160.00 | $ 13,209.00 | $ 357.00 | $ 100.00 |
| Fee Assessed | $ 260.00 | | | | | |
| Total Assessed Tax, Penalty & Fees | $ 711.00 | $ 2,489.00 | $ 5,124.00 | $ 58,186.00 | $ 1,877.00 | $ 917.00 |
| Witholding Per Transcripts | | | | | $ 294.00 | $ 401.00 |
| Unpaid Assessed Tax, Penalty & Fees | $ 711.00 | $ 2,489.00 | $ 5,124.00 | $ 58,186.00 | $ 1,583.00 | $ 516.00 |

| | 1999<br>MFS<br>Report<br>Transcript<br>SFR | 2000<br>Single<br>Report<br>Transcript<br>SFR | 2002<br>Single<br>Report<br>Transcript<br>SFR | Totals |
|---|---|---|---|---|
| Date Filed | | | | |
| Date Assessed | 11/12/2001 | 10/25/2004 | 10/25/2004 | |
| Social Security | | $ 11,434.00 | $ 12,525.00 | $ 11,434.00 |
| Teamster Pension | $ 6,941.00 | $ 7,230.00 | $ 6,941.00 | $ 55,842.00 |
| Einevoll Inc | | | | $ 25,223.00 |
| Meyers Real Estate | | | | $ 918.00 |
| Brenjar Investments | | | | $ 882.00 |
| Cruz Construction | $ 12,705.00 | | | $ 12,705.00 |
| Halliburton Technical | | $ 13,117.00 | | $ 13,117.00 |
| Osborne Construction | | | $ 16,775.00 | |
| Dryden Larue Inc | | | $ 4,873.00 | |
| Unemployment | | $ 2,176.00 | | $ 2,176.00 |
| Other Unknown | | | | $ 45.00 |
| Capital Gains & Losses | | | | $ 147,000.00 |
| Self Employment Deduction | | | | $ (1,914.00) |
| Alaska Permanent | | | | $ 5,043.00 |
| AGI | $ 19,646.00 | $ 33,957.00 | $ 41,114.00 | $ 272,471.00 |
| Standard Deduction | $ (3,600.00) | $ (4,400.00) | $ (4,700.00) | $ (30,425.00) |
| Exemptions | $ (2,750.00) | $ (2,800.00) | $ (3,000.00) | $ (19,750.00) |
| Taxable | $ 13,296.00 | $ 26,757.00 | $ 33,414.00 | $ 229,996.00 |

TOTAL P.22

|  | 1999 MFS Report | 2000 Single Report | 2002 Single Report |  |
|---|---|---|---|---|
| Tax Per Transcript | $ 1,991.00 | $ 4,085.00 | $ 5,290.00 | $ 61,059.00 |
| SE Tax |  | $ - | $ - | $ 3,825.00 |
| Total Tax | $ 1,991.00 | $ 4,085.00 | $ 5,290.00 | $ 59,594.00 |
| Penalties |  |  |  |  |
| Manually Computed Delinquency | $ 497.75 | $ 672.30 | $ 1,190.25 | $ 15,528.30 |
| Failure to File |  |  |  | $ - |
| Estimated |  | $ 178.56 | $ 176.78 | $ 2,713.34 |
| Total Penalties | $ 497.75 | $ 850.86 | $ 1,367.03 | $ 16,874.61 |
| Fee Assessed | $ 30.00 | $ 50.00 |  | $ 340.00 |
| Total Assessed Tax, Penalty & Fees | $ 2,518.75 | $ 4,985.86 | $ 6,657.03 | $ 76,808.61 |
| Withholding Per Transcripts |  | $ 1,097.00 |  | $ 1,792.00 |
| Unpaid Assessed Tax, Penalty & Fees | $ 2,518.75 | $ 3,888.86 | $ 6,657.03 | $ 75,016.61 |