# EXHIBIT B

| Hymes, Rita 1040 1995 to 1999 | Summary of Individual Tax Returns 1995 to 1999 | | | | | |
|---|---|---|---|---|---|---|
| | 1995 Single Transcript | 1996 Single Transcript | 1997 Single Transcript | 1998 Single Transcript | 1999 MFS Transcript | Totals |
| Date Filed | | | | | | |
| Date Assessed | 4/9/2001 | 4/9/2001 | 4/9/2001 | 4/9/2001 | 12/24/2001 | |
| Einevoll Inc | $ 5,849.00 | $ 14,708.00 | $ 1,941.00 | | $ 14,429.00 | $ 36,927.00 |
| Dividends | $ 2,672.00 | | | | | $ 2,672.00 |
| Evelyn S Inc | | | $ 2,713.00 | $ 11,761.00 | | $ 14,474.00 |
| Self Employment Deduction | $ (413.00) | $ (1,039.00) | $ (329.00) | $ (831.00) | $ (1,020.00) | $ (3,632.00) |
| Alaska Permanent | $ - | | $ 1,296.00 | $ 1,540.00 | $ 1,769.00 | $ 4,605.00 |
| AGI | $ 8,108.00 | $ 13,669.00 | $ 5,621.00 | $ 12,470.00 | $ 15,178.00 | $ 55,046.00 |
| Standard Deduction | $ (3,900.00) | $ (4,000.00) | $ (4,150.00) | $ (4,250.00) | $ (3,600.00) | $ (19,900.00) |
| Exemptions | $ (2,500.00) | $ (2,550.00) | $ (2,650.00) | $ (2,700.00) | $ (2,750.00) | $ (13,150.00) |
| Taxable | $ 1,708.00 | $ 7,119.00 | $ (1,179.00) | $ 5,520.00 | $ 8,828.00 | $ 21,996.00 |
| Tax Per Transcript | $ 257.00 | $ 1,069.00 | $ - | $ 829.00 | $ 1,324.00 | $ 3,479.00 |
| SE Tax | $ 826.00 | $ 2,078.00 | $ 658.00 | $ 1,662.00 | $ 2,039.00 | $ 7,263.00 |
| Total Tax | $ 1,083.00 | $ 3,147.00 | $ 658.00 | $ 2,491.00 | $ 3,363.00 | $ 10,742.00 |
| Penalties | | | | | | $ - |
| Manually Computed Delinquency | $ 230.50 | $ 708.08 | $ 148.05 | $ 560.48 | $ 756.65 | $ 2,403.76 |
| Estimated | | $ 167.49 | | $ 113.96 | $ 162.75 | $ 444.20 |
| Total Penalties | $ 230.50 | $ 875.57 | $ 148.05 | $ 674.44 | $ 919.40 | $ 2,847.96 |
| Fee Assessed | $ 30.00 | $ 30.00 | | | | $ 60.00 |
| Total Assessed Tax, Penalty & Fees | $ 1,343.50 | $ 4,052.57 | $ 806.05 | $ 3,165.44 | $ 4,282.40 | $ 13,649.96 |
| Withholding Per Transcripts | $ 161.00 | | | | | $ 161.00 |
| Unpaid Assessed Tax, Penalty & Fees | $ 1,182.50 | $ 4,052.57 | $ 806.05 | $ 3,165.44 | $ 4,282.40 | $ 13,488.96 |