# EXHIBIT C

 -3597
30 198912 09142007 HYME

| | |
|---:|:---|
| .00 | ASSESSED FTP |
| 255.31 | ASSESSED INT |
| 711.00 | TAX & PENALTY |
| 966.31 | ASSESSED TOTAL |
| 87.75 | ACCRUED FTP |
| 1,093.35 | ACCRUED INT |
| 1,181.10 | TOTAL ACCRUALS |
| 87.75 | TOTAL FTP |
| 1,348.66 | TOTAL INT |
| 2,147.41 | BALANCE DUE |

Employee #2618411398 Page 001 of 007  PAGE  002

-3597    30 198912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|:-----|----------:|:-----|:------|--------------:|:-------|-------------:|
| 11% | .00 | 19900331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19900415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 100.00 | 19900415 | 00000000 | 100.00 | 000000000 | .00 |
| 3000 | 351.00 | 19900415 | 19900630 | 451.00 | 023164892 | 10.45 |
| 11% | .00 | 19900630 | 19900930 | 461.45 | 028109676 | 12.97 |
| 11% | .00 | 19900930 | 19901231 | 474.42 | 028109676 | 13.34 |
| 11% | .00 | 19901231 | 19910331 | 487.76 | 027490274 | 13.41 |
| 10% | .00 | 19910331 | 19910630 | 501.17 | 025241395 | 12.65 |
| 10% | .00 | 19910630 | 19910930 | 513.82 | 025522283 | 13.11 |
| 10% | .00 | 19910930 | 19911231 | 526.93 | 025522283 | 13.45 |
| 9% | .00 | 19911231 | 19920331 | 540.38 | 022626480 | 12.23 |
| 8% | .00 | 19920331 | 19920630 | 552.61 | 020087632 | 11.10 |
| 8% | .00 | 19920630 | 19920930 | 563.71 | 020310601 | 11.45 |
| 7% | .00 | 19920930 | 19921231 | 575.16 | 017749631 | 10.21 |
| 7% | .00 | 19921231 | 19930331 | 585.37 | 017408410 | 10.19 |
| 7% | .00 | 19930331 | 19930630 | 595.56 | 017603529 | 10.48 |
| 7% | .00 | 19930630 | 19930930 | 606.04 | 017798686 | 10.79 |
| 7% | .00 | 19930930 | 19931231 | 616.83 | 017798686 | 10.98 |
| 7% | .00 | 19931231 | 19940331 | 627.81 | 017408410 | 10.93 |

Employee #2618411398 Page 002 of 007  PAGE  003

████ -3597  30 198912

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7% | .00 | 19940331 | 19940630 | 638.74 | 017603529 | 11.24 |
| 8% | .00 | 19940630 | 19940930 | 649.98 | 020366804 | 13.24 |
| 9% | .00 | 19940930 | 19941231 | 663.22 | 022941331 | .15.22 |
| 9% | .00 | 19941231 | 19950331 | 678.44 | 022437053 | 15.22 |
| 10% | .00 | 19950331 | 19950630 | 693.66 | 025241395 | 17.51 |
| 9% | .00 | 19950630 | 19950930 | 711.17 | 022941331 | 16.32 |
| 9% | .00 | 19950930 | 19951231 | 727.49 | 022941331 | 16.69 |
| 9% | .00 | 19951231 | 19960212 | 744.18 | 010628557 | 7.91 |
| 3600 | 30.00 | 19960212 | 19960331 | 782.09 | 011871744 | 9.28 |
| 8% | .00 | 19960331 | 19960630 | 791.37 | 020087632 | 15.90 |
| 9% | .00 | 19960630 | 19960930 | 807.27 | 022877946 | 18.47 |
| 9% | .00 | 19960930 | 19961231 | 825.74 | 022877946 | 18.89 |
| 9% | .00 | 19961231 | 19970331 | 844.63 | 022437053 | 18.95 |
| 9% | .00 | 19970331 | 19970630 | 863.58 | 022689161 | 19.59 |
| 9% | .00 | 19970630 | 19970930 | 883.17 | 022941331 | 20.26 |
| 9% | .00 | 19970930 | 19971231 | 903.43 | 022941331 | 20.73 |
| 9% | .00 | 19971231 | 19980331 | 924.16 | 022437053 | 20.74 |
| 8% | .00 | 19980331 | 19980630 | 944.90 | 020143211 | 19.03 |
| 8% | .00 | 19980630 | 19980930 | 963.93 | 020366804 | 19.63 |

Employee #2618411398 Page 003 of 007  PAGE  004

████ -3597  30 198912

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 19980930 | 19981231 | 983.56 | 020366804 | 20.03 |
| 7% | .00 | 19981231 | 19990331 | 1,003.59 | 017408410 | 17.47 |
| 8% | .00 | 19990331 | 19990630 | 1,021.06 | 020143211 | 20.57 |
| 8% | .00 | 19990630 | 19990930 | 1,041.63 | 020366804 | 21.21 |
| 8% | .00 | 19990930 | 19991231 | 1,062.84 | 020366804 | 21.65 |
| 8% | .00 | 19991231 | 20000331 | 1,084.49 | 020087632 | 21.78 |
| 9% | .00 | 20000331 | 20000630 | 1,106.27 | 022626480 | 25.03 |
| 9% | .00 | 20000630 | 20000930 | 1,131.30 | 022877946 | 25.88 |
| 9% | .00 | 20000930 | 20001231 | 1,157.18 | 022877946 | 26.47 |
| 9% | .00 | 20001231 | 20010331 | 1,183.65 | 022437053 | 26.56 |
| 8% | .00 | 20010331 | 20010630 | 1,210.21 | 020143211 | 24.38 |
| 7% | .00 | 20010630 | 20010930 | 1,234.59 | 017798686 | 21.97 |
| 7% | .00 | 20010930 | 20011231 | 1,256.56 | 017798686 | 22.37 |
| 6% | .00 | 20011231 | 20020331 | 1,278.93 | 014903267 | 19.06 |
| 6% | .00 | 20020331 | 20020630 | 1,297.99 | 015070101 | 19.56 |
| 6% | .00 | 20020630 | 20020930 | 1,317.55 | 015236961 | 20.08 |
| 6% | .00 | 20020930 | 20021231 | 1,337.63 | 015236961 | 20.38 |
| 5% | .00 | 20021231 | 20030331 | 1,358.01 | 012404225 | 16.85 |
| 5% | .00 | 20030331 | 20030630 | 1,374.86 | 012542910 | 17.24 |

Employee #2618411398 Page 004 of 007  PAGE  005

 -3597    30 198912

**INTEREST COMPUTATION TABLE**

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 5% | .00 | 20030630 | 20030930 | 1,392.10 | 012681615 | 17.65 |
| 4% | .00 | 20030930 | 20031231 | 1,409.75 | 010132630 | 14.28 |
| 4% | .00 | 20031231 | 20040301 | 1,424.03 | 006688572 | 9.52 |
| 3600 | 30.00 | 20040301 | 20040331 | 1,463.55 | 003283890 | 4.81 |
| 5% | .00 | 20040331 | 20040630 | 1,468.36 | 012508429 | 18.37 |
| 4% | .00 | 20040630 | 20040930 | 1,486.73 | 010104808 | 15.02 |
| 5% | .00 | 20040930 | 20041231 | 1,501.75 | 012646750 | 18.99 |
| 5% | .00 | 20041231 | 20050331 | 1,520.74 | 012404225 | 18.86 |
| 6% | .00 | 20050331 | 20050606 | 1,539.60 | 011073658 | 17.05 |
| 6080 | 766.31- | 20050606 | 00000000 | 790.34 | 000000000 | .00 |
| 6090 | 766.31 | 20050606 | 20050630 | 1,556.65 | 003952673 | 6.15 |
| 6% | .00 | 20050630 | 20050930 | 1,562.80 | 015236961 | 23.81 |
| 7% | .00 | 20050930 | 20051231 | 1,586.61 | 017798686 | 28.24 |
| 7% | .00 | 20051231 | 20060331 | 1,614.85 | 017408410 | 28.11 |
| 7% | .00 | 20060331 | 20060630 | 1,642.96 | 017603529 | 28.92 |
| 8% | .00 | 20060630 | 20060814 | 1,671.88 | 009910722 | 16.57 |
| 3600 | 200.00 | 20060814 | 20060930 | 1,888.45 | 010353471 | 19.55 |
| 8% | .00 | 20060930 | 20061231 | 1,908.00 | 020366804 | 38.86 |
| 8% | .00 | 20061231 | 20070331 | 1,946.86 | 019919667 | 38.78 |

