# EXHIBIT D

```
         -2705
30 199512 09142007 HYME
          .00    ASSESSED FTP
       607.69    ASSESSED INT
     1,182.50    TAX & PENALTY
     1,790.19    ASSESSED TOTAL
       230.50    ACCRUED FTP
       865.94    ACCRUED INT
     1,096.44    TOTAL ACCRUALS
       230.50    TOTAL FTP
     1,473.63    TOTAL INT
     2,886.63    BALANCE DUE
```

Employee #2618411398 Page 001 of 005   PAGE   002

-2705   30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19960331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19960415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 230.50 | 19960415 | 00000000 | 230.50 | 000000000 | .00 |
| 3000 | 1,083.00 | 19960415 | 00000000 | 1,313.50 | 000000000 | .00 |
| 8060 | 161.00- | 19960415 | 19960630 | 1,152.50 | 016748923 | 19.30 |
| 9% | .00 | 19960630 | 19960930 | 1,171.80 | 022877946 | 26.81 |
| 9% | .00 | 19960930 | 19961231 | 1,198.61 | 022877946 | 27.42 |
| 9% | .00 | 19961231 | 19970331 | 1,226.03 | 022437053 | 27.51 |
| 9% | .00 | 19970331 | 19970630 | 1,253.54 | 022689161 | 28.44 |
| 9% | .00 | 19970630 | 19970930 | 1,281.98 | 022941331 | 29.41 |
| 9% | .00 | 19970930 | 19971231 | 1,311.39 | 022941331 | 30.09 |
| 9% | .00 | 19971231 | 19980331 | 1,341.48 | 022437053 | 30.10 |
| 8% | .00 | 19980331 | 19980630 | 1,371.58 | 020143211 | 27.63 |
| 8% | .00 | 19980630 | 19980930 | 1,399.21 | 020366804 | 28.50 |
| 8% | .00 | 19980930 | 19981231 | 1,427.71 | 020366804 | 29.08 |
| 7% | .00 | 19981231 | 19990331 | 1,456.79 | 017408410 | 25.36 |
| 8% | .00 | 19990331 | 19990630 | 1,482.15 | 020143211 | 29.86 |
| 8% | .00 | 19990630 | 19990930 | 1,512.01 | 020366804 | 30.79 |
| 8% | .00 | 19990930 | 19991231 | 1,542.80 | 020366804 | 31.42 |

Employee #2618411398 Page 002 of 005   PAGE   003

███-2705    30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19991231 | 20000331 | 1,574.22 | 020087632 | 31.62 |
| 9% | .00 | 20000331 | 20000630 | 1,605.84 | 022626480 | 36.33 |
| 9% | .00 | 20000630 | 20000930 | 1,642.17 | 022877946 | 37.57 |
| 9% | .00 | 20000930 | 20001231 | 1,679.74 | 022877946 | 38.43 |
| 9% | .00 | 20001231 | 20010331 | 1,718.17 | 022437053 | 38.55 |
| 8% | .00 | 20010331 | 20010630 | 1,756.72 | 020143211 | 35.39 |
| 7% | .00 | 20010630 | 20010930 | 1,792.11 | 017798686 | 31.90 |
| 7% | .00 | 20010930 | 20011231 | 1,824.01 | 017798686 | 32.46 |
| 6% | .00 | 20011231 | 20020331 | 1,856.47 | 014903267 | 27.67 |
| 6% | .00 | 20020331 | 20020630 | 1,884.14 | 015070101 | 28.39 |
| 6% | .00 | 20020630 | 20020930 | 1,912.53 | 015236961 | 29.14 |
| 6% | .00 | 20020930 | 20021231 | 1,941.67 | 015236961 | 29.59 |
| 5% | .00 | 20021231 | 20030331 | 1,971.26 | 012404225 | 24.45 |
| 5% | .00 | 20030331 | 20030630 | 1,995.71 | 012542910 | 25.03 |
| 5% | .00 | 20030630 | 20030930 | 2,020.74 | 012681615 | 25.63 |
| 4% | .00 | 20030930 | 20031231 | 2,046.37 | 010132630 | 20.74 |
| 4% | .00 | 20031231 | 20040301 | 2,067.11 | 006688572 | 13.83 |
| 3600 | 30.00 | 20040301 | 20040331 | 2,110.94 | 003283890 | 6.93 |
| 5% | .00 | 20040331 | 20040630 | 2,117.87 | 012508429 | 26.49 |

