NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, ) | |
| ) | |
| v.  ) | |
| ) | SUPPLEMENTAL DECLARATION OF |
| DONALD L. HYMES; RITA M. HYMES; ) | JENNIFER D. AUCHTERLONIE |
| AURORA TRUST, ZENA D. HYMES ) | |
| AND CHARLA HYMES TRUSTEES; ) | |
| SUNSHINE TRUST, RITA M. HYMES ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA ) | |
| HYMES; AND FAIRBANKS NORTH ) | |
| STAR BOROUGH ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

I, Jennifer D. Auchterlonie, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.  I am a trial attorney with United States Department of Justice, Tax Division,

- 2 -

located in Washington, D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and the Internal Revenue Service's files concerning this matter. I submit this Declaration in support of the United States' Motion for Summary Judgment, and to place certain evidence before the Court.

2. Attached hereto as Exhibit X is a true and correct copy of the Quitclaim Deed with respect to the subject property that was recorded with the Fairbanks Recording District on or about February 6, 2007. By this deed, Rita M. Hymes, as Trustee of the Sunshine Trust, transferred the subject property to Rita M. Hymes and Donald L. Hymes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of September, 2007.

                                          s/ Jennifer D. Auchterlonie
                                          JENNIFER D. AUCHTERLONIE
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 683
                                          Ben Franklin Station
                                          Washington, D.C.  20044
                                          Telephone: (202) 514-9593

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, a copy of the foregoing SUPPLEMENTAL DECLARATION OF JENNIFER D. AUCHTERLONIE was served by regular U.S. mail on the following parties:

| | |
|---|---|
| Donald L. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 | Rita M. Hymes<br>2340 Ravenwood<br>Fairbanks, Alaska 99709 |

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709

                              s/ Jennifer D. Auchterlonie
                              JENNIFER D. AUCHTERLONIE
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 683, Ben Franklin Station
                              Washington, D.C. 20044
                              Telephone: (202) 514-9593
                              Email: Jennifer.D.Auchterlonie@usdoj.gov