# EXHIBIT X



**2007-002518-0**
Recording Dist: 401 - Fairbanks
2/6/2007  10:46 AM  Pages: 1 of 3

QUIT CLAIM DEED

Please return to :

Donald Louis Hymes
Rita MariNa Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]

## QUITCLAIM DEED

THIS INDENTURE, made and executed this _2/05_ day of 2007, by and between:

> RITA M. HYMES, in her capacity as trustee of the Sunshine Trust, of 2340 Ravenwood Avenue, Fairbanks Alaska [99709], hereinafter known as "Grantor",

and

> Rita MariNa Hymes and Donald Louis Hymes, of 2340 Ravenwood Avenue, Fairbanks, Alaska [99709], hereinafter known as "Grantees".

WITNESSETH:

   That said Grantor for and in consideration for the sum of Ten Dollars ($10.00), lawful money of the United States of America, and other good and valuable consideration to her in hand paid by said Grantees, receipt of which is hereby acknowledged, has granted, bargained, sold, remised, released, and forever quitclaimed, and by these presents does grant, bargain, sell, remise, release, and forever quitclaim unto said Grantees, and to their heirs and assigns forever, all of her right, title, and interest in and to the following described real property situated in the Fairbanks Recording District, Fourth Judicial District, State of Alaska, to-wit:

> Lot Fifty (50) in Section Fourteen (14)
> Township One South, Range Two West,
> Fairbanks Meridian.

TO HAVE AND TO HOLD, all and singular, the said premises, together with the appurtenances and privileges thereunto incident unto the said Grantees, and to their heirs and assigns forever.

IN WITNESS WHEREOF, the said Grantor has hereunto set her hand on the



2 of 3
2007-002518-0

day and year first hereinabove written.

_____
Rita M. Hymes, Trustee, Sunshine Trust

Grantor

STATE OF ALASKA            )
                           ) SS
FOURTH JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on this, the 5th day of Feb, 2007, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared Rita MariNa Hymes, to me known, to be the person who executed the within and foregoing Deed, and she acknowledged to me she signed and sealed said instrument as her free and voluntary act and deed for the uses and purposes therein mentioned.

_____
Notary Public in and for Alaska

My Commission expires: 6/1/10

[Notary seal: ERIN ALBERTSON, NOTARY PUBLIC, STATE OF ALASKA]