UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA    v.    DONALD HYMES, et al

IDA ROMACK, CLERK OF COURT

Deputy Clerk                                      CASE NO.   4:05-cv-00123-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **CLERK'S NOTICE**                DATE: September 19, 2007

    It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of each of the following defendant(s):**Sunshine Trust** in the above-entitled action is hereby entered.

[]{CLERKNOT.WPD*Rev.09/00}