

SEP 2 6 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

**The United States of America**

**The United States**

**District Court of the United States**

**District of Alaska**

**UNITED STATES OF AMERICA**

*Plaintiff*

v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**Motion to Strike and Vacate Clerk's Entry of Default at Docket #144**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with

Motion to Strike and Vacate Clerk's Entry of Default at Docket #144.

Under Rule 55, to wit:

**Rule 55.** Default

**(a) Entry.** When a party against whom a judgment for affirmative relief is sought
***has failed to plead or otherwise defend*** as provided by these rules and that fact
is made to appear by affidavit or otherwise, **the clerk shall enter the party's
default.**

As the Clerk's employment is totally ministerial, the Clerk has no discretion to

enlarge upon Rule 55, *supra*.  Rule 55 is only operative for a Clerk if the Defendant "has

1

failed to plead or otherwise defend."

In Docket #85 of the Docket Sheet of the Court is posited conclusive and legal evidence of an "Answer" by the Hymes to the Amended Complaint .

Therefore the two prongs upon which the Clerk is authorized to enter a default "to plead" or "otherwise defend" is defeated by Docket #85, and as a *matter of law*, the Entry of Default is null and void *ab initio.*

And further, the Hymes do read all the pleadings of Jennifer Auchterlonie ("Auchterlonie"), that are usually devoid of any Law of the United States; representing an unknown Plaintiff, and refusing to disclose if she is an "attorney" with any of the "Bar" associations. In Docket #11, signed  purportedly by a JOHN B. SNYDER, III, it was disclosed in the Cases that Snyder was relying upon therein, that the "TRUST" was the beneficiary/beneficiaries and they would have to "Answer."

If Auchterlonie would dispense with the "unintelligible" responses to Hymes' pleadings and actually read the adjudged decisions of the Supreme Court of the United States, statutory authority mandated by Congress and pleadings - opposing same and dispensing with her holier that thou *ipse dixit* pontifications, Auchterlonie would have determined that her Motion for Entry of Default was a "lie" under her purported signature. Auchterlonie states that "Sunshine Trust has failed to do so as of this writing." Docket #139 pg 2. Continuing on in Docket #139 ". . . Sunshine Trust for its failure to plead or otherwise defend against the amended complaint."

Contained in affirmative defenses of the "Answer" at Docket #85 of the Hymes' Number 33, to wit:

2

The ***following signatures are for all capacities*** that are lawful within any of the several States including any capacity for a trustee of any trust ***or for any beneficiary of any trust*** or in his/her personal capacity as ***in this instant Case*** under the Laws of the United States for citizens of the several States. ***[Emphasis added]***

In Docket #85, any reference to Sunshine Trust was not answered - see Docket #85 for the unintelligible words under admit/deny, etc.

Therefore under the Rule 55, the Entry of Default by the Clerk is null and void *ab initio*, and should be stricken and/or vacated; and,

***further***, the Court Docket contains conclusive and legal evidence that the Hymes did "Answer" and/or Plead; and,

***further***, any issue of the timeframe to answer is NOT Rule 55 within the ministerial authority of the Clerk and is strictly for an Article III judge.

My Hand,

My Hand,

3

**Certification**

This document and said attachments have
been mailed first class via USPS to the
following parties, to wit:

Nelson P. Cohen
U.S.    Attorney
District of Alaska
Federal Bldg. and U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: September 26, 2007

Rita MariNa Hymes