

**RECEIVED**

**SEP 26 2007**

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

STATE OF ALASKA        )
                       ) ss.
The United States of America )

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this verified Affidavit and in the Memorandum in Support are true and correct, to the best of my knowledge, under the penalties of perjury.

1.  My true name is Donald Louis Hymes.

2.  I am of the age of majority and will testify to facts contain herein this document.

3.  I did Answer as to the issue of Sunshine Trust as alleged in the Amended Complaint.

*Donald L. Hymes*
My Hand,

Dated this day 26th Sept. 2007

Sworn and subscribed before me a Public Notary in and for the State of Alaska.
My Commission expires on  Dec 13, 2009

_____
Signature of Notary Public

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon