

SEP 26 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

STATE OF ALASKA            )
                           ) ss.
The United States of America )

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit are true and correct, to the best of my knowledge, under the penalties of perjury.

1. My true name is Rita MariNa Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I did Answer as to the issue of Sunshine Trust as alleged in the Amended Complaint.

My Hand,

Sworn and subscribed before me a Public Notary in and for the State of Alaska.

My Commission expires on _Dec 13 2009_.

Dated this: 25th day of Sept. 2007

Signature of Notary Public

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon