

Donald Louis Hymes
Rita MariNa Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

SEP 2 7 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA;
Plaintiff

v.

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
Defendants

A05-123-CV(RRB)


MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT


Come now the Defendants, Donald Louis Hymes and Rita MariNa Hymes, and ask this court for an extension of time to respond to Plaintiff's MOTION FOR SUMMARY JUDGMENT.

Defendants are representing themselves and need additional time for research.

Defendants ask that the date to respond be extended to October 8, 2007.

Dated this 26th day of September, 2007


My Hand                    My Hand
*[signature]*              *[signature] Donald Louis Hymes*