Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922



RECEIVED SEP 27 2007 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA
*Plaintiff*
v.

**Rita MariNa Hymes, personal capacity**
**Donald Louis Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**ORDER on Opposition to Compel**

It is hereby ORDERED that any issues of the Summary Judgment will not progress until after the Hymes file on October 8, 2007 pleadings into this Court.

_____
Judge