

### Certification

This MOTION FOR EXTENSION OF TIME AND ORDER has been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
U.S. Attorney
District of Alaska
Federal Bldg. and U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: September 27, 2007

Rita MariNa Hymes