NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' MOTION TO |
| DONALD L. HYMES; RITA M. HYMES; | ) | STRIKE ENTRY OF DEFAULT |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America, by and through its undersigned counsel, hereby responds

as follows to those portions of defendants' "Motion to Strike and Vacate Clerks' Entry of

- 2 -

Default at Docket #144" (defendants' motion) that merit a response:

On September 13, 2007, the United States requested entry of default against defendant Sunshine Trust, for its failure to file an answer or to otherwise respond to the amended complaint filed on September 19, 2006. Dkt. #138. On September 19, 2007, the Clerk of Court entered default against defendant Sunshine Trust. Dkt. #144.

On September 26, 2007, defendants Donald L. Hymes and Rita M. Hymes filed a motion to strike the entry of default against defendant Sunshine Trust. Dkt. #145. Although not altogether clear, defendants appear to rely on the answer filed by themselves at Docket #85 as a basis for striking the default against Sunshine Trust. Defendants' motion, p. 2. Defendants appear to argue that Rita M. Hymes signed the answer at Docket #85 in both her individual capacity and in her capacity as trustee of the Sunshine Trust. Defendants' motion, p. 3. However, as this Court has previously instructed defendants in its Order entered on January 12, 2006, at Docket #43, in which the Court struck, *inter alia*, the motion to dismiss filed by Rita M. Hymes purportedly on behalf of Sunshine Trust, Rita M. Hymes, as a non-attorney, has no authority to appear for others than herself, and as trustee of the Sunshine Trust, may not represent that trust *pro se*. Dkt. #43, citing *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). Thus, as defendants are already aware, the answer filed by Donald L. Hymes and Rita M. Hymes *pro se* at Docket #85 cannot be construed as an answer filed by Sunshine Trust. Accordingly, there exists no legal or factual support for defendants' apparent argument that, because Donald L. Hymes and Rita M. Hymes filed an answer to the amended complaint herein, Sunshine Trust cannot be defaulted for failure to file an answer.

- 3 -

WHEREFORE, based on the allegations set forth above, and in the United States' request for entry of default, the United States respectfully requests that the Court deny defendants' motion to strike.

Dated this 11th day of October, 2007.

                                      Respectfully Submitted,

                                      NELSON P. COHEN
                                      United States Attorney

                                      s/ Jennifer D. Auchterlonie
                                      JENNIFER D. AUCHTERLONIE
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 683
                                      Ben Franklin Station
                                      Washington, D.C.  20044-0683

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO STRIKE ENTRY OF DEFAULT was served by regular U.S. mail on the following parties:

```
Donald L. Hymes           Rita M. Hymes
2340 Ravenwood            2340 Ravenwood
Fairbanks, Alaska 99709   Fairbanks, Alaska 99709

Sunshine Trust
Rita M. Hymes, Trustee
2340 Ravenwood
Fairbanks, Alaska 99709
```

s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov