NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANTS' MOTION FOR |
| DONALD L. HYMES; RITA M. HYMES; | ) | EXTENSION OF TIME |
| AURORA TRUST, ZENA D. HYMES | ) | |
| AND CHARLA HYMES TRUSTEES; | ) | |
| SUNSHINE TRUST, RITA M. HYMES | ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA | ) | |
| HYMES; AND FAIRBANKS NORTH | ) | |
| STAR BOROUGH | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The United States of America, by and through its undersigned counsel, hereby submits

the following opposition to defendants' second motion for extension of time to respond to the

- 2 -

United States' motion for summary judgment (defendants' motion):

Although not altogether clear, defendants seek a second extension of time[1] to respond to the United States' motion for summary judgment in this matter on the grounds that defendants are still in the process of obtaining unidentified "public documents" to support their position that the United States District Court for the District of Alaska is not an Article III court under the United States Constitution and does not have any authority over defendants. Defendants' motion, pp. 1, 3.

The grounds for defendants' motion are entirely frivolous. The authority of this Court in this matter is plainly established by the jurisdictional statutes cited by the United States in the Complaint, 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345. It is beyond dispute that this Court has authority to adjudicate this action. Thus, no legitimate purpose will be served in allowing defendants to cause further delay in this matter by engaging in their frivolous pursuits. Accordingly, the United States respectfully requests that the Court deny defendants' second

---

[1] Defendants' first motion for extension of time to respond to the United States' motion for summary judgment, Dkt. #148, was granted by the Court on October 4, 2007, Dkt. #149.

- 3 -

motion for extension of time and order defendants to promptly respond to the United States'

motion for summary judgment.

      Dated this 24th day of October, 2007.

                    Respectfully Submitted,

                    NELSON P. COHEN
                    United States Attorney

                    s/ Jennifer D. Auchterlonie
                    JENNIFER D. AUCHTERLONIE
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    P.O. Box 683
                    Ben Franklin Station
                    Washington, D.C.  20044-0683

- 4 -

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on October 24, 2007, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME  was served by

regular U.S. mail on the following parties:

```
Donald L. Hymes        Rita M. Hymes
2340 Ravenwood         2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709
```

                      <u>s/ Jennifer D. Auchterlonie</u>
                      JENNIFER D. AUCHTERLONIE
                      Trial Attorney, Tax Division
                      U.S. Department of Justice
                      P.O. Box 683, Ben Franklin Station
                      Washington, D.C. 20044
                      Telephone: (202) 514-9593
                      Email: Jennifer.D.Auchterlonie@usdoj.gov