Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

Rita MariNa Hymes, personal capacity
Donald Louis Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

Motion to Dismiss
and
Reply
and
Motion to Transfer to an Article III Court of the United States

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion to Dismiss and Reply and Motion to Transfer to an Article III Court of the United States ("Motion").

Jennifer D. Auchterlonie ("Auchterlonie") who represents "UNITED STATES OF AMERICA" ("USA") as an unknown Plaintiff, which to date has failed to identify the actual identity of the USA and what authority it purports to have with exclusion filing into the United States District Court ("USDC"), being territorial court given the appearance of

a court of the United States arising under Article III exercising the judicial Power of the United States under the Authority of the United States has been refused to be disclosed to the Hymes affirmed by [Judge] Ralph Beistline ("Beistline") of the USDC.

### District Court of the United States v. United States District Court

The Hymes have been filing Pleadings into a "Court of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States" (hereafter "District Court of the United States"). The Hymes *did not* file into the **United States District Court** ("USDC"), which was established in 1948 in Title 28 U.S.C. § 132 wherein in (c) *ibid.,* a *statutory* "judicial power of a district court" is controlled by "by law, or rule or order of court" as evidenced by the *public record*, being **Attachment 1**.

The source of the "*judicial Power of the United States*" is only from the Constitution of the United States in all Cases in Law and Equity under the Authority of the United States; and, in the adjudged decision it is long ago been well settled that the "The Constitution must have given to the court the capacity to take it, *and an act of Congress must have supplied it....* " [emphasis in original] as pronounced in *Finley v. United States*, 490 U.S. 545, 547, 548 (1989), to wit:

> It remains rudimentary law that "[a]s regards all courts of the United States inferior to this tribunal, two things are necessary to create jurisdiction, whether original or appellate. The Constitution must have given to the court the capacity to take it, *and an act of Congress must have supplied it....* To the extent that such action is not taken, the power lies dormant." *The Mayor v. Cooper,* 6 Wall. 247, 252, 18 L.Ed. 851 (1868) (emphasis added); accord, *Christianson v. Colt Industries Operating Co.,* 486 U.S. 800, 818, 108 S.Ct. 2166, 2179, 100 L.Ed.2d 811 (1988); *Firestone Tire & Rubber Co. v. Risjord,* 449 U.S. 368, 379-380, 101 S.Ct. 669, 676-677, 66 L.Ed.2d 571 (1981); *Kline v. Burke Construction Co.,* 260 U.S. 226, 233-234, 43 S.Ct. 79, 82-83, 67 L.Ed. 226 (1922); *Case of the Sewing Machine Companies,* 18 Wall. 553, 577-578, 586-587, 21 L.Ed. 914 (1874); *Sheldon v. Sill,* 8 How. 441, 449, 12 L.Ed. 1147 (1850); *Cary v. Curtis,* 3 How. 236, 245, 11 L.Ed. 576 (1845); *McIntire v. Wood,* 7 Cranch 504, 506, 3 L.Ed. 420 (1813 *[Emphasis added]*

"Their concurrence is necessary to vest it. It is the duty of Congress to act for that purpose up to the limits of the granted power" as pronounced in *The Mayor v. Cooper*, 73 U.S. 247, 252 (1867).

Also the 1948 Title 28 U.S.C. § 132 did combine a territorial court with supposedly an Article III court of the United States to give the ***appearance*** of an Article III court in the several States as stated in the 28 U.S.C. § 132 Reviser's Notes of the ***public record***, being **Attachment 1**.

Within the several States of the Union, there can't be a territorial court or a territorial court dressed up to appear as an Article III court. It has been well settled that the territorial courts, being legislative courts, are incapable of receiving Article III judicial Power of the United States, and derive their power from Article IV as pronounced in *The American Insurance Company v. 356 Bales of Cotton*, 26 U.S. 511, 546 (1828), to wit:

> **These Courts** [territorial courts], then, ***are not constitutional Courts, in which the judicial power conferred by the Constitution on the general government, can be deposited***. ***They are incapable of receiving it***. They are **legislative Courts**, created in virtue of the general right of sovereignty which exists in the government, or in virtue of that clause which enables Congress to make all ***needful rules and regulations***, respecting the territory belonging to the United States. The **jurisdiction with which they are invested, is not a part of that judicial power which is defined in the 3d article of the Constitution, but is conferred by Congress,** in the execution of those general powers which that body possesses over the territories of the United States. * * *
> In legislating for them, **Congress exercises the combined powers of the *general, and of a state government*.** *[Emphasis added]*

