NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD L. HYMES; RITA M. HYMES; )<br>AURORA TRUST, ZENA D. HYMES )<br>AND CHARLA HYMES TRUSTEES; )<br>SUNSHINE TRUST, RITA M. HYMES )<br>TRUSTEE; ZENA D. HYMES; CHARLA )<br>HYMES; AND FAIRBANKS NORTH )<br>STAR BOROUGH )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil No. A05-0123 CV (RRB)<br><br>UNITED STATES' RESPONSE TO<br>DEFENDANTS' MOTION TO<br>DISMISS |

The United States of America, by and through its undersigned counsel, hereby submits

the following response in opposition to defendants' "Motion to Dismiss and Reply and Motion to

- 2 -

Transfer to an Article III Court of the United States" (defendants' motion):

The United States notes at the outset that defendants' motion is almost entirely unintelligible, and it generally raises only shopworn arguments characteristic of frivolous tax-protestor rhetoric that has been universally rejected by this and other courts.  As the Court of Appeals for the Fifth Circuit has aptly stated, there is "no need to refute [such] arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit."  *Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984).

Although not altogether clear, defendants appear to seek dismissal of this action or transfer of this action to another court on the grounds that the United States District Court for the District of Alaska is not an Article III court under the United States Constitution and does not have any authority over defendants.  Such an allegation is utterly frivolous.  The authority of this Court in this matter is plainly established by the jurisdictional statutes cited by the United States in the Complaint, 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.  It is beyond dispute that this Court has authority to adjudicate this action.  Accordingly, defendants have failed to set forth any legal or factual basis on which to dismiss this matter or to transfer it to another court.

Defendants' motion is in part titled "reply."  It is unclear whether by using the word "reply," defendants intend that this document be construed as defendants' response to the United States' motion for summary judgment.  If it should be so construed, defendants' motion does not address any of the legal or factual contentions set forth in the United States' motion for summary judgment.  Accordingly, the United States' motion should be granted, both for the reasons stated therein and for defendants' failure to oppose it.

- 3 -

Inasmuch as defendants have failed to allege or to show a legal or factual basis for dismissal or transfer of this action, the United States respectfully requests that the Court deny defendants' motion.  In addition, if defendants' motion is construed as defendants' response to the United States' motion for summary judgment, defendants have failed to allege or show that (1) there is any genuine dispute over any material fact, or that (2) the United States is not entitled to judgment as a matter of law.  Accordingly, the United States respectfully requests that the Court grant the United States' motion for summary judgment.

Dated this 19th day of November, 2007.

    Respectfully Submitted,

    NELSON P. COHEN
    United States Attorney


    s/ Jennifer D. Auchterlonie
    JENNIFER D. AUCHTERLONIE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C.  20044-0683

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS was served by regular U.S. mail on the following parties:

```
Donald L. Hymes         Rita M. Hymes
2340 Ravenwood          2340 Ravenwood
Fairbanks, Alaska 99709 Fairbanks, Alaska 99709
```

    s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov