STATE OF ALASKA )
) ss.
The United States of America )



NOV 2 6 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

### Verified Affidavit of Rita MariNa Hymes

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.
2. I am of the age of majority and will testify to facts contain herein this document.
3. I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.
4. I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.
5. I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.
6. I demand a Trial by Jury of my Peers and this is also held inviolate in Federal Rule 38.

My Hand,

On this _____ day of November, 2007, Rita MariNa Hymes personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence to

personally known to me, or proved to me on the basis of satisfactory evidence to be the one whose name so subscribed to the within instrument.

Subscribed and affirmed before me, a Public Notary in and for the State of Alaska.

_____
Signature of Notary Public

My Commission Expires: Dec 13, 2009

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon