UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   DONALD L. HYMES, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                              CASE NO.  3:05-CV-0123-RRB

 John W. Erickson, Jr.                        DATE: December 11, 2007

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS DENYING DEFENDANTS'
                MOTION TO EXTEND TIME TO RESPOND (DOCKET 150)**

      At Docket 150 are Defendants Rita M. Hymes and Donald L. Hymes with a Motion to Extend Time to Respond to Summary Motion. The motion is opposed at Docket 152.

      For good cause shown, Defendants' motion at **Docket 150** is hereby **DENIED**. Defendants shall have until **4:30 p.m.**, on **December 21, 2007**, to respond to Plaintiff's Motion for Summary Judgment (Docket 139), following which the Court will take the matter under advisement.