NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD L. HYMES; RITA M. HYMES; ) <br> AURORA TRUST, ZENA D. HYMES ) <br> AND CHARLA HYMES TRUSTEES; ) <br> SUNSHINE TRUST, RITA M. HYMES ) <br> TRUSTEE; ZENA D. HYMES; CHARLA ) <br> HYMES; AND FAIRBANKS NORTH ) <br> STAR BOROUGH ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil No. A05-0123 CV (RRB) <br><br> UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS |

The United States of America, by and through its undersigned counsel, hereby submits

the following response in opposition to defendants' "Reply and Renewed Motion to Transfer to

- 2 -

an Article III Court of the United States Or Dismiss this instant Case with prejudice" (defendants' motion):

    Defendants' motion raises the same frivolous arguments that defendants raised in their prior motion to dismiss or transfer filed on November 1, 2007, at Docket #153, which motion is currently pending before the Court.  Accordingly, the United States opposes the instant motion for the same reasons set forth in the United States' response to defendants' prior motion, which response is filed at Docket #154.  For the reasons set forth in the United States' response at Docket #154, the United States respectfully requests that the Court deny defendants' motion.

    Dated this 12th day of December, 2007.

                                        Respectfully Submitted,

                                        NELSON P. COHEN
                                        United States Attorney


                                        s/ Jennifer D. Auchterlonie
                                        JENNIFER D. AUCHTERLONIE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044-0683

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, a copy of the foregoing UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO DISMISS  was served by regular U.S. mail on the following parties:

```
Donald L. Hymes        Rita M. Hymes
2340 Ravenwood         2340 Ravenwood
Fairbanks, Alaska 99709   Fairbanks, Alaska 99709
```

                                                 s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov