

RECEIVED

DEC 2 1 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood Ave
Fairbanks, Alaska [99709]
907-479-6922

### The United States of America

### The United States

### District Court of the United States

### District of Alaska

### UNITED STATES OF AMERICA

*Plaintiff*
v.
### Rita MariNa Hymes, personal capacity
### Donald Louis Hymes, personal capacity;

*Defendants*

### A05-123-CV(RRB)

### Objection the Summary Judgment

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with  this

Renewed Opposition to Summary Judgment at Docket 139 under the law of necessity

Pleading into a territorial court, being the United States District Court noting that the

Hymes have filed their Pleading into a District Court of the United States arising under

Article III of the Federal Constitution in all Cases in Law and Equity exercising the

judicial Power of the United States under the Authority of the United States.Jennifer D.

Auchterlonie ("Auchterlonie") who represents "UNITED STATES OF AMERICA"

("USA") as an unknown Plaintiff presumably as found in 48 U.S.C. 1406f, i.e. "United

States of America, scilicet, the President of the United States;" and, "United States of

1

America, ss, the President of the United States." The USA from disclosure as to it's true

identity has been protected by Judge Beistline ("Beistline") who is a mere employee of the

Government of the United States per his Form 61 under Beistline's signature and not an

Officer of the United States arising under the Federal Constitution Article 2 Section 2

Clause as plead already in this instant Case and of course not affirmed or denied any by

Auchterlonie, the USA or Beistline.

Auchterlonie has also refused to disclose if she is an attorney or counselor-at-law

in any of the several States or in the United States, it's territories or possessions,

therefore the presumption is that Auchterlonie is not an attorney licensed to

practice in of the courts of the United States arising under Article III of the Federal

Constitution.

Auchterlonie also pleads in addition for the USA, also for the "United States",

which to date is undetermined as to which "United States" that Auchterlonie

purports that this "United States" might be of the three existing per the Supreme

Court of the United States. Beistline has protected Auchterlonie from disclosing

same.  The Hymes therefore are denied the right to even determine the moving

parties in this instant case as according to the holdings in *Hooven & Allison Co. v.*

*Evatt,* 324 U.S. 652, 671, 672  (1945).

The United States District Court ("USDC"), being a mere territorial court with the

appearance of an Article III Court of the United States, is not a District Court of

the United States arising under Article III in all Cases in Law and Equity exercising

the judicial Power of the United States under the Authority of the United States,

2

The Pleading of Docket 153, with all attachments, is incorporated in total into this

Pleading .   This has not been ruled upon by Beistline.

If the creation of the purported evidence from the ether by the Internal Revenue

Service ("IRS") was in actual evidence, then the Hymes have absolutely no means

to defend against same in the USDC territorial court in Alaska.  The IRS just has

any party in the world input data into some computer and then some IRS

"employee" just signs and magically there is no defense to the "created"

appearance of evidence.

According to Auchterlonie's Summary Judgment pleading at Docket 139,

Auchterlonie invokes the Federal Rules of Evidence Rule 803(8).  Without Rule

803(8)'s essential elements, Federal Rule of Evidence 902(1) is precluded.

Rule 803(8), to wit:

> **(8) Public records and reports.**  Records, reports, statements, or data
> compilations, in any form, of public offices or agencies, setting forth (A)
> the activities of the office or agency, or (B) ***matters observed pursuant to
> duty imposed by law as to which matters there was a duty to report,***
> excluding, however, in criminal cases matters observed by police officers
> and other law enforcement personnel, or (C) in civil actions and
> proceedings and against the Government in criminal cases, factual findings
> resulting from an investigation made pursuant to ***authority granted by law,***
> unless the sources of information or ***other circumstances indicate lack of
> trustworthiness. [Emphasis added]***

  . As the Hymes have plead over and over that  Auchterlonie's actions by, through

and for the USA, United States and the IRS are not in compliance with the statutory "laws

of Congress" as found the public records of the CODE of including, but not limited to 26

U.S.C. *et seq.*

The Auchterlonie's proffering of the 4340 Report is untrustworthy and in reality totally

in violation of the mandates of 26 U.S.C. § 7805, 5 U.S.C. § 552(a)(1) and

substantive regulations that have the force and effect of law as found in the public

records of the Code of Federal Regulations ("CFR").

Auchterlonie purports to use the hearsay evidence Rule 803(8) to create the

presumption of evidence. The crucial issue admissibility is whether the information

lacks trustworthiness *Sage v. Rockwell International Corp.*, 477 F.Supp. 1205,

1206-1207 (D.C. N.H. 1979).

Hearsay evidence is inadmissible in summary judgment proceedings to the same

extent that it is inadmissible in a trial. See *Eisenstadt v. Centel*, 113 F.3d 738, 742

(7th Cir. 1997). If a Trial by Jury can be accomplished by Form 4340s, there is no

reason to have any witnesses present.

