# ATTACHMENT

1

Attachment 1

# EXHIBIT A

# United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: October 19, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Donald L. Hymes, SSN: ▮▮▮-▮▮-3597, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1989, consisting of four pages ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                                   Form **2866** (Rev. 09-1997)

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
   ------------------------------------------------------------------------------
   DONALD L HYMES                        EIN/SSN: ████-3597


   TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
   FORM: 1040        TAX PERIOD: DEC  1989

                                           ASSESSMENT,     PAYMENT,      ASSESSMENT
    DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT        DATE (23C,
                                           (REVERSAL)      (REVERSAL)    RAC 006 )
   ------------------------------------------------------------------------------

              ADJUSTED GROSS INCOME
                       6,941.00

              TAXABLE INCOME
                       2,341.00

   10-21-1993 SUBSTITUTE FOR RETURN                          0.00        11-22-1993
              29210-296-05504-3

              LATE FILING PENALTY                          100.00        06-05-1995
              199521

              ADDITIONAL TAX ASSESSED                      351.00        06-05-1995
              BY EXAMINATION
              AUDIT DEFICIENCY PER
              DEFAULT OF 90 DAY LETTER
              29247-537-00454-5   199521

   06-05-1995 RENUMBERED RETURN
              29247-537-00454-5

              INTEREST ASSESSED                            255.31        06-05-1995
              199521

   01-19-1996 FEDERAL TAX LIEN

   02-12-1996 FEES AND COLLECTION COSTS                     30.00

   09-18-1997 LEGAL SUIT PENDING

   12-31-1997 LEGAL/BANKRUPTCY SUIT NO
              LONGER PENDING

   02-09-2004 MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

   01-30-2004 FEDERAL TAX LIEN

   FORM 4340   (REV. 01-2002)                    PAGE    1
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
DONALD L HYMES                          ·       EIN/SSN: ███-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1989

                                            ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE        EXPLANATION OF TRANSACTION      OTHER DEBITS     CREDIT         DATE (23C,
                                            (REVERSAL)       (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------------

03-01-2004  FEES AND COLLECTION COSTS                         30.00

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-24-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

08-27-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

08-27-2004  FEDERAL TAX LIEN

09-08-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

09-08-2004  CORRECTION OF LEGAL SUIT
            PENDING

FORM 4340   (REV. 01-2002)                         PAGE     2
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
DONALD L HYMES                             EIN/SSN:  ███████-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1989

                                           ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION      OTHER DEBITS     CREDIT        DATE (23C,
                                           (REVERSAL)       (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------
11-29-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

06-06-2005 STATUTE EXPIRED -                                   766.31
           CLEAR TO ZERO
           UNCOLLECTABLE AMOUNT OWED
           #             766.31-

06-03-2005 LEGAL SUIT PENDING

06-06-2005 BALANCE DUE REINSTATED                             (766.31)

06-05-1995 Statutory Notice of Balance Due

06-26-1995 Statutory Notice of Intent to Levy

12-01-2003 Statutory Notice of Intent to Levy

11-22-2004 Statutory Notice of Intent to Levy

09-26-2005 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                  PAGE     3
```

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
DONALD L HYMES                              EIN/SSN: ████-3597


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1989
------------------------------------------------------------------------------

BALANCE            766.31-

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
```

SIGNATURE OF CERTIFYING OFFICER: _/s/ Linda L. Drake_

PRINT NAME: Linda L. Drake

TITLE: Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 10/19/2005

FORM 4340  (REV. 01-2002)                          PAGE    4