# ATTACHMENT

# 2

# EXHIBIT S

BK0937PG456

| Form 668 (Y)(c) | 167 | Department of the Treasury - Internal Revenue Service | For Optional Use by Recording Office |
|---|---|---|---|
| (Rev. October 1993) | | **Notice of Federal Tax Lien** | |

| District | Serial Number | |
|---|---|---|
| Chief, S.P.O. | 929600131 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

96-1347
1500 chg

Name of Taxpayer: DONALD L HYMES

FAIRBANKS REC. DISTRICT
REQUESTED BY IRS

Residence: 2340 RAVENWOOD
FAIRBANKS, AK  99709

'96 JAN 25  AM 11:35

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/89 | -3597 | 06/05/95 | 07/05/05 | 706.31 |
| 1040 | 12/31/90 | -3597 | 06/05/95 | 07/05/05 | 3441.77 |
| 1040 | 12/31/91 | -3597 | 06/05/95 | 07/05/05 | 6468.85 |
| 1040 | 12/31/92 | -3597 | 06/05/95 | 07/05/05 | 68449.62 |
| 1040 | 12/31/93 | -3597 | 06/05/95 | 07/05/05 | 1740.32 |

Place of Filing:
RECORDING DISTRICT OF FAIRBANKS
FAIRBANKS, AK  99701

Total $ 80806.87

This notice was prepared and signed at Anchorage, AK, on this, the 12th day of January, 19 96.

Return to:
Internal Revenue Service
P.O. Box 1729  M/S 246
Seattle, WA 90111
Attn: Lien Desk

Signature: [signature] for ALAN C JONES
Title: Revenue Officer  92-01-1317

NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien (Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office         Form 668 (Y)(c) (Rev. 10/93)

0001