# ATTACHMENT

3

# EXHIBIT J

Attachment 3



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 24, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Rita M. Hymes, SSN: ███-██-2705, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1995, consisting of five pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden SB/SE Submission Processing
SW Delegation Order 198

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
RITA M HYMES                                  EIN/SSN: [REDACTED]-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1995
                                       ASSESSMENT,     PAYMENT,     ASSESSMENT
                                       OTHER DEBITS   -CREDIT       DATE (23C,
DATE         EXPLANATION OF TRANSACTION (REVERSAL)    (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                    8,108.00

             TAXABLE INCOME
                    1,708.00

             SELF EMPLOYMENT TAX
                      826.00

04-29-2000   SUBSTITUTE FOR RETURN                       0.00       05-29-2000
             29210-120-25129-0

             LATE FILING PENALTY                       230.50       04-09-2001
             200113

04-15-1996   WITHHOLDING CREDIT                                     161.00

             ADDITIONAL TAX ASSESSED                 1,083.00       04-09-2001
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-479-00014-1   200113

04-09-2001   RENUMBERED RETURN
             29247-479-00014-1

             INTEREST ASSESSED                         607.69       04-09-2001
             200113

10-22-2001   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

04-05-2002   FEDERAL TAX LIEN

04-21-2002   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

04-23-2002   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

FORM 4340   (REV. 01-2002)                  PAGE   1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN:       -2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

                                        ASSESSMENT,      PAYMENT,     ASSESSMENT
 DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                        (REVERSAL)       (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

05-09-2002  LEGAL SUIT PENDING

04-06-2003  LEGAL SUIT NO LONGER
            PENDING

07-21-2003  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

08-11-2003  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

01-30-2004  FEDERAL TAX LIEN

03-01-2004  FEES AND COLLECTION COSTS                      30.00

08-27-2004  FEDERAL TAX LIEN

09-07-2004  LEGAL SUIT PENDING

11-01-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

FORM 4340  (REV. 01-2002)                    PAGE    2
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN: ████-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

                                    ASSESSMENT,       PAYMENT,        ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT          DATE (23C,
                                    (REVERSAL)       (REVERSAL)       RAC 006 )
----------------------------------------------------------------------------

09-07-2004 CORRECTION OF LEGAL SUIT
           PENDING

11-29-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

01-10-2005 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

12-18-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

01-10-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

03-24-1997 Taxpayer Deliquency Notice

08-24-1998 Taxpayer Deliquency Notice

10-19-1998 Taxpayer Deliquency Notice

04-09-2001 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)                    PAGE    3
```

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
RITA M HYMES                              EIN/SSN: ███████-2705


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION    OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
05-14-2001 Notice of Balance Due

06-18-2001 Statutory Notice of Intent to Levy

11-22-2004 Statutory Notice of Intent to Levy

FORM 4340  (REV. 01-2002)                      PAGE    4
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

RITA M HYMES·                                   EIN/SSN:  ███-██-2705



TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1995
---------------------------------------------------------------------------------


BALANCE           1,790.19

---------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
---------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME: Linda L. Drake
TITLE: Supervisor Accounting Technician, Ogden SB/SE Submission Processing
DELEGATION ORDER: SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 08/24/2005

FORM 4340  (REV. 01-2002)                           PAGE    5
```