# ATTACHMENT

4

# EXHIBIT U

attachment 4



**2002-007408-0**
Recording Dist: 401 - Fairbanks
4/16/2002 2:20 PM Pages: 1 of 2

A
L
A
S
K
A



THIS COVER SHEET HAS BEEN ADDED TO THIS
DOCUMENT TO PROVIDE SPACE FOR
RECORDING DATA.  THIS COVER SHEET
APPEARS AS THE FIRST PAGE OF THE
DOCUMENT IN THE OFFICIAL PUBLIC RECORD

Do Not Detach

Return to:
Internal Revenue Service
915 Second Avenue, M/S W-246
Seattle, Washington 98174

0002

| | 340 | | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|---|
| **Form 668 (Y)(c)** (Rev. October 2000) | | | **Notice of Federal Tax Lien** | |

| Area: WAGE & INVESTMENT AREA #6 Lien Unit Phone: (800) 829-7650 | Serial Number 910226012 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  RITA M HYMES

Residence        2340 RAVENWOOD AVE
                 FAIRBANKS, AK 99709-4543

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1995 | ▓-2705 | 04/09/2001 | 05/09/2011 | 1760.19 |
| 1040 | 12/31/1996 | ▓-2705 | 04/09/2001 | 05/09/2011 | 6331.72 |
| 1040 | 12/31/1997 | ▓-2705 | 04/09/2001 | 05/09/2011 | 1165.92 |
| 1040 | 12/31/1998 | ▓-2705 | 04/09/2001 | 05/09/2011 | 4037.38 |
| 1040 | 12/31/1999 | ▓-2705 | 12/24/2001 | 01/23/2012 | 5254.69 |

| Place of Filing | RECORDING DISTRICT OF FAIRBANKS FAIRBANKS, AK 99701 | Total $ | 18549.90 |
|---|---|---|---|

This notice was prepared and signed at    Seattle, Return To:
                                           Internal Revenue Service
                                           915 2nd Ave. M/S W245, Lien Desk
the  01st  day of  April  , 2002           Seattle, WA 98174          , on this,

| Signature for J PRUETT | Title ACS (800) 829-7650 | 16-00-0000 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

# ATTACHMENT

5

CFR T. 26, Ch. I, Subch. B, Pt. 20, Refs & Annos

C.F.R. T. **26, Ch. I, Subch. B, Pt. 20,** Refs & Annos

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Treas. Reg. T. 26, Ch. I, Subch. B, Pt. 20, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
      Subchapter B. Estate and Gift Taxes
        Part 20. Estate Tax; Estates of Decedents Dying After August 16, 1954

AUTHORITY:  26 U.S.C. 7805.

AUTHORITY:Section 20.2031-7 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.2031-7A also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.6081-1 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 20.6302-1 also issued under 26 U.S.C. 6302(a) and (h).

AUTHORITY:Section 20.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-2 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-4 also issued under 26 U.S.C. 7520(c)(2).

SOURCE:  T.D. 6296, 23 FR 4529, June 24, 1958;  25 FR 14021, Dec. 31, 1960, unless otherwise noted.

C. F. R. T. **26, Ch. I, Subch. B, Pt. 20,** Refs & Annos, CFR T. **26, Ch. I, Subch. B, Pt. 20,** Refs & Annos

Current through May 3, 2007; 72 FR 25177

Copr. © 2007 Thomson/West

END OF DOCUMENT

Attachment 5

Attachment 5

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

C.F.R. T. **26, Ch. I, Subch. A, Pt. 1,** Refs & Annos

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
     Subchapter A. Income Tax
      Part 1. Income Taxes

**AUTHORITY:  26 U.S.C. 7805, unless otherwise noted.**

AUTHORITY:Section 1.1(h)-1 also issued under 26 U.S.C. 1(h).

AUTHORITY:Sections 1.23-1--1.23-6 also issued under 26 U.S.C. 23;

AUTHORITY:Section 1.25-1T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-2T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3 also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-4T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-5T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-6T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-7T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-8T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25A-1 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-2 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-3 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-4 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-5 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.28-0 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.28-1 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.30-1 also issued under 26 U.S.C. 30(d)(2).

AUTHORITY:Section 1.41-6 also issued under 26 U.S.C. 1502.

AUTHORITY:Sections 1.42-1T and 1.42-2T also issued under 26 U.S.C. 42(m);

AUTHORITY:Section 1.42-2 also issued under 26 U.S.C. 42(m);

AUTHORITY:Section 1.42-3 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-4 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-5 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.42-6, 1.42-8, 1.42-9, 1.42-10, 1.42-11, and 1.42-12, also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-13 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-14 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-15 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-16 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-17 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.43-0--1.43-7 also issued under section 26 U.S.C. 43;

AUTHORITY:Section 1.45D-1 also issued under 26 U.S.C. 45D(i).

AUTHORITY:Section 1.46-5 also issued under 26 U.S.C. 46(d)(6) and 26 U.S.C. 47(a)(3)(C);

AUTHORITY:Section 1.46-6 also issued under 26 U.S.C. 46(f)(7);

AUTHORITY:Section 1.47-1 also issued under 26 U.S.C. 47(a);

AUTHORITY:Section 1.48-9 also issued under 26 U.S.C. 38(b) (as in effect before the amendments made by subtitle F of the Tax Reform Act of 1984);

AUTHORITY:Sections 1.50A--1.50B also issued under 85 Stat. 553 (26 U.S.C. 40(b));

AUTHORITY:Section 1.52-1 also issued under 26 U.S.C. 52(b);

AUTHORITY:Section 1.56-1 also issued under 26 U.S.C. 56(f)(2)(H);

AUTHORITY:Section 1.56(g)-1 also issued under section 7611(g)(3) of the Omnibus Budget Reconciliation Act of 1989 (Pub. L. 101-239, 103 Stat. 2373); and

AUTHORITY:Section 1.58-9 also issued under 26 U.S.C. 58(h).

