# ATTACHMENT

# 7

CFR T. 26, Ch. I, Subch. C, Pt. 31, Refs & Annos

Page 2

C.F.R. T. **26, Ch. I, Subch. C, Pt. 31,** Refs & Annos

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Treas. Reg. T. 26, Ch. I, Subch. C, Pt. 31, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
      Subchapter C. Employment Taxes and Collection of Income Tax at Source
        Part 31. Employment Taxes and Collection of Income Tax at Source

AUTHORITY: 26 U.S.C. 7805.

AUTHORITY:Sections 31.3121(a)-1, 31.3121(a)-3, 31.3231(e)-1, 31.3231(e)-3, 31.3306(b)-1, 31.3306(b)-2, 31.3401(a)-1, and 31.3401(a)-4 also issued under 26 U.S.C. 62.

AUTHORITY:Section 31.3121(b)(7)-2 also issued under 26 U.S.C. 3121(b)(7)(F).

AUTHORITY:Section 31.3121(b)(19)-1 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 31.3306(c)(18)-1 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 31.3401(a)(6)-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 31.3402(f)(1)-1 also issued under 26 U.S.C. 3402(m).

AUTHORITY:Section 31.3402(f)(5)-1 also issued under 26 U.S.C. 3402 (i) and (m).

AUTHORITY:Section 31.3402(n)-1 also issued under 26 U.S.C. 6001, 6011 and 6364.

AUTHORITY:Section 31.3402(r)-1 also issued under 26 U.S.C. 3402(p) and (r).

AUTHORITY:Sections 31.3406(a)-1 through 31.3406(i)-1 also issued under 26 U.S.C.3406(i).

AUTHORITY:Section 31.3406(j)-1 also issued under 26 U.S.C. 3406(i).

AUTHORITY:Section 31.6011(a)-3A is also issued under the authority of 26 U.S.C. 6011.

AUTHORITY:Section 31.6011(a)-4 also issued under 26 U.S.C. 6011.

AUTHORITY:Section 31.6051-1 also issued under 26 U.S.C. 6051.

AUTHORITY:Section 31.6051-2 also issued under 26 U.S.C. 6051.

AUTHORITY:Sections 31.6053-3 (b)(5), (h) and (j)(9) and 31.6053-4 are also issued under sec. 1072 of Pub. L. 98-369, 98 Stat. 1052; and 26 U.S.C. 6001.

Att - 7

AUTHORITY:Sections 31.6053-3T and 31.6053-4T are also issued under sec. 1072 of Pub. L. 98-369, 98 Stat. 1052; and 26 U.S.C. 6001.

AUTHORITY:Section 31.6071-1 also issued under 26 U.S.C. 6071.

AUTHORITY:Section 31.6071(a)-1A is also issued under the authority of 26 U.S.C. 6071.

AUTHORITY:Section 31.6081-1 also issued under 26 U.S.C. 6081.

AUTHORITY:Section 31.6205-2 is also issued under 26 U.S.C. 6205(a)(1).

AUTHORITY:Sections 31.6302-1 through 31.6302-3 also issued under 26 U.S.C. 6302 (a), (c), and (h).

AUTHORITY:Section 31.6302-4 also issued under 26 U.S.C. 6302 (a) and (c).

AUTHORITY:Section 31.6302(c)-2A is also issued under 26 U.S.C. 6302 and 6157(d).

AUTHORITY:Section 31.6302(c)-3 also issued under 26 U.S.C. 6302(h).

SOURCE: T.D. 6516, 25 FR 13032, Dec. 20, 1960; 25 FR 14021, Dec. 31, 1960, unless otherwise noted.

C. F. R. T. **26, Ch. I, Subch. C, Pt. 31,** Refs & Annos, CFR T. **26, Ch. I, Subch. C, Pt. 31,** Refs & Annos

Current through May 3, 2007; 72 FR 25177

Copr. © 2007 Thomson/West

END OF DOCUMENT