# ATTACHMENT

# 8

CFR T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos

Page 4

C.F.R. T. **26, Ch. I, Subch. F, Pt. 301,** Refs & Annos

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Treas. Reg. T. 26, Ch. I, Subch. F, Pt. 301, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
      Subchapter F. Procedure and Administration
        Part 301. Procedure and Administration

Editorial Note: In the text of this part, integral section references are to sections of the Internal Revenue Code of 1954; decimal section references are to the Code of Federal Regulations.

References in the text to the "Code" are references to sections of the Internal Revenue Code of 1954.

AUTHORITY: 26 U.S.C. 7805.

AUTHORITY:Section 301.6011-2 also issued under 26 U.S.C. 6011(e).

AUTHORITY:Section 301.6011-3 also issued under 26 U.S.C. 6011.

AUTHORITY:Section 301.6011-5T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 301.6033-4T also issued under 26 U.S.C. 6033.

AUTHORITY:Section 301.6036-1 also issued under 26 U.S.C. 6036.

AUTHORITY:Section 301.6037-2T also issued under 26 U.S.C. 6037.

AUTHORITY:Section 301.6050M-1 also issued under 26 U.S.C. 6050M.

AUTHORITY:Section 301.6061-1 also issued under 26 U.S.C. 6061.

AUTHORITY:Section 301.6081-2T also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 301.6103(c)-1 also issued under 26 U.S.C. 6103(c).

AUTHORITY:Section 301.6103(j)(1)-1 also issued under 26 U.S.C. 6103(j)(1).

AUTHORITY:Section 301.6103(j)(1)-1T also issued under 26 U.S.C. 6103(j)(1).

AUTHORITY:Section 301.6103(j)(5)-1 also issued under 26 U.S.C. 6103(j)(5).

AUTHORITY:Section 301.6103(k)(6)-1 also issued under 26 U.S.C. 6103(k)(6).

AUTHORITY:Section 301.6103(k)(6)-1T also issued under 26 U.S.C. 6103(k)(6).

AUTHORITY:Section 301.6103(k)(9)-1 also issued under 26 U.S.C. 6103(k)(9) and 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(l)-1 also issued under 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(l)(14)-1 also issued under 26 U.S.C. 6103(l)(14).

AUTHORITY:Section 301.6103(m)-1 also issued under 26 U.S.C. 6103(q).

AUTHORITY:Section 301.6103(n)-1 also issued under 26 U.S.C. 6103(n).

AUTHORITY:Section 301.6103(p)(2)(B)-1 also issued under 26 U.S.C. 6103(p)(2).

AUTHORITY:Section 301.6103(p)(2)(B)-1T also issued under 26 U.S.C. 6103(p)(2).

AUTHORITY:Sections 301.6103(p)(4)-1 and 301.6103(p)(7)-1T also issued under 26 U.S.C. 6103(p)(4) and (7) and (q).

AUTHORITY:Section 301.6104(a)-6(d) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(b)-1(d)(4) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(d)-1(d)(3)(i) is also issued under 5 U.S.C. 552.

AUTHORITY:Section 301.6104(d)-2 also issued under 26 U.S.C. 6104(d)(3).

AUTHORITY:Section 301.6104(d)-3 also issued under 26 U.S.C. 6104(d)(3).

AUTHORITY:Section 301.6104(d)-4 also issued under 26 U.S.C. 6104(e)(3).

AUTHORITY:Section 301.6104(d)-5 also issued under 26 U.S.C. 6104(e)(3).

AUTHORITY:Section 301.6109-1 also issued under 26 U.S.C. 6109 (a), (c), and (d).

AUTHORITY:Section 301.6109-3 also issued under 26 U.S.C. 6109.

AUTHORITY:Section 301.6111-1T also issued under 26 U.S.C. 6111.

AUTHORITY:Section 301.6111-2T also issued under 26 U.S.C. 6111(f)(4).

AUTHORITY:Section 301.6111-3T also issued under 26 U.S.C. 6111.

AUTHORITY:Section 301.6112-1T also issued under 26 U.S.C. 6112.

AUTHORITY:Section 301.6114-1 also issued under 26 U.S.C. 6114.

AUTHORITY:Section 301.6222(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(a)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6222(b)-3T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(a)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(b)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(b)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(c)-1T also issued under 26 U.S.C. 6223(c) and 6230 (i) and (k).

AUTHORITY:Section 301.6223(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(e)-2T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6223(f)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6223(g)-1T also issued under 26 U.S.C. 6223(g) and 6230 (i) and (k).

AUTHORITY:Section 301.6223(h)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6224(b)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(c)-1T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6224(c)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6224(c)-3T also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6226(a)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(b)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6226(f)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(a)(6)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(a)(7)-1 also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6231(a)(7)-2 also issued under 26 U.S.C. 6230 (i) and (k).

AUTHORITY:Section 301.6231(a)(12)-1T also issued under 26 U.S.C. 6230(k) and 6231(a)(12).

AUTHORITY:Section 301.6231(c)-1 also issued under 26 U.S.C. 6231(c)(1) and (3).

AUTHORITY:Section 301.6231(c)-2 also issued under 26 U.S.C. 6231(c)(1) and (3).

AUTHORITY:Section 301.6231(c)-3T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-4T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-5T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-6T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-7T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(c)-8T also issued under 26 U.S.C. 6230(k) and 6231(c).

AUTHORITY:Section 301.6231(d)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(e)-1T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(e)-2T also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6231(f)-1T also issued under 26 U.S.C. 6230 (i) and (k) and 6231(f).

