IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; and FAIRBANKS NORTH STAR BOROUGH;<br><br>   Defendants. | Case No. 3:05-cv-0123-RRB<br><br>**ORDER REGARDING**<br>**PENDING MOTIONS** |

  At Docket 139 is Plaintiff United States of America ("Plaintiff") with a Motion for Summary Judgment. Plaintiff argues it is entitled to summary judgment pursuant to Fed. R. Civ. P. 56. More specifically, Plaintiff contends there are no genuine issues of material fact as to whether: (1) Defendants Donald L. Hymes and Rita M. Hymes (hereinafter collectively referred to as "Defendants") are indebted to Plaintiff for unpaid assessed tax, penalties, and interest, plus additional unassessed penalties and interest as provided by law; and (2) Plaintiff is entitled to

foreclose its federal tax liens upon the real property of Defendants.[1]  The motion is virtually unopposed at Docket 158.

"As a threshold matter, the court will not consider the discredited arguments frequently used by tax protestors and consistently rejected by the Ninth Circuit."[2]  Indeed, "[a]ll of [Defendants'] challenges to this action based on constitutional grounds and subject matter jurisdiction grounds are wholly without merit."[3]  As a result, and for good cause shown ( see also In Re Hicks, 241 B.R. 456, 459 (D. Ariz. 1999)), Plaintiff's Motion for Summary Judgment at **Docket 139** is hereby **GRANTED** and the motions at **Dockets 144, 153,** and **155** are hereby **DENIED**.

ENTERED this 16th day of January, 2008.

                                  S/RALPH R. BEISTLINE
                                  UNITED STATES DISTRICT JUDGE

---

[1]   Docket 139 at 2.

[2]   U.S. v. Wilfley, 1997 WL 685283, *4 (D. Or. 1997)(emphasis added).

[3]   Id.