Rita MariNa Hymes
Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

RECEIVED JAN 23 2008 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

**Motion for Reconsideration for Docket 153**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion for Reconsideration for Docket 153 under the law of necessity Pleading into a territorial (legislative, but not Article I) court with docket 153, with public record attachments incorporated, of which this court, the United States District Court ("USDC"), shall take judicial Notice

And further, giving judicial Notice to Judge Ralph R. Beistline (Beistline) that the Hymes have filed their Pleading *only* into a District Court of the United States arising under Article III of the Federal Constitution in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States.

The Hymes incorporate into this Motion for Reconsideration for specifically Docket 153 with all attachments that Beistline (a mere employee under Form 61) transfer this instant Case with a Judge of the United States appointed arising under Article II section 2 clause 2 of the Federal Constitution; and, into a District Court of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States *from* the United States District Court under the "laws of Congress", which created a bastardized territorial court in 28 U.S.C. § 132, which precludes all judicial Power of the United States under the Authority of the United States arising under Article III being merely statutory at best.

Either the Hymes have constitutionally secured rights to have a constitutional court secured in the Federal Constitution or not. If Beistline denies the Hymes this right and demand, therefore holding that the Hymes are precluded from the protections of the Federal Constitution, the Declaration of Independence, the Article of Confederation and the Bill of Rights to this territorial court, i.e. United States District Court.

And further, the Hymes are NOT "citizens of the United States" as found in 42 U.S.C. § 1981, § 1982 and § 1988 Title XXIV of the Revised Statutes of 1878 to have the same rights as "enjoyed by white citizens" of which the Hymes are "white citizens"; and, these "citizens of the United States" are "taxpayers" under 28 U.S.C. § 6012 and 26 CFR § 1.6012-1 under "laws of Congress" and not the Laws of the United States arising under Article VI of the Federal Constitution.

### Law of Congress that Mandates every Individual to File an Individual Income Tax Return

The cases that pronounce or hold that "taxpayers", i.e. Individuals, must file Returns is posited in 26 U.S.C. § 6012, but this duty is not required to be disclosed to a person indicted, to

wit: *United States v. Vroman*, 975 F.2d 669, 670-671 (9th Cir. 1992); *United States v. Hicks*, 947 F.2d 1356, 1360 (9th Cir. 1991); *United States v. Bower*, 920 F.2d 220, 222 (4th Cir. 1990); *United States v. Drefke*, 707 F.2d 978, 981 (8th Cir. 1983); *United States v. Kahl*, 583 F.2d 1351, 1355 (5th Cir. 1978); *United States v. Spine*, 945 F.2d 143, 149 (6th Cir. 1991); *United States v. Stierhoff*, 500 F.Supp. 2d 55, 62-63 (D. R.I. 2007); *United States v. Washington*, 947 F.Supp. 87, 91 (S.D. N.Y.1996); Case and other unpublished Cases such as *United States v. Gaumer*, 27 F.3d 568, 572 (6th Cir. 1994); and in the Case 1-06-cr-42 in the USDC for the District of Rhode Island of UNITED STATES OF AMERICA v. Neil Stierhoff Docket 89 pages 5-6 under the signatures of the Department of Justice John N. Kane and Thomas G. Voracek and Docket 101 pages 10-11 under the signature of USDC Judge Mary M. Lisi.

My Hand,

My Hand,

CERTIFICATE OF SERVICE

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: January 23, 2008

Rita Marina Hymes