# ATTACHMENT

7



2 of 4
2008-002848-0





3 of 4

2008-002848-0

United State of America )
State of Alaska ) ss

THIS IS TO CERTIFY that the foregoing is a full, true and correct copy of the document as it appears in the records and files of my office.

IN THE WITNESS WHEREOF I have hereto set my hand and have affixed my official seal at Fairbanks, Alaska.
this 19th day of February, 2008,
by ____________________
Recorder II