# ATTACHMENT

# 11

**27 CFR Sec. 31.110**

**Effective: April 15, 2005**

Code of Federal Regulations Currentness
  Title 27. Alcohol, Tobacco Products and Firearms
    Chapter 1. Alcohol and Tobacco Tax and Trade Bureau, Department of the Treasury (Refs & Annos)
      Subchapter A. Alcohol (Refs & Annos)
        Part 31. Alcohol Beverage Dealers (Refs & Annos)
          Subpart H. Payment of Special Tax
          Special Tax Return, Form 5630.5

### § 31.110 Interest on unpaid tax.

(a) General. Interest is due on unpaid special tax from the date the tax was required to be paid to the date paid. interest shall be charged for each day at the rate prescribed by law in effect on that day.

(b) Adjusted interest rates. Adjusted interest rates are announced by the Commissioner of Internal Revenue not later than October 15 of any year, in accordance with variations in the prime interest rate during September of that year, as prescribed by 26 U.S.C. 6621(b). The appropriate TTB officer will provide information, when requested, regarding interest rates applicable to specific time periods.

(Authority: Sec. 7, Pub.L. 96-625, 88 Stat. 2114 as amended (26 U.S.C. 6621); 68A Stat. 817 (26 U.S.C. 6601))

[T.D. ATF-24, 41 FR 5103, Feb. 4, 1976; 41 FR 6068, Feb. 11, 1976; T.D. ATF-70, 45 FR 33980, May 21, 1980; T.D. ATF-116, 47 FR 51571, Nov. 16, 1982; T.D. TTB-25, 70 FR 19884, April 15, 2005]

SOURCE: 25 FR 6270, July 2, 1960; 40 FR 16835, April 15, 1975; T.D. ATF-249, 52 FR 5962, Feb. 27, 1987; T.D. ATF-271, 53 FR 17552, May 17, 1988; T.D. ATF-398, 63 FR 44783, Aug. 21, 1998; T.D. ATF-470, 66 FR 58943, Nov. 26, 2001; T.D. ATF-487, 68 FR 3747, Jan. 24, 2003; T.D. TTB-8, 69 FR 3829, Jan. 27, 2004; T.D. TTB-25, 70 FR 19884, April 15, 2005; T.D. TTB-36, 70 FR 62247, Oct. 31, 2005, unless otherwise noted.

AUTHORITY: 26 U.S.C. 5001, 5002, 5111-5114, 5116, 5117, 5121-5124, 5142, 5143, 5145, 5146, 5148, 5206, 5207, 5301, 5352, 5555, 5613, 5681, 5691, 6001, 6011, 6061, 6065, 6071, 6091, 6109, 6151, 6311, 6314, 6402, 6511, 6601, 6621, 6651, 6657, 7011, 7805.

27 C. F. R. § 31.110, 27 CFR § 31.110

Current through February 14, 2008; 73 FR 8785

Copr. © 2008
Thomson/West

END OF DOCUMENT