# ATTACHMENT

# 13

Case 3:05-cv-00123-RRB   Document 165-14   Filed 02/26/2008   Page 1 of 2

**Effective: March 31, 2006**

Code of Federal Regulations Currentness
 Title 27. Alcohol, Tobacco Products and Firearms
  Chapter I. Alcohol and Tobacco Tax and Trade Bureau, Department of the Treasury (Refs & Annos)
   Subchapter F. Procedures and Practices
    Part 70. Procedure and Administration (Refs & Annos)
     Subpart D. Collection of Excise and Special (Occupational) Tax (Refs & Annos)
      Interest

### § 70.94 Interest compounded daily.

(a) General rule. Effective for interest accruing after December 31, 1982, in computing the amount of any interest required to be paid under any provision of 26 U.S.C. or under 28 U.S.C. 1961(c)(1) or 2411, by the appropriate TTB officer or by the taxpayer, or in computing any other amount determined by reference to such amount of interest, or by reference to the interest rate established under 26 U.S.C. 6621, such interest or such other amount shall be compounded daily by dividing such rate of interest by 365 (366 in a leap year) and compounding such daily interest rate each day.

(b) Applicability to unpaid amounts on December 31, 1982. The unpaid interest (or other amount) that shall be compounded daily includes the interest (or other amount) accrued but unpaid on December 31, 1982.

(Authority: 26 U.S.C. 6622)

[T.D. ATF-301, 55 FR 47614, Nov. 14, 1990; T.D. ATF-450, 66 FR 29022, May 29, 2001; T.D. TTB-44, 71 FR 16959, April 4, 2006]

SOURCE: T.D. ATF-6, 38 FR 32445, Nov. 26, 1973; 52 FR 5961, Feb. 27, 1987; 52 FR 19314, May 22, 1987; T.D. ATF-251, 52 FR 19314, May 22, 1987; 55 FR 47605, Nov. 14, 1990; T.D. ATF-301, 55 FR 47611, Nov. 14, 1990; 57 FR 40327, Sept. 3, 1992; T.D. ATF-376, 61 FR 31030, June 19, 1996; T.D. ATF-379, 61 FR 31426, June 20, 1996, unless otherwise noted.

AUTHORITY: 5 U.S.C. 301 and 552; 26 U.S.C. 4181, 4182, 5146, 5203, 5207, 5275, 5367, 5415, 5504, 5555, 5684(a), 5741, 5761(b), 5802, 6020, 6021, 6064, 6102, 6155, 6159, 6201, 6203, 6204, 6301, 6303, 6311, 6313, 6314, 6321, 6323, 6325, 6326, 6331-6343, 6401-6404, 6407, 6416, 6423, 6501-6503, 6511, 6513, 6514, 6532, 6601, 6602, 6611, 6621, 6622, 6651, 6653, 6656-6658, 6665, 6671, 6672, 6701, 6723, 6801, 6862, 6863, 6901, 7011, 7101, 7102, 7121, 7122, 7207, 7209, 7214, 7304, 7401, 7403, 7406, 7423, 7424, 7425, 7426, 7429, 7430, 7432, 7502, 7503, 7505, 7506, 7513, 7601-7606, 7608-7610, 7622, 7623, 7653, 7805.

27 C. F. R. § 70.94, 27 CFR § 70.94

Current through February 14, 2008; 73 FR 8785

Copr. © 2008
Thomson/West

END OF DOCUMENT