ATTACHMENT

18

**27 CFR § 70.147**

**Effective: [See Text Amendments]**

Code of Federal Regulations Currentness
    Title 27. Alcohol, Tobacco Products and Firearms
        Chapter I. Alcohol and Tobacco Tax and Trade
        Bureau, Department of the Treasury (Refs &
        Annos)
            Subchapter F. Procedures and Practices
                Part 70. Procedure and Administration
                (Refs & Annos)
                    Subpart D. Collection of Excise and
                    Special (Occupational) Tax (Refs &
                    Annos)
                        Lien for Taxes

### § 70.147 Priority of interest and expenses.

(a) In general. If the lien imposed by 26 U.S.C. 6321
is not valid as against another lien or security interest,
the priority of the other lien or security interest also
extends to each of the following items to the extent
that under local law the item has the same priority as
the lien or security interest to which it relates:

(1) Any interest or carrying charges (including
finance, service, and similar charges) upon the
obligation secured.

(2) The reasonable charges and expenses of an
indenture trustee (including, for example, the
trustee under a deed of trust) or agent holding the
security interest for the benefit of the holder of
the security interest.

(3) The reasonable expenses, including
reasonable compensation for attorneys, actually
incurred in collecting or enforcing the obligation
secured.

(4) The reasonable costs of insuring, preserving,
or repairing the property to which the lien or
security interest relates.

(5) The reasonable costs of insuring payment of
the obligation secured (including amounts paid
by the holder of the security interest for
mortgage insurance, such as that issued by the

Federal Housing Administration), and

(6) Amounts paid to satisfy any lien on the
property to which the lien or security interest
relates, but only if the lien so satisfied is entitled
to priority over the lien imposed by 26 U.S.C.
6321.

(b) Collection expenses. The reasonable expenses
described in paragraph (a)(3) of this section include
expenditures incurred by the protected holder of the
lien or security interest to establish the priority of the
holder's interest or to collect, by foreclosure or
otherwise, the amount due the holder from the
property subject to the protected holder's lien.
Accordingly, the amount of the encumbrance which
is protected is increased by the amounts so expended
by the holder of the security interest.

(c) Costs of insuring, preserving, etc. The reasonable
costs of insuring, preserving, or repairing described
in paragraph (a)(4) of this section include
expenditures by the holder of a security interest for
fire and casualty insurance on the property subject to
the security interest and amounts paid by the holder
of the lien or security interest to repair the property.
Such reasonable costs also include the amounts paid
by the holder of the lien or security interest in a
leasehold to the lessor of the leasehold to preserve the
leasehold subject to the lien or security interest.
Accordingly, the amount of the lien or security
interest which is protected is increased by the
amounts so expended by the holder of the lien or
security interest.

(d) Satisfaction of liens. The amounts described in
paragraph (a)(6) of this section include expenditures
incurred by the protected holder of a lien or security
interest to discharge a statutory lien for State sales
taxes on the property subject to the lien or security
interest if both the lien or security interest and the
sales tax lien have priority over a Federal tax lien.
Accordingly, the amount of the lien or security
interest is increased by the amounts so expended by
the holder of the lien or security interest even though
under local law the holder of the lien or security
interest is not subrogated to the rights of the holder of
the State sales tax lien. However, if the holder of the
lien or security interest is subrogated within the
meaning of § 70.144(b) of this part to the rights of
the holder of the sales tax lien, the holder of the lien

or security interest will also be entitled to any
additional protection afforded by 26 U.S.C.
6323(i)(2)

(Authority: 26 U.S.C. 6323).

[T.D. ATF-301, 55 FR 47618, Nov. 14, 1990]

SOURCE: T.D. ATF-6, 38 FR 32445, Nov. 26, 1973;
52 FR 5961, Feb. 27, 1987; 52 FR 19314, May 22,
1987; T.D. ATF-251, 52 FR 19314, May 22, 1987;
55 FR 47605, Nov. 14, 1990; T.D. ATF-301, 55 FR
47611, Nov. 14, 1990; 57 FR 40327, Sept. 3, 1992;
T.D. ATF-376, 61 FR 31030, June 19, 1996; T.D.
ATF-379, 61 FR 31426, June 20, 1996, unless
otherwise noted.

AUTHORITY: 5 U.S.C. 301 and 552; 26 U.S.C.
4181, 4182, 5146, 5203, 5207, 5275, 5367, 5415,
5504, 5555, 5684(a), 5741, 5761(b), 5802, 6020,
6021, 6064, 6102, 6155, 6159, 6201, 6203, 6204,
6301, 6303, 6311, 6313, 6314, 6321, 6323, 6325,
6326, 6331-6343, 6401-6404, 6407, 6416, 6423,
6501-6503, 6511, 6513, 6514, 6532, 6601, 6602,
6611, 6621, 6622, 6651, 6653, 6656-6658, 6665,
6671, 6672, 6701, 6723, 6801, 6862, 6863, 6901,
7011, 7101, 7102, 7121, 7122, 7207, 7209, 7214,
7304, 7401, 7403, 7406, 7423, 7424, 7425, 7426,
7429, 7430, 7432, 7502, 7503, 7505, 7506, 7513,
7601-7606, 7608-7610, 7622, 7623, 7653, 7805.

27 C. F. R. § 70.147, 27 CFR § 70.147

Current through February 14, 2008; 73 FR 8785

Copr. © 2008
Thomson/West

END OF DOCUMENT