ATTACHMENT

23

27 CFR § 70.233

Effective: [See Text Amendments]

Code of Federal Regulations Currentness
  Title 27. Alcohol, Tobacco Products and Firearms
   Chapter I. Alcohol and Tobacco Tax and Trade Bureau, Department of the Treasury (Refs & Annos)
    Subchapter F. Procedures and Practices
     Part 70. Procedure and Administration (Refs & Annos)
      Subpart D. Collection of Excise and Special (Occupational) Tax (Refs & Annos)
       Limitations
        Limitations on Liens

### § 70.233 Protection for real property construction or improvement financing agreements.

(a) In general. Even though a notice of a lien imposed by 26 U.S.C. 6321 is filed in accordance with § 70.148 of this part, the lien is not valid with respect to a security interest which:

(1) Comes into existence after the tax lien filing;

(2) Is on qualified property covered by the terms of a real property construction or improvement financing agreement entered into before the tax lien filing; and

(3) Is protected under local law against a judgment lien arising, as of the time of tax lien filing, out of an unsecured obligation.

For purposes of this section it is immaterial that the holder of the security interest had actual notice or knowledge of the lien at the time disbursements are made pursuant to such an agreement. See § 70.143 (a) and (c) of this part for general definitions of the terms "security interest" and "tax lien filing." For purposes of this section, a judgment lien is a lien held by a judgment lien creditor as defined in § 70.143(g) of this part.

(b) Real property construction or improvement financing agreement. For purposes of this section, the term "real property construction or improvement financing agreement" means any written agreement to make cash disbursements (whether or not at the option of the party agreeing to make such disbursements):

(1) To finance the construction, improvement, or demolition of real property if the agreement provides for a security interest in the real property with respect to which the construction, improvement, or demolition has been or is to be made;

(2) To finance a contract to construct or improve, or demolish real property if the agreement provides for a security interest in the proceeds of the contract; or

(3) To finance the raising or harvesting of a farm crop or the raising of livestock or other animals if the agreement provides for a security interest in any property subject to the lien imposed by 26 U.S.C. 6321 at the time of tax lien filing, in the crop raised or harvested, or in the livestock or other animals raised.

For purposes of paragraphs (b) (1) and (2) of this section, construction or improvement may include demolition. For purposes of any agreement described in paragraph (b)(3) of this section, the furnishing of goods and services is treated as the disbursement of cash.

(c) Qualified property. For purposes of this section, the term "qualified property" includes only:

(1) In the case of an agreement described in paragraph (b)(1) of this section, the real property with respect to which the construction or improvement has been or is to be made;

(2) In the case of an agreement described in paragraph (b)(2) of this section, the proceeds of the contract to construct or improve real property; or

(3) In the case of an agreement described in paragraph (b)(3) of this section, property subject

to the lien imposed by 26 U.S.C. 6321 at the time of tax lien filing, the farm crop raised or harvested, or the livestock or other animals raised.

(Authority: 26 U.S.C. 6323)

[T.D. ATF-301, 55 FR 47645, Nov. 14, 1990]

SOURCE: T.D. ATF-6, 38 FR 32445, Nov. 26, 1973; 52 FR 5961, Feb. 27, 1987; 52 FR 19314, May 22, 1987; T.D. ATF-251, 52 FR 19314, May 22, 1987; 55 FR 47605, Nov. 14, 1990; T.D. ATF-301, 55 FR 47611, Nov. 14, 1990; 57 FR 40327, Sept. 3, 1992; T.D. ATF-376, 61 FR 31030, June 19, 1996; T.D. ATF-379, 61 FR 31426, June 20, 1996, unless otherwise noted.

AUTHORITY: 5 U.S.C. 301 and 552; 26 U.S.C. 4181, 4182, 5146, 5203, 5207, 5275, 5367, 5415, 5504, 5555, 5684(a), 5741, 5761(b), 5802, 6020, 6021, 6064, 6102, 6155, 6159, 6201, 6203, 6204, 6301, 6303, 6311, 6313, 6314, 6321, 6323, 6325, 6326, 6331-6343, 6401-6404, 6407, 6416, 6423, 6501-6503, 6511, 6513, 6514, 6532, 6601, 6602, 6611, 6621, 6622, 6651, 6653, 6656-6658, 6665, 6671, 6672, 6701, 6723, 6801, 6862, 6863, 6901, 7011, 7101, 7102, 7121, 7122, 7207, 7209, 7214, 7304, 7401, 7403, 7406, 7423, 7424, 7425, 7426, 7429, 7430, 7432, 7502, 7503, 7505, 7506, 7513, 7601-7606, 7608-7610, 7622, 7623, 7653, 7805.

27 C. F. R. § 70.233, 27 CFR § 70.233

Current through February 14, 2008; 73 FR 8785

Copr. © 2008 Thomson/West

END OF DOCUMENT