
Case 3:05-cv-00123-RRB   Document 165-26   Filed 02/26/2008   Page 1 of 1

The United States of America

The United States



FEB 2 6 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

District Court of the United States

District of Alaska

**UNITED STATES OF AMERICA**

*Plaintiff*

v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

**A05-123-CV (RRB)**

**ORDER**

It is hereby ORDERED that this instant Case is Dismissed with Prejudice.

_____
Judge's Signature