## Declaration of Donald Louis Hymes

I, Donald Louis Hymes, pursuant to 28 U.S.C. § 1746, hereby declare that:

RECEIVED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have only been filing Pleadings into the District Court of the United States as evidenced by the headings.

4. I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.

5. I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.

6. I have filed into the public record my political status, citizenship and allegiance as evidenced by the attachment to this document.

7. I am not a "citizen of the United States".

8. I have relied upon the Congress' statutory scheme.

9. I declare under the penalty of perjury that the foregoing facts in this Declaration and this document are true and correct.

Executed on this 26th day of February, 2008

My Hand

*Donald Louis Hymes*