**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case Number 3:05-cv-00123-RRB

DONALD L. HYMES; RITA M.
HYMES; AURORA TRUST, ZENA D.
HYMES and CHARLA HYMES,
TRUSTEES; SUNSHINE TRUST,
RITA M. HYMES, TRUSTEE; ZENA
D. HYMES; CHARLA HYMES; and
FAIRBANKS NORTH STAR BOROUGH
    Defendant.

**JUDGMENT IN A CIVIL CASE**

_XX_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Donald L Hymes is indebted to the United States for unpaid federal tax liabilities in the amount of $234,320.79 plus additional interest and penalties accruing from September 14, 2007 until paid.  That Rita M. Hymes is indebted to the United States for unpaid tax liabilities in the amount of $28,580.29, plus additional interest and penalties accruing from September 14, 2007 until paid.  That the United States has valid and subsisting federal tax liens, and is entitled to foreclose its federal tax liens upon the real property of defendants.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: March 3, 2008

[305-CV-123-RRB JUDGMENT.wpd]{JMT2.WPT*Rev.3/03}

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court