The United States of America

The United States

District Court of the United States

District of Alaska

**UNITED STATES OF AMERICA**

*Plaintiff*

v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

ORDER

It is hereby ORDERED that this instant Case is Dismissed WITH PREJUDICE.

Date:_____

_____

Judge's Signature