# ATTACHMENT

# A

RECEIVED

MAR 10 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>DONALD L. HYMES; RITA M. HYMES; )<br>AURORA TRUST, ZENA D. HYMES )<br>AND CHARLA HYMES TRUSTEES; )<br>SUNSHINE TRUST, RITA M. HYMES )<br>TRUSTEE; ZENA D. HYMES; CHARLA )<br>HYMES; AND FAIRBANKS NORTH )<br>STAR BOROUGH )<br><br>Defendants. )<br>_____ ) | Civil No. A05-0123 CV (RRB)<br><br>UNITED STATES' RESPONSE TO<br>DEFENDANTS' FIRST SET OF<br>REQUESTS FOR ADMISSION |

Plaintiff the United States of America, by and through its undersigned counsel, hereby

submits the following responses to the first set of requests for admission issued by defendants

2262255.1

- 2 -

Donald L. Hymes and Rita M. Hymes (defendants).

At the outset, the United States objects to each and every request on the ground that it is not relevant to the issues in this case nor reasonably calculated to lead to the discovery of admissible evidence permitted by Federal Rule of Civil Procedure 26.  Consequently, each and every request seeks information that is irrelevant and beyond the scope of discovery permitted by Federal Rule of Civil Procedure 26.  Further objections to each request are noted below:

1.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

2.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

3.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

4.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

5.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

6.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

7.  The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

2262255.1

- 3 -

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. Without

waiving or in any way limiting any objection the United States has or might have to this request,

the United States denies the request.

8. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

9. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

10. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

11. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

12. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and/or asks the United States for an

interpretation of a document that speaks for itself. Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that, in

general, the Internal Revenue Service is an agency subject to the provisions of the Freedom of

Information Act, 5 U.S.C. § 552.

13. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law. The United States further objects to this

2262255.1

- 4 -

request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

14. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that the Treasury Regulation cited therein references the Freedom of Information Act, 5 U.S.C. § 552.

15. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that Part 601 of Title 26 of the Code of Federal Regulations is entitled "Statement of Procedural Rules."

16. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that Part 301 of Title 26 of the Code of Federal Regulations is entitled "Procedure and Administration."



17. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that

- 5 -

income tax regulations are found in Part 1 of Title 26 of the Code of Federal Regulations, estate

tax regulations are found in Part 20 of Title 26 of the Code of Federal Regulations, and

employment tax regulations are found in Part 31 of Title 26 of the Code of Federal Regulations.

18. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself. Accordingly, the request is incapable of being

answered as written.

19. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself. Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that

income tax regulations are found in Part 1 of Title 26 of the Code of Federal Regulations.

20. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself. Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that estate

tax regulations are found in Part 20 of Title 26 of the Code of Federal Regulations.

21. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and asks the United States for an

interpretation of a document that speaks for itself. Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits that

2262255.1

- 6 -

employment tax regulations are found in Part 31 of Title 26 of the Code of Federal Regulations.

22.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

23.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

24.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

25.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

26.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

27.  The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

28.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

29.  The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

- 7 -

30. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and contains an inaccurate statement of the law. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

31. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

32. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States notes that Forms 4340, reflecting proper assessments in this case, were produced to defendants on January 5, 2007.

33. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks



- 8 -



for itself, and contains an inaccurate and incomplete statement of the law. Accordingly, the request is incapable of being answered as written.

34.   The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate statement of the law. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

35.   The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

- 9 -

36. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

37. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate and incomplete statement of the law.  Accordingly, the request is incapable of being answered as written.

38. The United States further objects to this request on the ground that it improperly seeks a conclusion of law, asks the United States for an interpretation of a document that speaks for itself, and contains an inaccurate and incomplete statement of the law.  Accordingly, the request is incapable of being answered as written.

39. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

- 10 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies the request.

40. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks an opinion, contention, or conclusion of law, and/or asks the United States for an interpretation of a document that speaks for itself. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies the request.

41. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

42. The United States admits that defendants are United States citizens.

43. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

2262255.1

- 11 -

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it is vague, ambiguous, and utterly

unintelligible; thus, it is incapable of being answered.

44.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it is vague, ambiguous, overbroad,

and utterly unintelligible; thus, it is incapable of being answered.

45.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it is vague, ambiguous, overbroad,

and utterly unintelligible; thus, it is incapable of being answered.

- 12 -

46. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

47. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

48. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

2262255.1

- 13 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it improperly seeks an opinion,

contention, or conclusion of law.  The United States further objects to this request on the ground

that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

49.  The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and/or asks the United States for an

interpretation of a document that speaks for itself.  The United States further objects to this

request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable

of being answered.

50.  The United States further objects to this request on the ground that it improperly

seeks a conclusion of law, asks the United States for an interpretation of a document that speaks

for itself, and contains an inaccurate and incomplete statement of the law.  Accordingly, the

request is incapable of being answered as written.

51.  The United States further objects to this request on the ground that it improperly

seeks a conclusion of law, asks the United States for an interpretation of a document that speaks

for itself, and contains an inaccurate and incomplete statement of the law.  Accordingly, the

request is incapable of being answered as written.

52.  The United States further objects to this request on the ground that it is vague,

ambiguous, overbroad, and utterly unintelligible; thus, it is incapable of being answered.

