State of Alaska )
) ss.
The United States of America )



### Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) that the preceding facts and the following facts are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to the facts contained herein this document.

3. I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.

4. I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.

5. I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.

6. I am not a "citizen of the United States.

7. I have relied upon the Congress' statutory scheme.

8. The true identities of the "UNITED STATES OF AMERICA" and "United States" have never been disclosed to me as to who the "real party of interest" is, even though I have attempted to force both of them to disclose who/what they are.

9. The Complaint in this instant Case is in the Name of "UNITED STATES OF AMERICA" but in Beistline's ORDER of Docket 170 Beistline mandates the payment of

money to "United States" which is not listed as a "real party of interest" in the title of the Complaint.

My Hand,

*Donald Lewis Hyman*

Sworn and subscribed before me a Notary Public in and for the State on Alaska on _____ March 10, 2008

My Commission expires on 7-24-2010.


STATE OF ALASKA
NOTARY PUBLIC
Kim Swenson

_Kim Swenson_
Signature of Notary Public