Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

RECEIVED
MAR 1 1 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*
v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)


MOTION FOR

EXPEDITED CONSIDERATION

FOR STAY OF EXECUTION OF

'UNITED STATES' ORDER OF FORECLOSURE AND JUDICIAL SALE'

AND

'JUDGMENT IN A CIVIL CASE'

Under Rules 62(b) and 62(c)


Come now the Defendants, Donald Louis Hymes and Rita MariNa Hymes and ask that this

court issue an expedited order for a stay of execution of the *Judgment in a Civil Case* signed

March 3, 2008 and *United States' Order of Foreclosure and Judicial Sale*, signed on March 4, 2008, pending the court's ruling on Defendants' *Motion to Vacate,* under Rule 62 (b), filed on March 10, 2008, and the possible appeal to the Ninth Circuit Court of Appeals, under Rule 62 (c).

Dated this 11th day of March, 2008

My Hand

*/s/*

My Hand

*/s/*

**Certification**

Nelson P. Cohen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: March 11, 2008


Rita MariNa Hymes