

MAR 1 1 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)


ORDER


It is hereby ORDERED that JUDGMENT IN A CIVIL CASE and UNITED STATES'

ORDER OF FORECLOSURE AND JUDICIAL SALE in this instant case are hereby stayed.


Date:_____



_____
Judge's Signature