## Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Conen
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Date: March 24, 2008

Rita MariNa Hymes



RECEIVED
MAR 2 4 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK