RECEIVED

MAR 2 4 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

State of Alaska )
) ss.
The United States of America )

## Verified Affidavit of Donald Louis Hymes

I, Donald Louis Hymes, do hereby swear (or affirm) that the preceding facts and the following facts are true and correct under the penalties of perjury.

1. My true name is Donald Louis Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.

4. I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.

5. I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.

6. I have filed into the public record my political status, citizenship and allegiance as evidenced by the attachment to this document.

7. I am not a "citizen of the United States.

8. I have relied upon the Congress' statutory scheme.

9. The true identities of the "UNITED STATES OF AMERICA" and "United States" have never been disclosed to m as who is the "real party of interest", even though I have attempted to force both of them to disclose who/what they are.

10.     I have with due diligence found no statutory authority of 26 U.S.C. § 6065 and any substantive regulation published in the Federal Register such as 26 CFR § 1.6012-1.

My Hand,

*[signature]*

Sworn and subscribed before me a Notary Public in and for the State on Alaska on 24th March 2008.

My Commission expires on Dec 13, 2009.

_____
Signature of Notary Public

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLeon