Rita MariNa Hymes and Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

RECEIVED MAR 27 2008 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

UNITED STATES OF AMERICA

*Plaintiff*

v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**Motion to Vacate Judgment as Amended #3**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion to Vacate Judgment as Amended #2 under the law of necessity Pleading into a territorial (legislative, but not Article I) court with all previous public record attachments and affidavits incorporated of which this court shall take judicial Notice, being the United States District Court ("USDC").

And further, giving judicial Notice to Judge Ralph R. Beistline (Beistline) that the Hymes have filed their Pleading *only* into a District Court of the United States arising under Article III of the Federal Constitution in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States being only a constitutional court.

*Jennifer D. Auchterlonie (Auchterlonie), with Judge Beistline, is working in concert to*

*violate the Hymes' 5th Amendment rights to not incriminate themselves as the information contained on the Form 1040 can be used against the Hymes. The Hymes would be committing perjury by signing a document that they know to be fraudulent and do not understand each and every obligation created therein.*

*The issue is, there is absolutely <u>no current substantive regulation</u> under the statutory authority of 26 CFR § 6065 – Verification of Returns for the Form 1040 (OMB - 1545-0074),* and the IRS is committing fraud by and with Auchterlonie, Beistline and others of the IRS ilk such as Michael Walsh.

### Source of Substantive Regulations, being 32 FR 16032 *et seq.* (1967)

The current regulations of 26 CFR § 601.702 procedural regulations, as amended, state the source is specifically referencing "substantive regulations" was republished on November 22, 1967 in the Federal Register under the statutory authority of 5 U.S.C. §§ 301 and 552 and as an Offer of Proof of same, being 32 FR 15990, 16031 and 16032 see **Attachment A**. The substantive regulation reference in at 32 FR 16032 for part 1, part 20 and part 31 and note also the following:

### Current Substantive Regulations Table - Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1

Under the current Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, being the current "substantive regulation" table published in the CFRs, and as stated in the public current record as of March 20, 2008 obtained from Westlaw, the Hymes submit as an Offer of Proof of the Fraud and Fraudulent Securities being perpetuated upon the Hymes therein, being **Attachment B**. Contained therein is the current Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1 at **Attachment B – page 22 of 22**. There we find "AUTHORITY: Section *1.6065-2T,* also issued under *26 U.S.C. 6065,*" and under the general mandate of 26 U.S.C. § 7805 at **Attachment B – page 1 of 22**. At

**Attachment B – page 22 of 22** obtained from Westlaw, this Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1 is "Current though March 20, 2008, 73 FR 15049."

### 26 CFR § 1.6065-2T was Published in 1993 in 58 FR 68295

26 CFR § 1.6065-2T was first published as a temporary regulation in 58 FR 68295 (TD 8510) on December 27, 1993 concerning only the issue of "TeleFile Voice Signature Test" and only for the two years of 1992 and 1993 to which the Hymes' Offer of Proof of same being **Attachment C pages 4 and 5**.

### 26 CFR § 1.6065-2T was *Removed* July 18, 2000 in 65 FR 44437-44438

In the Federal Register of July 18, 2000 as published in 65 FR 44437-44438, clearly lists that 26 CFR § 1.6065-2T was removed "Because the temporary regulations applied only to 1992 and 1993 calendar year returns, the IRS has decided to remove them" and as an Offer of Proof see **Attachment D**.

Therefore, the current substantive regulation table of Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, being **Attachment B**, is a fraud concerning the listing of substantive regulation *26 CFR § 1.6065-2T* to create the fraudulent illusion that there is a substantive regulation in support of the Unsworn Declaration of 26 U.S.C. § 6065 for the Form 1040.

In 1 CFR 21.35 it clearly mandates that the OMB numbers "shall be placed at the end of the section or displayed in a table or codified section" under the statutory authority of 44 U.S.C. 1506, Section 6 of E.O. 15030, 19 FR 2709 amending the Act of July 26, 1935, Ch. 417, 49 Stat. 501 – Federal Register Act. This is accomplished in the 26 CFR § 602.101 to comply with the requirements of the PRA.

But, as in a preceding Motion to Vacate, #3 submitted herein again, there is no regulation of *26 U.S.C. § 1.6065-2T* listed in the current listing of OMB numbers as required by

1 CFR 21.35 even though it is listed in **Attachment B – page 1 of 22**. At **Attachment B – page 22 of 22** obtained from Westlaw, is this Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1. The only regulation is for 26 CFR 1.6065-1 given as an Offer of Proof as **Attachment E, page 1** with the PRA compliance, the 26 CFR 1.6065-1 for Form OMB number 1545-0123 on page 2 of **Attachment E** and the mandated statutory authority to used regulations of 26 U.S.C. § 7805 at the bottom of **Attachment E – page 3**.

And resubmitted as an Offer of Proof that the only form listed for 26 CFR 1.6065-1 is OMB number 1545-0123 for U.S. Corporation Income Tax Return, being **Attachment F**.

### Federal Register 70 FR 39550-39555 is Conclusive Evidence of the IRS, Form 1040 and PRA Compliance for 2005

In the published record in the Federal Register of 70 FR 39550 – 70 FR 39555 is conclusive evidence of the IRS' mandated compliance with the PRA concerning the Form 1040 with OMB number 1545-0074 for the year 2005 being as an Officer of Proof **Attachment G**.

