State of Alaska            )
                           ) ss.
The United States of America )

**Verified Affidavit of Rita MariNa Hymes**

I, Rita MariNa Hymes, do hereby swear (or affirm) that the preceding facts and the following facts are true and correct under the penalties of perjury.

1. My true name is Rita MariNa Hymes.

2. I am of the age of majority and will testify to facts contain herein this document.

3. I have only being filing Pleadings into the District Court of the United States as evidenced by the headings.

4. I have found and relied upon public records that the USDC is a territorial court given the appearance of a District Court of the United States.

5. I have never knowingly waived my constitutional secured rights to an Article III Court of the United States.

6. I have filed into the public record my political status, citizenship and allegiance as evidenced by the attachment to this document.

7. I am not a "citizen of the United States.

8. I have relied upon the Congress' statutory scheme.

9. The true identities of the "UNITED STATES OF AMERICA" and "United States" have never been disclosed to me as who is the "real party of interest", even though I have attempted to force both of them to disclose who/what they are.

10. I have with due diligence found no statutory authority of 26 U.S.C. § 6065 and any substantive regulation published in the Federal Register such as 26 CFR § 1.6012-1 or 26 CFR § 1.6065-2T.

11. I have relied upon the Paperwork Reduction Act of 1995 and the regulations promulgated under same.

12. I have not waived the right to not give evidence against myself secured in the 5th Amendment or to knowing I would be committing perjury by signing a Form 1040 under OMB # 1545-0074 knowing the fraud in said document under threat, duress and coercion.

13. All of the attachments are true and correct in the last three specific Motions to Vacate being unmodified by me and are therefore self-authenticating being public records.

/ My Hand

*[signature]*

Sworn and subscribed before me a Notary Public in and for the State on Alaska on _____ March 27, 2008

My Commission expires on Dec 13, 2009

STATE OF ALASKA
NOTARY PUBLIC
Lisa DeLson

_____
Signature of Notary Public