**Certification**

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
United States Attorney
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: March 27, 2008

Rita Marina Hymes

*[RECEIVED stamp: MAR 27 2008, CLERK, U.S. DISTRICT COURT, FAIRBANKS, AK]*