UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>　USA　</u>  v.  <u>　HYMES　</u>

DATE:  <u>　April 4, 2008　</u>   CASE NO.  <u>　3:05-CV-123-RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR STAY**

---

The Court will defer ruling on Defendants' Motion for Stay of Execution of Order of Foreclosure and Judgment sale until after the Government has replied to the three Motions for Stay filed at Dockets 178, 182, and 186.  No efforts shall be made with regard to the foreclosure until after the Motion for Stay at Docket 172 has been ruled upon.

ORDER RE MOTION TO STAY