

APR 17 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Rita MariNa Hymes
Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*
v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

MOTION FOR CLARIFICATION

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion for Clarification under the law of necessity Pleading into a territorial (legislative, but not Article I) court with all previous public record attachments and affidavits incorporated of which this court shall take judicial Notice, being the United States District Court ("USDC").

And further, giving judicial Notice to Judge Ralph R. Beistline (Beistline) that the Hymes have filed their Motion *only* into a District Court of the United States arising under Article III of the Federal Constitution in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States being only a constitutional court.

The Hymes herewith ask that the court clarify its 'MINUTE ORDER FROM CHAMBERS' at Docket #190 and dated April 04, 2008 ( included as Attachment A).

The court states in said ORDER:

1. *'The Court will defer ruling on Defendant's Motion for Stay of Execution……..'*.

The Court, as a matter of record, issued its *Minute Order* at Docket #176 filed on 3/12/08 (see docket report- offered as Attachment B), granting the Hymes' *Motion for Expedited Consideration for Stay of Execution* at Docket #175, filed on 3/11/0

2. After the *Motion for Stay at Docket 172* has been ruled upon.

The Motion at Docket 172, as a matter of record and verified with the docket report offered as Attachment B, is a *Motion to Vacate Judgment.*

3. *The Motions at Dockets #178, #182 and #186 are Motions for Stay.*

These Motions, as a matter of fact and record (please refer to the herewith attached Docket report, offered as Attachment B), are as follows:

a) #178 is *Motion to Vacate Judgment as Amended #1*, filed on 3/24/08;

b.) #182 is *Motion to Vacate Judgment as Amended #2*, filed on 3/24/08;

c.) #186 is *Motion to Vacate Judgment as Amended #3*, filed on 3/27/08.

The question is, has the court revoked its Order of *"Motion for Expedited Consideration…is GRANTED"*. If the Court did revoke said Order, when was this done, and why were the Hymes not notified, and why is not posted on Pacer?

Further, has Judge Ralph R. Beistline even read the Motions filed by the Hymes? If he did, why would he then state in his *Minute Order* at Docket #190 that the *Motions to Vacate Judgment as Amended* at Dockets #178, #182 and #186 are *Motions for Stay*?

The court needs to explain and/or clarify its "Minute Order at Docket # 190"

My Hand                                            My Hand

## Certification

This document and said attachments have been mailed first class via USPS to the following parties, to wit:

Nelson P. Conen
 United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska 99701

Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683


Date: April 17 2008


Rita MariNa Hymes