# ATTACHMENT



APR 1 7 2008

**CLERK, U.S. DISTRICT COURT**
**FAIRBANKS, AK**

# A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>USA</u>  v.  <u>HYMES</u>

DATE:  <u>April 4, 2008</u>  CASE NO.  <u>3:05-CV-123-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RE MOTION FOR STAY**

The Court will defer ruling on Defendants' Motion for
Stay of Execution of Order of Foreclosure and Judgment sale until
after the Government has replied to the three Motions for Stay
filed at Dockets 178, 182, and 186.  No efforts shall be made with
regard to the foreclosure until after the Motion for Stay at Docket
172 has been ruled upon.

ORDER RE MOTION TO STAY