# ATTACHMENT



RECEIVED
APR 17 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# B

CLOSED

# U.S. District Court
## District of Alaska (Anchorage)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00123-RRB

United States of America v. Hymes et al
Assigned to: Ralph R. Beistline
Demand: $199,000
Cause: No cause code entered

Date Filed: 06/03/2005
Date Terminated: 03/03/2008
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | 191 | RESPONSE in Opposition re 178 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 170 Judgment, 182 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 186 MOTION to Amend/Correct 178 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 170 Judgment, 172 MOTION to Vacate 171 Order, 182 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacat MOTION to Amend/Correct 178 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 170 Judgment, 172 MOTION to Vacate 171 Order, 182 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacat filed by United States of America. (Auchterlonie, Jennifer) (Entered: 04/07/2008) |
| 04/04/2008 | 190 | ORDER re Motion for Stay. (Mailed to Hymes) (JPS, COURT STAFF) (Entered: 04/04/2008) |
| 03/27/2008 | 189 | CERTIFICATE OF SERVICE by Rita M. Hymes re 186 MOTION to Amend #3, 187 Affidavit, 188 Affidavit. (LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/27/2008 | 188 | AFFIDAVIT of Rita MariNa Hymes re 186 MOTION to Amend #3. (LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/27/2008 | 187 | AFFIDAVIT of Donald Louis Hymes re 186 MOTION to Amend #3. (LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/27/2008 | 186 | MOTION to Amend #3 re: 178 MOTION to Amend #1 172 MOTION to Vacate 171 Order, 170 Judgment, 182 MOTION to Amend #2 by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Title 26-Internal Revenue;# 2 Authorities;# 3 Fed. Register Rules and Regs-Income |

CM/ECF District Version 3.0.5 LIVE DB - Docket Report    file:///C:/Documents%20and%20Settings/Carl/My%20Documents/1...

Case 3:05-cv-00123-RRB    Document 192-3    Filed 04/17/2008    Page 3 of 4

| Date | Doc # | Description |
|---|---|---|
| 03/13/2008 | | Docket Annotation re [176] Order on Motion to Stay: Mailed to Defendants 3/13/08. (JPS, COURT STAFF) (Entered: 03/13/2008) |
| 03/12/2008 | 176 | MINUTE ORDER: Docket 175 -- Motion for Expedited Consideration -- is GRANTED. The Government has until 4:30 p.m. on FRIDAY, MARCH 21, 2008, to file a response to Defendants' Motion to Vacate Judgment at Docket 172. (JPS, COURT STAFF) (Entered: 03/12/2008) |
| 03/11/2008 | 175 | MOTION for Expedited Consideration for Stay of Execution re 171 Order, pending court's ruling on Defendant's Motion 172 and possible appeal to the Ninth Circuit Court of Appeals, filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order)(LGK, COURT STAFF) (Entered: 03/11/2008) |
| 03/10/2008 | 174 | AFFIDAVIT of Rita MariNa Hymes re 172 MOTION to Vacate 171 Order. (LGK, COURT STAFF) Modified on 3/11/2008 to correct spelling error (Rita) (LGK, COURT STAFF). (Entered: 03/10/2008) |
| 03/10/2008 | 173 | AFFIDAVIT of Donald Louis Hymes re 172 MOTION to Vacate 171 Order. (LGK, COURT STAFF) (Entered: 03/10/2008) |
| 03/10/2008 | 172 | MOTION to Vacate Judgment re: Order 171 filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order; # 2 Attachment A, copy of response to defendant's first set of requests for admission)(LGK, COURT STAFF) (Entered: 03/10/2008) |
| 03/05/2008 | 171 | ORDER OF FORECLOSURE AND JUDICIAL SALE. Signed by Judge Ralph R. Beistline on 3/4/2008. (Faxed to USM and mailed to Defendants Hymes)(JPS, COURT STAFF) (Entered: 03/05/2008) |
| 03/03/2008 | 170 | JUDGMENT in favor of United States of America against Donald L. Hymes, Rita M. Hymes. Signed by Judge Ralph R. Beistline on 03/03/2008. (CPB, COURT STAFF) (Entered: 03/03/2008) |
| 02/29/2008 | 169 | SUPPLEMENTAL ORDER REGARDING SUMMARY JUDGMENT AND DENYING DEFENDANTS' SUBSEQUENT PLEADINGS. (Mailed to Defendants) (JPS, COURT STAFF) (Entered: 02/29/2008) |
| 02/29/2008 | 168 | ERRATA re: 165 MOTION to Dismiss filed by Donald L. Hymes, Rita M. Hymes. (LGK, COURT STAFF) (Entered: 02/29/2008) |
| 02/26/2008 | 167 | Declaration of Rita M. Hymes re 165 MOTION to Dismiss. (LGK, COURT STAFF) (Entered: 02/27/2008) |
| 02/26/2008 | 166 | Declaration of Donald L. Hymes re 165 MOTION to Dismiss. (LGK, COURT STAFF) (Entered: 02/27/2008) |
| 02/26/2008 | 165 | MOTION to Dismiss by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1Title 28 U.S.C.;# 2 39th Congress, Chap. 31; # 3 U.S.C. Code, Title 42;# 4 U.S.C. Code, Title 42, Property Rights; # 5(identical to #4); # 6 Title 24, Civil Rights; # 7 Certificate of Naturalization; # 8 R. Hymes,certificate of politcal status;# 9 D. Hymes, |

