UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  HYMES  </u>

DATE:   <u>  April 18, 2008  </u>        CASE NO.   <u>  3:05-CV-123-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR CLARIFICATION AT DOCKET 192**

---

Defendants seek clarification of this Court's Minute Order at Docket 190. The Court was simply notifying the parties that it would not rule on Defendants' Motion to Vacate Judgment at Docket 172 until after the Government had replied to the three Motions to Amend at Dockets 178, 182, and 186.

The Court has not revoked the Minute Order at Docket 176, which merely expedited the time in which the Government had to respond to Defendants' Motion to Vacate Judgment at Docket 172, which the Government did.

The Government has also filed timely responses at Docket 191 to Defendants' three Motions to Amend. The Court notes, though, that Defendants have not filed timely replies to the Government's responses at Docket 191, but will extend Defendants' reply time until **April 23, 2008.** Thereafter the Court will rule on the pending Motion to Vacate Judgment.

M.O. RE MOTION FOR CLARIFICATION