# ATTACHMENT

# B

Public Law 248 CHAPTER 655

AN ACT

October 31, 1951
[H. R. 3899]

To amend certain titles of the United States Code, and for other purposes.

61 Stat. 633.
Title 1, U. S. Code: General Provisions.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the fourth clause after the opening clause of section 1 of Title 1, United States Code, entitled "General Provisions", is amended by striking out the word "use" appearing in such clause, and in lieu thereof inserting "used", so that such clause will read as follows: "words used in the present tense include the future as well as the present;".

SEC. 2. (a) The analysis of Chapter 2 of Title 1, United States Code, immediately preceding section 101 of such title, is amended by inserting, immediately underneath item 106 in such analysis, the following two items:

"106a. Promulgation of laws.
"106b. Amendments to Constitution.".

(b) Title 1, United States Code, is further amended by inserting, immediately following section 106 of such title, the following two sections:

**"§ 106a. Promulgation of laws**

"Whenever a bill, order, resolution, or vote of the Senate and House of Representatives, having been approved by the President, or not having been returned by him with his objections, becomes a law or takes effect, it shall forthwith be received by the Administrator of General Services from the President; and whenever a bill, order, resolution, or vote is returned by the President with his objections, and, on being reconsidered, is agreed to be passed, and is approved by two-thirds of both Houses of Congress, and thereby becomes a law or takes effect, it shall be received by the Administrator of General Services from the President of the Senate, or Speaker of the House of Representatives in whichsoever House it shall last have been so approved, and he shall carefully preserve the originals.

**"§ 106b. Amendments to Constitution**

"Whenever official notice is received at the General Services Administration that any amendment proposed to the Constitution of the United States has been adopted, according to the provisions of the Constitution, the Administrator of General Services shall forthwith cause the amendment to be published, with his certificate, specifying the States by which the same may have been adopted, and that the same has become valid, to all intents and purposes, as a part of the Constitution of the United States.".

SEC. 3. Section 112 of Title 1, United States Code, is amended by striking out, in the first sentence of the text of such section, the reference "205 of the Revised Statutes", and in lieu thereof inserting "106b of this title", so that such section 112 will read as follows:

**"§ 112. Statutes at large; contents; admissibility in evidence**

"The Administrator of General Services shall cause to be compiled, edited, indexed, and published, the United States Statutes at Large, which shall contain all the laws and concurrent resolutions enacted during each regular session of Congress; all proclamations by the President in the numbered series issued since the date of the adjournment of the regular session of Congress next preceding; and also any amendments to the Constitution of the United States proposed or ratified pursuant to article V thereof since that date, together with the certificate of the Administrator of General Services issued in compliance with the provision contained in section 106b of this title. In

the event of an extra session of Congress, the Administrator of General Services shall cause all the laws and concurrent resolutions enacted during said extra session to be consolidated with, and published as part of, the contents of the volume for the next regular session. The United States Statutes at Large shall be legal evidence of laws, concurrent resolutions, treaties, international agreements other than treaties, proclamations by the President, and proposed or ratified amendments to the Constitution of the United States therein contained, in all the courts of the United States, the several States, and the Territories and insular possessions of the United States.".

62 Stat. 672. Title 3, U. S. Code: The President.

Sec. 4. The analysis of Title 3, United States Code, entitled "The President", immediately preceding Chapter 1 of such title, is amended by inserting, immediately after and underneath item 3 in such analysis, the following new item:

"4. Delegation of Functions ........................................ 301".

Sec. 5. The analysis of Chapter 1 of Title 3, United States Code, immediately preceding section 1 of such title, is amended (1) by striking out, in item 6 of such analysis, the words "Secretary of State" and in lieu thereof inserting "Administrator of General Services", so that such item will read "6. Credentials of electors; transmission to Administrator of General Services and to Congress; public inspection."; and (2) by striking out, in item 12 of such analysis, the words "Secretary of State" and in lieu thereof inserting "Administrator of General Services", so that such item will read "12. Failure of certificates of electors to reach President of Senate or Administrator of General Services; demand on State for certificate.".

