# ATTACHMENT

# C

ATTACHMENT

# FEDERAL REGISTER

**VOLUME 19**  1934  **NUMBER 92**

*Washington, Wednesday, May 12, 1954*

## TITLE 3—THE PRESIDENT

### EXECUTIVE ORDER 10530

PROVIDING FOR THE PERFORMANCE OF CERTAIN FUNCTIONS VESTED IN OR SUBJECT TO THE APPROVAL OF THE PRESIDENT

By virtue of the authority vested in me by section 301 of title 3 of the United States Code (65 Stat. 713), and as President of the United States, it is hereby ordered as follows:

PART I. DIRECTOR OF THE BUREAU OF THE BUDGET

SECTION 1. The Director of the Bureau of the Budget is hereby designated and empowered to perform the following-described functions without the approval, ratification, or other action of the President:

(a) The authority vested in the President by section 10 of the act of March 3, 1933, ch. 212, 47 Stat. 1516, as amended by section 6 of the act of August 2, 1946, ch. 744, 60 Stat. 808 (5 U. S. C. 73b), to prescribe regulations with respect to the certification required in connection with allowances for transportation exceeding the lowest first-class rate by the transportation facility used in such transportation.

(b) The authority vested in the President by sections 1 (a) and 1 (b) of the act of August 2, 1946, ch. 744, 60 Stat. 806, 807 (5 U. S. C. 73b-1 (a), 73b-1 (b)), to prescribe regulations (1) with respect to the allowance and payment from Government funds of the expenses of travel of any civilian officer or employee of the Government transferred from one official station to another for permanent duty, the expenses of transportation of his immediate family (or commutation thereof), and the expenses of transportation, packing, crating, temporary storage, drayage, and unpacking of his household goods and personal effects; and (2) with respect to reimbursement to such officer or employee on a commuted basis in lieu of the payment of actual expenses of transportation, packing, crating, temporary storage, drayage, and unpacking of his household goods and personal effects in the case of such transfers between points in continental United States.

(c) The authority vested in the President by section 7 of the act of August 2, 1946, ch. 744, 60 Stat. 808 (5 U. S. C. 73b-3), to prescribe regulations with respect to the availability of appropriations for the departments for expenses of travel of new appointees, expenses of transportation of their immediate families and expenses of transportation of their household goods and personal effects from places of actual residence at time of appointment to places of employment outside the continental United States, and for such expenses on return of employees from their posts of duty outside the continental United States to the places of their actual residence at time of assignment to duty outside the United States.

(d) The authority vested in the President by section 1 of the act of July 8, 1940, ch. 551, 54 Stat. 743 (5 U. S. C. 103a), to prescribe regulations with respect to the payment on the death of a civilian officer or employee of the United States (1) of the expenses of preparing and transporting the remains when the death of the officer or employee occurs while in travel status in the United States or while performing official duties in a territory or possession of the United States or in a foreign country or in transit thereto or therefrom, and (2) of the transportation expenses of his dependents, including expenses incurred in packing, crating, drayage, and transportation of household effects and other personal property, to his former home or such other place as the head of the department shall determine when the death of the officer or employee occurs while in travel status or while performing official duties as set forth in item (1) of this paragraph.

(e) The authority vested in the President by section 407 of the National Security Act of 1947, as added by the act of August 10, 1949, ch. 412, sec. 11, 63 Stat. 585 (5 U. S. C. 172f (a)), to approve the transfers of balances of appropriations provided for in the said section 407.

(f) The authority vested in the President by the last sentence of paragraph (e) of section 32 of Title III of the act of July 22, 1937, ch. 517, 50 Stat. 525, as amended (7 U. S. C. 1011c), to transfer to other Federal, State, or Territorial agencies lands acquired by the Secretary of Agriculture under section 32 (a) of the said act.

(g) The authority vested in the President by section 45 of Title IV of the act

(Continued on p. 2711)

## CONTENTS

### THE PRESIDENT

| | Page |
|---|---|
| **Executive Order** | |
| Providing for the performance of certain functions vested in or subject to the approval of the President | 2709 |

### EXECUTIVE AGENCIES

**Agricultural Marketing Service**
Proposed rule making:
Milk handling in Sioux City, Iowa ........................... 2722

**Agriculture Department**
See Agricultural Marketing Service; Commodity Credit Corporation.

**Civil Aeronautics Board**
Rules and regulations:
Charter trips and special services; temporary authorization for national defense transportation ......... 2717

