# ATTACHMENT

**D**

Case 3:05-cv-00123-RRB   Document 194-6   Filed 04/23/2008   Page 2 of 4

"TITLE 1. THE PRESIDENT OF THE UNITED STATES"

Chapters will be headed by the official title of divisions, bureaus, or units, as for example:

"*Chapter II. Bureau of Agricultural Economics*"

PAR. c. *Headnotes to sections and paragraphs.*—Sections and paragraphs shall have headnotes in the style now in use in the United States Code, as for example:

SEC. 3. *Notice of Application; Service; Order for Taking.*—Reasonable notice of not less than ten days, and when the deposition is to be taken in a foreign country, of not less than fifteen days, must first be given in writing. * * *

SEC. 16. *Table of contents; indexing.*—Each submission of a partial or final codification shall be accompanied by a table of contents in outline form, giving the titles, chapters, parts, sections, and paragraphs, together with their numbers, headings, and headnotes; but no index need be prepared, since the indexing for the entire codification for all agencies must necessarily be done by the central codification organization according to one system.

SEC. 17. *Joint regulations.*—Whenever officers of two or more Federal agencies have joint power to issue documents, or whenever regulations issued by one officer affect two or more subdivisions of one agency, the question of location of the joint regulations within the codifications involved should be submitted to the Board in order to assure uniformity of treatment.

### Part C. Style

SEC. 18. *Abbreviations.*—Each agency shall cooperate with the Board in settling the abbreviations peculiar to, and to be used by, the agency in order that there may be no confusion of abbreviations as between agencies and so that identical matter will be cited by different agencies according to the same abbreviations.

SEC. 19. *Style manual.*—Punctuation, capitalization, orthography, and other matters of style should conform, so far as possible and practicable, to the most recent edition of the Style Manual of the United States Government Printing Office. The spelling of geographic names shall conform to the most recent decisions of the United States Geographic Board made pursuant to Executive Orders, No. 27-A of September 4, 1890, No. 399 of January 23, 1906, and No. 6680 of April 17, 1934.

SEC. 20. *Descriptions of tracts of land.*—Descriptions of tracts of land shall conform, so far as practicable, with the most recent edition of the Specifications for Descriptions of Tracts of Land for Use in Executive orders and Proclamations, issued by the Board of Surveys and Maps of the Federal Government.

### Chapter IV. Miscellaneous

SEC. 21. *Effective date of regulations.*—The foregoing regulations, subject to amendment or amplification, shall be effective immediately upon the approval of the President.

SEC. 22. *Official mail.*—All official mail on matters arising under Section 11 of the act or these regulations should be addressed to:

The Chairman, Codification Board,
Department of Justice,
Washington, D. C.

SEC. 23. *Publication of regulations.*—The foregoing regulations shall be printed in the Federal Register; and there shall be appended thereto a copy of the Federal Register Act, as amended, with pertinent portions italicized.

ADMINISTRATIVE COMMITTEE OF
THE FEDERAL REGISTER.
By R. D. W. CONNOR, *Chairman.*

Approved.

FRANKLIN D ROOSEVELT
*The White House, November 10, 1937.*

[F. R. Doc. 37-3289; Filed, November 11, 1937; 11:25 a. m.]

### FEDERAL REGISTER ACT

PUBLIC NO. 220, 74TH CONGRESS (49 STAT. 500-503), AS AMENDED BY PUBLIC NO. 158, 75TH CONGRESS

### AN ACT

*To provide for the custody of Federal proclamations, orders, regulations, notices, and other documents, and for the prompt and uniform printing and distribution thereof*

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the Archivist of the United States, acting through a division established by him in the National Archives Establishment, hereinafter referred to as the "Division", is charged with the custody and, together with the Public Printer, with the prompt and uniform printing and distribution of the documents required or authorized to be published under section 5. *There shall be at the head of the Division a director, appointed by the President, who shall act under the general direction of the Archivist of the United States in carrying out the provisions of this Act and the regulations prescribed hereunder, who shall receive a salary, to be fixed by the President, not to exceed $5,000 a year.*

SEC. 2. The original and two duplicate originals or certified copies of any document required or authorized to be published under section 5 shall be filed with the Division, which shall be open for that purpose during all hours of the working days when the Archives Building shall be open for official business. The Director of the Division shall cause to be noted on the original and duplicate originals or certified copies of each document the day and hour of filing thereof: *Provided*, That when the original is issued, prescribed, or promulgated outside of the District of Columbia and certified copies are filed before the filing of the original, the notation shall be of the day and hour of filing of the certified copies. Upon such filing, at least one copy shall be immediately available for public inspection in the office of the Director of the Division. The original shall be retained in the archives of the National Archives Establishment and shall be available for inspection under regulations to be prescribed by the Archivist. The Division shall transmit immediately to the Government Printing Office for printing, as provided in this Act, one duplicate original or certified copy of each document required or authorized to be published under section 5. Every Federal agency shall cause to be transmitted for filing as herein required the original and the duplicate originals or certified copies of all such documents issued, prescribed, or promulgated by the agency.

