# ATTACHMENT

**O**

Advocacy of the Small Business Administration for comment on its impact on small business.

**Drafting Information**

The principal author of these regulations is Beverly A. Baughman of the Office of Assistant Chief Counsel (Income Tax & Accounting). However, other personnel from the IRS and Treasury Department participated in their development.

**List of Subjects in 26 CFR Part 1**

Income taxes, Reporting and recordkeeping requirements.

**Adoption of Amendments to the Regulations**

Accordingly, 26 CFR part 1 is amended as follows:

**PART 1—INCOME TAXES**

**Paragraph 1.** The authority citation for part 1 is amended by removing the entry for section 1.6695–1T and by revising the entry for section 1.6695–1 to read in part as follows:

**Authority:** 26 U.S.C. 7805 * * *

Section 1.6695–1 also issued under 26 U.S.C. 6060(b) and 6695(b). * * *

**Par. 2.** Section 1.6695–1 is amended by:

1. Revising paragraph (b)(4)(i).
2. Adding paragraph (g).
3. Removing the authority citation immediately following the end of the section.

The revision and addition read as follows:

**§ 1.6695–1   Other assessable penalties with respect to the preparation of income tax returns for other persons.**

* * * * *

(b) * * *

(4)(i) The manual signature requirement of paragraphs (b)(1) and (2) of this section may be satisfied by a photocopy of a copy of the return or claim for refund which copy is manually signed by the preparer after completion of its preparation. After a copy of the return or claim for refund is signed by the preparer and before it is photocopied, no person other than the preparer may alter any entries on the copy other than to correct arithmetical errors discernible on the return or claim for refund. The employer of the preparer or the partnership in which the preparer is a partner, or the preparer (if not employed or engaged by a preparer and not a partner of a partnership which is a preparer), must retain the manually signed copy of the return or claim for refund. In the alternative, for a return or

claim for refund presented to a taxpayer for signature after December 31, 1998, and for returns or claims for refund retained on or before that date, the person required to retain the manually signed copy of the return or claim for refund may choose to retain a photocopy of the manually signed copy of the return or claim for refund, or use an electronic storage system to store and produce a copy of the manually signed return or claim for refund. For purposes of this paragraph (b)(4)(i), an electronic storage system must meet the electronic storage system requirements prescribed in section 4 of Rev. Proc. 97–22 (1997–1 C.B. 652) (see § 601.601(d)(2) of this chapter) or other procedures prescribed by the Commissioner. A record of any arithmetical errors corrected must be retained and made available upon request by the person required to retain the manually signed copy of the return or claim for refund.

* * * * *

(g) *Effective date.* This section applies to income tax returns and claims for refund presented to a taxpayer for signature after December 31, 1998, and for returns or claims for refund retained on or before that date.

**§ 1.6695–1T   [Removed]**

**Par. 3.** Section 1.6695–1T is removed.

**Robert E. Wenzel,**
*Deputy Commissioner of Internal Revenue.*

Approved: June 30, 2000.

**Jonathan Talisman,**
*Deputy Assistant Secretary of the Treasury.*

[FR Doc. 00–18117 Filed 7–17–00; 8:45 am]

**BILLING CODE 4830–01–U**

---

**DEPARTMENT OF THE TREASURY**

**Internal Revenue Service**

**26 CFR Parts 1 and 602**

**[TD 8892]**

**RIN 1545–AR97**

**TeleFile Voice Signature Test**

**AGENCY:** Internal Revenue Service (IRS), Treasury.

**ACTION:** Removal of temporary regulations.

**SUMMARY:** This document removes temporary regulations that provide that an individual Federal income tax return completed as part of the Telefile Voice Signature test will be treated as a return that is signed, authenticated, verified and filed by the taxpayer as required by the Internal Revenue Code. The temporary regulations were published

in the **Federal Register** on December 27, 1993. Because the temporary regulations applied only to 1992 and 1993 calendar year returns, the IRS is removing them.

**EFFECTIVE DATE:** These regulations are effective July 18, 2000.

**FOR FURTHER INFORMATION CONTACT:** Beverly A. Baughman (202) 622–4940 (not a toll-free number).

**SUPPLEMENTARY INFORMATION:**

**Background**

On December 27, 1993, the IRS issued temporary regulations (TD 8510) in the **Federal Register** (58 FR 68295) under sections 6012, 6061, and 6065 relating to the TeleFile Voice Signature test. Because the temporary regulations applied only to 1992 and 1993 calendar year returns, the IRS has decided to remove them. Therefore, temporary regulations §§ 1.6012–7T, 1.6061–2T, and 1.6065–2T are being removed.

