# ATTACHMENT

**P**

ŪE                    NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

Michael Robinson                                    11/23/2005
Clearance Officer
1750 Pennsylvania Avenue NW.
Washington, DC  20220

In accordance with the Paperwork Reduction Act, OMB has
taken the following action on your request for approval of
a revision of an information collection received on 09/13/2005.

TITLE:   U.S. Individual Income Tax Return

AGENCY FORM NUMBER(S):   1040,SCHEDULES-A-B-C,
                         SCHEDULES-C-EZ,SCHEDULES-D-D-1,
                         SCHEDULES-E-EIC,SCHEDULES-F-H-J,
                         SCHEDULES-R-SE

ACTION : Approved without change
OMB NO.: 1545-0074
EXPIRATION DATE:  12/31/2006

| BURDEN: | RESPONSES | HOURS | COSTS($,000) |
|---|---|---|---|
| Previous | 410,494,223 | 1,555,688,934 | 0 |
| New | 130,200,000 | 3,000,000,000 | 23,400,000 |
| Difference | -280,294,223 | 1,444,311,066 | 23,400,000 |
| Program Change | | 0 | 0 |
| Adjustment | | 1,444,311,066 | 23,400,000 |

TERMS OF CLEARANCE: None

NOTE: The agency is required to display the OMB control
      number and inform respondents of its legal
      significance (see 5 CFR 1320.5(b)).

_____
OMB Authorizing Official     Title

Donald R. Arbuckle           Deputy Administrator, Office of
                             Information and Regulatory Affairs
_____
Sent electronically, 11/23/2005 12:50:44rE

**Attachment 16 - page 1 of 15**

PAPERWORK REVIEW WORKSHEET                    14 SEP 2005
                                              PAGE  1


OMB NUMBER : 1545-0074              RECEIVED: 09/13/2005
REVIEW TYPE: Regular                 DUE DATE: 11/12/2005
I.C. TYPE  : Revision              DESK OFFICER: Alex Hunt

AGENCY     : Department of the Treasury
SUBAGENCY  : Internal Revenue Service
-----------------------------------------------------------------

TITLE: U.S. Individual Income Tax Return

AGENCY FORM NUMBER(S): 1040,SCHEDULES-A-B-C,SCHEDULES-C-EZ
                       SCHEDULES-D-D-I,SCHEDULES-E-EIC
                       SCHEDULES-F-H-J,SCHEDULES-R-SE

KEYWORDS: PERSONAL INCOME TAXES
          TAX RETURN

ABSTRACT: Form 1040 and schedules are used by individuals to report their
          income tax liability. The data is used to verify that the items
          reported on the forms are correct, and also for general
          statistical use.

OBLIGATION TO RESP: P Mandatory              SMALL ENTITIES: No
                                             STATISTICAL METHODS: No

AFF PUB: P Individuals or households       PURPOSE: P Reg or compliance

REQUIREMENTS: Recordkeeping
              Reporting frequency:
              Annually

PAPERWORK REVIEW WORKSHEET                14 SEP 2005
                                          PAGE  2

OMB NUMBER: 1545-0074
TITLE: U.S. Individual Income Tax Return

---

|                                | CURRENT RECORD | REQUEST |
|--------------------------------|----------------|---------|
| EXPIRATION DATE:               | 09/30/2007     | 3 Yrs   |
| **ANNUAL HOUR BURDEN:**        |                |         |
| Number of respondents          | 78,863,011     | 130,200,000 |
| Total annual responses          | 410,494,223    | 130,200,000 |
| % Collected electronically      | 74 %           | 75 %    |
| Burden Hours                    | 1,555,688,934  | 3,000,000,000 |
| Difference                      |                | 0%      |
| Explanation of Difference       |                |         |
| 1. Program Change               |                | 0%      |
| 2. Adjustment                   |                | 0%      |

---

|                                | CURRENT RECORD | REQUEST |
|--------------------------------|----------------|---------|
| **ANNUAL COST BURDEN:**        |                |         |
| Capital/Startup Costs           | 0              | 0       |
| Annual Costs (O&M)              | 0              | 0       |
| Total Annualized Cost           | 0              | 0       |
| Difference                      |                | 0       |
| Explanation of difference       |                |         |
| 1. Program change               |                | 0       |
| 2. Adjustment                   |                | 0       |

---

LAST ACTION: Correction                LAST ACTION DATE: 11/29/2004

EXISTING TERMS OF CLEARANCE: NONE

Attachment 16 - page 3 of 15