# ATTACHMENT

U

# Title 26—INTERNAL REVENUE, 1954

## Chapter I—Internal Revenue Service, Department of the Treasury

[T.D. 6500]

## PART 1—INCOME TAX; TAXABLE YEARS BEGINNING AFTER DECEMBER 31, 1953

### Republication of Regulations

All Income Tax Regulations published under Title 26, Part 1, of the Code of Federal Regulations, pursuant to the Internal Revenue Code of 1954 prior to September 1, 1960, are hereby republished for the purpose of making certain editorial changes, including corrections of form, style, and internal references.

Sec.
1.0-1   Internal Revenue Code of 1954 and regulations.

### Normal Taxes and Surtaxes

#### DETERMINATION OF TAX LIABILITY

##### TAX ON INDIVIDUALS

1.1     Statutory provisions; tax imposed.
1.1-1   Income tax on individuals.
1.1-2   Rates of tax on heads of households.
1.1-3   Limitation on tax.
1.1-4   Determination of normal tax and surtax.
1.1-5   Change in rates applicable to taxable year.
1.2     Statutory provisions; tax in case of joint return or return of surviving spouse.
1.2-1   Tax in case of joint return of husband and wife or the return of a surviving spouse.
1.2-2   Definition of surviving spouse.
1.3     Statutory provisions; optional tax if adjusted gross income is less than $5,000.
1.3-1   Application of optional tax.
1.4     Statutory provisions; rules for optional tax.
1.4-1   Number of exemptions.
1.4-2   Elections.
1.4-3   Husband and wife filing separate returns.
1.4-4   Short taxable year caused by death.
1.5     Statutory provisions; cross references relating to tax on individuals.

##### TAX ON CORPORATIONS

1.11    Statutory provisions; tax imposed.
1.11-1  Tax on corporations.
1.12    Statutory provisions; cross references relating to tax on corporations.

##### CHANGES IN RATES DURING A TAXABLE YEAR

1.21    Statutory provision; effect of changes.
1.21-1  Changes in rate during a taxable year.

##### CREDITS AGAINST TAX

1.31    Statutory provisions; tax withheld on wages.
1.31-1  Credit for tax withheld on wages.
1.31-2  Credit for "special refunds" of employee social security tax.
1.32    Statutory provisions; tax withheld at source on nonresident aliens and foreign corporations and on tax-free covenant bonds.
1.33    Statutory provisions; taxes of foreign countries and possessions of the United States.
1.34    Statutory provisions; dividends received by individuals.
1.34-1  Credit against tax and exclusion from gross income in case of dividends received by individuals.
1.34-2  Limitations on amount of credit.
1.34-3  Dividends to which the credit and exclusion apply.
1.34-4  Taxpayers not entitled to credit and exclusion.

Sec.
1.34-5  Effective date; taxable years ending after July 31, 1954, subject to the Internal Revenue Code of 1939.
1.35    Statutory provisions; partially tax-exempt interest received by individuals.
1.35-1  Partially tax-exempt interest received by individuals.
1.35-2  Taxpayers not entitled to credit.
1.36    Statutory provisions; credits not allowed to individuals paying optional tax or taking standard deduction.
1.37    Statutory provisions; retirement income.
1.37-1  Allowance of credit for retirement income.
1.37-2  Eligibility for retirement income credit.
1.37-3  Retirement income.
1.37-4  Limitation on amount of retirement income.
1.37-5  Illustration of application of section 37.
1.38    Statutory provisions; overpayments of tax.

#### COMPUTATION OF TAXABLE INCOME

##### DEFINITION OF GROSS INCOME, ADJUSTED GROSS INCOME, AND TAXABLE INCOME

1.61    Statutory provisions; gross income defined.
1.61-1  Gross income.
1.61-2  Compensation for services, including fees, commissions, and similar items.
1.61-3  Gross income derived from business.
1.61-4  Gross income of farmers.
1.61-5  Allocations by cooperative associations; tax treatment as to patrons.
1.61-6  Gains derived from dealings in property.
1.61-7  Interest.
1.61-8  Rents and royalties.
1.61-9  Dividends.
1.61-10 Alimony and separate maintenance payments; annuities; income from life insurance and endowment contracts.
1.61-11 Pensions.
1.61-12 Income from discharge of indebtedness.
1.61-13 Distributive share of partnership gross income; income in respect of a decedent; income from an interest in an estate or trust.
1.61-14 Miscellaneous items of gross income.
1.62    Statutory provisions; adjusted gross income defined.
1.62-1  Adjusted gross income.
1.63    Statutory provisions; taxable income defined.

##### ITEMS SPECIFICALLY INCLUDED IN GROSS INCOME

1.71    Statutory provisions; alimony and separate maintenance payments.
1.71-1  Alimony and separate maintenance payments; income to wife or former wife.
1.71-2  Effective date; taxable years ending after March 31, 1954, subject to the Internal Revenue Code of 1939.
1.72    Statutory provisions; annuities; certain proceeds of endowment and life insurance contracts.
1.72-1  Introduction.
1.72-2  Applicability of section.
1.72-3  Excludable amounts not income.
1.72-4  Exclusion ratio.
1.72-5  Expected return.
1.72-6  Investment in the contract.
1.72-7  Adjustment in investment where a contract contains a refund feature.
1.72-8  Effect of certain employer contributions with respect to premiums or consideration paid or contributed by an employee.
1.72-9  Tables.
1.72-10 Effect of transfer of contracts on investment in the contract.
1.72-11 Amounts not received as annuity payments.
1.72-12 Effect of taking an annuity in lieu of a lump sum upon the maturity of a contract.
1.72-13 Special rule for employee contributions recoverable in three years.
1.72-14 Exceptions from application of principles of section 72.
1.72-15 Applicability of section 72 to accident or health plans.
1.73    Statutory provisions; services of child.

Sec.
1.73-1   Services of child.
1.74    Statutory provisions; prizes and awards.
1.74-1   Prizes and awards.
1.75    Statutory provisions; dealers in tax-exempt securities.
1.75-1   Treatment of bond premiums in case of dealers in tax-exempt securities.
1.76    Statutory provisions; mortgages made or obligations issued by joint-stock land banks.
1.77    Statutory provisions; commodity credit loans.
1.77-1   Election to consider Commodity Credit Corporation loans as income.
1.77-2   Effect of election to consider commodity credit loans as income.

ITEMS SPECIFICALLY EXCLUDED FROM GROSS INCOME

1.101    Statutory provisions; certain death benefits.
1.101-1   Exclusion from gross income of proceeds of life insurance contracts payable by reason of death.
1.101-2   Employees' death benefits.
1.101-3   Interest payments.
1.101-4   Payment of life insurance proceeds at a date later than death.
1.101-5   Alimony, etc., payments.
1.101-6   Effective date.
1.102    Statutory provisions; gifts and inheritances.
1.102-1   Gifts and inheritances.
1.103    Statutory provisions; interest on certain governmental obligations.
1.103-1   Interest upon obligations of a State, Territory, etc.
1.103-2   Dividends from shares and stock of Federal agencies or instrumentalities.
1.103-3   Interest upon notes secured by mortgages executed to Federal agencies or instrumentalities.
1.103-4   Interest upon United States obligations.
1.103-5   Treasury bond exemption in the case of trusts or partnerships.
1.103-6   Interest upon United States obligations in the case of nonresident aliens and foreign corporations, not engaged in business in the United States.
1.104    Statutory provisions; compensation for injuries or sickness.
1.104-1   Compensation for injuries or sickness.
1.105    Statutory provisions; amounts received under accident and health plans.
1.105-1   Amounts attributable to employer contributions.
1.105-2   Amounts expended for medical care.
1.105-3   Payments unrelated to absence from work.
1.105-4   Wage continuation plans.
1.105-5   Accident and health plans.
1.106    Statutory provisions; contributions by employer to accident and health plans.
1.106-1   Contributions by employer to accident and health plans.
1.107    Statutory provisions; rental value of parsonages.
1.107-1   Rental value of parsonages.
1.108(a)   Statutory provisions; income from discharge of indebtedness; special rule of exclusion.
1.108(a)-1   Income from discharge of indebtedness.
1.108(a)-2   Making and filing of consent.
1.108(b)   Statutory provisions; income from discharge of indebtedness; railroad corporations.
1.108(b)-1   Income from discharge of indebtedness of railroad corporations.
1.109    Statutory provisions; improvements by lessee on lessor's property.
1.109-1   Exclusion from gross income of lessor of real property of value of improvements erected by lessee.
1.110    Statutory provisions; income taxes paid by lessee corporation.
1.110-1   Income taxes paid by lessee corporation.
1.111    Statutory provisions; recovery of bad debts, prior taxes, and delinquency amounts.
1.111-1   Recovery of certain items previously deducted or credited.
1.112    Statutory provisions; certain combat pay of members of the Armed Forces.
1.112-1   Compensation of members of the Armed Forces of the United States for service in a combat zone during an induction period, or for service while hospitalized as a result of such combat-zone service.

