Saturday, November 26, 1960   FEDERAL REGISTER   11413

Sec.
1.668(a)-4  Tax attributable to throwback.
1.668(b)  Statutory provisions; excess distributions by trusts; treatment of amounts deemed distributed in preceding years; credit for taxes paid by trust.
1.668(b)-1  Credit for taxes paid by the trust.
1.668(b)-2  Illustration of the provisions of subpart D.

GRANTORS AND OTHERS TREATED AS SUBSTANTIAL OWNERS

1.671  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; income, deductions, and credits attributable to grantors and others as substantial owners.
1.671-1  Grantors and others treated as substantial owners; scope.
1.671-3  Applicable principles.
1.671-3  Attribution or inclusion of income, deductions, and credits against tax.
1.671-4  Method of reporting.
1.672(a)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; definition of adverse party.
1.672(b)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; definition of nonadverse party.
1.672(b)-1  Nonadverse party.
1.672(c)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; definition of related or subordinate party.
1.672(c)-1  Related or subordinate party.
1.672(d)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; rule where power is subject to condition precedent.
1.672(d)-1  Power subject to condition precedent.
1.673(a)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; reversionary interests.
1.673(a)-1  Reversionary interests; income payable to beneficiaries other than certain charitable organizations; general rule.
1.673(b)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; charitable beneficiaries.
1.673(b)-1  Income payable to charitable beneficiaries.
1.673(c)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; reversionary interest taking effect at death of income beneficiary.
1.673(c)-1  Reversionary interest after income beneficiary's death.
1.673(d)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; postponement of date specified for reacquisition.
1.673(d)-1  Postponement of date specified for reacquisition.
1.674(a)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to control beneficial enjoyment.
1.674(a)-1  Power to control beneficial enjoyment; scope of section 674.
1.674(b)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; exceptions for certain powers to control beneficial enjoyment.
1.674(b)-1  Excepted powers exercisable by any person.
1.674(c)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; exception for certain powers of independent trustees.
1.674(c)-1  Excepted powers exercisable only by independent trustees.
1.674(d)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to allocate income if limited by a standard.
1.674(d)-1  Excepted powers exercisable by any trustee other than grantor or spouse.
1.674(d)-2  Limitations on exceptions in section 674 (b), (c), and (d).
1.675  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; administrative powers.
1.675-1  Administrative powers.
1.676(a)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to revoke; general rule.
1.676(a)-1  Power to revest title to portion of trust property in grantor; general rule.
1.676(b)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; power to revoke exercisable only after a period of time.
1.676(b)-1  Powers exercisable only after a period of time.
1.677(a)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; income for benefit of grantor; general rule.
1.677(a)-1  Income for benefit of grantor; general rule.
1.677(b)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; trusts for support of grantor's dependents.
1.677(b)-1  Trusts for support.
1.678(a)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; person other than grantor treated as substantial owner; general rule.
1.678(a)-1  Person other than grantor treated as substantial owner; general rule.
1.678(b)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; exception where grantor is taxable.
1.678(b)-1  If grantor is treated as the owner.
1.678(c)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; trusts for support.
1.678(c)-1  Trusts for support.
1.678(d)  Statutory provisions; estates and trusts; grantors and others treated as substantial owners; effect of renunciation or disclaimer.
1.678(d)-1  Renunciation of power.

MISCELLANEOUS

1.681(a)  Statutory provisions; estates and trusts; limitation on charitable contributions deduction; unrelated business income.
1.681(a)-1  Limitation on charitable contributions deduction of trusts; scope of section 681.
1.681(a)-2  Limitation on charitable contributions deduction of trusts with trade or business income.
1.681(b)  Statutory provisions; estates and trusts; limitation on charitable contributions deduction; prohibited transactions.
1.681(b)-1  Limitation on charitable contributions deduction of trusts engaged in prohibited transactions.
1.681(b)-2  Disallowance to donors of certain charitable, etc., deductions for gifts made in trust.
1.681(c)  Statutory provisions; estates and trusts; limitation on charitable contributions deductions; trusts accumulating income.
1.681(c)-1  Limitation on charitable contributions deduction of trusts accumulating income.
1.681(d)  Statutory provisions; estates and trusts; disallowance of certain charitable contributions deductions; cross reference.
1.681(d)-1  Disallowance of certain charitable contributions deductions.
1.682(a)  Statutory provisions; estates and trusts; income of an estate or trust in case of divorce; inclusion in gross income of wife.
1.682(a)-1  Income of trust in case of divorce, etc.
1.682(b)  Statutory provisions; estates and trusts; income of an estate or trust in case of divorce; wife considered a beneficiary.
1.682(b)-1  Application of trust rules to alimony payments.
1.682(c)  Statutory provisions; estates and trusts; income of an estate or trust in case of divorce; definitions of "husband" and "wife".
1.682(c)-1  Definitions.
1.683  Statutory provisions; estates and trusts; applicability of provisions.
1.683-1  Applicability of provisions; general rule.
1.683-2  Exceptions.
1.683-3  Application of the 65-day rule of the Internal Revenue Code of 1939.

INCOME IN RESPECT OF DECEDENTS

1.691(a)  Statutory provisions; recipients of income in respect of decedents; inclusion in gross income.
1.691(a)-1  Income in respect of a decedent.
1.691(a)-2  Inclusion in gross income by recipients.
1.691(a)-3  Character of gross income.

Sec.
1.691(a)-4 Transfer of right to income in respect of a decedent.
1.691(a)-5 Installment obligations acquired from decedent.
1.691(b) Statutory provisions; recipients of income in respect of decedents; allowance of deductions and credit.
1.691(b)-1 Allowance of deductions and credit in respect of decedents.
1.691(c) Statutory provisions; recipients of income in respect of decedents; deduction for estate tax.
1.691(c)-1 Deduction for estate tax attributable to income in respect of a decedent.
1.691(c)-2 Estates and trusts.
1.691(d) Statutory provisions; recipients of income in respect of decedents; amounts received by surviving annuitant under joint and survivor annuity contract.
1.691(d)-1 Amounts received by surviving annuitant under joint and survivor annuity contract.
1.691(e) Statutory provisions; recipients of income in respect of decedents; cross reference.
1.691(e)-1 Cross reference.
1.692 Statutory provisions; income taxes on members of Armed Forces on death.
1.692-1 Abatement of income taxes of certain members of the Armed Forces of the United States upon death.

PARTNERS AND PARTNERSHIPS

DETERMINATION OF TAX LIABILITY

1.701 Statutory provisions; partners, not partnership, subject to tax.
1.701-1 Partners, not partnership, subject to tax.
1.702 Statutory provisions; income and credits of partner.
1.702-1 Income and credits of partner.
1.702-2 Net operating loss deduction of partner.
1.703 Statutory provisions; partnership computations.
1.703-1 Partnership computations.
1.704 Statutory provisions; partner's distributive share.
1.704-1 Partner's distributive share.
1.705 Statutory provisions; determination of basis of partner's interest.
1.705-1 Determination of basis of partner's interest.
1.706 Statutory provisions; taxable years of partner and partnership.
1.706-1 Taxable years of partner and partnership.
1.707 Statutory provisions; transactions between partner and partnership.
1.707-1 Transactions between partner and partnership.
1.708 Statutory provisions; continuation of partnership.
1.708-1 Continuation of partnership.

