The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

## ORDER

**It is ORDERED that** the judicial sale judgment is hereby vacated and this instant Case dismissed with prejudice.

Dated:

_____
Judge