# ATTACHMENT

# G

RECEIVED MAY 0 6 2008 CLERK, U.S. DISTRICT COURT FAIRBANKS, AK

# Title 26—INTERNAL REVENUE

Chapter I—Internal Revenue Service, Department of the Treasury

SUBCHAPTER F—PROCEDURE AND ADMINISTRATION

## PART 301—PROCEDURE AND ADMINISTRATION

### Republication

In order to facilitate its distribution and use, Part 301 of Chapter I of Title 26, Code of Federal Regulations is hereby republished. This republication is a compilation reflecting amendments to such part subsequent to January 1, 1961 and includes the latest amendment to the part dated June 17, 1967 (32 F.R. 8711). The compilation as set forth below contains no substantive changes.

[SEAL]   SHELDON S. COHEN,
*Commissioner of Internal Revenue.*

### Information and Returns

RETURNS AND RECORDS

RECORDS, STATEMENTS, AND SPECIAL RETURNS

Sec.
301.6001 Statutory provisions; notice or regulations requiring records, statements, and special returns.
301.6001-1 Notice or regulations requiring records, statements, and special returns.

TAX RETURNS OR STATEMENTS

*General Requirement*

301.6011 Statutory provisions; general requirement of return, statement, or list.
301.6011-1 General requirement of return, statement, or list.

*Income Tax Returns*

301.6012 Statutory provisions; persons required to make returns of income.
301.6012-1 Persons required to make returns of income.
301.6013 Statutory provisions; joint returns of income tax by husband and wife.
301.6013-1 Joint returns of income tax by husband and wife.
301.6014 Statutory provisions; income tax return—tax not computed by taxpayer.
301.6014-1 Income tax return—tax not computed by taxpayer.
301.6015 Statutory provisions; declaration of estimated income tax by individuals.
301.6015-1 Declaration of estimated income tax by individuals.
301.6016 Statutory provisions; declarations of estimated income tax by corporations.
301.6016-1 Declaration of estimated income tax by corporations.
301.6017 Statutory provisions; self-employment tax returns.
301.6017-1 Self-employment tax returns.

*Estate and Gift Tax Returns*

301.6018 Statutory provisions; estate tax returns.
301.6018-1 Estate tax returns.
301.6019 Statutory provisions; gift tax returns.
301.6019-1 Gift tax returns.

*Miscellaneous Provisions*

301.6020 Statutory provisions; returns prepared for or executed by Secretary.
301.6020-1 Returns prepared or executed by district directors or other internal revenue officers.
301.6021 Statutory provisions; listing by Secretary of taxable objects owned by

Sec.
    nonresidents of internal revenue districts.
301.6021-1 Listing by district directors of taxable objects owned by nonresidents of internal revenue districts.

INFORMATION RETURNS

*Information Concerning Persons Subject to Special Provisions*

301.6031 Statutory provisions; return of partnership income.
301.6031-1 Return of partnership income.
301.6032 Statutory provisions; returns of banks with respect to common trust funds.
301.6032-1 Returns of banks with respect to common trust funds.
301.6033 Statutory provisions; returns by exempt organizations.
301.6033-1 Returns by exempt organizations.
301.6034 Statutory provisions; returns by trusts claiming charitable deductions under section 642(c).
301.6034-1 Returns by trusts claiming charitable or other deductions under section 642(c).
301.6035 Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.
301.6035-1 Returns of officers, directors and shareholders of foreign personal holding companies.
301.6036 Statutory provisions; notice of qualification as executor or receiver.
301.6036-1 Notice required of executor or of receiver or other like fiduciary.
301.6037 Statutory provisions; return of electing small business corporation.
301.6037-1 Return of electing small business corporation.
301.6038 Statutory provisions; information with respect to certain foreign corporations.
301.6038-1 Information returns required of U.S. persons with respect to certain foreign corporations.
301.6039 Statutory provisions; cross references.

*Information Concerning Transactions With Other Persons*

301.6041 Statutory provisions; information at source.
301.6041-1 Returns of information regarding certain payments.
301.6042 Statutory provisions; returns regarding payments of dividends and corporate earnings and profits.
301.6042-1 Returns of information regarding payments of dividends and corporate earnings and profits.
301.6043 Statutory provisions; return regarding corporate dissolution or liquidation.
301.6043-1 Returns of information regarding corporate dissolutions or liquidations.
301.6044 Statutory provisions; returns regarding payments of patronage dividends.
301.6044-1 Returns of information regarding payments of patronage dividends.
301.6045 Statutory provisions; returns of brokers.
301.6046 Statutory provisions; returns as to organization or reorganization of foreign corporations and as to acquisitions of their stock.
301.6046-1 Returns as to organization or reorganization of foreign corporations and as to acquisitions of their stock.
301.6047 Statutory provisions; information relating to certain trusts and annuity and bond purchase plans.
301.6047-1 Information relating to certain

Sec.
    trusts and annuity and bond purchase plans.
301.6048 Statutory provisions; returns as to creation of or transfers to certain foreign trusts.
301.6048-1 Returns as to creation of or transfers to certain foreign trusts.
301.6049 Statutory provisions; returns regarding payments of interest.
301.6049-1 Returns regarding payments of interest.

