# ATTACHMENT

I

RECEIVED

MAY 0 6 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# Title 26—INTERNAL REVENUE, 1954

## Chapter I—Internal Revenue Service, Department of the Treasury

[T.D. 6500]

## PART 1—INCOME TAX; TAXABLE YEARS BEGINNING AFTER DECEMBER 31, 1953

### Republication of Regulations

All Income Tax Regulations published under Title 26, Part 1, of the Code of Federal Regulations, pursuant to the Internal Revenue Code of 1954 prior to September 1, 1960, are hereby republished for the purpose of making certain editorial changes, including corrections of form, style, and internal references.

Sec.
1.0–1   Internal Revenue Code of 1954 and regulations.

### Normal Taxes and Surtaxes

#### DETERMINATION OF TAX LIABILITY

##### TAX ON INDIVIDUALS

1.1   Statutory provisions; tax imposed.
1.1–1   Income tax on individuals.
1.1–2   Rates of tax on heads of households.
1.1–3   Limitation on tax.
1.1–4   Determination of normal tax and surtax.
1.1–5   Change in rates applicable to taxable year.
1.2   Statutory provisions; tax in case of joint return or return of surviving spouse.
1.2–1   Tax in case of joint return of husband and wife or the return of a surviving spouse.
1.2–2   Definition of surviving spouse.
1.3   Statutory provisions; optional tax if adjusted gross income is less than $5,000.
1.3–1   Application of optional tax.
1.4   Statutory provisions; rules for optional tax.
1.4–1   Number of exemptions.
1.4–2   Elections.
1.4–3   Husband and wife filing separate returns.
1.4–4   Short taxable year caused by death.
1.5   Statutory provisions; cross references relating to tax on individuals.

##### TAX ON CORPORATIONS

1.11   Statutory provisions; tax imposed.
1.11–1   Tax on corporations.
1.12   Statutory provisions; cross references relating to tax on corporations.

##### CHANGES IN RATES DURING A TAXABLE YEAR

1.21   Statutory provision; effect of changes.
1.21–1   Changes in rate during a taxable year.

##### CREDITS AGAINST TAX

1.31   Statutory provisions; tax withheld on wages.
1.31–1   Credit for tax withheld on wages.
1.31–2   Credit for "special refunds" of employee social security tax.
1.32   Statutory provisions; tax withheld at source on nonresident aliens and foreign corporations and on tax-free covenant bonds.
1.33   Statutory provisions; taxes of foreign countries and possessions of the United States.
1.34   Statutory provisions; dividends received by individuals.
1.34–1   Credit against tax and exclusion from gross income in case of dividends received by individuals.
1.34–2   Limitations on amount of credit.
1.34–3   Dividends to which the credit and exclusion apply.
1.34–4   Taxpayers not entitled to credit and exclusion.

Sec.
1.34–5   Effective date; taxable years ending after July 31, 1954, subject to the Internal Revenue Code of 1939.
1.35   Statutory provisions; partially tax-exempt interest received by individuals.
1.35–1   Partially tax-exempt interest received by individuals.
1.35–2   Taxpayers not entitled to credit.
1.36   Statutory provisions; credits not allowed to individuals paying optional tax or taking standard deduction.
1.37   Statutory provisions; retirement income.
1.37–1   Allowance of credit for retirement income.
1.37–2   Eligibility for retirement income credit.
1.37–3   Retirement income.
1.37–4   Limitation on amount of retirement income.
1.37–5   Illustration of application of section 37.
1.38   Statutory provisions; overpayments of tax.

#### COMPUTATION OF TAXABLE INCOME

##### DEFINITION OF GROSS INCOME, ADJUSTED GROSS INCOME, AND TAXABLE INCOME

1.61   Statutory provisions; gross income defined.
1.61–1   Gross income.
1.61–2   Compensation for services, including fees, commissions, and similar items.
1.61–3   Gross income derived from business.
1.61–4   Gross income of farmers.
1.61–5   Allocations by cooperative associations; tax treatment as to patrons.
1.61–6   Gains derived from dealings in property.
1.61–7   Interest.
1.61–8   Rents and royalties.
1.61–9   Dividends.
1.61–10   Alimony and separate maintenance payments; annuities; income from life insurance and endowment contracts.
1.61–11   Pensions.
1.61–12   Income from discharge of indebtedness.
1.61–13   Distributive share of partnership gross income; income in respect of a decedent; income from an interest in an estate or trust.
1.61–14   Miscellaneous items of gross income.
1.62   Statutory provisions; adjusted gross income defined.
1.62–1   Adjusted gross income.
1.63   Statutory provisions; taxable income defined.

