# ATTACHMENT

K

RECEIVED

MAY 0 6 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Case 3:05-cv-00123-RRB    Document 199-12    Filed 05/07/2008    Page 2 of 26

Page 1

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Treas. Reg. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service,
    Department of the Treasury
      Subchapter A. Income Tax
        Part 1. Income Taxes

AUTHORITY: 26 U.S.C. 7805, unless otherwise noted.

AUTHORITY:Section 1.1(h)-1 also issued under 26 U.S.C. 1(h).

AUTHORITY:Sections 1.23-1--1.23-6 also issued under 26 U.S.C. 23;

AUTHORITY:Section 1.25-1T also issued under 26 U.S.C. 25.

AUTHORITY:Section **1.25-2T** also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3 also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-3T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-4T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-5T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-6T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-7T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25-8T also issued under 26 U.S.C. 25.

AUTHORITY:Section 1.25A-1 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-2 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-3 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-4 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.25A-5 also issued under section 26 U.S.C. 25A(i).

AUTHORITY:Section 1.28-0 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.28-1 also issued under 26 U.S.C. 28(d)(5);

AUTHORITY:Section 1.30-1 also issued under 26 U.S.C. 30(d)(2).

AUTHORITY:Section 1.41-6 also issued under 26 U.S.C. 1502.

AUTHORITY:Sections 1.42-1T and 1.42-2T also issued under 26 U.S.C. 42(m);

AUTHORITY:Section 1.42-2 also issued under 26 U.S.C. 42(m);

AUTHORITY:Section 1.42-3 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-4 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-5 also issued under 26 U.S.C. 42(n);

AUTHORITY:Sections 1.42-6, 1.42-8, 1.42-9, 1.42-10, 1.42-11, and 1.42-12, also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-13 also issued under 26 U.S.C. 42(n);

AUTHORITY:Section 1.42-14 also issued under 26 U.S.C. 42(n);

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

also issued under 26 U.S.C. 132;

AUTHORITY:Sections 1.148-0 through 1.148-11 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.148-6 also issued under 26 U.S.C. 148 (f), (g), and (i);

AUTHORITY:Section 1.149(b)-1 also issued under 26 U.S.C. 149(b)(3)(B) (v);

AUTHORITY:Section 1.149(d)-1 also issued under 26 U.S.C. 149(d)(7);

AUTHORITY:Section 1.149(e)-1 also issued under 26 U.S.C. 149(e);

AUTHORITY:Section 1.149(g)-1 also issued under 26 U.S.C. 149(g)(5);

AUTHORITY:Section 1.150-4 also issued under 26 U.S.C. 150 (c)(5);

AUTHORITY:Section 1.162(k)-1 is also issued under section 26 U.S.C. 162(k).

AUTHORITY:Section 1.163-8T also issued under 26 U.S.C. 469(k)(4);

AUTHORITY:Section 1.163-9T also issued under 26 U.S.C. 163(h)(3)(D);

AUTHORITY:Section 1.163-11T is also issued under 26 U.S.C. 163(h);

AUTHORITY:Section 1.165-12 also issued under 26 U.S.C. 165(j)(3);

AUTHORITY:Section 1.166-10 also issued under 26 U.S.C. 166(f);

AUTHORITY:Section 1.168(d)-1 also issued under 26 U.S.C. 168(d)(3);

AUTHORITY:Section 1.168(f)(8)-1T also added under sec. 112(c), Black Lung Benefits Revenue Act of 1981 (Pub. L. 97-119);

AUTHORITY:Section 1.168(h)-1 also issued under

26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-1 also issued under 26 U.S.C. 168(i)(4).

AUTHORITY:Section 1.168(i)-2 also issued under 26 U.S.C. 168.

AUTHORITY:Section 1.168(i)-4 also issued under 26 U.S.C. 168(i)(5).

AUTHORITY:Section 1.168(j)-1T also added under 26 U.S.C. 168(j)(10).

AUTHORITY:Section 1.170A-1 also issued under 26 U.S.C. 170(a).

AUTHORITY:Section 1.170A-6 also issued under 26 U.S.C. 170(f)(4); 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.170A-12 also issued under 26 U.S.C. 170(f)(4).

AUTHORITY:Section 1.170A-13 also issued under 26 U.S.C. 170(f)(8).

AUTHORITY:Section 1.171-2 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-3 also issued under 26 U.S.C. 171(e).

AUTHORITY:Section 1.171-4 also issued under 26 U.S.C. 171(c).

AUTHORITY:Section 1.179-1 also issued under 26 U.S.C. 179(d)(6) and (10).

AUTHORITY:Section 1.179-4 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179-6 also issued under 26 U.S.C. 179(c).

AUTHORITY:Section 1.179A-1 also issued under 26 U.S.C. 179A(e)(4).

AUTHORITY:Section 1.197-2 also issued under 26 U.S.C. 197.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.    **Attachment 10 – page 30 of 26**

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.199-1 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-2 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-3T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-4 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-5T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-6 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-7T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-8T also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.199-9 also issued under 26 U.S.C. 199(d).

AUTHORITY:Section 1.216-2 also issued under 26 U.S.C. 216(d).

AUTHORITY:Section 1.221-2 also issued under 26 U.S.C. 221(d).

AUTHORITY:Section 1.263A-1 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-2 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-3 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-4T also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-6 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.263A-7T also issued under 26 U.S.C. 263A.

AUTHORITY:Sections 1.263A-8 through 1.263A-15 also issued under 26 U.S.C. 263A(i).

AUTHORITY:Section 1.267(a)-3 also issued under 26 U.S.C. 267(a)(3).

AUTHORITY:Section 1.267(f)-1 also issued under 26 U.S.C. 267 and 1502.

AUTHORITY:Section 1.269-3(d) also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.274-5 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274-5T also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1 also issued under 26 U.S.C. 274(d).

AUTHORITY:Section 1.274(d)-1T also issued under 26 U.S.C. 274(d).

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.280C-4 also issued under 26 U.S.C. 280C(c) and 103 Stat. 2413.

