# ATTACHMENT



RECEIVED

MAY 0 6 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# M

| 26 CFR § 602.101 | Page 1 |
|---|---|
| 26 C.F.R. § 602.101 | |

Treas. Reg. § 602.101

### Effective: January 23, 2008

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of
    the Treasury
      Subchapter H. Internal Revenue Practice
        Part 602. OMB Control Numbers Under The
    Paperwork Reduction Act

### § 602.101 OMB Control numbers.

**(a) Purpose.** This part collects and displays the control numbers assigned to collections of information in Internal Revenue Service regulations by the Office of Management and Budget (OMB) under the Paperwork Reduction Act of 1980. **The Internal Revenue Service intends that this part comply with the requirements of §§ 1320.7(f), 1320.12, 1320.13, and 1320.14 of 5 CFR part 1320 (OMB regulations implementing the Paperwork Reduction Act), for the display of control numbers assigned by OMB to collections of information in Internal Revenue Service regulations.** This part does not display control numbers assigned by the Office of Management and Budget to collections of information of the Bureau of Alcohol, Tobacco, and Firearms.

**(b) Display.**

| CFR part or section where identified and described | Current OMB control No. |
|---|---|
| 1.1(h)-1(e) | 1545-1654 |
| 1.23-5 | 1545-0074 |
| 1.25-1T | 1545-0922 |
| | 1545-0930 |
| 1.25-2T | 1545-0922 |
| | 1545-0930 |
| 1.25-3T | 1545-0922 |
| | 1545-0930 |
| 1.25-4T | 1545-0922 |
| 1.25-5T | 1545-0922 |
| 1.25-6T | 1545-0922 |
| 1.25-7T | 1545-0922 |
| 1.25-8T | 1545-0922 |
| 1.25A-1 | 1545-1630 |
| 1.28-1 | 1545-0619 |
| 1.31-2 | 1545-0074 |
| 1.32-2 | 1545-0074 |
| 1.32-3 | 1545-0074 |
| 1.37-1 | 1545-1575 |
| 1.37-3 | 1545-0074 |
| 1.41-2 | 1545-0074 |
| 1.41-3 | 1545-0619 |
| 1.41-4A | 1545-0619 |
| 1.41-4(b) and (c) | 1545-0074 |
| 1.41-8(b) | 1545-0074 |
| 1.41-8(d) | 1545-1625 |
| 1.41-9 | 1545-0732 |
| 1.42-1T | 1545-0619 |
| | 1545-0984 |

### Attachment M - page 1 of 3

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

| 26 CFR § 602.101 | Page 28 |
|---|---|
| 26 C.F.R. § 602.101 | |

```
1.6050H-1T  ......................................................  1545-0901
1.6050I-2   ......................................................  1545-1449
1.6050J-1T  ......................................................  1545-0877
1.6050K-1   ......................................................  1545-0941
1.6050L-2T  ......................................................  1545-1932
1.6050S-1   ......................................................  1545-1678
1.6050S-2   ......................................................  1545-1729
1.6050S-3   ......................................................  1545-1678
1.6050S-4   ......................................................  1545-1729
1.6052-1    ......................................................  1545-0008
1.6052-2    ......................................................  1545-0008
1.6060-1    ......................................................  1545-0074
1.6061-1    ......................................................  1545-0123
1.6062-1    ......................................................  1545-0123
1.6063-1    ......................................................  1545-0123
1.6065-1    ......................................................  1545-0123
1.6071-1    ......................................................  1545-0123
                                                                    1545-0810
1.6072-1    ......................................................  1545-0074
1.6072-2    ......................................................  1545-0123
                                                                    1545-0807
1.6073-1    ......................................................  1545-0087
1.6073-2    ......................................................  1545-0087
1.6073-3    ......................................................  1545-0087
1.6073-4    ......................................................  1545-0087
1.6074-1    ......................................................  1545-0123
1.6074-2    ......................................................  1545-0123
1.6081-1    ......................................................  1545-0066
                                                                    1545-0148
                                                                    1545-0233
                                                                    1545-1057
                                                                    1545-1081
1.6081-2    ......................................................  1545-0148
                                                                    1545-1054
                                                                    1545-1036
1.6081-3    ......................................................  1545-0233
1.6081-4    ......................................................  1545-0188
                                                                    1545-1479
1.6081-6    ......................................................  1545-0148
                                                                    1545-1054
1.6081-7    ......................................................  1545-0148
                                                                    1545-1054
1.6091-3    ......................................................  1545-0089
1.6107-1    ......................................................  1545-0074
1.6109-1    ......................................................  1545-0074
1.6109-2    ......................................................  1545-0074
1.6115-1    ......................................................  1545-1464
1.6151-1    ......................................................  1545-0074
1.6153-1    ......................................................  1545-0087
1.6153-4    ......................................................  1545-0087
1.6161-1    ......................................................  1545-0087
1.6162-1    ......................................................  1545-0087
1.6164-1    ......................................................  1545-0135
```

**Attachment M - page 2 of 3**

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

| 26 CFR § 602.101 | Page 45 |
|---|---|
| 26 C.F.R. § 602.101 | |

```
404.6048-1 ...................................................... 1545-0160
420.0-1 ......................................................... 1545-0710
Part 509 ........................................................ 1545-0846
Part 513 ........................................................ 1545-0834
Part 514 ........................................................ 1545-0845
Part 521 ........................................................ 1545-0848
601.104 ......................................................... 1545-0233
601.105 ......................................................... 1545-0091
601.201 ......................................................... 1545-0019
                                                                  1545-0819
601.204 ......................................................... 1545-0152
601.401 ......................................................... 1545-0257
601.504 ......................................................... 1545-0150
601.601 ......................................................... 1545-0800
601.602 ......................................................... 1545-0295
                                                                  1545-0387
                                                                  1545-0957
601.702 ......................................................... 1545-0429
```

