# ATTACHMENT

## CC

RECEIVED

MAY 0 6 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# TITLE 28

# United States Code



*Congressional Service*



Pages 1487–2174

80th Congress — 2d Session

## Epochal Legislation

*New*

## Title 28 — United States Code
## Judiciary and Judicial Procedure

Approved June 25, 1948
Effective September 1, 1948

WEST PUBLISHING CO.            EDWARD THOMPSON CO.

Attachment 1 - Pg 1 of 38



*Congressional Highlights*

WASHINGTON, D. C.
July, 1948

## NEW TITLE 28—UNITED STATES CODE
## JUDICIARY AND JUDICIAL PROCEDURE

Not since 1911 has Congress passed a bill of such epochal importance to the bench and bar as H.R. 3214 revising laws relating to the Federal judiciary and judicial procedure.

This revision of Title 28 of the United States Code ranks in importance with the Judiciary Act of 1789, the Revised Statutes of 1873–74 and the Judicial Code of 1911.

As a special service to those who administer justice from the bench and at the bar, this pamphlet includes the most authoritative and complete legislative history yet published in connection with a Federal law. Special attention is directed to the table of contents in which is enumerated historical and interpretive aids to a study of the new Title 28 as set out in this pamphlet.

### OUTLINE OF HISTORY

Early in 1944 work on the revision of Title 28 was commenced under the direction of the House Committee on Revision of the Laws. The work was done by the West Publishing Company, of St. Paul, Minnesota, and the Edward Thompson Company, of Brooklyn, New York, compilers of the United States Code. The editorial staffs of these two companies were augmented by expert revisers and consultants, and assisted by an Advisory Committee of distinguished judges and lawyers.

A copyrighted Feature of the U. S. Code Congressional Service

i

NEW TITLE 28—UNITED STATES CODE

The Advisory Committee held its first meeting at Brooklyn, New York, on February 5, 1945, and reviewed the work then completed which comprised Part I of the proposed title.

On May 28, 1945, the Advisory Committee met at Hershey, Pennsylvania, and reviewed the work then completed which comprised Parts I–IV of the proposed title.

Congressman Keogh, Chairman of the House Committee on Revision of the Laws, introduced H. R. 3498 in the seventy-ninth Congress, on June 19, 1945, incorporating Part I of revised Title 28. The bill was referred to such Committee, but no Committee action was taken.

On December 3, 1945 the Advisory Committee met at Washington, D. C., and reviewed the completed revision.

The fourth and final meeting of the Advisory Committee was held at Washington, D. C., on April 1–3, 1946, at which time further recommendations and proposed changes were reviewed.

On July 24, 1946, Congressman Keogh reported an original bill, H. R. 7124, in the seventy-ninth Congress, containing the completed revision, which was committed to the Committee of the Whole House on the State of the Union. House Report No. 2646, July 24, 1946, to accompany the bill, was printed and issued by the House Committee on Revision of the Laws, but the seventy-ninth Congress ended before any further action was taken.

The late Congressman Robsion, Chairman of Subcommittee No. 1 of the House Judiciary Committee, introduced H. R. 2055 in the Eightieth Congress, a successor bill to H. R. 7124, and incorporating laws enacted subsequently to the introduction of H. R. 7124 in the prior Congress. The bill was referred to the House Judiciary Committee which, in the reorganization of Congressional committees, had absorbed the previous House Committee on Revision of the Laws.

Subcommittee No. 1 of the House Judiciary Committee held a hearing on H. R. 2055, on March 7, 1947.

On April 22, 1947, the House Judiciary Committee reported favorably on H. R. 2055, but recommended a substitute bill, H. R. 3214, incorporating additional changes.

Congressman Robsion introduced H. R. 3214 in the Eightieth Congress on April 25, 1947, which was referred to the House Judiciary Committee, and committed to the Committee of the Whole House on the State of the Union. House Report No. 308, April 25, 1947, to accompany H. R. 3214, 80th Congress, was printed and issued by the House Judiciary Committee.

