## HOUSE OF REPRESENTATIVES

|  | Party | Dist. | City |
|---|---|---|---|
| **KANSAS** | | | |
| Cole, Albert M. | R | 1 | Holton |
| Scrivner, Errett P. | R | 2 | Kansas City |
| Meyer, Herbert A. | R | 3 | Independence |
| Rees, Edward H. | R | 4 | Emporia |
| Hope, Clifford R. | R | 5 | Garden City |
| Smith, Wint | R | 6 | Mankato |
| **KENTUCKY** | | | |
| Gregory, Noble J. | D | 1 | Mayfield |
| Whitaker, John A. | D | 2 | Russelville |
| Morton, Thruston Ballard | R | 3 | Glenview |
| Chelf, Frank L. | D | 4 | Lebanon |
| Spence, Brent | D | 5 | Fort Thomas |
| Chapman, Virgil | D | 6 | Paris |
| Meade, W. Howes | R | 7 | Paintsville |
| Bates, Joe B. | D | 8 | Greenup |
| Lewis, William | R | 9 | London |
| **LOUISIANA** | | | |
| Hébert, F. Edward | D | 1 | New Orleans |
| Boggs, Hale | D | 2 | New Orleans |
| Domengeaux, James | D | 3 | Lafayette |
| Brooks, Overton | D | 4 | Shreveport |
| Passman, Otto E. | D | 5 | Monroe |
| Morrison, James H. | D | 6 | Hammond |
| Larcade, Henry D. Jr. | D | 7 | Opelousas |
| Allen, A. Leonard | D | 8 | Winnfield |
| **MAINE** | | | |
| Hale, Robert | R | 1 | Portland |
| Smith, Margaret Chase | R | 2 | Skowhegan |
| Fellows, Frank | R | 3 | Bangor |
| **MARYLAND** | | | |
| Miller, Edward T. | R | 1 | Easton |
| Meade, Hugh A. | D | 2 | Baltimore |
| Garmatz, Edward A. | D | 3 | Baltimore |
| Fallon, George H. | D | 4 | Baltimore |
| Sasscer, Lansdale G. | D | 5 | Upper Marlboro |
| Beall, J. Glenn | R | 6 | Frostburg |
| **MASSACHUSETTS** | | | |
| Heselton, John W. | R | 1 | Deerfield |
| Clason, Charles R. | R | 2 | Springfield |
| Philbin, Philip J. | D | 3 | Clinton |
| Donohue, Harold D. | D | 4 | Worcester |
| Rogers, Edith Nourse | R | 5 | Lowell |
| Bates, George J. | R | 6 | Salem |
| Lane, Thomas J. | D | 7 | Lawrence |
| Goodwin, Angier L. | R | 8 | Melrose |
| Nicholson, Donald W. | R | 9 | Wareham |
| Herter, Christian A. | R | 10 | Boston |
| Kennedy, John F. | D | 11 | Boston |

XVI

## HOUSE OF REPRESENTATIVES

| | Party | Dist. | City |
|---|---|---|---|
| **MASSACHUSETTS—Continued** | | | |
| McCormack, John W. | D | 12 | Dorchester |
| Wigglesworth, Richard B. | R | 13 | Milton |
| Martin, Joseph W. Jr. | R | 14 | North Attleboro |
| **MICHIGAN** | | | |
| Sadowski, George G. | D | 1 | Detroit |
| Michener, Earl C. | R | 2 | Adrian |
| Shafer, Paul W. | R | 3 | Battle Creek |
| Hoffman, Clare E. | R | 4 | Allegan |
| Jonkman, Bartel J. | R | 5 | Grand Rapids |
| Blackney, William W. | R | 6 | Flint |
| Wolcott, Jesse P. | R | 7 | Port Huron |
| Crawford, Fred L. | R | 8 | Saginaw |
| Engel, Albert J. | R | 9 | Muskegon |
| Woodruff, Roy O. | R | 10 | Bay City |
| Potter, Charles E. | R | 11 | Cheboygan |
| Bennett, John B. | R | 12 | Ontonagon |
| Coffin, Howard A. | R | 13 | Detroit |
| Youngblood, Harold F. | R | 14 | Detroit |
| Dingell, John D. | D | 15 | Detroit |
| Lesinski, John | D | 16 | Dearborn |
| Dondero, George A. | R | 17 | Royal Oak |
| **MINNESOTA** | | | |
| Andresen, August H. | R | 1 | Red Wing |
| O'Hara, Joseph P. | R | 2 | Glencoe |
| MacKinnon, George | R | 3 | Minneapolis |
| Devitt, Edward J. | R | 4 | St. Paul |
| Judd, Walter H. | R | 5 | Minneapolis |
| Knutson, Harold | R | 6 | Manhattan Beach |
| Andersen, H. Carl | R | 7 | Tyler |
| Blatnik, John A. | D | 8 | Chisholm |
| Hagen, Harold C. | R | 9 | Crookston |
| **MISSISSIPPI** | | | |
| Rankin, John E. | D | 1 | Tupelo |
| Whitten, Jamie L. | D | 2 | Charleston |
| Whittington, William M. | D | 3 | Greenwood |
| Abernethy, Thomas G. | D | 4 | Okolona |
| Winstead, Arthur | D | 5 | Philadelphia |
| Colmer, William M. | D | 6 | Pascagoula |
| Williams, John Bell | D | 7 | Raymond |
| **MISSOURI** | | | |
| Arnold, Wat | R | 1 | Kirksville |
| Schwabe, Max | R | 2 | Columbia |
| Cole, William C. | R | 3 | St. Joseph |
| Bell, C. Jasper | D | 4 | Blue Springs |
| Reeves, Albert L. Jr. | R | 5 | Kansas City |
| Bennett, Marion T. | R | 6 | Springfield |
| Short, Dewey | R | 7 | Galena |
| Banta, Parke M. | R | 8 | Arcadia |
| Cannon, Clarence | D | 9 | Elsberry |

