The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiffs*

v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

**A05-123-CV(RRB)**

**ORDER**

It is hereby ORDERED as follows:

1.      Findings of Fact and Conclusions of Law will be attached to this ORDER before

noon of May 9, 2008; or,

2.      This instant Case is dismissed with Prejudice against the Hymes.

_____
Signature of Judge Beistline