United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

ERRATA

MOTION TO CORRECT THE FILING OF ATTACHMENTS

Come now the Defendants, Donald Louis Hymes and Rita MariNa Hymes and ask that the filing of Attachments be corrected.

Attachments A-E are to be filed with defendants' Expedited Motion to Reconsider, in this case. Whereas Attachments A-N and AA-DD are to be filed with Defendants' Motion to Vacate under 2255 (4:02-cr-00019).

My Hand    My Hand

*[signatures]*

CERTIFICATE OF SERVICE

A true and correct copy of this document has been sent by United States Mail to

Stephen Cooper

Asst. US Attorney

Fed. Bldg. & US Courthouse

101 12th Avenue  Room 313

Fairbanks, AK 99701


Jennifer D. Auchterlonie
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Jennifer.D.Auchterlonie@usdoj.gov


Date: May 08, 2008

Rita Marilya Hymes