# ATTACHMENT

# A

| Area:<br>SMALL B~~NESS~~/SELF EMPLOYED AREA #12<br>Lien Unit Phone: (206) 220-5596 | Serial Number<br><br>140709103 | For Optional Use by Recording Office |
|---|---|---|
| As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue. | | ● This Notice of Federal Tax Lien has been filed as a matter of public record.<br>● IRS will continue to charge penalty and interest until you satisfy the amount you owe.<br>● Contact the Area Office Collection Function for information on the amount<br>● Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.<br>● See the back of this page for an explanation of your Administrative Appeal rights. |

property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer DONALD L HYMES

Residence      2340 RAVENWOOD
               FAIRBANKS, AK 99709

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 12/24/2001 | 01/23/2012 | 788.79 |
| 1040 | 12/31/1999 | 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 | 11/12/2001 | 12/12/2011 | 2839.78 |

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies.
Initial: _____

Place of Filing      RECORDING DISTRICT OF
                     FAIRBANKS
                     FAIRBANKS, AK 99701

EXHIBIT A

Total $ 3628.57

notice was prepared and signed at _____SEATTLE, WA_____, on this,

___27th___ day of ___October___, ___2003___.

Signature ___KE WALSH___

Title REVENUE OFFICER
(907) 271-6972

32-03-3277

(NOTE: Certificate of officer authorized by law to take acknowledgment...)