UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  HYMES  </u>

DATE:   <u> May 13, 2008  </u>   CASE NO.   <u>  3:05-CV-0123-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
DENYING MOTIONS TO RECONSIDER**

---

     For the reasons articulated by the Plaintiff at Docket 203 in its response to Defendants' Motions to Reconsider at Dockets 199 and 200, Defendants' motions are hereby **DENIED**.

     This matter is now concluded. If Defendants are to obtain relief from the Judgment entered by this Court, they must obtain it from the Court of Appeals.

M.O. DENYING MOTIONS TO RECONSIDER