The United States of America

The United States

District Court of the United States

District of Alaska'

RECEIVED

MAY 3 0 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

*Plaintiff*
v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

## NOTICE OF APPEAL

Notice is hereby given that Donald Louis Hymes and Rita MariNa Hymes, Defendants in the above named case, hereby appeal to the Ninth Circuit Court of Appeals for the Federal Circuit from the District of Alaska from the judgments entered in this action :

1. MINUTE ORDER FROM CHAMBERS DENYING MOTIONS
   TO RECONSIDER ...........................................................05.13.2008

2. UNITED STATES ORDER OF FORECLOSURE AND JUDICIAL SALE 03.04.2008

3. JUDGMENT IN A CIVIL CASE...............................................03.03.2008

4. SUPPLEMENTAL ORDER REGARDING SUMMARY JUDGMENT
   AND ORDER DENYING /DISMISSING DEFENDANTS'; SUBSEQUENT
   PLEADINGS................................................................. 02.29.2008

5. ORDER REGARDING PENDING MOTIONS..................................01. 16. 2008

Date: May, 30, 2008

My Hand

My Hand

*Donald Louis Hymes* (signature)

Donald Louis Hymes
Rita MariNa Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922