IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES, TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH,<br><br>　　　　Defendants. | Case 3:05-cv-0123 RRB<br><br>**SUPPLEMENTAL ORDER REGARDING SUMMARY JUDGMENT AND ORDER DENYING/DISMISSING DEFENDANTS' SUBSEQUENT PLEADINGS** |

On January 16, 2008, this Court Granted Plaintiff's Motion for Summary Judgment at Docket 159. Defendants twice moved for reconsideration of this summary judgment order which the Court denied. Defendants now file a Motion to Dismiss at Docket 165. Given the fact that summary judgment has entered against Defendants, the most recent pleadings at Docket 165 must be denied and/or dismissed, for this matter was resolved by the aforesaid

summary judgment order. Moreover, a cursory review of the aforesaid motion to dismiss shows it to be without merit.

Summary Judgment was entered against Defendants in this matter for the reasons clearly and specifically set forth by Plaintiff in its Motion for Summary Judgment at Docket 139. By way of this Supplemental Order, the Court notes that the uncontested evidence in this matter is clear. Donald L. Hymes and Rita M. Hymes are indebted to the United States for tax, interest, and penalties assessed for each of the tax years at issue, plus additional interest and penalties as provided by law. Further, the United States has valid tax liens and is entitled to foreclose against the subject property. The United States is therefore entitled to judgment as a matter of law reducing the assessments for those years to judgment and foreclosing the federal tax liens against the subject property. Defendants have produced no evidence or coherent arguments to suggest otherwise.

Therefore the Court, having granted Plaintiff's Motion for Summary Judgment, hereby orders as follows:

1.  Donald L. Hymes is indebted to the United States for unpaid federal tax liabilities in the amount of $234,320.79, plus additional interest and penalties accruing from September 14, 2007, until paid, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. 1961 (c);

2. Rita M. Hymes is indebted to the United States for unpaid federal tax liabilities in the amount of $28,580.29, plus additional interest and penalties accruing from September 14, 2007, until paid, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. 1961 (c);

3. The United States has valid subsisting federal tax liens, by virtue of the assessments referred to in Plaintiff's moving papers, on all property and rights to property of Donald L. Hymes and Rita M. Hymes, both real and personal, tangible and intangible, including the subject property, i.e.

> Lot Fifty (50) of Section fourteen (14), Township One South, Range Two West, Fairbanks Meridian Subject to reservations, restrictions and easements of record. (subject property).

4. Defendant Sunshine Trust, Rita M. Hymes, Trustee, has no valid interest in the subject property;

5. The federal tax lien against the subject property shall be foreclosed and the property sold at auction with proceeds to be distributed first to the allowed costs of sale, and second, to the Unites States to be applied toward the unpaid tax liabilities of defendants Donald L. Hymes and Rita M. Hymes until the funds are exhausted.

Judgment shall issue forthwith.

ENTERED this 29th day of February, 2008.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT

SUPPLEMENTAL ORDER RE SUMMARY JUDGMENT - 3
3:05-CV-0123 RRB