# ATTACHMENT

1

CLOSED

# U.S. District Court

## CIVIL DOCKET FOR CASE #: 3:05-cv-00123-RRB

United States of America v. Hymes et al
Assigned to: Ralph R. Beistline
Demand: $199,000
Cause: No cause code entered

Date Filed: 06/03/2005
Date Terminated: 03/03/2008
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**    represented by    **Jennifer D. Auchterlonie**
U.S. Department of Justice (WA DC Box 683)
PO Box 683, Ben Franklin Station
Washington, DC 20044
202-514-9593
Fax: 202-307-0054
Email: jennifer.d.auchterlonie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B. Snyder, III**
U.S. Department of Justice (WA DC Box 972)
Tax Division
PO Box 972
Washington, DC 20044
202-307-6548
Fax: 202-307-0054
Email: Western.Taxcivil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nelson P. Cohen**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: traci.ross@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Attachment 1 - page 1 of 16**

| | |
|---|---|
| **Donald L. Hymes**<br>*TERMINATED: 03/03/2008* | represented by **Donald L. Hymes**<br>2340 Ravenwood Avenue<br>Fairbanks, AK 99709<br>907-479-6922<br>PRO SE |
| **Defendant**<br>**Rita M. Hymes**<br>*TERMINATED: 03/03/2008* | represented by **Rita M. Hymes**<br>2340 Ravenwood Avenue<br>Fairbanks, AK 99709<br>907-479-6922<br>PRO SE |
| **Defendant**<br>**Aurora Trust**<br>*TERMINATED: 07/03/2006* | represented by **Aurora Trust**<br>Charla Alethea Hymes Rayburn<br>5340 Butterfly Lane<br>Fairbanks, AK 99712<br>907-488-4738<br>PRO SE |
| **Defendant**<br>**Sunshine Trust** | represented by **Sunshine Trust**<br>Rita M. Hymes<br>2340 Ravenwood Avenue<br>Fairbanks, AK 99709<br>907-479-6922<br>PRO SE |
| **Defendant**<br>**Zena D. Hymes**<br>*TERMINATED: 07/03/2006* | |
| **Defendant**<br>**Charla Hymes**<br>*TERMINATED: 07/03/2006* | represented by **Charla Hymes**<br>5340 Butterfly Lane<br>Fairbanks, AK 99712<br>907-488-4738<br>PRO SE |
| **Defendant**<br>**Fairbanks Northstar Borough**<br>*TERMINATED: 07/10/2006* | represented by **Cynthia M. Klepaski**<br>Fairbanks North Star Borough<br>PO Box 71267<br>Fairbanks, AK 99707<br>907-459-1318<br>Fax: 907-459-1155<br>Email: cklepaski@co.fairbanks.ak.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

CM/ECF ?

- Query
- Reports
- Utilities
- Logout

CLOSED

## U.S. District Court
### District of Alaska (Anchorage)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00123-RRB

United States of America v. Hymes et al
Assigned to: Ralph R. Beistline
Demand: $199,000
Cause: No cause code entered

Date Filed: 06/03/2005
Date Terminated: 03/03/2008
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2008 | 204 | ORDER denying Motions for Reconsideration at Dockets 199 and 200 . This matter is now concluded. If Defendants are to obtain relief from the Judgment entered by this Court, they must obtain it from the Court of Appeals. (CC: Defendants) (JPS, COURT STAFF) (Entered: 05/13/2008) |
| 05/13/2008 | 203 | RESPONSE in Opposition re 200 MOTION for Reconsideration re 198 Order on Motion to Vacate, Order on Motion to Amend/Correct,, 199 MOTION for Reconsideration re 198 Order on Motion to Vacate, Order on Motion to Amend/Correct,, MOTION for Reconsideration re 198 Order on Mot, 199 MOTION for Reconsideration re 198 Order on Motion to Vacate, Order on Motion to Amend/Correct,, MOTION for Reconsideration re 198 Order on Motion to Vacate, Order on Motion to Amend/Correct,, MOTION for Reconsideration re 198 Order on Motion to Vacate, Order on Motion to Amend/Correct,, filed by United States of America. (Auchterlonie, Jennifer) (Entered: 05/13/2008) |
| 05/08/2008 | 202 | ERRATA as to 199 MOTION for Reconsideration filed by Donald L. Hymes, Rita M. Hymes. (Attachments: #1 Attachment A, #2 Attachment B, #3 Attachment C, #4 Attachment D, #5 Attachment E)(SLM, COURT STAFF) (Entered: 05/08/2008) |
| 05/08/2008 | 201 | MINUTE ORDER: The Government has until noon on TUESDAY, MAY 13, 2008, to file a response to Defendants' Motions at Dockets 199 and 120 . (Mailed to Defendants)(JPS, COURT STAFF) (Entered: 05/08/2008) |

