AO82 (Rev. 4/90)

097652

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF ALASKA**

at _FAIRBANKS_

RECEIVED FROM _Rita & Donald Hymes_

_3:05-CV-123 RRB_

_Notice of Appeal filing fee_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 0004 | 105.00 |
| 604700 | Registry Funds | 0011 | 150.00 |
| | General and Special Funds | 0026 | 200.00 |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | TOTAL | 455.00 |
| 086900 | Filing Fees | | |
| 322340 | Sale of Publications | Case Number or Other Reference |  |
| 322350 | Copy Fees | 3:05-CV-123 RRB | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 5/30/2008    Cash X    DEPUTY CLERK: _____