UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v. Hymes et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline 3:05-cv-00123-RRB
Date Complaint/Indictment/Petition Filed: 6/3/2005
Date Appealed Order/Judgment *entered*: 3/3/2008
Date NOA *filed*: 5/30/2008
COA Status (check one):
__granted in full (attach order)     __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number:  Sherry Mons, (907) 451-5791

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  5/30/2008         Date Docket Fee billed:
Date FP granted:                         Date FP denied:
Is FP pending?                           Was FP Limited/Revoked?
US Government Appeal?
Companion Cases?  Please list:
        Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:**  (please include e-mail address and fax number)
Appellate Counsel:                       Appellee Counsel:
Donald L. Hymes-PRO SE                   Jennifer D. Auchterlonie
Rita M. Hymes  - PRO SE                  US Department of Justice (WA DC Box
2340 Ravenwood Avenue                    683)
Fairbanks, Alaska  99709                 PO Box 683, Ben Franklin Station
907-479-6922                             Washington, DC 20044
                                         Email: jennifer.d.auchterlonie@usdoj.gov
                                         Fax: 202-307-0054
__retained    __CJA    __FPD    __FPD    _X_Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID:             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid:         9th Circuit Docket Number:

Name and phone number of person completing this form:   Sherry Mons, (907) 451-5791