

RECEIVED
JUN 6 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____    U.S. District Court # A05/23 CV

Short Case Title  USA v Hymes

Date Notice of Appeal Filed by Clerk of District Court  May 30, 2008

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
|  |  | OTHER |

*[handwritten across table: "There is no transcript"]*

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____

Signature of Attorney _____ Phone Number _____

Address _____ *[handwritten: "there is no transcript"]*

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____ Court Reporter's Signature _____