UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN - 5 2008

FILED _____
DOCKETED _____
DATE        INITIAL

**CASE INFORMATION:**
Short Case Title: USA v. Hymes et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline 3:05-cv-00123-RRB
Date Complaint/Indictment/Petition Filed: 6/3/2005
Date Appealed Order/Judgment *entered*: 3/3/2008
Date NOA *filed*: 5/30/2008
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending

08-35495

Court Reporter(s) Name and Phone Number: Sherry Mons, (907) 451-5791

RECEIVED
JUN 1 3 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 5/30/2008        Date Docket Fee billed: __
Date FP granted: __                     Date FP denied: __
Is FP pending? __                       Was FP Limited/Revoked?
US Government Appeal? __
Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
Donald L. Hymes-PRO SE                  Jennifer D. Auchterlonie
Rita M. Hymes - PRO SE                  US Department of Justice (WA DC Box 683)
2340 Ravenwood Avenue                   PO Box 683, Ben Franklin Station
Fairbanks, Alaska 99709                 Washington, DC 20044
907-479-6922                            Email: jennifer.d.auchterlonie@usdoj.gov
                                        Fax: 202-307-0054

__retained   __CJA   __FPD   __FPD   _X_Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __         Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Sherry Mons, (907) 451-5791