Rita MariNa Hymes
Donald Louis Hymes
2340 Ravenwood
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*
v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

### NOTICE and Motion to Stay Foreclosure Proceedings

Come now defendants Donald Louis Hymes and Rita MariNa Hymes (the Hymes) and Notice the court that an appeal in the above entitled case was filed on May 30, 2008 with the Ninth Circuit Court of Appeals. At the same time an EXPEDITED MOTION TO STAY UNTIL APPEAL IS FINAL (Motion) was filed in the Ninth Circuit Court of Appeals. The Fairbanks court assured the Hymes that the Notice and Motion would be forwarded to the Ninth Circuit and this was standard court procedure.

On checking with the Ninth Circuit on the status of the Motion on July 2, 2008, the Hymes were informed that the Ninth Circuit had not received the Motion, but that the Notice was

received. The Hymes did have notice of the Case Number presuming that the Motion also arrived as promised by the Fairbanks Court Clerk.

Upon contacting the Fairbank District Court, the Hymes were assured that the Motion was indeed sent with the Notice of Appeal. To assure that the Ninth Circuit receives the Motion, the Hymes sent the Motion (including all attachments) by FedEx on July 2, 2008 to the Ninth Circuit . Sometime later Rita MariNa Hymes received a call-back from the Fairbanks Clerk of the Court stating that she had just 're-sent' the Motion to the Ninth Circuit, raising suspicions that a ministerial error had been discovered of the Motion possibly never having been sent in the first place.

The Hymes realize accidents and oversight do occur, but for the Ninth Circuit to overlook the Motion and all of its attachments seems rather far fetched, especially on such an important issue as this, if it was in fact ever included and sent with the Notice as claimed.

The Hymes have been proceeding forward in good faith and have followed all of the rules of court for an appeal, paid the fee and attached the Motion for a Stay for the 9th Circuit. Between the Fairbanks Court and the 9th Circuit operating together and/or individually, these two courts have modified Judge Beistline's ORDER of the sixty (60) days Stay, effectively removing thirty (30) days from the window of sixty (60) through no action of the Hymes, to have the 9th Circuit issue a stay or deny the Motion to Stay as the 9th Circuit *has yet to even see the Motion.*

*And further*, the Hymes motion the Court to extend the stay of foreclosure by at least 30 days until August 11, 2008 or until the Ninth Circuit issues a ruling on the Motion within the time-frame given by Judge Beistline, as the Fairbanks court and/or the 9th Circuit have been remiss in their ministerial duties affecting the Hymes' constitutional right of Due Process of Law given by Judge Beistline and in the interest of justice.

*And further*, the Hymes motion the Court to Stay the foreclosure until the Appeal is Final, because in reality, to not issue a stay until the 9th Circuit Appeal issues its ruling, recasts the District Court as an Appellant court and is in violation of Due Process of law. To win the Appeal can't correct the injustice if the foreclosure has sold the Hymes' home with new owners in possession. This extension or stay does not prejudice the Plaintiffs in any manner.

My Hand

My Hand

### CERTIFICATE OF SERVICE

This document has been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
US Attorney
District of Alaska
Fed. Bldg. & US Courthouse
101-12th Avenue Box 2
Fairbanks, Alaska 99701

Jennifer Auchterlonie
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 683
Ben Franklin Station
Washington DC 20044-0683

Date: July 3, 2008

Rita Marina Hymes

Motion to Stay            Page 3 of 3