The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

Plaintiff

v.

Rita M. Hymes, personal capacity

Donald L. Hymes, personal capacity

**ORDER**

It is hereby ORDERED that Foreclosure is stayed until August 11, 2008; or,

It is hereby ORDERED that Foreclosure is stayed until the Ninth Circuit issues it's ruling on Hymes's EXPEDITED MOTION TO STAY; or,

It is hereby ORDERED that the Foreclosure is stayed until the Appeal to the Ninth Circuit has been decided, as otherwise the district court has effectively acted as an appellant court.

_____
Judge Beistline