Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

PERSONNEL TPC SECT I

# APPOINTMENT AFFIDAVITS

<u>Commissioner of Internal Revenue</u>
(Position to which appointed)

<u>November 13, 1997</u>
(Date of appointment)

<u>Department of Treasury</u>    <u>Internal Revenue Service</u>    <u>Washington, D.C.</u>
(Department or agency)        (Bureau or Division)         (Place of employment)

I, <u>CHARLES O. ROSSOTTI</u>, do solemnly swear (or affirm) that—

### A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

### B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

### C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*Charles O. Rossotti*
(Signature of appointee)

Subscribed and sworn (or affirmed) before me this <u>13</u> day of <u>November</u>, 19<u>97</u>,

at <u>Washington, D.C.</u>
(City)

[SEAL]

*(signature)*
(Signature of officer)

Commission expires _____
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

<u>Deputy Commissioner of Internal Revenue</u>
(Title)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only those words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015    U.S. GOVERNMENT PRINTING OFFICE : 1990 O - 273-878 (20164)    Prior Edition Usable

Attachment A1 - page 1 of 1