Employee #2618411398 Page 005 of 007  **PAGE**   006

---

-3597    30 198912

**INTEREST COMPUTATION TABLE**

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 20070331 | 20070630 | 1,985.64 | 020143211 | 40.00 |
| 8% | .00 | 20070630 | 20070914 | 2,025.64 | 016795189 | 34.02 |
| 8% | .00 | 20070930 | 00000000 | 2,059.66 | 000000000 | .00 |
| 8% | .00 | 20071231 | 00000000 | .00 | 000000000 | .00 |

██████-3597   30 198912
START DATE 19900415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|-----|------|-----------|
| 1500 | 19900415 | .00 | | .00 | | | .00 |
| DFTF | 19900915 | .00 | | .00 | | | .00 |
| 3000 | 19950615 | 351.00 | | 351.00 | | | .00 |
| 1600 | 19950616 | 100.00 | | 351.00 | | | .00 |
| 3360 | 19950616 | 255.31 | 19950715 | 351.00 | 01 | .50 | 1.75 |
| 8888 | 19950706 | .00 | | 351.00 | | | .00 |
| 8888 | 20031211 | .00 | | 351.00 | | | .00 |
| 8888 | 20040903 | .00 | | 351.00 | | | .00 |
| 8888 | 20041202 | .00 | 19970815 | 351.00 | 25 | 24.50 | 85.99 |
| 6080 | 20050606 | 766.31- | | 415.31- | | | .00 |
| 6090 | 20050606 | 766.31 | | 351.00 | | | .00 |
| 9120 | 20050606 | .00 | 19970815 | 351.00 | 00 | .00 | .00 |

Employee #2618411398 Page 007 of 007  PAGE  001

---

██████-3597
30 199012 09142007 HYME

| | |
|---|---|
| .00 | ASSESSED FTP |
| 952.77 | ASSESSED INT |
| 2,489.00 | TAX & PENALTY |
| 3,441.77 | ASSESSED TOTAL |
| 472.25 | ACCRUED FTP |
| 5,010.80 | ACCRUED INT |
| 5,483.05 | TOTAL ACCRUALS |
| 472.25 | TOTAL FTP |
| 5,963.57 | TOTAL INT |
| 8,924.82 | BALANCE DUE |

Employee #2618411398 Page 001 of 006  PAGE  002

-3597    30 199012

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 10% | .00 | 19910331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19910415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 472.00 | 19910415 | 00000000 | 472.00 | 000000000 | .00 |
| 3000 | 1,889.00 | 19910415 | 19910630 | 2,361.00 | 021037295 | 49.67 |
| 10% | .00 | 19910630 | 19910930 | 2,410.67 | 025522283 | 61.53 |
| 10% | .00 | 19910930 | 19911231 | 2,472.20 | 025522283 | 63.10 |
| 9% | .00 | 19911231 | 19920331 | 2,535.30 | 022626480 | 57.36 |
| 8% | .00 | 19920331 | 19920630 | 2,592.66 | 020087632 | 52.08 |
| 8% | .00 | 19920630 | 19920930 | 2,644.74 | 020310601 | 53.72 |
| 7% | .00 | 19920930 | 19921231 | 2,698.46 | 017749631 | 47.90 |
| 7% | .00 | 19921231 | 19930331 | 2,746.36 | 017408410 | 47.81 |
| 7% | .00 | 19930331 | 19930630 | 2,794.17 | 017603529 | 49.19 |
| 7% | .00 | 19930630 | 19930930 | 2,843.36 | 017798686 | 50.61 |
| 7% | .00 | 19930930 | 19931231 | 2,893.97 | 017798686 | 51.51 |
| 7% | .00 | 19931231 | 19940331 | 2,945.48 | 017408410 | 51.28 |
| 7% | .00 | 19940331 | 19940630 | 2,996.76 | 017603529 | 52.75 |
| 8% | .00 | 19940630 | 19940930 | 3,049.51 | 020366804 | 62.11 |
| 9% | .00 | 19940930 | 19941231 | 3,111.62 | 022941331 | 71.38 |
| 9% | .00 | 19941231 | 19950331 | 3,183.00 | 022437053 | 71.42 |

Employee #2618411398 Page 002 of 006   PAGE   003

-3597    30 199012

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 10% | .00 | 19950331 | 19950605 | 3,254.42 | 018244143 | 59.37 |
| 1700 | 128.00 | 19950605 | 19950630 | 3,441.79 | 006871881 | 23.65 |
| 9% | .00 | 19950630 | 19950930 | 3,465.44 | 022941331 | 79.50 |
| 9% | .00 | 19950930 | 19951231 | 3,544.94 | 022941331 | 81.33 |
| 9% | .00 | 19951231 | 19960331 | 3,626.27 | 022626480 | 82.05 |
| 8% | .00 | 19960331 | 19960630 | 3,708.32 | 020087632 | 74.49 |
| 9% | .00 | 19960630 | 19960930 | 3,782.81 | 022877946 | 86.54 |
| 9% | .00 | 19960930 | 19961231 | 3,869.35 | 022877946 | 88.52 |
| 9% | .00 | 19961231 | 19970331 | 3,957.87 | 022437053 | 88.80 |
| 9% | .00 | 19970331 | 19970630 | 4,046.67 | 022689161 | 91.82 |
| 9% | .00 | 19970630 | 19970930 | 4,138.49 | 022941331 | 94.94 |
| 9% | .00 | 19970930 | 19971231 | 4,233.43 | 022941331 | 97.12 |
| 9% | .00 | 19971231 | 19980331 | 4,330.55 | 022437053 | 97.16 |
| 8% | .00 | 19980331 | 19980630 | 4,427.71 | 020143211 | 89.19 |
| 8% | .00 | 19980630 | 19980930 | 4,516.90 | 020366804 | 91.99 |
| 8% | .00 | 19980930 | 19981231 | 4,608.89 | 020366804 | 93.87 |
| 7% | .00 | 19981231 | 19990331 | 4,702.76 | 017408410 | 81.87 |
| 8% | .00 | 19990331 | 19990630 | 4,784.63 | 020143211 | 96.38 |
| 8% | .00 | 19990630 | 19990930 | 4,881.01 | 020366804 | 99.41 |

Employee #2618411398 Page 003 of 006   PAGE   004

 -3597   30 199012

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 19990930 | 19991231 | 4,980.42 | 020366804 | 101.44 |
| 8% | .00 | 19991231 | 20000331 | 5,081.86 | 020087632 | 102.08 |
| 9% | .00 | 20000331 | 20000630 | 5,183.94 | 022626480 | 117.29 |
| 9% | .00 | 20000630 | 20000930 | 5,301.23 | 022877946 | 121.28 |
| 9% | .00 | 20000930 | 20001231 | 5,422.51 | 022877946 | 124.06 |
| 9% | .00 | 20001231 | 20010331 | 5,546.57 | 022437053 | 124.45 |
| 8% | .00 | 20010331 | 20010630 | 5,671.02 | 020143211 | 114.23 |
| 7% | .00 | 20010630 | 20010930 | 5,785.25 | 017798686 | 102.97 |
| 7% | .00 | 20010930 | 20011231 | 5,888.22 | 017798686 | 104.80 |
| 6% | .00 | 20011231 | 20020331 | 5,993.02 | 014903267 | 89.32 |
| 6% | .00 | 20020331 | 20020630 | 6,082.34 | 015070101 | 91.66 |
| 6% | .00 | 20020630 | 20020930 | 6,174.00 | 015236961 | 94.07 |
| 6% | .00 | 20020930 | 20021231 | 6,268.07 | 015236961 | 95.51 |
| 5% | .00 | 20021231 | 20030331 | 6,363.58 | 012404225 | 78.94 |
| 5% | .00 | 20030331 | 20030630 | 6,442.52 | 012542910 | 80.81 |
| 5% | .00 | 20030630 | 20030930 | 6,523.33 | 012681615 | 82.73 |
| 4% | .00 | 20030930 | 20031231 | 6,606.06 | 010132630 | 66.94 |
| 4% | .00 | 20031231 | 20040331 | 6,673.00 | 009994426 | 66.69 |
| 5% | .00 | 20040331 | 20040630 | 6,739.69 | 012508429 | 84.30 |