Employee #2618411398 Page 003 of 005   PAGE   004

---

███-2705    30 199512

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 4% | .00 | 20040630 | 20040930 | 2,144.36 | 010104808 | 21.67 |
| 5% | .00 | 20040930 | 20041231 | 2,166.03 | 012646750 | 27.39 |
| 5% | .00 | 20041231 | 20050331 | 2,193.42 | 012404225 | 27.21 |
| 6% | .00 | 20050331 | 20050630 | 2,220.63 | 015070101 | 33.47 |
| 6% | .00 | 20050630 | 20050930 | 2,254.10 | 015236961 | 34.35 |
| 7% | .00 | 20050930 | 20051231 | 2,288.45 | 017798686 | 40.73 |
| 7% | .00 | 20051231 | 20060331 | 2,329.18 | 017408410 | 40.55 |
| 7% | .00 | 20060331 | 20060630 | 2,369.73 | 017603529 | 41.72 |
| 8% | .00 | 20060630 | 20060930 | 2,411.45 | 020366804 | 49.11 |
| 8% | .00 | 20060930 | 20061231 | 2,460.56 | 020366804 | 50.11 |
| 8% | .00 | 20061231 | 20070331 | 2,510.67 | 019919667 | 50.01 |
| 8% | .00 | 20070331 | 20070630 | 2,560.68 | 020143211 | 51.58 |
| 8% | .00 | 20070630 | 20070914 | 2,612.26 | 016795189 | 43.87 |
| 8% | .00 | 20070930 | 00000000 | 2,656.13 | 000000000 | .00 |
| 8% | .00 | 20071231 | 00000000 | .00 | 000000000 | .00 |

Employee #2618411398 Page 004 of 005   PAGE   005

SEP-13-2007 15:35 RRB 9072716866 P.04
Case 3:05-cv-00123-RRB   Document 141-5   Filed 09/14/2007   Page 4 of 14
Page 3 of 13 for Standalone

███-2705   30 199512
START DATE 19960415

FTP COMPUTATION TABLE

| CODE | DATE | TRANS-AMT | TO-DT | FTP-PRINCIPAL | MO | PCT | PNLTY-AMT |
|---|---|---|---|---|---|---|---|
| 8060 | 19500101 | 161.00- |  | 161.00- |  |  | .00 |
| 1500 | 19960415 | .00 |  | 161.00- |  |  | .00 |
| DPTF | 19960915 | .00 |  | 161.00- |  |  | .00 |
| 3360 | 20010420 | 607.69 |  | 161.00- |  |  | .00 |
| 3000 | 20010430 | 1,083.00 |  | 922.00 |  |  | .00 |
| 1600 | 20010501 | 230.50 | 20010630 | 922.00 | 02 | 1.00 | 9.22 |
| 8888 | 20010628 | .00 |  | 922.00 |  |  | .00 |
| 8888 | 20020501 | .00 |  | 922.00 |  |  | .00 |
| 8888 | 20041202 | .00 | 20030630 | 922.00 | 24 | 24.00 | 221.28 |

Employee #2618411398 Page 005 of 005   PAGE 001

███-2705
30 199612 09142007 HYME

| | |
|---:|---|
| 771.02 | ASSESSED FTP |
| 1,538.13 | ASSESSED INT |
| 4,052.57 | TAX & PENALTY |
| 6,361.72 | ASSESSED TOTAL |
| .00 | ACCRUED FTP |
| 3,098.22 | ACCRUED INT |
| 3,098.22 | TOTAL ACCRUALS |
| 771.02 | TOTAL FTP |
| 4,636.35 | TOTAL INT |
| 9,459.94 | BALANCE DUE |