It is been held in *O'Donoghue v. United States*, 289 U.S. 516, 531- 550 (1933) that Congress can vest the courts in the "District" with both non-judicial functions and Article III judicial Power of the United States citing *Keller v. Potomac Electric Power Co.*, 261 U.S. 428, 442 (1923), "but adds that this may not be done with any federal court ***established*** under Article III of the Constitution" *O'Donoghue at 551*. *[Emphasis added]*

This is in accord with *Postum Cereal Co. v. California Fig Nut Co.*, 272 U.S. 693 (1927) *at 700* "Such legislative or administrative jurisdiction, it is well settled, cannot be conferred on this court either directly or by appeal" for federal courts ***established*** and exercising the judicial Power of the United States arising under Article III §§ 1,2. *Postum ibid* is in accord with *Palmore v. United States*, 411 U.S. 389 (1973) as this Case was within the boundaries of the District and not in the several States holding that not every "Act of Congress or a law", not "Laws of the United States" must be presided over by a judge arising under Article III.  An essential element of *Palmore* is the "federal question" where Congress in 18 Stat. 470 in 1875 purportedly amended the Judiciary Act of 1789 Section 11 by replacing "***an alien is a party***" with "***foreign states, citizens or subjects***" in 18 Stat. 470. As to whether this change is completely arising under Article III judicial Power of the United States has not been determined, i.e. pendent jurisdiction, but it did allow "corporations" and fictional "citizens of the United States" which Congress established by statute in 1866 amending same as found today in the public records of 42 U.S.C. §1981, being **Attachment 2** (from Westlaw); and, 42 U.S.C. §1982, being **Attachment 3** (from Westlaw); and, 42 U.S.C. § 1988, being **Attachment 4** (from Westlaw); and with the Revised Statutes of 1878 Title XXIV included in 42 U.S.C. § 1988, being **Attachment 5**, giving the appearance of standing in the federal courts exercising the judicial Power of the United States.

The USDC understands that Auchterlonie uses only CODE sections for information or as evidence of public records (sic) with the bogus Form 4340s under Federal Rules of Evidence Rule 803(10) and Rule 902(1) to create a trap for the Hymes in filing into this territorial court, being the USDC, where the Hymes have no means to enter

evidence.

It is also settled, that even if the USDC, which is inextricably intertwined with an Article IV territorial court, was a true "District Court of the United States", this does not make it a constitutional court arising under Article III, as pronounced in *Mookini v. United States*, 303 U.S. 201, (1938), to wit:

> The term **'District Courts of the United States,'** as used in the rules, without an addition expressing a wider connotation, has its historic significance. **It describes the constitutional courts created under article 3 of the Constitution. <u>Courts of the Territories are legislative courts</u>, properly speaking, and are not District Courts of the United States. We have often held that vesting a territorial court with jurisdiction similar to that vested in the District Courts of the United States does not make it a 'District Court of the United States.'** (important case cites omitted due to space limitations) *[Emphasis added]*

In *Martin v. Hunter's Lessee*, 14 U.S. 304 (1816), an on point case on judicial Power, pronounced firmly that the "judicial Power" shall be vested in courts of the United States as our constitutional Republic exists only if the there exists courts of the United States exercising the judicial Power of the United States, otherwise the people of the several States will be bound under the executive Power of the United States and the legislative Power of the United States, with no means to "expound and enforce them" *ibid at 329* and it follows that Article VI, the supreme Law of the Land becomes a nullity. Is the "shall be vested" not absolutely of mandatory equal importance to the "shall be vested" in the executive and legislative departments? The answer is yes. See *Martin ibid at 324 et seq*. In the adjudged Case of *Alden v. Maine*, 527 U.S. 706, 739 (1999) citing *Martin at 326* "The Federal Government, by contrast," can claim no powers which are not granted to it by the constitution, and the powers actually granted must be as such as are expressly given, or given by necessary implication."