It has been settled that hearsay evidence is unreliable and by its own nature

incompetent and inadmissible especially if first hand knowledge of facts can be

obtained. In the adjudged decision of the Supreme Court of the United States of

the well settled rule pronounced in *Donnelly v. United States*, 228 U.S. 243, 276-

277 citing *Queen v. Hepburn*, 7 Cranch 290, 295, to wit:

**\*\*461 *Queen v. Hepburn* (1813) 7 Cranch, 290, 295, 3 L. ed. 348, 349,**

was a suit in which the petitioners claimed freedom, and certain depositions

were rejected by the trial court as hearsay. This court, speaking through

Chief Justice Marshall, said:

***'These several opinions of the court [meaning the trial court] depend on
one general principle, the decision of which determines them all. It is
this: that hearsay evidence is incompetent to establish any specific fact,
which fact is in its nature susceptible of being proved by witnesses who***

4

*speak from their own knowledge. . . .*It was very justly observed by a great judge [FN4] that *'all questions upon the rules of evidence are of vast importance to all orders and degrees of men; our lives, our liberty, and our property are all concerned in the support of these rules, which have been matured by the wisdom of ages, and are no revered from their antiquity and the good sense in which they are founded.' One of these rules is that 'hearsay' evidence is in its own nature inadmissible.* That this species of testimony supposes some better testimony which might be adduced in the particular case is not the sole ground of its exclusion. *It intrinsic weakness, its incompetency to satisfy the mind of the existence of the fact, and the frauds which might be practised under its cover, combine to support the rule that hearsay evidence is totally inaddmissible. . . . The danger of admitting hearsay evidence is sufficient to admonish courts of justice against lightly yielding to the \*277 introduction of fresh exceptions to an old and well-established rule, the value of which is felt and acknowledged by all.* If the circumstance that the eyewitnesses of any fact be dead should justify the introduction of testimony to establish that fact from hearsay, no man could feel safe in any property, a claim to which might be supported by proof so easily obtained. . . . This court is not inclined to extend the exceptions further than they have already been carried.'

FN4:  The reference is to the opinion of Lord Kenyon, Ch. J., in Rex v. Eriswell (1790) 3 T. R. 721.

*This decision was adhered to in Davis v. Wood* (1816) 1 Wheat. 6, 8, 4 L. ed. 22, 23; *Scott v. Ratliffe* (1831) 5 Pet. 81, 86, 8 L. ed. 54, 55; *Ellicott v. Pearl* (1836) 10 Pet. 412, 436, 437, 9 L. ed. 475, 485, 486; *Wilson v. Simpson* (1850) 9 How. 109, 121, 13 L. ed. 66, 71; *Hopt v. Utah* (1884) 110 U. S. 574, 581, 28 L. ed. 262, 265, 4 Sup. Ct. Rep. 202, 4 Am. Crim. Rep. 417. And see *United States v. Mulholland*, 50 Fed. 413, 419. *[Emphasis added]*

See also *Hopt v. People*, 110 U.S. 574, 582 (1884); *Scott's Lessee v. Ratliffe*, 30 U.S. 81 (1831); *Wong Yee Toon v. Stump*, 233 F. 194, 197 (4th Cir. 1916); *Hauger v. United States*, 173 F. 54, 58-59 (4th Cir. 1909); *Hanfelt v. United States*, 53 F.2d 811, 813 (8th Cir. 1931).

Auchterlonie affidavit is self-serving and is of no value in a summary judgment.

See *Chambers v. Stern*, 64 S.W. 3d 737, 742 (Sup. Ct Ark 2002); *Owsiak v. Kimco Corp.*,

Auchterlonie attempts to use hearsay evidence exemption of Rule 803(8) to deny

the Hymes a Trial by Jury and examples of the revered computer Form 4340 with a

signature of some mere employee purportedly and a seal is from Docket 139 Exhibit A for

***Donald Louis Hymes*** as an Offer of Proof, being **Attachment 1** with other Forms 4340

from Docket 139 being Exhibits B, C and D not included. As an example as an Offer of

Proof of one of the two Notices of Federal Tax Lines filed against ***Donald Louis Hymes***

of Exhibits S and T of Docket 139, the Hymes have included Exhibit S, being

**Attachment 2.**

Rita MariNa Hymes submits as an Offer of Proof of Auchterlonie's revered Form

4340 from Docket 139 Exhibit J, being **Attachment 3**. Exhibit L, M and N are not

included. As an example as an Offer of Proof of a NFTL Rita MariNa Hymes submits

from Docket 139 Exhibit U, being **Attachment 4**.

So one of many essential elements of this revered self-serving Form 4340, that is

proffered by Auchterlonie and her machinations, is the question, is it "trustworthy"

as it includes these NOTICES OF FEDERAL TAX LIENS?

Upon inspection of one of the "Notices of Federal Tax Liens" ("NFTL"), noting as

a matter of law that there ***does not exist a "Federal Tax Lien" which on it face makes is***

***a false security at a minimum.***

So the question becomes: are the "NFTLs, being **Attachment 2** and **Attachment**

**4** in the revered Form 4340s "trustworthy" or are they a total fraud?

Auchterlonie is bound by the statutory authority of the "laws of Congress" as

found the CODE of in particularly Title 26 of the United States Code ("U.S.C.") that are

neither "Laws of the United States" or even the ruse of "positive law" and Title 26 CFRs

that are substantive regulations with the statutory authority of Congress's CODE.

### Statutory Authority of Congress in 26 U.S.C. § 7805 for Regulations for IRS

Under the statutory authority of Congress in 26 U.S.C. § 7805 is mandate to
prescribe all needful rules and ***regulations*** in relation to the internal revenue, to
wit:

**Authorization.--**Except where such authority is expressly given by this
title to any person other than an officer or employee of the Treasury
Department, **the Secretary shall prescribe all needful rules and
*regulations for the enforcement of this title*,** including all rules and
regulations as may be necessary by reason of any alteration of law in
relation to internal revenue. ***[Emphasis added]***

In prescribing the rules and regulations for the administration of the internal

revenue, the regulations must effectuate the will of Congress as expressed by statute.