AUTHORITY:Section 1.61-2T also issued under 26 U.S.C. 61.

AUTHORITY:Section 1.61-21 also issued under 26 U.S.C. 61.

AUTHORITY:Sections 1.62-1T and 1.62-2 also issued under 26 U.S.C. 62;

AUTHORITY:Section 1.66-4 also issued under 26 U.S.C. 66(c);

AUTHORITY:Sections 1.67-2T and 1.67-3T also issued under 26 U.S.C. 67(c);

AUTHORITY:Section 1.67-3 also issued under 26 U.S.C. 67(c).

AUTHORITY:Sections 1.72-4, 1.72-5, 1.72-6, 1.72-7, 1.72-8, and 1.72-11 also issued under 26 U.S.C. 72(c).

AUTHORITY:Section 1.101-7 also issued under 26 U.S.C. 101(d)(2)(B)(ii);

AUTHORITY:Section 1.103-10 also issued under 26 U.S.C. 103(b)(6);

AUTHORITY:Section 1.103A-2 also issued under 26 U.S.C. 103A(j);

AUTHORITY:Section 1.108-1 also issued under 26 U.S.C. 108(e)(8) and 108(e)(10(B);

AUTHORITY:Section 1.108-2 also issued under 26 U.S.C. 108;

AUTHORITY:Section 1.108-3 also issued under 26 U.S.C. 108, 267, and 1502.

AUTHORITY:Section 1.108-4 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108-5 also issued under 26 U.S.C. 108.

AUTHORITY:Section 1.108(c)-1 also issued under the authority of 26 U.S.C. 108(d)(9);

AUTHORITY:Section 1.110-1 also issued under 26 U.S.C. 110(d);

AUTHORITY:Sections 1.132-0 through 1.132-8T also issued under 26 U.S.C. 132;

AUTHORITY:Sections 1.148-0 through 1.148-11 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.148-6 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.149(b)-1 also issued under 26 U.S.C. 149(b)(3)(B) (v);

AUTHORITY:Section 1.149(d)-1 also issued under 26 U.S.C. 149(d)(7);

AUTHORITY:Section 1.149(e)-1 also issued under 26 U.S.C. 149(e);

AUTHORITY:Section 1.149(g)-1 also issued under 26 U.S.C. 149(g)(5);

AUTHORITY:Section 1.150-4 also issued under 26 U.S.C. 150 (c)(5);

AUTHORITY:Section 1.162(k)-1 is also issued under section 26 U.S.C. 162(k).

AUTHORITY:Section 1.163-8T also issued under 26 U.S.C. 469(k)(4);

AUTHORITY:Section 1.163-9T also issued under 26 U.S.C. 163(h)(3)(D);

AUTHORITY:Section 1.163-11T is also issued under 26 U.S.C. 163(h);

AUTHORITY:Section 1.165-12 also issued under 26 U.S.C. 165(j)(3);

AUTHORITY:Section 1.166-10 also issued under 26 U.S.C. 166(f);

AUTHORITY:Section 1.168(d)-1 also issued under 26 U.S.C. 168(d)(3);

AUTHORITY:Section 1.168(f)(8)-1T also added under sec. 112(c), Black Lung Benefits Revenue Act of 1981 (Pub. L. 97-119);

AUTHORITY:Section 1.168(h)-1 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-1 also issued under 26 U.S.C. 168(i)(4).

AUTHORITY:Section 1.168(i)-2 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-4 also issued under 26 U.S.C. 168(i)(5).

AUTHORITY:Section 1.168(j)-1T also added under 26 U.S.C. 168(j)(10).

AUTHORITY:Section 1.170A-1 also issued under 26 U.S.C. 170(a).

AUTHORITY:Section 1.170A-6 also issued under 26 U.S.C. 170(f)(4);  26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.170A-12 also issued under 26 U.S.C. 170(f)(4).

AUTHORITY:Section 1.170A-13 also issued under 26 U.S.C. 170(f)(8).

AUTHORITY:Section 1.171-2 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-3 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-4 also issued under 26 U.S.C. 171(c).

AUTHORITY:Section 1.179-1 also issued under 26 U.S.C. 179(d)(6) and (10).

AUTHORITY:Section 1.179-4 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179-6 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179A-1 also issued under 26 U.S.C. 179A(e)(4).

AUTHORITY:Section 1.197-2 also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.197-2T also issued under 26 U.S.C. 197.

AUTHORITY:Section 1.199-1 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-2 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-4 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-6 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-9 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.216-2 also issued under 26 U.S.C. 216(d).

AUTHORITY:Section 1.221-2 also issued under 26 U.S.C. 221(d).

AUTHORITY:Section 1.263A-1 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-2 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-3 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4T also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-6 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7T also issued under 26 U.S.C. 263A.

AUTHORITY:Sections 1.263A-8 through 1.263A-15 also issued under 26 U.S.C. 263A(i).