AUTHORITY:Section 301.6233-1T also issued under 26 U.S.C. 6230(k) and 6233.

AUTHORITY:Section 301.6241-1T also issued under 26 U.S.C. 6241.

AUTHORITY:Section 301.6245-1T also issued under 26 U.S.C. 6245.

AUTHORITY:Section 301.6311-2 also issued under 26 U.S.C. 6311.

AUTHORITY:Section 301.6323(f)-(1)(c) also issued under 26 U.S.C. 6323(f)(3).

AUTHORITY:Section 301.6325-1T also issued under 26 U.S.C. 6326.

AUTHORITY:Section 301.6343-1 also issued under 26 U.S.C. 6343.

AUTHORITY:Section 301.6343-2 also issued under 26 U.S.C. 6343.

AUTHORITY:Section 301.6402-3 also issued under 95 Stat. 357 amending 88 Stat. 2351.

AUTHORITY:Section 301.6402-7 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 301.6404-2 also issued under 26 U.S.C. 6404.

AUTHORITY:Section 301.6404-3 also issued under 26 U.S.C. 6404(f)(3).

AUTHORITY:Section 301.6621-1 also issued under 26 U.S.C. 6230(k).

AUTHORITY:Section 301.6689-1T also issued under 26 U.S.C. 6689(a).

AUTHORITY:Section 301.7216-2, paragraphs (o) and (p) also issued under 26 U.S.C. 7216(b)(3).

AUTHORITY:Section 301.7502-1 also issued under 26 U.S.C. 7502.

AUTHORITY:Section 301.7502-1T also issued under 26 U.S.C. 7502(c).

AUTHORITY:Section 301.7502-2 also issued under 26 U.S.C. 7502.

AUTHORITY:Section 301.7507-1 also issued under 26 U.S.C. 597.

AUTHORITY:Section 301.7507-9 also issued under 26 U.S.C. 597.

AUTHORITY:Section 301.7508-1 also issued under 26 U.S.C. 7508(a)(1)(K).

AUTHORITY:Section 301.7508A-1 also issued under 26 U.S.C. 7508(a)(1)(K) and 7508A(a).

AUTHORITY:Section 301.7605-1 also issued under Section 6228(b) of the Technical and Miscellaneous Revenue Act of 1988.

AUTHORITY:Section 301.7624-1 also issued under 26 U.S.C. 7624.

AUTHORITY:Sections 301.7701(b)-1 through 301.7701(b)-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 301.7701(i)-1(g)(1) also issued under 26 U.S.C. 7701(i)(2)(D).

AUTHORITY:Section 301.7701(i)-4(b) also issued under 26 U.S.C. 7701(i)(3).

AUTHORITY:Section 301.9000-1 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-2 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-3 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-4 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-5 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9000-6 also issued under 5 U.S.C. 301 and 26 U.S.C. 6103(q) and 7804.

AUTHORITY:Section 301.9100-1T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-2T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-3T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 301.9100-4T also issued under 26 U.S.C. 168(f)(8)(G).

AUTHORITY:Section 301.9100-7T also issued under 26 U.S.C. 42, 48, 56, 83, 141, 142, 143, 145, 147, 165, 168, 216, 263, 263A, 448, 453C, 468B, 469, 474, 585, 616, 617, 1059, 2632, 2652, 3121, 4982, 7701; and under the Tax Reform Act of 1986, 100 Stat. 2746, sections 203, 204, 243, 311, 646, 801, 806, 905, 1704, 1801, 1802, and 1804.

AUTHORITY:Section 301.9100-8 also issued under 26 U.S.C. 1(i)(7), 41(h), 42(b)(2)(A)(ii), 42(d)(3), 42(f)(1), 42(g)(3), 42(i)(2)(B), 42(j)(5)(B), 121(d)(9), 142(i)(2), 165(l), 168(b)(2), 219(g)(4), 245(a)(10), 263A(d)(1), 263A(d)(3)(B), 263A(h), 460(b)(3), 643(g)(2), 831(b)(2)(A), 835(a), 865(f), 865(g)(3), 865(h)(2), 904(g)(10), 2056(b)(7)(c)(ii), 2056A(d), 2523(f)(6)(B), 3127, and 7520(a); the Technical and Miscellaneous Revenue Act of 1988, 102 Stat. 3324 [So in original; probably should read "102 Stat. 3342".], sections 1002(a)(23)(B), 1005(c)(11), 1006(d)(15), 1006(j)(1)(C), 1006(t)(18)(B), 1012(n)(3), 1014(c)(1), 1014(c)(2), 2004(j)(1), 2004(m)(5), 5012(e)(4), 6181(c)(2), and 6277; and under the Tax

Reform Act of 1986, 100 Stat. 2746, section 905(a).

AUTHORITY:Sections 301.9100-9T, 301.9100-10T and 301.9100-11T also issued under 26 U.S.C. 1103 (g) and (h) and 6158(a).

AUTHORITY:Sections 301.9100-13T, 301.9100-14T and 301.9100-15T also issued under 26 U.S.C. 108(d)(8) and 1017(b)(3)(E).

AUTHORITY:Section 301.9100-16T also issued under 26 U.S.C. 463(d).

SOURCE: 32 FR 15241, Nov. 3, 1967, unless otherwise noted.

C. F. R. T. **26, Ch. I, Subch. F, Pt. 301**, Refs & Annos, CFR T. **26, Ch. I, Subch. F, Pt. 301**, Refs & Annos

Current through May 3, 2007; 72 FR 25177

Copr. © 2007 Thomson/West

END OF DOCUMENT