53.  The United States further objects to this request on the ground that it improperly

seeks a conclusion of law, asks the United States for an interpretation of a document that speaks

2262255.1

- 14 -

for itself, and contains an inaccurate and incomplete statement of the law. The United States

further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly

unintelligible; thus, it is incapable of being answered.

54. The United States further objects to this request on the ground that it improperly

seeks a conclusion of law, and contains an incomplete statement of the law. The United States

further objects to this request on the ground that it is vague, ambiguous, overbroad, and utterly

unintelligible; thus, it is incapable of being answered.

55. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law, asks the United States for an interpretation of a document that speaks for itself, and

contains an inaccurate statement of the law. The United States further objects to this request on

the ground that it is vague, ambiguous, overbroad, and utterly unintelligible; thus, it is incapable

of being answered.

56. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

- 15 -

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law, asks the United States for an interpretation of a document that speaks for itself, and

contains an inaccurate statement of the law.  The United States further objects to this request on

the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being

answered.

57.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it is vague, ambiguous, and utterly

unintelligible; thus, it is incapable of being answered.

58.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

- 16 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. Without waiving or in any way limiting any objection the United States has or might

have to this request, the United States denies the request.

59. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection

the United States has or might have to this request, the United States admits that defendants are

domiciled in the State of Alaska.

60. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

- 17 -

United States further objects to this request on the ground that it improperly seeks a conclusion

of law.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

61.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it is vague, ambiguous, and

difficult to comprehend.  Without waiving or in any way limiting any objection the United States

has or might have to this request, the United States denies that Michael Walsh is not properly

employed by the Internal Revenue Service.

62.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it is vague, ambiguous, and

difficult to comprehend.  Without waiving or in any way limiting any objection the United States

2262255.1

- 18 -

has or might have to this request, the United States admits that Michael Walsh is an employee of

the United States government by virtue of his employment with the Internal Revenue Service.

63.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

64.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

65.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

66.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26.  In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts.  The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

67.  The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Case 3:05-cv-00123-RRB    Document 172-3    Filed 03/10/2008    Page 20 of 30

- 19 -

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies that J. Pruett is not properly employed by the Internal Revenue Service. *based on what*

68. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that J. Pruett is an employee of the United States government by virtue of his or her employment with the Internal Revenue Service.

69. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

70. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

2262255.1

- 20 -

71. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

72. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

73. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States denies that D. Coulter is not properly employed by the Internal Revenue Service.

2262255.1

- 21 -

74. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it is vague, ambiguous, and difficult to comprehend. Without waiving or in any way limiting any objection the United States has or might have to this request, the United States admits that D. Coulter is an employee of the United States government by virtue of his or her employment with the Internal Revenue Service.

75. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

76. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

77. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

78. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

- 22 -

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

79. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it is vague, ambiguous, and

difficult to comprehend. Without waiving or in any way limiting any objection the United States

has or might have to this request, the United States denies that Jennifer D. Auchterlonie is not

properly employed by the United States Department of Justice.

80. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it is vague, ambiguous, and

- 23 -

difficult to comprehend.  Without waiving or in any way limiting any objection the United States

has or might have to this request, the United States admits that Jennifer D. Auchterlonie is an

employee of the United States government by virtue of her employment with the United States

Department of Justice.

81.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

82.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

83.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

*yes*  84.  The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and/or asks the United States for an

interpretation of a document that speaks for itself.  Without waiving or in any way limiting any

objection the United States has or might have to this request, the United States admits the

request.

85.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

86.  The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

*Not*  87.  The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law.  The United States further objects to this

*you ought to know whether you have the right or not*

2262255.1

- 24 -

request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable

of being answered.

88. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and/or asks the United States for an

interpretation of a document that speaks for itself. The United States further objects to this

request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable

of being answered.

89. The United States further objects to this request on the ground that it improperly

seeks an opinion, contention, or conclusion of law, and/or asks the United States for an

interpretation of a document that speaks for itself. The United States further objects to this

request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable

of being answered.

90. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

- 25 -

91. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

92. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

93. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

2262255.1

- 26 -

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

94. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

United States further objects to this request on the ground that it improperly seeks a conclusion

of law. The United States further objects to this request on the ground that it is vague,

ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

95. The United States further objects to this request on the ground that it contains

argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and

oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this

matter, the news media, and the public, all in violation of the principles expressed in Federal

Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn,

tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The

2262255.1

- 27 -

United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

96. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

97. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

- 28 -

98. The United States further objects to this request on the ground that it contains argumentative, scandalous, indecent, and impertinent matter calculated to annoy, embarrass, and oppress the United States in the eyes of the Court, the ultimate fact finder at the trial of this matter, the news media, and the public, all in violation of the principles expressed in Federal Rules of Civil Procedure 7(b)(2), 11, 12(f), and 26. In particular, the request contains shopworn, tax-protestor rhetoric that has been unequivocally and repeatedly rejected by the courts. The United States further objects to this request on the ground that it improperly seeks a conclusion of law. The United States further objects to this request on the ground that it is vague, ambiguous, and utterly unintelligible; thus, it is incapable of being answered.

DATED this 26th day of February, 2007.

NELSON P. COHEN
United States Attorney

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Telephone: (202) 514-9593
Facsimile: (202) 307-0054

2262255.1

- 29 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION was served

by regular U.S. mail on the following parties:

```
Donald L. Hymes
Rita M. Hymes
2340 Ravenwood
Fairbanks, Alaska 99709
```

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov

2262255.1