### The Form 1040 Submitted to the OMB for # 1545-0074 – No Authority for 26 U.S.C. 6065 Listed for 2005 And No Authority for regulations 1.6065-1 or 1.6065-2T Listed for 2005

For the conclusive and legal evidence of the Fraud of the IRS, IRS agents/officers and *Auchterlonie,* concerning the Form 1040 for OMB number 1545-0074, the Hymes Offer as Proof **Attachment H,** of the year 2005 where the 83i is used by the IRS for submission to the OMB for OMB number 1545-0074 with the required certification and the *regulations that will be attached to OMB number 1545-0074* and the statutory authorities of the Form 1040 with OMB number 1545-0074, which was obtained by FOIA.

In this Offer of Proof of compliance with the Paperwork Reduction Act, see **Attachment H – pages 1-15**

In this Offer of Proof that the Form 1040 OMB # 1545-0074 for Individual Income Tax

for "Individuals or households" Box 11 of **Attachment H, page 4**.

And further the Form 1040 is *mandatory* in the collection of information, see **Attachment H** on **page 2** "OBLIGATION TO RESP: P *Mandatory*"; and, in the Paperwork Reduction Act Submission in Box 12 "c. P *Mandatory*" on **page 4**. Continuing on in **Attachment H** is the evidence of the compliance with the regulations of 5 CFR 1320.9 and 5 CFR 1320.8(b)(3) under the statutory authority of the Paperwork Reduction Act and specifically 44 U.S.C. § 3506(c) and in particular 44 U.S.C. § 3506(c)(1)(B) as found on **Attachment H – page 5**.

It is conclusive and legal evidence that there is *no statutory authority of 26 U.S.C. § 6065 as* evidenced by it's *absence* in **Attachment H – page 13 for the OMB 1545-0074, Form 1040** of "**The following are citation to U.S.C.**"

And further, conclusive and legal evidence that there are *no regulations issued under 26 CFR § 1.6065-1 or 26 CFR § 1.6065-2T under the authority of 26 U.S.C. § 6065* for the Form 1040 OMB # 1545-0074 as evidenced by the *absence* of either one of these regulations in the list of regulations in **Attachment H – pages 11 & 12**.

Remembering that in 1960, as plead in **Docket 182 – 184 with attachments and affidavits,** that 26 CFR 1.6065-1 was valid, but ceased to be a valid regulation after the repeal of part of the statutory authority in October 4, 1976 with no other regulations being promulgated under the statutory authority of 26 U.S.C. § 6065.

As presented by the conclusive and legal evidence in Docket 182-184 and this Motion to Vacate #3, the 1545-0074 with the penalties of perjury is an illegal form. Even if the Hymes were to create one themselves, the IRS will still demand the perjury jurat with no substantive regulation to give it the force and effect of law under 26 U.S.C. § 7805, 26 U.S.C. § 6065 and the

*holding* in *Chrysler Corp. v. Brown*, 441 U.S. 281, 295, 296, 301-303 (1979) on substantive regulations.

The veracity of the public records in all of the pleadings of the Hymes to date and specifically the Motions to Vacate leave no doubt why *Auchterlonie* would not answer the Admissions, Interrogatories and provide Discovery, hiding behind one of several boilerplate statements such as "contains argumentative, *scandalous*, *indecent*, and impertinent matter calculated to ***annoy, embarrass, and oppress the United States in the eyes of the Court***, the ultimate fact finder at the trial of this matter, ***the news media and the public***." How a lawful government can be embarrassed and oppressed as a Plaintiff in a Civil Case shocks the conscience, but as the complicity of the total lack of statutory authority, constitutional authority, the formulating and recording of fraudulent securities and the outright theft of the Hymes private property by and with the assistance of *Auchterlonie*, Beistline and others is just the beginning of the criminal acts of the IRS, USDCs and all other parties in this instant Case.

Therein lies the conclusive Proof that there are no <u>**substantive regulations under 26 U.S.C. § 6065 for the penalties of perjury using the OMB 1545-0074 Form 1040 or even filing a homemade Return**</u>. Remembering that the IRS will not accept the 1040 modified or a home made form without the jurat of penalties of perjury.

Beistline and Auchterlonie have and are violating the 5th Amendment right of the Hymes not to give evidence against themselves.

Can the Hymes be forced to sign under the penalties of perjury as true, correct and complete when they have knowledge that in signing said Form 1040 they are in fact committing perjury, are not "citizens of the United States" and do not understand each and every item on the Form 1040. Perhaps Beistline and/or *Auchterlonie* would provide all of the documents in

support of the Form 1040 and applicable substantive regulations to the Hymes.

Therefore, this instant Case should be dismissed with prejudice as *this Court* is attempting to coerce by the sale of the Hymes property and incarceration of Donald Louis Hymes to sign Form 1040(s) that they know would require the Hymes to commit perjury ***without the statutory authority and substantive regulations existing***.

And further, there is no statutory authority for the Hymes to sign a Form 1040 under the statutory authority of 26 U.S.C. § 6065 or 26 CFR § 1.6065-1 or 26 CFR § 1.6065-2T. This is a violation of the Hymes secured right to not give evidence to incriminate themselves.

And further if *Auchterlonie* could restrain herself from the automatic boilerplate fraud, the Hymes are sure that she could provide the statutory authority and substantive regulations to be used for the Unsworn Declaration of 26 U.S.C.§ 6065 and 26 CFR § 1.6065-1 and specifically for the Form 1040 using OMB #1545-0074.

The Hymes reserve the right to amend this Motion to Vacate.

My Hand,

*[signature]*

My Hand,

*[signature] Donald Louis c/Hymes*