CM/ECF District Version 3.0.5 LIVE DB - Docket Report  file:///C:/Documents%20and%20Settings/...

Case 3:05-cv-00123-RRB   Document 192-3   Filed 04/17/2008   Page 4 of 4

| | | |
|---|---|---|
| | | Taxes;# 4Rules and Regs. Dept of Treasury;# 5 Title 26 Internal Revenue, control numbers;# 6Form 1120;# 7 Federal Register Notices;# 8 Notice of Office of Management and Budget Action;# 9 Proposed Order)(LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/24/2008 | 185 | CERTIFICATE OF SERVICE by Rita M. Hymes re 182 MOTION to Amend #2172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 184 | AFFIDAVIT of Rita MariNa Hymes re 182 MOTION to Amend #2 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order by Rita M. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 183 | AFFIDAVIT of Donald Hymes re 182 MOTION to Amend 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order by Donald L. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 182 | MOTION to Amend #2 172 MOTION to Vacate Judgment171 Order by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1A internal revenue code;# 2B Title 26;# 3 C Statutes; # 4 D Code of Federal regulations refs and annos;# 5 E Code of Fed. Regulations, verification of returns; # 6F OMB Control Numbers; # 7 G copy of Form 1120;# 8 Proposed Order)(LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 181 | CERTIFICATE OF SERVICE by Rita M. Hymes re 179 Affidavit, 178 MOTION to Amend 172 MOTION to Vacate 171 Order, 170 Judgment, 180 Affidavit (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 180 | AFFIDAVIT of Donald Louis Hymes re 178 MOTION to Amend 172 MOTION to Vacate 171 Order, 170 Judgment by Donald L. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 179 | AFFIDAVIT of Rita MariNa Hymes re 178 MOTION to Amend #1 172 MOTION to Vacate 171 Order, 170 Judgment by Rita M. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 178 | MOTION to Amend 172 MOTION to Vacate 171 Order, 170 Judgment by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Exhibit A;# 2 Proposed Order)(LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/21/2008 | 177 | RESPONSE in Opposition re 172 MOTION to Vacate 171 Order, 175 MOTION to Stay re 172 MOTION to Vacate 171 Order, 171 Order MOTION to Stay re 172 MOTION to Vacate 171 Order, 171 Order filed by United States of America. (Auchterlonie, Jennifer) (Entered: 03/21/2008) |