Sec. 6. Section 6 of Title 3, United States Code, is amended to read as follows:

**"§ 6. Credentials of electors; transmission to Administrator of General Services and to Congress; public inspection**

"It shall be the duty of the executive of each State, as soon as practicable after the conclusion of the appointment of the electors in such State by the final ascertainment, under and in pursuance of the laws of such State providing for such ascertainment, to communicate by registered mail under the seal of the State to the Administrator of General Services a certificate of such ascertainment of the electors appointed, setting forth the names of such electors and the canvass or other ascertainment under the laws of such State of the number of votes given or cast for each person for whose appointment any and all votes have been given or cast; and it shall also thereupon be the duty of the executive of each State to deliver to the electors of such State, on or before the day on which they are required by section 7 of this title to meet, six duplicate-originals of the same certificate under the seal of the State; and if there shall have been any final determination in a State in the manner provided for by law of a controversy or contest concerning the appointment of all or any of the electors of such State, it shall be the duty of the executive of such State, as soon as practicable after such determination, to communicate under the seal of the State to the Administrator of General Services a certificate of such determination in form and manner as the same shall have been made; and the certificate or certificates so received by the Administrator of General Services shall be preserved by him for one year and shall be a part of the public records of his office and shall be open to public inspection; and the Administrator of General Services at the first meeting of Congress thereafter shall transmit to the two Houses of Congress copies in full of each and every such certificate so received at the General Services Administration.".

Sec. 7. Section 11 of Title 3, United States Code, is amended to read as follows:

**"§ 11. Disposition of certificates**

"The electors shall dispose of the certificates so made by them and the lists attached thereto in the following manner:

"First. They shall forthwith forward by registered mail one of the same to the President of the Senate at the seat of government.

"Second. Two of the same shall be delivered to the secretary of state of the State, one of which shall be held subject to the order of the President of the Senate, the other to be preserved by him for one year and shall be a part of the public records of his office and shall be open to public inspection.

"Third. On the day thereafter they shall forward by registered mail two of such certificates and lists to the Administrator of General Services at the seat of government, one of which shall be held subject to the order of the President of the Senate. The other shall be preserved by the Administrator of General Services for one year and shall be a part of the public records of his office and shall be open to public inspection.

"Fourth. They shall forthwith cause the other of the certificates and lists to be delivered to the judge of the district in which the electors shall have assembled.".

SEC. 8. Section 12 of Title 3, United States Code, is amended to read as follows:

**"§ 12. Failure of certificates of electors to reach President of Senate or Administrator of General Services; demand on State for certificate**

"When no certificate of vote and list mentioned in sections 9 and 11 of this title from any State shall have been received by the President of the Senate or by the Administrator of General Services by the fourth Wednesday in December, after the meeting of the electors shall have been held, the President of the Senate or, if he be absent from the seat of government, the Administrator of General Services shall request, by the most expeditious method available, the secretary of state of the State to send up the certificate and list lodged with him by the electors of such State; and it shall be his duty upon receipt of such request immediately to transmit same by registered mail to the President of the Senate at the seat of government.".

SEC. 9. Section 13 of Title 3, United States Code, is amended to read as follows:

**"§ 13. Same; demand on district judge for certificate**

"When no certificates of votes from any State shall have been received at the seat of government on the fourth Wednesday in December, after the meeting of the electors shall have been held, the President of the Senate or, if he be absent from the seat of government, the Administrator of General Services shall send a special messenger to the district judge in whose custody one certificate of votes from that State has been lodged, and such judge shall forthwith transmit that list by the hand of such messenger to the seat of government.".

SEC. 10. Title 3 of the United States Code is further amended by inserting, immediately after section 208 of such title, the following new chapter:

## "CHAPTER 4.—DELEGATION OF FUNCTIONS

"Sec.

301. General authorization to delegate functions; publication of delegations.
302. Scope of delegation of functions.
303. Definitions.

"§ 301. General authorization to delegate functions; publication of delegations

"The President of the United States is authorized to designate and empower the head of any department or agency in the executive branch, or any official thereof who is required to be appointed by and with the advice and consent of the Senate, to perform without approval, ratification, or other action by the President (1) any function which is vested in the President by law, or (2) any function which such officer is required or authorized by law to perform only with or subject to the approval, ratification, or other action of the President: *Provided*, That nothing contained herein shall relieve the President of his responsibility in office for the acts of any such head or other official designated by him to perform such functions. Such designation and authorization shall be in writing, shall be published in the Federal Register, shall be subject to such terms, conditions, and limitations as the President may deem advisable, and shall be revocable at any time by the President in whole or in part.

"§ 302. Scope of delegation of functions

"The authority conferred by this chapter shall apply to any function vested in the President by law if such law does not affirmatively prohibit delegation of the performance of such function as herein provided for, or specifically designate the officer or officers to whom it may be delegated. This chapter shall not be deemed to limit or derogate from any existing or inherent right of the President to delegate the performance of functions vested in him by law, and nothing herein shall be deemed to require express authorization in any case in which such an official would be presumed in law to have acted by authority or direction of the President.