**Civil Service Commission**
Rules and regulations:
Competitive service, exceptions from; Department of Labor .. 2712

**Coast Guard**
Notices:
Equipment:
Approval ....................... 2739
Termination of approvals ..... 2743

**Commodity Credit Corporation**
Rules and regulations:
Corn: 1953-crop reseal loan program ....................... 2712
Flaxseed: 1954 crop loan and purchase agreement program; warehouse charges .......... 2714
Oilseeds; 1954 cottonseed loan program ..................... 2714

**Customs Bureau**
Notices:
Hats and beaded bag plates; tariff classification ......... 2739
Rules and regulations:
Air commerce regulations; Detroit-Wayne Major Airport .. 2717

**Federal Communications Commission**
Notices:
Hearings, etc.:
Arkansas Television Co. and Arkansas Telecasters, Inc. .. 2746
Atlas Towing Co. ............. 2747

2709

2710                                    THE PRESIDENT



Published daily, except Sundays, Mondays, and days following official Federal holidays, by the Federal Register Division, National Archives and Records Service, General Services Administration, pursuant to the authority contained in the Federal Register Act, approved July 26, 1935 (49 Stat. 500, as amended; 44 U. S. C., ch. 8B), under regulations prescribed by the Administrative Committee of the Federal Register, approved by the President. Distribution is made only by the Superintendent of Documents, Government Printing Office, Washington 25, D. C.

The regulatory material appearing herein is keyed to the Code of Federal Regulations, which is published, under 50 titles, pursuant to section 11 of the Federal Register Act, as amended August 5, 1953.

The FEDERAL REGISTER will be furnished by mail to subscribers, free of postage, for $1.50 per month or $15.00 per year, payable in advance. The charge for individual copies (minimum 15¢) varies in proportion to the size of the issue. Remit check or money order, made payable to the Superintendent of Documents, directly to the Government Printing Office, Washington 25, D. C.

There are no restrictions on the republication of material appearing in the FEDERAL REGISTER.

**CFR SUPPLEMENTS**
(For use during 1954)

The following Supplement is now available:

Titles 4-5 ($0.60)

Previously announced: Title 3, 1953 Supp. ($1.50); Title 8 ($0.35); Title 9 ($0.50); Titles 10-13 ($0.50); Title 16 ($1.00); Title 17 ($0.50); Title 18 ($0.45); Title 20 ($0.70); Titles 22-23 ($1.00); Title 24 ($0.75); Title 25 ($0.45); Title 26; Parts 183-299, Revised 1953 ($5.50); Titles 30-31 ($1.00); Title 33 ($1.25); Titles 40-42 ($0.50); Titles 44-45 ($0.75); Title 49: Parts 1-70 ($0.60); Parts 71-90 ($0.65); Parts 91-164 ($0.45); Parts 165 to end ($0.60)

Order from
Superintendent of Documents, Government Printing Office, Washington 25, D. C.

### CONTENTS—Continued

**Federal Communications Commission—Continued**                                   Page
Notices—Continued
 Hearings, etc.—Continued
  Kullman, Charlie............................. 2746
  Southwestern Publishing Co., Inc., and Boulder City Broadcasting Co............ 2747
  Texas Telecasting Inc., and Big Spring Broadcasting Co........................ 2747
  Trawler Batavia, Inc........................ 2747
  Wright & Hawkins Ltd....................... 2747
 Renewal of exemption of certain U. S. passenger vessels from radio provisions when navigated in specified waters.... 2748

### CONTENTS—Continued

**Federal Communications Commission—Continued**                                   Page
Proposed rule making:
 Radio broadcast services...................... 2734
 Stations on land and shipboard in Maritime Services.............................. 2738
Rules and regulations:
 Television broadcast stations; table of assignments (3 documents).................. 2721

**Federal Power Commission**
Notices:
 Hearings, etc.:
  Baltic Operating Co......................... 2750
  Commonwealth Natural Gas Corp............ 2749
  El Paso Natural Gas Co..................... 2750
  Tennessee Gas Transmission Co. et al..... 2749
  United Gas Pipe Line Co.................... 2750

**Federal Reserve System**
Rules and regulations:
 Payment of interest on deposits; payroll deduction savings plan.................. 2716

**Geological Survey**
Notices:
 California, Louisiana, Montana, New Mexico, and Wyoming; definitions of known geologic structures of producing oil and gas fields............................ 2745

**Housing and Home Finance Agency**
Notices:
 Certain officials; organization description, including delegations of final authority; designation of Acting Administrator.......................... 2750