SEC. 3. All documents required or authorized to be published under section 5 shall be printed and distributed forthwith by the Government Printing Office in a serial publication designated the "Federal Register." *It shall be the duty of the Public Printer to make available the facilities of the Government Printing Office for the prompt printing and distribution of the Federal Register in the manner and at the times required in accordance with the provisions of this Act and the regulations prescribed hereunder.* The contents of the daily issues shall be indexed and shall comprise all documents, required or authorized to be published, filed with the Division up to such time of the day immediately preceding the day of distribution as shall be fixed by regulations hereunder. There shall be printed with each document a copy of the notation, required to be made under section 2, of the day and hour when, upon filing with the Division, such document was made available for public inspection. Distribution shall be made by delivery or by deposit at a post office at such time in the morning of the day of distribution as shall be fixed by such regulations prescribed hereunder. *The prices to be charged for the Federal Register may be fixed by the administrative committee established by section 6 without reference to the restrictions placed upon and fixed for the sale of Government publications by section 1 of the Act of May 11, 1922, and section 307 of the Act of June 30,*

1932 (U. S. C., title 44, secs. 72 and 72a), and any amendments thereto.

SEC. 4. *As used in this Act, unless the context otherwise requires, the term "document" means any Presidential proclamation or Executive order and any order, regulation, rule, certificate, code of fair competition, license, notice, or similar instrument issued, prescribed, or promulgated by a Federal agency; the terms "Federal agency" or "agency" mean the President of the United States, or any executive department, independent board, establishment, bureau, agency, institution, commission, or separate office of the administrative branch of the Government of the United States but not the legislative or judicial branches of the Government; and the term "person" means any individual, partnership, association, or corporation.*

SEC. 5. (a) There shall be published in the Federal Register (1) all Presidential proclamations and Executive orders, except such as have no general applicability and legal effect or are effective only against Federal agencies or persons in their capacity as officers, agents, or employees thereof; (2) such documents or classes of documents as the President shall determine from time to time have general applicability and legal effect; and (3) *such documents or classes of documents as may be required so to be published by Act of the Congress: Provided, That for the purposes of this Act every document or order which shall prescribe a penalty shall be deemed to have general applicability and legal effect.*

(b) In addition to the foregoing there shall also be published in the Federal Register such other documents or classes of documents as may be authorized to be published pursuant hereto by regulations prescribed hereunder with the approval of the President, but *in no case shall comments or news items of any character whatsoever be authorized to be published in the Federal Register.*

SEC. 6. *There is established a permanent Administrative Committee of three members consisting of the Archivist or Acting Archivist, who shall be chairman, an officer of the Department of Justice designated by the Attorney General, and the Public Printer or Acting Public Printer. The Director of the Division shall act as secretary of the committee. The committee shall prescribe, with the approval of the President, regulations for carrying out the provisions of this Act. Such regulations shall provide, among other things:*

(a) The manner of certification of copies required to be certified under section 2, which certification may be permitted to be based upon confirmed communications from outside of the District of Columbia; (b) the documents which shall be authorized pursuant to section 5 (b) to be published in the Federal Register; (c) *the manner and form in which the Federal Register shall be printed, reprinted, compiled, indexed, bound, and distributed;* (d) *the number of copies of the Federal Register which shall be printed, reprinted, and compiled, the number which shall be distributed without charge to Members of Congress, officers and employees of the United States, or any Federal agency for their official use, and the number which shall be available for distribution to the public; and* (e) *the prices to be charged for individual copies of, and subscriptions to, the Federal Register and reprints and bound volumes thereof.*

SEC. 7. No document required under section 5 (a) to be published in the Federal Register shall be valid as against any person who has not had actual knowledge thereof until the duplicate originals or certified copies of the document shall have been filed with the Division and a copy made available for public inspection as provided in section 2; and, unless otherwise specifically provided by statute, such filing of any document, required or authorized to be published under section 5, shall, except in cases where notice by publication is insufficient in law, be sufficient to give notice of the contents of such document to any person subject thereto or affected thereby. The publication in the Federal Register of any document shall create a rebuttable presumption (a) that it was duly issued, prescribed, or promulgated; (b) that it was duly filed with the Division and made available for public inspection at the day and hour stated in the printed notation; (c) that the copy contained in the Federal Register is a true copy of the original; and, (d) that all requirements of this Act and the regulations prescribed hereunder relative to such document have been complied with. The contents of the Federal Register shall be judicially noticed and, without prejudice to any other mode of citation, may be cited by volume and page number.