On December 27, 1993, the IRS also issued a notice of proposed rulemaking (58 FR 68335) under sections 6012, 6061, and 6065. Although written comments and requests for a public hearing were solicited, no written or oral comments were received and no public hearing was requested or held. This notice of proposed rulemaking is being withdrawn in a separate document.

**Explanation of Provisions**

Under sections 6012, 6061, and 6065 of the Internal Revenue Code, each individual with gross income in excess of a specified amount must file an annual income tax return that (i) is signed in accordance with prescribed forms and instructions and, (ii) except as otherwise provided by the Service, contains (or is verified by) a written declaration that the return is made under penalties of perjury.

The temporary regulations provide rules to facilitate the implementation of the Telefile Voice Signature test. Generally, pursuant to the temporary regulations a taxpayer's individual income tax return will be treated as having been properly filed if the taxpayer is eligible to participate in the Telefile Voice Signature test and, pursuant to the instructions from the Telefile system interactive voice computer, provides the requested information and the voice signature during the telephonic filing season.

The Telefile Voice Signature test occurred during the 1993 and 1994 filing seasons. Since that time the Service has published final regulations generally authorizing alternative signature methods. See § 301.6061–1. Accordingly, the regulations relating to

**44438**    Federal Register / Vol. 65, No. 138 / Tuesday, July 18, 2000 / Rules and Regulations

the Telefile Voice Signature test are being removed.

**Drafting Information**

The principal author of these regulations is Beverly A. Baughman of the Office of Assistant Chief Counsel (Income Tax and Accounting), IRS. However, personnel from other offices of the Internal Revenue Service and Treasury Department participated in their development.

**List of Subjects**

*26 CFR Part 1*

Income taxes, Reporting and recordkeeping requirements.

*26 CFR Part 602*

Reporting and recordkeeping requirements.

**Removal of Temporary Regulations**

**PART 1—INCOME TAXES**

**Paragraph 1.** The authority citation for part 1 continues to read in part as follows:

**Authority:** 26 U.S.C. 7805 * * *

**§ 1.6012–7T   [Removed]**

**Par. 2.** Section 1.6012–7T is removed.

**§ 1.6061–2T   [Removed]**

**Par. 3.** Section 1.6061–2T is removed.

**§ 1.6065–2T   [Removed]**

**Par. 4.** Section 1.6065–2T is removed.

**PART 602—OMB CONTROL NUMBERS UNDER THE PAPERWORK REDUCTION ACT**

**Par. 5.** The authority citation for part 602 continues to read as follows:

**Authority:** 26 U.S.C. 7805 * * *

**Par. 6.** Section 602.101(c) is amended by removing the following entries in the table:

**§ 602.101   OMB Control numbers.**

*    *    *    *    *

(c) * * *

| CFR part or section where identified and described | Current OMB control number |
|---|---|
| * | * |
| * | * |
| 1.6012–7T | 1545–1348 |
| 1.6061–2T | 1545–1348 |
| * | * |
| * | * |

Robert E. Wenzel,
*Deputy Commissioner of Internal Revenue.*
Approved: June 30, 2000.
Jonathan Talisman,
*Deputy Assistant Secretary of the Treasury.*
[FR Doc. 00–18116 Filed 7–17–00; 8:45 am]
**BILLING CODE 4830–01–P**

---

**POSTAL SERVICE**

**39 CFR Part 20**

**Global Package Link**

**AGENCY:** Postal Service.

**ACTION:** Interim rule and request for comment.

**SUMMARY:** The Postal Service is adopting changes to Global Package Link (GPL) service. Expansion of the service is planned to the European Union (EU) countries as well as expansion to Australia. Rates are being increased 5 percent for existing GPL services with a 15 percent increase to the oversize GPL package service to Japan.