Sec.
1.113    Statutory provisions; mustering-out payments for members of the Armed Forces.
1.113-1   Mustering-out payments for members of the Armed Forces.
1.114    Statutory provisions; sports programs conducted for the American National Red Cross.
1.114-1   Proceeds from certain sports programs conducted for the benefit of the American National Red Cross.
1.115    Statutory provisions; income of States, municipalities, etc.
1.115-1   Bridges to be acquired by State or political subdivisions.
1.116    Statutory provisions; partial exclusion of dividends received by individuals.
1.116-1   Partial exclusion of dividends.
1.116-2   Effective date; taxable years ending after July 31, 1954, subject to the Internal Revenue Code of 1939.
1.117    Statutory provisions; scholarships and fellowship grants.
1.117-1   Exclusion of amounts received as a scholarship or fellowship grant.
1.117-2   Limitations.
1.117-3   Definitions.
1.117-4   Items not considered as scholarships or fellowship grants.
1.118    Statutory provisions; contributions to the capital of a corporation.
1.118-1   Contributions to the capital of a corporation.
1.119    Statutory provisions; meals or lodging furnished for the convenience of the employer.
1.119-1   Meals and lodging furnished for the convenience of the employer.
1.120    Statutory provisions; statutory subsistence allowance received by police.
1.120-1   Statutory subsistence allowance received by police.
1.121    Statutory provisions; cross references to other acts.

STANDARD DEDUCTION FOR INDIVIDUALS

1.141    Statutory provisions; standard deduction.
1.141-1   Standard deduction.
1.142    Statutory provisions; individuals not eligible for standard deduction.
1.142-1   Husband and wife.
1.142-2   Standard deduction not allowable.
1.143    Statutory provisions; determination of marital status.
1.143-1   Determination of marital status.
1.144    Statutory provisions; election of standard deduction.
1.144-1   Manner and effect of election to take the standard deduction.
1.144-2   Change of election to take, or not to take, the standard deduction.
1.145    Statutory provisions; cross reference.

DEDUCTIONS FOR PERSONAL EXEMPTIONS

1.151    Statutory provisions; allowance of deductions for personal exemptions.
1.151-1   Deductions for personal exemptions.
1.151-2   Additional exemptions for dependents.
1.151-3   Definitions.
1.152    Statutory provisions; dependent defined.
1.152-1   General definition of a dependent.
1.152-2   Rules relating to general definition of dependent.
1.152-3   Multiple support agreements.
1.153    Statutory provisions; determination of marital status.
1.153-1   Determination of marital status.
1.154    Statutory provisions; cross references.

ITEMIZED DEDUCTIONS FOR INDIVIDUALS AND CORPORATIONS

1.161    Statutory provisions; allowance of deductions.
1.161-1   Allowance of deductions.
1.162    Statutory provisions; trade or business expenses.
1.162-1   Business expenses.
1.162-2   Traveling expenses.
1.162-3   Cost of materials.
1.162-4   Repairs.
1.162-5   Expenses for education.
1.162-6   Professional expenses.
1.162-7   Compensation for personal services.

Saturday, November 26, 1960   FEDERAL REGISTER   11403

Sec.
1.162-8    Treatment of excessive compensation.
1.162-9    Bonuses to employees.
1.162-10   Certain employee benefits.
1.162-11   Rentals.
1.162-12   Expenses of farmers.
1.162-13   Depositors' guaranty fund.
1.162-14   Expenditures for advertising or promotion of good will.
1.162-15   Excepted contributions.
1.162-16   Cross reference.
1.162-17   Reporting and substantiation of traveling and other business expenses of employees.
1.162-18   Improper payments to officials or employees of foreign countries.
1.163      Statutory provisions; interest.
1.163-1    Interest deduction in general.
1.163-2    Installment purchases where interest charge is not separately stated.
1.164      Statutory provisions; taxes.
1.164-1    Deduction for taxes.
1.164-2    Deduction denied in case of certain taxes.
1.164-3    Federal duties and excise taxes.
1.164-4    Taxes for local benefits.
1.164-5    Certain retail sales taxes and gasoline taxes.
1.164-6    Apportionment of taxes on real property between seller and purchaser.
1.164-7    Taxes of shareholder paid by corporation.
1.164-8    Payments for municipal services in atomic energy communities.
1.165      Statutory provisions; losses.
1.165-1    Losses.
1.165-2    Obsolescence of nondepreciable property.
1.165-3    Demolition of buildings.
1.165-4    Decline in value of stock.
1.165-5    Worthless securities.
1.165-6    Farming losses.
1.165-7    Casualty losses.
1.165-8    Theft losses.
1.165-9    Sale of residential property.
1.165-10   Wagering losses.
1.166      Statutory provisions; bad debts.
1.166-1    Bad debts.
1.166-2    Evidence of worthlessness.
1.166-3    Partial or total worthlessness.
1.166-4    Reserve for bad debts.
1.166-5    Nonbusiness debts.
1.166-6    Sale of mortgaged or pledged property.
1.166-7    Worthless bonds issued by an individual.
1.166-8    Losses of guarantors, endorsers, and indemnitors.
1.167(a)   Statutory provisions; depreciation; general rule.
1.167(a)-1 Depreciation in general.
1.167(a)-2 Tangible property.
1.167(a)-3 Intangibles.
1.167(a)-4 Leased property.
1.167(a)-5 Apportionment of basis.
1.167(a)-6 Depreciation in special cases.
1.167(a)-7 Accounting for depreciable property.
1.167(a)-8 Retirements.
1.167(a)-9 Obsolescence.
1.167(a)-10 When depreciation deduction is allowable.
1.167(b)   Statutory provisions; depreciation; use of certain methods and rates.
1.167(b)-0 Methods of computing depreciation.
1.167(b)-1 Straight line method.
1.167(b)-2 Declining balance method.
1.167(b)-3 Sum of the years-digits method.
1.167(b)-4 Other methods.
1.167(c)   Statutory provisions; depreciation; limitations on use of certain methods and rates.

Sec.
1.167(c)-1 Limitations on methods of computing depreciation under section 167(b)(2), (3), and (4).
1.167(d)   Statutory provisions; depreciation; agreement as to useful life on which depreciation rate is based.
1.167(d)-1 Agreement as to useful life and rates of depreciation.
1.167(e)   Statutory provisions; depreciation; change in method.
1.167(e)-1 Change in method.
1.167(f)   Statutory provisions; depreciation; basis for depreciation.
1.167(f)-1 Basis for depreciation.
1.167(g)   Statutory provisions; depreciation; life tenants and beneficiaries of trusts and estates.
1.167(g)-1 Life tenants and beneficiaries of trusts and estates.
1.167(h)   Statutory provisions; depreciation; depreciation of improvements in the case of mines, etc.
1.167(h)-1 Depreciation of improvements in the case of mines, etc.
1.168      Statutory provisions; amortization of emergency facilities.
1.168-1    Amortization of emergency facilities; general rule.
1.168-2    Election of amortization.
1.168-3    Election to discontinue amortization.
1.168-4    Definitions.
1.168-5    Adjusted basis of emergency facility.
1.168-6    Depreciation of portion of emergency facility not subject to amortization.
1.168-7    Payment by United States of unamortized cost of facility.
1.169      Statutory provisions; amortization of grain-storage facilities.
1.169-1    General scope of section 169.
1.169-2    Definition of grain-storage facility.
1.169-3    Amortization deduction.
1.169-4    Election of amortization.
1.169-5    Termination of amortization deduction.
1.169-6    Adjusted basis of grain-storage facility.
1.169-7    Depreciation of portion of grain-storage facility not subject to amortization.
1.169-8    Life tenant and remainderman.
1.170      Statutory provisions; charitable, etc., contributions and gifts.
1.170-1    Charitable, etc., contributions and gifts; allowance of deduction.
1.170-2    Charitable deductions by individuals; limitations.
1.170-3    Contributions or gifts by corporations.
1.171      Statutory provisions; amortizable bond premium.
1.171-1    Amortizable bond premium.
1.171-2    Determination of bond premium.
1.171-3    Election with respect to taxable and partially taxable bonds.
1.171-4    Definition.
1.172      Statutory provisions; net operating loss deduction.
1.172-1    Net operating loss deduction.
1.172-2    Net operating loss in case of a corporation.
1.172-3    Net operating loss in case of a taxpayer other than a corporation.
1.172-4    Net operating loss carrybacks and net operating loss carryovers.
1.172-5    Taxable income which is subtracted from net operating loss to determine carryback or carryover.
1.172-6    Illustration of net operating loss carrybacks and carryovers.
1.172-7    Joint return by husband and wife.
1.172-8    Net operating loss carryback for purposes of the excess profits tax.
1.173      Statutory provisions; circulation expenditures.
1.173-1    Circulation expenditures.
1.174      Statutory provisions; research and experimental expenditures.
1.174-1    Research and experimental expenditures; in general.
1.174-2    Definition of research and experimental expenditures.
1.174-3    Treatment as expenses.
1.174-4    Treatment as deferred expenses.
1.175      Statutory provisions; soil and water conservation expenditures.
1.175-1    Soil and water conservation expenditures; in general.
1.175-2    Definition of soil and water conservation expenditures.
1.175-3    Definition of "the business of farming".