CONTRIBUTIONS, DISTRIBUTIONS, AND TRANSFERS

CONTRIBUTIONS TO A PARTNERSHIP

1.721 Statutory provisions; nonrecognition of gain or loss on contribution.
1.721-1 Nonrecognition of gain or loss on contribution.
1.722 Statutory provisions; basis of contributing partner's interest.
1.722-1 Basis of contributing partner's interest.
1.723 Statutory provisions; basis of distributed property other than money.
1.723-1 Basis of distributed property other than money.
1.732-2 Special partnership basis of distributed property.
1.733 Statutory provisions; basis of distributee partner's interest.
1.733-1 Basis of distributee partner's interest.
1.734 Statutory provisions; optional adjustment to basis of undistributed partnership property.
1.734-1 Optional adjustment to basis of undistributed partnership property.
1.734-2 Adjustment after distribution to transferee partner.

Sec.
1.735 Statutory provisions; character of gain or loss on disposition of distributed property.
1.735-1 Character of gain or loss on disposition of distributed property.
1.736 Statutory provisions; payments to a retiring partner or a deceased partner's successor in interest.
1.736-1 Payments to a retiring partner or a deceased partner's successor in interest.

TRANSFERS OF INTERESTS IN A PARTNERSHIP

1.741 Statutory provisions; recognition and character of gain or loss on sale or exchange.
1.741-1 Recognition and character of gain or loss on sale or exchange.
1.742 Statutory provisions; basis of transferee partner's interest.
1.742-1 Basis of transferee partner's interest.
1.743 Statutory provisions; optional adjustment to basis of partnership property.
1.743-1 Optional adjustment to basis of partnership property.

PROVISIONS COMMON TO PART II, SUBCHAPTER K, CHAPTER 1 OF THE CODE

1.751 Statutory provisions; unrealized receivables and inventory items.
1.751-1 Unrealized receivables and inventory items.
1.752 Statutory provisions; treatment of certain liabilities.
1.752-1 Treatment of certain liabilities.
1.753 Statutory provisions; partner receiving income in respect of decedent.
1.753-1 Partner receiving income in respect of decedent.
1.754 Statutory provisions; manner of electing optional adjustment to basis of partnership property.
1.754-1 Time and manner of making election to adjust basis of partnership property.
1.755 Statutory provisions; rules for allocation of basis.
1.755-1 Rules for allocation of basis.

DEFINITIONS

1.761 Statutory provisions; terms defined.
1.761-1 Terms defined.

EFFECTIVE DATE FOR SUBCHAPTER K, CHAPTER 1 OF THE CODE

1.771 Statutory provisions; effective date.
1.771-1 Effective date.

INSURANCE COMPANIES

LIFE INSURANCE COMPANIES

1.801 Statutory provisions; life insurance companies; definition of life insurance company.
1.801-1 Definitions.
1.802(a) [Reserved]
1.802(b) Statutory provisions; life insurance companies; imposition of tax.
1.802(b)-1 Tax on life insurance companies.
1.803 Statutory provisions; life insurance companies; other definitions and rules.
1.803-1 Life insurance reserves.
1.803-2 Adjusted reserves.
1.803-3 Interest paid or accrued.
1.803-4 Taxable income and deductions.
1.803-5 Real estate owned and occupied.
1.803-6 Amortization of premium and accrual of discount.
1.804 [Reserved]
1.805 Statutory provisions; life insurance companies; life insurance company taxable income.
1.805-1 Tax on life insurance companies in the case of a taxable year beginning in 1954.
1.805-2 Reserve interest credit.
1.806 Statutory provisions; life insurance companies; adjustment for certain reserves.
1.806-1 Adjustment for certain reserves.
1.807 Statutory provisions; life insurance companies; foreign life insurance companies.
1.807-1 Foreign life insurance companies.

**MUTUAL INSURANCE COMPANIES (OTHER THAN LIFE OR MARINE OR FIRE INSURANCE COMPANIES ISSUING PERPETUAL POLICIES)**

Sec.
1.821 Statutory provisions; tax on mutual insurance companies (other than life or marine or fire insurance companies issuing perpetual policies).
1.821-1 Tax on mutual insurance companies other than life or marine or fire insurance companies subject to the tax imposed by section 831.
1.822 Statutory provisions; determination of mutual insurance company taxable income.
1.822-1 Taxable income and deductions.
1.822-2 Real estate owned and occupied.
1.822-3 Amortization of premium and accrual of discount.
1.823 Statutory provisions; other definitions.
1.823-1 Net premiums.
1.823-2 Dividends to policyholders.

**OTHER INSURANCE COMPANIES**

1.831 Statutory provisions; tax on insurance companies (other than life or mutual), mutual marine insurance companies, and mutual fire insurance companies issuing perpetual policies.
1.831-1 Tax on insurance companies (other than life or mutual), mutual marine insurance companies, and mutual fire insurance companies issuing perpetual policies.
1.832 Statutory provisions; insurance company taxable income.
1.832-1 Gross income.
1.832-2 Deductions.

**PROVISIONS OF GENERAL APPLICATION**

1.841 Statutory provisions; credits for foreign taxes.
1.842 Statutory provisions; computation of gross income.

**REGULATED INVESTMENT COMPANIES**

1.851 Statutory provisions; definition of regulated investment company.
1.851-1 Definition of regulated investment company.
1.851-2 Limitations.
1.851-3 Rules applicable to section 851(b)(4).
1.851-4 Determination of status.
1.851-5 Examples.
1.851-6 Investment companies furnishing capital to development corporations.
1.852 Statutory provisions; taxation of regulated investment companies and their shareholders.
1.852-1 Taxation of regulated investment companies.
1.852-2 Method of taxation of regulated investment companies.
1.852-3 Investment company taxable income.
1.852-4 Method of taxation of shareholders of regulated investment companies.
1.852-5 Earnings and profits of a regulated investment company.
1.852-6 Records to be kept for purpose of determining whether a corporation claiming to be a regulated investment company is a personal holding company.
1.852-7 Additional information required in returns of shareholders.
1.852-8 Information returns.
1.852-9 Special procedural requirements applicable to designation under section 853(b)(3)(D).
1.853 Statutory provisions; foreign tax credit allowed to shareholders.
1.853-1 Foreign tax credit allowed to shareholders.
1.853-2 Effect of election.
1.853-3 Notice to shareholders.
1.853-4 Manner of making election.
1.854 Statutory provisions; limitations applicable to dividends received from regulated investment company.
1.854-1 Limitations applicable to dividends received from regulated investment company.
1.854-2 Notice to shareholders.
1.854-3 Definitions.
1.855 Statutory provisions; dividends paid by regulated investment company after close of taxable year.
1.855-1 Dividends paid by regulated investment company after close of taxable year.