*Information Regarding Wages Paid Employees*

301.6051 Statutory provisions; receipts for employees.
301.6051-1 Receipts for employees.

SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS

301.6061 Statutory provisions; signing of returns and other documents.
301.6061-1 Signing of returns and other documents.
301.6062 Statutory provisions; signing of corporation returns.
301.6062-1 Signing of corporation returns.
301.6063 Statutory provisions; signing of partnership returns.
301.6063-1 Signing of partnership returns.
301.6064 Statutory provisions; signature presumed authentic.
301.6064-1 Signature presumed authentic.
301.6065 Statutory provisions; verification of returns.
301.6065-1 Verification of returns.

TIME FOR FILING RETURNS AND OTHER DOCUMENTS

301.6071 Statutory provisions; time for filing returns and other documents.
301.6071-1 Time for filing returns and other documents.
301.6072 Statutory provisions; time for filing income tax returns.
301.6072-1 Time for filing income tax returns.
301.6073 Statutory provisions; time for filing declarations of estimated income tax by individuals.
301.6073-1 Time for filing declarations of estimated income tax by individuals.
301.6074 Statutory provisions; time for filing declarations of estimated income tax by corporations.
301.6074-1 Time for filing declarations of estimated income tax by corporations.
301.6075 Statutory provisions; time for filing estate and gift tax returns.
301.6075-1 Time for filing estate and gift tax returns.

EXTENSION OF TIME FOR FILING RETURNS

301.6081 Statutory provisions; extension of time for filing returns.
301.6081-1 Extension of time for filing returns.

PLACE FOR FILING RETURNS OR OTHER DOCUMENTS

301.6091 Statutory provisions; place for filing returns or other documents.
301.6091-1 Place for filing returns or other documents.

MISCELLANEOUS PROVISIONS

301.6101 Statutory provisions; period covered by returns or other documents.
301.6101-1 Period covered by returns or other documents.
301.6102 Statutory provisions; computations on returns or other documents.
301.6102-1 Computation on returns or other documents.
301.6103(a) Statutory provisions; publicity of returns and lists of taxpayers; public record and inspection.

Attachment G - page 1 of 2

§ 301.6063 Statutory provisions; signing of partnership returns.

SEC. 6063. *Signing of partnership returns.* The return of a partnership made under section 6031 shall be signed by any one of the partners. The fact that a partner's name is signed on the return shall be prima facie evidence that such partner is authorized to sign the return on behalf of the partnership.

§ 301.6063-1 Signing of partnership returns.

For provisions relating to the signing of returns of partnership income, see § 1.6063-1 of this chapter (Income Tax Regulations).

§ 301.6064 Statutory provisions; signature presumed authentic.

SEC. 6064. *Signature presumed authentic.* The fact that an individual's name is signed to a return, statement, or other document shall be prima facie evidence for all purposes that the return, statement, or other document was actually signed by him.

§ 301.6064-1 Signature presumed authentic.

An individual's name signed to a return, statement, or other document shall be prima facie evidence for all purposes that the return, statement, or other document was actually signed by him.

§ 301.6065 Statutory provisions; verification of returns.

SEC. 6065. *Verification of returns*—(a) *Penalties of perjury.* Except as otherwise provided by the Secretary or his delegate, any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.
(b) *Oath.* The Secretary or his delegate may by regulations require that any return, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall be verified by an oath. This subsection shall not apply to returns and declarations with respect to income taxes made by individuals.

§ 301.6065-1 Verification of returns.

For provisions concerning the verification of returns and other documents, see the regulations relating to the particular tax.

TIME FOR FILING RETURNS AND OTHER DOCUMENTS

§ 301.6071 Statutory provisions; time for filing returns and other documents.

SEC. 6071. *Time for filing returns and other documents*—(a) *General rule.* When not otherwise provided for by this title, the Secretary or his delegate shall by regulations prescribe the time for filing any return, statement, or other document required by this title or by regulations.
(b) *Special taxes.* For payment of special taxes before engaging in certain trades and businesses, see section 4901 and section 5142.

[Sec. 6071 as amended by sec. 204(1) Excise Tax Technical Changes Act 1958 (72 Stat. 1428)]

§ 301.6071-1 Time for filing returns and other documents.

For provisions concerning the time for filing returns and other documents, see the regulations relating to the particular tax.

§ 301.6072 Statutory provisions; time for filing income tax returns.