##### ITEMS SPECIFICALLY INCLUDED IN GROSS INCOME

1.71   Statutory provisions; alimony and separate maintenance payments.
1.71–1   Alimony and separate maintenance payments; income to wife or former wife.
1.71–2   Effective date; taxable years ending after March 31, 1954, subject to the Internal Revenue Code of 1939.
1.72   Statutory provisions; annuities; certain proceeds of endowment and life insurance contracts.
1.72–1   Introduction.
1.72–2   Applicability of section.
1.72–3   Excludable amounts not income.
1.72–4   Exclusion ratio.
1.72–5   Expected return.
1.72–6   Investment in the contract.
1.72–7   Adjustment in investment where a contract contains a refund feature.
1.72–8   Effect of certain employer contributions with respect to premiums or consideration paid or contributed by an employee.
1.72–9   Tables.
1.72–10   Effect of transfer of contracts on investment in the contract.
1.72–11   Amounts not received as annuity payments.
1.72–12   Effect of taking an annuity in lieu of a lump sum upon the maturity of a contract.
1.72–13   Special rule for employee contributions recoverable in three years.
1.72–14   Exceptions from application of principles of section 72.
1.72–15   Applicability of section 72 to accident or health plans.
1.73   Statutory provisions; services of child.

## INFORMATION RETURNS

Sec.
1.6031  Statutory provisions; return of partnership income.
1.6031–1  Return of partnership income.
1.6032  Statutory provisions; returns of banks with respect to common trust funds.
1.6032–1  Returns of banks with respect to common trust funds.
1.6033  Statutory provisions; returns by exempt organizations.
1.6033–1  Returns by exempt organizations.
1.6034  Statutory provisions; returns by trusts claiming charitable deductions under section 642(c).
1.6034–1  Information returns required of certain trusts claiming charitable or other deductions under section 642(c).
1.6035  Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.
1.6035–1  Returns of officers and directors of foreign personal holding companies for taxable years beginning after December 31, 1958.
1.6035–2  Returns of shareholders of foreign personal holding companies for taxable years beginning after December 31, 1958.
1.6035–3  Returns of officers, directors, and shareholders of foreign personal holding companies for periods within or for taxable years beginning before January 1, 1959.
1.6036  Statutory provisions; notice of qualification as executor or receiver.
1.6036–1  Notice of qualification as executor or receiver.
1.6037  Statutory provisions; return of electing small business corporation.
1.6037–1  Return of electing small business corporation.
1.6041  Statutory provisions; information at source.
1.6041–1  Return of information as to payments of $600 or more.
1.6041–2  Return of information as to payments to employees.
1.6041–3  Payments for which no return of information on Forms 1099 and 1096 is required.
1.6041–4  Returns of information as to foreign items.
1.6041–5  Information as to actual owner.
1.6041–6  Time and place for filing Forms 1099 and 1096 and information to be shown on Form 1099.
1.6042  Statutory provisions; returns regarding corporate dividends, earnings, and profits.
1.6042–1  Return of information as to payments of dividends.
1.6043  Statutory provisions; return regarding corporate dissolution or liquidation.
1.6043–1  Return regarding corporate dissolution or liquidation.
1.6043–2  Return of information respecting distributions in liquidation.
1.6044  Statutory provisions; returns regarding patronage dividends.
1.6044–1  Returns of information as to patronage dividends, rebates, or refunds.
1.6045  Statutory provisions; returns of brokers.
1.6046  Statutory provisions; returns as to formation or reorganization of foreign corporations.
1.6046–1  Returns as to formation or reorganization of foreign corporations.

## SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS

1.6061  Statutory provisions; signing of returns and other documents.
1.6061–1  Signing of returns and other documents by individuals.
1.6062  Statutory provisions; signing of corporation returns.
1.6062–1  Signing of returns, statements, and other documents made by corporations.
1.6063  Statutory provisions; signing of partnership returns.
1.6063–1  Signing of returns, statements, and other documents made by partnerships.
1.6065  Statutory provisions; verification of returns.
1.6065–1  Verification of returns.

## TIME FOR FILING RETURNS AND OTHER DOCUMENTS

1.6071  Statutory provisions; time for filing returns and other documents.
1.6071–1  Time for filing returns and other documents.
1.6072  Statutory provisions; time for filing income tax returns.
1.6072–1  Time for filing returns of individuals, estates, and trusts.