AUTHORITY:Section 1.280F-1T also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-6 also issued under 26 U.S.C. 280F.

AUTHORITY:Section 1.280F-7 also issued under 26 U.S.C. 280F(c).

AUTHORITY:Section 1.280G-1 also issued under 26 U.S.C. 280G(b) and (e).

AUTHORITY:Section 1.301-1 also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.301-1T also issued under 26 U.S.C. 357(d)(3).

AUTHORITY:Section 1.304-5 also issued under 26 U.S.C. 304.

AUTHORITY:Section 1.305-3 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-5 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.305-7 also issued under 26 U.S.C. 305.

AUTHORITY:Section 1.337(d)-1 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.337(d)-4 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-5 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-6 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.337(d)-7 also issued under 26 U.S.C. 337.

AUTHORITY:Section 1.338-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-2 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-3 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-4 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-5 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-6 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-7 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-8 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-9 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-10 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338-11 also issued under 26 U.S.C. 338.

AUTHORITY:Section 1.338(h)(10)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.338(h)(10)-1T also issued under 26 U.S.C. 337(d), 338 and 1502.

AUTHORITY:Section 1.338(i)-1 also issued under 26 U.S.C. 337(d), 338, and 1502.

AUTHORITY:Section 1.351-1 also issued under 26 U.S.C. 351.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.351-2 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.354-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.355-6 also issued under 26 U.S.C. 355(d)(9).

AUTHORITY:Section 1.355-7 also issued under 26 U.S.C. 355(e)(5).

AUTHORITY:Section 1.356-6 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.356-7 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.358-2 also issued under 26 U.S.C. 358.

AUTHORITY:Section 1.358-5T also issued under 26 U.S.C. 358(h)(2).

AUTHORITY:Section 1.358-7 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.367(a)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-3T(e) also issued under 367(a) and (b).

AUTHORITY:Section 1.367(a)-8 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(a)-8T also issued under 367(a) and (b).

AUTHORITY:Section 1.367(b)-1 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-2 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Sections 1.367(b)-2(c)(1) and (2) also issued under 26U.S.C. 367(b)(1) and (2).

AUTHORITY:Section 1.367(b)-2(d)(3) also issued under 26 U.S.C. 367(b)(1) and (2).

AUTHORITY:Section 1.367(b)-3 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-3T also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-4 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(b)-4(d) also issued under 26 U.S.C. 367(b)(1) and (2).

AUTHORITY:Section 1.367(b)-7 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-8 also issued under 26 U.S.C. 367(b).

AUTHORITY:Section 1.367(b)-9 also issued under 26 U.S.C. 367(a) and (b), 26 U.S.C. 902, and 26 U.S.C. 904.

AUTHORITY:Section 1.367(b)-12 also issued under 26 U.S.C. 367(a) and (b).

AUTHORITY:Section 1.367(e)-1 also issued under 26 U.S.C. 367(e)(1).

AUTHORITY:Section 1.367(e)-2 also issued under 26 U.S.C. 367(e)(2).

AUTHORITY:Section 1.382-2 also issued under 26 U.S.C. 382(k)(1), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-2T also issued under 26 U.S.C. 382(g)(4)(C), (i), (k)(1) and (6), (l)(3), (m), and 26 U.S.C. 383.

AUTHORITY:Section 1.382-3 also issued under 26 U.S.C. 382(m).

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.382-4 also issued under 26 U.S.C. 382(l)(3) and 382(m).

AUTHORITY:Section 1.382-5 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-5T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-6 also issued under 26 U.S.C. 382(b)(3)(A), 26 U.S.C.(d)(1), 26 U.S.C. 382(m), and 26 U.S.C.383(d).

AUTHORITY:Section 1.382-7T also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-8 also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.382-9 also issued under 26 U.S.C. 382(l)(3) and (m).

AUTHORITY:Section 1.382-10 also issued under 26 U.S.C 382(m).

AUTHORITY:Section 1.382-10T is also issued under 26 U.S.C. 382(m).

AUTHORITY:Section 1.383-1 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.383-2 also issued under 26 U.S.C. 383.

AUTHORITY:Section 1.401-12 also issued under 26 U.S.C. 401(d)(1).

AUTHORITY:Section 1.401(a)-1 also issued under 26 U.S.C. 401.

AUTHORITY:Section 1.401(a)-21 also issued under 26 U.S.C. 401 and section 104 of the Electronic Signatures in Global and National Commerce Act, Public Law 106-229 (114 Stat. 464).

AUTHORITY:Section 1.401(a)(2)-1 also issued under Multiemployer Pension Plan Amendments Act, Public Law 96-364, 410, (94 Stat. 1208, 1308)(1980).

AUTHORITY:Section 1.401(a)(5)-1 also issued under 26 U.S.C. 401(a)(5).

AUTHORITY:Section 1.401(a)(9)-1 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-2 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-3 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-4 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-5 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-6 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-7 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-8 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(9)-9 is also issued under 26 U.S.C. 401(a)(9).

AUTHORITY:Section 1.401(a)(17)-1 also issued under 26 U.S.C. 401(a)(17).

AUTHORITY:Sections 1.401(a)(26)-1 through (a)(26)-9 also issued under 26 U.S.C. 401(a)(26).

AUTHORITY:Section 1.401(b)-1 also issued under 26 U.S.C. 401(b).

AUTHORITY:Section 1.401(k)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-4 also issued under

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(k)-6 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Sections 1.401(l)-0 through 1.401(l)-6 also issued under 26 U.S.C. 401(l).

AUTHORITY:Section 1.401(m)-1 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-2 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-3 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-4 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.401(m)-5 also issued under 26 U.S.C. 401(m)(9).

AUTHORITY:Section 1.402A-1 is also issued under 26 U.S.C. 402A.

AUTHORITY:Section 1.403(b)-6 also issued under 26 U.S.C. 403(b)(10).

AUTHORITY:Section 1.404(k)-3 is also issued under sections 26 U.S.C. 162(k) and 404(k)(5)(A).