-------------------------------------------------------------------------

**(Authority: 26 U.S.C. 7805)**

T.D. 8011, 50 FR 10222, March 14, 1985; T.D. 8017, 50 FR 12019, March 27, 1985; T.D. 8018, 50 FR 12532, March 29, 1985; 50 FR 13020, April 2, 1985; 50 FR 13962, April 8, 1985; 50 FR 14698, April 15, 1985; 50 FR 16429, April 29, 1985; 50 FR 18478, May 1, 1985; 50 FR 19356, May 8, 1985; 50 FR 20755, 20758, May 20, 1985; 50 FR 21243, 21245, May 23, 1985; 50 FR 23409, June 4, 1985; 50 FR 25220, June 18, 1985; 50 FR 27231, 27233, July 2, 1985; 50 FR 29370, 29378, July 19, 1985; 50 FR 29960, 29967, July 23, 1985; 50 FR 30169, July 24, 1985; 50 FR 30818, July 30, 1985; 50 FR 32011, 32050, Aug. 8, 1985; 50 FR 33530, Aug. 20, 1985; 50 FR 35547, Sept. 3, 1985; 50 FR 37350, 37351, Sept. 13, 1985; 50 FR 40003, Oct. 1, 1985; 50 FR 40971, 40974, Oct. 8, 1985; 50 FR 42518, Oct. 21, 1985; 50 FR 46004, 46006 and 46041, Nov. 6, 1985; 50 FR 52313, 52315, Dec. 23, 1985; 51 FR 21, Jan. 2, 1986; 51 FR 394, Jan. 6, 1986; 51 FR 749, Jan. 8, 1986; 51 FR 1507, Jan. 14, 1986; 51 FR 2481, Jan. 17, 1986; 51 FR 4338, Feb. 4, 1986; 51 FR 5197, Feb. 12, 1986; 51 FR 7441, March 4, 1986; 51 FR 10352, March 25, 1986; 51 FR 12515, April 11, 1986; 51 FR 13496, April 21, 1986; 51 FR 16300, 16306, May 2, 1986; 51 FR 17961, May 16, 1986; 51 FR 20646, June 6, 1986; 51 FR 21546, June 13, 1986; 51 FR 23744, July 1, 1986; 51 FR 25049, July 10, 1986; 51 FR 28378, Aug. 7, 1986; 51 FR 30484, Aug. 27, 1986; 51 FR 31613, 31616, Sept. 4, 1986; 51 FR 33595, Sept. 22, 1986; 51 FR 34204, Sept. 26, 1986; 51 FR 40169, Nov. 5, 1986; 51 FR 45106, Dec. 17, 1986; 51 FR 45461, Dec. 19, 1986; 51 FR 45466, Dec. 19, 1986; 51 FR 45736,

Dec. 19, 1986; 51 FR 46620, Dec. 23, 1986; 51 FR 46651, Dec. 23, 1986; 51 FR 46654, Dec. 23, 1986; 51 FR 8129, 52 FR 7411, March 11, 1987; 52 FR 10368, April 1, 1987; T.D. 8133, 52 FR 10564, April 2, 1987; T.D. 8135, 52 FR 10748, April 3, 1987; T.D. 8136, 52 FR 12163, April 15, 1987; T.D. 8137, 52 FR 13437, April 23, 1987; T.D. 8138, 52 FR 15320, April 28, 1987; T.D. 8141, 52 FR 21513, June 8, 1987; T.D. 8143, 52 FR 22764, June 16, 1987; T.D. 8144, 52 FR 23440, June 22, 1987; T.D. 8145, 52 FR 25007, July 2, 1987; T.D. 8146, 52 FR 26673, July 16, 1987; T.D. 8149, 52 FR 29697, Aug. 11, 1987; T.D. 8150, 52 FR 30163, Aug. 13, 1987; T.D. 8152, 52 FR 31621, Aug. 21, 1987; T.D. 8153, 52 FR 32008, Aug. 25, 1987; T.D. 8154, 52 FR 32009, Aug. 25, 1987; T.D. 8159, 52 FR 33585, Sept. 4, 1987; T.D. 8155, 52 FR 34357, Sept. 10, 1987; T.D. 8162, 52 FR 42100, Nov. 3, 1987; T.D. 8163, 52 FR 46075, Dec. 4, 1987; T.D. 8165, 52 FR 46760, Dec. 10, 1987; T.D. 8166, 52 FR 47557, Dec. 15, 1987; T.D. 8168, 52 FR 48419, Dec. 22, 1987; T.D. 8169, 52 FR 48997, Dec. 29, 1987; T.D. 8180, 53 FR6148, March 1, 1988; T.D. 8181, 53 FR 6519, March 1, 1988; T.D. 8179, 53 FR 6614, March 2, 1988; T.D. 8183, 53 FR 6625, March 2, 1988; T.D. 8178, 53 FR 6780, March 2, 1988; T.D. 8184, 53 FR 6821, March 3, 1988; T.D. 8186, 53 FR 7514, March 9, 1988; T.D. 8187, 53 FR 8451, March 15, 1988; T.D. 8188, 53 FR 8750, March 17, 1988; T.D. 8188, 53 FR 9870, March 28, 1988; T.D. 8189, 53 FR 9881, March 28, 1988; T.D. 8190, 53 FR 11068, April 5, 1988; T.D. 8191, 53 FR 12006, 12008, April 12, 1988; T.D. 8198, 53 FR 16086, 16232, May 5, 1988; T.D. 8205, 53 FR 19714, May 27, 1988; T.D. 8208, 53 FR 20311, June 3, 1988; T.D. 8210,

**Attachment M - page 3 of 3**

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.