H. R. 3214, with amendments, was passed in the House on July 7, 1947, and was referred to the Senate Judiciary Committee.

ii

**JUDICIARY AND JUDICIAL PROCEDURE**

A subcommittee of the Senate Judiciary Committee, with Senator Donnell of Missouri as Chairman, held hearings on H. R. 3214, on April 22–24, 1948.

On June 9, 1948, the Senate Judiciary Committee reported out H. R. 3214, with amendments, accompanied by Senate Report No. 1559.

The bill, with amendments, was passed by the Senate on June 12, 1948, followed by a motion to reconsider. The motion to reconsider was withdrawn on June 15, 1948, and on June 16, 1948, the House concurred in the Senate amendments. As finally passed, the bill incorporated all laws affecting Title 28 up to and including January 5, 1948.

## EFFECTIVE DATE

This new Title 28, United States Code, becomes effective on September 1, 1948.

The following are facsimile signatures appended to
H.R. 3214 — Title 28, United States Code,
Judiciary and Judicial Procedure.

---

*[signature]*

**Speaker of the House of Representatives.**

*[signature]*

**President of the Senate pro tempore.**

*Approved*
*June 25 1948*

*[signature: Harry Truman]*

*12:75 P. M. E. D. T.*

# United States Code

## Congressional Service

### 80th Congress — Second Session

### 1948

### New

## Title 28, United States Code
## Judiciary and Judicial Procedure

### With
### Official Legislative History
### and
### Reviser's Notes

St. Paul, Minn.              Brooklyn, N. Y.

West Publishing Co.    Edward Thompson Co.

345.2
UA
copia

Copyright, 1948

By

West Publishing Co. & Edward Thompson Company

# CONTENTS

––––––––

President and Cabinet - - - - - - - - - - - - -   VII
Senate - - - - - - - - - - - - - - - - - -   IX
House of Representatives - - - - - - - - - - -   XIII
Delegates and Resident Commissioners - - - - - -   XXIII
Senate Judiciary Committee - - - - - - - - -   XXIV
House of Representatives Judiciary Committee - - - -   XXV
Advisory Committee - - - - - - - - - - - -   XXVI
Judicial Conference Committee - - - - - - - - -   XXVII
Revision Staff - - - - - - - - - - - - - - -   XXVIII
Acknowledgment - - - - - -.- - - - - - - - -   XXIX

## THE CONGRESS

Act June 25, 1948, C. 646, 62 Stat. –– (H.R. 3214).
    Section 1.  New Title 28, United States Code - - - 1487
    Sections 2–39.  Miscellaneous Provisions
        Section 2.  Preserving status of courts, judges and
                employees, rights and proceedings - - 1639
        Sections 3–31.  Amendments of other laws - - - 1640
        Section 32.  Definitions; names of courts and titles
                of judges - - - - - - - - - - 1647
        Section 33.  Prohibiting inference of legislative con-
                struction - - - - - - - - - - 1647
        Section 34.  Separability provision - - - - - - 1647
        Section 35.  Repealing two sections of the Canal
                Zone Code - - - - - - - - - 1647
        Section 36.  Amendment of Internal Revenue Code,
                section 1141(a) - - - - - - - 1647
        Section 37.  Amendment of Act August 7, 1946,
                Chapter 864 - - - - - - - - 1648
        Section 38.  Effective date - - - - - - - - 1648
        Section 39.  Repeal of laws - - - - - - - - 1649

## LEGISLATIVE HISTORY

Senate Report No. 1559 - - - - - - - - - - - - 1675
House Report No. 308 - - - - - - - - - - - - 1692
    Preliminary Statement:
        Scope of Revision - - - - - - - - - - 1692
        History of the Judicial Code - - - - - - - 1693
        Staff of experts assembled - - - - - - - - 1694