XVII

**HOUSE OF REPRESENTATIVES**

| | Party | Dist. | City |
|---|---|---|---|
| **MISSOURI—Continued** | | | |
| Bakewell, Claude I. | R | 11 | St. Louis |
| Ploeser, Walter C. | R | 12 | Chesterfield, R. F. D. |
| Karsten, Frank M. | D | 13 | St. Louis |
| **MONTANA** | | | |
| Mansfield, Mike | D | 1 | Missoula |
| D'Ewart, Wesley A. | R | 2 | Wilsall |
| **NEBRASKA** | | | |
| Curtis, Carl T. | R | 1 | Minden |
| Buffett, Howard H. | R | 2 | Omaha |
| Stefan, Karl | R | 3 | Norfolk |
| Miller, A. L. | R | 4 | Kimball |
| **NEVADA** | | | |
| Russell, Charles H. | R | At L. | Ely |
| **NEW HAMPSHIRE** | | | |
| Merrow, Chester E. | R | 1 | Center Ossipee |
| Cotton, Norris | R | 2 | Lebanon |
| **NEW JERSEY** | | | |
| Wolverton, Charles A. | R | 1 | Merchantville |
| Hand, T. Millet | R | 2 | Cape May City |
| Auchincloss, James C. | R | 3 | Rumson |
| Mathews, Frank A. Jr. | R | 4 | Riverton |
| Eaton, Charles A. | R | 5 | Watchung |
| Case, Clifford P. | R | 6 | Rahway |
| Thomas, J. Parnell | R | 7 | Allendale |
| Canfield, Gordon | R | 8 | Paterson |
| Towe, Harry L. | R | 9 | Rutherford |
| Hartley, Fred A. Jr. | R | 10 | Kearny |
| Sundstrom, Frank L. | R | 11 | East Orange |
| Kean, Robert W. | R | 12 | Livingston |
| Norton, Mary T. | D | 13 | Jersey City |
| Hart, Edward J. | D | 14 | Jersey City |
| **NEW MEXICO** | | | |
| Fernandez, Antonio M. | D | At L. | Santa Fe |
| Lusk, Georgia L. | D | At L. | Santa Fe |
| **NEW YORK** | | | |
| Macy, W. Kingsland | R | 1 | Islip |
| Hall, Leonard W. | R | 2 | Oyster Bay |
| Latham, Henry J. | R | 3 | Queens Village |
| McMahon, Gregory | R | 4 | Ozone Park |
| Ross, Robert Tripp | R | 5 | Jackson Heights |
| Nodar, Robert Jr. | R | 6 | Maspeth |
| Delaney, John J. | D | 7 | Brooklyn |
| Pfeifer, Joseph L. | D | 8 | Brooklyn |
| Keogh, Eugene J. | D | 9 | Brooklyn |
| Somers, Andrew L. | D | 10 | Brooklyn |
| Heffernan, James J. | D | 11 | Brooklyn |
| Rooney, John J. | D | 12 | Brooklyn |
| O'Toole, Donald L. | D | 13 | Brooklyn |
| Multer, Abraham J. | D | 14 | Brooklyn |