| Date | # | Description |
|---|---|---|
| 05/07/2008 | 200 | MOTION for Reconsideration re 198 Order on Motion to Vacate, Order on Motion to Amend/Correct, 199 EXPEDITED MOTION for Reconsideration by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order)(LGK, COURT STAFF) (Entered: 05/07/2008) |
| 05/07/2008 | 199 | EXPEDITED MOTION for Reconsideration re 198 Order on Motion to Vacate, Order on Motion to Amend/Correct, by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Attachment A; # 2 Attachment B; # 3 Attachment C; # 4 Attachment D; # 5 Attachment E; # 6 Attachment F; # 7 Attachment G; # 8 Attachment H; # 9 Attachment I; # 10 Attachment J; # 11 Attachment K; # 12 Attachment L; # 13 Attachment M; # 14 Attachment N; # 15 Attachment AA; # 16 Attachment BB; # 17 Attachment CC pages 1-20; # 18 Attachment CC pages 21-38; # 19 Attachment DD; # 20 Proposed Order)(LGK, COURT STAFF) (Entered: 05/07/2008) |
| 05/01/2008 | 198 | ORDER REGARDING PENDING MOTIONS. (Mailed to Defendants) (JPS, COURT STAFF) (Entered: 05/01/2008) |
| 04/23/2008 | 197 | AFFIDAVIT of Donald L. Hymes in support of 194 . (SLM, COURT STAFF) Modified on 4/25/2008 to link to docket 194 (CPB, COURT STAFF). (Entered: 04/25/2008) |
| 04/23/2008 | 196 | AFFIDAVIT of Rita M. Hymes in support of 194 . (SLM, COURT STAFF) Modified on 4/25/2008 to link to docket 194(CPB, COURT STAFF). (Entered: 04/25/2008) |
| 04/23/2008 | 195 | NOTICE OF Proposed ORDER that the judicial sale judgment be vacated and this instant case dismissed with prejudice. (SLM, COURT STAFF) Modified on 4/25/2008 to add "NOTICE OF" (NKD, COURT STAFF). (Entered: 04/25/2008) |
| 04/23/2008 | 194 | REPLY to Response to Motion re MOTIONS 178 , 182 , 186 to Amend/Correct 172 filed by Donald L. Hymes, Rita M. Hymes. (Attachments: (1) reply pages 22-45; (2) Attachment A; (3) Attachment B; (4) Attachment C; (5) Attachment D; (6) Attachment E pgs 1-7 ;(7) Attachment E pgs 8-15 ;(8) Attachment F ;(9) Attachment G;(10) Attachment H ;(11) Attachment I ;(12) Attachment J;(13) Attachment K;(14) Attachment L ;(15) Attachment M ;16) Attachment N; (17) Attachment O;(18) Attachment P; (19) Attachment Q;(20) Attachment R ;(21)Attachment S; (22) Attachment T pgs 1-10; (23)Attachment T pgs 11-20; (24) Attachment U pgs 1-11 ;(25) Attachment U pgs 12-21 ;(26) Attachment V pgs 1-14; (27)Attachment V pgs 15-29 ;(28) Attachment W;(29) Attachment X pgs 1-15; (30) Attachment X pgs 16-30)(SLM, COURT STAFF) Modified on 4/25/2008 (NKD, COURT STAFF). (Entered: 04/25/2008) |
| 04/18/2008 | 193 | ORDER regarding 192 Motion for Clarification. (Mailed to Defendants) (JPS, COURT STAFF) (Entered: 04/18/2008) |

| Date | No. | Description |
|---|---|---|
| 04/17/2008 | 192 | MOTION for clarification re 190 Order, filed by Donald L. Hymes, Rita M. Hymes. (Attachments: #A, minute order from chambers (dkt 190); #B, docket)(LGK, COURT STAFF) (Entered: 04/17/2008) |
| 04/07/2008 | 191 | RESPONSE in Opposition re 178 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 170 Judgment, 182 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 186 MOTION to Amend/Correct 178 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 170 Judgment, 172 MOTION to Vacate 171 Order, 182 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacat MOTION to Amend/Correct 178 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order, 170 Judgment, 172 MOTION to Vacate 171 Order, 182 MOTION to Amend/Correct 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacat filed by United States of America. (Auchterlonie, Jennifer) (Entered: 04/07/2008) |
| 04/04/2008 | 190 | ORDER re Motion for Stay. (Mailed to Hymes) (JPS, COURT STAFF) (Entered: 04/04/2008) |
| 03/27/2008 | 189 | CERTIFICATE OF SERVICE by Rita M. Hymes re 186 MOTION to Amend #3, 187 Affidavit, 188 Affidavit. (LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/27/2008 | 188 | AFFIDAVIT of Rita MariNa Hymes re 186 MOTION to Amend #3. (LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/27/2008 | 187 | AFFIDAVIT of Donald Louis Hymes re 186 MOTION to Amend #3. (LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/27/2008 | 186 | MOTION to Amend #3 re: 178 MOTION to Amend #1 172 MOTION to Vacate 171 Order, 170 Judgment, 182 MOTION to Amend #2 by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Title 26-Internal Revenue;# 2 Authorities;# 3Fed. Register Rules and Regs-Income Taxes;# 4Rules and Regs. Dept of Treasury;# 5 Title 26 Internal Revenue, control numbers;# 6Form 1120;# 7 Federal Register Notices;# 8 Notice of Office of Management and Budget Action;# 9 Proposed Order)(LGK, COURT STAFF) (Entered: 03/28/2008) |
| 03/24/2008 | 185 | CERTIFICATE OF SERVICE by Rita M. Hymes re 182 MOTION to Amend #2 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 184 | AFFIDAVIT of Rita MariNa Hymes re 182 MOTION to Amend #2 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order by Rita M. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |

| | | |
|---|---|---|
| 03/24/2008 | 183 | AFFIDAVIT of Donald Hymes re 182 MOTION to Amend 172 MOTION to Vacate 171 Order MOTION to Amend/Correct 172 MOTION to Vacate 171 Order by Donald L. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 182 | MOTION to Amend #2 172 MOTION to Vacate Judgment 171 Order by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 A internal revenue code;# 2 B Title 26;# 3 C Statutes; # 4 D Code of Federal regulations refs and annos;# 5 E Code of Fed. Regulations, verification of returns; # 6 F OMB Control Numbers; # 7 G copy of Form 1120;# 8 Proposed Order)(LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 181 | CERTIFICATE OF SERVICE by Rita M. Hymes re 179 Affidavit, 178 MOTION to Amend 172 MOTION to Vacate 171 Order, 170 Judgment, 180 Affidavit (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 180 | AFFIDAVIT of Donald Louis Hymes re 178 MOTION to Amend 172 MOTION to Vacate 171 Order, 170 Judgment by Donald L. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 179 | AFFIDAVIT of Rita MariNa Hymes re 178 MOTION to Amend #1 172 MOTION to Vacate 171 Order, 170 Judgment by Rita M. Hymes. (LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/24/2008 | 178 | MOTION to Amend 172 MOTION to Vacate 171 Order, 170 Judgment by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Exhibit A;# 2 Proposed Order)(LGK, COURT STAFF) (Entered: 03/24/2008) |
| 03/21/2008 | 177 | RESPONSE in Opposition re 172 MOTION to Vacate 171 Order, 175 MOTION to Stay re 172 MOTION to Vacate 171 Order, 171 Order MOTION to Stay re 172 MOTION to Vacate 171 Order, 171 Order filed by United States of America. (Auchterlonie, Jennifer) (Entered: 03/21/2008) |
| 03/13/2008 | | Docket Annotation re 176 Order on Motion to Stay: Mailed to Defendants 3/13/08. (JPS, COURT STAFF) (Entered: 03/13/2008) |
| 03/12/2008 | 176 | MINUTE ORDER: Docket 175 -- Motion for Expedited Consideration -- is GRANTED. The Government has until 4:30 p.m. on FRIDAY, MARCH 21, 2008, to file a response to Defendants' Motion to Vacate Judgment at Docket 172 . (JPS, COURT STAFF) (Entered: 03/12/2008) |
| 03/11/2008 | 175 | MOTION for Expedited Consideration for Stay of Execution re 171 Order, pending court's ruling on Defendant's Motion 172 and possible appeal to the Ninth Circuit Court of Appeals, filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order)(LGK, COURT STAFF) (Entered: 03/11/2008) |
| 03/10/2008 | 174 | AFFIDAVIT of Rita MariNa Hymes re 172 MOTION to Vacate 171 Order. (LGK, COURT STAFF) Modified on 3/11/2008 to correct spelling error (Rita) (LGK, COURT STAFF). (Entered: 03/10/2008) |

CM/ECF District Version 3.2.1 LIVE DB    file:///C:/Documents%20and%20Settings/Carl/My%20Documents/...