Employee #2618411398 Page 004 of 006   PAGE   005

 -3597   30 199012

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 4% | .00 | 20040630 | 20040930 | 6,823.99 | 010104808 | 68.96 |
| 5% | .00 | 20040930 | 20041231 | 6,892.95 | 012646750 | 87.17 |
| 5% | .00 | 20041231 | 20050331 | 6,980.12 | 012404225 | 86.58 |
| 6% | .00 | 20050331 | 20050606 | 7,066.70 | 011073658 | 78.25 |
| 6080 | 3,441.77- | 20050606 | 00000000 | 3,703.18 | 000000000 | .00 |
| 6090 | 3,441.77 | 20050606 | 20050630 | 7,144.95 | 003952673 | 28.24 |
| 6% | .00 | 20050630 | 20050930 | 7,173.19 | 015236961 | 109.30 |
| 7% | .00 | 20050930 | 20051231 | 7,282.49 | 017798686 | 129.62 |
| 7% | .00 | 20051231 | 20060331 | 7,412.11 | 017408410 | 129.03 |
| 7% | .00 | 20060331 | 20060630 | 7,541.14 | 017603529 | 132.75 |
| 8% | .00 | 20060630 | 20060930 | 7,673.89 | 020366804 | 156.29 |
| 8% | .00 | 20060930 | 20061231 | 7,830.18 | 020366804 | 159.48 |
| 8% | .00 | 20061231 | 20070331 | 7,989.66 | 019919667 | 159.15 |
| 8% | .00 | 20070331 | 20070630 | 8,148.81 | 020143211 | 164.14 |
| 8% | .00 | 20070630 | 20070914 | 8,312.95 | 016795189 | 139.62 |
| 8% | .00 | 20070930 | 00000000 | 8,452.57 | 000000000 | .00 |
| 8% | .00 | 20071231 | 00000000 | .00 | 000000000 | .00 |

Employee #2618411398 Page 005 of 006   PAGE   006

█████-3597    30 199012
START DATE 19910415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|-----|-----|-----------|
| 1500 | 19910415 | .00 | | .00 | | | .00 |
| DFTF | 19910915 | .00 | | .00 | | | .00 |
| 3000 | 19950615 | 1,889.00 | | 1,889.00 | | | .00 |
| 1600 | 19950616 | 472.00 | | 1,889.00 | | | .00 |
| 1700 | 19950616 | 128.00 | | 1,889.00 | | | .00 |
| 3360 | 19950616 | 952.77 | 19950715 | 1,889.00 | 01 | .50 | 9.44 |
| 8888 | 19950706 | .00 | | 1,889.00 | | | .00 |
| 8888 | 20031211 | .00 | | 1,889.00 | | | .00 |
| 8888 | 20040903 | .00 | | 1,889.00 | | | .00 |
| 8888 | 20041202 | .00 | 19970815 | 1,889.00 | 25 | 24.50 | 462.80 |
| 6080 | 20050606 | 3,441.77- | | 1,552.77- | | | .00 |
| 6090 | 20050606 | 3,441.77 | | 1,889.00 | | | .00 |
| 9120 | 20050606 | .00 | 19970815 | 1,889.00 | 00 | .00 | .00 |

Employee #2618411398 Page 006 of 006  PAGE  001

█████-3597
30 199112 09142007 HYME

| | |
|---|---|
| .00 | ASSESSED FTP |
| 1,344.85 | ASSESSED INT |
| 5,124.00 | TAX & PENALTY |
| 6,468.85 | ASSESSED TOTAL |
| 991.00 | ACCRUED FTP |
| 9,417.79 | ACCRUED INT |
| 10,408.79 | TOTAL ACCRUALS |
| 991.00 | TOTAL FTP |
| 10,762.64 | TOTAL INT |
| 16,877.64 | BALANCE DUE |

Employee #2618411398 Page 001 of 006  PAGE  002

███-3597  30 199112

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8%   | .00       | 19920331 | 00000000 | .00       | 000000000 | .00    |
| 1500 | .00       | 19920415 | 00000000 | .00       | 000000000 | .00    |
| 1600 | 945.00    | 19920415 | 00000000 | 945.00    | 000000000 | .00    |
| 3000 | 3,964.00  | 19920415 | 19920630 | 4,909.00  | 016748923 | 82.22  |
| 8%   | .00       | 19920630 | 19920930 | 4,991.22  | 020310601 | 101.37 |
| 7%   | .00       | 19920930 | 19921231 | 5,092.59  | 017749631 | 90.39  |
| 7%   | .00       | 19921231 | 19930331 | 5,182.98  | 017408410 | 90.23  |
| 7%   | .00       | 19930331 | 19930630 | 5,273.21  | 017603529 | 92.83  |
| 7%   | .00       | 19930630 | 19930930 | 5,366.04  | 017798686 | 95.51  |
| 7%   | .00       | 19930930 | 19931231 | 5,461.55  | 017798686 | 97.21  |
| 7%   | .00       | 19931231 | 19940331 | 5,558.76  | 017408410 | 96.77  |
| 7%   | .00       | 19940331 | 19940630 | 5,655.53  | 017603529 | 99.56  |
| 8%   | .00       | 19940630 | 19940930 | 5,755.09  | 020366804 | 117.21 |
| 9%   | .00       | 19940930 | 19941231 | 5,872.30  | 022941331 | 134.72 |
| 9%   | .00       | 19941231 | 19950331 | 6,007.02  | 022437053 | 134.78 |
| 10%  | .00       | 19950331 | 19950605 | 6,141.80  | 018244143 | 112.05 |
| 1700 | 215.00    | 19950605 | 19950605 | 6,468.85  | 006871881 | 44.45  |
| 9%   | .00       | 19950630 | 19950930 | 6,513.30  | 022941331 | 149.42 |
| 9%   | .00       | 19950930 | 19951231 | 6,662.72  | 022941331 | 152.85 |

Employee #2618411398 Page 002 of 006   PAGE   003

███-3597  30 199112

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9%   | .00       | 19951231 | 19960331 | 6,815.57  | 022626480 | 154.21 |
| 8%   | .00       | 19960331 | 19960630 | 6,969.78  | 020087632 | 140.01 |
| 9%   | .00       | 19960630 | 19960930 | 7,109.79  | 022877946 | 162.66 |
| 9%   | .00       | 19960930 | 19961231 | 7,272.45  | 022877946 | 166.38 |
| 9%   | .00       | 19961231 | 19970331 | 7,438.83  | 022437053 | 166.91 |
| 9%   | .00       | 19970331 | 19970630 | 7,605.74  | 022689161 | 172.57 |
| 9%   | .00       | 19970630 | 19970930 | 7,778.31  | 022941331 | 178.44 |
| 9%   | .00       | 19970930 | 19971231 | 7,956.75  | 022941331 | 182.54 |
| 9%   | .00       | 19971231 | 19980331 | 8,139.29  | 022437053 | 182.62 |
| 8%   | .00       | 19980331 | 19980630 | 8,321.91  | 020143211 | 167.63 |
| 8%   | .00       | 19980630 | 19980930 | 8,489.54  | 020366804 | 172.90 |
| 8%   | .00       | 19980930 | 19981231 | 8,662.44  | 020366804 | 176.43 |
| 7%   | .00       | 19981231 | 19990331 | 8,838.87  | 017408410 | 153.87 |
| 8%   | .00       | 19990331 | 19990630 | 8,992.74  | 020143211 | 181.14 |
| 8%   | .00       | 19990630 | 19990930 | 9,173.88  | 020366804 | 186.84 |
| 8%   | .00       | 19990930 | 19991231 | 9,360.72  | 020366804 | 190.65 |
| 8%   | .00       | 19991231 | 20000331 | 9,551.37  | 020087632 | 191.86 |
| 9%   | .00       | 20000331 | 20000630 | 9,743.23  | 022626480 | 220.45 |
| 9%   | .00       | 20000630 | 20000930 | 9,963.68  | 022877946 | 227.95 |

Employee #2618411398 Page 003 of 006   PAGE   004

 -3597 30 199112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9% | .00 | 20000930 | 20001231 | 10,191.63 | 022877946 | 233.16 |
| 9% | .00 | 20001231 | 20010331 | 10,424.79 | 022437053 | 233.90 |
| 8% | .00 | 20010331 | 20010630 | 10,658.69 | 020143211 | 214.70 |
| 7% | .00 | 20010630 | 20010930 | 10,873.39 | 017798686 | 193.53 |
| 7% | .00 | 20010930 | 20011231 | 11,066.92 | 017798686 | 196.98 |
| 6% | .00 | 20011231 | 20020331 | 11,263.90 | 014903267 | 167.87 |
| 6% | .00 | 20020331 | 20020630 | 11,431.77 | 015070101 | 172.29 |
| 6% | .00 | 20020630 | 20020930 | 11,604.05 | 015236961 | 176.81 |
| 6% | .00 | 20020930 | 20021231 | 11,780.86 | 015236961 | 179.50 |
| 5% | .00 | 20021231 | 20030331 | 11,960.36 | 012404225 | 148.36 |
| 5% | .00 | 20030331 | 20030630 | 12,108.72 | 012542910 | 151.88 |
| 5% | .00 | 20030630 | 20030930 | 12,260.60 | 012681615 | 155.48 |
| 4% | .00 | 20030930 | 20031231 | 12,416.08 | 010132630 | 125.81 |
| 4% | .00 | 20031231 | 20040331 | 12,541.89 | 009994426 | 125.35 |
| 5% | .00 | 20040331 | 20040630 | 12,667.24 | 012508429 | 158.45 |
| 4% | .00 | 20040630 | 20040930 | 12,825.69 | 010104808 | 129.60 |
| 5% | .00 | 20040930 | 20041231 | 12,955.29 | 012646750 | 163.84 |
| 5% | .00 | 20041231 | 20050331 | 13,119.13 | 012404225 | 162.73 |
| 6% | .00 | 20050331 | 20050606 | 13,281.86 | 011073658 | 147.08 |