COMPUTATION HOLD ON FTP
Employee #2618411398 Page 001 of 005   PAGE 002

███-2705   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 9% | .00 | 19970331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19970415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 708.08 | 19970415 | 00000000 | 708.08 | 000000000 | .00 |
| 3000 | 3,147.00 | 19970415 | 19970630 | 3,855.08 | 018914063 | 72.92 |
| 9% | .00 | 19970630 | 19970930 | 3,928.00 | 022941331 | 90.11 |
| 9% | .00 | 19970930 | 19971231 | 4,018.11 | 022941331 | 92.19 |
| 9% | .00 | 19971231 | 19980331 | 4,110.29 | 022437053 | 92.22 |
| 8% | .00 | 19980331 | 19980630 | 4,202.51 | 020143211 | 84.65 |
| 8% | .00 | 19980630 | 19980930 | 4,287.16 | 020366804 | 87.32 |
| 8% | .00 | 19980930 | 19981231 | 4,374.48 | 020366804 | 89.09 |
| 7% | .00 | 19981231 | 19990331 | 4,463.57 | 017408410 | 77.70 |
| 8% | .00 | 19990331 | 19990630 | 4,541.27 | 020143211 | 91.48 |
| 8% | .00 | 19990630 | 19990930 | 4,632.75 | 020366804 | 94.35 |
| 8% | .00 | 19990930 | 19991231 | 4,727.10 | 020366804 | 96.28 |
| 8% | .00 | 19991231 | 20000331 | 4,823.38 | 020087632 | 96.89 |
| 9% | .00 | 20000331 | 20000630 | 4,920.27 | 022626480 | 111.33 |
| 9% | .00 | 20000630 | 20000930 | 5,031.60 | 022877946 | 115.11 |
| 9% | .00 | 20000930 | 20001231 | 5,146.71 | 022877946 | 117.75 |
| 9% | .00 | 20001231 | 20010331 | 5,264.46 | 022437053 | 118.12 |

Employee #2618411398 Page 002 of 005   PAGE   003

███-2705   30 199612

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 20010331 | 20010409 | 5,382.58 | 001974333 | 10.63 |
| 1700 | 167.49 | 20010409 | 00000000 | 5,560.70 | 000000000 | .00 |
| 2700 | 755.52 | 20010409 | 20010604 | 6,316.22 | 012348245 | 77.99 |
| 2700 | 15.50 | 20010604 | 20010630 | 6,409.71 | 005714270 | 36.63 |
| 7% | .00 | 20010630 | 20010930 | 6,446.34 | 017798686 | 114.74 |
| 7% | .00 | 20010930 | 20011231 | 6,561.08 | 017798686 | 116.78 |
| 6% | .00 | 20011231 | 20020331 | 6,677.86 | 014903267 | 99.52 |
| 6% | .00 | 20020331 | 20020429 | 6,777.38 | 004778110 | 32.38 |
| 3600 | 30.00 | 20020429 | 20020630 | 6,839.76 | 010243048 | 70.06 |
| 6% | .00 | 20020630 | 20020930 | 6,909.82 | 015236961 | 105.28 |
| 6% | .00 | 20020930 | 20021231 | 7,015.10 | 015236961 | 106.89 |
| 5% | .00 | 20021231 | 20030331 | 7,121.99 | 012404225 | 88.34 |
| 5% | .00 | 20030331 | 20030630 | 7,210.33 | 012542910 | 90.44 |
| 5% | .00 | 20030630 | 20030930 | 7,300.77 | 012681615 | 92.59 |
| 4% | .00 | 20030930 | 20031231 | 7,393.36 | 010132630 | 74.91 |
| 4% | .00 | 20031231 | 20040331 | 7,468.27 | 009994426 | 74.64 |
| 5% | .00 | 20040331 | 20040630 | 7,542.91 | 012508429 | 94.35 |
| 4% | .00 | 20040630 | 20040930 | 7,637.26 | 010104808 | 77.17 |
| 5% | .00 | 20040930 | 20041231 | 7,714.43 | 012646750 | 97.56 |

Employee #2618411398 Page 003 of 005   PAGE   004

SEP-13-2007 05:56       IRS                                    9072716866    P.06
Case 3:05-cv-00123-RRB   Document 141-5   Filed 09/14/2007   Page 6 of 14
Page 5 of 13 for standalone