**Reviser's Notes are Authoritative in Interpreting the Code**

It is well settled that the reviser's notes are authoritative in interpreting the Code, *supra*. See *United States v. National City Lines*, 337 U.S. 78, 81 (1949); *Stainback v. Mo Hock Ke Lok Po*, 336 U.S. 368 n. 12 (1949); *Aberdeen & Rockfish R. Co. v. Students Challenging Regulatory Agency*, 422 U.S. 289, 309 (1975); *Western Pac. R. Corp. v. Western Pac. R. Co.*, 345 U.S. 247, 254-255 (1953); *Pope v. Atlantic Coast Line R. Co.*, 345 U.S. 379, 384 (1953); *Tivoli Realty v. Paramount Pictures*, 80 F.Supp. 278, 280 (D. Del. 1950); *United States v. Thompson*, 319 F.2d 665, 669 (1963) (2nd Cir. 1963); *United States ex rel. Almeida*, 195 F.2d 815 (3rd Cir. 1952); *Adamowski v. Bard*, 193 F.2d 578, 581 (3rd Cir. 1952); *United States ex rel. Auld v. Warden of New Jersey State Penitentiary*, 187 F.2d 615 n. 1 (3rd Cir. 1951); *Lake v. New York Life Ins. Co.*, 218 F.2d 394, 398 (4th Cir. 1955); *Government Nat. Mortg. Ass/n v. Terry*, 608 F.2d 614, 618 n. 5 (5th Cir. 1979); *Acron Investments, Inc. v. Federal Sav. & Loan Ins. Corp.*, 363 F.2d 236, 240 (9th Cir. 1966); *Ragsdale v. Price*, 185 F.Supp. 263, 265 (M.D. Tenn. 1960); *Wham-O-Mfg. Co. v. Paradise Mfg. Co.*, 327 F.2d 748, 752 (9th Cir. 1964); *Stauffer et al. v. Exley*, 184 F.2d 962, 964 (9th Cir. 1950); *King v. United States*, 390 F.2d 894, 913 (Ct.Cl. 1968) [28 U.S.C. 2201-02]; *Matter of Contest of General election on Nov. 8, 1977*, 264 N.W.2d 401, 405-405 (Sup. Ct. Minn. 1978); *United States v. Klock*, 100 F.Supp. 230, 233 (N.D. N.Y. 1951); *State ex rel. v. Shoemaker*, 39 N.W.2d 524, 528 (Sup. Ct. S.D. 1949); *Glenn v. United States*, 129 F.Supp. 914, 917 (S.D. Cal. 1955).

### Courts Must Take Judicial Notice of Public Records

No formal introduction of the public records of rules and regulations are required and the courts of the United States are to take judicial notice. This holding is found in the adjudged decision of *Caha v. United States*, 152 U.S. 211, 221, 222 (1894), to wit:

document and specifically the attached *public records*.

***Therefore***, all of Auchterlonie's actions under the guise of USA, being the "President of the United States" as defined by Congress in title 48 United States Code, are filed into the USDC, being a territorial court given the appearance of an bona fide Article III court of the United States in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States is unconstitutional, illegal and unlawful for the Hymes having filed their objections and pleadings into a District Court of the United States.

***And further***, as this USDC does not have cognizance of this class of Case as a Court of the United States within the several States of the Union or arising under Article III, which the Hymes have not waived, who are not "citizens of the United States"; therefore, this instant Case can either be ***dismissed with prejudice*** or ***transferred into a District Court of the United States arising under Article III*** with Officers of the United States appointed arising under Article II Section 2 Clause 2 with Civil Commissions under the seal of the United States as mandated by the public record at 1 Stat. 68, being a Law of the United States.

***And further,*** as all of the Attachments are *public records*, they are entered under the Rules of Evidence Rule 902 of the Federal Civil Rules as self-authenticating.

My Hand,

My Hand,

*Donald Lewis Hymes* [signature]

Title 28, Section 1746

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.
2. I am of the age of majority and will testify to facts contain herein this document.
3. I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.
4. I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.
5. I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.

My Hand [signature]   11/01/07

Title 28, Section 1746

### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this verified Affidavit

and in the Memorandum in Support are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.

4. I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.

5. I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.

My Hand,   11/01/07

*[signature: Donald Louis Hymes]*

**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: November 1, 2007


Rita MariNa Hymes