The pronouncement by the Supreme Court of the United States in the adjudged

decision of *Dixon v. United States*, 381 U.S. 68, 74 (1965) is that a regulation can not

alter a statute and the statute must carry into the effect the will of congress expressed by

the statute and if it does not do this, it is a mere nullity, to wit:

Indeed, long before the tax year here in question this Court had made it
clear that 'The power of an administrative officer or board to administer a
federal statute and to prescribe **rules and regulations to that end is not
the power to make law * * * but the power to adopt regulations to
carry into effect the will of Congress as expressed by the statute. A
regulation which does not do this, but operates to create a rule out of
harmony with the statute, is a mere nullity.'** Manhattan General
Equipment Co. v. Commissioner of Internal Revenue, supra, 297 U.S. at
134, [FN7] 56 S.Ct. at 400.
* * *
'The statute defines the rights of the taxpayer and fixes a standard by which
such rights are to be measured. The regulation constitutes only a step in
the administrative process. It does not, and could not, *75 alter the
statute. **[Emphasis added]**

See also *Lynch v. Tilden Produce Co.*, 265 U.S. 315, 320-322; *Manhattan*

*General Equipment Co. v. C.I.R.*, 297 U.S. 129, 134 (1936); *Guardians Ass'n v. Civil Service Com'n of City of New York*, 463 U.S. 582, 616 (1983); *Ernst & Ernst*, 425 U.S. 185, 213 (1976); *U.S. v. Larionoff*, 431 U.S. 864, 873 (1977); *Legal Environmental Assistance Foundation, Inc. v. U.S. Environmental Protection Agency*, 118 F.3d 1467, 1473 (11 Cir. 1997).

In the adjudged decision of the *In re Managed Care Litigation*, 135 F.Supp.2d 1253, 1271 (11th Cir. 2001) *citing Dixon, supra. Ibid at 1271* and in *Managed Care at 1271, Stewart v. Berstein*, 769 F.2d 1088, 1093 (5th Cir. 1985; "[T]he federal regulations can not themselves create a cause of action; this is a job for the legislature"; "[N]o implied private right of action can be found from regulations standing alone" *citing Sandoval v. Hagan*, 7 F.Supp.2d 1234, 1256 n.20 (N.D.Ala. 1998).

It seems quite clear that the statutory authority to promulgate regulations is posited in 26 U.S.C. § 7805 for the IRS; and, that the regulations must put into effect the will of Congress or the regulation is a nullity.

### Court is to Assure that 26 U.S.C. § 7805 IRS Regulations Fall Within Congressional Mandate

The Court does not sit as a committee to perfect the administration of tax laws and the Court is only to assure that the Commission's regulation fall within his authority to implement the Congress's mandate; and, this is found in the adjudged decision of the Supreme Court in *United States v. Correll*, 389 U.S. 299, 306-307 (1967), to wit:

> **But we do not sit as a committee of revision to \*307 perfect the administration of the tax laws.** Congress has \*\*450 delegated to the Commissioner, not to the courts, the task of prescribing 'all needful rules and regulations for the enforcement' of the Internal Revenue Code. 26 U.S.C. s 7805(a). In this area of limitless factual variations 'it is the province of Congress and the Commissioner, not the courts, to make the appropriate adjustments.' Commissioner v. Stidger, 386 U.S. 287, 296, 87 S.Ct. 1065, 1071, 18 L.Ed.2d 53. **The rule of the judiciary in cases of this sort begins and ends with assuring that the**

8

**Commissioner's regulations fall within his authority to implement the congressional mandate in some reasonable manner.    [Emphasis added]**

See *U.S. v. Carwright*, 411 U.S. 546, 550 (1973); *Bingler v. Johnson*, 394 U.S. 741, 749-751 (1969); *Bob Jones Univ. v. U.S. Goldsboro Christian Schools, Inc.*, 461 U.S. 574, 596 (1983).

In the adjudged decision of *United States v. Cleveland Indians Baseball Co.*, 532

U.S. 200 (2001) it was *held*, to wit:

**The Court does not \*\*1436 sit as a committee of revision to perfect the administration of the tax laws.** *United States v. Correll,* 389 U.S. 299, 306-307, 88 S.Ct. 445, 19 L.Ed.2d 537. **Instead, it defers to the Commissioner's regulations as long as they implement the congressional mandate in a reasonable manner.** *Id.,* at 307, 88 S.Ct. 445. **[Emphasis added]**

In the adjudged decision of the Supreme Court of the United States in *C.I.R. v.*

*Portland Cement Co. of Utah*, 450 U.S. 156, 157 (1981) it was *__held__* "This Court

customarily defers to Treasury Regulations that "implement the congressional mandate in

some reasonable manner." *United States v. Correll*, 389 U.S. 299, 307, 88 S.Ct. 445, 450

(1967). See also *C.I.R. ibid at 169.*

In the adjudged decision of the Supreme Court of the United States in *National*

*Muffler Dealers Assoc. Inc. v. United States*, 440 U.S. 472, 477-78 (1979) citing