AUTHORITY:Section 1.267(a)-3 also issued under 26 U.S.C. 267(a)(3).

AUTHORITY:Section 1.267(f)-1 also issued under 26 U.S.C. 267 and 1502.

AUTHORITY:Section 1.269-3(d) also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.274-5 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274-5T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.280C-4 also issued under 26 U.S.C. 280C(c) and 103 Stat. 2413.

AUTHORITY:Section 1.280F-1T also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-6 also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-7 also issued under 26 U.S.C. 280F(c).

AUTHORITY:Section 1.280G-1 also issued under 26 U.S.C. 280G(b) and (e).

AUTHORITY:Section 1.301-1 also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.301-1T also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.304-5 also issued under 26 U.S.C. 304.

AUTHORITY:Section 1.305-3 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-5 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-7 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.337(d)-1 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-4 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-5 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-6 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-7 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.338-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-2 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-3 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-4 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-5 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6T also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-7 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-8 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-9 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11 also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338-11T also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338(h)(10)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338(h)(10)-1T also issued under 26 U.S.C. 337(d), 338 and 1502.

AUTHORITY:Section 1.338(i)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.351-1 also issued under 26 U.S.C. 351.

AUTHORITY:Section 1.351-2 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.354-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-6 also issued under 26 U.S.C. 355(d)(9).

AUTHORITY:Section 1.355-7 also issued under 26 U.S.C. 355(e)(5).

AUTHORITY:Section 1.356-6 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.356-7 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.358-2 also issued under 26 U.S.C. 358.

AUTHORITY:Section 1.358-5T also issued under 26 U.S.C. 358(h)(2).

AUTHORITY:Section 1.358-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.367(a)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-3T(e) also issued under 367(a) and (b).

AUTHORITY:Section 1.367(a)-8 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-8T also issued under 367(a) and (b).

AUTHORITY:Section 1.367(b)-1 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-2 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3T also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-4 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-7 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-8 also issued under 26 U.S.C. 367(b).

AUTHORITY:Section 1.367(b)-9 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-12 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(e)-1 also issued under 26 U.S.C. 367(e)(1).

AUTHORITY:Section 1.367(e)-2 also issued under 26 U.S.C. 367(e)(2).

AUTHORITY:Section 1.382-2 also issued under 26 U.S.C. 382(k)(1), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-2T also issued under 26 U.S.C. 382(g)(4)(C), (i), (k)(1) and (6), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-3 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-4 also issued under 26 U.S.C. 382(l)(3) and 382(m).

AUTHORITY:Section 1.382-5 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-5T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-6 also issued under 26 U.S.C. 382(b)(3)(A), 26 U.S.C.(d)(1), 26 U.S.C. 382(m), and 26 U.S.C.383(d).

AUTHORITY:Section 1.382-8 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-8T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-9 also issued under 26 U.S.C. 382(l)(3) and (m).

AUTHORITY:Section 1.382-10 also issued under 26 U.S.C 382(m).

AUTHORITY:Section 1.382-10T is also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.383-1 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.383-2 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.401-12 also issued under 26 U.S.C. 401(d)(1).

AUTHORITY:Section 1.401(a)-21 also issued under 26 U.S.C. 401 and section 104 of the Electronic Signatures in Global and National Commerce Act, Public Law 106-229 (114 Stat. 464).

AUTHORITY:Section 1.401(a)(2)-1 also issued under Multiemployer Pension Plan Amendments Act, Public Law 96-364, 410, (94 Stat. 1208, 1308)(1980).

AUTHORITY:Section 1.401(a)(5)-1 also issued under 26 U.S.C. 401(a)(5).

AUTHORITY:Section 1.401(a)(9)-1 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-2 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-3 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-4 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-5 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-6 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-7 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-8 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-9 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(17)-1 also issued under 26 U.S.C. 401(a)(17).

AUTHORITY:Sections 1.401(a)(26)-1 through (a)(26)-9 also issued under 26 U.S.C. 401(a)(26).

AUTHORITY:Section 1.401(b)-1 also issued under 26 U.S.C. 401(b).

AUTHORITY:Section 1.401(k)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-6 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Sections 1.401(l)-0 through 1.401(l)-6 also issued under 26 U.S.C. 401(l).

AUTHORITY:Section 1.401(m)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.402A-1 is also issued under 26 U.S.C. 402A.

AUTHORITY:Section 1.403(b)-3 is also issued under 26 U.S.C. 403(b)(10).

AUTHORITY:Section 1.404(k)-3 is also issued under sections 26 U.S.C. 162(k) and 404(k)(5)(A).

AUTHORITY:Section 1.408-2 also issued under 26 U.S.C. 408(a) and 26 U.S.C. 408(q).

AUTHORITY:Section 1.408-4 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408-8 is also issued under 26 U.S.C. 408(a)(6) and  (b)(3).

AUTHORITY:Section 1.408-11 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408A-1 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-2 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-3 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-4 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-5 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-6 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-7 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-8 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-9 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408(q)-1 also issued under 26 U.S.C. 408(q).

AUTHORITY:Section 1.409(p)-1 is also issued under 26 U.S.C. 409(p)(7).

AUTHORITY:Section 1.410(b)-2 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-3 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-4 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-5 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-6 also issued under 26 U.S.C. 410(b)(6) and section 664 of the Economic Growth and Tax Relief Reconciliation Act of 2001 (Public Law 107-16, 115 Stat. 38).