"§ 303. Definitions

"As used in this chapter, the term 'function' embraces any duty, power, responsibility, authority, or discretion vested in the President or other officer concerned, and the terms 'perform' and 'performance' may be construed to mean 'exercise'."

61 Stat. 641. Title 4, U. S. Code: Flag and Seal, Seat of Government, and the States.

SEC. 11. The analysis of Title 4, United States Code, entitled "Flag and Seal, Seat of Government, and the States", immediately preceding Chapter 1 of such title, is amended by inserting, immediately after and underneath item 4 in such analysis, the following new item:

"5. Official Territorial Papers ...... 141".

SEC. 12. Title 4 of the United States Code is further amended by inserting, immediately after section 111 of such title, the following new chapter:

"CHAPTER 5.—OFFICIAL TERRITORIAL PAPERS

"Sec.
141. Collection, preparation and publication.
142. Appointment of experts.
143. Employment and utilization of other personnel; cost of copy reading and indexing.
144. Cooperation of departments and agencies.
145. Printing and distribution.
146. Authorization of appropriations.

"§ 141. Collection, preparation and publication

"The Administrator of General Services, hereinafter referred to in this chapter as the 'Administrator', shall continue to completion the work of collecting, editing, copying, and suitably arranging for issuance as a Government publication, the official papers relating to the Territories from which States of the United States were formed, in the

5 U. S. C. §§ 167, 168.

(1) Act approved March 3, 1925, chapter 419, sections 1 and 2, 43 Stat. 1104.

5 U. S. C. §§ 168-168b.

(2) Act approved February 28, 1929, chapter 385, 45 Stat. 1412, 1413.

5 U. S. C. § 168c.

(3) Act approved March 22, 1935, chapter 39, section 1 (part), 49 Stat. 69 (only the proviso in the paragraph immediately under the heading "Collecting and Editing Official Papers of Territories of the United States", appearing on page 69).

5 U. S. C. § 168a.

(4) Act approved February 14, 1936, chapter 70, 49 Stat. 1139.

5 U. S. C. § 168c.

(5) Act approved May 15, 1936, chapter 405, section 1 (part), 49 Stat. 1311 (only the proviso in the paragraph immediately under the heading "Collecting and Editing Official Papers of the Territories of the United States", appearing on page 1311).

(6) Act approved June 16, 1937, chapter 359, section 1 (part), 50 Stat. 262, 263 (only the proviso which begins near the bottom of page 262, and ends on page 263).

5 U. S. C. § 168a.

(7) Act approved June 28, 1937, chapter 386, 50 Stat. 323, 324.

5 U. S. C. § 168c.

(8) Act approved April 27, 1938, chapter 180, section 1 (part), 52 Stat. 249 (only the proviso in the third full paragraph appearing on page 249).

(9) Act approved June 29, 1939, chapter 248, Title I (part), 53 Stat. 886 (only the proviso in the last paragraph on page 886).

5 U. S. C. § 168d.

(10) Act approved July 31, 1945, chapter 336, 59 Stat. 510, 511.

(11) Act approved July 7, 1950, chapter 452, 64 Stat. 320.

(l) The repeal, by subsections (a)-(k) of this section, of the statutes and parts of statutes referred to in such subsections, shall not affect any rights or liabilities existing under such statutes or parts of statutes at the time this Act takes effect.

Approved October 31, 1951.

## Public Law 249 CHAPTER 656

### AN ACT

October 31, 1951 [H. R. 5684]

Making appropriations for Mutual Security for the fiscal year ending June 30, 1952, and for other purposes.

Mutual Security Appropriation Act, 1952.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the fiscal year ending June 30, 1952, namely:

### MUTUAL SECURITY

*Ante,* p. 373.

For expenses necessary to enable the President to carry out the provisions of the Mutual Security Act of 1951 (Public Law 165, approved October 10, 1951), as follows:

63 Stat. 973.

63 Stat. 714.

Military assistance, title I: For assistance authorized by section 101 (a) (1), $4,818,852,457, of which $44,476,271 is for payment of obligations incurred under authority granted in the Second Supplemental Appropriation Act, 1950, and extended in the Foreign Aid Appropriation Act, 1951, to enter into contracts under the Mutual Defense Assistance Act of 1949, as amended (22 U. S. C. 1571–1604); and, in addition, unexpended balances of appropriations heretofore made for carrying out the purposes of title I of the Mutual Defense Assistance Act of 1949, as amended, shall remain available through June 30, 1952, and such unexpended balances of appropriations shall be consolidated with this appropriation;