**Interior Department**
See Geological Survey.

**Interstate Commerce Commission**
Notices:
 Applications for relief:
  Iron and steel pipe from Texas to Mississippi River crossings................ 2756
  Lumber, net transit rates on, from Virginia to Memphis, Tenn................. 2756
 Applications of motor carriers of property......................... 2751
 Applications of motor carriers under sections 5 and 210a (b)................ 2756
Rules and regulations:
 Carriers by motor vehicle; applications for certificates and permits.............. 2722

**Labor Department**
See Wage and Hour Division.

**Post Office Department**
Rules and regulations:
 International postal service; Postage rates, service available and instructions for mailing; miscellaneous amendments (2 documents).............. 2720, 2721

### CONTENTS—Continued

**Securities and Exchange Commission**                                           Page
Notices:
 Hearings, etc.:
  Magnavox Co................................ 2750
  Worthington Corp. et al................... 2751

**Treasury Department**
See Coast Guard; Customs Bureau.

**Veterans' Administration**
Rules and regulations:
 Vocational rehabilitation and education:
  Considerations respecting training under other laws administered by the Veterans' Administration........ 2720
  Miscellaneous amendments.... 2718
  Special considerations concerning pursuit of education and training after statutory delimiting date.... 2717

**Wage and Hour Division**
Notices:
 Learner employment certificates; issuance to various industries........................ 2745

### CODIFICATION GUIDE

A numerical list of the parts of the Code of Federal Regulations affected by documents published in this issue. Proposed rules, as opposed to final actions, are identified as such.

**Title 3**                                                                       Page
Chapter II (Executive orders):
 3513 (revoked by EO 10530)..... 2709
 6779 (see EO 10530)............ 2709
 7732 (see EO 10530)............ 2709
 10530......................... 2709
Chapter III (Presidential documents other than proclamations and Executive orders):
 Reorganization Plan 3, 1947 (see EO 10530)..................... 2709

**Title 5**
Chapter I:
 Part 6........................ 2712

**Title 6**
Chapter IV:
 Part 421 (2 documents)... 2712, 2714
 Part 443...................... 2714

**Title 7**
Chapter IX:
 Part 948 (proposed)............ 2722

**Title 12**
Chapter II:
 Part 217...................... 2716

**Title 14**
Chapter I:
 Part 207...................... 2717

**Title 19**
Chapter I:
 Part 6........................ 2717

**Title 38**
Chapter I:
 Part 21 (3 documents).......... 2717, 2718, 2720

**Title 39**
Chapter I:
 Part 127 (2 documents)... 2720, 2721

*Wednesday, May 12, 1954*    **FEDERAL REGISTER**    2711

### CODIFICATION GUIDE—Con.

| Title 47 | Page |
|---|---|
| Chapter I: | |
| Part 3 (3 documents) | 2721 |
| Proposed rules | 2734 |
| Part 7 (proposed) | 2736 |
| Part 8 (proposed) | 2736 |
| Title 49 | |
| Chapter I: | |
| Part 168 | 2722 |

of July 22, 1937, ch. 517, 50 Stat. 530, as amended by the act of August 14, 1946, ch. 964, 60 Stat. 1064 and 1069 (7 U. S. C. 1019), and as limited with respect to Title III of the act of July 22, 1937, to transfer any right, interest or title held by the United States in any lands acquired in the program of national defense and no longer needed therefor, and to determine the suitability of the lands to be transferred, for the purposes referred to in said section 45; and to transfer for the purposes of Title III of the said act, any right, interest or title held by the United States in any lands under the supervision of the Secretary of Agriculture, as provided by section 45 of the said act of July 22, 1937.

(h) The authority vested in the President by section 4 (k) of the Tennessee Valley Authority Act of May 18, 1933, as amended, 55 Stat. 599 (16 U. S. C. 831c (k)), to approve transfers under paragraphs (a) and (c) thereof, other than leases for terms of less than 20 years and conveyances of property having a value not in excess of $500.

(i) The authority vested in the President by section 7 (b) of the Tennessee Valley Authority Act of May 18, 1933, ch. 32, 48 Stat. 63 (16 U. S. C. 831f (b)), to provide for the transfer to the Tennessee Valley Authority of the use, possession, and control of real or personal property of the United States deemed by the Director of the Bureau of the Budget to be necessary and proper for the purposes of the Corporation as stated in the said Act.