SEC. 8. Whenever notice of hearing or of opportunity to be heard is required or authorized to be given by or under an Act of the Congress, or may otherwise properly be given, the notice shall be deemed to have been duly given to all persons residing within the continental United States (not including Alaska), except in cases where notice by publication is insufficient in law, if said notice shall be published in the Federal Register at such time that the period between the publication and the date fixed in such notice for the hearing or for the termination of the opportunity to be heard shall be (a) not less than the time specifically prescribed for the publication of the notice by the appropriate Act of the Congress; or (b) not less than fifteen days when no time for publication is specifically prescribed by the Act, without prejudice, however, to the effectiveness of any notice of less than fifteen days where such shorter period is reasonable.

SEC. 9. Every payment made for the Federal Register shall be covered into the Treasury as a miscellaneous receipt. The cost of printing, reprinting, wrapping, binding, and distributing the Federal Register and any other expenses incurred by the Government Printing Office in carrying out the duties placed upon it by this Act shall be borne by the appropriations to the Government Printing Office and such appropriations are hereby made available, and are authorized to be increased by such additional sums as are necessary for such purposes, such increases to be based upon estimates submitted by the Public Printer. The purposes for which appropriations are available and are authorized to be made under section 10 of the Act entitled "An Act to establish a National Archives of the United States Government, and for other purposes" (48 Stat. 1122) are enlarged to cover the additional duties placed upon the National Archives Establishment by the provisions of this Act. Copies of the Federal Register mailed by the Government shall be entitled to the free use of the United States mails in the same manner as the official mail of the executive departments of the Government. The cost of mailing the Federal Register to officers and employees of Federal agencies in foreign countries shall be borne by the respective agencies.

SEC. 10. The provisions of section 2 shall become effective sixty days after the date of approval of this Act and the publication of the Federal Register shall begin within three business days thereafter. *Provided,* That the appropriations involved have been increased as required by section 9 of this Act. The limitations upon the effectiveness of documents required, under section 5 (a), to be published in the Federal Register shall not be operative as to any document issued, prescribed, or promulgated prior to the date when such document is first required by this or subsequent Act of the Congress or by Executive order to be published in the Federal Register.

SEC. 11. (a) *On July 1, 1938, and on the same date of every fifth year thereafter, each agency of the Government shall have prepared and shall file with the Administrative Committee a complete codification of all documents which, in the opinion of the agency, have general applicability and legal effect and which have been issued or promulgated by such agency and are in force and effect and relied upon by the agency as authority for, or invoked or used by it in the discharge of, any of its functions or activities on June 1, 1938. The Committee shall, within ninety days thereafter, report thereon to the President, who may authorize and direct the publication of such codification in special or supplemental editions of the Federal Register.*

(b) *There is hereby established a Codification Board, which shall consist of six members: The Director of the Division of the Federal Register, chairman ex officio; three attorneys of the Department of Justice, designated by the*

*Attorney General; and two attorneys of the Division of the Federal Register, designated by the Archivist. The Board shall supervise and coordinate the form, style, arrangement, and indexing of the codifications of the various agencies.*

(c) *The codified documents of the several agencies published in the supplemental edition of the Federal Register pursuant to the provisions of subsection (a) hereof, as amended by documents subsequently filed with the Division, and published in the daily issues of the Federal Register, shall be prima-facie evidence of the text of such documents and of the fact that they are in full force and effect on and after the date of publication thereof.*

(d) *The Administrative Committee shall prescribe, with the approval of the President, regulations for carrying out the provisions of this section.*

SEC. 12. *Nothing in this Act shall be construed to apply to treaties, conventions, protocols, and other international agreements, or proclamations thereof by the President.*

SEC. 13. All Acts or parts of Acts in conflict with this Act are hereby repealed insofar as they conflict herewith.

SEC. 14. *This Act may be cited as the "Federal Register Act."*

---

DEPARTMENT OF THE INTERIOR.

Office of Indian Affairs.

REGULATIONS GOVERNING THE LEASING OF RESTRICTED ALLOTTED INDIAN LANDS FOR MINING PURPOSES

APPLICABLE TO ALL RESTRICTED LANDS ALLOTTED TO OR HELD IN TRUST BY INDIVIDUAL MEMBERS OF INDIAN TRIBES EXCEPT THE FIVE CIVILIZED TRIBES AND OSAGE NATION

A provision in the act of March 3, 1909 (35 Stat. 781, 783), reads:

That all lands allotted to Indians in severalty, except allotments made to members of the Five Civilized Tribes and Osage Indians in Oklahoma, may by said allottee be leased for mining purposes for any term of years as may be deemed advisable by the Secretary of the Interior; and the Secretary of the Interior is hereby authorized to perform any and all acts and make such rules and regulations as may be necessary for the purpose of carrying the provisions of this paragraph into full force and effect.