There are several new fees that will be added to GPL. There will be a fee schedule for data exceptions. Customers will be charged when they fail to provide usable data needed to process GPL. In addition, there will be a new fee of $250 per hour for providing assistance in establishing necessary data links with GPL, for assistance in updating its manifesting systems, and for providing harmonization services needed to utilize GPL's Customs Preadvisory System. These new fees for service will allow the customer to access expertise quickly and for a reasonable charge thus making it easier for them to use GPL.

There will also be a new surcharge of $11 per piece when customers fail to meet the requirement of mailing a minimum of 10,000 packages to any combination of GPL destination countries per year. They will also be required to use the premium service where available. Any existing customers that have been using GPL for over a year will be reviewed and also subject to the surcharge if applicable.

**EFFECTIVE DATE:** The interim rule is effective 12:01 a.m. EST, August 6, 2000. Comments must be received on or before September 7, 2000.

**ADDRESSES:** Written comments should be mailed or delivered to the Manager, International Business Results, Room 370–IBU, International Business, U.S. Postal Service, Washington, DC 20260–6500. Copies of all written comments will be available for public inspection between 9 a.m. and 4 p.m., Monday

through Friday, in International Business, 10th Floor, 901 D Street, SW, Washington, DC.

**FOR FURTHER INFORMATION CONTACT:** Robert Michelson, (202) 268–5731.

**SUPPLEMENTARY INFORMATION:** Global Package Link service is an international mail service designed for companies sending merchandise packages to other countries. To use GPL, a customer must send at least 10,000 packages per year of mailing and agree to link its information systems with the Postal Service so that certain information about the contents of the customer's packages can be extracted for operational, customs clearance, and other purposes.

The Postal Service is proposing to add new features to GPL that will enhance its value to customers. The weight and size limits for items sent to Argentina are being increased. The weight limit is increased to 70 pounds from 44 pounds for both premium and standard services. The maximum size is increased to 60 inches in length and 108 inches in length and girth combined.

Service is being extended to Australia. Service to Australia includes premium and standard service. The maximum weight is 66 pounds for both premium and standard services. The maximum size limit for premium items is 36 inches maximum length and a maximum length and girth combined of 79 inches. The maximum size limit for standard items is 42 inches maximum length and a maximum length and girth combined of 79 inches.

The rates for service to Australia are:

| Weight not over (pounds) | Premium ($) | Standard ($) |
|---|---|---|
| 1 | 16.00 | 10.50 |
| 2 | 20.00 | 14.00 |
| 3 | 24.50 | 18.00 |
| 4 | 29.00 | 22.00 |
| 5 | 33.00 | 25.50 |
| 6 | 37.50 | 29.50 |
| 7 | 42.00 | 33.00 |
| 8 | 46.00 | 27.00 |
| 9 | 50.50 | 40.50 |
| 10 | 55.00 | 44.50 |
| 11 | 59.00 | 48.50 |
| 12 | 61.00 | 50.00 |
| 13 | 63.00 | 51.50 |
| 14 | 67.00 | 55.00 |
| 15 | 71.00 | 58.50 |
| 16 | 75.00 | 62.00 |
| 17 | 79.00 | 65.50 |
| 18 | 83.00 | 69.00 |
| 19 | 87.00 | 73.00 |
| 20 | 91.00 | 76.50 |
| 21 | 95.00 | 80.00 |
| 22 | 99.00 | 83.50 |
| 23 | 103.00 | 87.00 |
| 24 | 107.00 | 90.50 |
| 25 | 111.00 | 94.00 |
| 26 | 115.00 | 97.50 |

**Attachment 15 - page 2 of 2**

# PAPERWORK REDUCTION ACT SUBMISSION

Please read the instructions before completing this form. For additional forms or assistance in completing this form, contact your agency's Paperwork Clearance Officer. Send two copies of this form, the collection instrument to be reviewed, the Supporting Statement, and any additional documentation to: Office of Information and Regulatory Affairs, Office of Management and Budget, Docket Library, Room 10102, 725 17th Street NW Washington, DC 20503.

| | |
|---|---|
| 1. Agency/Subagency originating request<br><br>Department of the Treasury<br>Internal Revenue Service | 2. OMB control number      b. ___ None<br><br>a. 1 5 4 5 — 0 0 7 4 ___ |