Sec.
1.175-4  Definition of "land used in farming".
1.175-5  Percentage limitation and carryover.
1.175-6  Adoption or change of method.
1.176    Statutory provisions; payments with respect to employees of certain foreign corporations.
1.177    Statutory provisions; trademark and trade name expenditures.
1.177-1  Election to amortize trademark and trade name expenditures.

ADDITIONAL ITEMIZED DEDUCTIONS FOR INDIVIDUALS

1.211    Statutory provisions; allowance of deductions.
1.211-1  Allowance of deductions.
1.212    Statutory provisions; expenses for production of income.
1.212-1  Nontrade or nonbusiness expenses.
1.213    Statutory provisions; medical, dental, etc., expenses.
1.213-1  Medical, dental, etc., expenses.
1.213-2  Maximum limitation on deduction if taxpayer or spouse is age 65 or over and is disabled.
1.214    Statutory provisions; expenses for care of certain dependents.
1.214-1  Expenses for the care of certain dependents.
1.215    Statutory provisions; alimony, etc., payments.
1.215-1  Periodic alimony, etc., payments.
1.216    Statutory provisions; amounts representing taxes and interest paid to cooperative housing corporation.
1.216-1  Amounts representing taxes and interest paid to cooperative housing corporation.
1.217    Statutory provisions; cross references.

SPECIAL DEDUCTIONS FOR CORPORATIONS

1.241    Statutory provisions; allowance of special deductions.
1.241-1  Allowance of special deductions.
1.242    Statutory provisions; partially tax-exempt interest.
1.242-1  Deduction for partially tax-exempt interest.
1.243    Statutory provisions; dividends received by corporations.
1.243-1  Deduction for dividends received by corporations.
1.243-2  Special rules for certain distributions.
1.244    Statutory provisions; dividends received on certain preferred stock.
1.244-1  Deduction for dividends received on certain preferred stock.
1.244-2  Computation of deduction.
1.245    Statutory provisions; dividends received from certain foreign corporations.
1.245-1  Deduction for dividends received from certain foreign corporations.
1.246    Statutory provisions; rules applying to deductions for dividends received.
1.246-1  Deductions not allowed for dividends from certain corporations.
1.246-2  Limitation on aggregate amount of deductions.
1.246-3  Exclusion of certain dividends.
1.247    Statutory provisions; dividends paid on certain preferred stock of public utilities.
1.247-1  Deduction for dividends paid on preferred stock of public utilities.
1.248    Statutory provisions; organizational expenditures.
1.248-1  Election to amortize organizational expenditures.

ITEMS NOT DEDUCTIBLE

1.261    Statutory provisions; general rule for disallowance of deductions.
1.261-1  General rule for disallowance of deductions.
1.262    Statutory provisions; personal, living, and family expenses.
1.262-1  Personal, living, and family expenses.
1.263(a)    Statutory provisions; capital expenditures; general rule.
1.263(a)-1  Capital expenditures; in general.
1.263(a)-2  Examples of capital expenditures.
1.263(a)-3  Election to deduct or capitalize certain expenditures.
1.263(b)    Statutory provisions; capital expenditures; expenditures for advertising and good will.
1.263(b)-1  Expenditures for advertising or promotion of good will.
1.263(c)    Statutory provisions; capital expenditures; intangible drilling and development costs in the case of oil and gas wells.

Sec.
1.263(c)-1  Intangible drilling and development costs in the case of oil and gas wells.
1.264       Statutory provisions; certain amounts paid in connection with insurance contracts.
1.264-1     Premiums on life insurance taken out in a trade or business.
1.264-2     Single premium life insurance, endowment, or annuity contracts.
1.264-3     Effective date; taxable years ending after March 1, 1954, subject to the Internal Revenue Code of 1939.
1.265       Statutory provisions; expenses and interest relating to tax-exempt income.
1.265-1     Expenses relating to tax-exempt income.
1.265-2     Interest relating to tax-exempt income.
1.266       Statutory provisions; carrying charges.
1.266-1     Taxes and carrying charges chargeable to capital account and treated as capital items.
1.267(a)    Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; deductions disallowed.
1.267(a)-1  Deductions disallowed.
1.267(b)    Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; relationships.
1.267(b)-1  Relationships.
1.267(c)    Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; constructive ownership of stock.
1.267(c)-1  Constructive ownership of stock.
1.267(d)    Statutory provisions; losses, expenses, and interest with respect to transactions between related taxpayers; amount of gain where loss previously disallowed.
1.267(d)-1  Amount of gain where loss previously disallowed.
1.267(d)-2  Effective date; taxable years subject to the Internal Revenue Code of 1939.
1.268       Statutory provisions; sale of land with unharvested crop.
1.268-1     Items attributable to an unharvested crop sold with the land.
1.269       [Reserved]
1.270       Statutory provisions; limitation on deductions allowable to individuals in certain cases.
1.270-1     Limitation on deductions allowable to individuals in certain cases.
1.271       Statutory provisions; debts owed by political parties, etc.
1.272       Statutory provisions; disposal of coal.
1.272-1     Expenditures relating to disposal of coal.
1.273       Statutory provisions; holders of life or terminable interests.
1.273-1     Life or terminable interests.

CORPORATE DISTRIBUTIONS AND ADJUSTMENTS

DISTRIBUTIONS BY CORPORATIONS

EFFECTS ON RECIPIENTS

1.301    Statutory provisions; distributions of property.
1.301-1  Rules applicable with respect to distributions of money and other property.
1.302    Statutory provisions; distributions in redemption of stock.
1.302-1  General.
1.302-2  Redemptions not taxable as dividends.
1.302-3  Substantially disproportionate redemption.
1.302-4  Termination of shareholder's interest.
1.303    Statutory provisions; distributions in redemption of stock to pay death taxes.
1.303-1  General.
1.303-2  Requirements.
1.303-3  Application of other sections.
1.304    Statutory provisions; redemption through use of related corporations.
1.304-1  General.
1.304-2  Acquisition by related corporation (other than subsidiary).
1.304-3  Acquisition by a subsidiary.
1.305    Statutory provisions; distributions of stock and stock rights.
1.305-1  Stock dividends.
1.305-2  Election of shareholders as to medium of payment.

Sec.
1.305-3 Distributions in discharge of preference dividends.
1.306 Statutory provisions; dispositions of certain stock.
1.306-1 General.
1.306-2 Exception.
1.306-3 Section 306 stock defined.
1.307 Statutory provisions; basis of stock and stock rights acquired in distributions.
1.307-1 General.
1.307-2 Exception.