**TAX BASED ON INCOME FROM SOURCES WITHIN OR WITHOUT THE UNITED STATES**

DETERMINATION OF SOURCES OF INCOME

1.861 Statutory provisions; income from sources within the United States.
1.861-1 Income from sources within the United States.
1.861-2 Interest.
1.861-3 Dividends.
1.861-4 Compensation for labor or personal services.
1.861-5 Rentals and royalties.
1.861-6 Sale of real property.
1.861-7 Sale of personal property.
1.861-8 Computation of taxable income from sources within the United States.
1.862 Statutory provisions; income from sources without the United States.
1.862-1 Income specifically from sources without the United States.
1.863 Statutory provisions; items not specified in section 861 or 862.
1.863-1 Allocation of gross income under section 863(a).
1.863-2 Income derived partly from sources within and partly from sources without the United States.
1.863-3 Income from the sale of personal property derived partly from within and partly from without the United States.
1.863-4 Transportation service.
1.863-5 Telegraph and cable service.
1.863-6 Income from sources within a foreign country or possession of the United States.
1.864 Statutory provisions; definitions.

**NONRESIDENT ALIENS AND FOREIGN CORPORATIONS**

NONRESIDENT ALIEN INDIVIDUALS

1.871 Statutory provisions; tax on nonresident alien individuals.
1.871-1 Taxation of aliens.
1.871-2 Determining residence of alien individuals.
1.871-3 Residence of alien seamen.
1.871-4 Proof of residence of aliens.
1.871-5 Loss of residence by an alien.
1.871-6 Duty of employer to determine status of alien employee.
1.871-7 Tax on nonresident alien individuals.
1.871-8 Definition of engaging in trade or business within the United States.
1.872 Statutory provisions; gross income.
1.872-1 Gross income of nonresident alien individuals.
1.872-2 Exclusions from gross income of nonresident alien individuals.
1.873 Statutory provisions; deductions.
1.873-1 Deductions allowed nonresident alien individuals.
1.874 Statutory provisions; allowance of deductions and credits.
1.874-1 Allowance of deductions and credits to nonresident alien individuals.
1.875 Statutory provisions; partnerships.
1.875-1 Partnerships.
1.876 Statutory provisions; alien residents of Puerto Rico.
1.876-1 Alien residents of Puerto Rico.
1.877 Statutory provisions; certain foreign exempt organizations.

FOREIGN CORPORATIONS

1.881 Statutory provisions; tax on foreign corporations not engaged in business in the United States.
1.881-1 Taxation of foreign corporations.
1.881-2 Tax on nonresident foreign corporations.
1.881-3 Statutory provisions; tax on resident foreign corporations.
1.882 Statutory provisions; tax on resident foreign corporations.
1.882-1 Tax on resident foreign corporations.
1.882-2 Gross income of foreign corporations.
1.883 Statutory provisions; deductions allowed foreign corporations.
1.883-3 Deductions allowed foreign corporations.
1.883-4 Allowance of deductions to foreign corporations.

Attachment U - page 15 of 21

Sec.
1.881 Statutory provisions; exclusions from gross income.
1.883-1 Exclusions from gross income of foreign corporations.
1.884 Statutory provisions; gross reference.

MISCELLANEOUS PROVISIONS

1.891 Statutory provisions; doubling of rates of tax on citizens and corporations of certain foreign countries.
1.892 Statutory provisions; income of foreign governments and of international organizations.
1.892-1 Income of foreign governments and international organizations.
1.893 Statutory provisions; compensation of employees of foreign governments or international organizations.
1.893-1 Compensation of employees of foreign governments or international organizations.
1.894 Statutory provisions; income exempt under treaty.
1.894-1 Income exempt under treaty.

INCOME FROM SOURCES WITHOUT THE UNITED STATES

FOREIGN TAX CREDIT

1.901 Statutory provisions; taxes of foreign countries and of possessions of United States.
1.901-1 Allowance of credit for taxes.
1.901-2 Definitions.
1.902 Statutory provisions; credit for corporate stockholder in foreign corporation.
1.902-1 Taxes of foreign corporation.
1.902-2 Special rules for payments from certain wholly-owned foreign corporations.
1.903 Statutory provisions; credit for taxes in lieu of income, war profits, or excess profits taxes.
1.903-1 Definition of taxes in lieu of income, war profits, or excess profits taxes.
1.904 Statutory provisions; limitation on credit.
1.904-1 Limitation on credit for foreign taxes.
1.905 Statutory provisions; applicable rules.
1.905-1 When credit for taxes may be taken.
1.905-2 Conditions of allowance of credit.
1.905-3 Redetermination of the tax when credit proved incorrect.
1.905-4 Credit for taxes accrued but not paid.
1.905-5 Credit for United Kingdom income taxes paid with respect to royalties.

EARNED INCOME OF CITIZENS OF UNITED STATES

1.911 Statutory provisions; earned income from sources without the United States.
1.911-1 Earned income from sources without the United States.
1.912 Statutory provisions; exemption for certain allowances.
1.912-1 Exclusion of certain cost-of-living allowances.
1.912-2 Exclusion of certain allowances of Foreign Service personnel.

WESTERN HEMISPHERE TRADE CORPORATIONS

1.921 Statutory provisions; definition of Western Hemisphere trade corporation.
1.921-1 Definition of Western Hemisphere trade corporation.
1.922 Statutory provisions; special deduction.
1.922-1 Special deduction of Western Hemisphere trade corporation.

POSSESSIONS OF THE UNITED STATES

1.931 Statutory provisions; income from sources within possessions of the United States.
1.931-1 Citizens of the United States and domestic corporations deriving income from sources within a certain possession of the United States.
1.932 Statutory provisions; taxation of citizens of possessions of the United States.
1.932-1 Status of citizens of United States possessions.
1.933 Statutory provisions; income from sources within Puerto Rico.
1.933-1 Exclusion of certain income from sources within Puerto Rico.

CHINA TRADE ACT CORPORATIONS

1.941 Statutory provisions; special deduction for China Trade Act corporations.

1.941-1 Special deduction for China Trade Act corporations.
1.941-2 Meaning of terms used in connection with China Trade Act corporations.
1.941-3 Illustration of principle.
1.942 Statutory provisions; disallowance of foreign tax credit.
1.943 Statutory provisions; exclusion of dividends to residents of Formosa or Hong Kong.
1.943-1 Withholding by a China Trade Act corporation.

DETERMINATION OF AMOUNT OF AND RECOGNITION OF GAIN OR LOSS

GAIN OR LOSS ON DISPOSITION OF PROPERTY

1.1001 Statutory provisions; determination of amount of and recognition of gain or loss.
1.1001-1 Computation of gain or loss.
1.1002 Statutory provisions; recognition of gain or loss.
1.1002-1 Sales or exchanges.