SEC. 6072. *Time for filing income tax returns*—(a) *General rule.* In the case of returns under section 6012, 6013, 6017, or 6031 (relating to income tax under subtitle A), returns made on the basis of the calendar year shall be filed on or before the 15th day of April following the close of the calendar year and returns made on the basis of a fiscal year shall be filed on or before the 15th day of the fourth month following the close of the fiscal year, except as otherwise provided in the following subsections of this section.
(b) *Returns of corporations.* Returns of corporations under section 6012 made on the basis of the calendar year shall be filed on or before the 15th day of March following the close of the calendar year, and such returns made on the basis of a fiscal year shall be filed on or before the 15th day of the third month following the close of the fiscal year.
(c) *Returns by certain nonresident alien individuals and foreign corporations.* Returns made by nonresident alien individuals (other than those whose wages are subject to withholding under chapter 24) and foreign corporations (other than those having an office or place of business in the United States) under section 6012 on the basis of a calendar year shall be filed on or before the 15th day of June following the close of the calendar year and such returns made on the basis of a fiscal year shall be filed on or before the 15th day of the 6th month following the close of the fiscal year.
(d) *Returns of cooperative associations.* In the case of an income tax return of—
(1) An exempt cooperative association described in section 1381(a)(1), or
(2) An organization described in section 1381(a)(2) which is under an obligation to pay patronage dividends (as defined in section 1388(a)) in an amount equal to at least 50 percent of its net earnings from business done with or for its patrons, or which paid patronage dividends in such an amount out of the net earnings from business done with or for patrons during the most recent taxable year for which it had such net earnings, a return made on the basis of a calendar year shall be filed on or before the 15th day of September following the close of the calendar year, and a return made on the basis of a fiscal year shall be filed on or before the 15th day of the 9th month following the close of the fiscal year.
(e) *Income tax due dates postponed in case of China Trade Act corporations.* In the case of any taxable year beginning after December 31, 1945, and ending before October 1, 1959, no Federal income tax return of any corporation organized under the China Trade Act, 1922 (42 Stat. 849, U.S.C., title 15, chapter 4), as amended, shall become due until December 31, 1959, but only with respect to any such corporation and any such taxable year which the Secretary or his delegate may determine reasonable under the circumstances in China pursuant to such regulations as may be prescribed. Such due date shall be subject to the power of the Secretary or his delegate to extend the time for filing such return, as in other cases.

[Sec. 6072 as amended by sec. 17(b)(3), Revenue Act 1962 (76 Stat. 1051)]

§ 301.6072-1 Time for filing income tax returns.

For provisions relating to time for filing income tax returns, see §§ 1.6072-1 to 1.6072-4, inclusive, of this chapter (Income Tax Regulations).

§ 301.6073 Statutory provisions; time for filing declarations of estimated income tax by individuals.

SEC. 6073. *Time for filing declarations of estimated income tax by individuals*—(a) *Individuals other than farmers or fishermen.* Declarations of estimated tax required by section 6015 from individuals regarded as neither farmers nor fishermen for the purpose of that section shall be filed on or before April 15 of the taxable year, except that if the requirements of section 6015 are first met—
(1) After April 1 and before June 2 of the taxable year, the declaration shall be filed on or before June 15 of the taxable year, or
(2) After June 1 and before September 2 of the taxable year, the declaration shall be filed on or before September 15 of the taxable year, or
(3) After September 1 of the taxable year, the declaration shall be filed on or before January 15 of the succeeding taxable year.
(b) *Farmers or fishermen.* Declarations of estimated tax required by section 6015 from individuals whose estimated gross income from farming or fishing (including oyster farming) for the taxable year is at least two-thirds of the total estimated gross income from all sources for the taxable year may, in lieu of the time prescribed in subsection (a), be filed at any time on or before January 15 of the succeeding taxable year.
(c) *Amendment.* An amendment of a declaration may be filed in any interval between installment dates prescribed for that taxable year, but only one amendment may be filed in each such interval.
(d) *Short taxable years.* The application of this section to taxable years of less than 12 months shall be in accordance with regulations prescribed by the Secretary or his delegate.
(e) *Fiscal years.* In the application of this section to the case of a taxable year beginning on any date other than January 1, there shall be substituted, for the months specified in this section, the months which correspond thereto.

[Sec. 6073 as amended by sec. 1(a)(2), (b), (c), Act of Sept. 25, 1962 (Pub. Law 87-682, 76 Stat. 575)]

§ 301.6073-1 Time for filing declarations of estimated income tax by individuals.

For provisions relating to time for filing declarations of estimated income tax by individuals, see §§ 1.6073-1 to 1.6073-4, inclusive, of this chapter (Income Tax Regulations).

§ 301.6074 Statutory provisions; time for filing declarations of estimated income tax by corporations.

SEC. 6074. *Time for filing declarations of estimated income tax by corporations*—(a) *General rule.* The declaration of estimated tax required of corporations by section 6016 shall be filed on or before the 15th day of the 9th month of the taxable year, except that if the requirements of section 6016 are first met after the last day of the 8th month and before the 1st day of the 12th month of the taxable year, the declaration shall be filed on or before the 15th day of the 12th month of the taxable year.
(b) *Amendment.* If a declaration is filed before the 15th day of the 12th month of the taxable year, an amendment of such declaration may be filed on or before such day.
(c) *Short taxable year.* The application of this section to taxable years of less than 12 months shall be in accordance with regulations prescribed by the Secretary or his delegate.