Sec.
1.6072–2  Time for filing returns of corporations.
1.6072–3  Income tax due dates postponed in case of China Trade Act corporations.
1.6072–4  Time for filing other returns of income.
1.6073  Statutory provisions; time for filing declarations of estimated income tax by individuals.
1.6073–1  Time and place for filing declarations of estimated income tax by individuals.
1.6073–2  Fiscal years.
1.6073–3  Short taxable years.
1.6073–4  Extension of time for filing declarations by individuals.
1.6074  Statutory provisions; time for filing declarations of estimated income tax by corporations.
1.6074–1  Time and place for filing declarations of estimated income tax by corporations.
1.6074–2  Time for filing declarations by corporations in case of a short taxable year.
1.6074–3  Extension of time for filing declarations by corporations.

## EXTENSION OF TIME FOR FILING RETURNS

1.6081  Statutory provisions; extension of time for filing returns.
1.6081–1  Extension of time for filing returns.
1.6081–2  Extensions of time in the case of foreign organizations, certain domestic corporations, certain partnerships, and citizens of United States residing or traveling abroad.
1.6081–3  Automatic extension of time for filing corporation income tax returns.

## PLACE FOR FILING RETURNS OR OTHER DOCUMENTS

1.6091  Statutory provisions; place for filing returns or other documents.
1.6091–1  Place for filing returns or other documents.
1.6091–2  Place for filing income tax returns.
1.6091–3  Income tax returns required to be filed with Director of International Operations.
1.6091–4  Exceptional cases.

## MISCELLANEOUS PROVISIONS

1.6102  Statutory provisions; computations on returns or other documents.
1.6102–1  Computations on returns or other documents.

## TIME AND PLACE FOR PAYING TAX

### PLACE AND DUE DATE FOR PAYMENT OF TAX

1.6151  Statutory provisions; time and place for paying tax shown on returns.
1.6151–1  Time and place for paying tax shown on returns.
1.6152  Statutory provisions; installment payments.
1.6152–1  Installment payments.
1.6153  Statutory provisions; installment payments of estimated income tax by individuals.
1.6153–1  Payment of estimated tax by individuals.
1.6153–2  Fiscal years.
1.6153–3  Short taxable years.
1.6153–4  Extension of time for paying the estimated tax.
1.6154  Statutory provisions; installment payments of estimated income tax by corporations.
1.6154–1  Payment of estimated tax by corporations.
1.6154–2  Short taxable years.
1.6154–3  Extension of time for paying estimated tax.

### EXTENSIONS OF TIME FOR PAYMENT

1.6161  Statutory provisions; extension of time for paying tax.
1.6161–1  Extension of time for paying tax or deficiency.
1.6162  Statutory provisions; extension of time for payment of tax on gain attributable to liquidation of personal holding companies.

has no office or place of business in the United States, shall be signed by such agent. See paragraph (g) (4) of § 1.6012–2.

(b) *Statements and other documents.* Statements and other documents required to be made by or for corporations under the provisions of subtitle A or F of the Code, or the regulations thereunder, with respect to any tax imposed by subtitle A, shall be signed in accordance with the regulations contained in this chapter, or the forms and instructions, issued with respect to such statements or other documents.

(c) *Evidence of authority to sign.* An individual's signature on a return, statement, or other document made by or for a corporation shall be prima facie evidence that such individual is authorized to sign such return, statement, or other document.

(d) *Related provisions.* For the rules relating to the verification of returns, see § 1.6065–1.

### § 1.6063 Statutory provisions; signing of partnership returns.

SEC. 6063. *Signing of partnership returns.* The return of a partnership made under section 6031 shall be signed by any one of the partners. The fact that a partner's name is signed on the return shall be prima facie evidence that such partner is authorized to sign the return on behalf of the partnership.

### § 1.6063–1 Signing of returns, statements, and other documents made by partnerships.

(a) *In general.* Returns, statements, and other documents required to be made by partnerships under the provisions of subtitle A or F of the Code, or the regulations thereunder, with respect to any tax imposed by subtitle A of the Code shall be signed by any one of the partners. However, with respect to the signing of powers of attorney, see paragraph (a) (2) of § 601.504 of this chapter (Statement of Procedural Rules).

(b) *Evidence of authority to sign.* A partner's signature on a return, statement, or other document made by or for a partnership of which he is a member shall be prima facie evidence that such partner is authorized to sign such return, statement, or other document.

### § 1.6065 Statutory provisions; verification of returns.

SEC. 6065. *Verification of returns.*—(a) *Penalties of perjury.* Except as otherwise

provided by the Secretary or his delegate, any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.

(b) *Oath.* The Secretary or his delegate may by regulations require that any return, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall be verified by an oath. This subsection shall not apply to returns and declarations with respect to income taxes made by individuals.