AUTHORITY:Section 1.408-2 also issued under 26 U.S.C. 408(a) and 26 U.S.C. 408(q).

AUTHORITY:Section 1.408-4 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408-8 is also issued under 26 U.S.C. 408(a)(6) and (b)(3).

AUTHORITY:Section 1.408-11 also issued under 26 U.S.C. 408.

AUTHORITY:Section 1.408A-1 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-2 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-3 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-4 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-5 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-6 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-7 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-8 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408A-9 also issued under 26 U.S.C. 408A.

AUTHORITY:Section 1.408(q)-1 also issued under 26 U.S.C. 408(q).

AUTHORITY:Section 1.409(p)-1 is also issued under 26 U.S.C. 409(p)(7).

AUTHORITY:Section 1.410(b)-2 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-3 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-4 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-5 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-6 also issued under 26 U.S.C. 410(b)(6) and section 664 of the Economic Growth and Tax Relief Reconciliation Act of 2001 (Public Law 107-16, 115 Stat. 38).

AUTHORITY:Section 1.410(b)-7 also issued under

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-8 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-9 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.410(b)-10 also issued under 26 U.S.C. 410(b)(6).

AUTHORITY:Section 1.411(a)-7 also issued under 26 U.S.C. 411(a)(7)(B)(i).

AUTHORITY:Section 1.411(d)-3 also issued under 26 U.S.C. 411(d)(6) and section 645(b) of the Economic Growth and Tax Relief Reconciliation Act of 2001, Public Law 107-16 (115 Stat. 38).

AUTHORITY:Section 1.411(d)-4 also issued under 26 U.S.C. 411(d)(6).

AUTHORITY:Section 1.411(d)-6 is issued under Reorganization Plan No. 4 of 1978, 29 U.S.C. 1001nt.

AUTHORITY:Sections 1.414(c)-1 through 1.414(c)-5 also issued under 26 U.S.C. 414(c).

AUTHORITY:Section 1.414(c)-5 also issued under 26 U.S.C. 414(b), (c), and (o).

AUTHORITY:Section 1.414(q)-1T is also issued under 26 U.S.C. 414(q).

AUTHORITY:Sections 1.414(r)-0 through 1.414(r)-7 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(r)-8 also issued under 26 U.S.C. 410(b) and 414(r).

AUTHORITY:Section 1.414(r)-9 also issued under 26 U.S.C. 401(a)(26) and 414(r).

AUTHORITY:Section 1.414(r)-10 also issued under 26 U.S.C. 129 and 414(r).

AUTHORITY:Section 1.414(r)-1 also issued under 26 U.S.C. 414(r).

AUTHORITY:Section 1.414(s)-1 also issued under 26 U.S.C. 414(s).

AUTHORITY:Section 1.417(e)-1 also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.417(e)-1T also issued under 26 U.S.C. 417(e)(3)(A)(ii)(II).

AUTHORITY:Section 1.419A(f)(6)-1 is also issued under 26 U.S.C. 419A(i).

AUTHORITY:Section 1.420-1 also issued under 26 U.S.C. 420(c)(3)(E).

AUTHORITY:Section 1.441-2T also issued under 26 U.S.C. 441(f).

AUTHORITY:Section 1.441-3T also issued under 26 U.S.C. 441.

AUTHORITY:Sections 1.442-2T and 1.442-3T also issued under 26 U.S.C. 422, 706, and 1378.

AUTHORITY:Sections 1.444-0T through 1.444-3T and

AUTHORITY:Section 1.444-4 is also issued under 26 U.S.C. 444(g).

AUTHORITY:Section 1.446-1 also issued under 26 U.S.C. 446 and 461(h).

AUTHORITY:Section 1.446-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.446-6 also issued under 26 U.S.C. 446 and 26 U.S.C. 860G.

AUTHORITY:Section 1.451-5 also issued under 96 Stat. 324, 493.

AUTHORITY:Section 1.453-11 also issued under 26 U.S.C. 453(j)(1) and (k).

AUTHORITY:Section 1.453A-3 also issued under 26 U.S.C. 453A.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.458-1 also issued under 26 U.S.C. 458.

AUTHORITY:Section 1.460-1 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-2 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-3 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-4 also issued under 26 U.S.C. 460(h) and 1502.

AUTHORITY:Section 1.460-5 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.460-6 also issued under 26 U.S.C. 460(h).

AUTHORITY:Section 1.461-1 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-2 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-4(d) also issued under 26 U.S.C. 460 and 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-5 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.461-6 also issued under 26 U.S.C. 461(h).

AUTHORITY:Section 1.465-8 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-20 also issued under 26 U.S.C. 465.

AUTHORITY:Section 1.465-27 also issued under 26 U.S.C. 465(b)(6)(B)(iii).

AUTHORITY:Sections 1.466-1 through 1.466-4 also issued under 26 U.S.C. 466.

AUTHORITY:Section 1.467-1 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-2 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-3 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-4 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-5 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-6 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-7 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-8 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.467-9 is also issued under 26 U.S.C. 467.

AUTHORITY:Section 1.468A-5 also issued under 26 U.S.C. 468A(e)(5).

AUTHORITY:Section 1.468A-5T also issued under 26 U.S.C. 468A(e)(5).

AUTHORITY:Section 1.468B-1 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-2 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-3 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-4 also issued under 26 U.S.C. 461(h) and 468B(g).

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.468B-5 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-7 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.468B-9 also issued under 26 U.S.C. 461(h) and 468B(g).

AUTHORITY:Section 1.469-1 also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-1T also issued under 26 U.S.C. 469.

AUTHORITY:Section 1.469-2 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-2T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-3T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-4 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-5T also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-7 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.469-9 also issued under 26 U.S.C. 469(c)(6), (h)(2), and (l)(1).

AUTHORITY:Section 1.469-11 also issued under 26 U.S.C. 469(l).

AUTHORITY:Section 1.471 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.471-4 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-5 also issued under 26 U.S.C. 263A.

AUTHORITY:Section 1.471-6 also issued under 26 U.S.C. 471.