## CONTENTS

| | Page |
|---|---|
| Advisory Committee - - - - - - - - - - - | 1694 |
| Judicial Conference Committee - - - - - - - | 1694 |
| Supreme Court Committee - - - - - - - - - | 1695 |
| Committee meetings - - - - - - - - - - - | 1695 |
| Cooperation with Bench and Bar - - - - - - | 1695 |
| Cooperation with Federal agencies - - - - - - | 1695 |
| Classification and numbering - - - - - - - | 1696 |
| Style - - - - - - - - - - - - - - - - | 1696 |
| Consolidation of sections - - - - - - - - - | 1696 |
| Examples of changes in law - - - - - - - - | 1696 |
| Amendments and repeals - - - - - - - - - | 1698 |
| Reviser's notes and tables - - - - - - - - | 1699 |
| Report by the Attorney General - - - - - - - | 1699 |

Reviser's notes - - - - - - - - - - - - - - - 1701

Hearing by Subcommittee No. 1 of House Judiciary Committee - - - - - - - - - - - - - - - - - - - 1940

Statement of—

Hon. Edward J. Devitt, a Representative in Congress from the State of Minnesota - - - - - - - 1942

Hon. Eugene J. Keogh, a Representative in Congress from the State of New York - - - - - - - 1944

Justin Miller, president, National Association of Broadcasters - - - - - - - - - - - - - 1950

Hon. Albert B. Maris, United States Circuit Judge for the Third Circuit, Philadelphia - - - - - - 1957

William W. Barron, Chief Reviser, West Publishing Co. - - - - - - - - - - - - - - - - 1961

James William Moore, Professor of Law, Yale University - - - - - - - - - - - - - - - 1965

Letter from Floyd E. Thompson, former Chief Justice of the Illinois Supreme Court - - - - - - - - 1971

Letter from Harvey T. Reid, Editor in chief, West Publishing Co. - - - - - - - - - - - - - - 1971

Statement submitted by Hon. John B. Sanborn, United States Circuit Judge for the Eighth Circuit - - - - 1972

Statement submitted by Hon. Walter P. Armstrong, former President of the American Bar Association - - - 1973

Letter from John T. Cahill, attorney at law, New York City - - - - - - - - - - - - - - - - 1973

Statement of—

Hon. Harold I. Baynton, special assistant to the Attorney General - - - - - - - - - - - - 1974

Hon. Fred E. Strine, Criminal Division, Department of Justice - - - - - - - - - - - - - - 1975

Leland Tolman, Administrative Office of the United States Court - - - - - - - - - - - - - 1976

IV

## CONTENTS

|  | Page |
|---|---|
| Mcldrim Thomson, Editor in chief, Edward Thompson Co. | 1977 |
| Robert F. Klepinger, attorney at law, Washington, D. C. | 1978 |
| Charles J. Zinn, Law Revision Counsel, Committee on the Judiciary | 1980 |
| Letter from Hon. John J. Parker, United States Circuit Judge for the Fourth Judicial Circuit | 1982 |
| Statement of John F. X. Finn, New York, former special counsel for the House Committee on Revision of the Laws and member of the New York State Law Revision Commission | 1982 |
| Congressional Record; debate and discussion | 1986 |
| Remarks of Representative Sam Hobbs of Alabama | 1986 |
| House floor discussion and action | 1992 |
| Senate floor discussion and action | 2019 |
| Final House floor discussion and action | 2030 |

## TABLES

| | |
|---|---|
| Table 1—United States Code | 2041 |
| Table 2—Canal Zone Code | 2047 |
| Table 3—District of Columbia Code | 2047 |
| Table 4—Judicial Code of 1911 | 2048 |
| Table 5—Acts by popular name | 2051 |

## INDEX

| | |
|---|---|
| Index | 2053 |

| | |
|---|---|
| **PRESIDENT** | Harry S. Truman |

## CABINET

| | |
|---|---|
| SECRETARY OF STATE | George C. Marshall |
| SECRETARY OF THE TREASURY | John W. Snyder |
| SECRETARY OF DEFENSE | James V. Forrestal |
| ATTORNEY GENERAL | Tom C. Clark |
| POSTMASTER GENERAL | Jesse M. Donaldson |
| SECRETARY OF THE INTERIOR | Julius Albert Krug |
| SECRETARY OF AGRICULTURE | Charles Franklin Brannan |
| SECRETARY OF COMMERCE | Charles Sawyer |
| SECRETARY OF LABOR | |