XVIII

## HOUSE OF REPRESENTATIVES

| NEW YORK—Continued | Party | Dist. | City |
|---|---|---|---|
| Celler, Emanuel | D | 15 | Brooklyn |
| Buck, Ellsworth B. | R | 16 | Staten Island |
| Coudert, Frederic R. Jr. | R | 17 | New York City |
| Marcantonio, Vito | A. L. | 18 | New York City |
| Klein, Arthur G. | D | 19 | New York City |
| Bloom, Sol | D | 20 | New York City |
| Javits, Jacob K. (Jack) | R | 21 | New York City |
| Powell, Adam C. Jr. | D | 22 | New York City |
| Lynch, Walter A. | D | 23 | New York City |
| Isacson, Leo | A. L. | 24 | New York City |
| Buckley, Charles A. | D | 25 | New York City |
| Potts, David M. | R | 26 | New York City |
| Gwinn, Ralph W. | R | 27 | Bronxville |
| Gamble, Ralph A. | R | 28 | Larchmont |
| St. George, Katharine | R | 29 | Tuxedo Park |
| LeFevre, Jay | R | 30 | New Paltz |
| Kearney, Bernard W. (Pat) | R | 31 | Gloversville |
| Byrne, William T. | D | 32 | Loudonville |
| Taylor, Dean P. | R | 33 | Troy |
| Kilburn, Clarence E. | R | 34 | Malone |
| Fuller, Hadwen C. | R | 35 | Parish |
| Riehlman R. Walter | R | 36 | Tully |
| Hall, Edwin Arthur | R | 37 | Binghamton |
| Taber, John | R | 38 | Auburn |
| Cole, W. Sterling | R | 39 | Bath |
| Keating, Kenneth B. | R | 40 | Rochester |
| Wadsworth, James W. | R | 41 | Geneseo |
| Andrews, Walter G. | R | 42 | Buffalo |
| Elsaesser, Edward J. | R | 43 | Buffalo |
| Butler, John C. | R | 44 | Buffalo |
| Reed, Daniel A. | R | 45 | Dunkirk |
| **NORTH CAROLINA** | | | |
| Bonner, Herbert C. | D | 1 | Washington |
| Kerr, John H. | D | 2 | Warrenton |
| Barden, Graham A. | D | 3 | New Bern |
| Cooley, Harold D. | D | 4 | Nashville |
| Folger, John H. | D | 5 | Mount Airy |
| Durham, Carl T. | D | 6 | Chapel Hill |
| Clark, J. Bayard | D | 7 | Fayetteville |
| Deane, Charles B. | D | 8 | Rockingham |
| Doughton, Robert L. | D | 9 | Laurel Springs |
| Jones, Hamilton C. | D | 10 | Charlotte |
| Bulwinkle, Alfred L. | D | 11 | Gastonia |
| Redden, Monroe M. | D | 12 | Hendersonville |
| **NORTH DAKOTA** | | | |
| Lemke, William | R | At L. | Fargo |
| Robertson, Charles R. | R | At L. | Bismarck |