Case 3:05-cv-00123-RRB    Document 205-6    Filed 05/30/2008    Page 8 of 19

| 03/10/2008 | 173 | AFFIDAVIT of Donald Louis Hymes re 172 MOTION to Vacate 171 Order. (LGK, COURT STAFF) (Entered: 03/10/2008) |
|---|---|---|
| 03/10/2008 | 172 | MOTION to Vacate Judgment re: Order 171 filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order; # 2 Attachment A, copy of response to defendant's first set of requests for admission)(LGK, COURT STAFF) (Entered: 03/10/2008) |
| 03/05/2008 | 171 | ORDER OF FORECLOSURE AND JUDICIAL SALE. Signed by Judge Ralph R. Beistline on 3/4/2008. (Faxed to USM and mailed to Defendants Hymes)(JPS, COURT STAFF) (Entered: 03/05/2008) |
| 03/03/2008 | 170 | JUDGMENT in favor of United States of America against Donald L. Hymes, Rita M. Hymes. Signed by Judge Ralph R. Beistline on 03/03/2008. (CPB, COURT STAFF) (Entered: 03/03/2008) |
| 02/29/2008 | 169 | SUPPLEMENTAL ORDER REGARDING SUMMARY JUDGMENT AND DENYING DEFENDANTS' SUBSEQUENT PLEADINGS. (Mailed to Defendants) (JPS, COURT STAFF) (Entered: 02/29/2008) |
| 02/29/2008 | 168 | ERRATA re: 165 MOTION to Dismiss filed by Donald L. Hymes, Rita M. Hymes. (LGK, COURT STAFF) (Entered: 02/29/2008) |
| 02/26/2008 | 167 | Declaration of Rita M. Hymes re 165 MOTION to Dismiss. (LGK, COURT STAFF) (Entered: 02/27/2008) |
| 02/26/2008 | 166 | Declaration of Donald L. Hymes re 165 MOTION to Dismiss. (LGK, COURT STAFF) (Entered: 02/27/2008) |
| 02/26/2008 | 165 | MOTION to Dismiss by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Title 28 U.S.C.;# 2 39th Congress, Chap. 31; # 3 U.S.C. Code, Title 42;# 4 U.S.C. Code, Title 42, Property Rights; # 5 (identical to #4); # 6 Title 24, Civil Rights; # 7 Certificate of Naturalization; # 8 R. Hymes,certificate of politcal status;# 9 D. Hymes, certificate of political status; # 10 Title 27; # 11 Title 27, interest on upaid tax; # 12 Title 27, Interest on underpayments; # 13 Title 27, Interest compounded daily; # 14 Title 27, Definitions; # 15 Title 27, purchasers;# 16 (identical to #15);# 17 Title 27, period for making disbursements;# 18 Title 27, priority of interest;# 19 Title 27, place for filing notice;# 20 Title 27, Refiling of Notice;# 21 Title 27, Protection for certain interests;# 22 Title 27, Protection for Commercial transactions;# 23 Title 27, Protection for real property;# 24 Title 27, Protection for obligatory disbursement agreements;# 25 Proposed Order)(LGK, COURT STAFF) (Entered: 02/27/2008) |
| 02/21/2008 | 164 | NOTICE Lodging Proposed Order of Foreclosure and Judicial Sale Pursuant to Order Granting Summary Judgment to the United States by United States of America re 159 Order on Motion for Summary Judgment, Order on Motion to Strike, Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss (Auchterlonie, Jennifer) (Entered: 02/21/2008) |

| | | |
|---|---|---|
| 02/21/2008 | | Docket Annotation Error re docket 163: Wrong attachment; Motion not attached; attachment is actually a proposed order. Motion terminated; Attorney to refile motion with proposed order attached. (CPB, COURT STAFF) (Entered: 02/21/2008) |
| 02/14/2008 | 163 | MOTION for Order of Sale by United States of America.(Auchterlonie, Jennifer) Modified on 2/21/2008 to reflect error: Wrong attachment; Motion not attached; attachment is actually a proposed order. Motion terminated; Attorney to refile motion with proposed order attached.(CPB, COURT STAFF). (Entered: 02/14/2008) |
| 01/24/2008 | 162 | MINUTE ORDER: Defendants' Motions for Reconsideration at Dockets 160 and 161 are hereby DENIED. (Mailed to Defendants) (JPS, COURT STAFF) (Entered: 01/24/2008) |
| 01/23/2008 | 161 | MOTION for Reconsideration Precluding Docket 153 by Donald L. Hymes, Rita M. Hymes.(CPB, COURT STAFF) (Entered: 01/23/2008) |
| 01/23/2008 | 160 | MOTION for Reconsideration re Docket 153 by Donald L. Hymes, Rita M. Hymes.(CPB, COURT STAFF) (Entered: 01/23/2008) |
| 01/16/2008 | 159 | ORDER granting 139 Motion for Summary Judgment and denying Motions at Dockets 145 , 153 , and 155 . Mailed to Defendants. (JPS, COURT STAFF) (Entered: 01/16/2008) |
| 12/21/2007 | 158 | RESPONSE in Opposition re 139 MOTION for Summary Judgment filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 7# 6 Exhibit 8)(CPB, COURT STAFF) (Entered: 12/21/2007) |
| 12/12/2007 | 157 | RESPONSE in Opposition re 155 MOTION to Dismiss filed by United States of America. (Auchterlonie, Jennifer) (Entered: 12/12/2007) |
| 12/11/2007 | 156 | ORDER denying 150 Motion for Extension of Time. Defendants have until 4:30 p.m. on December 21, 2007, to file a response to Plaintiff's Motion for Summary Judgment at Docket 139. (Mailed to Defendants.) (JPS, COURT STAFF) (Entered: 12/11/2007) |
| 11/26/2007 | 155 | MOTION to Dismiss and Reply and Renewed Motion to Transfer to an Article 3 Court of the United States, by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Affidavit of Donald Hymes; # 2 Affidavit of Rita Hymes)(LGK, COURT STAFF) (Entered: 11/27/2007) |
| 11/19/2007 | 154 | RESPONSE in Opposition re 153 MOTION to Dismiss and Reply and Motion to Transfer to an Article III Court of the United States filed by United States of America. (Auchterlonie, Jennifer) (Entered: 11/19/2007) |
| 11/01/2007 | 153 | MOTION to Dismiss and Reply and Motion to Transfer to an Article III Court of the United States by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Attachment 1# 2 Attachment 2# 3 Attachment 3# 4 Attachment 4# 5 Attachment 5)(NKD, COURT STAFF) (Entered: |