Employee #2618411398 Page 004 of 006    PAGE    005

-3597   30 199112

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6080 | 6,468.85- | 20050606 | 00000000 | 6,960.09 | 000000000 | .00 |
| 6090 | 6,468.85 | 20050606 | 20050630 | 13,428.94 | 003952673 | 53.08 |
| 6% | .00 | 20050630 | 20050930 | 13,482.02 | 015236961 | 205.43 |
| 7% | .00 | 20050930 | 20051231 | 13,687.45 | 017798686 | 243.62 |
| 7% | .00 | 20051231 | 20060331 | 13,931.07 | 017408410 | 242.52 |
| 7% | .00 | 20060331 | 20060630 | 14,173.59 | 017603529 | 249.51 |
| 8% | .00 | 20060630 | 20060930 | 14,423.10 | 020366804 | 293.75 |
| 8% | .00 | 20060930 | 20061231 | 14,716.85 | 020366804 | 299.74 |
| 8% | .00 | 20061231 | 20070331 | 15,016.59 | 019919667 | 299.13 |
| 8% | .00 | 20070331 | 20070630 | 15,315.72 | 020143211 | 308.51 |
| 8% | .00 | 20070630 | 20070914 | 15,624.23 | 016795189 | 262.41 |
| 8% | .00 | 20070930 | 00000000 | 15,886.64 | 000000000 | .00 |
| 8% | .00 | 20071231 | 00000000 | .00 | 000000000 | .00 |

Employee #2618411398 Page 005 of 006   PAGE   006

██████-3597   30 199112
START DATE 19920415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 1500 | 19920415 | .00 | | .00 | | | .00 |
| DFTF | 19920915 | .00 | | .00 | | | .00 |
| 3000 | 19950615 | 3,964.00 | | 3,964.00 | | | .00 |
| 1600 | 19950616 | 945.00 | | 3,964.00 | | | .00 |
| 1700 | 19950616 | 215.00 | | 3,964.00 | | | .00 |
| 3360 | 19950616 | 1,344.85 | 19950715 | 3,964.00 | 01 | .50 | 19.82 |
| 8888 | 19950706 | .00 | | 3,964.00 | | | .00 |
| 8888 | 20031211 | .00 | | 3,964.00 | | | .00 |
| 8888 | 20040903 | .00 | | 3,964.00 | | | .00 |
| 8888 | 20041202 | .00 | 19970815 | 3,964.00 | 25 | 24.50 | 971.18 |
| 6090 | 20050606 | 6,468.85- | | 2,504.85- | | | .00 |
| 6090 | 20050606 | 6,468.85 | | 3,964.00 | | | .00 |
| 9120 | 20050606 | .00 | 19970815 | 3,964.00 | 00 | .00 | .00 |

Employee #2618411398 Page 006 of 006  PAGE  001

---

██████-3597
30 199212 09142007 HYME

| | |
|---|---|
| .00 | ASSESSED FTP |
| 10,263.62 | ASSESSED INT |
| 58,186.00 | TAX & PENALTY |
| 68,449.62 | ASSESSED TOTAL |
| 11,244.25 | ACCRUED FTP |
| 99,653.77 | ACCRUED INT |
| 110,898.02 | TOTAL ACCRUALS |
| 11,244.25 | TOTAL FTP |
| 109,917.39 | TOTAL INT |
| 179,347.64 | BALANCE DUE |

Employee #2618411398 Page 001 of 006  PAGE  002

**-3597  30 199212**

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 19930331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19930415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 11,244.00 | 19930415 | 00000000 | 11,244.00 | 000000000 | .00 |
| 3000 | 44,977.00 | 19930415 | 19930630 | 56,221.00 | 014680663 | 825.36 |
| 7% | .00 | 19930630 | 19930930 | 57,046.36 | 017798686 | 1,015.35 |
| 7% | .00 | 19930930 | 19931231 | 58,061.71 | 017798686 | 1,033.42 |
| 7% | .00 | 19931231 | 19940331 | 59,095.13 | 017408410 | 1,028.75 |
| 7% | .00 | 19940331 | 19940630 | 60,123.88 | 017603529 | 1,058.39 |
| 8% | .00 | 19940630 | 19940930 | 61,182.27 | 020366804 | 1,246.09 |
| 9% | .00 | 19940930 | 19941231 | 62,428.36 | 022941331 | 1,432.19 |
| 9% | .00 | 19941231 | 19950331 | 63,860.55 | 022437053 | 1,432.84 |
| 10% | .00 | 19950331 | 19950605 | 65,293.39 | 018244143 | 1,191.22 |
| 1700 | 1,965.00 | 19950605 | 19950630 | 68,449.61 | 006871881 | 470.38 |
| 9% | .00 | 19950630 | 19950930 | 68,919.99 | 022941331 | 1,581.12 |
| 9% | .00 | 19950930 | 19951231 | 70,501.11 | 022941331 | 1,617.39 |
| 9% | .00 | 19951231 | 19960331 | 72,118.50 | 022626480 | 1,631.79 |
| 8% | .00 | 19960331 | 19960630 | 73,750.29 | 020087632 | 1,481.47 |
| 9% | .00 | 19960630 | 19960930 | 75,231.76 | 022877946 | 1,721.15 |
| 9% | .00 | 19960930 | 19961231 | 76,952.91 | 022877946 | 1,760.52 |

Employee #2618411398 Page 002 of 006  **PAGE**  003

**-3597  30 199212**

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 19961231 | 19970331 | 78,713.43 | 022437053 | 1,766.10 |
| 9% | .00 | 19970331 | 19970630 | 80,479.53 | 022689161 | 1,826.01 |
| 9% | .00 | 19970630 | 19970930 | 82,305.54 | 022941331 | 1,888.20 |
| 9% | .00 | 19970930 | 19971231 | 84,193.74 | 022941331 | 1,931.52 |
| 9% | .00 | 19971231 | 19980331 | 86,125.26 | 022437053 | 1,932.40 |
| 8% | .00 | 19980331 | 19980630 | 88,057.66 | 020143211 | 1,773.76 |
| 8% | .00 | 19980630 | 19980930 | 89,831.42 | 020366804 | 1,829.58 |
| 8% | .00 | 19980930 | 19981231 | 91,661.00 | 020366804 | 1,866.84 |
| 7% | .00 | 19981231 | 19990331 | 93,527.84 | 017408410 | 1,628.17 |
| 8% | .00 | 19990331 | 19990630 | 95,156.01 | 020143211 | 1,916.75 |
| 8% | .00 | 19990630 | 19990930 | 97,072.76 | 020366804 | 1,977.06 |
| 8% | .00 | 19990930 | 19991231 | 99,049.82 | 020366804 | 2,017.33 |
| 8% | .00 | 19991231 | 20000331 | 101,067.15 | 020087632 | 2,030.20 |
| 9% | .00 | 20000331 | 20000630 | 103,097.35 | 022626480 | 2,332.73 |
| 9% | .00 | 20000630 | 20000930 | 105,430.08 | 022877946 | 2,412.02 |
| 9% | .00 | 20000930 | 20001231 | 107,842.10 | 022877946 | 2,467.21 |
| 9% | .00 | 20001231 | 20010331 | 110,309.31 | 022437053 | 2,475.02 |
| 8% | .00 | 20010331 | 20010630 | 112,784.33 | 020143211 | 2,271.84 |
| 7% | .00 | 20010630 | 20010930 | 115,056.17 | 017798686 | 2,047.85 |