███-2705   30 199612

INTEREST COMPUTATION TABLE
```
CODE    TRANS-AMT       DATE     TO-DT   INT-PRINCIPAL     FACTOR    INTEREST-AMT
5%           .00    20041231 20050331        7,811.99    012404225          96.90
6%           .00    20050331 20050630        7,908.89    015070101         119.19
6%           .00    20050630 20050930        8,028.08    015236961         122.32
7%           .00    20050930 20051231        8,150.40    017798686         145.07
7%           .00    20051231 20060331        8,295.47    017408410         144.41
7%           .00    20060331 20060630        8,439.88    017603529         148.57
8%           .00    20060630 20060930        8,588.45    020366804         174.92
8%           .00    20060930 20061231        8,763.37    020366804         178.48
8%           .00    20061231 20070331        8,941.85    019919667         178.12
8%           .00    20070331 20070630        9,119.97    020143211         183.71
8%           .00    20070630 20070914        9,303.68    016795189         156.26
8%           .00    20070930 00000000        9,459.94    000000000            .00
8%           .00    20071231 00000000             .00    000000000            .00
```

Employee #2618411398 Page 004 of 005   PAGE   005

---

███-2705   30 199612
COMPUTATION HOLD ON FTP

START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271

Employee #2618411398 Page 005 of 005   PAGE   001

SEP-13-2007 05:56   IRS                                         9072716866   P.07
Case 3:05-cv-00123-RRB   Document 141-5   Filed 09/14/2007   Page 7 of 14
Page 6 of 13 for standalone

```
         ▉-2705
30 199712 09142007 HYME
         164.50   ASSESSED FTP
         224.98   ASSESSED INT
         806.05   TAX & PENALTY
       1,195.53   ASSESSED TOTAL
            .00   ACCRUED FTP
         578.23   ACCRUED INT
         578.23   TOTAL ACCRUALS
         164.50   TOTAL FTP
         803.21   TOTAL INT
       1,773.76   BALANCE DUE
```

COMPUTATION HOLD ON FTP
Employee #2618411398 Page 001 of 005   PAGE   002


         ▉-2705   30 199712

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19980331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19980415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 148.05 | 19980415 | 00000000 | 148.05 | 000000000 | .00 |
| 3000 | 658.00 | 19980415 | 19980630 | 806.05 | 016795189 | 13.54 |
| 8% | .00 | 19980630 | 19980930 | 819.59 | 020366804 | 16.69 |
| 8% | .00 | 19980930 | 19981231 | 836.28 | 020366804 | 17.03 |
| 7% | .00 | 19981231 | 19990331 | 853.31 | 017408410 | 14.85 |
| 8% | .00 | 19990331 | 19990630 | 868.16 | 020143211 | 17.49 |
| 8% | .00 | 19990630 | 19990930 | 885.65 | 020366804 | 18.04 |
| 8% | .00 | 19990930 | 19991231 | 903.69 | 020366804 | 18.41 |
| 8% | .00 | 19991231 | 20000331 | 922.10 | 020087632 | 18.52 |
| 9% | .00 | 20000331 | 20000630 | 940.62 | 022626480 | 21.28 |
| 9% | .00 | 20000630 | 20000930 | 961.90 | 022877946 | 22.01 |
| 9% | .00 | 20000930 | 20001231 | 983.91 | 022877946 | 22.51 |
| 9% | .00 | 20001231 | 20010331 | 1,006.42 | 022437053 | 22.58 |
| 8% | .00 | 20010331 | 20010409 | 1,029.00 | 001974333 | 2.03 |
| 2700 | 118.44 | 20010409 | 20010630 | 1,149.47 | 018133077 | 20.84 |
| 7% | .00 | 20010630 | 20010806 | 1,170.31 | 007120441 | 8.33 |
| 2700 | 16.45 | 20010806 | 20010930 | 1,195.09 | 010602749 | 12.67 |