*Correll, supra.* and the Court also pronounced *at 477*, to wit:

We do this because **"Congress has delegated to the [Secretary of the Treasury and his delegate, the] Commissioner [of Internal Revenue], not to the courts, the task of prescribing 'all needful rules and regulations for the enforcement' of the Internal Revenue Code. 26 U.S.C. ß 7805(a)."** *United States v. Correll*, 389 U.S., at 307, 88 S.Ct. at 449. That delegation helps ensure that in "this area of limitless factual variations," ibid., like cases will be treated alike. It also helps guarantee that the rules will be written by **"masters of the subject,"** *United States v. Moore*, 95 U.S. 760, 763, 24 L.Ed. 588, 589 (1878), who will be

9

responsible for putting the rules into effect. **[Emphasis added]**

It seems quite clear that the Court does not sit as a committee to perfect the administration of the tax laws; and, the IRS is to promulgate regulations under the statutory authority of Congress; and, the Courts exercise review over the IRS actions.

### The IRS is to Administer the Tax Laws with Regulations only in Title 26 of the CFRs

The IRS has in the procedural regulation of 26 CFR § 601.101 stated that it will administer regulations only contained in Title 26 of the CFRs "The regulations relating to the taxes administered by the Service are contained in Title 26 of the Code of Federal Regulations."

Therefore any regulations contained in Title 27 are irrelevant and only regulations contained in Title 26 of the CFRs have any bearing on the Internal Tax Laws of the United States.

### Statutory Authority and Mandate of Congress in 5 U.S.C. 552(a) to the IRS and other Agencies to Publish Substantive Regulations in the Federal Register and if not so Published, a person's Rights can't be Affected.

Congress mandates to agencies to publicize in the Federal Register various information so the public has timely notice and the most important of the regulations are the substantive regulations in 5 U.S.C. § 552(a)(1)(D) and if not so published a person's rights can't be affected, to wit:

(D) **substantive rules of general applicability adopted as authorized by law,** and statements of general policy or interpretations of general applicability formulated and adopted by the agency; and
(E) each amendment, revision, or repeal of the foregoing.

10

> **Except to the extent that a person has actual and timely notice of the terms thereof, a person may not in any manner be required to resort to, or be adversely affected by, a matter required to be published in the Federal Register and not so published. [Emphasis added]**

**The IRS Agrees to abide by 5 U.S.C. § 552(a) and Identifies the Three Types of**

**Regulations in the CFRs**

The IRS agrees to abide in 26 CFR § 601.702(a) with the mandate of Congress in

5 U.S.C. § 552(a)(1)(i)(A-E) in total and further states in § 552(a)(2)(ii) that if any matter

which imposes an obligation is not so published, it shall not adversely change or affect a

person's rights.

And further in 26 CFR § 601.702(a)(1)(ii) there are three types of regulations

identified in the CFRs used by the IRS; (1) part 601.xxx (Statement of Procedural Rules;

and, (2), part 301 (Procedure and Administration Regulation); and, (3) part 1 of this

chapter (Income Tax Regulations), in part 20 of this chapter (Estate Tax Regulations), and

in part 31 of this chapter (Employment Tax Regulations), to wit:

> In addition, there are published in the Federal Register the rules set forth in this **part 601 (Statement of Procedural Rules)**, such as those in paragraph E of this section, relating to conference and practice requirements of the IRS;
> the regulations in **part 301** of this chapter (**Procedure and Administration Regulations**);
> and the various **substantive regulations** under the Internal Revenue Code of 1986, such as **the regulations in part 1 of this chapter (Income Tax Regulations), in part 20 of this chapter (Estate Tax Regulations), and in part 31 of this chapter (Employment Tax Regulations). [Emphasis added]**

These three types of regulation are all mixed together in the CFRs and the

identification of the three different types depend upon the 601.xxx, or 301.xxx, or 1.xxx.

However there is only *one type of regulation that has the force and effect of law*, and

11

this is the *__substantive regulation.__*

    The Supreme Court of the United States, in a land mark decision in the adjudged

*__substantive regulations have the force and effect of law and they must have a comment__*

*__period__*, and that *__interpretative regulations__* (601.xx) and *__administrative regulations__*

(301.xxx) do not have the force and effect of law as they *__both lack a comment period__*

*__and statutory authority__*, to wit:

> **Held:**
> (a) The Act addresses formal agency action as well as acts of individual Government employees, and there is nothing in its **1708 legislative history to show that Congress intended the phrase **"authorized by law"** to have a special, limited meaning different from the traditional understanding **that properly promulgated, substantive agency regulations have the "force and effect of law."  In order for a regulation to have the "force and effect of law," it must be a "substantive" or "legislative-type" rule affecting individual rights and obligations (as do the regulations in the case at bar), and it must be the product of a congressional grant of legislative authority, promulgated in conformity with any procedural requirements imposed by Congress.**  Pp. 1714- 1718.
>
> (c) . . . **Section 301 is a "housekeeping statute,"** authorizing rules of agency organization, procedure, or practice **as opposed to "substantive rules."**  There is nothing in the legislative history to indicate that ß 301 is a substantive grant of legislative power to promulgate rules authorizing the release of trade secrets or confidential business information.  **Thus, ß 301 does not authorize regulations** limiting the scope of the Trade Secrets Act. Pp. 1721-1723.
> * * *
> (d) There is also a procedural defect in the OFCCP disclosure regulations that precludes courts from affording them the force and effect of law, since they were promulgated as **"interpretative rules"** without complying with the APA's requirement that interested persons be given general notice of an agency's proposed rulemaking and an opportunity to comment before a "substantive rule" is promulgated.    **An "interpretative regulation" cannot be the "authoriz[ation] by law"** required by the Trade Secrets Act.  Pp. 1723- 1725. *[Emphasis added]*