AUTHORITY:Section 1.410(b)-7 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-8 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-9 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-10 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.411(a)-7 also issued under 26 U.S.C. 411(a)(7)(B)(i).

AUTHORITY:Section 1.411(d)-3 also issued under 26 U.S.C. 411(d)(6) and section 645(b) of the Economic Growth and Tax Relief Reconciliation Act of 2001, Public Law 107-16 (115 Stat. 38).

AUTHORITY:Section 1.411(d)-4 also issued under 26 U.S.C. 411(d)(6).

AUTHORITY:Section 1.411(d)-6 is issued under Reorganization Plan No. 4 of 1978, 29 U.S.C. 1001nt.

AUTHORITY:Sections 1.414(c)-1 through 1.414(c)-5 also issued under 26 U.S.C. 414(c).

AUTHORITY:Section 1.414(q)-1T is also issued under 26 U.S.C. 414(q).

AUTHORITY:Sections 1.414(r)-0 through 1.414(r)-7 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(r)-8 also issued under 26 U.S.C. 410(b) and 414(r).

AUTHORITY:Section 1.414(r)-9 also issued under 26 U.S.C. 401(a)(26) and 414(r).

AUTHORITY:Section 1.414(r)-10 also issued under 26 U.S.C. 129 and 414(r).

AUTHORITY:Section 1.414(r)-1 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(s)-1 also issued under 26 U.S.C. 414(s).

AUTHORITY:Section 1.417(e)-1 also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.417(e)-1T also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.419A(f)(6)-1 is also issued under 26 U.S.C. 419A(i).

AUTHORITY:Section 1.420-1 also issued under 26 U.S.C. 420(c)(3)(E).

AUTHORITY:Section 1.441-2T also issued under 26 U.S.C. 441(f).

AUTHORITY:Section 1.441-3T also issued under 26 U.S.C. 441.

AUTHORITY:Sections 1.442-2T and 1.442-3T also issued under 26 U.S.C. 422, 706, and 1378.

AUTHORITY:Sections 1.444-0T through 1.444-3T and

AUTHORITY:Section 1.444-4 is also issued under 26 U.S.C. 444(g).

AUTHORITY:Section 1.446-1 also issued under 26 U.S.C. 446 and 461(h).

AUTHORITY:Section 1.446-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.446-6 also issued under 26 U.S.C. 446 and 26 U.S.C. 860G.

AUTHORITY:Section 1.451-5 also issued under 96 Stat. 324, 493.

AUTHORITY:Section 1.453-11 also issued under 26 U.S.C. 453(j)(1) and (k).

AUTHORITY:Section 1.453A-3 also issued under 26 U.S.C. 453A.

AUTHORITY:Section 1.458-1 also issued under 26 U.S.C. 458.

AUTHORITY:Section 1.460-1 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-2 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-3 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-4 also issued under 26 U.S.C. 460(h) and 1502.

AUTHORITY:Section 1.460-5 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-6 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.461-1 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-2 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4(d) also issued under 26 U.S.C. 460 and 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-5 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-6 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.465-8 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-20 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-27 also issued under 26 U.S.C. 465(b)(6)(B)(iii).

AUTHORITY:Sections 1.466-1 through 1.466-4 also issued under 26 U.S.C. 466.

AUTHORITY:Section 1.467-1 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-2 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-3 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-4 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-5 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-6 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-7 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-8 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-9 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.468A-5 also issued under 26 U.S.C. 468A(e)(5).

AUTHORITY:Section 1.468B-1 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-2 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-3 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-4 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-5 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-7 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-9 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.469-1 also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-1T also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-2 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-2T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-4 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-7 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-9 also issued under 26 U.S.C. 469(c)(6), (h)(2), and (l)(1).

AUTHORITY:Section 1.469-11 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.471 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.471-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-6 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.472-8 also issued under 26 U.S.C. 472.

AUTHORITY:Section 1.475(a)-3 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-1 also issued under 26 U.S.C. 475(b)(4) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-2 also issued under 26 U.S.C. 475(b)(2) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-4 also issued under 26 U.S.C. 475(b)(2), 26 U.S.C. 475(e), and 26 U.S.C. 6001.

AUTHORITY:Section 1.475(c)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(c)-2 also issued under 26 U.S.C. 475(e) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.475(d)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(e)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.481-1 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-2 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-3 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-4 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-5 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.482-1 also issued under 26 U.S.C. 482 and 936.

AUTHORITY:Section 1.482-2 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-3 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-4 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-5 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-7 is also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-2A also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-9 also issued under 26 U.S.C. 482.

AUTHORITY:Sections 1.483-1 through 1.483-3 also issued under 26 U.S.C. 483(f).

AUTHORITY:Section 1.483-4 also issued under 26 U.S.C. 483(f).

AUTHORITY:Sections 1.504-1 and 1.504-2 also issued under 26 U.S.C. 504(b).

AUTHORITY:Section 1.514(c)-2 also issued under 26 U.S.C. 514(c)(9)(E)(iii).

AUTHORITY:Section 1.527-9 also issued under 26 U.S.C. 527(h)(2)(B)(i).

AUTHORITY:Sections 1.585-5 through 1.585-8 also issued under 26 U.S.C. 585(b)(3).

AUTHORITY:Sections 1.597-1 through 1.597-7 also issued under 26 U.S.C. 597 and 1502.