(j) The authority vested in the President by section 1 of the act of March 4, 1927, ch. 505, 44 Stat. 1422 (20 U. S. C. 191), to transfer to the jurisdiction of the Secretary of Agriculture for the purposes of said act any land belonging to the United States within or adjacent to the District of Columbia located along the Anacostia River north of Benning Bridge.

(k) The authority vested in the President by section 202 of the Budget and Accounting Procedures Act of September 12, 1950, ch. 946, 64 Stat. 838 (31 U. S. C. 581c), to approve the transfers of balances of appropriations provided for in subsections (a) and (b) of the said section 202.

(l) So much of the authority vested in the President by the last sentence of section 11 of the act of June 6, 1924, ch. 270, 43 Stat. 463 (as renumbered by sec. 2 of, and as amended by, the act of July 19, 1952, ch. 949, 66 Stat. 781, et seq.), as consists of authority to approve the designation of lands to be acquired by condemnation and of authority to approve contracts for purchase of lands.

(m) The authority vested in the President by section 1 of the act of December 22, 1928, ch. 48, 45 Stat. 1070 (40 U. S. C. 72a), to approve contracts for acquisition of land subject to limited rights reserved to the grantor and for the acquisition of limited permanent rights in land adjoining park property.

(n) The authority vested in the President by section 108 of the Housing Act of July 15, 1949, ch. 338, 63 Stat. 419 (42 U. S. C. 1458), to transfer, or cause to be transferred, to the Housing and Home Finance Administrator any right, title or interest held by the Federal Government or any department or agency thereof in any land (including buildings thereon) which is surplus to the needs of the Government and which a local public agency certifies will be within the area of a project being planned by it.

PART II. THE UNITED STATES CIVIL SERVICE COMMISSION

SEC. 2. The United States Civil Service Commission is hereby designated and empowered to perform the following-described functions without the approval, ratification, or other action of the President:

(a) So much of the authority vested in the President by section 1753 of the Revised Statutes of the United States (5 U. S. C. 631) as relates to establishing regulations for the conduct of persons in the civil service.

(b) The authority vested in the President by section 3 (b) of the Civil Service Retirement Act of May 29, 1930, as amended by section 3 of the act of January 24, 1942, ch. 16, 56 Stat. 15 (5 U. S. C. 693 (b)), to exclude from the operation of the said Civil Service Retirement Act any officer or employee or group of officers or employees in the executive branch of the service whose tenure of office or employment is intermittent or of uncertain duration.

(c) So much of the authority vested in the President by section 204 of the act of June 30, 1932, ch. 314, 47 Stat. 404 (5 U. S. C. 715a), to exempt from automatic separation from the service persons who are reaching the prescribed retirement age when the public interest so requires as relates to persons other than Presidential appointees.

(d) The authority vested in the United States Civil Service Commission by section 605 of the act of June 30, 1945, ch. 212, 59 Stat. 304 (5 U. S. C. 945), to issue regulations necessary for the administration of that act insofar as it affects officers and employees in or under the executive branch of the Government.

SEC. 3. The Chairman of the United States Civil Service Commission is hereby designated and empowered, without the approval, ratification, or other action of the President, to exercise the authority vested in the President by section 505 (b) of the Classification Act of October 28, 1949, ch. 782, 63 Stat. 959, as amended (5 U. S. C. 1105 (b)), to place positions in, and to remove positions from, Grade 18 of the General Schedule established by that act, exclusive of positions in the Commission's own organization.

PART III. THE HOUSING AND HOME FINANCE ADMINISTRATOR

SEC. 4. The Housing and Home Finance Administrator is hereby designated and empowered to perform the following-described functions without the approval, ratification, or other action of the President:

(a) The authority vested in the said Administrator by section 102 (e) of the Housing Act of July 15, 1949, ch. 338, 63 Stat. 415 (42 U. S. C. 1452 (e)), to issue and have outstanding obligations for purchase by the Secretary of the Treasury.

(b) The authority vested in the said Administrator by section 103 (b) of the said act (42 U. S. C. 1453 (b)) to contract to make capital grants with respect to projects assisted under Title I of the said act.

(c) The authority vested in the President by sections 6 (d) and 10 (e) of the act of September 1, 1937, ch. 896, 50 Stat. 888, as affected by Reorganization Plan No. 3 of 1947 (61 Stat. 954) and as amended (42 U. S. C. 1406 (d) and 1410 (e)), to approve the undertaking by the Public Housing Administration of any annual contribution, grant, or loan or any contract for any annual contribution, grant, or loan, under said act.