1. To carry this provision of law into effect the following regulations are prescribed:

The term "Superintendent" herein refers to the superintendent or other officer of the Indian Service or of the Government who may have jurisdiction over the allotments involved.

The term "Supervisor" herein refers to a representative of the Secretary of the Interior, under direction of the Director of the United States Geological Survey, authorized and empowered to supervise and direct operations under oil and gas or other mining leases, to furnish scientific and technical information and advice, to ascertain and record the amount and value of production, and to determine and record rentals and royalties due and paid.

Applications for leases should be made to the Superintendent having jurisdiction over the lands.

2. No lease, assignment thereof, or interest therein will be approved to any employee or employees of the United States Government whether connected with the Indian Service or otherwise, and no employee of the Interior Department shall be permitted to acquire any interest in such leases by ownership of stock in corporations having leases or in any other manner.

3. At such times and in such manner as he may deem appropriate, the Superintendent shall publish notices that oil and gas leases on specific tracts, each of which shall be in a compact body, will be offered to the highest responsible bidder for a bonus consideration, in addition to stipulated rentals and royalties. The successful bidder must deposit with the Superintendent on the day of sale a certified check or bank draft on a solvent bank in an amount equal to 20 percent of the bid as a guaranty of good faith. Balance of the bonus and the first year's rental shall be paid and lease in completed form shall be filed within 20 days after the lease is forwarded to the lessee by the Superintendent for execution, unless such period shall have been extended by the Superintendent for good and sufficient reason. If the successful bidder fails to complete the lease or pay the full consideration within said period or extension thereof, or if the lease is disapproved through no fault of the lessor or the Interior Department, the amount of bonus deposited will be forfeited for the use and benefit of the Indian allottee, in the discretion of the Secretary of the Interior.

The right is reserved by the Secretary of the Interior to reject any and all bids and to disapprove and reject prior to approval any lease made on an accepted bid; and should any bid be rejected after bonus deposit is made by bidder, such deposit shall be immediately returned. The successful bidder or bidders shall pay the costs of advertising lands for oil and gas, or other mineral leases.

4. The Superintendent shall execute leases on behalf of allottees who are incompetent by reason of mental incapacity, and of minor allottees, except such persons for whom guardians have been appointed, in accordance with tribal constitutions which provide for the appointment of guardians.

5. Leases for minerals other than oil and gas shall be negotiated with the Indian allottee whose lands are sought to be leased after permission so to do has first been obtained from the Superintendent and, with the papers required, shall be filed with the Superintendent within 30 days from and after the date of execution: Provided, That no such lease on lands of allottees incompetent by reason of mental incapacity, and of minor allottees, shall be made until competitive bids have been invited therefor by advertising for at least two weeks in two or more papers of general circulation in the vicinity; but if a minor or such incompetent person is interested with competent adults in inherited lands, and such adults agree respecting a lease, the Superintendent or properly designated guardian may sign for the minor or mentally incompetent person without advertising. The minor's age and date of birth must be shown whenever possible.

6. If the applicant for a lease is a corporation it shall file evidence of authority of its officers to execute papers, and with its first application it shall also file:

(I) A certified copy of its articles of incorporation, and, if foreign to the State in which the lands are located, evidence showing compliance with the corporation laws thereof.

(II) Lists of officers, principal stockholders and directors, with postoffice addresses and number of shares held by each.

(III) A sworn statement of the proper officer showing:

(*a*) The total number of shares of the capital stock actually issued and the amount of cash paid into the treasury on each share sold; or, if paid in property, the kind, quantity, and value of the same paid per share.

(*b*) Of the stock sold, how much remains unpaid, and subject to assessment.

(*c*) The amount of cash the company has in its treasury and elsewhere.

(*d*) The property, exclusive of cash, owned by the company and its value.

(*e*) The total indebtedness of the company and the nature of its obligations.

7. Statements of changes in officers and stockholders shall be furnished by a corporation lessee to the Superintendent on January 1 of each year, and at such other times as may be requested. Affidavits may also be required of individual stockholders at any time, setting forth in what corporations or with what persons, firms, or associations such individual stockholders are interested in mining leases of restricted Indian lands within the State, and whether they hold such interests for themselves or in trust.

8. Except to prevent loss or waste, leases of undivided, inherited lands will be approved only when accompanied by proof that the lessors are the only heirs of the deceased allottee. Heirship must be established in accordance with