**3. Type of information collection** (check one)
- a. ___ New collection
- b. X Revision of a currently approved collection
- c. ___ Extension of a currently approved collection
- d. ___ Reinstatement, without change, of a previously approved collection for which approval has expired
- e. ___ Reinstatement, with change, of a previously approved collection for which approval has expired
- f. ___ Existing collection in use without an OMB control number
  *For b-f, note Item A2 of Supporting Statement instructions*

**4. Type of review requested** (check one)
- a. X Regular
- b. ___ Emergency - Approval requested by: ___/___/___
- c. ___ Delegated

**5. Small entities**
Will this information collection have a significant economic impact on a substantial number of small entities? ___ Yes X No

**6. Requested expiration date**
- a. X Three years from approval date   b. ___ Other   Specify: ___/___

---

**7. Title** U.S. Individual Income Tax Return

**8. Agency form number(s)** (if applicable) Forms 1040 and Schedules A, B, C, C-EZ, D,D-1, E, EIC, F, H, J, R, and SE

**9. Keywords** 'personal income taxes, tax return'

**10. Abstract** Form 1040 and schedules are used by individuals to report their income tax liability. The data is used to verify that the items reported on the forms are correct, and also for general statistical use.

| | |
|---|---|
| **11.Affected public** (Mark primary with "P" and all others that apply with "X")<br>a. P Individuals or households   d. ___ Farms<br>b. ___ Business or other for-profit   e. ___ Federal Government<br>c. ___ Not-for-profit institutions   f. ___ State, Local or Tribal Government | **12. Obligation to respond** (Mark primary with "P" and all others that apply with "X")<br>a. ___ Voluntary<br>b. ___ Required to obtain or retain benefits<br>c. P Mandatory |

| | |
|---|---|
| **13. Annual reporting and recordkeeping hour burden**<br>a. Number of respondents          130,200,000<br>b. Total annual responses          130,200,000<br>   1. Percentage of these responses<br>     collected electronically ___75___ %<br>c. Total annual hours requested          3,090,000,000<br>d. Current OMB inventory          _____<br>e. Difference          _____<br>f. Explanation of difference<br>   1. Program change          _____<br>   2. Adjustment          _____ | **14. Annual reporting and recordkeeping cost burden** (in thousands of dollars)<br>a. Total annualized capital/startup costs          _____<br>b. Total annual costs (O&M)          _____<br>c. Total annualized costs requested          _____<br>d. Current OMB inventory          _____<br>e. Difference          _____<br>f. Explanation of difference<br>   1. Program change          _____<br>   2. Adjustment          _____ |

| | |
|---|---|
| **15. Purpose of information collection** (Mark primary with "P" and all others that apply with "X")<br>a. ___ Application for benefits   e. ___ Program planning or management<br>b. ___ Program evaluation   f. ___ Research<br>c. ___ General purpose statistics   g. P Regulatory or compliance<br>d. ___ Audit | **16. Frequency of recordkeeping or reporting** (check all that apply)<br>a. X Recordkeeping          b. ___ Third party disclosure<br>c. X Reporting<br>  1. ___ On occasion   2. ___ Weekly   3. ___ Monthly<br>  4. ___ Quarterly   5. ___ Semi-annually   6. X Annually<br>  7. ___ Biennially   8. ___ Other (describe) |

| | |
|---|---|
| **17. Statistical methods**<br>Does this information collection employ statistical methods?<br><br>___ Yes   X No | **18. Agency contact** (person who can best answer questions regarding the content of this submission)<br><br>Name: R. Joseph Durbala<br><br>Phone: (202) 622-3634 |

OMB 83-I                                                                                     10/95

---

**Attachment 16 - page 4 of 15**

## 19. Certification for Paperwork Reduction Act Submissions

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9.

NOTE:  The text of 5 CFR 1320.9, and the related provisions of 5 CFR 1320.8(b)(3), appear at the end of the instructions. *The certification is to be made with reference to those regulatory provisions as set forth in the instructions.*

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

(a) It is necessary for the proper performance of agency functions;

(b) It avoids unnecessary duplication;

(c) It reduces burden on small entities;

(d) It uses plain, coherent, and unambiguous terminology that is understandable to respondents;

(e) Its implementation will be consistent and compatible with current reporting and recordkeeping practices;

(f) It indicates the retention periods for recordkeeping requirements;

(g) It informs respondents of the information called for under 5 CFR 1320.8(b)(3):

    (i)  Why the information is being collected;

    (ii)  Use of information;

    (iii)  Burden estimate;

    (iv)  Nature of response (voluntary, required for a benefit, or mandatory);

    (v)  Nature and extent of confidentiality; and

    (vi)  Need to display currently valid OMB control number.