EFFECTS ON CORPORATION

1.311 Statutory provisions; taxability of corporation on distribution.
1.311-1 General.
1.312 Statutory provisions; effect on earnings and profits.
1.312-1 Adjustment to earnings and profits reflecting distributions by corporations.
1.312-2 Distribution of inventory assets.
1.312-3 Liabilities.
1.312-4 Examples of adjustments provided in section 312(c).
1.312-5 Special rule for partial liquidations and certain redemptions.
1.312-6 Earnings and profits.
1.312-7 Effect on earnings and profits of gain or loss realized after February 28, 1913.
1.312-8 Effect on earnings and profits of receipt of tax-free distributions requiring adjustment or allocation of basis of stock.
1.312-9 Adjustments to earnings and profits reflecting increase in value accrued before March 1, 1913.
1.312-10 Allocation of earnings in certain corporate separations.
1.312-11 Effect on earnings and profits of certain other tax-free exchanges, tax-free distributions, and tax-free transfers from one corporation to another.
1.312-12 Distributions of proceeds of loans guaranteed by the United States.

DEFINITIONS; CONSTRUCTIVE OWNERSHIP OF STOCK

1.316 Statutory provisions; dividend defined.
1.316-1 Dividends.
1.316-2 Sources of distribution in general.
1.317 Statutory provisions; other definitions.
1.317-1 Property defined.
1.318 Statutory provisions; constructive ownership of stock.
1.318-1 Constructive ownership of stock; introduction.
1.318-2 Application of general rules.
1.318-3 Estates, trusts, and options.
1.318-4 Constructive family ownership.

CORPORATE LIQUIDATIONS

EFFECTS ON SHAREHOLDERS

1.331 Statutory provisions; gain or loss to shareholders in corporate liquidations.
1.331-1 Corporate liquidation.
1.332 Statutory provisions; complete liquidations of subsidiaries.
1.332-1 Distributions in liquidation of subsidiary corporation; general.
1.332-2 Requirements for nonrecognition of gain or loss.
1.332-3 Liquidations completed within one taxable year.
1.332-5 Liquidations covering more than one taxable year.
1.332-6 Distributions in liquidation as affecting minority interests.
1.332-6 Records to be kept and information to be filed with return.
1.332-7 Indebtedness of subsidiary to parent.
1.333 Statutory provisions; election as to recognition of gain in certain liquidations.
1.333-1 Corporate liquidation in scope one calendar month.
1.333-2 Qualified electing shareholder.
1.333-3 Making and filing of written elections.
1.333-4 Treatment of gain.
1.333-5 Records to be kept and information to be filed with return.
1.334 Statutory provisions; basis of property received in liquidations.
1.334-1 Basis of property received in liquidations.
1.334-2 Property received in liquidation under section 333.

EFFECTS ON CORPORATION

Sec.
1.336 Statutory provisions; general rule.
1.336-1 General rule on liquidation of corporation.
1.337 Statutory provisions; gain or loss on sales or exchanges in connection with certain liquidations.
1.337-1 General.
1.337-2 Sales or exchanges within the scope of section 337.
1.337-3 Property defined.
1.337-4 Limitation of gain.
1.337-5 Information to be filed with return.
1.338 Statutory provisions; effect on earnings and profits.

COLLAPSIBLE CORPORATIONS; FOREIGN PERSONAL HOLDING COMPANIES

1.341 Statutory provisions; collapsible corporations.
1.341-1 Collapsible corporations; in general.
1.341-2 Definitions.
1.341-3 Presumptions.
1.341-4 Limitation on application of section.
1.341-5 Application of section.
1.342 Statutory provisions; liquidation of certain foreign personal holding companies.

DEFINITION

1.342-1 General.

1.346 Statutory provisions; partial liquidation defined.
1.346-1 Partial liquidation.
1.346-2 Treatment of certain redemptions.
1.346-3 Effect of certain sales.

CORPORATE ORGANIZATIONS AND REORGANIZATIONS

CORPORATE ORGANIZATIONS

1.351 Statutory provisions; transfer to corporation controlled by transferor.
1.351-1 Transfer to corporation controlled by transferor.
1.351-2 Receipt of property.
1.351-3 Records to be kept and information to be filed.

EFFECTS ON SHAREHOLDERS AND SECURITY HOLDERS

1.354 Statutory provisions; exchanges of stock and securities in certain reorganizations.
1.354-1 Exchanges of stock and securities in certain reorganizations.
1.355 Statutory provisions; distribution of stock and securities of a controlled corporation.
1.355-1 Distribution of stock and securities of controlled corporation.
1.355-2 Limitations.
1.355-3 Non pro rata distributions, etc.
1.355-4 Active conduct of a trade or business.
1.355-5 Records to be kept and information to be filed.
1.356 Statutory provisions; receipt of additional consideration.
1.356-1 Receipt of additional consideration in connection with an exchange.
1.356-2 Receipt of additional consideration not in connection with an exchange.
1.356-3 Rules for treatment of securities as "other property".
1.356-4 Exchanges for section 306 stock.
1.356-5 Transactions involving gift or compensation.
1.357 Statutory provisions; assumption of liability.
1.357-1 Assumption of liability.
1.357-2 Liability in excess of basis.
1.358 Statutory provisions; basis to distributees.
1.358-1 Basis to distributees.
1.358-2 Allocation of basis among nonrecognition property.
1.358-3 Treatment of assumption of liabilities.
1.358-4 Exception.

EFFECTS ON CORPORATION

1.361 Statutory provisions; nonrecognition of gain or loss to corporations.
1.361-1 Nonrecognition of gain or loss to corporations.
1.362 Statutory provisions; basis to corporations.

Sec.
1.362-1 Basis to corporations.
1.362-2 Certain contributions to capital.
1.363 Statutory provisions; effect on earnings and profits.

SPECIAL RULE; DEFINITIONS

1.367 Statutory provisions; foreign corporations.
1.367-1 Foreign corporations.
1.368 Statutory provisions; definitions relating to corporate reorganizations.
1.368-1 Purpose and scope of exception of reorganization exchanges.
1.368-2 Definition of terms.
1.368-3 Records to be kept and information to be filed with returns.

INSOLVENCY REORGANIZATIONS

1.371 Statutory provisions; reorganization in certain receivership and bankruptcy proceedings.
1.371-1 Exchanges by corporations.
1.371-2 Exchanges by security holders.
1.372 Statutory provisions; basis in connection with certain receivership and bankruptcy proceedings.
1.372-1 Corporations.
1.373 Statutory provisions; loss not recognized in certain railroad reorganizations.
1.373-1 Nonrecognition of loss upon transfer of property of railroad corporation.
1.373-2 Property acquired by railroad corporation in a receivership or railroad reorganization proceeding.
1.373-3 Property acquired by electric railway corporation in corporate reorganization proceeding.

CARRYOVERS

1.381(a) Statutory provisions; carryovers in certain corporate acquisitions; general rule.
1.381(a)-1 General rule relating to carryovers in certain corporate acquisitions.
1.381(b) Statutory provisions; carryovers in certain corporate acquisitions; operating rules.
1.381(b)-1 Operating rules applicable to carryovers in certain corporate acquisitions.
1.381(c)(1) Statutory provisions; carryovers in certain corporate acquisitions; items of the distributor or transferor corporation; net operating loss carryovers.
1.381(c)(1)-1 Net operating loss carryovers in certain corporate acquisitions.
1.381(c)(1)-2 Net operating loss carryovers; two or more dates of distribution or transfer in the taxable year.
1.382 [Reserved]

EFFECTIVE DATE OF SUBCHAPTER C, CHAPTER 1 OF THE CODE

1.391 Statutory provisions; effective date of part I, subchapter C, chapter 1 of the Code.
1.391-1 Effective date of part I of subchapter C.
1.392 Statutory provisions; effective date of part II, subchapter C, chapter 1 of the Code.
1.392-1 Effective date of part II of subchapter C.
1.393 Statutory provisions; effective dates of parts III and IV, subchapter C, chapter 1 of the Code.
1.393-1 Effective date of parts III and IV of subchapter C.
1.393-2 Special rule with respect to certain plans of reorganization arising in 1954.
1.393-3 Making and filing of elections.
1.394 [Reserved]
1.395 Statutory provisions; special rules for application of subchapter C, chapter 1 of the Code.
1.395-1 Special rules for application of subchapter C.

DEFERRED COMPENSATION, ETC.

PENSION, PROFIT-SHARING, STOCK BONUS PLANS, ETC.

1.401 Statutory provisions; qualified pension, profit-sharing, and stock bonus plans.
1.401-1 Qualified pension, profit-sharing, and stock bonus plans.
1.401-2 Impossibility of diversion under the trust instrument.