BASIS RULES OF GENERAL APPLICATION

1.1011 Statutory provisions; adjusted basis for determining gain or loss.
1.1011-1 Adjusted basis.
1.1012 Statutory provisions; basis of property—cost.
1.1012-1 Basis of property.
1.1012-2 Transfers in part a sale and in part a gift.
1.1013 Statutory provisions; basis of property included in inventory.
1.1013-1 Property included in inventory.
1.1014 Statutory provisions; basis of property acquired from a decedent.
1.1014-1 Basis of property acquired from a decedent.
1.1014-2 Property acquired from a decedent.
1.1014-3 Other basis rules.
1.1014-4 Uniformity of basis; adjustment to basis.
1.1014-5 Gain or loss.
1.1014-6 Special rule for adjustments to basis where property is acquired from a decedent prior to his death.
1.1014-7 Example applying rules of §§ 1.1014-4 through 1.1014-6 to case involving multiple interests.
1.1014-8 Bequest, devise, or inheritance of a remainder interest.
1.1015 Statutory provisions; basis of property acquired by gifts and transfers in trust.
1.1015-1 Basis of property acquired by gift after December 31, 1920.
1.1015-2 Transfer of property in trust after December 31, 1920.
1.1015-3 Gift or transfer in trust before January 1, 1921.
1.1015-4 Transfers in part a gift and in part a sale.
1.1015-5 Adjustments to basis; scope of section.
1.1016 Statutory provisions; adjustments to basis.
1.1016-1 Items properly chargeable to capital account.
1.1016-2 Exhaustion, wear and tear, obsolescence, amortization and depletion for periods since February 28, 1913.
1.1016-3 Exhaustion, wear and tear, obsolescence, amortization, and depletion; periods during which income was not subject to tax.
1.1016-4 Miscellaneous adjustments to basis.
1.1016-5 Other applicable rules.
1.1016-6 Adjusted basis; cancellation of indebtedness under Bankruptcy Act.
1.1016-7 Adjusted basis; cancellation of indebtedness; special cases.
1.1016-8 Adjusted basis; discharge of indebtedness; general rule.
1.1016-9 Adjusted basis; mutual savings banks, building and loan associations, and cooperative banks.
1.1016-10 Substituted basis.
1.1017 Statutory provisions; discharge of indebtedness.
1.1017-1 Adjusted basis; discharge of indebtedness; general rule.
1.1017-2 Adjusted basis; discharge of indebtedness; special cases.
1.1018 Statutory provisions; adjustments of capital structure before September 22, 1938.
1.1018-1 Adjusted basis; exception to section 270 of the Bankruptcy Act, as amended.

Sec.
1.1019 Statutory provisions; property on which lessee has made improvements.
1.1019–1 Property on which lessee has made improvements.
1.1020 Statutory provisions; election in respect of depreciation, etc., allowed before 1952.
1.1020–1 Election as to amounts allowed in respect of depreciation, etc., before 1952.
1.1021 Statutory provisions; sale of annuities.
1.1021–1 Sale of annuities.
1.1022 Statutory provisions; cross references.

COMMON NONTAXABLE EXCHANGES

1.1031(a) Statutory provisions; exchange of property held for productive use or investment; nonrecognition of gain or loss from exchanges solely in kind.
1.1031(a)–1 Property held for productive use in trade or business or for investment.
1.1031(b) Statutory provisions; exchange of property held for productive use or investment; gain from exchanges not solely in kind.
1.1031(b)–1 Receipt of other property or money in tax-free exchange.
1.1031(c) Statutory provisions; exchange of property held for productive use or investment; loss from exchanges not solely in kind.
1.1031(c)–1 Nonrecognition of loss.
1.1031(d) Statutory provisions; exchange of property held for productive use or investment; basis.
1.1031(d)–1 Property acquired upon a tax-free exchange.
1.1031(d)–2 Treatment of assumption of liabilities.
1.1032 Statutory provisions; exchange of stock for property.
1.1032–1 Disposition by a corporation of its own capital stock.
1.1033(a) Statutory provisions; involuntary conversions; general rule.
1.1033(a)–1 Involuntary conversions; nonrecognition of gain.
1.1033(a)–2 Involuntary conversion where disposition of the converted property occurred after December 31, 1950.
1.1033(a)–3 Involuntary conversion where disposition of the converted property occurred before January 1, 1951.
1.1033(a)–4 Replacement funds where disposition of the converted property occurred before January 1, 1951.
1.1033(b) Statutory provisions; involuntary conversions; residence of taxpayer.
1.1033(b)–1 Involuntary conversion of principal residence.
1.1033(c) Statutory provisions; involuntary conversions; basis of property acquired through involuntary conversion.
1.1033(c)–1 Basis of property acquired as a result of an involuntary conversion.
1.1033(d) Statutory provisions; involuntary conversions; property sold pursuant to reclamation laws.
1.1033(d)–1 Disposition of excess property within irrigation project deemed to be involuntary conversion.
1.1033(e) Statutory provisions; involuntary conversions; livestock destroyed by disease.
1.1033(e)–1 Destruction or disposition of livestock because of disease.
1.1033(f) Statutory provisions; involuntary conversions; livestock sold on account of drought.
1.1033(f)–1 Sale or exchange of livestock solely on account of drought.
1.1033(g) Statutory provisions; involuntary conversions; condemnation of real property held for productive use in trade or business or for investment.
1.1033(g)–1 Condemnation of real property held for productive use in trade or business or for investment.
1.1033(h) Statutory provisions; involuntary conversions; cross references.
1.1033(h)–1 Effective date.
1.1034 Statutory provisions; sale or exchange of residence.
1.1034–1 Sale or exchange of residence.
1.1035 Statutory provisions; certain exchanges of insurance policies.
1.1035–1 Certain exchanges of insurance policies.
1.1036 Statutory provisions; stock for stock of same corporation.
1.1036–1 Stock for stock of the same corporation.

SPECIAL RULES

1.1051 Statutory provisions; property acquired during affiliation.
1.1051–1 Basis of property acquired during affiliation.

Sec.
1.1052 Statutory provisions; basis established by the Revenue Act of 1932 or 1934 or by the Internal Revenue Code of 1939.
1.1052–1 Basis of property established by Revenue Act of 1932.
1.1052–2 Basis of property established by Revenue Act of 1934.
1.1052–3 Basis of property established by the Internal Revenue Code of 1939.
1.1053 Statutory provisions; basis of property acquired before March 1, 1913.
1.1053–1 Property acquired before March 1, 1913.
1.1054 Statutory provisions; cross references.

CHANGES TO EFFECTUATE F.C.C. POLICY

1.1071 Statutory provisions; gain from sale or exchange to effectuate policies of Federal Communications Commission.
1.1071–1 Gain from sale or exchange to effectuate policies of Federal Communications Commission.
1.1071–2 Nature and effect of election.
1.1071–3 Reduction of basis of property pursuant to election under section 1071.
1.1071–4 Manner of election.

EXCHANGES IN OBEDIENCE TO S.E.C. ORDERS

1.1081 Statutory provisions; exchanges and distributions in obedience to orders of the Securities and Exchange Commission; nonrecognition of gain or loss.
1.1081–1 Terms used.
1.1081–2 Purpose and scope of exception.
1.1081–3 Exchanges of stock or securities solely for stock or securities.
1.1081–4 Exchanges of property for property by corporations.
1.1081–5 Distribution solely of stock or securities.
1.1081–6 Transfers within system group.
1.1081–7 Sale of stock or securities received upon exchange by members of system group.
1.1081–8 Exchanges in which money or other nonexempt property is received.
1.1081–9 Requirements with respect to order of Securities and Exchange Commission.
1.1081–10 Nonapplication of other provisions of the Internal Revenue Code of 1954.
1.1081–11 Records to be kept and information to be filed with returns.
1.1082 Statutory provisions; basis of property acquired in exchanges and distributions made in obedience to orders of the Securities and Exchange Commission.
1.1082–1 Basis for determining gain or loss.
1.1082–2 Basis of property acquired upon exchanges under section 1081 (a) or (e).
1.1082–3 Reduction of basis of property by reason of gain not recognised under section 1081(b).
1.1082–4 Basis of property acquired by corporation under section 1081(a), 1081(b), or 1081(e) as contribution of capital or surplus, or in consideration for its own stock or securities.
1.1082–5 Basis of property acquired by shareholder upon tax-free distribution under section 1081(c) (1) or (2).
1.1082–6 Basis of property acquired under section 1081(d) in transactions between corporations of the same system group.
1.1083 Statutory provisions; exchanges and distributions in obedience to orders of the Securities and Exchange Commission; definitions.
1.1083–1 Definitions.