### § 1.6065–1 Verification of returns.

(a) *Persons signing returns.* If a return, declaration, statement, or other document made under the provisions of subtitle A or F of the Code, or the regulation thereunder, with respect to any tax imposed by subtitle A of the Code is required by the regulations contained in this chapter, or the form and instructions, issued with respect to such return, declaration, statement, or other document, to contain or be verified by a written declaration that it is made under the penalties of perjury, such return, declaration, statement, or other document shall be so verified by the person signing it.

(b) *Persons preparing returns*—(1) *In general.* Except as provided in subparagraph (2) of this paragraph, if a return, declaration, statement, or other document is prepared for a taxpayer by another person for compensation or as an incident to the performance of other services for which such person receives compensation, and the return, declaration, statement, or other document requires that it shall contain or be verified by a written declaration that it is prepared under the penalties of perjury, the preparer must so verify the return, declaration, statement, or other document. A person who renders mere mechanical assistance in the preparation of a return, declaration, statement, or other document as, for example, a stenographer or typist, is not considered as preparing the return, declaration, statement, or other document.

(2) *Exception.* The verification required by subparagraph (1) of this paragraph is not required on returns, declarations, statements, or other documents which are prepared—

(i) For an employee either by his employer or by an employee designated for

such purpose by the employer, or

(ii) For an employer as a usual incident of the employment of one regularly or continuously employed by such employer.

### TIME FOR FILING RETURNS AND OTHER DOCUMENTS

### § 1.6071 Statutory provisions; time for filing returns and other documents.

SEC. 6071. *Time for filing returns and other documents*—(a) *General rule.* When not otherwise provided for by this title, the Secretary or his delegate shall by regulations prescribe the time for filing any return, declaration, statement, or other document required by this title or by regulations.

*       *       *       *       *

### § 1.6071–1 Time for filing returns and other documents.

(a) *In general.* Whenever a return, statement, or other document is required to be made under the provisions of subtitle A or F of the Code, or the regulations thereunder, with respect to any tax imposed by subtitle A of the Code, and the time for filing such return, statement, or other document is not provided for by the Code, it shall be filed at the time prescribed by the regulations contained in this chapter with respect to such return, statement, or other document.

(b) *Return for a short period.* In the case of a return with respect to tax under subtitle A of the Code for a short period (as defined in section 443), the district director may, upon a showing by the taxpayer of unusual circumstances, prescribe a time for filing the return for such period later than the time when such return would otherwise be due.

(c) *Time for filing certain information returns.* (1) For provisions relating to the time for filing returns of partnership income, see paragraph (e) (2) of § 1.6031–1.

(2) For provisions relating to the time for filing information returns by banks with respect to common trust funds, see § 1.6032–1.

(3) For provisions relating to the time for filing information returns by certain organizations exempt from taxation under section 501(a), see paragraph (e) of § 1.6033–1.

(4) For provisions relating to the time for filing information returns by trusts claiming charitable deductions under

section 642(c), see paragraph (c) of § 1.6034–1.

(5) For provisions relating to the time for filing information returns by officers, directors, and shareholders of foreign personal holding companies, see §§ 1.6035–1 and 1.6035–2.

(6) For provisions relating to the time for filing information returns by persons making certain payments, see § 1.6041–6.

(7) For provisions relating to the time for filing information returns regarding corporate dividends, earnings, profits, and ownership of stock, see paragraph (d) of § 1.6042–1.

(8) For provisions relating to the time for filing information returns by corporations with respect to contemplated dissolution or liquidation, see paragraph (a) of § 1.6043–1.

(9) For provisions relating to the time for filing information returns by corporations with respect to distributions in liquidation, see paragraph (a) of § 1.6043–2.

(10) For provisions relating to the time for filing information returns with respect to payments of patronage dividends, see paragraph (b) of § 1.6044–1.

(11) For provisions relating to the time for filing information returns with respect to formation or reorganization of foreign corporations, see § 1.6046–1.

### § 1.6072 Statutory provisions; time for filing income tax returns.

SEC. 6072. *Time for filing income tax returns*—(a) *General rule.* In the case of returns under section 6012, 6013, 6017, or 6031 (relating to income tax under subtitle A), returns made on the basis of the calendar year shall be filed on or before the 15th day of April following the close of the calendar year and returns made on the basis of a fiscal year shall be filed on or before the 15th day of the fourth month following the close of the fiscal year, except as otherwise provided in the following subsections of this section.

(b) *Returns of corporations.* Returns of corporations under section 6012 made on the basis of the calendar year shall be filed on or before the 15th day of March following the close of the calendar year, and such returns made on the basis of a fiscal year shall be filed on or before the 15th day of the third month following the close of the fiscal year.

(c) *Returns by certain nonresident alien individuals and foreign corporations.* Returns made by nonresident alien individuals (other than those whose wages are subject to withholding under chapter 24) and