AUTHORITY:Section 1.472-8 also issued under 26 U.S.C. 472.

AUTHORITY:Section 1.475(a)-3 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(a)-4 also issued under 26 U.S.C. 475(g).

AUTHORITY:Section 1.475(b)-1 also issued under 26 U.S.C. 475(b)(4) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-2 also issued under 26 U.S.C. 475(b)(2) and 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(b)-4 also issued under 26 U.S.C. 475(b)(2), 26 U.S.C. 475(e), and 26 U.S.C. 6001.

AUTHORITY:Section 1.475(c)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(c)-2 also issued under 26 U.S.C. 475(e) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.475(d)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.475(e)-1 also issued under 26 U.S.C. 475(e).

AUTHORITY:Section 1.481-1 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-2 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-3 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-4 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.481-5 also issued under 26 U.S.C. 481.

AUTHORITY:Section 1.482-1 also issued under 26 U.S.C. 482 and 936.

AUTHORITY:Section 1.482-2 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-3 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-4 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-5 also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-7 is also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-2A also issued under 26 U.S.C. 482.

AUTHORITY:Section 1.482-9 also issued under 26 U.S.C. 482.

AUTHORITY:Sections 1.483-1 through 1.483-3 also issued under 26 U.S.C. 483(f).

AUTHORITY:Section 1.483-4 also issued under 26 U.S.C. 483(f).

AUTHORITY:Sections 1.504-1 and 1.504-2 also issued under 26 U.S.C. 504(b).

AUTHORITY:Section 1.514(c)-2 also issued under 26 U.S.C. 514(c)(9)(E)(iii).

AUTHORITY:Section 1.527-9 also issued under 26 U.S.C. 527(h)(2)(B)(i).

AUTHORITY:Sections 1.585-5 through 1.585-8 also issued under 26 U.S.C. 585(b)(3).

AUTHORITY:Sections 1.597-1 through 1.597-7 also issued under 26 U.S.C. 597 and 1502.

AUTHORITY:Section 1.597-8 also issued under 26 U.S.C. 597.

AUTHORITY:Section 1.642(c)-6 also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.643(a)-8 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.643(h)-1 also issued under 26 U.S.C. 643(a)(7).

AUTHORITY:Section 1.642(c)-6A also issued under 26 U.S.C. 642(c)(5).

AUTHORITY:Section 1.645-1 also issued under 26 U.S.C. 645.

AUTHORITY:Sections 1.663(c)-1, 1.663(c)-2, 1.663(c)-3, 1.663(c)-4, 1.663(c)-5, and 1.663(c)-6 also issued under 26 U.S.C. 663(c).

AUTHORITY:Section 1.664-1 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-2 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-3 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4 also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.664-4A also issued under 26 U.S.C. 664(a).

AUTHORITY:Section 1.671-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-1 also issued under 26 U.S.C. 643(a)(7) and 672(f)(6).

AUTHORITY:Section 1.672(f)-2 also issued under 26 U.S.C. 643(a)(7) and 672(f)(3) and (6).

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.672(f)-3 also issued under 26 U.S.C. 643(a)(7) and 672(f)(2) and (6).

AUTHORITY:Section 1.672(f)-4 also issued under 26 U.S.C. 643(a)(7) and 672(f)(4) and (6).

AUTHORITY:Section 1.672(f)-5 also issued under 26 U.S.C. 643(a)(7)and 672(f)(6).

AUTHORITY:Section 1.679-1 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-2 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-3 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-4 also issued under 26 U.S.C. 643(a)(7), 679(a)(3) and 679(d).

AUTHORITY:Section 1.679-5 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.679-6 also issued under 26 U.S.C. 643(a)(7) and 679(d).

AUTHORITY:Section 1.684-1 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-2 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-3 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-4 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.684-5 also issued under 26 U.S.C. 643(a)(7) and 684(a).

AUTHORITY:Section 1.701-2 also issued under 26 U.S.C. 701 through 761.

AUTHORITY:Section 1.704-3 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-3T also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.704-4 also issued under 26 U.S.C. 704(c).

AUTHORITY:Section 1.705-2 also issued under 26 U.S.C. 705 and 1032.

AUTHORITY:Section 1.706-1T also issued under 26 U.S.C. 706(b).

AUTHORITY:Section 1.706-3T also issued under 26 U.S.C. 444(f).

AUTHORITY:Sections 1.707-2 through 1.707-9 also issued under 26 U.S.C. 707(a)(2).

AUTHORITY:Section 1.721-1 also issued under 26 U.S.C. 721.

AUTHORITY:Section 1.731-2 also issued under 26 U.S.C. 731(c).

AUTHORITY:Section 1.732-1 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-2 also issued under 26 U.S.C. 732.

AUTHORITY:Section 1.732-3 also issued under 26 U.S.C. 732(f).

AUTHORITY:Section 1.734-1 also issued under 26 U.S.C. 734.

AUTHORITY:Section 1.743-1 also issued under 26 U.S.C. 743.

AUTHORITY:Section 1.751-1 also issued under 26 U.S.C. 751.

AUTHORITY:Section 1.752-1(a) also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638 (2001).

AUTHORITY:Section 1.752-6 also issued under Public Law 106-554, 114 Stat. 2763, 2763A-638

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

(2001)

AUTHORITY:Section 1.752-7 also issued under
Public Law 106-554, 114 Stat. 2763, 2763A-638
(2001).

AUTHORITY:Section 1.755-1 also issued under 26
U.S.C. 755.

AUTHORITY:Section 1.755-2 also issued under 26
U.S.C. 755 and 26 U.S.C. 1060.

AUTHORITY:Section 1.761-2 also issued under 26
U.S.C. 446(b) and 26 U.S.C. 761(a).

AUTHORITY:Section 1.807-2 also issued under 26
U.S.C. 817A(e).

AUTHORITY:Section 1.809-10 also issued under 26
U.S.C. 809(b)(2) and (g)(3).

AUTHORITY:Section 1.811-3 also issued under 26
U.S.C. 817A(e).