VII

**Attachment 1 - pg 13 of 38**

# SENATE

| | |
|---|---|
| PRESIDENT PRO TEMPORE | Arthur H. Vandenberg |
| SECRETARY | Carl A. Loeffler |
| PARLIAMENTARIAN | Charles L. Watkins |
| SERGEANT AT ARMS | Edward F. McGinnis |
| POSTMASTER | J. W. Clóverdale |
| CHAPLAIN | Rev. Peter Marshall, D.D. |

---

| | |
|---|---|
| MAJORITY LEADER | Wallace H. White, Jr. |
| MAJORITY WHIP | Kenneth S. Wherry |
| MINORITY LEADER | Alben W. Barkley |
| MINORITY WHIP | Scott W. Lucas |

| | Party | City |
|---|---|---|
| **ALABAMA** | | |
| Hill, Lister | D | Montgomery |
| Sparkman, John J. | D | Huntsville |
| **ARIZONA** | | |
| Hayden, Carl | D | Phoenix |
| McFarland, Ernest W. | D | Florence |
| **ARKANSAS** | | |
| McClellan, John L. | D | Camden |
| Fulbright, J. William | D | Fayetteville |
| **CALIFORNIA** | | |
| Downey, Sheridan | D | Laguana Beach |
| Knowland, William F. | R | Oakland |
| **COLORADO** | | |
| Johnson, Edwin C. | D | Craig |
| Millikin, Eugene D. | R | Denver |
| **CONNECTICUT** | | |
| McMahon, Brien | D | South Norwalk |
| Baldwin, Raymond E. | R | Stratford |
| **DELAWARE** | | |
| Buck, C. Douglass | R | Wilmington |
| Williams, John J. | R | Millsboro |
| **FLORIDA** | | |
| Pepper, Claude | D | Tallahassee |
| Holland, Spessard L. | D | Bartow |
| **GEORGIA** | | |
| George, Walter F. | D | Vienna |
| Russell, Richard B. | D | Winder |
| **IDAHO** | | |
| Taylor, Glen H. | D | Pocatello |
| Dworshak, Henry C. | R | Burley |
| **ILLINOIS** | | |
| Lucas, Scott W. | D | Havana |
| Brooks, C. Wayland | R | Chicago |

IX

**Attachment 1 - pg 14 of 38**

## SENATE

| | Party | City |
|---|---|---|
| **INDIANA** | | |
| Capehart, Homer E. | R | Washington |
| Jenner, William E. | R | Bedford |
| **IOWA** | | |
| Wilson, George A. | R | Des Moines |
| Hickenlooper, Bourke B. | R | Cedar Rapids |
| **KANSAS** | | |
| Capper, Arthur | R | Topeka |
| Reed, Clyde M. | R | Parsons |
| **KENTUCKY** | | |
| Barkley, Alben W. | D | Paducah |
| Cooper, John Sherman | R | Somerset |
| **LOUISIANA** | | |
| Feazel, W. C. | D | Monroe |
| Ellender, Allen J. | D | Houma |
| **MAINE** | | |
| White, Wallace H., Jr. | R | Auburn |
| Brewster, Owen | R | Dexter |
| **MARYLAND** | | |
| Tydings, Millard E. | D | Havre de Grace |
| O'Conor, Herbert R. | D | Annapolis |
| **MASSACHUSETTS** | | |
| Saltonstall, Leverett | R | Chestnut Hill |
| Lodge, Henry Cabot Jr. | R | Beverly |
| **MICHIGAN** | | |
| Vandenberg, Arthur H. | R | Grand Rapids |
| Ferguson, Homer | R | Detroit |
| **MINNESOTA** | | |
| Ball, Joseph H. | R | St. Paul |
| Thye, Edward J. | R | Northfield R. F. D. |
| **MISSISSIPPI** | | |
| Eastland, James O. | D | Ruleville |
| Stennis, John C. | D | DeKalb |
| **MISSOURI** | | |
| Donnell, Forrest C. | R | Webster Grove |
| Kem, James P. | R | Kansas City |
| **MONTANA** | | |
| Murray, James E. | D | Butte |
| Ecton, Zales N. | R | Manhattan |
| **NEBRASKA** | | |
| Butler, Hugh | R | Omaha |
| Wherry, Kenneth S. | R | Pawnee City |
| **NEVADA** | | |
| McCarran, Pat | D | Reno |
| Malone, George W. | R | Reno |
| **NEW HAMPSHIRE** | | |
| Bridges, Styles | R | Concord |
| Tobey, Charles W. | R | Temple |
| | X | |