XIX

**HOUSE OF REPRESENTATIVES**

| OHIO | Party | Dist. | City |
|---|---|---|---|
| Elston, Charles H. | R | 1 | Cincinnati |
| Hess, William E. | R | 2 | Cincinnati |
| Burke, Raymond H. | R | 3 | Hamilton |
| McCulloch, William M. | R | 4 | Piqua |
| Clevenger, Cliff | R | 5 | Bryan |
| McCowen, Edward O. | R | 6 | Wheelersburg |
| Brown, Clarence J. | R | 7 | Blanchester |
| Smith, Frederick C. | R | 8 | Marion |
| Ramey, Homer A. | R | 9 | Toledo |
| Jenkins, Thomas A. | R | 10 | Ironton |
| Brehm, Walter E. | R | 11 | Logan |
| Vorys, John M. | R | 12 | Columbus |
| Weichel, Alvin F. | R | 13 | Sandusky |
| Huber, Walter B. | D | 14 | Akron |
| Griffiths, P. W. | R | 15 | Marietta |
| Carson, Henderson H. | R | 16 | Canton |
| McGregor, J. Harry | R | 17 | West Lafayette |
| Lewis, Earl R. | R | 18 | St. Clairsville |
| Kirwan, Michael J. | D | 19 | Youngstown |
| Feighan, Michael A. | D | 20 | Cleveland |
| Crosser, Robert | D | 21 | Cleveland |
| Bolton, Frances P. | R | 22 | Lyndhurst |
| Bender, George H. | R | At L. | Cleveland Heights |
| **OKLAHOMA** | | | |
| Schwabe, George B. | R | 1 | Tulsa |
| Stigler, William G. | D | 2 | Stigler |
| Albert, Carl | D | 3 | McAlester |
| Johnson, Glen D. | D | 4 | Okemah |
| Monroney, A. S. Mike | D | 5 | Oklahoma City |
| Morris, Toby | D | 6 | Lawton |
| Peden, Preston E. | D | 7 | Altus |
| Rizley, Ross | R | 8 | Guymon |
| **OREGON** | | | |
| Norblad, Walter | R | 1 | Astoria |
| Stockman, Lowell | R | 2 | Pendleton |
| Angell, Homer D. | R | 3 | Portland |
| Ellsworth, Harris | R | 4 | Roseburg |
| **PENNSYLVANIA** | | | |
| Gallagher, James | R | 1 | Philadelphia |
| McGarvey, Robert N. | R | 2 | Philadelphia |
| Scott, Hardie | R | 3 | Philadelphia |
| Maloney, Franklin J. | R | 4 | Philadelphia |
| Sarbacher, George W. Jr. | R | 5 | Philadelphia |
| Scott, Hugh D. Jr. | R | 6 | Philadelphia |
| Chadwick, E. Wallace | R | 7 | Moylan |
| Lichtenwalter, Franklin H. | R | 8 | Allentown |
| Dague, Paul B. | R | 9 | Downingtown |
| Scoblick, James P. | R | 10 | Archbald |
| Jenkins, Mitchell | R | 11 | Trucksville |

XX

HOUSE OF REPRESENTATIVES

| | Party | Dist. | City |
|---|---|---|---|
| **PENNSYLVANIA—Continued** | | | |
| Fenton, Ivor D. | R | 12 | Mahanoy City |
| Muhlenberg, Frederick A. | R | 13 | Sinking Springs (R. F. D.) |
| Gillette, Wilson D. | R | 14 | Towanda |
| Rich, Robert F. | R | 15 | Woolrich |
| McConnell, Samuel K. Jr. | R | 16 | Penn Wynne |
| Simpson, Richard M. | R | 17 | Huntingdon |
| Kunkel, John C. | R | 18 | Harrisburg |
| Gavin, Leon H. | R | 19 | Oil City |
| Walter, Francis E. | D | 20 | Easton |
| Gross, Chester H. | R | 21 | Manchester (R. F. D.) |
| Van Zandt, James E. | R | 22 | Altoona |
| Crow, William J. | R | 23 | Uniontown |
| Morgan, Thomas E. | D | 24 | Fredericktown |
| Graham, Louis E. | R | 25 | Beaver |
| Tibbott, Harve | R | 26 | Ebensburg |
| Kelley, Augustine B. | D | 27 | Greensburg |
| Kearns, Carroll D. | R | 28 | Farrell |
| McDowell, John | R | 29 | Wilkinsburg |
| Corbett, Robert J. | R | 30 | Bellevue |
| Fulton, James G. | R | 31 | Dormont (Pittsburgh) |
| Eberharter, Herman P. | D | 32 | Pittsburgh |
| Buchanan, Frank | D | 33 | McKeesport |
| **RHODE ISLAND** | | | |
| Forand, Aime J. | D | 1 | Cumberland |
| Fogarty, John E. | D | 2 | Harmony |
| **SOUTH CAROLINA** | | | |
| Rivers, L. Mendel | D | 1 | Charleston |
| Riley, John J. | D | 2 | Sumter |
| Dorn, W. J. Bryan | D | 3 | Greenwood |
| Bryson, Joseph R. | D | 4 | Greenville |
| Richards, James P. | D | 5 | Lancaster |
| McMillan, John L. | D | 6 | Florence |
| **SOUTH DAKOTA** | | | |
| Mundt, Karl E. | R | 1 | Madison |
| Case, Francis | R | 2 | Custer |
| **TENNESSEE** | | | |
| Phillips, Dayton E. | R | 1 | Elizabethton |
| Jennings, John E., Jr. | R | 2 | Knoxville |
| Kefauver, Estes | D | 3 | Chattanooga |
| Gore, Albert | D | 4 | Carthage |
| Evins, Joe L. | D | 5 | Smithville |
| Priest, J. Percy | D | 6 | Nashville |
| Courtney, Wirt | D | 7 | Franklin |
| Murray, Tom | D | 8 | Jackson |
| Cooper, Jere | D | 9 | Dyersburg |
| Davis, Clifford | D | 10 | Memphis |