| | | |
|---|---|---|
| | | 11/02/2007) |
| 10/24/2007 | 152 | RESPONSE in Opposition re 150 MOTION for Extension of Time to File Response/Reply as to 139 MOTION for Summary Judgment filed by United States of America. (Auchterlonie, Jennifer) (Entered: 10/24/2007) |
| 10/11/2007 | 151 | RESPONSE in Opposition re 145 MOTION to Strike 144 Clerk's Entry of Default filed by United States of America. (Auchterlonie, Jennifer) (Entered: 10/11/2007) |
| 10/09/2007 | 150 | MOTION for Extension of Time to File Response/Reply as to 139 MOTION for Summary Judgment by Donald L. Hymes, Rita M. Hymes.(LGK, COURT STAFF) (Entered: 10/10/2007) |
| 10/04/2007 | 149 | ORDER granting 148 Motion for Extension of Time to File Response re 139 MOTION for Summary Judgment. Responses due by 10/9/2007 (JPS, COURT STAFF) (Entered: 10/04/2007) |
| 09/27/2007 | 148 | MOTION for Extension of Time to File Response/Reply as to 139 MOTION for Summary Judgment by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order # 2 Certification of Service)(LGK, COURT STAFF) (Entered: 09/27/2007) |
| 09/26/2007 | 147 | AFFIDAVIT of Rita Hymes re 145 MOTION to Strike 144 Clerk's Entry of Default by Rita M. Hymes. (LGK, COURT STAFF) Modified on 9/27/2007 to add Rita Hymes (CPB, COURT STAFF). (Entered: 09/26/2007) |
| 09/26/2007 | 146 | AFFIDAVIT of Donald Hymes re 145 MOTION to Strike 144 Clerk's Entry of Default by Donald L. Hymes. (LGK, COURT STAFF) Modified on 9/27/2007 to add Donald Hymes (CPB, COURT STAFF). (Entered: 09/26/2007) |
| 09/26/2007 | 145 | MOTION to Strike 144 Clerk's Entry of Default by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order)(LGK, COURT STAFF) (Entered: 09/26/2007) |
| 09/19/2007 | 144 | Clerk's ENTRY OF DEFAULT as to Sunshine Trust. (CPB, COURT STAFF) (Entered: 09/19/2007) |
| 09/18/2007 | 143 | AFFIDAVIT of *Jennifer D. Auchterlonie (Supplemental)* re 139 MOTION for Summary Judgment by United States of America. (Attachments: # 1 Exhibit X)(Auchterlonie, Jennifer) (Entered: 09/18/2007) |
| 09/17/2007 | 142 | Notice to Counsel re DOCKETS 140 and 141. If not already done so, chamber copies of DOCKETS 140 and 141 need to be provided to the court as they are over 25 pages in length. THE CHAMBER COPIES MUST BE PRINTED WITH THE ELECTRONIC FILING HEADER ON EACH PAGE and be attached to a copy of the electronic filing notification. See D.Ak.LR 10.1(b) and the Administrative Policies and Procedures. Thank you. (JPS, COURT STAFF) (Entered: 09/17/2007) |

| | | |
|---|---|---|
| 09/14/2007 | 141 | AFFIDAVIT of *IRS Revenue Agent Lynne Goldbach* re 139 MOTION for Summary Judgment by United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Auchterlonie, Jennifer) (Entered: 09/14/2007) |
| 09/14/2007 | 140 | AFFIDAVIT of *Jennifer D. Auchterlonie* re 139 MOTION for Summary Judgment by United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V# 23 Exhibit W)(Auchterlonie, Jennifer) (Entered: 09/14/2007) |
| 09/14/2007 | 139 | MOTION for Summary Judgment by United States of America.(Auchterlonie, Jennifer) (Entered: 09/14/2007) |
| 09/13/2007 | 138 | MOTION for Entry of Default *Against Defendant Sunshine Trust* by United States of America. (Attachments: # 1 Proposed Order)(Auchterlonie, Jennifer) (Entered: 09/13/2007) |
| 08/21/2007 | 137 | ORDER denying 127 Motion to Compel; denying 128 Motion in Limine. (Mailed to Defendants) (JPS, COURT STAFF) (Entered: 08/21/2007) |
| 08/16/2007 | 136 | Witness List by Donald L. Hymes, Rita M. Hymes. (LGK, COURT STAFF) (Entered: 08/20/2007) |
| 08/14/2007 | 135 | MINUTE ORDER: After having reviewed the relevant pleadings in this matter, Defendants' Motion for Reconsideration at Docket 125 and Motion for Reconsideration at Docket 126 are DENIED. (Mailed to Defendants) (JPS, COURT STAFF) (Entered: 08/14/2007) |
| 08/13/2007 | 134 | RESPONSE in Opposition re 126 MOTION for Reconsideration re 124 Order on Motion to Compel, Order on Motion to Dismiss filed by United States of America. (Auchterlonie, Jennifer) (Entered: 08/13/2007) |
| 08/13/2007 | 133 | RESPONSE in Opposition re 125 MOTION for Reconsideration re 123 Order on Motion for Sanctions filed by United States of America. (Auchterlonie, Jennifer) (Entered: 08/13/2007) |
| 08/03/2007 | 132 | RESPONSE in Opposition re 128 MOTION in Limine filed by United States of America. (Auchterlonie, Jennifer) (Entered: 08/03/2007) |
| 08/03/2007 | 131 | RESPONSE in Opposition re 127 MOTION to Compel filed by United States of America. (Auchterlonie, Jennifer) (Entered: 08/03/2007) |
| 07/25/2007 | 130 | ORDER RE MOTIONS TO RECONSIDER. Plaintiff has until the close of business on AUGUST 13, 2007, to respond to Defendants' two Motions to Reconsider at Dockets 125 and 126. (Mailed to Defendants Hyme) (JPS, COURT STAFF) (Entered: 07/25/2007) |

CM/ECF District Version 3.2.1 LIVE DB    file:///C:/Documents%20and%20Settings/Carl/My%20Documents/...