Employee #2618411398 Page 003 of 006  **PAGE**  004

███████ -3597   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7%   | .00       | 20010930 | 20011231 | 117,104.02 | 017798686 | 2,084.30 |
| 6%   | .00       | 20011231 | 20020331 | 119,188.32 | 014903267 | 1,776.30 |
| 6%   | .00       | 20020331 | 20020630 | 120,964.62 | 015070101 | 1,822.95 |
| 6%   | .00       | 20020630 | 20020930 | 122,787.57 | 015236961 | 1,870.91 |
| 6%   | .00       | 20020930 | 20021231 | 124,658.48 | 015236961 | 1,899.42 |
| 5%   | .00       | 20021231 | 20030331 | 126,557.90 | 012404225 | 1,569.85 |
| 5%   | .00       | 20030331 | 20030630 | 128,127.75 | 012542910 | 1,607.09 |
| 5%   | .00       | 20030630 | 20030930 | 129,734.84 | 012681615 | 1,645.25 |
| 4%   | .00       | 20030930 | 20031231 | 131,380.09 | 010132630 | 1,331.23 |
| 4%   | .00       | 20031231 | 20040331 | 132,711.32 | 009994426 | 1,326.37 |
| 5%   | .00       | 20040331 | 20040630 | 134,037.69 | 012508429 | 1,676.60 |
| 4%   | .00       | 20040630 | 20040930 | 135,714.29 | 010104809 | 1,371.37 |
| 5%   | .00       | 20040930 | 20041231 | 137,085.66 | 012646750 | 1,733.69 |
| 5%   | .00       | 20041231 | 20050331 | 138,819.35 | 012404225 | 1,721.95 |
| 6%   | .00       | 20050331 | 20050606 | 140,541.30 | 011073658 | 1,556.31 |
| 6080 | 68,449.62- | 20050606 | 00000000 | 73,647.99 | 000000000 | .00 |
| 6090 | 68,449.62 | 20050606 | 20050630 | 142,097.61 | 003952673 | 561.67 |
| 6%   | .00       | 20050630 | 20050930 | 142,659.28 | 015236961 | 2,173.69 |
| 7%   | .00       | 20050930 | 20051231 | 144,832.97 | 017798686 | 2,577.84 |

Employee #2618411398 Page 004 of 006  PAGE   005

---

███████ -3597   30 199212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 7%   | .00       | 20051231 | 20060331 | 147,410.81 | 017408410 | 2,566.19 |
| 7%   | .00       | 20060331 | 20060630 | 149,977.00 | 017603529 | 2,640.12 |
| 8%   | .00       | 20060630 | 20060930 | 152,617.12 | 020366804 | 3,108.32 |
| 8%   | .00       | 20060930 | 20061231 | 155,725.44 | 020366804 | 3,171.63 |
| 8%   | .00       | 20061231 | 20070331 | 158,897.07 | 019919667 | 3,165.18 |
| 8%   | .00       | 20070331 | 20070630 | 162,062.25 | 020143211 | 3,264.45 |
| 8%   | .00       | 20070630 | 20070914 | 165,326.70 | 016795189 | 2,776.69 |
| 8%   | .00       | 20070930 | 00000000 | 168,103.39 | 000000000 | .00 |
| 8%   | .00       | 20071231 | 00000000 | .00 | 000000000 | .00 |

Employee #2618411398 Page 005 of 006  PAGE   006

███-3597   30 199212
START DATE 19930415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|-----|-----|-----------|
| 1500 | 19930415 | .00 | | .00 | | | .00 |
| DFTF | 19930915 | .00 | | .00 | | | .00 |
| 3000 | 19950615 | 44,977.00 | | 44,977.00 | | | .00 |
| 1600 | 19950616 | 11,244.00 | | 44,977.00 | | | .00 |
| 1700 | 19950616 | 1,965.00 | | 44,977.00 | | | .00 |
| 3360 | 19950616 | 10,263.62 | 19950715 | 44,977.00 | 01 | .50 | 224.88 |
| 8888 | 19950706 | .00 | | 44,977.00 | | | .00 |
| 8888 | 20031211 | .00 | | 44,977.00 | | | .00 |
| 8888 | 20040903 | .00 | | 44,977.00 | | | .00 |
| 8888 | 20041202 | .00 | 19970815 | 44,977.00 | 25 | 24.50 | 11,019.36 |
| 6080 | 20050606 | 68,449.62- | | 23,472.62- | | | .00 |
| 6090 | 20050606 | 68,449.62 | | 44,977.00 | | | .00 |
| 9120 | 20050606 | .00 | 19970815 | 44,977.00 | 00 | .00 | .00 |

Employee #2618411398 Page 006 of 006   PAGE   001

---

███-3597
30 199312 09142007 HYME

| Amount | Description |
|--------|-------------|
| .00 | ASSESSED FTP |
| 157.32 | ASSESSED INT |
| 1,583.00 | TAX & PENALTY |
| 1,740.32 | ASSESSED TOTAL |
| 306.50 | ACCRUED FTP |
| 2,533.74 | ACCRUED INT |
| 2,840.24 | TOTAL ACCRUALS |
| 306.50 | TOTAL FTP |
| 2,691.06 | TOTAL INT |
| 4,580.56 | BALANCE DUE |

Employee #2618411398 Page 001 of 006   PAGE   002

-3597   30 199312

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 7% | .00 | 19940331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19940415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 307.00 | 19940415 | 00000000 | 307.00 | 000000000 | .00 |
| 3000 | 1,520.00 | 19940415 | 00000000 | 1,827.00 | 000000000 | .00 |
| 8060 | 294.00- | 19940415 | 19940630 | 1,533.00 | 014680663 | 22.51 |
| 8% | .00 | 19940630 | 19940930 | 1,555.51 | 020366804 | 31.68 |
| 9% | .00 | 19940930 | 19941231 | 1,587.19 | 022941331 | 36.41 |
| 9% | .00 | 19941231 | 19950331 | 1,623.60 | 022437053 | 36.43 |
| 10% | .00 | 19950331 | 19950605 | 1,660.03 | 018244143 | 30.29 |
| 1700 | 50.00 | 19950605 | 19950630 | 1,740.32 | 006871881 | 11.96 |
| 9% | .00 | 19950630 | 19950930 | 1,752.28 | 022941331 | 40.20 |
| 9% | .00 | 19950930 | 19951231 | 1,792.48 | 022941331 | 41.12 |
| 9% | .00 | 19951231 | 19960331 | 1,833.60 | 022626480 | 41.49 |
| 8% | .00 | 19960331 | 19960630 | 1,875.09 | 020087632 | 37.67 |
| 9% | .00 | 19960630 | 19960930 | 1,912.76 | 022877946 | 43.76 |
| 9% | .00 | 19960930 | 19961231 | 1,956.52 | 022877946 | 44.76 |
| 9% | .00 | 19961231 | 19970331 | 2,001.28 | 022437053 | 44.90 |
| 9% | .00 | 19970331 | 19970630 | 2,046.18 | 022689161 | 46.43 |
| 9% | .00 | 19970630 | 19970930 | 2,092.61 | 022941331 | 48.01 |

Employee #2618411398 Page 002 of 006  PAGE   003

-3597   30 199312

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 19970930 | 19971231 | 2,140.62 | 022941331 | 49.11 |
| 9% | .00 | 19971231 | 19980331 | 2,189.73 | 022437053 | 49.13 |
| 8% | .00 | 19980331 | 19980630 | 2,338.86 | 020143211 | 45.10 |
| 8% | .00 | 19980630 | 19980930 | 2,283.96 | 020366804 | 46.52 |
| 8% | .00 | 19980930 | 19981231 | 2,330.48 | 020366804 | 47.46 |
| 7% | .00 | 19981231 | 19990331 | 2,377.94 | 017408410 | 41.40 |
| 8% | .00 | 19990331 | 19990630 | 2,419.34 | 020143211 | 48.73 |
| 8% | .00 | 19990630 | 19990930 | 2,468.07 | 020366804 | 50.27 |
| 8% | .00 | 19990930 | 19991231 | 2,518.34 | 020366804 | 51.29 |
| 8% | .00 | 19991231 | 20000331 | 2,569.63 | 020087632 | 51.62 |
| 9% | .00 | 20000331 | 20000630 | 2,621.25 | 022626480 | 59.31 |
| 9% | .00 | 20000630 | 20000930 | 2,680.56 | 022877946 | 61.33 |
| 9% | .00 | 20000930 | 20001231 | 2,741.89 | 022877946 | 62.73 |
| 9% | .00 | 20001231 | 20010331 | 2,804.62 | 022437053 | 62.93 |
| 8% | .00 | 20010331 | 20010630 | 2,867.55 | 020143211 | 57.76 |
| 7% | .00 | 20010630 | 20010930 | 2,925.31 | 017798686 | 52.07 |
| 7% | .00 | 20010930 | 20011231 | 2,977.38 | 017798686 | 52.99 |
| 6% | .00 | 20011231 | 20020331 | 3,030.37 | 014903267 | 45.16 |
| 6% | .00 | 20020331 | 20020630 | 3,075.53 | 015070101 | 46.35 |