Employee #2618411398 Page 002 of 005   PAGE   003

SEP-13-2007 Case 3:05-cv-00123-RRB   Document 141-5   Filed 09/14/2007   Page 8 of 14
9072716866   P.08
Page 7 of 13 for standalone

```
          -2705    30 199712
INTEREST COMPUTATION TABLE
CODE        TRANS-AMT      DATE     TO-DT  INT-PRINCIPAL       FACTOR   INTEREST-AMT
  7%              .00  20010930 20011231       1,207.76     017798686          21.50
  6%              .00  20011231 20020331       1,229.26     014903267          18.32
  6%              .00  20020331 20020630       1,247.58     015070101          18.80
  6%              .00  20020630 20020923       1,266.38     014069511          17.82
2700            29.61  20020923 20020930       1,313.81     001151253           1.51
  6%              .00  20020930 20021231       1,315.32     015236961          20.04
  5%              .00  20021231 20030331       1,335.36     012404225          16.56
  5%              .00  20030331 20030630       1,351.92     012542910          16.96
  5%              .00  20030630 20030930       1,368.88     012681615          17.36
  4%              .00  20030930 20031231       1,386.24     010132630          14.05
  4%              .00  20031231 20040331       1,400.29     009994426          14.00
  5%              .00  20040331 20040630       1,414.29     012508429          17.69
  4%              .00  20040630 20040930       1,431.98     010104808          14.47
  5%              .00  20040930 20041231       1,446.45     012646750          18.29
  5%              .00  20041231 20050331       1,464.74     012404225          18.17
  6%              .00  20050331 20050630       1,482.91     015070101          22.35
  6%              .00  20050630 20050930       1,505.26     015236961          22.94
  7%              .00  20050930 20051231       1,528.20     017798686          27.20
  7%              .00  20051231 20060331       1,555.40     017408410          27.08
Employee #2618411398 Page 003 of 005  PAGE  004


          -2705    30 199712
INTEREST COMPUTATION TABLE
CODE        TRANS-AMT      DATE     TO-DT  INT-PRINCIPAL       FACTOR   INTEREST-AMT
  7%              .00  20060331 20060630       1,582.48     017603529          27.86
  8%              .00  20060630 20060930       1,610.34     020366804          32.80
  8%              .00  20060930 20061231       1,643.14     020366804          33.47
  8%              .00  20061231 20070331       1,676.61     019919667          33.40
  8%              .00  20070331 20070630       1,710.01     020143211          34.45
  8%              .00  20070630 20070914       1,744.46     016795189          29.30
  8%              .00  20070930 00000000       1,773.76     000000000            .00
  8%              .00  20071231 00000000            .00     000000000            .00

Employee #2618411398 Page 004 of 005  PAGE  005
```

SEP-13-2007 05:56      IRS                                                  9072716866    P.09
Case 3:05-cv-00123-RRB    Document 141-5    Filed 09/14/2007    Page 9 of 14
Page 8 of 13 for standalone

▇-2705   30 199712
COMPUTATION HOLD ON FTP

START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271

Employee #2618411398 Page 005 of 005   PAGE   001

---

▇-2705
30 199812 09142007 HYME
       622.76   ASSESSED FTP
       560.56   ASSESSED INT
    3,165.44   TAX & PENALTY
    4,348.76   ASSESSED TOTAL
         .00   ACCRUED FTP
    2,077.18   ACCRUED INT
    2,077.18   TOTAL ACCRUALS
       622.76   TOTAL FTP
    2,637.74   TOTAL INT
    6,425.94   BALANCE DUE

COMPUTATION HOLD ON FTP
Employee #2618411398 Page 001 of 005   PAGE   002

▇▇▇-2705    30 199812

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 8% | .00 | 19990331 | 00000000 | .00 | 000000000 | .00 |
| 1500 | .00 | 19990415 | 00000000 | .00 | 000000000 | .00 |
| 1600 | 560.48 | 19990415 | 00000000 | 560.48 | 000000000 | .00 |
| 3000 | 2,491.00 | 19990415 | 19990630 | 3,051.48 | 016795189 | 51.25 |
| 8% | .00 | 19990630 | 19990930 | 3,102.73 | 020366804 | 63.19 |
| 8% | .00 | 19990930 | 19991231 | 3,165.92 | 020366804 | 64.48 |
| 8% | .00 | 19991231 | 20000331 | 3,230.40 | 020087632 | 64.89 |
| 9% | .00 | 20000331 | 20000630 | 3,295.29 | 022626480 | 74.56 |
| 9% | .00 | 20000630 | 20000930 | 3,369.85 | 022877946 | 77.10 |
| 9% | .00 | 20000930 | 20001231 | 3,446.95 | 022877946 | 78.86 |
| 9% | .00 | 20001231 | 20010331 | 3,525.81 | 022437053 | 79.11 |
| 8% | .00 | 20010331 | 20010409 | 3,604.92 | 001974333 | 7.12 |
| 1700 | 113.96 | 20010409 | 00000000 | 3,726.00 | 000000000 | .00 |
| 2700 | 299.04 | 20010409 | 20010604 | 4,025.04 | 012348245 | 49.70 |
| 2700 | 12.34 | 20010604 | 20010630 | 4,087.08 | 005714270 | 23.35 |
| 7% | .00 | 20010630 | 20010930 | 4,110.43 | 017798686 | 73.16 |
| 7% | .00 | 20010930 | 20011231 | 4,183.59 | 017798686 | 74.46 |
| 6% | .00 | 20011231 | 20020331 | 4,258.05 | 014903267 | 63.46 |
| 6% | .00 | 20020331 | 20020630 | 4,321.51 | 015070101 | 65.13 |