12

See *Chrysler ibid at 291, 292, 295, 296, **301, 302**, 312-316.* This is an extremely important land mark Case in dealing with the agencies of Congress, identifying their regulations and in particular the holding concerning the ***substantive regulations that have the force and effect of law and affect the rights of the people.***

**How are the Substantive Regulations Identified in the Code of Federal Regulations**

**from the Other Types of Regulations**

All of the ***substantive regulations*** promulgated under the statutory authority will

have the word "***Authority***" at the bottom of the regulation, in the text of the regulation, or

be listed in one of the three substantive regulation tables which are; (1) C.F.R. T. 26, Ch.

I, Subch. A, Pt. 1, being **Attachment 5**; and, (2) C.F.R. T. 26, Ch. I, Subch. B, Pt. 20,

being **Attachment 6**; and, (3) C.F.R. T. 26, Ch. I, Subch. C, Pt. 31, being **Attachment 7**;

and for 301 type of regulation see table C.F.R. T. 26, Ch. I, Subch. F, Pt. 301, being

**Attachment 8**; and all are under the general grant of 26 U.S.C. § 7805 ***and*** also with the

specific statutory grant identified such as 26 U.S.C. § 6012.  The word "Authority" will be

contained only in parenthesis "( )" and not brackets "[ ]."

The CFRs of that require the Congress statutory "Authority" citations are

contained in 1 CFR § 21.40, 1 CFR § 21.52 and 1 CFR § 22.2 (in text or in parenthesis).

There also is a Congressional mandate in 44 U.S.C. § 1505 to publish documents

that have ***general applicability and legal effect***. Every document that has a

***penalty*** has ***general applicability and legal effect***, i.e. must be published in the

Federal Register, *ibid 1505 in (a)*.

Substantive regulations can have several statutory authorities or just one specific

substantive regulation plus the general grant of 26 U.S.C. § 7805.

**Non-Substantive Regulations Used by Agency are Void**

Agency actions using non-substantive regulations are void, and this is held in the adjudged decision of *State of Ohio DHS v. U.S. DHHS*, 862 F.2d 1228, 1237 (1988), to wit:

> In the case before us, the **agency's failure to comply with the rulemaking requirements of the Administrative Procedure Act is fatal** to the validity of the maintenance amount ceiling rule.    As Judge Manos observed in *Standard Oil*, 453 F.Supp. at 243,
> **"agency action taken in disregard of statutory rulemaking procedures is void.**    See e.g. ***Morton v. Ruiz,*** **415 U.S. 199,** 94 S.Ct. 1055, 37 L.Ed.2d 270 (1974); *Consumers Union of United States, Inc. v. Sawhill,* 393 F.Supp. 639 (D.D.C.), aff'd per curiam, 523 F.2d 1404 (TECA 1975); *Joseph v. United States Civil Service Comm'n,* 18 U.S.App.D.C. 281, 294-95, 554 F.2d 1140, 1153-54 (1977); *Rodway v. United States Dept. of Agriculture,* 168 U.S.App.D.C. 387, 395, 514 F.2d 809, 817 (1975); *United States v. Finley Coal Co.,* 493 F.2d 285, 291 (6th Cir.1974).    As the Temporary Emergency Court of Appeals stated in *California v. Simon,* 504 F.2d 430, 439 (TECA, 1974) **'substantial compliance with rulemaking requirements is essential to the validity of administrative rules.'** "
>
> See also *Pickus v. United States Bd. of Parole,* 507 F.2d 1107, 1114 (D.C.Cir.1974) (**rules not adopted in accordance with Administrative Procedure Act rulemaking requirements were invalid**). **[Emphasis added]**

### Individuals Who are Required to Make Returns of Income

Contained in 26 U.S.C. § 6012, Congress identifies that a Return must be made under certain conditions.  As the IRS must administer the income tax using ***substantive regulations,*** a search of all substantive regulations in Title 26 of the CFRs of "1.6012-xx yields one substantive regulation, being 1.6012-1 under the statutory authority

**"Authority:  Sec. 1445 (98 Stat. 655;  26 U.S.C. 1445), sec. 6012 (68A Stat. 732;  26 U.S.C. 6012), and 7805 (68A Stat. 917;  26 U.S.C. 7805) of the Internal Revenue Code of 1954)."**