AUTHORITY:Section 1.597-8 also issued under 26 U.S.C. 597.

AUTHORITY:Section 1.642(c)-6 also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.643(a)-8 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.643(h)-1 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.642(c)-6A also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.645-1 also issued under 26 U.S.C. 645.

AUTHORITY:Sections 1.663(c)-1, 1.663(c)-2, 1.663(c)-3, 1.663(c)-4, 1.663(c)-5, and 1.663(c)-6 also issued under 26 U.S.C. 663(c).

AUTHORITY:Section 1.664-1 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-2 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-3 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4A also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.671-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-1 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(3) and (6).

AUTHORITY:Section 1.672(f)-3 also issued under 26 U.S.C. 643(a)(7) and 672(f)(2) and (6).

AUTHORITY:Section 1.672(f)-4 also issued under 26 U.S.C. 643(a)(7) and 672(f)(4) and (6).

AUTHORITY:Section 1.672(f)-5 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.679-1 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-2 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-3 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-4 also issued under 26 U.S.C. 643(a)(7), 679(a)(3) and 679(d).

AUTHORITY:Section 1.679-5 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-6 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.684-1 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-2 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-3 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-4 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-5 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.701-2 also issued under 26 U.S.C. 701 through 761.

AUTHORITY:Section 1.704-3 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-3T also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-4 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.705-2 also issued under 26 U.S.C. 705 and 1032.

AUTHORITY:Section 1.706-1T also issued under 26 U.S.C. 706(b).

AUTHORITY:Section 1.706-3T also issued under 26 U.S.C. 444(f).

AUTHORITY:Sections 1.707-2 through 1.707-9 also issued under 26 U.S.C. 707(a)(2).

AUTHORITY:Section 1.721-1 also issued under 26 U.S.C. 721.

AUTHORITY:Section 1.731-2 also issued under 26 U.S.C. 731(c).

AUTHORITY:Section 1.732-1 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-2 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-3 also issued under 26 U.S.C. 732(f).

AUTHORITY:Section 1.734-1 also issued under 26 U.S.C. 734.

AUTHORITY:Section 1.743-1 also issued under 26 U.S.C. 743.

AUTHORITY:Section 1.751-1 also issued under 26 U.S.C. 751.

AUTHORITY:Section 1.752-1(a) also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.752-6 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001)

AUTHORITY:Section 1.752-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.755-1 also issued under 26 U.S.C. 755.

AUTHORITY:Section 1.755-2 also issued under 26 U.S.C. 755 and 26 U.S.C. 1060.

AUTHORITY:Section 1.761-2 also issued under 26 U.S.C. 446(b) and 26 U.S.C. 761(a).

AUTHORITY:Section 1.807-2 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.809-10 also issued under 26 U.S.C. 809(b)(2) and (g)(3).

AUTHORITY:Section 1.811-3 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.812-9 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.817A-1 also issued under 26 U.S.C. 817A(e).

AUTHORITY:Section 1.832-4 also issued under 26 U.S.C. 832(b)(5)(A).

AUTHORITY:Sections 1.846-1 through 1.846-4 also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.846-2(d) is also issued under 26 U.S.C. 846.

AUTHORITY:Section 1.848-2 also issued under 26 U.S.C. 845(b) and 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.848-3 also issued under 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.852-11 is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.860A-1 also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860A-1T also issued under 26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860D-1 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860E-1 also issued under 26 U.S.C. 860E and 860G(e).

AUTHORITY:Section 1.860E-2 also issued under 26 U.S.C. 860E(e).

AUTHORITY:Section 1.860F-2 also issued under 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860F-4 issued under 26 U.S.C. 860G(e) and 26 U.S.C. 6230(k).

AUTHORITY:Section 1.860F-4T also issued under 26 U.S.C. 860G(c)(3) and (e).

AUTHORITY:Section 1.860G-1 also issued under 26 U.S.C. 860G(a)(1)(B) and (e).

AUTHORITY:Section 1.860G-3 also issued under 26 U.S.C. 860G(b) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860G-3T also issued under 26 U.S.C. 860G(b) and 860G(e).

**AUTHORITY:Section 1.861-2 also issued under 26 U.S.C. 863(a).**

**AUTHORITY:Section 1.861-3 also issued under 26 U.S.C. 863(a).**

**AUTHORITY:Section 1.861-8 also issued under 26 U.S.C. 882(c).**

**AUTHORITY:Section 1.861-9 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).**

**AUTHORITY:Sections 1.861-9 and 1.861-9T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C 7701(f).**

**AUTHORITY:Section 1.861-10(e) also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).**

**AUTHORITY:Section 1.861-11 also issued under** 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), **and** 26 U.S.C. 7701(f).

**AUTHORITY:Section 1.861-14 also issued under** 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), **and** 26 U.S.C. 7701(f).

**AUTHORITY:Sections 1.861-8T through 1.861-14T also issued under** 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) **and** 26 U.S.C. 7701(f).

AUTHORITY:Section 1.863-1 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-2 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-3 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.863-4 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-6 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-7 is issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-8 also issued under 26 U.S.C. 863(a), (b) and (d).

AUTHORITY:Section 1.863-9 also issued under 26 U.S.C. 863(a), (d) and (e).

AUTHORITY:Section 1.864-5 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.864-8T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.865-1 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.865-2 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.871-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-7 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.874-1 also issued under 26 U.S.C. 874.