(d) The authority vested in the President by section 14 of the said act, as affected by said Reorganization Plan and as amended (42 U. S. C. 1414), to approve the amending or superseding of any contract for annual contributions or loans, or both, so that the going Federal rate on the basis of which such annual contributions or the interest rate on the loans, or both, respectively, are fixed shall mean the going Federal rate on the date of approval of the amending or superseding contract entered into by the Public Housing Administration.

(e) The authority vested in the President by section 5 of the act of June 29, 1936, ch. 860, 49 Stat. 2026, as affected by Executive Order No. 7732 of October 27, 1937, and by the said Reorganization Plan, to approve the dedication by the Public Housing Commissioner of streets, alleys, and parks for public use, and the granting by the said Commissioner of easements, in connection with any low-cost housing or slum-clearance project described in that act.

PART IV. THE FEDERAL COMMUNICATIONS COMMISSION

SEC. 5. (a) The Federal Communications Commission is hereby designated and empowered to exercise, without the approval, ratification, or other action of the President, all authority vested in the President by the act of May 27, 1921, ch. 12, 42 Stat. 8 (47 U. S. C. 34 to 39, inclusive), including the authority to issue, withhold, or revoke licenses to land or operate submarine cables in the United States: *Provided,* That no such license shall be granted or revoked by the Commission except after obtaining approval of the Secretary of State and such advice from any executive department or establishment of the Government as the Commission may deem necessary. The Commission is authorized and directed to

2712 THE PRESIDENT

receive all applications for the said licenses.

(b) Executive Order No. 3513 of July 9, 1921, as amended by Executive Order No. 6779 of June 30, 1934, is hereby revoked.

PART V. THE ATTORNEY GENERAL AND THE ADMINISTRATOR OF GENERAL SERVICES

SEC. 6. The Attorney General and the Administrator of General Services are hereby designated and empowered jointly to perform the following-described functions without the approval, ratification, or other action of the President:

(a) The authority vested in the President by section 5 (a) of the act of July 26, 1935, ch. 417, 49 Stat. 501, as amended (44 U. S. C. 305 (a)), to determine from time to time the documents or classes of documents having general applicability and legal effect.

(b) The authority vested in the President by sections 6, 11 (a), and 11 (f) of said act, as amended (44 U. S. C. 306; 311 (a); and 311 (f)), to approve (or disapprove), respectively, (1) regulations, prescribed by the Administrative Committee of the Federal Register, for carrying out the provisions of that act (including the regulations referred to in section 5 (b) of the act, authorizing publication in the FEDERAL REGISTER of certain documents or classes of documents), (2) actions of the Administrative Committee of the Federal Register requiring, from time to time, the preparation and publication in special or supplemental editions of the FEDERAL REGISTER of complete codifications of the documents, described in the said section 11 (a), of each agency of the Government, and (3) regulations, prescribed by the Administrative Committee of the Federal Register, for carrying out the provisions of section 11 of the said act, as amended.

PART VI. GENERAL PROVISIONS

SEC. 7. All actions heretofore taken by the President in respect of the matters affected by this order and in force at the time of the issuance of this order, including any regulations prescribed or approved by the President in respect of such matters, shall, except as they may be inconsistent with the provisions of this order, remain in effect until amended, modified, or revoked pursuant to the authority conferred by this order.

SEC. 8. As used in this order, the term "functions" embraces duties, powers, responsibilities, authority, or discretion, and the term "perform" may be construed to mean "exercise."

DWIGHT D. EISENHOWER

THE WHITE HOUSE,
May 10, 1954.

[F. R. Doc. 54-3585; Filed, May 11, 1954; 10:33 a. m.]

---

# RULES AND REGULATIONS

## TITLE 5—ADMINISTRATIVE PERSONNEL

### Chapter I—Civil Service Commission

PART 6—EXCEPTIONS FROM THE COMPETITIVE SERVICE

DEPARTMENT OF LABOR

Effective upon publication in the FEDERAL REGISTER, § 6.313 (a) (1) is amended to read as follows:

§ 6.313 *Department of Labor*—(a) *Office of the Secretary.* (1) Four special assistants, two confidential assistants, and one confidential assistant (private secretary) to the Secretray of Labor.