(h) It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected (see note in Item 19 of the Instructions);

(i) It uses effective and efficient statistical survey methodology; and

(j) It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item below and explain the reason in Item 18 of the Supporting Statement.

| | |
|---|---|
| Signature of Program Official<br>*Glenn P. Kirkland*<br>Glenn P. Kirkland, IRS Reports Clearance Officer | Date<br>9/12/2005 |
| Signature of Senior Official or Designee<br>*Michael A. Polissa* | Date<br>9-13-05 |

OMB 83-I                                                                         10/95

1
SUPPORTING STATEMENT
(Comment for Form 1040 and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F, H, J, R, and SE, Form 1040A and Schedules 1, 2, and 3, Form 1040EZ, Form 1040X, and all attachments to these forms. )

1.    **CIRCUMSTANCES NECESSITATING COLLECTION OF INFORMATION**

IRC sections 6011 & 6012 of the Internal Revenue Code require individuals to prepare and file income tax returns annually. Form 1040, and related schedules, are used by individuals to report their income subject to tax and compute their correct tax liability.

2.    **USE OF DATA**

The data on these forms and schedules will be used in computing the tax liability and in determining that the items claimed are properly allowable. It is also used for general statistical use.

3.    **USE OF IMPROVED INFORMATION TECHNOLOGY TO REDUCE BURDEN**

We are currently offering electronic filing for Form 1040 and schedules.

4.    **EFFORTS TO IDENTIFY DUPLICATION**

We have attempted to eliminate duplication within the agency wherever possible.

5.    **METHODS TO MINIMIZE BURDEN ON SMALL BUSINESSES OR OTHER SMALL ENTITIES**

Not applicable.

6.    **CONSEQUENCES OF LESS FREQUENT COLLECTION ON FEDERAL PROGRAMS OR POLICY ACTIVITIES**

Not applicable.

2

**7.** **SPECIAL CIRCUMSTANCES REQUIRING DATA COLLECTION TO BE INCONSISTENT WITH GUIDELINES IN 5 CFR 1320.5(d)(2)**

Not applicable.

**8.** **CONSULTATION WITH INDIVIDUALS OUTSIDE OF THE AGENCY ON AVAILABILITY OF DATA, FREQUENCY OF COLLECTION, CLARITY OF INSTRUCTIONS AND FORMS, AND DATA ELEMENTS**

Periodic meetings are held between IRS personnel and representatives of the American Bar Association, the National Society of Public Accountants, the American Institute of Certified Public Accountants, and other professional groups to discuss tax law and tax forms.  During these meetings, there is an opportunity for those attending to make comments regarding Form 1040.  In addition, we receive comments from other interested outside groups and from individuals.

In response to the Federal Register Notice dated July 8, 2005, we received no comments during the comment period regarding Form 1040 and its schedules.

**9.** **EXPLANATION OF DECISION TO PROVIDE ANY PAYMENT OR GIFT TO RESPONDENTS**

Not applicable.

**10.** **ASSURANCE OF CONFIDENTIALITY OF RESPONSES**

Generally, tax returns and tax return information are confidential as required by 26 USC 6103.

**11.** **JUSTIFICATION OF SENSITIVE QUESTIONS**

Not applicable.

3

**12.    ESTIMATED BURDEN OF INFORMATION COLLECTION**

The burden estimate is as follows:

**Table 1.  Taxpayer Burden for Individual Taxpayers Who Filed Form 1040, by Preparation Method**

| Major Form Filed or Type of Taxpayer | Number of Returns (millions) | Average Burden | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Average for All Preparation Methods | | Self-Prepared Without Tax Software | | Self-Prepared With Tax Software | | Prepared by Paid Professional | |
| | | Hours | Costs | Hours | Costs | Hours | Costs | Hours | Costs |
| **All Taxpayers Filing Form 1040, 1040A and 1040EZ** | 130.2 | 23.3 | $179 | 16.4 | $17 | 27.9 | $44 | 22.9 | $268 |
| | | | | | | | | | |
| **Major Form Filed** | | | | | | | | | |
| Taxpayers Filing Form 1040 (and associated forms) | 88.2 | 30.5 | $242 | 26.9 | $21 | 36.6 | $52 | 28.7 | $338 |
| Taxpayers Filing Form 1040A (and associated forms) | 23.3 | 9.1 | $62 | 10.8 | $29 | 11.5 | $44 | 7.4 | $82 |
| Taxpayers Filing Form 1040EZ | 18.7 | 7.2 | $29 | 7.0 | $1 | 10.1 | $9 | 5.5 | $60 |
| | | | | | | | | | |
| **Type of Taxpayer*** | | | | | | | | | |
| Wage and Investment | 94.6 | 11.8 | $93 | 11.5 | $14 | 17.8 | $35 | 9.0 | $142 |

**4**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Self-Employed | 35.6 | 53.9 | $410 | 48.5 | $31 | 68.4 | $81 | 53.9 | $522 |

Note: Detail may not add to total due to rounding.

*You are a "Wage and Investment" taxpayer (as defined by IRS) if you did not file a Schedule C, Schedule C-EZ, Schedule E, Schedule F, or Form 2106. If you filed a Schedule C, Schedule C-EZ, E, or F, or Form 2106, you are a "Self-Employed" taxpayer.

**Table 2.  Taxpayer Burden for Taxpayers Who Filed Form 1040, by Preparation Method and Combination of Forms Filed**

| Type of Taxpayer* and Common Combinations of Forms Filed | Average Burden | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Average for All Preparation Methods | | Self-Prepared Without Tax Software | | Self-Prepared With Tax Software | | Prepared by Paid Professional | |
| | Hours | Costs | Hours | Costs | Hours | Costs | Hours | Costs |
| **Common Filing Combinations of Wage & Investment Taxpayers** | | | | | | | | |
| **Wage and Investment Taxpayers** | 11.8 | $93 | 11.5 | $14 | 17.8 | $35 | 9.0 | $142 |
| Form 1040 and other forms and schedules, but not Schedules A and D | 9.2 | $88 | 12.2 | $17 | 15.8 | $34 | 6.6 | $118 |
| Form 1040 and Schedule A and other forms and schedules, but not Schedule D | 16.3 | $126 | 19.2 | $17 | 22.6 | $41 | 11.9 | $198 |
| Form 1040 and Schedule D and other forms and schedules, but not Schedule A | 17.6 | $159 | 22.5 | $14 | 27.3 | $48 | 12.9 | $223 |
| Form 1040 and Schedules A and | 24.6 | $239 | 32.8 | $13 | 35.4 | $44 | 18.1 | $365 |

5

| D and other forms and schedules | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Common Filing Combinations of Self -Employed Taxpayers** | | | | | | | | |
| **Self-Employed Taxpayers** | | 53.9 | $410 | 48.5 | $31 | 68.4 | $81 | 53.9 | $522 |
| Form 1040 and Schedule C and other forms and schedules, but not Schedules E or F or Form 2106 | | 59.4 | $245 | 51.4 | $24 | 74.6 | $63 | 56.1 | $323 |
| Form 1040 and Schedule E and other forms and schedules, but not Schedules C or F or Form 2106 | | 44.7 | $591 | 37.5 | $43 | 57.7 | $100 | 42.8 | $717 |
| Form 1040 and Schedule F and other forms and schedules, but not Schedules C or E or Form 2106 | | 34.8 | $238 | 38.1 | $37 | 49.7 | $81 | 34.8 | $238 |
| Form 1040 and Form 2106 and other forms and schedules but not Schedules C, E, or F | | 55.4 | $242 | 42.0 | $32 | 62.5 | $80 | 55.8 | $283 |
| Form 1040 and forms and schedules including more than one of the SE forms (Schedules C, E, or F or Form 2106) | | 69.4 | $618 | 72.0 | $40 | 88.3 | $99 | 65.7 | $746 |

*You are a "Wage and Investment" taxpayer (as defined by IRS) if you did not file a Schedule C, Schedule C-EZ, Schedule E, Schedule F, or Form 2106. If you filed a
Schedule C, Schedule C-EZ, E, or F, or Form 2106, you are a "Self-Employed" taxpayer.