Sec.
1.401-3 Requirements as to coverage.
1.401-4 Discrimination as to contributions or benefits.
1.401-5 Period for which requirements of section 401(a) (3), (4), (5), and (6) are applicable.
1.402(a) Statutory provisions; taxability of beneficiary of employees' trust; exempt trust.
1.402(a)-1 Taxability of beneficiary under a trust which meets the requirements of section 401(a).
1.402(b) Statutory provisions; taxability of beneficiary of employees' trust; nonexempt trust.
1.402(b)-1 Treatment of beneficiary of a trust not exempt under section 501(a).
1.402(c) Statutory provisions; taxability of beneficiary of employees' trust; certain foreign situs trusts.
1.402(c)-1 Taxability of beneficiary of certain foreign situs trusts.
1.402(d) Statutory provisions; taxability of beneficiary of employees' trust; annuities under agreements entered into prior to October 21, 1942.
1.402(d)-1 Effect of section 402(d).
1.402(e) Statutory provisions; taxability of beneficiary of employees' trust; certain plan terminations.
1.402(e)-1 Certain plan terminations.
1.403(a) Statutory provisions; taxation of employee annuities; qualified annuity plan.
1.403(a)-1 Taxability of beneficiary under a qualified annuity plan.
1.403(a)-2 Capital gains treatment for certain distributions.
1.403(b) Statutory provisions; taxation of employee annuities; nonqualified annuity.
1.403(b)-1 Taxability of beneficiary under a nonqualified annuity.
1.404(a) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; general rule.
1.404(a)-1 Contributions of an employer to an employees' trust or annuity plan and compensation under a deferred payment plan; general rule.
1.404(a)-2 Information to be furnished by employer claiming deductions.
1.404(a)-3 Contributions of an employer to or under an employees' pension trust or annuity plan that meets the requirements of section 401(a); application of section 404(a)(1).
1.404(a)-4 Pension and annuity plans; limitations under section 404(a)(1)(A).
1.404(a)-5 Pension and annuity plans; limitations under section 404(a)(1)(B).
1.404(a)-6 Pension and annuity plans; limitations under section 404(a)(1)(C).
1.404(a)-7 Pension and annuity plans; contributions in excess of limitations under section 404(a)(1); application of section 404(a)(1)(D).
1.404(a)-8 Contributions of an employer under an employees' annuity plan which meets the requirements of section 401(a); application of section 404(a)(2).
1.404(a)-9 Contributions of an employer to an employees' profit-sharing or stock bonus trust that meets the requirements of section 401(a); application of section 404(a)(3)(A).
1.404(a)-10 Profit-sharing plan of an affiliated group; application of section 404(a)(3)(B).
1.404(a)-11 Trusts created or organized outside the United States; application of section 404(a)(4).
1.404(a)-12 Contributions of an employer under a plan that does not meet the requirements of section 401(a); application of section 404(a)(5).
1.404(a)-13 Contributions of an employer where deductions are allowable under section 404(a)(1) or (2) and also under section 404(a)(3); application of section 404(a)(7).
1.404(b) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; method of contributions, etc., having the effect of a plan.
1.404(b)-1 Method of contribution, etc., having the effect of a plan; effect of section 404(b).
1.404(c) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; certain negotiated plans.

Sec.
1.404(e)-1 Certain negotiated plans; effect of section 404(e).
1.404(d) Statutory provisions; deduction for contributions of an employer to an employees' trust or annuity plan and compensation under a deferred-payment plan; carryover of unused deductions.
1.404(d)-1 Carryover of unused deductions; effect of section 404(d).

MISCELLANEOUS PROVISIONS

1.421 Statutory provisions; employee stock options.
1.421-1 Meaning and use of certain terms.
1.421-2 Restricted stock option.
1.421-3 Exercise of restricted stock option.
1.421-4 Modification, extension, or renewal.
1.421-5 Operation of section 421.
1.421-6 Options to which section 421 does not apply.

ACCOUNTING PERIODS AND METHODS OF ACCOUNTING

Accounting Periods

1.441 Statutory provisions; period for computation of taxable income.
1.441-1 Period for computation of taxable income.
1.441-2 Election of year consisting of 52-53 weeks.
1.442 Statutory provisions; change of annual accounting period.
1.442-1 Change of annual accounting period.
1.443 Statutory provisions; returns for a period of less than 12 months.
1.443-1 Returns for periods of less than 12 months.

METHODS OF ACCOUNTING

METHODS OF ACCOUNTING IN GENERAL

1.446 Statutory provisions; general rule for methods of accounting.
1.446-1 General rule for methods of accounting.

TAXABLE YEAR FOR WHICH ITEMS OF GROSS INCOME INCLUDED

1.451 Statutory provisions; general rule for taxable year of inclusion.
1.451-1 General rule for taxable year of inclusion.
1.451-2 Constructive receipt of income.
1.451-3 Long-term contracts.
1.451-4 Accounting for redemption of trading stamps and coupons.
1.452 Statutory provisions; prepaid income.
1.452-1 Prepaid income in general.
1.452-2 Prepaid income to be earned over short period.
1.452-3 Prepaid income to be earned over indefinite period.
1.452-4 Prepaid income to be earned over long period.
1.452-5 Manner of obtaining consent for different treatment of prepaid income.
1.452-6 Treatment of prepaid income where taxpayer's liability ceases.
1.452-7 Election of benefits.
1.452-8 Definitions.
1.453 Statutory provisions; installment method.
1.453-1 Installment method of reporting income.
1.453-2 Special rules applicable to dealers in personal property.
1.453-3 Special rules applicable to casual sales or casual dispositions of personal property.
1.453-4 Sale of real property involving deferred periodic payments.
1.453-5 Sale of real property treated on installment method.
1.453-6 Deferred-payment sale of real property not on installment method.
1.453-7 Change from accrual to installment method by dealer.
1.453-8 Requirements for adoption of or change to installment method.
1.453-9 Gain or loss on disposition of installment obligations.
1.453-10 Effective date.
1.454 Statutory provisions; obligations issued at discount.
1.454-1 Obligations issued at discount.

TAXABLE YEAR FOR WHICH DEDUCTIONS TAKEN

1.461 Statutory provisions; general rule for taxable year of deduction.
1.461-1 General rule for taxable year of deduction.
1.462 Statutory provisions; reserves for estimated expenses.

1.462-1 Reserves for estimated expenses.
1.462-2 Adjustments where reserve becomes excessive.
1.462-3 Election of benefits.
1.462-4 Time and manner of making election.
1.462-5 Estimated expense defined.
1.462-6 Special rule for deductions attributable to period before election.
1.462-7 Examples.

INVENTORIES

1.471 Statutory provisions; general rule for inventories.
1.471-1 Need for inventories.
1.471-2 Valuation of inventories.
1.471-3 Inventories at cost.
1.471-4 Inventories at cost or market, whichever is lower.
1.471-5 Inventories by dealers in securities.
1.471-6 Inventories of livestock raisers and other farmers.
1.471-7 Inventories of miners and manufacturers.
1.471-8 Inventories of retail merchants.
1.471-9 Inventories of acquiring corporations.
1.472 Statutory provisions; last-in, first-out inventories.
1.472-1 Last-in, first-out inventories.
1.472-2 Requirements incident to adoption and use of LIFO inventory method.
1.472-3 Time and manner of making election.
1.472-4 Adjustments to be made by taxpayer.
1.472-5 Revocation of election.
1.472-6 Change from LIFO inventory method.
1.472-7 Inventories of acquiring corporations.

ADJUSTMENTS

1.481 Statutory provisions; adjustments required by changes in method of accounting.
1.481-1 Adjustments in general.
1.481-2 Limitation on tax.
1.481-3 Adjustments attributable to pre-1954 Code years where change was not initiated by taxpayer.
1.481-4 Adjustments attributable to pre-1954 Code years where change was initiated by taxpayer.
1.481-5 Adjustments taken into account with consent.
1.481-6 Election to return to former method of accounting.
1.482 [Reserved]

EXEMPT ORGANIZATIONS

General Rule

1.501(a) Exemption from taxation.
1.501(a)-1 Statutory provisions; exemption from tax on corporations, certain trusts, etc.; tax on unrelated business income.
1.501(b) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; instrumentalities of the United States.
1.501(c)(1) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations organized to hold title to property for exempt organizations.
1.501(c)(2) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations organized to hold title to property for exempt organizations.
1.501(c)(2)-1 Corporations organized to hold title to property for exempt organization.
1.501(c)(3) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations, and any community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or for the prevention of cruelty to children or animals.
1.501(c)(3)-1 Organizations organized and operated for religious, charitable, scientific, testing for public safety, literary, or educational purposes, or for the prevention of cruelty to children or animals.
1.501(c)(4) Statutory provisions; exemption from tax on corporations, certain trusts, etc.; civic organizations.