WASH SALES OF STOCK OR SECURITIES

1.1091 Statutory provisions; losses from wash sales of stock or securities; basis.
1.1091–1 Losses from wash sales of stock or securities.
1.1091–2 Basis of stock or securities acquired in "wash sales".

CAPITAL GAINS AND LOSSES

TREATMENT OF CAPITAL GAINS

1.1201 Statutory provisions; alternative tax.
1.1201–1 Alternative tax.
1.1202 Statutory provisions; deduction for capital gains.
1.1202–1 Deduction for capital gains.

### TREATMENT OF CAPITAL LOSSES

Sec.
1.1211 Statutory provisions; limitation on capital losses.
1.1211-1 Limitation on capital losses.
1.1212 Statutory provisions; capital loss carryover.
1.1212-1 Net capital loss carryover.

### GENERAL RULES FOR DETERMINING CAPITAL GAINS AND LOSSES

1.1221 Statutory provisions; capital asset defined.
1.1221-1 Meaning of terms.
1.1222 Statutory provisions; other terms relating to capital gains and losses.
1.1222-1 Other terms relating to capital gains and losses.
1.1223 Statutory provisions; holding period of property.
1.1223-1 Determination of period for which capital assets are held.

### SPECIAL RULES FOR DETERMINING CAPITAL GAINS AND LOSSES

1.1231 Statutory provisions; property used in the trade or business and involuntary conversions.
1.1231-1 Gains and losses from the sale or exchange of certain property used in the trade or business.
1.1231-2 Livestock held for draft, breeding, or dairy purposes.
1.1232 Statutory provisions; bonds and other evidences of indebtedness.
1.1232-1 Bonds and other evidences of indebtedness; scope of section.
1.1232-2 Retirement.
1.1232-3 Gain upon sale or exchange of obligations issued at a discount after December 31, 1954.
1.1232-4 Obligations with excess coupons detached.
1.1233 Statutory provisions; gains and losses from short sales.
1.1233-1 Gains and losses from short sales.
1.1234 Statutory provisions; options to buy or sell.
1.1234-1 Options to buy or sell.
1.1235 Statutory provisions; sale or exchange of patents.
1.1235-1 Sale or exchange of patents.
1.1235-2 Definition of terms.
1.1236 Statutory provisions; dealers in securities.
1.1236-1 Dealers in securities.
1.1237 Statutory provisions; real property subdivided for sale.
1.1237-1 Real property subdivided for sale.
1.1238 Statutory provisions; amortization in excess of depreciation.
1.1238-1 Amortization in excess of depreciation.
1.1239 Statutory provisions; gain from sale of certain property between spouses or between an individual and a controlled corporation.
1.1239-1 Gain from sale or exchange of certain property between spouses or between an individual and a controlled corporation.
1.1240 Statutory provisions; taxability to employee of termination payments.
1.1240-1 Capital gains treatment of certain termination payments.
1.1241 Statutory provisions; cancellation of lease or distributor's agreement.
1.1241-1 Cancellation of lease or distributor's agreement.
1.1242 Statutory provisions; losses on small business investment company stock.
1.1242-1 Losses on small business investment company stock.
1.1243 Statutory provisions; loss of small business investment company.
1.1243-1 Loss of small business investment company.

### READJUSTMENT OF TAX BETWEEN YEARS AND SPECIAL LIMITATIONS

#### INCOME ATTRIBUTABLE TO SEVERAL TAXABLE YEARS

1.1301 Statutory provisions; compensation from an employment.
1.1301-1 Introduction.
1.1301-2 Compensation from an employment.
1.1302 Statutory provisions; income from an invention or artistic work.
1.1302-1 Income from an invention or artistic work.
1.1303 Statutory provisions; income from back pay.
1.1303-1 Income from back pay.
1.1304 Statutory provisions; compensatory damages for patent infringement.
1.1304-1 Compensatory damages for patent infringement.

Sec.
1.1305 Statutory provisions; breach of contract damages.
1.1305-1 [Reserved]
1.1306 Statutory provisions; rules applicable to part I (section 1301 and following), subchapter Q, chapter 1 of the Code.
1.1306-1 Rules applicable to part I (section 1301 and following), subchapter Q, chapter 1 of the Code.

### MITIGATION OF EFFECT OF LIMITATIONS AND OTHER PROVISIONS

1.1311(a) Statutory provisions; correction of error; general rule.
1.1311(a)-1 Introduction.
1.1311(a)-2 Purpose and scope of section 1311.
1.1311(b) Statutory provisions; correction of error; conditions necessary for adjustment.
1.1311(b)-1 Maintenance of an inconsistent position.
1.1311(b)-2 Correction not barred at time of erroneous action.
1.1311(b)-3 Existence of relationship in case of adjustment by way of deficiency assessment.
1.1312 Statutory provisions; circumstances of adjustment.
1.1312-1 Double inclusion of an item of gross income.
1.1312-2 Double allowance of a deduction or credit.
1.1312-3 Double exclusion of an item of gross income.
1.1312-4 Double disallowance of a deduction or credit.
1.1312-5 Correlative deductions and inclusions for trusts or estates and legatees, beneficiaries, or heirs.
1.1312-6 Basis of property after erroneous treatment of a prior transaction.
1.1312-7 Law applicable in determination of error.
1.1313(a) Statutory provisions; definition of determination.
1.1313(a)-1 Decision by Tax Court or other court as a determination.
1.1313(a)-2 Closing agreement as a determination.
1.1313(a)-3 Final disposition of claim for refund as a determination.
1.1313(a)-4 Agreement pursuant to section 1313(a) (4) as a determination.
1.1313(b)-(c) Statutory provisions; definitions of taxpayer and related taxpayer.
1.1313(c)-1 Related taxpayer.
1.1314(a) Statutory provisions; amount and method of adjustment; ascertainment of amount of adjustment.
1.1314(a)-1 Ascertainment of amount of adjustment in year of error.
1.1314(a)-2 Adjustment to other barred taxable years.
1.1314(b) Statutory provisions; amount and method of adjustment; method of adjustment.
1.1314(b)-1 Method of adjustment.
1.1314(c) Statutory provisions; amount and method of adjustment; adjustment unaffected by other items.
1.1314(c)-1 Adjustment unaffected by other items.
1.1314(d)-(e) Statutory provisions; amount and method of adjustment; no adjustments for years prior to 1932; not applicable to tax imposed by subtitle C.
1.1315 Statutory provisions; effective date.

### INVOLUNTARY LIQUIDATION AND REPLACEMENT OF LIFO INVENTORIES

1.1321 Statutory provisions; involuntary liquidation of lifo inventories.
1.1321-1 Involuntary liquidation of lifo inventories.
1.1321-2 Liquidation and replacement of lifo inventories by acquiring corporations.