AUTHORITY:Section 1.812-9 also issued under 26
U.S.C. 817A(e).

AUTHORITY:Section 1.817-5 also issued under 26
U.S.C. 817(h).

AUTHORITY:Section 1.817A-1 also issued under 26
U.S.C. 817A(e).

AUTHORITY:Section 1.832-4 also issued under 26
U.S.C. 832(b)(5)(A).

AUTHORITY:Sections 1.846-1 through 1.846-4 also
issued under 26 U.S.C. 846.

AUTHORITY:Section 1.846-2(d) is also issued
under 26 U.S.C. 846.

AUTHORITY:Section 1.848-2 also issued under 26
U.S.C. 845(b) and 26 U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.848-3 also issued under 26
U.S.C. 848(d)(4)(B).

AUTHORITY:Section 1.852-11 is also issued under

26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.853-1 also issued under 26
U.S.C. 901(j).

AUTHORITY:Section 1.853-2 also issued under 26
U.S.C. 901(j).

AUTHORITY:Section 1.853-3 also issued under 26
U.S.C. 901(j).

AUTHORITY:Section 1.853-4 also issued under 26
U.S.C. 901(j) and 26 U.S.C. 6011.

AUTHORITY:Section 1.860A-1 also issued under 26
U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860A-1T also issued under
26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.860D-1 also issued under 26
U.S.C. 860G(e).

AUTHORITY:Section 1.860E-1 also issued under 26
U.S.C. 860E and 860G(e).

AUTHORITY:Section 1.860E-2 also issued under 26
U.S.C. 860E(e).

AUTHORITY:Section 1.860F-2 also issued under 26
U.S.C. 860G(e).

AUTHORITY:Section 1.860F-4 issued under 26
U.S.C. 860G(e) and 26 U.S.C. 6230(k).

AUTHORITY:Section 1.860F-4T also issued under
26 U.S.C. 860G(c)(3) and (e).

AUTHORITY:Section 1.860G-1 also issued under 26
U.S.C. 860G(a)(1)(B) and (e).

AUTHORITY:Section 1.860G-3 also issued under 26
U.S.C. 860G(b) and 26 U.S.C. 860G(e).

AUTHORITY:Section 1.860G-3T also issued under
26 U.S.C. 860G(b) and 860G(e).

AUTHORITY:Section 1.861-2 also issued under 26
U.S.C. 863(a).

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.    **Attachment 10 – page 140 of 26**

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.861-3 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.861-8 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.861-9 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-9 and 1.861-9T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C 7701(f).

AUTHORITY:Section 1.861-10(e) also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-11 also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.861-14 also issued under 26 U.S.C. 863(a), 26 U.S.C.864(e), 26 U.S.C. 865(i), and 26 U.S.C. 7701(f).

AUTHORITY:Sections 1.861-8T through 1.861-14T also issued under 26 U.S.C. 863(a), 26 U.S.C. 864(e), 26 U.S.C. 865(i) and 26 U.S.C. 7701(f).

AUTHORITY:Section 1.863-1 also issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-2 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-3 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.863-4 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-6 also issued under 26 U.S.C. 863.

AUTHORITY:Section 1.863-7 is issued under 26 U.S.C. 863(a).

AUTHORITY:Section 1.863-8 also issued under 26 U.S.C. 863(a), (b) and (d).

AUTHORITY:Section 1.863-9 also issued under 26 U.S.C. 863(a), (d) and (e).

AUTHORITY:Section 1.864-5 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.864-8T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.865-1 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.865-2 also issued under 26 U.S.C. 863(a) and 865(j)(1).

AUTHORITY:Section 1.871-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-7 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.871-9 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.874-1 also issued under 26 U.S.C. 874.

AUTHORITY:Section 1.881-2 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.881-4 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.882-4 also issued under 26 U.S.C. 882(c).

AUTHORITY:Section 1.882-5 also issued under 26 U.S.C. 882, 26 U.S.C. 864(e), 26 U.S.C. 988(d), and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.883-1 is also issued under 26 U.S.C. 883.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.883-2 is also issued under
26 U.S.C. 883.

AUTHORITY:Section 1.883-3 is also issued under
26 U.S.C. 883.

AUTHORITY:Section 1.883-4 is also issued under
26 U.S.C. 883.

AUTHORITY:Section 1.883-5 is also issued under
26 U.S.C. 883.

AUTHORITY:Section 1.884-0 also issued under 26
U.S.C. 884 (g).

AUTHORITY:Section 1.884-1 is also issued under
26 U.S.C. 884.

AUTHORITY:Section 1.884-1 (d) also issued under
26 U.S.C. 884 (c) (2) (A).

AUTHORITY:Section 1.884-1 (d) (13) (i) also issued
under 26 U.S.C. 884 (c) (2).

AUTHORITY:Section 1.884-1 (e) also issued under
26 U.S.C. 884 (c) (2) (B).

AUTHORITY:Section 1.884-2 also issued under 26
U.S.C. 884(g).

AUTHORITY:Section 1.884-2T also issued under 26
U.S.C. 884 (g).

AUTHORITY:Section 1.884-4 also issued under 26
U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 also issued under 26
U.S.C. 884 (g).

AUTHORITY:Section 1.884-5 (e) and (f) also issued
under 26 U.S.C. 884 (e) (4) (C).

AUTHORITY:Section 1.892-1T also issued under 26
U.S.C. 892(c).

AUTHORITY:Section 1.892-2T also issued under 26
U.S.C. 892(c).

AUTHORITY:Section 1.892-3T also issued under 26

U.S.C. 892(c).

AUTHORITY:Section 1.892-4T also issued under 26
U.S.C. 892(c).

AUTHORITY:Section 1.892-5 also issued under 26
U.S.C. 892(c).

AUTHORITY:Section 1.892-5T also issued under 26
U.S.C. 892(c).

AUTHORITY:Section 1.892-6T also issued under 26
U.S.C. 892(c).

AUTHORITY:Section 1.892-7T also issued under 26
U.S.C. 892(c).