**Attachment 1 - pg 15 of 38**

## SENATE

| | Party | City |
|---|---|---|
| **NEW JERSEY** | | |
| Hawkes, Albert W. | R | Montclair |
| Smith, H. Alexander | R | Princeton |
| **NEW MEXICO** | | |
| Hatch, Carl A. | D | Clovis |
| Chavez, Dennis | D | Albuquerque |
| **NEW YORK** | | |
| Wagner, Robert F. | D | New York City |
| Ives, Irving M. | R | Norwich |
| **NORTH CAROLINA** | | |
| Umstead, William B. | D | Durham |
| Hoey, Clyde R. | D | Shelby |
| **NORTH DAKOTA** | | |
| Langer, William | R | Bismarck |
| Young, Milton R. | R | Berlin |
| **OHIO** | | |
| Taft, Robert A. | R | Cincinnati |
| Bricker, John W. | R | Upper Arlington |
| **OKLAHOMA** | | |
| Thomas, Elmer | D | Medicine Park |
| Moore, E. H. | R | Tulsa |
| **OREGON** | | |
| Cordon, Guy | R | Roseburg |
| Morse, Wayne | R | Eugene |
| **PENNSYLVANIA** | | |
| Myers, Francis J. | D | Philadelphia |
| Martin, Edward | R | Washington |
| **RHODE ISLAND** | | |
| Green, Theodore Francis | D | Providence |
| McGrath, J. Howard | D | Providence |
| **SOUTH CAROLINA** | | |
| Maybank, Burnet R. | D | Charleston |
| Johnston, Olin D. | D | Spartanburg |
| **SOUTH DAKOTA** | | |
| Gurney, Chan | R | Yankton |
| Bushfield, Harlan J. | R | Miller |
| **TENNESSEE** | | |
| McKellar, Kenneth | D | Memphis |
| Stewart, Tom | D | Winchester |
| **TEXAS** | | |
| Connally, Tom | D | Marlin |
| O'Daniel, W. Lee | D | Fort Worth |
| **UTAH** | | |
| Thomas, Elbert D. | D | Salt Lake City |
| Watkins, Arthur V. | R | Orem |
| **VERMONT** | | |
| Aiken, George D. | R | Putney |
| Flanders, Ralph E. | R | Springfield |
| | XI | |

**Attachment 1 - pg 16 of 38**

**SENATE**

| | Party | City |
|---|---|---|
| **VIRGINIA** | | |
| Byrd, Harry Flood | D | Berryville |
| Robertson, A. Willis | D | Lexington |
| **WASHINGTON** | | |
| Magnuson, Warren G. | D | Seattle |
| Cain, Harry P. | R | Tacoma |
| **WEST VIRGINIA** | | |
| Kilgore, Harley M. | D | Beckley |
| Revercomb, Chapman | R | Charleston |
| **WISCONSIN** | | |
| Wiley, Alexander | R | Chippewa Falls |
| McCarthy, Joseph R. | R | Appleton |
| **WYOMING** | | |
| O'Mahoney, Joseph C. | D | Cheyenne |
| Robertson, Edward V. | R | Cody |