XXI

## HOUSE OF REPRESENTATIVES

| TEXAS | Party | Dist. | City |
|---|---|---|---|
| Patman, Wright | D | 1 | Texarkana |
| Combs, J. M. | D | 2 | Beaumont |
| Beckworth, Lindley | D | 3 | Gladewater (R. F. D.) |
| Rayburn, Sam | D | 4 | Bonham |
| Wilson, J. Frank | D | 5 | Dallas |
| Teague, Olin E. | D | 6 | College Station |
| Pickett, Tom | D | 7 | Palestine |
| Thomas, Albert | D | 8 | Houston |
| Thompson, Clark W. | D | 9 | Galveston |
| Johnson, Lyndon B. | D | 10 | Johnson City |
| Poage, W. R. | D | 11 | Waco |
| Lucas, Wingate H. | D | 12 | Grapevine |
| Gossett, Ed | D | 13 | Wichita Falls |
| Lyle, John E. | D | 14 | Corpus Christi |
| West, Milton H. | D | 15 | Brownsville |
| Regan, Ken | D | 16 | Midland |
| Burleson, Omar | D | 17 | Ansom |
| Worley, Eugene | D | 18 | Shamrock |
| Mahon, George H. | D | 19 | Colorado City |
| Kilday, Paul J. | D | 20 | San Antonio |
| Fisher, O. C. | D | 21 | San Angelo |
| **UTAH** | | | |
| Granger, Walter K. | D | 1 | Cedar City |
| Dawson, William A. | R | 2 | Layton |
| **VERMONT** | | | |
| Plumley, Charles A. | R | At L. | Northfield |
| **VIRGINIA** | | | |
| Bland, Schuyler Otis | D | 1 | Newport News |
| Hardy, Porter Jr. | D | 2 | Norfolk |
| Gary, J. Vaughan | D | 3 | Richmond |
| Abbitt, Watkins M. | D | 4 | Appomattox |
| Stanley, Thomas B. | D | 5 | Stanleytown |
| Harrison, Burr P. | D | 7 | Winchester |
| Smith, Howard W. | D | 8 | Alexandria |
| Flannagan, John W. Jr. | D | 9 | Bristol |
| **WASHINGTON** | | | |
| Jones, Homer R. | R | 1 | Bremerton |
| Jackson, Henry M. | D | 2 | Everett |
| Mack, Russell V. | R | 3 | Hoquiam |
| Holmes, Hal | R | 4 | Ellensburg |
| Horan, Walt | R | 5 | Wenatchee |
| Tollefson, Thor C. | R | 6 | Tacoma |
| **WEST VIRGINIA** | | | |
| Love, Francis J. | R | 1 | Wheeling |
| Snyder, Melvin C. | R | 2 | Kingwood |
| Rohrbough, Edward G. | R | 3 | Glenville |

XXII

## HOUSE OF REPRESENTATIVES

| | Party | Dist. | City |
|---|---|---|---|
| **WEST VIRGINIA—Continued** | | | |
| Ellis, Hubert S. | R | 4 | Huntington |
| Kee, John | D | 5 | Bluefield |
| Hedrick, E. H. | D | 6 | Beckley |
| **WISCONSIN** | | | |
| Smith, Lawrence H. | R | 1 | Racine |
| Davis, Glenn R. | R | 2 | Waukesha |
| Stevenson, William H. | R | 3 | La Crosse |
| Brophy, John C. | R | 4 | Milwaukee |
| Kersten, Charles J. | R | 5 | Milwaukee |
| Keefe, Frank B. | R | 6 | Oshkosh |
| Murray, Reid F. | R | 7 | Ogdensburg |
| Byrnes, John W. | R | 8 | Green Bay |
| Hull, Merlin | R | 9 | Black River Falls |
| O'Konski, Alvin E. | R | 10 | Mercer |
| **WYOMING** | | | |
| Barrett, Frank A. | R | At L. | Lusk |

Republicans _ _ _ _ _ _ 244
Democrats _ _ _ _ _ _ _ 188
American Labor _ _ _ _ _ 2

## DELEGATES AND RESIDENT COMMISSIONERS

| | Party | City |
|---|---|---|
| **ALASKA** | | |
| *Delegate* | | |
| Bartlett, E. L. | D | Juneau |
| **HAWAII** | | |
| *Delegate* | | |
| Farrington, Joseph R. | R | Honolulu |
| **PUERTO RICO** | | |
| *Resident Commissioner* | | |
| Fernos-Isern, A. | P-D | San Juan |