Case 3:05-cv-00123-RRB   Document 205-6   Filed 05/30/2008   Page 12 of 19

| | | |
|---|---|---|
| 07/19/2007 | 129 | RESPONSE TO ORDER at Docket 123 to Supply Discovery Documents before August 3, 2007 if to be used in the Trial by Jury, by Donald L. Hymes, Rita M. Hymes. (Attachments: affidavits and exhibits,# 1#(2) # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 # 25 # 26 # 27 # 28 # 29 # 30 # 31)(LGK, COURT STAFF) (Entered: 07/20/2007) |
| 07/19/2007 | 128 | MOTION in Limine by Donald L. Hymes, Rita M. Hymes. (Attachments: #(1)affidavit #(2)proposed order)(LGK, COURT STAFF) (Entered: 07/20/2007) |
| 07/19/2007 | 127 | MOTION to Compel Discovery Substantive Documents under the Will and Statutory Authority of Congress, by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1affidavit of Rita Hymes, # 2affidavit of Donald Hymes, # 3memorandum in support, #(4)Proposed Order)(LGK, COURT STAFF) (Entered: 07/20/2007) |
| 07/19/2007 | 126 | MOTION for Reconsideration re 124 Order on Motion to Compel, Order on Motion to Dismiss by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1affidavit of Donald Hymes # 2Affidavit of Rita Hymes # 3proposed order)(LGK, COURT STAFF) (Entered: 07/20/2007) |
| 07/19/2007 | 125 | MOTION for Reconsideration re 123 Order on Motion for Sanctions by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1affidavit of Rita Hymes, # 2affidavit of Donald Hymes, # 3Proposed Order)(LGK, COURT STAFF) (Entered: 07/20/2007) |
| 07/12/2007 | 124 | ORDER denying 115 Motion to Compel; denying 116 Motion to Dismiss. (Served by mail on Defendants) (JPS, COURT STAFF) (Entered: 07/12/2007) |
| 07/12/2007 | 123 | ORDER granting 112 Motion for Sanctions. (Served by mail on Defendants) (JPS, COURT STAFF) (Entered: 07/12/2007) |
| 07/02/2007 | 122 | REPLY to USA's Response to Motion re 116 MOTION to Dismiss filed by Donald L. Hymes, Rita M. Hymes. (LGK, COURT STAFF) (Entered: 07/03/2007) |
| 07/02/2007 | 121 | REPLY to USA's Response to Motion re 115 MOTION to Compel filed by Donald L. Hymes, Rita M. Hymes. (LGK, COURT STAFF) (Entered: 07/03/2007) |
| 06/21/2007 | 120 | RESPONSE in Opposition re 112 MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 37 (Discovery Sanctions)* filed by Donald L. Hymes, Rita M. Hymes. (CPB, COURT STAFF) (Entered: 06/25/2007) |
| 06/21/2007 | 119 | RESPONSE in Opposition re 115 MOTION to Compel filed by United States of America. (Auchterlonie, Jennifer) (Entered: 06/21/2007) |
| 06/21/2007 | 118 | RESPONSE in Opposition re 116 MOTION to Dismiss filed by United States of America. (Auchterlonie, Jennifer) (Entered: 06/21/2007) |

| | | |
|---|---|---|
| 06/07/2007 | 117 | RESPONSE TO ORDER (minute order from chambers to certify case ready for trial) by Donald L. Hymes, Rita M. Hymes. (LGK, COURT STAFF) (Entered: 06/11/2007) |
| 06/07/2007 | 116 | MOTION to Dismiss with Prejudice and Motion to Sanction Jennifer D. Auchterlonie. by Donald L. Hymes, Rita M. Hymes.(LGK, COURT STAFF) (Entered: 06/11/2007) |
| 06/07/2007 | 115 | MOTION to Compel Depositions by Donald L. Hymes, Rita M. Hymes.(LGK, COURT STAFF) (Entered: 06/11/2007) |
| 06/05/2007 | 114 | RESPONSE TO ORDER *(Minute Order from Chambers to Certify Case Ready for Trial)* by United States of America. (Auchterlonie, Jennifer) (Entered: 06/05/2007) |
| 06/04/2007 | 113 | Notice to Counsel re CHAMBER COPY OF DOCKET 112. If not already done so, a chamber copy of DOCKET 112 needs to be provided to the Court as it is over 25 pages in length. THE CHAMBER COPY MUST BE PRINTED WITH THE ELECTRONIC FILING HEADER ON EACH PAGE and be attached to a copy of the electronic filing notification. See D.Ak.LR 10.1(b) and the Administrative Policies and Procedures. Thank you. (JPS, COURT STAFF) (Entered: 06/04/2007) |
| 05/31/2007 | 112 | MOTION for Sanctions *Pursuant to Fed. R. Civ. P. 37 (Discovery Sanctions)* by United States of America. (Attachments: # 1 Exhibit A# 2 Proposed Order)(Auchterlonie, Jennifer) (Entered: 05/31/2007) |
| 05/22/2007 | 111 | ORDER TO CERTIFY CASE READY FOR TRIAL. (Mailed to Defendants.)(JPS, COURT STAFF) (Entered: 05/22/2007) |
| 04/30/2007 | 110 | ORDER denying 102 Motion to Compel. (Copy mailed to Defendants 4/30/07). (JPS, COURT STAFF) (Entered: 04/30/2007) |
| 04/19/2007 | 109 | REPLY to Response to Motion re 102 MOTION to Compel filed by Donald L. Hymes, Rita M. Hymes. (CPB, COURT STAFF) (Entered: 04/25/2007) |
| 04/10/2007 | 108 | ORDER granting 95 Motion to Compel, granting 96 Motion to Strike Counterclaim, and granting 97 Motion to Strike Final Expert Witness List. (JPS, COURT STAFF) (Entered: 04/10/2007) |
| 04/09/2007 | 107 | RESPONSE in Opposition re 102 MOTION to Compel filed by United States of America. (Auchterlonie, Jennifer) (Entered: 04/09/2007) |
| 04/09/2007 | 106 | REPLY to Response to Motion re 95 MOTION to Compel filed by United States of America. (Auchterlonie, Jennifer) (Entered: 04/09/2007) |
| 04/09/2007 | 105 | REPLY to Response to Motion re 97 MOTION to Strike 92 Witness List filed by United States of America. (Auchterlonie, Jennifer) (Entered: 04/09/2007) |
| 04/09/2007 | 104 | AFFIDAVIT re 103 Reply to Response to Motion *Declaration of Jennifer D. Auchterlonie* by United States of America. (Attachments: # 1 Exhibit A# |