Employee #2618411398 Page 003 of 006  PAGE   004

-3597   30 199312

### INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 6% | .00 | 20020630 | 20020930 | 3,121.88 | 015236961 | 47.57 |
| 6% | .00 | 20020930 | 20021231 | 3,169.45 | 015236961 | 48.29 |
| 5% | .00 | 20021231 | 20030331 | 3,217.74 | 012404225 | 39.91 |
| 5% | .00 | 20030331 | 20030630 | 3,257.65 | 012542910 | 40.86 |
| 5% | .00 | 20030630 | 20030930 | 3,298.51 | 012681615 | 41.83 |
| 4% | .00 | 20030930 | 20031231 | 3,340.34 | 010132630 | 33.85 |
| 4% | .00 | 20031231 | 20040331 | 3,374.19 | 009994426 | 33.72 |
| 5% | .00 | 20040331 | 20040630 | 3,407.91 | 012508429 | 42.63 |
| 4% | .00 | 20040630 | 20040930 | 3,450.54 | 010104808 | 34.87 |
| 5% | .00 | 20040930 | 20041231 | 3,485.41 | 012646750 | 44.08 |
| 5% | .00 | 20041231 | 20050331 | 3,529.49 | 012404225 | 43.78 |
| 6% | .00 | 20050331 | 20050606 | 3,573.27 | 011073658 | 39.57 |
| 6080 | 1,740.32- | 20050606 | 00000000 | 1,872.52 | 000000000 | .00 |
| 6090 | 1,740.32 | 20050606 | 20050630 | 3,612.84 | 003952673 | 14.28 |
| 6% | .00 | 20050630 | 20050930 | 3,627.12 | 015236961 | 55.27 |
| 7% | .00 | 20050930 | 20051231 | 3,682.39 | 017798686 | 65.54 |
| 7% | .00 | 20051231 | 20060331 | 3,747.93 | 017408410 | 65.25 |
| 7% | .00 | 20060331 | 20060630 | 3,813.18 | 017603529 | 67.13 |
| 8% | .00 | 20060630 | 20060930 | 3,880.31 | 020366804 | 79.03 |

Employee #2618411398 Page 004 of 006  PAGE  005

-3597   30 199312

### INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 20060930 | 20061231 | 3,959.34 | 020366804 | 80.64 |
| 8% | .00 | 20061231 | 20070331 | 4,039.98 | 019919667 | 80.48 |
| 8% | .00 | 20070331 | 20070630 | 4,120.46 | 020143211 | 83.00 |
| 8% | .00 | 20070630 | 20070914 | 4,203.46 | 016795189 | 70.60 |
| 8% | .00 | 20070930 | 00000000 | 4,274.06 | 000000000 | .00 |
| 8% | .00 | 20071231 | 00000000 | .00 | 000000000 | .00 |

███-3597   30 199312
START DATE 19940415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 8060 | 19500101 | 294.00- | | 294.00- | | | .00 |
| 1500 | 19940415 | .00 | | 294.00- | | | .00 |
| DFTF | 19940915 | .00 | | 294.00- | | | .00 |
| 3000 | 19950615 | 1,520.00 | | 1,226.00 | | | .00 |
| 1600 | 19950616 | 307.00 | | 1,226.00 | | | .00 |
| 1700 | 19950616 | 50.00 | | 1,226.00 | | | .00 |
| 3360 | 19950616 | 157.32 | 19950715 | 1,226.00 | 01 | .50 | 6.13 |
| 8888 | 19950706 | .00 | | 1,226.00 | | | .00 |
| 8888 | 20031211 | .00 | | 1,226.00 | | | .00 |
| 8888 | 20040903 | .00 | | 1,226.00 | | | .00 |
| 8888 | 20041202 | .00 | 19970815 | 1,226.00 | 25 | 24.50 | 300.37 |
| 6080 | 20050606 | 1,740.32- | | 514.32- | | | .00 |
| 6090 | 20050606 | 1,740.32 | | 1,226.00 | | | .00 |
| 9120 | 20050606 | .00 | 19970815 | 1,226.00 | 00 | .00 | .00 |

Employee #2618411398 Page 006 of 006  PAGE  001

---

███-3597
30 199712 09142007 HYME

| | |
|---------|------------------|
| 93.60 | ASSESSED FTP |
| 179.19 | ASSESSED INT |
| 516.00 | TAX & PENALTY |
| 788.79 | ASSESSED TOTAL |
| 10.40 | ACCRUED FTP |
| 325.24 | ACCRUED INT |
| 335.64 | TOTAL ACCRUALS |
| 104.00 | TOTAL FTP |
| 504.43 | TOTAL INT |
| 1,124.43 | BALANCE DUE |

Employee #2618411398 Page 001 of 005  PAGE  002

███-3597   30 199712

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8%   | .00       | 19980331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00       | 19980415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 100.00    | 19980415 | 00000000 | 100.00 | 000000000 | .00 |
| 3000 | 817.00    | 19980415 | 00000000 | 917.00 | 000000000 | .00 |
| 8060 | 401.00-   | 19980415 | 19980630 | 516.00 | 016795189 | 8.67 |
| 8%   | .00       | 19980630 | 19980930 | 524.67 | 020366804 | 10.69 |
| 8%   | .00       | 19980930 | 19981231 | 535.36 | 020366804 | 10.90 |
| 7%   | .00       | 19981231 | 19990331 | 546.26 | 017408410 | 9.51 |
| 8%   | .00       | 19990331 | 19990630 | 555.77 | 020143211 | 11.19 |
| 8%   | .00       | 19990630 | 19990930 | 566.96 | 020366804 | 11.55 |
| 8%   | .00       | 19990930 | 19991231 | 578.51 | 020366804 | 11.78 |
| 8%   | .00       | 19991231 | 20000331 | 590.29 | 020087632 | 11.86 |
| 9%   | .00       | 20000331 | 20000630 | 602.15 | 022626480 | 13.62 |
| 9%   | .00       | 20000630 | 20000930 | 615.77 | 022877946 | 14.09 |
| 9%   | .00       | 20000930 | 20001231 | 629.86 | 022877946 | 14.41 |
| 9%   | .00       | 20001231 | 20010331 | 644.27 | 022437053 | 14.46 |
| 8%   | .00       | 20010331 | 20010630 | 658.73 | 020143211 | 13.27 |
| 7%   | .00       | 20010630 | 20010930 | 672.00 | 017798686 | 11.96 |
| 7%   | .00       | 20010930 | 20011224 | 683.96 | 016433373 | 11.24 |

Employee #2618411398 Page 002 of 005  PAGE   003

---

███-3597   30 199712

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 2760 | 93.60     | 20011224 | 20011231 | 788.80 | 001343238 | 1.06 |
| 6%   | .00       | 20011231 | 20020331 | 789.86 | 014903267 | 11.77 |
| 6%   | .00       | 20020331 | 20020630 | 801.63 | 015070101 | 12.08 |
| 6%   | .00       | 20020630 | 20020930 | 813.71 | 015236961 | 12.40 |
| 6%   | .00       | 20020930 | 20021231 | 826.11 | 015236961 | 12.59 |
| 5%   | .00       | 20021231 | 20030331 | 838.70 | 012404225 | 10.40 |
| 5%   | .00       | 20030331 | 20030630 | 849.10 | 012542910 | 10.65 |
| 5%   | .00       | 20030630 | 20030930 | 859.75 | 012681615 | 10.90 |
| 4%   | .00       | 20030930 | 20031231 | 870.65 | 010132630 | 8.82 |
| 4%   | .00       | 20031231 | 20040331 | 879.47 | 009994426 | 8.79 |
| 5%   | .00       | 20040331 | 20040630 | 888.26 | 012508429 | 11.11 |
| 4%   | .00       | 20040630 | 20040930 | 899.37 | 010104808 | 9.09 |
| 5%   | .00       | 20040930 | 20041231 | 908.46 | 012646750 | 11.49 |
| 5%   | .00       | 20041231 | 20050331 | 919.95 | 012404225 | 11.41 |
| 6%   | .00       | 20050331 | 20050630 | 931.36 | 015070101 | 14.04 |
| 6%   | .00       | 20050630 | 20050930 | 945.40 | 015236961 | 14.41 |
| 7%   | .00       | 20050930 | 20051231 | 959.81 | 017798686 | 17.08 |
| 7%   | .00       | 20051231 | 20060331 | 976.89 | 017408410 | 17.01 |
| 7%   | .00       | 20060331 | 20060630 | 993.90 | 017603529 | 17.50 |