Employee #2618411398  Page 002 of 005   PAGE   003

---

▇▇▇-2705    30 199812

INTEREST COMPUTATION TABLE

| CODE | TRANS-AMT | DATE | TO-DT | INT-PRINCIPAL | FACTOR | INTEREST-AMT |
|---|---|---|---|---|---|---|
| 6% | .00 | 20020630 | 20020923 | 4,386.64 | 014069511 | 61.72 |
| 2700 | 311.38 | 20020923 | 20020930 | 4,759.74 | 001151253 | 5.48 |
| 6% | .00 | 20020930 | 20021231 | 4,765.22 | 015236961 | 72.61 |
| 5% | .00 | 20021231 | 20030331 | 4,837.83 | 012404225 | 60.01 |
| 5% | .00 | 20030331 | 20030630 | 4,897.84 | 012542910 | 61.43 |
| 5% | .00 | 20030630 | 20030930 | 4,959.27 | 012681615 | 62.89 |
| 4% | .00 | 20030930 | 20031231 | 5,022.16 | 010132630 | 50.89 |
| 4% | .00 | 20031231 | 20040331 | 5,073.05 | 009994426 | 50.70 |
| 5% | .00 | 20040331 | 20040630 | 5,123.75 | 012508429 | 64.09 |
| 4% | .00 | 20040630 | 20040930 | 5,187.84 | 010104808 | 52.42 |
| 5% | .00 | 20040930 | 20041231 | 5,240.26 | 012646750 | 66.27 |
| 5% | .00 | 20041231 | 20050331 | 5,306.53 | 012404225 | 65.82 |
| 6% | .00 | 20050331 | 20050630 | 5,372.35 | 015070101 | 80.96 |
| 6% | .00 | 20050630 | 20050930 | 5,453.31 | 015236961 | 83.09 |
| 7% | .00 | 20050930 | 20051231 | 5,536.40 | 017798686 | 98.54 |
| 7% | .00 | 20051231 | 20060331 | 5,634.94 | 017408410 | 98.10 |
| 7% | .00 | 20060331 | 20060630 | 5,733.04 | 017603529 | 100.92 |
| 8% | .00 | 20060630 | 20060930 | 5,833.96 | 020366804 | 118.82 |
| 8% | .00 | 20060930 | 20061231 | 5,952.78 | 020366804 | 121.24 |

Employee #2618411398  Page 003 of 005   PAGE   004

SEP-13-2007 05:57   IRS                                       9072716866    P.11
Case 3:05-cv-00123-RRB   Document 141-5   Filed 09/14/2007   Page 11 of 14
Page 10 of 13 for Standalone

          ▇▇▇▇-2705    30 199812
INTEREST COMPUTATION TABLE
CODE       TRANS-AMT       DATE    TO-DT  INT-PRINCIPAL      FACTOR     INTEREST-AMT
 8%              .00   20061231 20070331       6,074.02   019919667           120.99
 8%              .00   20070331 20070630       6,195.01   020143211           124.79
 8%              .00   20070630 20070914       6,319.80   016795189           106.14
 8%              .00   20070930 00000000       6,425.94   000000000              .00
 8%              .00   20071231 00000000            .00   000000000              .00