### Laws of Congress that Mandates every Individual to File

### an Individual Income Tax Return But You Don't Have to be Given Notice

14

The cases that pronounce or hold that "taxpayers", i.e. Individuals, must file Returns is posited in 26 U.S.C. § 6012 but this duty is not required to be disclosed to a person indicted, to wit: *United States v. Vroman*, 975 F.2d 669, 670-671 (9th Cir. 1992); *United States v. Hicks*, 947 F.2d 1356, 1360 (9th Cir. 1991); *United States v. Bower*, 920 F.2d 220, 222 (4th Cir. 1990); *United States v. Drefke*, 707 F.2d 978, 981 (8th Cir. 1983); *United States v. Kahl*, 583 F.2d 1351, 1355 (5th Cir. 1978); *United States v. Spine*, 945 F.2d 143, 149 (6th Cir. 1991); *United States v. Stierhoff*, 500 F.Supp. 2d 55, 62-63 (D. R.I. 2007); *United States v. Washington*, 947 F.Supp. 87, 91 (S.D. N.Y.1996); Case and other unpublished Cases such as *United States v. Gaumer*, 27 F.3d 568, 572 (6th Cir. 1994); and in the Case 1-06-cr-42 in the USDC for the District of Rhode Island of UNITED STATES OF AMERICA v. Neil Stierhoff Docket 89 pages 5-6 under the signatures of the Department of Justice John N. Kane and Thomas G. Voracek and Docket 101 pages 10-11 under the signature of USDC Judge Mary M. Lisi.

As 1.6012-1 is a substantive regulation that has the force and effect of law, contained in said substantive regulation having the force and effect of law we find the following, to wit:

**Sec, 1,601-1 – Individuals required to make returns of income.**
(a) Individual citizen or resident--(1) In general.   Except as provided in subparagraph (2) of this paragraph, **an income tax return must be filed by every individual for each taxable year beginning before January 1, 1973,** during which he receives $600 or more of gross income, and for each taxable year beginning after December 31, 1972, during which he **receives $750 or more of gross income, if such individual is:**

**(i) A citizen of the United States, whether residing at home or abroad,**

**(ii) A resident of the United States even though not a citizen thereof, or**

15

**(iii) An alien bona fide resident of Puerto Rico during the entire taxable year. [Emphasis added]**

Under the substantive regulation of 1.6012-1, a man/woman must be either a "*citizen of the United States*", or "a *resident of the United States* even though not a citizen thereof", or an "*alien* bona fide resident of Puerto Rico."

This is in accord with 26 U.S.C. § 1 (Tax imposed) with the regulation of 26 CFR § 1.1-1 (a-c) Income tax on individuals. If this is a substantive regulation, it is only under 26 U.S.C. § 7805 as about a year ago, there were no substantive regulations at the bottom of this particular regulation, but now the IRS is posting all of the "part 1" substantive regulations that are still in a separate table at the bottom of certain regulations. But regardless, it is in accord with the bona fide substantive regulation of 1.6012-1, being returns must be filed for only for a *citizen of the United States*, *resident of the United States* or a *nonresident alien.*

So the important question is: are the Hymes a "citizen of the United States" or a "resident of the United States" or an "alien." ? This is an *ultimate fact* (*essential fact*) that must be proved by the fact-finders.

Rita MariNa Hymes is a *Naturalized* citizen of the United States of America, American citizen and was a Natural Born Native and citizen of the foreign state of Germany domiciled in the territorial boundaries of Alaska. *Rita MariNa Hymes is not a "citizen of the United States"* as used by Congress and the Internal Revenue Service.

Donald Louis Hymes is a citizen of the United States of America, American citizen, Natural Born Native and citizen of the foreign state of Maryland domiciled in the territorial boundaries of Alaska. *Donald Louis Hymes is not a "citizen of the United*

16

*States*" as used by Congress and the Internal Revenue Service.

In the adjudged decision of *Dred Scott v. Sanford*, 60 U.S. 393, 586-587 (1856) "Under the Constitution of the United States, each State has retained this power of determining the political status of its ***native-born inhabitants***, and no exception thereto can be found in the Constitution." *Ibid at 581* "[W]e find that the Constitution has recognized the general principle of public law, ***that allegiance and citizenship depend on the place of birth***" i.e. *jus soli. [Emphasis added]* See *Gaudio v. Dulles*, 110 F.Supp 706, 708 (D.C. D.C. 1953). Both of the parents of the Donald Louis Hymes are natives of the several States.

The Venue of this instant Case arising under Article III in one of the several States of the Union and not in any territory, possession, the District or Article I court of the legislative Powers granted to Congress in the several States.

The Hymes ***are not a "citizen of the United States"*** as enacted into law in the Civil Rights Act of 14 Stat 27 of 1866 as amended and Codified today in 42 U.S.C. §§§ 1981, 1982 and 1988, which uses the Revised Statutes of 1878 including Title XXIV – Civil Rights of 1878.

## Application to Discern the Congress's Will and Statutory Authority to Establish a Known Legal Duty upon the Hymes

The Hymes have relied on the preceding Statutes, holdings and pronouncements of the various courts and the Supreme Court of the United States, the regulations of the CFRs being public records, that the IRS administers the tax laws by regulations only in the Title 26 CFRs and that only substantive regulations have the force and effect of law when

17

in compliance with *Chrysler's holdings* of having a comment period and the Administrative Procedures Act.

To provide conclusive and legal evidence of the legal duty established by the statutory authority and will of Congress using the IRS for the collection and enforcement of the Internal Revenue Laws of the United States and the substantive regulations in the CFRs that have the force and effect of law there are several attachments that must be included of which the Court shall take mandatory judicial Notice. In 26 CFR § 601.702(a)(1)(ii) under Congress statutory authority and will of Congress expressed by statute in 5 U.S.C. §§ 301, 552 and 39 U.S.C. 3220 for the IRS to promulgate *substantive regulations* – "and the various *substantive regulations* under the Internal Revenue Code of 1986, such as *the regulations in part 1 of this chapter (Income Tax Regulations), in part 20 of this chapter (Estate Tax Regulations), and in part 31 of this chapter (Employment Tax Regulations)." [Emphasis added]* All of the substantive regulations are also under the statutory authority and will of Congress in 26 U.S.C. § 7805 as "7805" is contained in each substantive regulation table of part1, part 20 and part 31.