AUTHORITY:Section 1.881-2 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-4 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.882-4 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.882-5 also issued under 26 U.S.C. 882, 26 U.S.C. 864(e), 26 U.S.C. 988(d), and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.883-1 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-2 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-3 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-4 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.883-5 is also issued under 26 U.S.C. 883.

AUTHORITY:Section 1.884-0 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-1 is also issued under 26 U.S.C. 884.

AUTHORITY:Section 1.884-1 (d) also issued under 26 U.S.C. 884 (c) (2) (A).

AUTHORITY:Section 1.884-1 (d) (13) (i) also issued under 26 U.S.C. 884 (c) (2).

AUTHORITY:Section 1.884-1 (e) also issued under 26 U.S.C. 884 (c) (2) (B).

AUTHORITY:Section 1.884-2 also issued under 26 U.S.C. 884(g).

AUTHORITY:Section 1.884-2T also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-4 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 also issued under 26 U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 (e) and (f) also issued under 26 U.S.C. 884 (e) (4) (C).

AUTHORITY:Section 1.892-1T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-2T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-3T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-4T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5 also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-5T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-6T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.892-7T also issued under 26 U.S.C. 892(c).

AUTHORITY:Section 1.894-1 also issued under 26 U.S.C. 894 and 7701(l).

AUTHORITY:Sections 1.897-5T, 1.897-6T and 1.897-7T also issued under 26 U.S.C. 897 (d), (e), (g) and (j) and 26 U.S.C. 367(e)(2).

AUTHORITY:Sections 1.902-1 and 902-2 also issued under 26 U.S.C. 902(c)(7).

AUTHORITY:Section 1.904-4 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(b)-1 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904(b)-2 also issued under 26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904-5 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-6 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-7 also issued under 26 U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(f)-(2) also issued under 26 U.S.C. 904 (f)(3)(b).

AUTHORITY:Sections 1.904-4 through 1.904-7 also issued under 26 U.S.C. 904(d)(5).

AUTHORITY:Section 1.904(i)-1 also issued under 26 U.S.C. 904(i).

AUTHORITY:Sections 1.905-3T and 1.905-4T also issued under 26 U.S.C. 989(c)(4).

AUTHORITY:Section 1.907(b)-1 is also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.907(b)-1T also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.911-7 also issued under 26 U.S.C. 911(d)(9).

AUTHORITY:Sections 1.924(c)-1, 1.924(d)-1, and 1.924(e)-1 also issued under 26 U.S.C. 924(d).

AUTHORITY:Section 1.925(a)-1 also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(a)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(b)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.927(d)-1 also issued under 26 U.S.C. 927(d)(1)(B).

AUTHORITY:Section 1.927(e)-1 also issued under 26 U.S.C. 927(e)(1).

AUTHORITY:Section 1.927(e)-2T also issued under 26 U.S.C. 927(e)(2).

AUTHORITY:Section 1.927(f)-1 also issued under 26 U.S.C. 927(f).

AUTHORITY:Section 1.931-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.932-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.935-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.936-4 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-5 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-6 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-7 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-11 also issued under 26 U.S.C. 936(j).

AUTHORITY:Section 1.937-1 also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-1T also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-2T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.952-11T is also issued under 26 U.S.C. 852(b)(3)(C),  852(b)(8), and 852(c).

AUTHORITY:Section 1.953-2 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.954-0 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-1 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-2 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.956-3T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.957-1 also issued under 26 U.S.C. 957.

AUTHORITY:Section 1.957-3T also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.960-1 also issued under 26 U.S.C. 960(a).

AUTHORITY:Sections 1.985-0 through 1.985-5 also issued under 26 U.S.C. 985.

AUTHORITY:Sections 1.987-1 through 1.987-5 also issued under 26 U.S.C. 987.

AUTHORITY:Sections 1.988-0 through 1.988-5 also issued under 26 U.S.C. 988.

AUTHORITY:Sections 1.989(a)-0T and 1.989(a)-1T also issued under  26 U.S.C. 989(c).

AUTHORITY:Section 1.989(b)-1 also issued under 26 U.S.C. 989(b).

AUTHORITY:Section 1.989-1(c) also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.1036-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.1059(e)-1 also issued under 26 U.S.C. 1059 (e)(1) and (e)(2).

AUTHORITY:Section 1.1060-1 also issued under 26 U.S.C. 1060.

AUTHORITY:Sections 1.1092(b)-1T and 1.1092(b)-2T also issued under  26 U.S.C. 1092 (b)(1).

AUTHORITY:Section 1.1092(b)-4T also issued under 26 U.S.C. 1092(b)(2).

AUTHORITY:Section 1.1092(c)-1 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-2 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-3 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-4 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(d)-2 also issued under 26 U.S.C. 1092(d)(3)(B).

AUTHORITY:Section 1.1202-2 is also issued under 26 U.S.C. 1202(k).

AUTHORITY:Section 1.1221-2 also issued under 26 U.S.C. 1221(b)(2)(A)(iii), (b)(2)(B), and (b)(3); 1502 and 6001.

AUTHORITY:Section 1.1221-2T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1244(e)-1 also issued under 26 U.S.C. 1244(e).

AUTHORITY:Section 1.1254-1 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-2 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-3 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-4 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-5 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-6 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1271-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274A-1 also issued under 26 U.S.C. 1274A(e) and 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-6 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-7 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1286-1 also issued under 26 U.S.C. 1275(D) and 1286(f).