(R. S. 1753, sec. 2, 22 Stat. 403; 5 U. S. C. 631, 633; E. O. 10440, 3 CFR, 1953 Supp., 18 F. R. 1823)

UNITED STATES CIVIL SERVICE COMMISSION,
[SEAL]    WM. C. HULL,
*Executive Assistant.*

[F. R. Doc. 54-3500; Filed, May 11, 1954; 6:46 a. m.]

## TITLE 6—AGRICULTURAL CREDIT

### Chapter IV—Commodity Stabilization Service and Commodity Credit Corporation, Department of Agriculture

Subchapter B—Loans, Purchases, and Other Operations

[1953 C. C. C. Grain Price Support Bulletin 1, Supp. 3, Corn]

PART 421—GRAINS AND RELATED COMMODITIES

SUBPART—1953-CROP CORN RESEAL LOAN PROGRAM

A reseal loan program has been announced for 1953-crop corn. The 1953-CCC Grain Price Support Bulletin 1 (18 F. R. 1960, 3705, and 19 F. R. 1149) issued by the Commodity Credit Corporation and containing the general requirements with respect to price support operations for grains and related commodities produced in 1953, supplemented by Supplements 1 and 2, Corn (18 F. R. 5359, 6983 and 19 F. R. 1595), containing the specific requirements for the 1953-crop corn price support program, is hereby further supplemented as follows:

Sec.
421.62 Applicable sections of 1953 CCC Grain Price Support Bulletin 1, and Supplements 1 and 2, Corn.
421.63 Availability.
421.64 Eligible producer.
421.65 Eligible corn.
421.66 Approved storage.
421.67 Approved forms.
421.68 Quantity eligible for resealing.
421.69 Additional service charges.
421.70 Interest rate.
421.71 Transfer of producer's equity.
421.72 Storage and track-loading payments.
421.73 Maturity and satisfaction.
421.74 Support rates.
421.75 CSS commodity offices.

AUTHORITY: §§ 421.62 to 421.75 issued under sec. 4, 62 Stat. 1070, as amended; 15 U. S. C. Sup. 714b. Interpret or apply sec. 5, 62 Stat. 1072, secs. 101, 401, 63 Stat. 1051; 15 U. S. C. Sup. 714c, 7 U. S. C. Sup. 1441, 1421.

§ 421.62 *Applicable sections of 1953 CCC Grain Price Support Bulletin 1, and Supplements 1 and 2, Corn.* The following sections of the 1953 CCC Grain Price Support Bulletin 1, and Supplements 1 and 2, Corn, published in 18 F. R. 1960, 3705, 5359, 6983, and 19 F. R. 1149 and 1595, shall be applicable to the 1953 Corn Reseal Loan Program: § 421.1 *Administration;* § 421.5 *Approved lending agencies;* § 421.8 *Liens;* § 421.10 *Set-offs;* § 421.13 *Safeguarding the commodity;* § 421.14 *Insurance on farm-storage loans;* § 421.15 *Loss or damage to the commodity;* § 421.16 *Personal liability of the producer;* § 421.17 *Release of the commodity under loan;* § 421.19 *Foreclosure;* § 421.20 *Purchase of notes;* § 421.55 *Determination of quantity;* § 421.56 *Determination of quality.* Other sections of the 1953 Corn Price Support Program shall be applicable to the extent indicated in this subpart.

§ 421.63 *Availability*—(a) *Area.* The reseal program will be available (1) anywhere in the 1954 commercial corn area, except in designated angoumois moth areas, and (2) in the following counties in South Dakota outside the 1954 commercial corn area: Brown, Edmunds, Faulk, Hughes, Hyde, Marshall, Potter, Sully and Walworth. Under this program, 1953-crop farm-storage loans will be extended and farm-storage loans will be made on 1953-crop corn covered by purchase agreements. Neither warehouse-storage loans nor purchase agreements will be available to producers under this program.

(b) *Time.* (1) The producer who desires to participate in the reseal loan program must file an application for a farm-storage reseal loan with the county committee. In the case of a farm-storage loan, the producer will be required to apply for extension of his loan before the final date for delivery specified in the delivery instructions issued to him by the county committee.

(2) The producer who signed a purchase agreement on farm-stored corn is required, under the 1953 Corn Price Support Program, to notify the county committee not later than July 31, 1954, if he intends to deliver the corn to CCC. If the producer has notified the county committee, on or before July 31, 1954, of his intention to deliver the corn or to participate in this program, he may obtain a farm-storage loan on the corn. The loan documents must be executed by the producer on or before the final date for delivery specified in the delivery instructions, or on or before September 30, 1954, if the producer has not requested delivery instructions. The loan