6

Table 3.  Taxpayer Burden for Taxpayers Who Filed Form 1040, by Activity

| Form or Schedule | Percent of Returns Filed | Average Time Burden of Taxpayer Activities (Hours per Return) | | | | | Average Costs per Return |
|---|---|---|---|---|---|---|---|
| | | Total Time | Record-keeping | Tax Planning | Form Completion | All Other Activities | |
| **All Taxpayers** | 100% | 23.3 | 14.1 | 3.2 | 3.2 | 2.8 | $179 |
| Form 1040 | 68% | 30.5 | 19.1 | 4.2 | 3.8 | 3.5 | $242 |
| Form 1040A | 18% | 9.1 | 4.3 | 1.1 | 1.9 | 1.8 | $63 |
| Form 1040EZ | 14% | 7.2 | 2.5 | 1.5 | 2.1 | 1.2 | $29 |
| **Type of Taxpayer\*** | 100% | | | | | | |
| Wage and Investment | 73% | 11.8 | 5.0 | 2.3 | 2.7 | 1.8 | $93 |
| Self-Employed | 27% | 53.9 | 38.1 | 5.8 | 4.4 | 1.2 | $410 |

Note: Detail may not add to total due to rounding.

\*You are a "Wage and Investment" taxpayer (as defined by IRS) if you did  not file a Schedule C, Schedule C-EZ, Schedule E, Schedule F, or Form 2106.  If you filed a
  Schedule C, Schedule C-EZ, E, or F, or Form 2106, you are a "Self-Employed taxpayer."

Estimates of the annualized cost to respondents for the hour burdens shown are not available at this time.

We are asking for continued approval of these regulations that are associated with Form 1040.  Please continue to assign OMB number 1545-0074 to these regulations.

| | | |
|---|---|---|
| 1.23-5 | 1.307-2 | 1.1385-1 |
| 1.31.2 | 1.333-1 | 1.1402(a)-2,5,11,15 |
| 1.37-2 and 3 | 1.351-3 | 161.1402(c)-2 |

**7**

| | | |
|---|---|---|
| 1.41-4 | 1.383-1 | 1.1402(e)-(2)-1 |
| 1.41-4A | 1.442-1 | 1.1402(f)-1 |
| 1.43-2 | 1.446-1 | 1.6001-1 |
| 1.44A-3 | 1.451-5 thru 7 1.6060-1 | |
| 1.52-4 | 1.454-1 | 1.6072-1 |
| 1.61-15 | 1.461-1 | 1.6107-1 |
| 1.63-1 | 1.466-1 | 1.6109-1 and 2 |
| 1.64(c)6 | 1.551-4 | 1.6011-1 |
| 1.71-1 | 1.612-4 | 1.6012-1 |
| 1.72 | 1.642(c)-5 and 6 | 1.6013-1, 6, 7 |
| 1.79-2 and 3 | 1.702-1 | 1.6017-1 |
| 1.83-2 thru 5 | 1.706-1 | 1.6060-1 |
| 1.105 | 1.736-1 | 1.6072-1 |
| 1.151-1 | 1.743-1 | 1.6107-1 |
| 1.152-4 and 4T | 1.751-1 | 1.6109-1 |
| 1.162-24 | 1.852-7 and 9 1.6151-1 | |
| 1.163-10T | 1.931-1 | 1.6695-1 |
| 1.166-10 | 1.935-1 | 1.6696-1 |
| 1.170 | 1.1012-1 | 1.9100-1 |
| 1.170A | 1.1041-1T | 5c.0 |
| 1.172 | 1.1081-11 | 7.0 |
| 1.180-2 | 1.1101-4 | 16A.126-2 |
| 1.182-6 | 1.1211-1 | 18.1-7 |
| 1.190-3 | 1.1212-1 | 31.6011(a)-1 and 7 |
| 1.213-1 | 1.1231-2 | 301.6110-3 and 5 |
| 1.215-1 | 1.1232-3 | 301.6316-4 thru 6 |
| 1.254-1 | 1.1248-7 | 301.6361-1 and 3 |
| 1.265-1 | 1.1251-2 | 301.6501 |
| 1.274-5T and 6T | 1.1254-1 and 3 | 301.6501(d) |
| 1.280A-3 | 1.1304-1 thru 5 | 301.6905-1 |
| 1.280F-3T | 1.1311(a)-1 | 301.7216-2 |
| 1.302-4 | 1.1383-1 | |