Sec.
1.501(c)(4)-1    Civic organizations and local associations of employees.
1.501(c)(5)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; labor, agricultural, and horticultural organizations.
1.501(c)(5)-1    Labor, agricultural, and horticultural organizations.
1.501(c)(6)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; business leagues, chambers of commerce, real estate boards and boards of trade.
1.501(c)(6)-1    Business leagues, chambers of commerce, real estate boards, and boards of trade.
1.501(c)(7)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; social clubs.
1.501(c)(7)-1    Social clubs.
1.501(c)(8)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; fraternal beneficiary societies.
1.501(c)(8)-1    Fraternal beneficiary societies.
1.501(c)(9)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; voluntary employees' beneficiary associations.
1.501(c)(10)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; voluntary employees' beneficiary associations.
1.501(c)(11)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; teachers' retirement fund associations.
1.501(c)(12)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; local benevolent life insurance associations, mutual irrigation and telephone companies, and like organizations.
1.501(c)(12)-1    Local benevolent life insurance associations, mutual irrigation and telephone companies, and like organizations.
1.501(c)(13)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; cemetery companies.
1.501(c)(13)-1    Cemetery companies.
1.501(c)(14)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; credit unions.
1.501(c)(14)-1    Credit unions and mutual insurance funds.
1.501(c)(15)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; mutual insurance organizations other than life or marine.
1.501(c)(15)-1    Mutual insurance companies or associations.
1.501(c)(16)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; corporations organized to finance crop operations.
1.501(c)(16)-1    Corporations organized to finance crop operations.
1.501(d)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; religious and apostolic organizations.
1.501(d)-1    Religious and apostolic associations or corporations.
1.501(e)    Statutory provisions; exemption from tax on corporations, certain trusts, etc.; cross reference.
1.501(e)-1    Communist-controlled organizations.
1.502    Statutory provisions; feeder organizations.
1.502-1    Feeder organizations.
1.503(a)    Statutory provisions; requirements for exemption; denial of exemption to organizations engaged in prohibited transactions.
1.503(a)-1    Denial of exemption to organizations engaged in prohibited transactions.
1.503(b)    Statutory provisions; requirements for exemption; organizations to which section 503 applies.
1.503(c)    Statutory provisions; requirements for exemption; prohibited transactions.
1.503(c)-1    Prohibited transactions.
1.503(d)    Statutory provisions; requirements for exemption; future status of organizations denied exemption.
1.503(d)-1    Future status of organizations denied exemption.
1.503(d)-2    Fiscal years and short taxable years ending after March 1, 1954, subject to the Internal Revenue Code of 1939.
1.503(e)    Statutory provisions; requirements for exemption; disallowance of certain charitable, etc., deductions.
1.503(e)-1    Disallowance of certain charitable deductions.

Sec.
1.503(f)    Statutory provisions; requirements for exemption; definitions.
1.503(g)    Statutory provisions; requirements for exemption; special rule for loans.
1.503(g)-1    Cross reference.
1.504    Statutory provisions; denial of exemption.
1.504-1    Denial of exemption.

TAXATION OF BUSINESS INCOME OF CERTAIN EXEMPT ORGANIZATIONS

1.511    Statutory provisions; imposition of tax on unrelated business income of charitable, etc., organizations.
1.511-1    Imposition and rates of tax.
1.511-2    Organizations subject to tax.
1.511-3    Provisions generally applicable to the tax on unrelated business income.
1.512(a)    Statutory provisions; unrelated business taxable income; definition.
1.512(a)-1    Definition, general rule.
1.512(b)    Statutory provisions; unrelated business taxable income; exceptions, additions, and limitations.
1.512(b)-1    Exceptions, additions, and limitations.
1.512(c)    Statutory provisions; unrelated business taxable income; special rules applicable to partnerships.
1.512(c)-1    Special rules applicable to partnerships, in general.
1.513    Statutory provisions; unrelated trade or business.
1.513-1    Definition of unrelated trade or business.
1.514(a)    Statutory provisions; business leases; business lease rents and deductions.
1.514(a)-1    Business lease rents.
1.514(a)-2    Business lease deductions.
1.514(b)    Statutory provisions; business leases; definition of business lease.
1.514(b)-1    Definition of business lease.
1.514(c)    Statutory provisions; business leases; business lease indebtedness.
1.514(c)-1    Business lease indebtedness.
1.514(d)    Statutory provisions; business leases; personal property lease with real property.
1.515    Statutory provisions; taxes of foreign countries and possessions of the United States.

FARMERS' COOPERATIVES

1.521    Statutory provisions; exemption of farmers' cooperatives from tax.
1.521-1    Farmers' cooperative marketing and purchasing associations; requirements for exemption under section 521.
1.522    Statutory provisions; tax on farmers' cooperatives.
1.522-1    Tax treatment of farmers' cooperative marketing and purchasing associations exempt under section 521.
1.522-2    Manner of taxation of cooperative associations subject to section 522.
1.522-3    Patronage dividends, rebates, or refunds; treatment as to cooperative associations entitled to tax treatment under section 522.

SHIPOWNERS' PROTECTION AND INDEMNITY ASSOCIATIONS

1.526    Statutory provisions; shipowners' protection and indemnity associations.

CORPORATIONS USED TO AVOID INCOME TAX ON SHAREHOLDERS

CORPORATIONS IMPROPERLY ACCUMULATING SURPLUS

1.531    Statutory provisions; imposition of accumulated earnings tax.
1.531-1    Imposition of tax.
1.532    Statutory provisions; corporations subject to accumulated earnings tax.
1.532-1    Corporations subject to accumulated earnings tax.
1.533    Statutory provisions; evidence of purpose to avoid income tax.
1.533-1    Evidence of purpose to avoid income tax.
1.533-2    Statement required.
1.534    Statutory provisions; burden of proof.
1.534-1    Burden of proof as to unreasonable accumulations generally.
1.534-2    Burden of proof as to unreasonable accumulations in cases before the Tax Court.
1.534-3    Jeopardy assessments in Tax Court cases.
1.534-4    Taxable years subject to the Internal Revenue Code of 1939.

Sec.
1.535   Statutory provisions; accumulated taxable income.
1.535-1   Definition.
1.535-2   Adjustments to taxable income.
1.535-3   Accumulated earnings credit.
1.536   Statutory provisions; income not placed on annual basis.
1.536-1   Short taxable years.
1.537   Statutory provisions; reasonable needs of the business.
1.537-1   Reasonable needs of the business.
1.537-2   Grounds for accumulation of earnings and profits.
1.537-3   Business of the corporation.

PERSONAL HOLDING COMPANIES

1.541   Statutory provisions; imposition of personal holding company tax.
1.541-1   Imposition of tax.
1.542   Statutory provisions; definition of personal holding company.
1.542-1   General rule.
1.542-2   Gross income requirement.
1.542-3   Stock ownership requirement.
1.542-4   Corporations filing consolidated returns.
1.543   Statutory provisions; definition of personal holding company income.
1.543-1   Personal holding company income.
1.543-2   Limitation on gross income and personal holding company income in transactions involving stocks, securities and commodities.
1.544   Statutory provisions; rules for determining stock ownership.
1.544-1   Constructive ownership.
1.544-2   Constructive ownership by reason of indirect ownership.
1.544-3   Constructive ownership by reason of family and partnership ownership.
1.544-4   Options.
1.544-5   Convertible securities.
1.544-6   Constructive ownership as actual ownership.
1.544-7   Option rule in lieu of family and partnership rule.
1.545   Statutory provisions; undistributed personal holding company income.
1.545-1   Definition.
1.545-2   Adjustments to taxable income.
1.546   Statutory provisions; income not placed on annual basis.
1.547   Statutory provisions; deduction for deficiency dividends.
1.547-1   General rule.
1.547-2   Requirements for deficiency dividends.
1.547-3   Claim for credit or refund.
1.547-4   Effect on dividends paid deduction.
1.547-5   Deduction denied in case of fraud or wilful failure to file timely return.
1.547-6   Suspension of statute of limitations and stay of collection.
1.547-7   Effective date.