### WAR LOSS RECOVERIES

1.1331 Statutory provisions; war loss recoveries.
1.1331-1 Recoveries in respect of war losses.
1.1332 Statutory provisions; inclusion in gross income of war loss recoveries.
1.1332-1 Inclusion in gross income of war loss recoveries.
1.1333 Statutory provisions; tax adjustment measured by prior benefits.
1.1333-1 Tax adjustment measured by prior benefits.
1.1334 Statutory provisions; restoration of value of investments referable to destroyed or seized property.
1.1334-1 Restoration of value of investments.
1.1335 Statutory provisions; election by taxpayer for application of section 1333.

Sec.
1.1335-1  Elective method; time and manner of making election and effect thereof.
1.1336   Statutory provisions; basis of recovered property.
1.1336-1  Basis of recovered property.
1.1337   Statutory provisions; applicable rules.
1.1337-1  Determination of tax benefits from allowable deductions.

CLAIM OF RIGHT

1.1341   Statutory provisions; computation of tax where taxpayer restores substantial amount held under claim of right.
1.1341-1  Restoration of amounts received or accrued under claim of right.
1.1342   Statutory provisions; computation of tax where taxpayer recovers substantial amount held by another under claim of right.
1.1342-1  Computation of tax where taxpayer recovers substantial amount held by another under claim of right; effective date.

OTHER LIMITATIONS

1.1346   Statutory provisions; recovery of unconstitutional Federal taxes.
1.1346-1  Recovery of unconstitutional taxes.
1.1347   Statutory provisions; claims against United States involving acquisition of property.
1.1347-1  Tax on certain amounts received from the United States.

ELECTION OF CERTAIN PARTNERSHIPS AND PROPRIETORSHIPS AS TO TAXABLE STATUS

1.1361   [Reserved]

ELECTION OF CERTAIN SMALL BUSINESS CORPORATIONS AS TO TAXABLE STATUS

1.1371   Statutory provisions; definitions.
1.1371-1  Definition of small business corporation.
1.1371-2  Definition of electing small business corporation.
1.1372   Statutory provisions; election by small business corporation.
1.1372-1  Election by small business corporation.
1.1372-2  Manner and time for making election and filing shareholders' consent.
1.1372-3  Shareholders' consent.
1.1372-4  Termination of election.
1.1372-5  Election after termination.
1.1373   Statutory provisions; corporation undistributed taxable income taxed to shareholders.
1.1373-1  Corporation undistributed taxable income taxed to shareholders.
1.1374   Statutory provisions; corporation net operating loss allowed to shareholders.
1.1374-1  Net operating losses involving electing small business corporations.
1.1374-2  Application with other provisions.
1.1374-3  Pre-1958 taxable years.
1.1374-4  Examples.
1.1375   Statutory provisions; special rules applicable to distributions of electing small business corporations.
1.1375-1  Special rules applicable to capital gains.
1.1375-2  Dividends received exclusion and credit not allowed.
1.1375-3  Treatment of family groups.
1.1375-4  Distributions of previously taxed income.
1.1376   Statutory provisions; adjustment to basis of stock of, and indebtedness owing, shareholders.
1.1376-1  Adjustment to basis of stock of, and indebtedness to, shareholders; increase in basis of stock.
1.1376-2  Reduction in basis of stock and indebtedness.
1.1377   Statutory provisions; special rules applicable to earnings and profits of electing small business corporations.
1.1377-1  Reduction of earnings and profits for undistributed taxable income.
1.1377-2  Current earnings and profits not reduced by any amount not allowable as a deduction.
1.1377-3  Earnings and profits not affected by net operating loss.

Tax on Self-Employment Income

Sec.
1.1401   Statutory provisions; rate of tax on self-employment income.
1.1401-1  Tax on self-employment income.
1.1402(a)  Statutory provisions; definitions; net earnings from self-employment.
1.1402(a)-1  Net earnings from self-employment.
1.1402(b)  Statutory provisions; definitions; self-employment income.
1.1402(b)-1  Self-employment income.
1.1402(c)  Statutory provisions; definitions; trade or business.
1.1402(c)-1  Trade or business.
1.1402(d)  Statutory provisions; definitions; employee and wages.
1.1402(d)-1  Employee and wages.
1.1402(e)  Statutory provisions; definitions; ministers, members of religious orders, and Christian Science practitioners.
1.1402(e)-1  Election by ministers, members of religious orders, and Christian Science practitioners for self-employment coverage.
1.1403   Statutory provisions; miscellaneous provisions.
1.1403-1  Cross references.

Withholding of Tax on Nonresident Aliens and Foreign Corporations and Tax-Free Covenant Bonds

NONRESIDENT ALIENS AND FOREIGN CORPORATIONS

1.1441   Statutory provisions; withholding of tax on nonresident aliens.
1.1441-1  Requirement for withholding of tax on nonresident aliens and foreign corporations.
1.1441-2  Income subject to withholding.
1.1441-3  Exceptions and rules of special application.
1.1441-4  Exemptions from withholding.
1.1441-5  Claiming United States citizenship or residence.
1.1442   Statutory provisions; withholding of tax on foreign corporations.
1.1442-1  Withholding of tax on foreign corporations.
1.1443   Statutory provisions; foreign tax-exempt organizations.
1.1443-1  Rents paid to foreign tax-exempt organizations.

TAX-FREE COVENANT BONDS

1.1451   Statutory provisions; tax-free covenant bonds.
1.1451-1  Tax-free covenant bonds issued before January 1, 1934.
1.1451-2  Exemptions from withholding under section 1451.

APPLICATION OF WITHHOLDING PROVISIONS

1.1461   Statutory provisions; return and payment of withheld tax.
1.1461-1  Ownership certificates for bond interest.
1.1461-2  Return and payment of tax withheld on and after January 1, 1957.
1.1461-3  Return and payment of tax withheld before January 1, 1957.
1.1462   Statutory provisions; withheld tax as credit to recipient of income.
1.1462-1  Withheld tax as credit to recipient of income.
1.1463   Statutory provisions; tax paid by recipient of income.
1.1463-1  Tax paid by recipient of income.
1.1464   Statutory provisions; refunds and credits with respect to withheld tax.
1.1464-1  Refunds and credits.
1.1465   Statutory provisions; definition of withholding agent.
1.1465-1  General provisions relating to withholding agents.

Rules Applicable to Recovery of Excessive Profits on Government Contracts

RECOVERY OF EXCESSIVE PROFITS ON GOVERNMENT CONTRACTS

1.1471   Statutory provisions; recovery of excessive profits on government contracts.
1.1471-1  Recovery of excessive profits on government contracts.

MITIGATION OF EFFECT OF RENEGOTIATION OF GOVERNMENT CONTRACTS

1.1481   Statutory provisions; mitigation of effect of renegotiation of government contracts.
1.1481-1  [Reserved]

Sec.
1.1491 Statutory provisions; imposition of tax.
1.1491-1 Imposition of tax.
1.1492 Statutory provisions; nontaxable transfers.
1.1492-1 Nontaxable transfers.
1.1493 Statutory provisions; definition of foreign trust.
1.1493-1 Definition of foreign trust.
1.1494 Statutory provisions; payment and collection of tax.
1.1494-1 Returns; payment and collection of tax.
1.1494-2 Effective date.