AUTHORITY:Section 1.894-1 also issued under 26
U.S.C. 894 and 7701(l).

AUTHORITY:Sections 1.897-5T, 1.897-6T and
1.897-7T also issued under 26 U.S.C. 897 (d), (e), (g)
and (j) and 26 U.S.C. 367(e)(2).

AUTHORITY:Sections 1.902-1 and 902-2 also
issued under 26 U.S.C. 902(c)(7).

AUTHORITY:Section 1.904-4 also issued under 26
U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(b)-1 also issued under
26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904(b)-2 also issued under
26 U.S.C. 1(h)(11)(C)(iv) and 904(b)(2)(C).

AUTHORITY:Section 1.904-5 also issued under 26
U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-6 also issued under 26
U.S.C. 904(d)(6).

AUTHORITY:Section 1.904-7 also issued under 26
U.S.C. 904(d)(6).

AUTHORITY:Section 1.904(f)-(2) also issued under
26 U.S.C. 904 (f)(3)(b).

AUTHORITY:Sections 1.904-4 through 1.904-7 also

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

issued under 26 U.S.C. 904(d)(5).

AUTHORITY:Section 1.904(g)-3T also issued under 26 U.S.C. 904(g)(4).

AUTHORITY:Section 1.904(i)-1 also issued under 26 U.S.C. 904(i).

AUTHORITY:Sections 1.905-3T and 1.905-4T also issued under 26 U.S.C. 989(c)(4).

AUTHORITY:Section 1.907(b)-1 is also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.907(b)-1T also issued under 26 U.S.C. 907(b).

AUTHORITY:Section 1.911-7 also issued under 26 U.S.C. 911(d)(9).

AUTHORITY:Sections 1.924(c)-1, 1.924(d)-1, and 1.924(e)-1 also issued under 26 U.S.C. 924(d).

AUTHORITY:Section 1.925(a)-1 also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(a)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.925(b)-1T is also issued under 26 U.S.C. 925(b)(1) and (2) and 927(d)(2)(B).

AUTHORITY:Section 1.927(d)-1 also issued under 26 U.S.C. 927(d)(1)(B).

AUTHORITY:Section 1.927(e)-1 also issued under 26 U.S.C. 927(e)(1).

AUTHORITY:Section 1.927(e)-2T also issued under 26 U.S.C. 927(e)(2).

AUTHORITY:Section 1.927(f)-1 also issued under 26 U.S.C. 927(f).

AUTHORITY:Section 1.931-1 also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.931-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.932-1 also issued under 26 U.S.C. 765 4(e).

AUTHORITY:Section 1.932-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.934-1 also issued under 26 U.S.C. 934(b)(4).

AUTHORITY:Section 1.935-1 also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.935-1T also issued under 26 U.S.C. 7654(e).

AUTHORITY:Section 1.936-4 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-5 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-6 also issued under 26 U.S.C. 863(a) and (b), and 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-7 also issued under 26 U.S.C. 936(h).

AUTHORITY:Section 1.936-11 also issued under 26 U.S.C. 936(j).

AUTHORITY:Section 1.937-1 also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-1T also issued under 26 U.S.C. 937(a).

AUTHORITY:Section 1.937-2 also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-2T also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3 also issued under 26 U.S.C. 937(b).

AUTHORITY:Section 1.937-3T also issued under 26 U.S.C. 937(b).

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.    **Attachment 10 – page 170 of 26**

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.952-11T is also issued under 26 U.S.C. 852(b)(3)(C), 852(b)(8), and 852(c).

AUTHORITY:Section 1.953-2 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.954-0 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-1 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.954-2 also issued under 26 U.S.C. 954 (b) and (c).

AUTHORITY:Section 1.956-3T also issued under 26 U.S.C. 864(d)(8).

AUTHORITY:Section 1.957-1 also issued under 26 U.S.C. 957.

AUTHORITY:Section 1.957-3 also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.957-3T also issued under 26 U.S.C. 957(c).

AUTHORITY:Section 1.960-1 also issued under 26 U.S.C. 960(a).

AUTHORITY:Sections 1.985-0 through 1.985-5 also issued under 26 U.S.C. 985.

AUTHORITY:Sections 1.987-1 through 1.987-5 also issued under 26 U.S.C. 987.

AUTHORITY:Sections 1.988-0 through 1.988-5 also issued under 26 U.S.C. 988.

AUTHORITY:Sections 1.989(a)-0T and 1.989(a)-1T also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.989(b)-1 also issued under 26 U.S.C. 989(b).

AUTHORITY:Section 1.989-1(c) also issued under 26 U.S.C. 989(c).

AUTHORITY:Section 1.1036-1 also issued under 26 U.S.C. 351(g)(4).

AUTHORITY:Section 1.1059(e)-1 also issued under 26 U.S.C. 1059 (e)(1) and (e)(2).

AUTHORITY:Section 1.1060-1 also issued under 26 U.S.C. 1060.

AUTHORITY:Sections 1.1092(b)-1T and 1.1092(b)-2T also issued under 26 U.S.C. 1092 (b)(1).

AUTHORITY:Section 1.1092(b)-4T also issued under 26 U.S.C. 1092(b)(2).

AUTHORITY:Section 1.1092(c)-1 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-2 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-3 also issued under 26 U.S.C. 1092(c)(4)(H).

AUTHORITY:Section 1.1092(c)-4 also issued under 26 U.S.C.1092(c)(4)(H).

AUTHORITY:Section 1.1092(d)-2 also issued under 26 U.S.C. 1092(d)(3)(B).

AUTHORITY:Section 1.1202-2 is also issued under 26 U.S.C. 1202(k).

AUTHORITY:Section 1.1221-2 also issued under 26 U.S.C. 1221(b)(2)(A)(iii), (b)(2)(B), and (b)(3); 1502 and 6001.

AUTHORITY:Section 1.1244(e)-1 also issued under 26 U.S.C. 1244(e).

AUTHORITY:Sections 1.1248-1(a)(1), (4), and (5) also issued under 26 U.S.C. 1248(a) and (c)(1) and (2).