**Republicans** - - - - - - 51
**Democrats** - - - - - - - 45

XII

**Attachment 1 - pg 17 of 38**

# HOUSE OF REPRESENTATIVES

| | |
|---|---|
| SPEAKER | Joseph W. Martin, Jr. |
| CLERK | John Andrews |
| PARLIAMENTARIAN | Lewis Deschler |
| SERGEANT AT ARMS | William F. Russell |
| DOORKEEPER | M. L. Meletio |
| POSTMASTER | Frank W. Collier |
| CHAPLAIN | Rev. James Shera Montgomery, D.D. |

| | |
|---|---|
| MAJORITY LEADER | Charles A. Halleck |
| MAJORITY WHIP | Leslie C. Arends |
| MINORITY LEADER | Sam Rayburn |
| MINORITY WHIP | John W. McCormack |

| | Party | Dist. | City |
|---|---|---|---|
| **ALABAMA** | | | |
| Boykin, Frank W. | D | 1 | Mobile |
| Grant, George M. | D | 2 | Troy |
| Andrews, George W. | D | 3 | Union Springs |
| Hobbs, Sam | D | 4 | Selma |
| Rains, Albert | D | 5 | Gadsden |
| Jarman, Pete | D | 6 | Livingston |
| Manasco, Carter | D | 7 | Jasper |
| Jones, Robert E., Jr. | D | 8 | Scottsboro |
| Battle, Laurie C. | D | 9 | Birmingham |
| **ARIZONA** | | | |
| Harless, Richard F. | D | At L. | Phoenix |
| Murdock, John R. | D | At L. | Tempe |
| **ARKANSAS** | | | |
| Gathings, E. C. | D | 1 | West Memphis |
| Mills, Wilbur D. | D | 2 | Kensett |
| Trimble, James W. | D | 3 | Berryville |
| Cravens, Fadjo | D | 4 | Fort Smith |
| Hays, Brooks | D | 5 | Little Rock |
| Norrell, W. F. | D | 6 | Monticello |
| Harris, Oren | D | 7 | El Dorado |
| **CALIFORNIA** | | | |
| Lea, Clarence F. | D | 1 | Santa Rosa |
| Engle, Clair | D | 2 | Red Bluff |
| Johnson, Leroy | R | 3 | Stockton |
| Havenner, Franck R. | D | 4 | San Francisco |
| Welch, Richard J. | R | 5 | San Francisco |
| Miller, George P. | D | 6 | Alameda |
| Allen, John J. Jr. | R | 7 | Oakland |
| Anderson, Jack Z. | R | 8 | San Juan Bautista |
| Gearhart, Bertrand W. | R | 9 | Fresno |
| Elliott, Alfred J. | D | 10 | Tulare |

XIII

Attachment 1 - pg 18 of 38

## HOUSE OF REPRESENTATIVES

| CALIFORNIA—Continued | Party | Dist. | City |
|---|---|---|---|
| Bramblett, Ernest K. | R | 11 | Pacific Grove |
| Nixon, Richard M. | R | 12 | Whittier |
| Poulson, Norris | R | 13 | Los Angeles |
| Douglas, Helen Gahagan | D | 14 | Los Angeles |
| McDonough, Gordon L. | R | 15 | Los Angeles |
| Jackson, Donald L. | R | 16 | Santa Monica |
| King, Cecil R. | D | 17 | Los Angeles |
| Bradley, Willis W. | R | 18 | Long Beach |
| Holifield, Chet | D | 19 | Montebello |
| Hinshaw, Carl | R | 20 | Pasadena |
| Sheppard, Harry R. | D | 21 | Yucaipa |
| Phillips, John | R | 22 | Banning |
| Fletcher, Charles K. | R | 23 | San Diego |
| **COLORADO** | | | |
| Carroll, John A. | D | 1 | Denver |
| Hill, William S. | R | 2 | Fort Collins |
| Chenoweth, J. Edgar | R | 3 | Trinidad |
| Rockwell, Robert F. | R | 4 | Paonia |
| **CONNECTICUT** | | | |
| Miller, William J. | R | 1 | Weathersfield |
| Seely-Brown, Horace, Jr. | R | 2 | Pomfret |
| Foote, Ellsworth B. | R | 3 | North Branford |
| Lodge, John Davis | R | 4 | Westport |
| Patterson, James T. | R | 5 | Naugatuck |
| Sadlak, Antoni N. | R | At L. | Rockville |
| **DELAWARE** | | | |
| Boggs, J. Caleb | R | At L. | Wilmington |
| **FLORIDA** | | | |
| Peterson, J. Hardin | D | 1 | Lakeland |
| Price, Emory H. | D | 2 | Jacksonville |
| Sikes, Robert L. F. | D | 3 | Crestview |
| Smathers, George A. | D | 4 | Miami |
| Hendricks, Joe | D | 5 | De Land |
| Rogers, Dwight L. | D | 6 | Fort Lauderdale |
| **GEORGIA** | | | |
| Preston, Prince H., Jr. | D | 1 | Statesboro |
| Cox, E. E. | D | 2 | Camilla |
| Pace, Stephen | D | 3 | Americus |
| Camp, A. Sidney | D | 4 | Newnan |
| Davis, James C. | D | 5 | Decatur |
| Vinson, Carl | D | 6 | Milledgeville |
| Lanham, Henderson | D | 7 | Rome |
| Wheeler, W. M. (Don) | D | 8 | Douglas |
| Wood, John S. | D | 9 | Canton |
| Brown, Paul | D | 10 | Elberton |
| **IDAHO** | | | |
| Goff, Abe McGregor | R | 1 | Moscow |
| Sanborn, John | R | 2 | Hagerman |