# JUDICIARY COMMITTEE

## SENATE

ALEXANDER WILEY—*Chairman*

| | |
|---|---|
| WILLIAM LANGER | PAT McCARRAN |
| HOMER FERGUSON | HARLEY M. KILGORE |
| CHAPMAN REVERCOMB | JAMES O. EASTLAND |
| E. H. MOORE | WARREN G. MAGNUSON |
| FORREST C. DONNELL | J. W. FULBRIGHT |
| JOHN SHERMAN COOPER | J. HOWARD McGRATH |

Robert B. Young, *Clerk*

Maurice W. Covert

Joseph A. Davis

Richard Arens

J. Carlisle Ruddy

*Professional Staff Members*

## SUBCOMMITTEE ON REVISION OF LAWS

FORREST C. DONNELL, *Chairman*

E. H. MOORE     J. HOWARD McGRATH

XXIV

# JUDICIARY COMMITTEE

# HOUSE OF REPRESENTATIVES

*Under Whose Authority and Direction the United States Code and Supplements are edited and published. 1 U.S.C. § 52 and Reorganization Act of 1946, Aug. 2, 1946, ch. 753, Tit. 1, 60 Stat. 814*

EARL C. MICHENER, Michigan—*Chairman*

| | |
|---|---|
| CHAUNCEY W. REED | Illinois |
| JOHN W. GWYNNE | Iowa |
| LOUIS E. GRAHAM | Pennsylvania |
| FRANK FELLOWS | Maine |
| EARL R. LEWIS | Ohio |
| JOHN JENNINGS, JR. | Tennessee |
| CLIFFORD P. CASE | New Jersey |
| E. WALLACE CHADWICK | Pennsylvania |
| ALBERT L. REEVES, JR. | Missouri |
| KENNETH B. KEATING | New York |
| EDWARD J. DEVITT | Minnesota |
| ELLSWORTH B. FOOTE | Connecticut |
| WILLIAM M. McCULLOCH | Ohio |
| J. CALEB BOGGS | Delaware |
| EMANUEL CELLER | New York |
| FRANCIS E. WALTER | Pennsylvania |
| SAM HOBBS | Alabama |
| WILLIAM T. BYRNE | New York |
| ESTES KEFAUVER | Tennessee |
| JOSEPH R. BRYSON | South Carolina |
| FADJO CRAVENS | Arkansas |
| THOMAS J. LANE | Massachusetts |
| MARTIN GORSKI | Illinois |
| MICHAEL A. FEIGHAN | Ohio |
| FRANK L. CHELF | Kentucky |
| ED GOSSETT | Texas |

C. Murray Bernhardt, *Clerk*

Velma Smedley, *Ass't Clerk*

## SUBCOMMITTEE NO. 1

CHAUNCEY W. REED, *Acting Chairman*

| | |
|---|---|
| JOHN JENNINGS, JR. | EMANUEL CELLER |
| E. WALLACE CHADWICK | FRANK L. CHELF |
| J. CALEB BOGGS | ED GOSSETT |

XXV

# ADVISORY COMMITTEE

*This Committee considered and revised the various drafts of Title 28, Judiciary and Judicial Procedure, during the course of preparation.*

HON. FLOYD E. THOMPSON, *Chairman*
Poppenhusen, Johnston, Thompson & Raymond
Chicago, Illinois
Former Chief Justice, Illinois Supreme Court

HON. JUSTIN MILLER
Washington, D. C.
Former Associate Justice, United States Court of Appeals
For the District of Columbia

HON. JOHN B. SANBORN
St. Paul, Minnesota
Judge, U. S. Circuit Court of Appeals
Eighth Circuit

HON. WALTER P. ARMSTRONG
Armstrong McCadden, Allen, Braden & Goodman
Memphis, Tennessee
Former President American Bar Association

HON. JOHN DICKINSON
Philadelphia, Pennsylvania
General Counsel, The Pennsylvania Railroad Company

## Judicial Consultant

HON. JOHN J. PARKER
Charlotte, North Carolina
Senior Circuit Judge, U. S. Circuit Court of Appeals
Fourth Circuit

JUDICIAL CONFERENCE COMMITTEE ON

REVISION OF THE JUDICIAL CODE

*Appointed by the Chief Justice of the United States*

HON. ALBERT BRANSON MARIS, *Chairman*
Philadelphia, Pennsylvania
Judge, U. S. Circuit Court of Appeals, 3rd Circuit


HON. CLARENCE G. GALSTON
Brooklyn, New York
Judge, U. S. District Court, Eastern District of New York


HON. WILLIAM F. SMITH
Newark, New Jersey
Judge, U. S. District Court, District of New Jersey

# REVISION STAFF

*Supplementing the Combined Editorial Staff of Edward Thompson Co. and West Publishing Co.*

**WILLIAM W. BARRON**

Reviser

Former Chief of Appellate Section
Department of Justice
Washington, D. C.