| | | |
|---|---|---|
| | | 2 Exhibit B)(Auchterlonie, Jennifer) (Entered: 04/09/2007) |
| 04/09/2007 | 103 | REPLY to Response to Motion re 96 MOTION to Strike 90 Notice (Other) *Counterclaim* filed by United States of America. (Auchterlonie, Jennifer) (Entered: 04/09/2007) |
| 04/03/2007 | | Docket Annotation re 101 Response in Opposition to Motion: Error: Wrong event selected; Correction: Incorrect document has been removed, and the correct document has been attached. (CPB, COURT STAFF) (Entered: 04/03/2007) |
| 04/02/2007 | 102 | MOTION to Compel by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(CPB, COURT STAFF) (Entered: 04/03/2007) |
| 04/02/2007 | 101 | RESPONSE in Opposition re 95 MOTION to Compel filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(CPB, COURT STAFF) (Entered: 04/03/2007) |
| 04/02/2007 | | RESPONSE in Opposition re 95 MOTION to Compel filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # Exhibit 1, # Exhibit 2, # Exhibit 3, # Exhibit 4).(CPB, COURT STAFF) Modified on 4/3/2007 to reflect error: wrong event selected; correction: removed relationship to document # 95; document to be refiled using correct event.(CPB, COURT STAFF). (Entered: 04/03/2007) |
| 04/02/2007 | 100 | RESPONSE in Opposition re 96 MOTION to Strike 90 Notice (Other) *Counterclaim* filed by Donald L. Hymes, Rita M. Hymes. (CPB, COURT STAFF) (Entered: 04/03/2007) |
| 04/02/2007 | 99 | RESPONSE in Opposition re 97 MOTION to Strike 92 Witness List filed by Donald L. Hymes, Rita M. Hymes. (CPB, COURT STAFF) (Entered: 04/03/2007) |
| 03/15/2007 | 98 | Notice to Counsel re DOCKET 95. If not already done so, a chamber copy of Docket 95 needs to be provided to the Court as it is over 25 pages in length. THE CHAMBER COPY MUST BE PRINTED WITH THE ELECTRONIC FILING HEADER ON EACH PAGE and be attached to a copy of the electronic filing notification. See Local Rule 10.1(b) and the Administrative Policies and Procedures. Thank you. (JPS, COURT STAFF) (Entered: 03/15/2007) |
| 03/15/2007 | 97 | MOTION to Strike 92 Witness List by United States of America. (Attachments: # 1 Proposed Order)(Auchterlonie, Jennifer) (Entered: 03/15/2007) |
| 03/15/2007 | 96 | MOTION to Strike 90 Notice (Other) *Counterclaim* by United States of America. (Attachments: # 1 Proposed Order)(Auchterlonie, Jennifer) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/15/2007 | 95 | MOTION to Compel by United States of America. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Order)(Auchterlonie, Jennifer) (Entered: 03/15/2007) |
| 03/13/2007 | 94 | ORDER granting 93 Motion to Accept Late Filed Expert Witness List. (JPS, COURT STAFF) (Entered: 03/13/2007) |
| 02/16/2007 | 93 | MOTION (request) for Extension of Time to allow the late filing of witness list. by Donald L. Hymes, Rita M. Hymes.(TJG, COURT STAFF) (Entered: 02/16/2007) |
| 02/16/2007 | 92 | Final Witness List by Donald L. Hymes, Rita M. Hymes. (TJG, COURT STAFF) (Entered: 02/16/2007) |
| 02/14/2007 | 91 | Witness List by United States of America. (Auchterlonie, Jennifer) (Entered: 02/14/2007) |
| 02/08/2007 | 90 | NOTICE of filing Counterclaim by Donald L. Hymes, Rita M. Hymes (TJG, COURT STAFF) (Entered: 02/08/2007) |
| 11/22/2006 | 89 | SCHEDULING AND PLANNING ORDER. (JPS, COURT STAFF) (Entered: 11/22/2006) |
| 11/15/2006 | 88 | RESPONSE TO ORDER by Donald L. Hymes, Rita M. Hymes. (TJG, COURT STAFF) (Entered: 11/15/2006) |
| 11/15/2006 | 87 | STATEMENT *IN LIEU OF SCHEDULING AND PLANNING CONFERENCE REPORT* by United States of America. (Attachments: # 1 Exhibit A)(Auchterlonie, Jennifer) (Entered: 11/15/2006) |
| 10/18/2006 | 86 | ORDER Rule 26 Meeting Report due by 11/15/2006. (CPB, COURT STAFF) (Entered: 10/18/2006) |
| 10/13/2006 | 85 | ANSWER to Amended Complaint by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4)(CPB, COURT STAFF) (Entered: 10/13/2006) |
| 09/19/2006 | 84 | AMENDED COMPLAINT against Donald L. Hymes, Rita M. Hymes, Sunshine Trust, filed by United States of America.(Auchterlonie, Jennifer) (Entered: 09/19/2006) |
| 09/15/2006 | 83 | ORDER granting 77 Motion to Amend/Correct Complaint. (JPS, COURT STAFF) (Entered: 09/15/2006) |
| 09/14/2006 | 82 | REPLY to Response to Motion re 77 MOTION to Amend/Correct *Complaint* filed by United States of America. (Auchterlonie, Jennifer) (Entered: 09/14/2006) |
| 09/05/2006 | 81 | RESPONSE in Opposition re 77 MOTION to Amend/Correct *Complaint* filed by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order)(TJG, COURT STAFF) (Entered: 09/06/2006) |