Employee #2618411398 Page 003 of 005  PAGE   004

██████-3597   30 199712

## INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8%   | .00       | 20060630 | 20060930 | 1,011.40 | 020366804 | 20.60 |
| 8%   | .00       | 20060930 | 20061231 | 1,032.00 | 020366804 | 21.02 |
| 8%   | .00       | 20061231 | 20070331 | 1,053.02 | 019919667 | 20.98 |
| 8%   | .00       | 20070331 | 20070630 | 1,074.00 | 020143211 | 21.63 |
| 8%   | .00       | 20070630 | 20070914 | 1,095.63 | 016795189 | 18.40 |
| 8%   | .00       | 20070930 | 00000000 | 1,114.03 | 000000000 | .00 |
| 8%   | .00       | 20071231 | 00000000 | .00      | 000000000 | .00 |

Employee #2618411398 Page 004 of 005  PAGE  005

---

██████-3597   30 199712
START DATE 19980415

## FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 8060 | 19500101 | 401.00- |          | 401.00- |    |       | .00 |
| 1500 | 19980415 | .00     |          | 401.00- |    |       | .00 |
| 3000 | 19980415 | 817.00  | 19980915 | 416.00  | 05 | 2.50  | 10.40 |
| DFTF | 19980915 | .00     |          | 416.00  |    |       | .00 |
| 2760 | 20020104 | 93.60   |          | 416.00  |    |       | .00 |
| 3360 | 20020104 | 179.19  |          | 416.00  |    |       | .00 |
| 1600 | 20020115 | 100.00  | 20020415 | 416.00  | 43 | 21.50 | 89.44 |
| 8888 | 20020328 | .00     |          | 416.00  |    |       | .00 |
| 8888 | 20030517 | .00     |          | 416.00  |    |       | .00 |
| 8888 | 20031225 | .00     |          | 416.00  |    |       | .00 |
| 8888 | 20041202 | .00     | 20020515 | 416.00  | 01 | 1.00  | 4.16 |

Employee #2618411398 Page 005 of 005  PAGE  001

-3597
30 199912 09142007 HYME

```
         .00   ASSESSED FTP
      351.03   ASSESSED INT
    2,518.75   TAX & PENALTY
    2,869.78   ASSESSED TOTAL
      497.75   ACCRUED FTP
    1,211.39   ACCRUED INT
    1,709.14   TOTAL ACCRUALS
      497.75   TOTAL FTP
    1,562.42   TOTAL INT
    4,578.92   BALANCE DUE
```

Employee #2618411398 Page 001 of 004  PAGE  002

---

-3597   30 199912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 9% | .00 | 20000331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 20000415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 497.75 | 20000415 | 00000000 | 497.75 | 000000000 | .00 |
| 3000 | 1,991.00 | 20000415 | 20000630 | 2,488.75 | 018861907 | 46.94 |
| 9% | .00 | 20000630 | 20000930 | 2,535.69 | 022877946 | 58.01 |
| 9% | .00 | 20000930 | 20001231 | 2,593.70 | 022877946 | 59.34 |
| 9% | .00 | 20001231 | 20010331 | 2,653.04 | 022437053 | 59.53 |
| 8% | .00 | 20010331 | 20010630 | 2,712.57 | 020143211 | 54.64 |
| 7% | .00 | 20010630 | 20010930 | 2,767.21 | 017798686 | 49.25 |
| 7% | .00 | 20010930 | 20011231 | 2,816.46 | 017798686 | 50.13 |
| 6% | .00 | 20011231 | 20020331 | 2,866.59 | 014903267 | 42.72 |
| 6% | .00 | 20020331 | 20020630 | 2,909.31 | 015070101 | 43.84 |
| 6% | .00 | 20020630 | 20020930 | 2,953.15 | 015236961 | 45.00 |
| 6% | .00 | 20020930 | 20021231 | 2,998.15 | 015236961 | 45.68 |
| 5% | .00 | 20021231 | 20030331 | 3,043.83 | 012404225 | 37.76 |
| 5% | .00 | 20030331 | 20030630 | 3,081.59 | 012542910 | 38.65 |
| 5% | .00 | 20030630 | 20030930 | 3,120.24 | 012681615 | 39.57 |
| 4% | .00 | 20030930 | 20031124 | 3,159.81 | 006045266 | 19.10 |
| 3600 | 30.00 | 20031124 | 20031231 | 3,208.91 | 004062803 | 13.04 |

Employee #2618411398 Page 002 of 004  PAGE  003

███-3597   30 199912

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|----------|----------|---------------|-----------|--------------|
| 4%   | .00       | 20031231 | 20040331 | 3,221.95      | 009994426 | 32.20        |
| 5%   | .00       | 20040331 | 20040630 | 3,254.15      | 012508429 | 40.70        |
| 4%   | .00       | 20040630 | 20040930 | 3,294.85      | 010104808 | 33.29        |
| 5%   | .00       | 20040930 | 20041231 | 3,328.14      | 012646750 | 42.09        |
| 5%   | .00       | 20041231 | 20050331 | 3,370.23      | 012404225 | 41.81        |
| 6%   | .00       | 20050331 | 20050630 | 3,412.04      | 015070101 | 51.42        |
| 6%   | .00       | 20050630 | 20050930 | 3,463.46      | 015236961 | 52.77        |
| 7%   | .00       | 20050930 | 20051231 | 3,516.23      | 017798686 | 62.58        |
| 7%   | .00       | 20051231 | 20060331 | 3,578.81      | 017408410 | 62.30        |
| 7%   | .00       | 20060331 | 20060630 | 3,641.11      | 017603529 | 64.10        |
| 8%   | .00       | 20060630 | 20060930 | 3,705.21      | 020366804 | 75.46        |
| 8%   | .00       | 20060930 | 20061231 | 3,780.67      | 020366804 | 77.00        |
| 8%   | .00       | 20061231 | 20070331 | 3,857.67      | 019919667 | 76.84        |
| 8%   | .00       | 20070331 | 20070630 | 3,934.51      | 020143211 | 79.25        |
| 8%   | .00       | 20070630 | 20070914 | 4,013.76      | 016795189 | 67.41        |
| 8%   | .00       | 20070930 | 00000000 | 4,081.17      | 000000000 | .00          |
| 8%   | .00       | 20071231 | 00000000 | .00           | 000000000 | .00          |

Employee #2618411398 Page 003 of 004  PAGE  004

---

███-3597   30 199912
START DATE 20000415

FTP COMPUTATION TABLE

| CODE | DATE     | TRANS-AMT | TO-DT    | FTP-PRINCIPAL | MO | PCT   | PNLTY-AMT |
|------|----------|-----------|----------|---------------|----|-------|-----------|
| 1500 | 20000415 | .00       |          | .00           |    |       | .00       |
| DFTF | 20000915 | .00       |          | .00           |    |       | .00       |
| 3360 | 20011123 | 351.03    |          | .00           |    |       | .00       |
| 3000 | 20011203 | 1,991.00  |          | 1,991.00      |    |       | .00       |
| 1600 | 20011204 | 497.75    | 20020303 | 1,991.00      | 03 | 1.50  | 29.86     |
| 8888 | 20020221 | .00       |          | 1,991.00      |    |       | .00       |
| 8888 | 20030517 | .00       |          | 1,991.00      |    |       | .00       |
| 8888 | 20031225 | .00       |          | 1,991.00      |    |       | .00       |
| 8888 | 20041202 | .00       | 20040303 | 1,991.00      | 24 | 23.50 | 467.88    |

Employee #2618411398 Page 004 of 004  PAGE  001

████-3597
30 200012 09142007 HYME

|  | |
|---:|:---|
| 642.42 | ASSESSED FTP |
| 789.24 | ASSESSED INT |
| 3,888.86 | TAX & PENALTY |
| 5,320.52 | ASSESSED TOTAL |
| 104.58 | ACCRUED FTP |
| 1,179.48 | ACCRUED INT |
| 1,284.06 | TOTAL ACCRUALS |
| 747.00 | TOTAL FTP |
| 1,968.72 | TOTAL INT |
| 6,604.58 | BALANCE DUE |