Employee #2618411398 Page 004 of 005   PAGE   005

---

          ▇▇▇▇-2705    30 199812
COMPUTATION HOLD ON FTP


START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271




Employee #2618411398 Page 005 of 005   PAGE   001

SEP-13-2007 05:57       IRS                                              9072716866      P.12
Case 3:05-cv-00123-RRB    Document 141-5    Filed 09/14/2007    Page 12 of 14
Page 11 of 13 for standalone

```
      ▮▮▮▮-2705
30 199912 09142007 HYME
         840.75  ASSESSED FTP
         619.07  ASSESSED INT
       4,282.40  TAX & PENALTY
       5,742.22  ASSESSED TOTAL
            .00  ACCRUED FTP
       2,291.80  ACCRUED INT
       2,291.80  TOTAL ACCRUALS
         840.75  TOTAL FTP
       2,910.87  TOTAL INT
       8,034.02  BALANCE DUE
```

COMPUTATION HOLD ON FTP
Employee #2618411398 Page 001 of 005   PAGE   002

```
        ▮▮▮▮-2705    30 199912

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT      DATE     TO-DT   INT-PRINCIPAL       FACTOR    INTEREST-AMT
 9%             .00    20000331 00000000            .00    000000000             .00
1500            .00    20000415 00000000            .00    000000000             .00
1600         756.65    20000415 00000000         756.65    000000000             .00
3000       3,363.00    20000415 20000630       4,119.65    018861907           77.70
 9%             .00    20000630 20000930       4,197.35    022877946           96.03
 9%             .00    20000930 20001231       4,293.38    022877946           98.22
 9%             .00    20001231 20010331       4,391.60    022437053           98.53
 8%             .00    20010331 20010630       4,490.13    020143211           90.45
 7%             .00    20010630 20010930       4,580.58    017798686           81.53
 7%             .00    20010930 20011224       4,662.11    016433373           76.61
1700         162.75    20011224 00000000       4,901.47    000000000             .00
2700         353.22    20011324 20011231       5,254.69    001343238            7.06
 6%             .00    20011231 20020331       5,261.75    014903267           78.42
 6%             .00    20020331 20020630       5,340.17    015070101           80.48
 6%             .00    20020630 20020923       5,420.65    014069511           76.27
2700         151.34    20020923 20020930       5,648.26    001151253            6.50
 6%             .00    20020930 20021231       5,654.76    015236961           86.16
 5%             .00    20021231 20030331       5,740.92    012404225           71.21
 5%             .00    20030331 20030630       5,812.13    012542910           72.90
Employee #2618411398 Page 002 of 005   PAGE   003
```

-2705    30 199912

```
INTEREST COMPUTATION TABLE
CODE        TRANS-AMT      DATE    TO-DT  INT-PRINCIPAL      FACTOR     INTEREST-AMT
 5%               .00  20030630 20030930       5,885.03   012681615            74.63
 4%               .00  20030930 20031231       5,959.66   010132630            60.39
 4%               .00  20031231 20040331       6,020.05   009994426            60.17
 5%               .00  20040331 20040630       6,080.22   012508429            76.05
 4%               .00  20040630 20040930       6,156.27   010104808            62.21
 5%               .00  20040930 20041206       6,218.48   009194391            57.18
2700           336.19  20041206 20041231       6,611.85   003420905            22.62
 5%               .00  20041231 20050331       6,634.47   012404225            82.30
 6%               .00  20050331 20050630       6,716.77   015070101           101.22
 6%               .00  20050630 20050930       6,817.99   015236961           103.89
 7%               .00  20050930 20051231       6,921.88   017798686           123.20
 7%               .00  20051231 20060331       7,045.08   017408410           122.64
 7%               .00  20060331 20060630       7,167.72   017603529           126.18
 8%               .00  20060630 20060930       7,293.90   020366804           148.55
 8%               .00  20060930 20061231       7,442.45   020366804           151.58
 8%               .00  20061231 20070331       7,594.03   019919667           151.27
 8%               .00  20070331 20070630       7,745.30   020143211           156.02
 8%               .00  20070630 20070914       7,901.32   016795189           132.70
 8%               .00  20070930 00000000       8,034.02   000000000              .00
Employee #2618411398 Page 003 of 005   PAGE   004
```

-2705    30 199912

```
INTEREST COMPUTATION TABLE
CODE        TRANS-AMT      DATE    TO-DT  INT-PRINCIPAL      FACTOR     INTEREST-AMT
 8%               .00  20071231 00000000            .00   000000000              .00
```

Employee #2618411398 Page 004 of 005   PAGE   005

███-2705   30 199912
COMPUTATION HOLD ON FTP

START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271

Employee #2618411398 Page 005 of 005   PAGE   001