And further *ibid* 26 CFR § 601.702(a)(2)(ii) under Congress statutory authority and will of Congress expressed by statute in 5 U.S.C. §§ 301, 552 and 39 U.S.C. 3220, to wit:

**(ii) Effect of failure to publish.** Except to the extent that a person has actual and timely notice of the terms of any matter referred to in paragraph (a)(1) of this section which is required to be published in the Federal Register, such person is not required in any manner to resort to, or be adversely affected by, such matter if it is not so published or is not incorporated by reference therein pursuant to paragraph (a)(2)(i) of this section. Thus, for example, any such matter which imposes an obligation and which is not so published or incorporated by reference shall not

18

adversely change or affect a person's rights.

Even Auchterloinie must operate under the statutory authority of Congress and is bound therein if she purports to proffer relevant evidence.

Now, armed with the information from the public records, an inspection of the NFTL is required to establish if they are in fact "trustworthy" and under the statutory authority of Congress for the Administrative States.

### Is the Notice of Federal Tax Lien "Trustworthy?"

Upon examination of `the Notice of Federal Tax Lien ("NFTL"), that is registered at the local recording district in Fairbanks, are some statutory cites and the type of purported tax that these particular CODE sections have application.

Starting with the code sections listed on the front page of the Notice of Federal Tax Lien the following codes sections are 26 U.S.C. § 6321, 26 U.S.C. § 6322 and 26 U.S.C. § 6323.

There is only one substantive regulation for § 6321, which is under 27 CFR § 70.207 - Lien for taxes.

For § 6322 there is no substantive regulation whatsoever.

For § 6323 there are eleven (11) substantive regulations that are found in Title 27 CFRs and one Title 26 procedural regulation, to wit:

1.    27 CFR § 70.143 - Definitions; and,

2.    27 CFR § 70.144 – Special rules; and,

3.    27 CFR § 70.145 - Purchasers, holders of security interests, mechanic's lienors, and judgment lien creditors; and,

4.    27 CFR § 70.146 - 45-day period for making disbursements, and,

5.   27 CFR § 70.147 - Priority of interest and expenses; and,

6.   27 CFR § 70.148 - Place for filing notice; form; and,

7.   27 CFR § 70.149 - Refiling of notice of tax lien; and,

8.   27 CFR § 70.231 - Protection for certain interests even though notice filed; and,

9.   27 CFR § 70.232 - Protection for commercial transactions financing agreements; and,

10.  27 CFR § 70.233 - Protection for real property construction or improvement financing agreements; and,

11.  27 CFR § 70.234 - Protection for obligatory disbursement agreements; and,

12.  Treas. Reg. T. 26, Ch I, Subch. F, Pt. 301, being § 301.6323(f)-(1)(c) – Authority of 26 U.S.C. § 6323(f)(3) (Form and Content of Notice), this being a "Procedural and Administrative Regulation" only that does not define the taxable activity nor the source of the income and has no force and effect of law.

*__Absolutely none of the substantive regulations have application to the Hymes.__*

*__This substantive evidence from the public records and statutory Authority of Congress__*

*__that the Notices of Federal Tax Liens are a total Fraud__*.

As the Notices of Federal Tax Liens are a total Fraud concerning the Hymes and

not under the Statutory Authority of Congress under the substantive regulations that have

the force and effect of law in Title 26, but instead in the AFT flows *a fortiori* that the

*__revered Form 4340s are not only untrustworthy, but a fraud.__*

The United States Court System, Auchterlonie, Beistline and others are now using

the criminal conviction of Donald Louis Hymes and this unlawful illegal Civil Case as

reasons for Donald Louis Hymes to violate his parole; thus placing him into a position

wherein a loss or issues of the civil Case will directly relate to his immediate incarnation

into a federal penitentiary. The Hymes, in the strongest sense object, protest and take

exception to these unlawful actions against the Hymes by the recent vindictive arrest of

Donald Louis Hymes.

The Hymes incorporate all of the other Pleadings into this instant Case into this

Objection to Summary Judgment , as Beistline has not ruled on them, has not transferred

this instant Case into a Court of the United States arising under Article III in all Cases in

Law and Equity exercising the judicial Power of the United States under the Authority of

the United States. Re-iterating also that Auchterlonie's pleadings are non-responsive

and replete with the same "unintelligible, and it generally raises only shopworn arguments

characteristic of frivolous tax-protestor rhetoric that has been universally rejected by this

and other courts." Auchterlonie's Administrative State unlawful and illegal actions

preclude Laws of the United States, the Bill of Rights and Federal Constitution.