AUTHORITY:Section 1.1286-2 also issued under 26 U.S.C. 1286(f).

AUTHORITY:Section 1.1287-1 also issued under 26 U.S.C. 165 (j)(3).

AUTHORITY:Section 1.1291-1 also issued under 26 U.S.C. 1291.

AUTHORITY:Section 1.1291-9 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1291-10 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1293-1 also issued under 26 U.S.C. 1293.

AUTHORITY:Section 1.1294-1T also issued under 26 U.S.C. 1294.

AUTHORITY:Section 1.1295-1 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1295-3 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1296-1 also issued under 26 U.S.C. 1296(g) and 26 U.S.C. 1298(f).

AUTHORITY:Section 1.1296(e)-1 also issued under 26 U.S.C. 1296(e).

AUTHORITY:Section 1.1297-3T also issued under 26 U.S.C. 1297(b)(1).

AUTHORITY:Section 1.1301-1 also issued under 26 U.S.C. 1301(c).

AUTHORITY:Section 1.1361-1(j) (6), (10) and (11) also issued under 26 U.S.C. 1361(d)(2)(B)(iii).

AUTHORITY:Section 1.1361-1(l) also issued under 26 U.S.C. 1361(c)(5)(C).

AUTHORITY:Sections 1.1362-1, 1.1362-2, 1.1362-3, 1.1362-4, 1.1362-5, 1.1362-6, 1.1362-7, and 1.1363-1 also issued under 26 U.S.C. 1377.

AUTHORITY:Section 1.1363-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.1368-1(f) and (g) also issued under 26 U.S.C. 1377(c).

AUTHORITY:Section 1.1368-2(b) also issued under 26 U.S.C. 1368(c).

AUTHORITY:Section 1.1374-1 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-2 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-3 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-4 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-5 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-6 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-7 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-8 also issued under 26 U.S.C 337(d) and 1374(e).

AUTHORITY:Section 1.1374-8T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-9 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-10 also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-10T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1377-1 also issued under 26 U.S.C. 1377(a)(2) and (c).

AUTHORITY:Section 1.1394-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1396-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1397E-1 also issued under 26 U.S.C. 1397E(b) and (d).

AUTHORITY:Section 1.1402 (e)-5T also is issued under 26 U.S.C. 1402(e)(1) and (2).

**AUTHORITY:Section 1.1441-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).**

**AUTHORITY:Section 1.1441-3 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).**

**AUTHORITY:Section 1.1441-4 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).**

**AUTHORITY:Section 1.1441-5 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(b)(11).**

**AUTHORITY:Section 1.1441-6 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).**

**AUTHORITY:Section 1.1441-7 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).**

AUTHORITY:Section 1.1443-1 also issued under 26 U.S.C. 1443(a).

AUTHORITY:Section 1.1445-5 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1445-8 also issued under 26 U.S.C. 1445(e)(6).

**AUTHORITY:Section 1.1461-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).**

**AUTHORITY:Section 1.1461-2 also issued under <u>26 U.S.C. 1441(c)(4)</u> and <u>26 U.S.C. 3401(a)(6)</u>.**

**AUTHORITY:Section 1.1462-1 also issued under <u>26 U.S.C. 1441(c)(4)</u> and <u>26 U.S.C. 3401(a)(6)</u>.**

AUTHORITY:Section 1.1502-0 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-1 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-2 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-3 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-4 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-9 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-11 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-12 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-13 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-13T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-15 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-17 also issued under <u>26 U.S.C. 446</u> and <u>1502</u>.

AUTHORITY:Section 1.1502-18 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-19 also issued under <u>26 U.S.C. 301</u>, <u>1502</u>, and <u>1503</u>.

AUTHORITY:Section 1.1502-19T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-20 also issued under <u>26 U.S.C. 337(d)</u> and <u>1502</u>.

AUTHORITY:Section 1.1502-20T also issued under <u>26 U.S.C. 337(d)</u> and <u>1502</u>.

AUTHORITY:Section 1.1502-21 also issued under <u>26 U.S.C. 1502</u> and <u>6402(i)</u>.

AUTHORITY:Section 1.1502-21(b)(1) and (b)(3)(v) also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-21T also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-21T(b)(1) and (b)(3)(v) also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-22 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-23 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-26 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-28 also issued under <u>26 U.S.C. 1502</u>.

AUTHORITY:Section 1.1502-30 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32(a)(2), (b)(3)(iii)(C), (b)(3)(iii)(D), and (b)(4)(vi) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-34 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-43T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-47T also issued under 26 U.S.C. 1502, 1503(c) and 1504(c).

AUTHORITY:Section 1.1502-55 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-75 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77 also issued under 26 U.S.C. 1502 and 6402(j).

AUTHORITY:Section 1.1502-77T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-78 also issued under 26 U.S.C. 1502, 6402(j), and 6411(c).

AUTHORITY:Section 1.1502-79 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-80 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-81T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2T also issued under 26 U.S.C. 1503(d).

AUTHORITY:Section 1.1504-4 also issued under 26 U.S.C. 1504(a)(5).

AUTHORITY:Section 1.1502-9A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-41A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77A also issued under 26 U.S.C. 1502 and  6402(j).

AUTHORITY:Section 1.1502-79A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503(d) also issued under 26 U.S.C. 953(d) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1561-2T also issued under 26 U.S.C. 1561.