8

The following are citations to 26 U.S.C.:

| | | |
|---|---|---|
| 61 | 317 | 852 |
| 72 | 318 | 857 |
| 79 | 331 | 1012 |
| 83 | 332 | 1034(i) |
| 126 | 351 | 1037 |
| 162(h) | 403 | 1081 |
| 170 | 454 | 1101 |
| 172(b), (c), (h) | 518(c)(18) | 1232A |
| 180 | 551 | 6011 |
| 182 | 613(g) | 6012 |
| 265 | 642(c) | 6061 |
| 301 | 735 | 6107 |
| 307 | 736 | 7216 |

**13.    ESTIMATED TOTAL ANNUAL COST BURDEN TO RESPONDENTS**

As suggested by OMB, our Federal Register notice dated July 8, 2005, requested public comments on estimates of cost burden that are not captured in the estimates of burden hours, i.e., estimates of capital or start-up costs and costs of operation, maintenance, and purchase of services to provide information. However, we did not receive any response from taxpayers on this subject. As a result, estimates of the cost burdens are not available at this time.

**14.    ESTIMATED ANNUALIZED COST TO THE FEDERAL GOVERNMENT**

The primary cost to the government consists of the cost of printing these forms. We estimate that the cost of printing these forms and schedules, including the tax packages, is $23,400,000.

9

15. **REASONS FOR CHANGE IN BURDEN**

Under the PRA, OMB assigns a control number to each ``collection of information'' that it reviews and approves for use by an agency. A single information collection may consist of one or more forms, recordkeeping requirements, and/or third-party disclosure requirements. Under the PRA and OMB regulations, agencies have the discretion to seek separate OMB approvals for individual forms, recordkeeping requirements, and third-party reporting requirements or to combine any number of forms, recordkeeping requirements, and/or third-party disclosure requirements (usually related in subject matter) under one OMB Control Number. Agency decisions on whether to group individual requirements under a single OMB Control Number or to disaggregate them and request separate OMB Control Numbers are based largely on considerations of administrative practicality.

Tables 1, 2, and 3 show the burden model estimates. In tax year 2003 the burden of all individual taxpayers filing Forms 1040, 1040A or 1040EZ averaged about 23 hours per return filed, or a total of more than 3 billion hours. Similarly, the average out-of-pocket taxpayer costs were estimated to be $179 per return filed or a total of $23.4 billion. Including associated forms and schedules, taxpayers filing Form 1040 had an average burden of about 30 hours, taxpayers filing Form 1040A averaged about 9 hours, and those filing 1040 EZ averaged about 7 hours.

The data shown are the best estimates from tax returns filed for 2003 currently available as of June 27, 2005. The estimates are subject to change as new forms and data become available. Estimates for combinations of major forms and schedules commonly used will be available and the most up-to-date estimates and supplementary information can be found on the IRS Web site: http://www.irs.gov.

**TOTAL PROGRAM CHANGE AND NET ADJUSTMENT FOR ALL FORMS AND SCHEDULES**

There are no changes in the paperwork burden as previously outlined in our Federal register notice dated July, 8, 2005.

Type of Review: Extension of currently approved collections.
   Affected Public: Individuals or households.
   Estimated Number of Respondents: 130,200,000.

10

Total Estimated Time: 3.0 billion hours.
Estimated Time Per Respondent: 23.3 hours.
Total Estimated Out-of-Pocket Costs: $23.4 billion.
Estimated Out-of-Pocket Cost Per Respondent: $179.

We are making this submission to renewal the OMB approval.

16.    **PLANS FOR TABULATION, STATISTICAL ANALYSIS AND PUBLICATION**

Not applicable.

17.    **REASONS WHY DISPLAYING THE OMB EXPIRATION DATE IS INAPPROPRIATE**

See attachment.

18.    **EXCEPTIONS TO THE CERTIFICATION STATEMENT ON OMB FORM 83-I**

Not applicable.

**Note:** The following paragraph applies to all of the collections of information in this submission:

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection of information displays a valid OMB control number. Books or records relating to a collection of information must be retained as long as their contents may become material in the administration of any internal revenue law. Generally, tax returns and tax return information are confidential, as required by 26 U.S.C. 6103.

Attachment 16 - page 15 of 15