FOREIGN PERSONAL HOLDING COMPANIES

1.551   Statutory provisions; foreign personal holding company income taxed to United States shareholders.
1.551-1   General rule.
1.551-2   Amount included in gross income.
1.551-3   Deduction for obligations of the United States and its instrumentalities.
1.551-4   Information in return.
1.551-5   Effect on capital account of foreign personal holding company and basis of stock in hands of shareholders.
1.552   Statutory provisions; definition of foreign personal holding company.
1.552-1   Definition of foreign personal holding company.
1.552-2   Gross income requirement.
1.552-3   Stock ownership requirement.
1.552-4   Certain excluded banks.
1.552-5   United States shareholder of excluded bank.
1.553   Statutory provisions; foreign personal holding company income.
1.553-1   Foreign personal holding company income.
1.554   Statutory provisions; stock ownership.
1.554-1   Stock ownership.
1.555   Statutory provisions; gross income of foreign personal holding companies.

Sec.
1.555-1   General rule.
1.555-2   Additions to gross income.
1.556   Statutory provisions; undistributed foreign personal holding company income.
1.556-1   Definition.
1.556-2   Adjustments to taxable income.
1.556-3   Illustration of computation of undistributed foreign personal holding company income.
1.557   Statutory provisions; income not placed on annual basis.
1.558   Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.

DEDUCTION FOR DIVIDENDS PAID

1.561   Statutory provisions; definition of deduction for dividends paid.
1.561-1   Deduction for dividends paid.
1.561-2   When dividends are considered paid.
1.562   Statutory provisions; rules applicable in determining dividends eligible for dividends paid deduction.
1.562-1   Dividends for which the dividends paid deduction is allowable.
1.562-2   Preferential dividends.
1.562-3   Distributions by a member of an affiliated group.
1.563   Statutory provisions; rules relating to dividends paid after close of taxable year.
1.563-1   Accumulated earnings tax.
1.563-2   Personal holding company tax.
1.563-3   Dividends considered as paid on last day of taxable year.
1.564   Statutory provisions; dividend carryover.
1.564-1   Dividend carryover.
1.565   Statutory provisions; consent dividends.
1.565-1   General rule.
1.565-2   Limitations.
1.565-3   Effect of consent.
1.565-4   Consent dividends and other distributions.
1.565-5   Nonresident aliens and foreign corporations.
1.565-6   Definitions.

BANKING INSTITUTIONS

RULES OF GENERAL APPLICATION TO BANKING INSTITUTIONS

1.581   Statutory provisions; definition of bank.
1.581-1   Tax on banks.
1.581-2   Mutual savings banks, building and loan associations, and cooperative banks.
1.582   Statutory provisions; bad debt and loss deduction with respect to securities held by banks.
1.582-1   Bad debt and loss deduction with respect to securities held by banks.
1.583   Statutory provisions; deductions of dividends paid on certain preferred stock.
1.584   Statutory provisions; common trust funds.
1.584-1   Common trust funds.
1.584-2   Income of participants in common trust fund.
1.584-3   Computation of common trust fund income.
1.584-4   Admission and withdrawal of participants in the common trust fund.
1.584-5   Returns of banks with respect to common trust funds.
1.584-6   Net operating loss deduction.

MUTUAL SAVINGS BANKS, ETC.

1.591   Statutory provisions; deduction for dividends paid on deposits.
1.591-1   Deduction for dividends paid on deposits.
1.592   Statutory provisions; deduction for repayment of certain loans.
1.592-1   Repayment of certain loans by mutual savings banks, building and loan associations, and cooperative banks.
1.593   Statutory provisions; additions to reserve for bad debts.
1.593-1   Additions to reserve for bad debts.

Sec.
1.593-2 Additions to reserve for bad debts where surplus, reserves, and undivided profits equal or exceed 12 percent of deposits or withdrawable accounts.
1.594 Statutory provisions; alternative tax for mutual savings banks conducting life insurance business.
1.594-1 Mutual savings banks conducting life insurance business.

### BANK AFFILIATES

1.601 Statutory provisions; special deduction for bank affiliates.
1.601-1 Special deduction for bank affiliates.

### NATURAL RESOURCES

### DEDUCTIONS

1.611 Statutory provisions; allowance of deduction for depletion.
1.611-1 Allowance of deduction for depletion.
1.611-2 Rules applicable to mines, oil and gas wells, and other natural deposits.
1.611-3 Rules applicable to timber.
1.611-4 Depletion as a factor in computing earnings and profits for dividend purposes.
1.611-5 Depreciation of improvements.
1.612 Statutory provisions; basis for cost depletion.
1.612-1 Basis for allowance of cost depletion.
1.612-2 Allowable capital additions in case of mines.
1.612-3 Depletion; treatment of bonus and advanced royalty.
1.612-4 [Reserved]
1.613 Statutory provisions; percentage depletion.
1.613-1 Percentage depletion; general rule.
1.613-2 Percentage depletion rates.
1.613-3 Gross income from the property.
1.613-4 Taxable income from the property.
1.613-5 Statement to be attached to return when depletion is claimed on percentage basis.
1.613-6 Application of percentage depletion rates provided in section 613(b) to certain taxable years ending in 1954.
1.614 to 1.614-4 [Reserved]
1.615 Statutory provisions; exploration expenditures.
1.615-1 Exploration expenditures.
1.615-2 Deduction of exploration expenditures in the year paid or incurred.
1.615-3 Election to defer exploration expenditures.
1.615-4 Limitation of amount deductible.
1.615-5 Time for making election with respect to returns due on or before May 2, 1960.
1.616 Statutory provisions; development expenditures.
1.616-1 Development expenditures.
1.616-2 Election to defer.
1.616-3 Time for making election with respect to returns due on or before May 2, 1960.

### EXCLUSIONS FROM GROSS INCOME

1.621 Statutory provisions; payments to encourage exploration, development, and mining for defense purposes.
1.621-1 Payments to encourage exploration, development, and mining for defense purposes.

### SALES AND EXCHANGES

1.631 Statutory provisions; gain or loss in the case of timber or coal.
1.631-1 Election to consider cutting as sale or exchange.
1.631-2 Gain or loss upon the disposal of timber under cutting contract.
1.631-3 Gain or loss upon the disposal of coal with a retained economic interest.
1.632 Statutory provisions; sale of oil or gas properties.
1.632-1 Surtax on sale of oil or gas properties.

### ESTATES, TRUSTS, BENEFICIARIES, AND DECEDENTS

### ESTATES, TRUSTS, AND BENEFICIARIES

### GENERAL RULES FOR TAXATION OF ESTATES AND TRUSTS

Sec.
1.641(a) Statutory provisions; estates and trusts; imposition of tax; application of tax.
1.641(a)-0 Scope of subchapter J.
1.641(a)-1 Imposition of tax; application of tax.
1.641(a)-2 Gross income of estates and trusts.
1.641(b) Statutory provisions; estates and trusts; computation and payment of tax.
1.641(b)-1 Computation and payment of tax; deductions and credits of estates and trusts.
1.641(b)-2 Filing of returns and payment of the tax.
1.641(b)-3 Termination of estates and trusts.
1.642(a)(1) Statutory provisions; estates and trusts; special rules for credits and deductions; partially tax-exempt interest.
1.642(a)(1)-1 Partially tax-exempt interest.
1.642(a)(2) Statutory provisions; estates and trusts; special rules for credits and deductions; foreign taxes.
1.642(a)(2)-1 Foreign taxes.
1.642(a)(3) Statutory provisions; estates and trusts; special rules for credits and deductions; dividends.
1.642(a)(3)-1 Dividends received by an estate or trust.
1.642(a)(3)-2 Time of receipt of dividends by beneficiary.
1.642(a)(3)-3 Cross reference.
1.642(b) Statutory provisions; estates and trusts; special rules for credits and deductions; personal exemption.
1.642(b)-1 Deduction for personal exemption.
1.642(c) Statutory provisions; estates and trusts; special rules for credits and deductions; charitable contributions deduction.
1.642(c)-1 Charitable contributions deduction.
1.642(c)-2 Reduction of charitable contributions deduction by exempt income.
1.642(c)-3 Capital gains included in charitable contribution.
1.642(c)-4 Cross reference.
1.642(d) Statutory provisions; estates and trusts; special rules for credits and deductions; net operating loss deduction.
1.642(d)-1 Net operating loss deduction.
1.642(e) Statutory provisions; estates and trusts; special rules for credits and deductions; deduction for depreciation and depletion.
1.642(e)-1 Depreciation and depletion.
1.642(f) Statutory provisions; estates and trusts; special rules for credits and deductions; amortization of emergency or grain storage facilities.
1.642(f)-1 Amortization of emergency or grain storage facilities.
1.642(g) Statutory provisions; estates and trusts; special rules for credits and deductions; disallowance of double deductions.
1.642(g)-1 Disallowance of double deductions; in general.
1.642(g)-2 Deductions included.
1.642(h) Statutory provisions; estates and trusts; special rules for credits and deductions; unused loss carryovers and excess deductions.
1.642(h)-1 Unused loss carryovers on termination of an estate or trust.
1.642(h)-2 Excess deductions on termination of an estate or trust.
1.642(h)-3 Meaning of "beneficiaries succeeding to the property of the estate or trust".
1.642(h)-4 Allocation.
1.642(h)-5 Example.
1.642(i) Statutory provisions; estates and trusts; special rules for credits and deductions; disallowance of standard deduction.
1.642(i)-1 Disallowance of standard deduction (cross reference).
1.643(a) Statutory provisions; estates and trusts; definition of distributable net income.
1.643(a)-0 Distributable net income; deduction for distribution; in general.
1.643(a)-1 Deduction for distributions.