Consolidated Returns

RETURNS AND PAYMENT OF TAX

1.1501 Statutory provisions; privilege to file consolidated returns.
1.1501-1 Privilege to file consolidated returns.
1.1502 Statutory provisions; regulations.
1.1502-0 Introductory.
1.1502-1 Privilege of making consolidated returns.
1.1502-2 Definitions.
1.1502-3 Applicability of other provisions of law.
1.1502-4 to 1.1502-9 [Reserved]
1.1502-10 Exercise of privilege.
1.1502-11 Consolidated returns for subsequent years.
1.1502-12 Making consolidated return and filing other forms.
1.1502-13 Change in affiliated group during taxable year.
1.1502-14 Accounting period of an affiliated group.
1.1502-15 Liability for tax.
1.1502-16 Common parent corporation agent for subsidiaries.
1.1502-17 Waivers.
1.1502-18 Failure to comply with regulations.
1.1502-19 Tentative carryback adjustments.
1.1502-20 to 1.1502-29 [Reserved]
1.1502-30 Computation of tax.
1.1502-31 Basis of tax computation.
1.1502-32 Method of computation of income for period of less than 12 months.
1.1502-33 Gain or loss from sale of stock, or bonds or other obligations.
1.1502-34 Sale of stock; basis for determining gain or loss.
1.1502-35 Sale of bonds or other obligations; basis for determining gain or loss.
1.1502-36 Limitation on allowable losses on sale of stock, or bonds, or other obligations.
1.1502-37 Liquidations; recognition of gain or loss.
1.1502-38 Basis of property.
1.1502-39 Inventories.
1.1502-40 Bad debts.
1.1502-41 Sale and retirement by corporation of its bonds.
1.1502-42 Capital loss limitations and carryover.
1.1502-43 Credit for foreign taxes.
1.1502-44 Methods of accounting.
1.1502-45 Mine exploration expenditures.
1.1502-46 Depreciation.
1.1502-47 Election to deduct accrued taxes.
1.1502-48 Liability for tax under section 531.
1.1502-49 Additions to tax for failure to pay estimated tax.
1.1502-50 Gain on sale of bonds and other evidences of indebtedness.
1.1503 Statutory provisions; computation and payment of tax.
1.1503-1 Computation and payment of tax.
1.1504 Statutory provisions; definitions.
1.1504-1 Definitions.
1.1505 Statutory provisions; cross references.

RELATED RULES

1.1551 Statutory provisions; disallowance of surtax exemption and accumulated earnings credit.

Tax on Transfers To Avoid Income Tax

Sec.
1.1551-1 Disallowance of surtax exemption and accumulated earnings credit.
1.1552 Statutory provisions; earnings and profits.
1.1552-1 Earnings and profits.

Procedure and Administration

INFORMATION AND RETURNS

RETURNS AND RECORDS

RECORDS, STATEMENTS, AND SPECIAL RETURNS

1.6001 Statutory provisions; notice or regulations requiring records, statements, and special returns.
1.6001-1 Records.

TAX RETURNS OR STATEMENTS

1.6011 Statutory provisions; general requirement of return, statement, or list.
1.6011-1 General requirement of return, statement, or list.
1.6012 Statutory provisions; persons required to make returns of income.
1.6012-1 Individuals required to make returns of income.
1.6012-2 Corporations required to make returns of income.
1.6012-3 Returns by fiduciaries.
1.6012-4 Miscellaneous returns.
1.6013 Statutory provisions; joint returns of income tax by husband and wife.
1.6013-1 Joint return.
1.6013-2 Joint return after filing separate return.
1.6013-3 Treatment of joint return after death of either spouse.
1.6013-4 Applicable rules.
1.6014 Statutory provisions; income tax return—tax not computed by taxpayer.
1.6014-1 Tax not computed by taxpayer with gross income less than $5,000.
1.6015(a) Statutory provisions; declaration of estimated income tax by individuals; requirement of declaration.
1.6015(a)-1 Declaration of estimated income tax by individuals.
1.6015(b) Statutory provisions; declaration of estimated income tax by individuals; joint declaration by husband and wife.
1.6015(b)-1 Joint declaration by husband and wife.
1.6015(c) Statutory provisions; declaration of estimated income tax by individuals; estimated tax.
1.6015(c)-1 Definition of estimated tax.
1.6015(d) Statutory provisions; declaration of estimated income tax by individuals; contents of declaration.
1.6015(d)-1 Contents of declaration.
1.6015(e) Statutory provisions; declaration of estimated income tax by individuals; amendment of declaration.
1.6015(e)-1 Amendment of declaration.
1.6015(f) Statutory provisions; declaration of estimated income tax by individuals; return as declaration or amendment.
1.6015(f)-1 Return as declaration or amendment.
1.6015(g) Statutory provisions; declaration of estimated income tax by individuals; short taxable years.
1.6015(g)-1 Short taxable years of individuals.
1.6015(h) Statutory provisions; declaration of estimated income tax by individuals; estates and trusts.
1.6015(h)-1 Estates and trusts.
1.6015(i) Statutory provisions; declaration of estimated income tax by individuals; applicability.
1.6015(i)-1 Applicability.
1.6016 Statutory provisions; declarations of estimated income tax by corporations.
1.6016-1 Declarations of estimated income tax by corporations.
1.6016-2 Contents of declaration of estimated tax.
1.6016-3 Amendment of declaration.
1.6016-4 Short taxable year.
1.6017 Statutory provisions; self-employment tax returns.
1.6017-1 Self-employment tax returns.

INFORMATION RETURNS

Sec.
1.6031   Statutory provisions; return of partnership income.
1.6031-1   Return of partnership income.
1.6032   Statutory provisions; returns of banks with respect to common trust funds.
1.6032-1   Returns of banks with respect to common trust funds.
1.6033   Statutory provisions; returns by exempt organizations.
1.6033-1   Returns by exempt organizations.
1.6034   Statutory provisions; returns by trusts claiming charitable deductions under section 642(c).
1.6034-1   Information returns required of certain trusts claiming charitable or other deductions under section 642(c).
1.6035   Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.
1.6035-1   Returns of officers and directors of foreign personal holding companies for taxable years beginning after December 31, 1958.
1.6035-2   Returns of shareholders of foreign personal holding companies for taxable years beginning after December 31, 1958.
1.6035-3   Returns of officers, directors, and shareholders of foreign personal holding companies for periods within or for taxable years beginning before January 1, 1959.
1.6036   Statutory provisions; notice of qualification as executor or receiver.
1.6036-1   Notice of qualification as executor or receiver.
1.6037   Statutory provisions; return of electing small business corporation.
1.6037-1   Return of electing small business corporation.
1.6041   Statutory provisions; information at source.
1.6041-1   Return of information as to payments of $600 or more.
1.6041-2   Return of information as to payments to employees.
1.6041-3   Payments for which no return of information on Forms 1099 and 1096 is required.
1.6041-4   Returns of information as to foreign items.
1.6041-5   Information as to actual owner.
1.6041-6   Time and place for filing Forms 1099 and 1096 and information to be shown on Form 1099.
1.6042   Statutory provisions; returns regarding corporate dividends, earnings, and profits.
1.6042-1   Return of information as to payments of dividends.
1.6043   Statutory provisions; returns regarding corporate dissolution or liquidation.
1.6043-1   Return regarding corporate dissolution or liquidation.
1.6043-2   Return of information respecting distributions in liquidation.
1.6044   Statutory provisions; returns regarding patronage dividends.
1.6044-1   Returns of information as to patronage dividends, rebates, or refunds.
1.6045   Statutory provisions; returns of brokers.
1.6046   Statutory provisions; returns as to formation or reorganization of foreign corporations.
1.6046-1   Returns as to formation or reorganization of foreign corporations.

SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS

1.6061   Statutory provisions; signing of returns and other documents.
1.6061-1   Signing of returns and other documents by individuals.
1.6062   Statutory provisions; signing of corporation returns.
1.6062-1   Signing of returns, statements, and other documents made by corporations.
1.6063   Statutory provisions; signing of partnership returns.
1.6063-1   Signing of returns, statements, and other documents made by partnerships.
1.6065   Statutory provisions; verification of returns.
1.6065-1   Verification of returns.

TIME FOR FILING RETURNS AND OTHER DOCUMENTS

1.6071   Statutory provisions; time for filing returns and other documents.
1.6071-1   Time for filing returns and other documents.
1.6072   Statutory provisions; time for filing income tax returns.
1.6072-1   Time for filing returns of individuals, estates, and trusts.
1.6072-2   Time for filing returns of corporations.
1.6072-3   Income tax due dates postponed in case of China Trade Act corporations.
1.6072-4   Time for filing other returns of income.
1.6073   Statutory provisions; time for filing declarations of estimated income tax by individuals.
1.6073-1   Time and place for filing declarations of estimated income tax by individuals.
1.6073-2   Fiscal years.
1.6073-3   Short taxable years.
1.6073-4   Extension of time for filing declarations by individuals.
1.6074   Statutory provisions; time for filing declarations of estimated income tax by corporations.
1.6074-1   Time and place for filing declarations of estimated income tax by corporations.
1.6074-2   Time for filing declarations by corporations in case of a short taxable year.
1.6074-3   Extension of time for filing declarations by corporations.

EXTENSION OF TIME FOR FILING RETURNS

1.6081   Statutory provisions; extension of time for filing returns.
1.6081-1   Extension of time for filing returns.
1.6081-2   Extensions of time in the case of foreign organizations, certain domestic corporations, certain partnerships, and citizens of United States residing or traveling abroad.
1.6081-3   Automatic extension of time for filing corporation income tax returns.

PLACE FOR FILING RETURNS OR OTHER DOCUMENTS

1.6091   Statutory provisions; place for filing returns or other documents.
1.6091-1   Place for filing returns or other documents.
1.6091-2   Place for filing income tax returns.
1.6091-3   Income tax returns required to be filed with Director of International Operations.
1.6091-4   Exceptional cases.

MISCELLANEOUS PROVISIONS

1.6102   Statutory provisions; computations on returns or other documents.
1.6102-1   Computations on returns or other documents.

TIME AND PLACE FOR PAYING TAX

PLACE AND DUE DATE FOR PAYMENT OF TAX

1.6151   Statutory provisions; time and place for paying tax shown on returns.
1.6151-1   Time and place for paying tax shown on returns.
1.6152   Statutory provisions; installment payments.
1.6152-1   Installment payments.
1.6153   Statutory provisions; installment payments of estimated income tax by individuals.
1.6153-1   Payment of estimated tax by individuals.
1.6153-2   Fiscal years.
1.6153-3   Short taxable years.
1.6153-4   Extension of time for paying the estimated tax.
1.6154   Statutory provisions; installment payments of estimated income tax by corporations.
1.6154-1   Payment of estimated tax by corporations.
1.6154-2   Short taxable years.
1.6154-3   Extension of time for paying estimated tax.

EXTENSIONS OF TIME FOR PAYMENT

1.6161   Statutory provisions; extension of time for paying tax.
1.6161-1   Extension of time for paying tax or deficiency.
1.6162   Statutory provisions; extension of time for payment of tax on gain attributable to liquidation of personal holding companies.

Sec.
1.6162-1  Extension of time for payment of tax on gain attributable to liquidation of personal holding companies.
1.6164    Statutory provisions; extension of time for payment of taxes by corporations expecting carrybacks.
1.6164-1  Extensions of time for payment of taxes by corporations expecting carrybacks.
1.6164-2  Amount of tax the time for payment of which may be extended.
1.6164-3  Computation of the amount of reduction of the tax previously determined.
1.6164-4  Payment of remainder of tax where extension relates to only part of the tax.
1.6164-5  Period of extension.
1.6164-6  Revised statements.
1.6164-7  Termination by district director.
1.6164-8  Payments on termination.
1.6164-9  Cross references.
1.6165    Statutory provisions; bonds where time to pay tax or deficiency has been extended.
1.6165-1  Bonds where time to pay the tax or deficiency has been extended.

ABATEMENTS, CREDITS, AND REFUNDS

1.6411    Statutory provisions; tentative carryback adjustments.
1.6411-1  Tentative carryback adjustments.
1.6411-2  Computation of tentative carryback adjustment.
1.6411-3  Allowance of adjustments.
1.6411-4  Consolidated returns.

ADDITIONS TO THE TAX, ADDITIONAL AMOUNTS, AND ASSESSABLE PENALTIES

1.6654    Statutory provisions; failure by individual to pay estimated income tax.
1.6654-1  Addition to the tax in the case of an individual.
1.6654-2  Exceptions to imposition of the addition to the tax in the case of individuals.
1.6654-3  Short taxable years of individuals.
1.6654-4  Applicability.
1.6655    Statutory provisions; failure by corporation to pay estimated income tax.
1.6655-1  Addition to the tax in the case of a corporation.

Sec.
1.6655-2  Exceptions to imposition of the addition to the tax in the case of corporations.
1.6655-3  Short taxable years in the case of corporations.

JEOPARDY, BANKRUPTCY, AND RECEIVERSHIPS

1.6851    Statutory provisions; termination of taxable year.
1.6851-1  Termination of taxable period by district director.
1.6851-2  Certificates of compliance with income tax laws by departing aliens.
1.6851-3  Furnishing of bond to insure payment.

PUBLIC LAW 74, 84TH CONGRESS

1.9000-1  Statutory provisions.
1.9000-2  Effect of repeal in general.
1.9000-3  Requirement of statement showing increase in tax liability.
1.9000-4  Form and content of statement.
1.9000-5  Effect of filing statement.
1.9000-6  Provisions for the waiver of interest.
1.9000-7  Provisions for estimated tax.
1.9000-8  Extension of time for making certain payments.

RETIREMENT-STRAIGHT LINE ADJUSTMENTS ACT OF 1958

1.9001    Statutory provisions; Retirement-Straight Line Adjustment Act of 1958.
1.9001-1  Change from retirement to straight-line method of computing depreciation.
1.9001-2  Basis adjustments for taxable years beginning on or after 1956 adjustment date.
1.9001-3  Basis adjustments for taxable years between changeover date and 1956 adjustment date.
1.9001-4  Adjustments required in computing excess-profits credit.

MISCELLANEOUS PROVISIONS

1.9100-1  Extension of time for making certain elections.

AUTHORITY: §§ 1.01 to 1.9100-1 issued under sec. 7805, 68A Stat. 917; 26 U.S.C. 7805. Statutory provisions interpreted or applied are cited to text.