AUTHORITY:Section 1.1248-8 also issued under 26 U.S.C. 1248(a) and (c)(1) and (2).

AUTHORITY:Section 1.1254-1 also issued under 26

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

U.S.C. 1254(b).

AUTHORITY:Section 1.1254-2 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-3 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-4 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-5 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1254-6 also issued under 26 U.S.C. 1254(b).

AUTHORITY:Section 1.1271-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1272-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1273-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1274A-1 also issued under 26 U.S.C. 1274A(e) and 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-1 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-2 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-3 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-4 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-5 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-6 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1275-7 also issued under 26 U.S.C. 1275(d).

AUTHORITY:Section 1.1286-1 also issued under 26 U.S.C. 1275(D) and 1286(f).

AUTHORITY:Section 1.1286-2 also issued under 26 U.S.C. 1286(f).

AUTHORITY:Section 1.1287-1 also issued under 26 U.S.C. 165 (j)(3).

AUTHORITY:Section 1.1291-1 also issued under 26 U.S.C. 1291.

AUTHORITY:Section 1.1291-9 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1291-10 also issued under 26 U.S.C. 1291(d)(2).

AUTHORITY:Section 1.1293-1 also issued under 26 U.S.C. 1293.

AUTHORITY:Section 1.1294-1T also issued under 26 U.S.C. 1294.

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.1295-1 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1295-3 also issued under 26 U.S.C. 1295.

AUTHORITY:Section 1.1296-1 also issued under 26 U.S.C. 1296(g) and 26 U.S.C. 1298(f).

AUTHORITY:Section 1.1296(e)-1 also issued under 26 U.S.C. 1296(e).

AUTHORITY:Section 1.1297-3T also issued under 26 U.S.C. 1297(b)(1).

AUTHORITY:Section 1.1301-1 also issued under 26 U.S.C. 1301(c).

AUTHORITY:Section 1.1361-1(j) (6), (10) and (11) also issued under 26 U.S.C. 1361(d)(2)(B)(iii).

AUTHORITY:Section 1.1361-1(l) also issued under 26 U.S.C. 1361(c)(5)(C).

AUTHORITY:Sections 1.1362-1, 1.1362-2, 1.1362-3, 1.1362-4, 1.1362-5, 1.1362-6, 1.1362-7, and 1.1363-1 also issued under 26 U.S.C. 1377.

AUTHORITY:Section 1.1363-2 also issued under 26 U.S.C. 337(d).

AUTHORITY:Section 1.1368-1(f) and (g) also issued under 26 U.S.C. 1377(c).

AUTHORITY:Section 1.1368-2(b) also issued under 26 U.S.C. 1368(c).

AUTHORITY:Section 1.1374-1 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-2 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-3 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-4 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-5 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-6 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-7 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-8 also issued under 26 U.S.C 337(d) and 1374(e).

AUTHORITY:Section 1.1374-8T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-9 also issued under 26 U.S.C. 1374(e) and 337(d).

AUTHORITY:Section 1.1374-10 also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1374-10T also issued under 26 U.S.C. 337(d) and 1374(e).

AUTHORITY:Section 1.1377-1 also issued under 26 U.S.C. 1377(a)(2) and (c).

AUTHORITY:Section 1.1394-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1396-1 also issued under 26 U.S.C. 1397D.

AUTHORITY:Section 1.1397E-1 also issued under 26 U.S.C. 1397E(b) and (d).

AUTHORITY:Section 1.1397E-1T also issued under 26 U.S.C. 1397E.

AUTHORITY:Section 1.1402 (e)-5T also is issued under 26 U.S.C. 1402(e)(1) and (2).

AUTHORITY:Section 1.1441-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-3 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.1441-4 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-5 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.1441-6 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1441-7 also issued under 26 U.S.C. 1441(c)(4), 26 U.S.C. 3401(a)(6) and 26 U.S.C. 7701(l).

AUTHORITY:Section 1.1443-1 also issued under 26 U.S.C. 1443(a).

AUTHORITY:Section 1.1445-5 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1445-8 also issued under 26 U.S.C. 1445(e)(6).

AUTHORITY:Section 1.1461-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1461-2 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1462-1 also issued under 26 U.S.C. 1441(c)(4) and 26 U.S.C. 3401(a)(6).

AUTHORITY:Section 1.1502-0 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-1 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-3 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-4 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-9 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-11 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-12 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-13T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-17 also issued under 26 U.S.C. 446 and 1502.

AUTHORITY:Section 1.1502-18 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-19 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-20 also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-20T also issued under 26 U.S.C. 337(d) and 1502.

AUTHORITY:Section 1.1502-21 also issued under 26 U.S.C. 1502 and 6402(i).

AUTHORITY:Section 1.1502-21(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21T(b)(1) and (b)(3)(v) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23 also issued under 26 U.S.C. 1502.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.1502-26 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-28 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-30 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-31 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32(a)(2), (b)(3)(iii)(C), (b)(3)(iii)(D), and (b)(4)(vi) also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 301, 1502, and 1503.

AUTHORITY:Section 1.1502-32 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-32T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-33 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-34 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-35T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-43T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-55 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-75 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-76 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77 also issued under 26 U.S.C. 1502 and 6402(j).

AUTHORITY:Section 1.1502-78 also issued under 26 U.S.C. 1502, 6402(j), and 6411(c).

AUTHORITY:Section 1.1502-79 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-80 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-81T also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99 also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2 also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1503-2T also issued under 26 U.S.C. 1503(d).

AUTHORITY:Section 1.1504-4 also issued under 26 U.S.C. 1504(a)(5).

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.1502-9A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-15A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-21A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-22A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-23A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-41A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-77A also issued under 26 U.S.C. 1502 and 6402(j).

AUTHORITY:Section 1.1502-79A also issued under 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-91A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-92A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-93A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-94A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-95A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-96A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-98A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1502-99A also issued under 26 U.S.C. 382(m) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1503(d) also issued under 26 U.S.C. 953(d) and 26 U.S.C. 1502.