XIV

**Attachment 1 - pg 19 of 38**

### HOUSE OF REPRESENTATIVES

| ILLINOIS | Party | Dist. | City |
|---|---|---|---|
| Dawson, William L. | D | 1 | Chicago |
| Vail, Richard B. | R | 2 | Chicago |
| Busbey, Fred E. | R | 3 | Chicago |
| Gorski, Martin | D | 4 | Chicago |
| Sabath, Adolph J. | D | 5 | Chicago |
| O'Brien, Thomas J. | D | 6 | Chicago |
| Gordon, Thomas S. | D | 8 | Chicago |
| Twyman, Robert J. | R | 9 | Chicago |
| Church, Ralph E. | R | 10 | Evanston |
| Reed, Chauncey W. | R | 11 | West Chicago |
| Mason, Noah M. | R | 12 | Oglesby |
| Allen, Leo E. | R | 13 | Galena |
| Johnson, Anton J. | R | 14 | Macomb |
| Chiperfield, Robert B. | R | 15 | Canton |
| Dirksen, Everett M. | R | 16 | Pekin |
| Arends, Leslie C. | R | 17 | Melvin |
| Jenison, Edward H. | R | 18 | Paris |
| McMillen, Rolla C. | R | 19 | Decatur |
| Simpson, Sid | R | 20 | Carrollton |
| Price, Melvin | D | 22 | East St. Louis |
| Vursell, Charles W. | R | 23 | Salem |
| Clippinger, Roy | R | 24 | Carmi |
| Bishop, C. W. (Runt) | R | 25 | Carterville |
| Stratton, William G. | R | At L. | Morris |
| | | | |
| INDIANA | | | |
| Madden, Ray J. | D | 1 | Gary |
| Halleck, Charles A. | R | 2 | Rensselaer |
| Grant, Robert A. | R | 3 | South Bend |
| Gillie, George W. | R | 4 | Fort Wayne |
| Harness, Forest A. | R | 5 | Kokomo |
| Johnson, Noble J. | R | 6 | Terre Haute |
| Landis, Gerald W. | R | 7 | Linton |
| Mitchell, E. (Edward) A. | R | 8 | Evansville |
| Wilson, Earl | R | 9 | Huron |
| Harvey, Ralph | R | 10 | New Castle |
| Ludlow, Louis | D | 11 | Indianapolis |
| | | | |
| IOWA | | | |
| Martin, Thomas E. | R | 1 | Iowa City |
| Talle, Henry O. | R | 2 | Decorah |
| Gwynne, John W. | R | 3 | Waterloo |
| LeCompte, Karl M. | R | 4 | Corydon |
| Cunningham, Paul | R | 5 | Des Moines |
| Dolliver, James I. | R | 6 | Fort Dodge |
| Jensen, Ben F. | R | 7 | Exira |
| Hoeven, Charles B. | R | 8 | Alton |

6 U.S.Cong.Serv. '48—2        XV