**FRANK J. PARKER**

Assistant United States Attorney
for the Eastern District of
New York

## Special Consultants

| | |
|---|---|
| JAMES W. MOORE | HON. ALEXANDER HOLTZOFF |
| Professor of Law | Washington, D. C. |
| Yale University | Judge, U. S. District Court |
| Chief Research Assistant to | for the District of Columbia |
| Committee on Rules of Civil Procedure | |

XXVIII

# Acknowledgment

The Publishers hereby wish to record grateful appreciation to the Bench and Bar, as well as to the various Bar Associations and Law Schools, for valuable and practical assistance and cooperation throughout the preparation of this historic new Title of the United States Code, relating to the Judiciary and Judicial Procedure.

# The Congress

## Laws of 80th Congress
### Second Session

†

xxx

# Title 28, United States Code Judiciary and Judicial Procedure

CHAPTER 646—PUBLIC LAW 773

AN ACT

To revise, codify, and enact into law title 28 of the United States Code entitled "Judicial Code and Judiciary".

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That:

Title 28 of the United States Code, entitled "Judicial Code and Judiciary" is hereby revised, codified, and enacted into law, and may be cited as "Title 28, United States Code, section —", as follows:

## TITLE 28

## JUDICIARY AND JUDICIAL PROCEDURE

| Part | Sec. |
|---|---|
| I. ORGANIZATION OF COURTS | 1 |
| II. UNITED STATES ATTORNEYS AND MARSHALS | 501 |
| III. COURT OFFICERS AND EMPLOYEES | 601 |
| IV. JURISDICTION AND VENUE | 1251 |
| V. PROCEDURE | 1651 |
| VI. PARTICULAR PROCEEDINGS | 2201 |

### PART I—ORGANIZATION OF COURTS

| Chapter | Sec. |
|---|---|
| 1. Supreme Court | 1 |
| 3. Courts of appeals | 41 |
| 5. District courts | 81 |
| 7. Court of Claims | 171 |
| 9. Court of Customs and Patent Appeals | 211 |
| 11. Customs Court | 251 |
| 13. Assignment of judges to other courts | 291 |
| 15. Conferences and councils of judges | 331 |
| 17. Resignation and retirement of judges | 371 |
| 19. Distribution of reports and digests | 411 |
| 21. General provisions applicable to courts and judges | 451 |

6 U.S.Cong.Serv. '48—3         1487

### § 130. Wisconsin

Wisconsin is divided into two judicial districts to be known as the Eastern and Western districts of Wisconsin.

#### Eastern District

(a) The Eastern District comprises the counties of Brown, Calumet, Dodge, Door, Florence, Fond du Lac, Forest, Green Lake, Kenosha, Kewaunee, Langlade, Manitowoc, Marinette, Marquette, Milwaukee, Oconto, Outagamie, Ozaukee, Racine, Shawano, Sheboygan, Walworth, Washington, Waukesha, Waupaca, Waushara, and Winnebago.

Court for the Eastern District shall be held at Green Bay, Milwaukee, and Oshkosh.

#### Western District

(b) The Western District comprises the counties of Adams, Ashland, Barron, Bayfield, Buffalo, Burnett, Chippewa, Clark, Columbia, Crawford, Dane, Douglas, Dunn, Eau Claire, Grant, Green, Iowa, Iron, Jackson, Jefferson, Juneau, La Crosse, Lafayette, Lincoln, Marathon, Monroe, Oneida, Pepin, Pierce, Polk, Portage, Price, Richland, Rock, Rusk, Saint Croix, Sauk, Sawyer, Taylor, Trempealeau, Vernon, Vilas, Washburn, and Wood.

Court for the Western District shall be held at Eau Claire, La Crosse, Madison, Superior, and Wausau.

### § 131. Wyoming

Wyoming and those portions of Yellowstone National Park situated in Montana and Idaho constitute one judicial district.

Court shall be held at Casper, Cheyenne, Evanston, Lander, and Sheridan.