| Date | # | Description |
|---|---|---|
| 09/01/2006 | 80 | ORDER denying 75 Motion to Dismiss . Signed by Judge Ralph R. Beistline on 8/31/2006. (JPS, COURT STAFF) (Entered: 09/01/2006) |
| 08/30/2006 | 79 | REPLY to Response to Motion re 75 MOTION to Dismiss filed by Donald L. Hymes, Rita M. Hymes. (TJG, COURT STAFF) (Entered: 08/31/2006) |
| 08/22/2006 | 78 | MEMORANDUM *in Support of Motion to Amend Complaint* by United States of America 77 MOTION to Amend/Correct *Complaint* filed by United States of America,. (Attachments: # 1 Exhibit A - Amended Complaint)(Auchterlonie, Jennifer) (Entered: 08/22/2006) |
| 08/22/2006 | 77 | MOTION to Amend/Correct *Complaint* by United States of America. (Attachments: # 1 Proposed Order)(Auchterlonie, Jennifer) (Entered: 08/22/2006) |
| 08/22/2006 | 76 | RESPONSE in Opposition re 75 MOTION to Dismiss filed by United States of America. (Auchterlonie, Jennifer) (Entered: 08/22/2006) |
| 08/09/2006 | 75 | MOTION to Dismiss with prejudice by Donald L. Hymes, Rita M. Hymes. (Attachments: # 1 Proposed Order)(TJG, ) (Entered: 08/09/2006) |
| 07/10/2006 | 74 | NOTICE re Disclaimer of Interest by Cynthia M. Klepaski on behalf of Fairbanks Northstar Borough (TJG, ) (Entered: 07/10/2006) |
| 07/10/2006 | 73 | NOTICE of Appearance by Cynthia M. Klepaski on behalf of Fairbanks Northstar Borough (TJG, ) (Entered: 07/10/2006) |
| 07/06/2006 |  | Docket Annotation re 73 : Order filed in incorrect case in error. Link to MO removed; No action required. (CPB, ) (Entered: 07/06/2006) |
| 07/06/2006 |  | ORDER: Status Report due by 7/14/2006. (CPB, ) (Entered: 07/06/2006) |
| 07/03/2006 | 72 | ORDER granting 60 Motion for Misjoinder. (JPS, ) Modified on 7/3/2006 to reflect service by mail on Defendants and service by fax on USA. (JPS, ). (Entered: 07/03/2006) |
| 07/03/2006 | 71 | ORDER granting 59 Motion of Misjoinder. (JPS, ) Modified on 7/3/2006 to reflect service by mail on Defendants and by fax on USA. (JPS, ). (Entered: 07/03/2006) |
| 06/26/2006 | 70 | RESPONSE to Motion (Non-Opposition) re 60 MOTION of Misjoinder and FRCP Rule 21 filed by United States of America. (Attachments: # 1 Proposed Order)(Auchterlonie, Jennifer) (Entered: 06/26/2006) |
| 06/26/2006 | 69 | RESPONSE to Motion (Non-Opposition) re 59 MOTION of Misjoinder filed by United States of America. (Attachments: # 1 Proposed Order)(Auchterlonie, Jennifer) (Entered: 06/26/2006) |
| 06/26/2006 | 68 | NOTICE *of Substitution of Counsel* by Jennifer D. Auchterlonie on behalf of United States of America (Auchterlonie, Jennifer) (Entered: 06/26/2006) |
| 06/13/2006 | 67 | ORDER granting 64 Motion for Extension of Time to File Response in Opposition to 60 MOTION of Misjoinder and FRCP Rule 21 and 59 |

CM/ECF District Version 3.2.1 LIVE DB     file:///C:/Documents%20and%20Settings/...

Case 3:05-cv-00123-RRB   Document 205-6   Filed 05/30/2008   Page 17 of 19

| | | |
|---|---|---|
| | | MOTION of Misjoinder. Response due by 6/26/2006. Service by mail on Defendants. (JPS, ) (Entered: 06/13/2006) |
| 06/05/2006 | 66 | ORDER of USCA as to 57 Notice of Interlocutory Appeal filed by Donald L. Hymes, (TJG, ) (Entered: 06/05/2006) |
| 05/24/2006 | 65 | MEMORANDUM *in support of motion to extend time* by United States of America 64 Second MOTION for Extension of Time to File Response/Reply as to 60 MOTION of Misjoinder and FRCP Rule 21, 59 MOTION of Misjoinder filed by United States of America,. (Snyder, John) (Entered: 05/24/2006) |
| 05/24/2006 | 64 | Second MOTION for Extension of Time to File Response/Reply as to 60 MOTION of Misjoinder and FRCP Rule 21, 59 MOTION of Misjoinder by United States of America. (Attachments: # 1 Text of Proposed Order)(Snyder, John) (Entered: 05/24/2006) |
| 05/16/2006 | 63 | ORDER granting 61 Motion for Extension of Time to File Response in opposition re 60 MOTION of Misjoinder and FRCP Rule 21 and 59 MOTION of Misjoinder. Responses due by 5/25/2006 (JPS, ) Served by mail on all Defendants. Modified on 5/16/2006 (JPS, ). (Entered: 05/16/2006) |
| 04/25/2006 | 62 | MEMORANDUM *in support of motion to extend time* by United States of America 61 MOTION for Extension of Time to File Response/Reply as to 60 MOTION of Misjoinder and FRCP Rule 21, 59 MOTION of Misjoinder filed by United States of America,. (Snyder, John) (Entered: 04/25/2006) |
| 04/25/2006 | 61 | MOTION for Extension of Time to File Response/Reply as to 60 MOTION of Misjoinder and FRCP Rule 21, 59 MOTION of Misjoinder by United States of America. (Attachments: # 1 Text of Proposed Order)(Snyder, John) (Entered: 04/25/2006) |
| 04/10/2006 | 60 | MOTION of Misjoinder and FRCP Rule 21 by Charla Hymes. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order)(PLD, ) (Entered: 04/11/2006) |
| 04/10/2006 | 59 | MOTION of Misjoinder by Zena D. Hymes. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order)(PLD, ) (Entered: 04/11/2006) |
| 03/27/2006 | 56 | AFFIDAVIT of Service for Summons and complaint served on Zena, a.k.a. Zena Zena, a.k.a. Zena D. Hymes, as trustee of Aurora Trust on March 20, 2006, filed by United States of America. (Snyder, John) (Entered: 03/27/2006) |
| 03/27/2006 | 55 | AFFIDAVIT of Service for summons and complaint served on Zena, a.k.a. Zena Zena, a.k.a. Zena D. Hymes on March 20, 2006, filed by United States of America. (Snyder, John) (Entered: 03/27/2006) |
| 03/23/2006 | 54 | ORDER granting 52 Motion to Change Venue to Fairbanks for filing purposes. (JPS, ) (Entered: 03/23/2006) |