Employee #2618411398 Page 001 of 004  PAGE  002

████-3597   30 200012

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 20010331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 20010415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 672.30 | 20010415 | 00000000 | 672.30 | 000000000 | .00 |
| 3000 | 4,085.00 | 20010415 | 00000000 | 4,757.30 | 000000000 | .00 |
| 8060 | 1,097.00- | 20010415 | 20010630 | 3,660.30 | 016795189 | 61.48 |
| 7% | .00 | 20010630 | 20010930 | 3,721.78 | 017798686 | 66.24 |
| 7% | .00 | 20010930 | 20011231 | 3,788.02 | 017798686 | 67.42 |
| 6% | .00 | 20011231 | 20020331 | 3,855.44 | 014903267 | 57.46 |
| 6% | .00 | 20020331 | 20020630 | 3,912.90 | 015070101 | 58.97 |
| 6% | .00 | 20020630 | 20020930 | 3,971.87 | 015236961 | 60.52 |
| 6% | .00 | 20020930 | 20021231 | 4,032.39 | 015236961 | 61.44 |
| 5% | .00 | 20021231 | 20030331 | 4,093.83 | 012404225 | 50.78 |
| 5% | .00 | 20030331 | 20030630 | 4,144.61 | 012542910 | 51.99 |
| 5% | .00 | 20030630 | 20030930 | 4,196.60 | 012681615 | 53.22 |
| 4% | .00 | 20030930 | 20031231 | 4,249.82 | 010132630 | 43.06 |
| 4% | .00 | 20031231 | 20040331 | 4,292.88 | 009994426 | 42.90 |
| 5% | .00 | 20040331 | 20040630 | 4,335.78 | 012508429 | 54.23 |
| 4% | .00 | 20040630 | 20040930 | 4,390.01 | 010104808 | 44.36 |
| 5% | .00 | 20040930 | 20041025 | 4,434.37 | 003420905 | 15.17 |

Employee #2618411398 Page 002 of 004  PAGE  003

███████-3597   30 200012

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 1700 | 178.56 | 20041025 | 00000000 | 4,628.10 | 000000000 | .00 |
| 2760 | 642.42 | 20041025 | 20041231 | 5,270.52 | 009194391 | 48.46 |
| 5% | .00 | 20041231 | 20050331 | 5,318.98 | 012404225 | 65.98 |
| 6% | .00 | 20050331 | 20050627 | 5,384.96 | 014569683 | 78.46 |
| 3600 | 50.00 | 20050627 | 20050630 | 5,513.42 | 000493232 | 2.72 |
| 6% | .00 | 20050630 | 20050930 | 5,516.14 | 015236961 | 84.05 |
| 7% | .00 | 20050930 | 20051231 | 5,600.19 | 017798686 | 99.68 |
| 7% | .00 | 20051231 | 20060331 | 5,699.87 | 017408410 | 99.23 |
| 7% | .00 | 20060331 | 20060630 | 5,799.10 | 017603529 | 102.08 |
| 8% | .00 | 20060630 | 20060930 | 5,901.18 | 020366804 | 120.19 |
| 8% | .00 | 20060930 | 20061231 | 6,021.37 | 020366804 | 122.64 |
| 8% | .00 | 20061231 | 20070331 | 6,144.01 | 019919667 | 122.39 |
| 8% | .00 | 20070331 | 20070630 | 6,266.40 | 020143211 | 126.23 |
| 8% | .00 | 20070630 | 20070914 | 6,392.63 | 016795189 | 107.37 |
| 8% | .00 | 20070930 | 00000000 | 6,500.00 | 000000000 | .00 |
| 8% | .00 | 20071231 | 00000000 | .00 | 000000000 | .00 |

Employee #2618411398 Page 003 of 004  PAGE  004

███████-3597   30 200012
START DATE 20010415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|----|-----------|
| 8060 | 19500101 | 1,097.00- | | 1,097.00- | | | .00 |
| 1500 | 20010415 | .00 | | 1,097.00- | | | .00 |
| 3000 | 20010415 | 4,085.00 | 20010915 | 2,988.00 | 05 | 2.50 | 74.70 |
| DFTF | 20010915 | .00 | | 2,988.00 | | | .00 |
| 2760 | 20041105 | 642.42 | | 2,988.00 | | | .00 |
| 3360 | 20041105 | 789.24 | | 2,988.00 | | | .00 |
| 1600 | 20041116 | 672.30 | | 2,988.00 | | | .00 |
| 1700 | 20041116 | 178.56 | 20041215 | 2,988.00 | 39 | 19.50 | 582.66 |
| 8888 | 20041125 | .00 | | 2,988.00 | | | .00 |
| 8888 | 20050616 | .00 | 20050315 | 2,988.00 | 03 | 3.00 | 89.64 |

Employee #2618411398 Page 004 of 004  PAGE  001

███-3597
30 200212 09142007 HYME

| | |
|---|---|
| 502.55 | ASSESSED FTP |
| 462.50 | ASSESSED INT |
| 6,657.03 | TAX & PENALTY |
| 7,622.08 | ASSESSED TOTAL |
| 819.95 | ACCRUED FTP |
| 1,692.76 | ACCRUED INT |
| 2,512.71 | TOTAL ACCRUALS |
| 1,322.50 | TOTAL FTP |
| 2,155.26 | TOTAL INT |
| 10,134.79 | BALANCE DUE |

Employee #2618411398 Page 001 of 004   PAGE   002

---

███-3597   30 200212

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 5% | .00 | 20030331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 20030415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 1,190.25 | 20030415 | 00000000 | 1,190.25 | 000000000 | .00 |
| 3000 | 5,290.00 | 20030415 | 20030630 | 6,480.25 | 010464621 | 67.81 |
| 5% | .00 | 20030630 | 20030930 | 6,548.06 | 012681615 | 83.04 |
| 4% | .00 | 20030930 | 20031231 | 6,631.10 | 010132630 | 67.19 |
| 4% | .00 | 20031231 | 20040331 | 6,698.29 | 009994426 | 66.95 |
| 5% | .00 | 20040331 | 20040630 | 6,765.24 | 012508429 | 84.62 |
| 4% | .00 | 20040630 | 20040930 | 6,849.86 | 010104808 | 69.22 |
| 5% | .00 | 20040930 | 20041025 | 6,919.08 | 003420905 | 23.67 |
| 1700 | 176.78 | 20041025 | 00000000 | 7,119.53 | 000000000 | .00 |
| 2760 | 502.55 | 20041025 | 20041231 | 7,622.08 | 009194391 | 70.08 |
| 5% | .00 | 20041231 | 20050331 | 7,692.16 | 012404225 | 95.42 |
| 6% | .00 | 20050331 | 20050630 | 7,787.58 | 015070101 | 117.36 |
| 6% | .00 | 20050630 | 20050930 | 7,904.94 | 015236961 | 120.45 |
| 7% | .00 | 20050930 | 20051231 | 8,025.39 | 017798686 | 142.84 |
| 7% | .00 | 20051231 | 20060331 | 8,168.23 | 017408410 | 142.20 |
| 7% | .00 | 20060331 | 20060630 | 8,310.43 | 017603529 | 146.29 |
| 8% | .00 | 20060630 | 20060930 | 8,456.72 | 020366804 | 172.24 |

Employee #2618411398 Page 002 of 004   PAGE   003

▌-3597   30 200212

### INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|------|-----------|------|-------|---------------|--------|--------------|
| 8% | .00 | 20060930 | 20061231 | 8,628.96 | 020366804 | 175.74 |
| 8% | .00 | 20061231 | 20070331 | 8,804.70 | 019919667 | 175.39 |
| 8% | .00 | 20070331 | 20070630 | 8,980.09 | 020143211 | 180.89 |
| 8% | .00 | 20070630 | 20070914 | 9,160.98 | 016795189 | 153.86 |
| 8% | .00 | 20070930 | 00000000 | 9,314.84 | 000000000 | .00 |
| 8% | .00 | 20071231 | 00000000 | .00 | 000000000 | .00 |

Employee #2618411398 Page 003 of 004  PAGE  004

---

▌-3597   30 200212

START DATE 20030415

### FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|------|------|-----------|-------|---------------|----|-----|-----------|
| 1500 | 20030415 | .00 | | .00 | | | .00 |
| 3000 | 20030415 | 5,290.00 | 20030915 | 5,290.00 | 05 | 2.50 | 132.25 |
| DFTF | 20030915 | .00 | | 5,290.00 | | | .00 |
| 2760 | 20041105 | 502.55 | | 5,290.00 | | | .00 |
| 3360 | 20041105 | 462.50 | | 5,290.00 | | | .00 |
| 1600 | 20041116 | 1,190.25 | | 5,290.00 | | | .00 |
| 1700 | 20041116 | 176.78 | 20041215 | 5,290.00 | 15 | 7.50 | 396.75 |
| 8888 | 20041125 | .00 | | 5,290.00 | | | .00 |
| 8888 | 20050616 | .00 | 20060315 | 5,290.00 | 15 | 15.00 | 793.50 |

Employee #2618411398 Page 004 of 004  PAGE  001