### Courts Must Take Judicial Notice of Public Records

No formal introduction of the public records of rules and regulations are required

and the courts of the United States are to take judicial notice. This holding is found in the

adjudged decision of *Caha v. United States*, 152 U.S. 211, 221, 222 (1894), to wit:

> But we are of opinion that there was no necessity for a formal introduction
> in evidence of such rules and regulations. They are matters of which courts
> of the United States take judicial notice.   . . .
> [T]he rules and regulations prescribed in pursuance of such authority
> become a mass of that body of public records of which the courts take
> judicial notice.
>
> On judicial notice, see also *Lilly v. Grand Trunk Western R. Co.*, 317 U.S. 481,

21

The courts are to give public acts *legal effect*, and this is held in the adjudged

decision of *Armstrong v. United States*, 80 U.S. 154, 156 (1871), to wit:

> This was a public act of which all courts of the United States are bound to
> take notice, and to which all courts are bound to give effect.

Regardless of whether the sovereign is *de jure* or *de facto,* determinations by the

executive or legislative branch binds the judges, even if not formally put into evidence, and

this is held in the adjudged decision of *Jones v. United States*, 137 U.S. 202, 212, 214

(1890), to wit:

> **Who is the sovereign, *de jure* or *de facto*, of a territory, is not a
> judicial, but a political question, the determination of which by the
> legislative and executive departments of any government conclusively
> binds the judges, as well as all other officers,** citizens, and **subjects of
> that government.** This principle has always been upheld by this court, and
> has been affirmed under a great variety of circumstances. Gelston v. Hoyt,
> 3 Wheat. 246, 324; U. S. v. Palmer, Id. 610; The Divina Pastora, 4 Wheat.
> 52; Foster v. Neilson, 2 Pet. 253, 307, 309; Keene v. McDonough, 8 Pet.
> 308; **84Garcia v. Lee, 12 Pet. 511, 520; Williams v. Insurance Co., 13
> Pet. 415; U. S. v. Yorba, 1 Wall. 412, 423; U. S. v. Lynde, 11 Wall. 632,
> 638.
> * * *
> **All courts of justice are bound to take judicial notice of the territorial
> extent of the jurisdiction exercised by the government whose laws they
> administer,** or of its recognition or denial of the sovereignty of a foreign
> power, **as appearing from the public acts of the legislature and
> executive, although those acts are not formally put in evidence,** nor in
> accord with the pleadings. U. S. v. Reynes, 9 How. 127; Kennett v.
> Chambers, 14 How. 38; Hoyt v. Russell, 117 U. S. 401, 404, 6 Sup. Ct.
> Rep. 881; Coffee v. Groover, 123 U. S. 1, 8 Sup. Ct. Rep. 1; State v.
> Dunwell, 3 R. I. 127; State v. Wagner, 61 Me. 178; Taylor v. Barclay, and
> Emperor of Austria v. Day, above cited; 1 Greenl. Ev. β 6. *[Emphasis
> added]*

Therefore, the Court shall take judicial Notice of all public records, adjudged

decisions of the all courts, and documents, whether cited in this specific document.

Therefore, for these reasons, not the least of which Auchterlonie's Motion for

22

Summary Judgment should be denied and a Trial by Jury of the Hymes' peers; and this

instant Case should either be dismissed with prejudice or transferred to a District Court of

the United States arising under Article III in all Cases in Law and Equity exercising the

judicial Power of the United States under the Authority of the United States.

Date Dec 21, 07                     My Hand,



Date Dec 21, 07                     My Hand,

**STATE OF ALASKA** )
                   ) ss.
The United States of America )

### Verified Affidavit of Donald Louis Hymes

       I, Donald Louis Hymes, do hereby swear (or affirm) do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1.     My true name is Donald Louis Hymes.
2.     I am of the age of majority and will testify to facts contain herein this document.
3.     I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.
4.     I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.
5.     I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.
6.     I demand a Trial by Jury of my Peers and this is also held inviolate in Federal Rule 38.
7.     I have provided relevant evidence that the Form 4340 is not trustworthy and does not comply with the mandatory statutory requirements of Congress.
8.     I have provided relevant evidence that the Notices of Federal Liens do not comply with the mandatory statutory requirements of Congress.
9.     I have no knowledge of owing any Individual Income Taxes as a "citizen of the United States" to the IRS or the USA and deny same as no evidence has been presented to me to date.

My Hand,

*Donald Louis Hymes*

Sworn and subscribed before me a Public Notary in and for the State of Alaska.

My Commission expires on *25 Oct 2007* .

*Trever Stewart*
_____
Signature of Notary Public

**STATE OF ALASKA** )

                            ) ss.

The United States of America )

### Verified Affidavit of Rita MariNa Hymes

       I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts in this Document and the following facts in this Verified Affidavit and in the Memorandum in Support are true and correct under the penalties of perjury.

1.      My true name is Rita MariNa Hymes.

2.      I am of the age of majority and will testify to facts contain herein this document.

3.      I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.

4.      I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.

5.      I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.

6.      I demand a Trial by Jury of my Peers and this is also held inviolate in Federal Rule 38.

7.      I have provided relevant evidence that the Form 4340 is not trustworthy and does not comply with the mandatory statutory requirements of Congress.

8.      I have provided relevant evidence that the Notices of Federal Liens do not comply with the mandatory statutory requirements of Congress.

9.      I have no knowledge of owing any Individual Income Taxes as a "citizen of the United States" to the IRS or the USA and deny same as no evidence has been presented to me to date.

                                 My Hand.

      Sworn and subscribed before me a Public Notary in and for the State of Alaska.

Date _12.21.07_

My Commission expires on _25 Oct 2011_

_Trever Stewart_
_____
Signature of Notary Public

## Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: December 21, 2007


Rita MariNa Hymes