AUTHORITY:Section 1.6011-4T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 1.6013-6 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.6015-1 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-2 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-3 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-4 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-5 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-6 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-7 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-8 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-9 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6031(a)-1 also issued under section 404 of the Tax Equity and Fiscal
Responsibility Act of 1982 (Public Law 97-248;  96 Stat. 324, 669) (TEFRA).

AUTHORITY:Sections 1.6035-1 through 1.6035-3 also issued under 26 U.S.C. 6035 (a), (d), and (e).

AUTHORITY:Section 1.6038-2 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038-3 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038A-1 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-2 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-3 also issued under 26 U.S.C. 6038A and 7701(l).

AUTHORITY:Section 1.6038A-4 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-5 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-6 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-7 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038B-1 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6038B-1T also issued under 26 U.S.C 6038B.

AUTHORITY:Section 1.6038B-2 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6041-1 also issued under 26 U.S.C. 6041(a).

AUTHORITY:Section 1.6041-2 also issued under 26 U.S.C. 6041(d).

AUTHORITY:Section 1.6041-3 also issued under 26 U.S.C. 62 and 6041(a).

AUTHORITY:Section 1.6042-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6043-4 also issued under 26 U.S.C. 6043(c).

AUTHORITY:Section 1.6045-1 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-2 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-4 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6046A-1 also issued under 26 U.S.C. 6046A.

AUTHORITY:Section 1.6049-4 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5T also issued under 26 U.S.C. 6049.

AUTHORITY:Section 1.6049-6 also issued under 6049(a), (b), and (d).

AUTHORITY:Section 1.6049-7 also issued under 26 U.S.C. 860G(e), 1275(c) and 26 U.S.C. 6049(d)(7)(D).

AUTHORITY:Section 1.6050E-1 also issued under 26 U.S.C. 6050E.

AUTHORITY:Section 1.6050H-1 also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-1T also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-2 also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050I-1 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050I-2 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050K-1 also issued under 26 U.S.C. 6050K.

AUTHORITY:Section 1.6050M-1 also issued under 26 U.S.C. 6050M.

AUTHORITY:Section 1.6050P-1 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050P-2 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050S-1 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-2 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-3 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-4 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6061-2T also issued under 26 U.S.C. 6061.

AUTHORITY:Section 1.6065-2T also issued under 26 U.S.C. 6065.

AUTHORITY:Section 1.6081-2T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-4T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-6T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-7T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-8 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-9 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-10T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-11T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6302-1 also issued under 26 U.S.C. 6302(c) and (h).

AUTHORITY:Section 1.6302-2 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-3 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-4 also issued under 26 U.S.C. 6302(a), (c), and (h).

AUTHORITY:Section 1.6411-4 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 1.6662-6 also issued under 26 U.S.C. 6662.

AUTHORITY:Section 1.6695-1 also issued under 26 U.S.C. 6060(b) and 6695(b).

AUTHORITY:Section 1.6695-2 also issued under 26 U.S.C. 6695(g).

AUTHORITY:Section 1.6851-2 also issued under 26 U.S.C 6851(d).

AUTHORITY:Section 1.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-2 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-4 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7701(l)-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7701(l)-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7702-2 also issued under 26 U.S.C. 7702(k).

AUTHORITY:Section 1.7872-5T also issued under 26 U.S.C. 7872.

AUTHORITY:Section 1.7872-15 also issued under 26 U.S.C. 1275 and 7872.

AUTHORITY:Section 1.7874-1T also issued under 26 U.S.C. 7874(c)(6) and (g).

SOURCE:  T.D. 6500, 25 FR 11402, Nov. 26, 1960;  25 FR 14021, Dec. 21, 1960, unless otherwise noted.

C. F. R. T. **26, Ch. I, Subch. A, Pt. 1,** Refs & Annos, CFR T. **26, Ch. I, Subch. A, Pt. 1,** Refs & Annos

Current through May 3, 2007; 72 FR 25177

Copr. © 2007 Thomson/West

END OF DOCUMENT

# ATTACHMENT

6

CFR T. 26, Ch. I, Subch. B, Pt. 20, Refs & Annos

Page 1

C.F.R. T. **26, Ch. I, Subch. B, Pt. 20,** Refs & Annos

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Treas. Reg. T. 26, Ch. I, Subch. B, Pt. 20, Refs & Annos

Code of Federal Regulations Currentness
    Title 26. Internal Revenue
        Chapter I. Internal Revenue Service, Department of the Treasury
            Subchapter B. Estate and Gift Taxes
                Part 20. Estate Tax;  Estates of Decedents Dying After August 16, 1954

AUTHORITY:  26 U.S.C. 7805.

AUTHORITY:Section 20.2031-7 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.2031-7A also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.6081-1 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 20.6302-1 also issued under 26 U.S.C. 6302(a) and (h).

AUTHORITY:Section 20.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-2 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 20.7520-4 also issued under 26 U.S.C. 7520(c)(2).

SOURCE:  T.D. 6296, 23 FR 4529, June 24, 1958;  25 FR 14021, Dec. 31, 1960, unless otherwise noted.

C. F. R. T. **26, Ch. I, Subch. B, Pt. 20,** Refs & Annos, CFR T. **26, Ch. I, Subch. B, Pt. 20,** Refs & Annos

Current through May 3, 2007; 72 FR 25177

Copr. © 2007 Thomson/West

END OF DOCUMENT

attachment 6