Sec.
1.643(a)-2  Deduction for personal exemption.
1.643(a)-3  Capital gains and losses.
1.643(a)-4  Extraordinary dividends and taxable stock dividends.
1.643(a)-5  Tax-exempt interest.
1.643(a)-6  Foreign income.
1.643(a)-7  Dividends.
1.643(b)    Statutory provisions; estates and trusts; definition of income.
1.643(b)-1  Definition of "income".
1.643(b)-2  Dividends allocated to corpus.
1.643(c)    Statutory provisions; estates and trusts; definition of beneficiary.
1.643(c)-1  Definition of "beneficiary".
1.643(c)-2  Illustration of the provisions of section 643.

TRUSTS WHICH DISTRIBUTE CURRENT INCOME ONLY

1.651(a)    Statutory provisions; trusts which distribute current income only; deduction for amounts required to be distributed currently.
1.651(a)-1  Simple trusts; deduction for distributions; in general.
1.651(a)-2  Income required to be distributed currently.
1.651(a)-3  Distribution of amounts other than income.
1.651(a)-4  Charitable purposes.
1.651(a)-5  Estates.
1.651(b)    Statutory provisions; trusts which distribute current income only; limitation on deduction for amounts required to be distributed currently.
1.651(b)-1  Deduction for distributions to beneficiaries.
1.652(a)    Statutory provisions; trusts which distribute current income only; inclusion of amounts in gross income of beneficiaries.
1.652(a)-1  Simple trusts; inclusion of amounts in income of beneficiaries.
1.652(a)-2  Distributions in excess of distributable net income.
1.652(b)    Statutory provisions; trusts which distribute current income only; character of amounts in the hands of beneficiaries.
1.652(b)-1  Character of amounts.
1.652(b)-2  Allocation of income items.
1.652(b)-3  Allocation of deductions.
1.652(c)    Statutory provisions; trusts which distribute current income only; inclusion of amounts in gross income of beneficiaries; different taxable years.
1.652(c)-1  Different taxable years.
1.652(c)-2  Death of individual beneficiaries.
1.652(c)-3  Termination of existence of other beneficiaries.
1.652(c)-4  Illustration of the provisions of sections 651 and 652.

ESTATES AND TRUSTS WHICH MAY ACCUMULATE INCOME OR WHICH DISTRIBUTE CORPUS

1.661(a)    Statutory provisions; estates and trusts accumulating income or distributing corpus; deduction for amounts required to be distributed currently and other amounts distributed.
1.661(a)-1  Estates and trusts accumulating income or distributing corpus; general.
1.661(a)-2  Deduction for distributions to beneficiaries.
1.661(b)    Statutory provisions; estates and trusts accumulating income or distributing corpus; character of amounts distributed to beneficiaries.
1.661(b)-1  Character of amounts distributed; in general.
1.661(b)-2  Character of amounts distributed when charitable contributions are made.
1.661(c)    Statutory provisions; estates and trusts accumulating income or distributing corpus; limitation on deduction for amounts distributed to beneficiaries.
1.661(c)-1  Limitation on deduction.
1.661(c)-2  Illustration of the provisions of section 661.
1.662(a)    Statutory provisions; estates and trusts which may accumulate income or which distribute corpus; inclusion of amounts in gross income of beneficiaries of complex trusts; general.
1.662(a)-1  Inclusion of amounts in gross income of beneficiaries of estates and complex trusts; general.
1.662(a)-2  Currently distributable income.
1.662(a)-3  Other amounts distributed.
1.662(a)-4  Amounts used in discharge of a legal obligation.

Sec.
1.662(b)    Statutory provisions; estates and trusts which may accumulate income or which distribute corpus; character of amounts in the hands of beneficiaries or which charitable contributions are made.
1.662(b)-1  Character of amounts; when no charitable contributions are made.
1.662(b)-2  Character of amounts; when charitable contributions are made.
1.662(c)    Statutory provisions; estates and trusts which may accumulate income or which distribute corpus; different taxable years.
1.662(c)-1  Different taxable years.
1.662(c)-2  Death of individual beneficiary.
1.662(c)-3  Termination of existence of other beneficiaries.
1.662(c)-4  Illustration of the provisions of sections 661 and 662.
1.663(a)    Statutory provisions; estates and complex trusts; special rules applicable to sections 661 and 662; exclusions; gifts, bequests, etc.
1.663(a)-1  Charitable, etc., distributions.
1.663(a)-2  Denial of double deduction.
1.663(b)    Statutory provisions; estates and complex trusts; special rules applicable to sections 661 and 662; distributions in first sixty-five days of taxable year.
1.663(b)-1  Distributions in first sixty-five days of taxable year; scope.
1.663(b)-2  Election.
1.663(c)    Statutory provisions; estates and complex trusts; special rules applicable to sections 661 and 662; separate shares treated as separate trusts.
1.663(c)-1  Separate shares treated as separate trusts; in general.
1.663(c)-2  Computation of distributable net income.
1.663(c)-3  Applicability of separate share rule.
1.663(c)-4  Example.

TREATMENT OF EXCESS DISTRIBUTIONS BY TRUSTS

1.665(a)    Statutory provisions; excess distributions by trusts; definition of undistributed net income.
1.665(a)-0  Excess distributions by trusts; scope of subpart D.
1.665(a)-1  Undistributed net income.
1.665(b)    Statutory provisions; excess distributions by trusts; definition of accumulation distribution.
1.665(b)-1  Accumulation distribution; in general.
1.665(b)-2  Exclusions from accumulation distributions.
1.665(b)-3  Exclusions under section 665(b)(1).
1.665(c)    Statutory provisions; excess distributions by trusts; definition of amounts imposed on the trust.
1.665(c)-1  Taxes imposed on the trust.
1.665(d)    Statutory provisions; excess distributions by trusts; definition of preceding taxable year.
1.665(d)-1  Preceding taxable year.
1.665(d)-2  Application of separate share rule.
1.666       Statutory provisions; excess distributions by trusts; allocation distribution.
1.666(a)-1  Amounts allocated.
1.666(b)    Statutory provisions; excess distributions by trusts; total taxes deemed distributed.
1.666(b)-1  Total taxes deemed distributed.
1.666(c)    Statutory provisions; excess distributions by trusts; pro rata portion of taxes deemed distributed.
1.666(c)-1  Pro rata portion of taxes deemed distributed.
1.666(c)-2  Illustration of the provisions of section 666.
1.667       Statutory provisions; excess distributions by trusts; denial of refund to trusts.
1.667-1     Denial of refund to trusts.
1.668(a)    Statutory provisions; excess distributions by trusts; treatment of amounts deemed distributed in preceding taxable years; amounts treated as received in prior taxable years.
1.668(a)-1  Amounts treated as received in prior taxable years; inclusion in gross income.
1.668(a)-2  Allocation among beneficiaries; in general.
1.668(a)-3  Excluded amounts.