AUTHORITY:Section 1.1561-2T also issued under 26 U.S.C. 1561.

AUTHORITY:Section 1.6011-4T also issued under 26 U.S.C. 6011.

AUTHORITY:Section 1.6013-6 also issued under 26 U.S.C. 7701(b)(11).

AUTHORITY:Section 1.6015-1 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-2 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-3 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-4 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-5 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-6 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-7 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-8 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6015-9 also issued under 26 U.S.C. 6015(h).

AUTHORITY:Section 1.6031(a)-1 also issued under section 404 of the Tax Equity and Fiscal Responsibility Act of 1982 (Public Law 97-248; 96 Stat. 324, 669) (TEFRA).

AUTHORITY:Section 1.6033-6 also issued under 26 U.S.C. 6033(i)(1).

AUTHORITY:Sections 1.6035-1 through 1.6035-3

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

also issued under 26 U.S.C. 6035 (a), (d), and (e).

AUTHORITY:Section 1.6038-2 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038-3 also issued under 26 U.S.C. 6038.

AUTHORITY:Section 1.6038A-1 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-2 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-3 also issued under 26 U.S.C. 6038A and 7701(l).

AUTHORITY:Section 1.6038A-4 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-5 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-6 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038A-7 also issued under 26 U.S.C. 6038A.

AUTHORITY:Section 1.6038B-1 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6038B-1T also issued under 26 U.S.C 6038B.

AUTHORITY:Section 1.6038B-2 also issued under 26 U.S.C. 6038B.

AUTHORITY:Section 1.6039I-1T also issued under 26 U.S.C. 6039I.

AUTHORITY:Section 1.6041-1 also issued under 26 U.S.C. 6041(a).

AUTHORITY:Section 1.6041-2 also issued under 26 U.S.C. 6041(d).

AUTHORITY:Section 1.6041-3 also issued under 26 U.S.C. 62 and 6041(a).

AUTHORITY:Section 1.6042-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6043-4 also issued under 26 U.S.C. 6043(c).

AUTHORITY:Section 1.6045-1 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-2 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-3 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6045-4 also issued under 26 U.S.C. 6045.

AUTHORITY:Section 1.6046A-1 also issued under 26 U.S.C. 6046A.

AUTHORITY:Section 1.6049-4 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5 also issued under 26 U.S.C. 6049 (a), (b), and (d).

AUTHORITY:Section 1.6049-5T also issued under 26 U.S.C. 6049.

AUTHORITY:Section 1.6049-6 also issued under 6049(a), (b), and (d).

AUTHORITY:Section 1.6049-7 also issued under 26 U.S.C. 860G(e), 1275(c) and 26 U.S.C. 6049(d)(7)(D).

AUTHORITY:Section 1.6050E-1 also issued under 26 U.S.C. 6050E.

AUTHORITY:Section 1.6050H-1 also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-1T also issued under 26 U.S.C. 6050H.

AUTHORITY:Section 1.6050H-2 also issued under 26 U.S.C. 6050H.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.6050I-1 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050I-2 also issued under 26 U.S.C. 6050I.

AUTHORITY:Section 1.6050K-1 also issued under 26 U.S.C. 6050K.

AUTHORITY:Section 1.6050M-1 also issued under 26 U.S.C. 6050M.

AUTHORITY:Section 1.6050P-1 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050P-2 also issued under 26 U.S.C. 6050P.

AUTHORITY:Section 1.6050S-1 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-2 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-3 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6050S-4 also issued under 26 U.S.C. 6050S(g).

AUTHORITY:Section 1.6061-2T also issued under 26 U.S.C. 6061.

AUTHORITY:Section 1.6065-2T also issued under 26 U.S.C. 6065.

AUTHORITY:Section 1.6081-2T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-4T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-6T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-7T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-8 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-9 also issued under 26 U.S.C. 6081(a).

AUTHORITY:Section 1.6081-10T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6081-11T also issued under 26 U.S.C. 6081.

AUTHORITY:Section 1.6302-1 also issued under 26 U.S.C. 6302(c) and (h).

AUTHORITY:Section 1.6302-2 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-3 also issued under 26 U.S.C. 6302(h).

AUTHORITY:Section 1.6302-4 also issued under 26 U.S.C. 6302(a), (c), and (h).

AUTHORITY:Section 1.6411-4 also issued under 26 U.S.C. 6402(i) and 6411(c).

AUTHORITY:Section 1.6655-5 also issued under 26 U.S.C. 6655(i)(2).

AUTHORITY:Section 1.6662-6 also issued under 26 U.S.C. 6662.

AUTHORITY:Section 1.6695-1 also issued under 26 U.S.C. 6060(b) and 6695(b).

AUTHORITY:Section 1.6695-2 also issued under 26 U.S.C. 6695(g).

AUTHORITY:Section 1.6851-2 also issued under 26 U.S.C 6851(d).

AUTHORITY:Section 1.7520-1 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-2 also issued under 26 U.S.C. 7520(c)(2).

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

CFR T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos
C.F.R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

AUTHORITY:Section 1.7520-3 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7520-4 also issued under 26 U.S.C. 7520(c)(2).

AUTHORITY:Section 1.7701(l)-1 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7701(l)-3 also issued under 26 U.S.C. 7701(l).

AUTHORITY:Section 1.7702-2 also issued under 26 U.S.C. 7702(k).

AUTHORITY:Section 1.7872-5T also issued under 26 U.S.C. 7872.

AUTHORITY:Section 1.7872-15 also issued under 26 U.S.C. 1275 and 7872.

AUTHORITY:Section 1.7874-1T also issued under 26 U.S.C. 7874(c)(6) and (g).

SOURCE: T.D. 6500, 25 FR 11402, Nov. 26, 1960; 25 FR 14021, Dec. 21, 1960, unless otherwise noted.

C. F. R. T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos, CFR, T. 26, Ch. I, Subch. A, Pt. 1, Refs & Annos

**Current through April 10, 2008; 73 FR 19705**

Copr. © 2008 Thomson/West

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.