### § 132. Creation and composition of district courts

(a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.

(b) Each district court shall consist of the district judge or judges for the district in active service. Justices or judges designated or assigned shall be competent to sit as judges of the court.

(c) Except as otherwise provided by law, or rule or order of court, the judicial power of a district court with respect to any action, suit or proceeding may be exercised by a single judge, who may preside alone and hold a regular or special session of court at the same time other sessions are held by other judges.

### § 133. Appointment and number of district judges

The President shall appoint, by and with the advice and consent of the Senate, district judges for the several judicial districts, as follows:

TITLE 28, UNITED STATES CODE

Yellowstone National Park in Montana and Idaho is derived from said section 27. Other provisions of said section are incorporated in sections 631 and 632 of this title.

A provision of section 196 of title 28, U.S.C., 1940 ed., for furnishing rooms and accommodations at Casper was omitted as obsolete, upon advice of the Director of the Administrative Office of the United States Courts that Federal accommodations are now available there.

Provisions of section 196 of title 28, U.S.C., 1940 ed., for appointment of deputies and maintenance of offices by the clerk and marshal were omitted as covered by sections 541, 542, and 751 of this title.

### Section 132—Section Revised

Based on title 28, U.S.C., 1940 ed., § 1, and section 641 of title 48, U.S.C., 1940 ed., Territories and Insular Possessions (Apr. 30, 1900, ch. 339, § 86, 31 Stat. 158; Mar. 3, 1909, ch. 269, § 1, 35 Stat. 838; Mar. 3, 1911, ch. 231, § 1, 36 Stat. 1087; July 30, 1914, ch. 216, 38 Stat. 580; July 19, 1921, ch. 42, § 313, 42 Stat. 119; Feb. 12, 1925, ch. 220, 43 Stat. 890; Dec. 13, 1926, ch. 6, § 1, 44 Stat. 19).

Section consolidates section 1 of title 28, U.S.C., 1940 ed., and section 641 of title 48, U.S.C., 1940 ed., with changes in phraseology necessary to effect the consolidation.

Subsection (c) is derived from section 641 of title 48, U.S.C., 1940 ed., which applied only to the Territory of Hawaii. The revised section, by extending it to all districts, merely recognizes established practice.

Other portions of section 1 of title 28, U.S.C., 1940 ed., are incorporated in sections 133 and 134 of this title. The remainder of section 641 of title 48, U.S.C., 1940 ed., is incorporated in sections 91 and 133 of this title.

### Section 133—Section Revised [5]

Based on title 28, U.S.C., 1940 ed., § 1 and notes; sections 641, 643, 863, and 864 of title 48, U.S.C., 1940 ed., Territories and Insular Possessions; District of Columbia Code, 1940 ed., § 11–301 (Apr. 12, 1900, ch. 191, §§ 34, 35, 31 Stat. 84, 85; Apr. 30, 1900, ch. 339, § 86, 31 Stat. 158; Mar. 3, 1901, ch. 854, § 60, 31 Stat. 1199; Mar. 3, 1909, ch. 269, § 1, 35 Stat. 838; Mar. 3, 1911, ch. 231, § 1, 36 Stat. 1087; Jan. 7, 1913, ch. 6, 37 Stat. 648; July 30, 1914, ch. 216, 38 Stat. 580; Mar. 3, 1915, ch. 100, § 1, 38 Stat. 961; Apr. 11, 1916, ch. 64, § 1, 39 Stat. 48; Feb. 26, 1917, ch. 120, 39 Stat. 938; Mar. 2, 1917, ch. 145, §§ 41, 42, 39 Stat. 965, 966; Feb. 26, 1919, ch. 50, § 1, 40 Stat. 1183; Mar. 4, 1921, ch. 161, § 1, 41 Stat. 1412; July 9, 1921, ch. 42, § 313, 42 Stat. 119; Sept. 14, 1922, ch. 306, § 1, 42 Stat. 837; Jan. 16, 1925, ch. 83, § 3, 43 Stat. 752; Feb. 12, 1925, ch. 220, 43 Stat. 890; Feb. 13, 1925, ch. 229, §§ 1, 13, 43 Stat. 936, 942; Feb. 16, 1925, ch. 233, §§ 2, 3, 43 Stat. 946; Mar. 2, 1925, ch. 397, §§ 1–3, 43 Stat. 1098; Mar. 3,

---

[5] Provisions for one district judge in the Southern District of Indiana were inserted in this section by Senate amendment. See Senate Report No. 1559.