| | | |
|---|---|---|
| 03/22/2006 | 53 | RESPONSE to Motion (Non-Opposition) re 52 MOTION to Change Venue filed by United States of America. (Snyder, John) (Entered: 03/22/2006) |
| 03/17/2006 | 57 | NOTICE OF INTERLOCUTORY APPEAL by Donald L. Hymes. Filing fee $ 255. (TJG, ) (Entered: 03/30/2006) |
| 03/15/2006 | 52 | MOTION to Change Venue for filing documents from Anchorage to Fairbanks by Donald L. Hymes, Rita M. Hymes.(TJG, ) (Entered: 03/15/2006) |
| 03/09/2006 | | Summons Issued as to Zena D. Hymes. (PXS) (Entered: 03/10/2006) |
| 03/09/2006 | | Summons Issued as to Aurora Trust, Zena D. Hymes, Trustees. (PXS) (Entered: 03/10/2006) |
| 02/27/2006 | 51 | ORDER denying 45 Motion for Reconsideration. (JPS, ) (Entered: 02/27/2006) |
| 02/27/2006 | 50 | ORDER granting 47 Motion for Extension of Time for Service of Process. (JPS, ) (Entered: 02/27/2006) |
| 02/09/2006 | 49 | RESPONSE in Opposition re 45 MOTION for Reconsideration re 43 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, Order on Motion to Strike,, Order on Motion for Miscellaneous Relief, filed by United States of America. (Snyder, John) (Entered: 02/09/2006) |
| 01/26/2006 | 48 | MEMORANDUM *in support of motion to extend time to serve defendant Zena D. Hymes* by United States of America 47 MOTION for Extension of Time to File *(extension of time to serve defendant Zena D. Hymes)* filed by United States of America,. (Snyder, John) (Entered: 01/26/2006) |
| 01/26/2006 | 47 | MOTION for Extension of Time to File *(extension of time to serve defendant Zena D. Hymes)* by United States of America.(Snyder, John) (Entered: 01/26/2006) |
| 01/25/2006 | | Set/Reset Deadlines as to 45 MOTION for Reconsideration re 43 Order on Motion to Dismiss/Lack of Jurisdiction, Motion to Strike, Motion for Miscellaneous Relief. Responses due by 2/10/2006. No reply allowed per rules. (JPS, ) (Entered: 01/26/2006) |
| 01/25/2006 | 46 | ORDER regarding Motion to Reconsider. (JPS, ) (Entered: 01/25/2006) |
| 01/23/2006 | 45 | MOTION for Reconsideration re 43 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,,, Order on Motion to Strike,, Order on Motion for Miscellaneous Relief, by Donald L. Hymes.(TJG, ) (Entered: 01/24/2006) |
| 01/13/2006 | 44 | MOTION for Extension of Time to File Response/Reply to defendant's motions to dismiss by Donald L. Hymes.(PLD) (Entered: 01/13/2006) |
| 01/12/2006 | 43 | ORDER DENYING 6 Motion to Dismiss for Lack of Jurisdiction; DENYING 7 Motion to Dismiss; DENYING 8 Motion to Dismiss; DENYING 9 Motion to Dismiss; DENYING 10 Motion to Dismiss; |

| | | |
|---|---|---|
| | | GRANTING 11 Motion to Strike; and DENYING 42 Motion to Clarify. (JPS, ) (Entered: 01/12/2006) |
| 01/09/2006 | 42 | MOTION to clarify by Donald L. Hymes.(DPM, ) (Entered: 01/10/2006) |
| 12/30/2005 | 41 | SUPPLEMENTAL RESPONSE TO DEFS' MOTIONS; 8 MOTION to Dismiss, 10 MOTION to Dismiss, 7 MOTION to Dismiss, 6 MOTION to Dismiss for Lack of Jurisdiction, 9 MOTION to Dismiss. FILED BY USA (PLD) (Entered: 01/03/2006) |
| 12/12/2005 | | Set Deadlines as to 6 MOTION to Dismiss for Lack of Jurisdiction. Supplemental Briefing due by 1/6/2006. (PLD, ) (Entered: 12/19/2005) |
| 12/12/2005 | 40 | Minute Order by Judge Ralph R. Beistline. Parties to file supplemental briefing concerning whether the defendant filed any returns and the relevant law for that discussion by 1/6/2006. Signed by Judge Ralph R. Beistline on 12/12/05. (PLD) (Entered: 12/12/2005) |
| 12/06/2005 | 39 | Minute Order granting plf's mot to substitute John B. Snyder, III for the USA for service of process by Judge Ralph R. Beistline (PLD) (Entered: 12/06/2005) |
| 11/17/2005 | 32 | Case reassigned to Judge Ralph R. Beistline. Judge James K. Singleton no longer assigned to the case. (PLD, ) Modified on 12/6/2005 (PLD, ). (Entered: 12/06/2005) |
| 10/17/2005 | 13 | (ACMS DKT 13-1)RESPONSE in Opposition re 8 MOTION to Dismiss, 10 MOTION to Dismiss, 7 MOTION to Dismiss, 6 MOTION to Dismiss filed by United States of America. (PLD) (Entered: 12/22/2005) |
| 10/17/2005 | 11 | MOTION to Strike 10 MOTION to Dismiss, 9 MOTION to Dismiss by United States of America.(PLD) (Entered: 12/22/2005) |
| 10/17/2005 | 13 | RESPONSE in Opposition re 6 MOTION to Dismiss for Lack of Jurisdiction filed by United States of America. (PLD) (Entered: 12/12/2005) |
| 10/06/2005 | 10 | MOTION to Dismiss for lack of personal & subject matter jurisdiction w/att aff & memo by Aurora Trust, Charla Hymes.(PLD) (Entered: 12/22/2005) |
| 10/06/2005 | 9 | MOTION to Dismiss for lack of personal and subject matter jurisdiction by Charla Hymes.(PLD) (Entered: 12/22/2005) |
| 10/03/2005 | 8 | MOTION to Dismiss for lack of personal & subject matter jurisdiction w/att aff & memo by Sunshine Trust.(PLD) (Entered: 12/22/2005) |
| 10/03/2005 | 7 | MOTION to Dismiss for lack of personal & subject matter jurisdiction w/att aff & memo by Rita M. Hymes.(PLD) (Entered: 12/22/2005) |
| 10/03/2005 | 6 | MOTION to Dismiss for Lack of personal and subject matter Jurisdiction by Donald L. Hymes.(PLD) (Entered: 12/12/2005) |
| 06/03/2005 | 38 | Copy of ACMS docket. Click on the hyperlink to access docket entries 1-38 from prior ACMS system.(CLW). (Entered: 11/16/2005) |