have to file Form 4626 only if required to do so by the Form, which presently requires a corporation to file if it has items of tax preference for the taxable year in excess of $10,000, the amount of the minimum tax exemption. This will eliminate the burden of filing Form 4626 for certain corporate taxpayers who owe no minimum tax. Because this regulation is non-substantive and is essentially a procedural change that can only reduce an unnecessary taxpayer burden, it is found unnecessary to issue this Treasury decision with notice and public procedure. For the same reasons, this regulation is not a significant regulation under paragraph 8 of the proposed Treasury Directive appearing in the FEDERAL REGISTER for May 24, 1978 (43 FR 22319).

DRAFTING INFORMATION

The principal author of this regulation was Robert Coplan of the Legislation and Regulations Division of the Office of Chief Counsel, Internal Revenue Service. However, personnel from other offices of the Internal Revenue Service and Treasury Department participated in developing the regulation, both on matters of substance and style.

WAIVER OF CERTAIN PROCEDURAL REQUIREMENTS OF PROPOSED TREASURY DIRECTIVE

A determination has been made by one of the undersigned, Jerome Kurtz, Commissioner of Internal Revenue, that there is an immediate need for amendment of the regulations under section 6012(a)(2) in order to make the regulations consistent with the filing requirements for Form 4626 for prior years and also for taxable year 1978. Because of the immediate need for such clarification, compliance with the procedural requirements of paragraph 8 through 13 of the proposed Treasury directive, relating to improving regulations (43 FR 22319), would be impractical, and, therefore, these requirements have not been followed.

ADOPTION OF AMENDMENTS TO THE REGULATIONS

Accordingly, 26 CFR Part 1 is amended as follows:

Section 1.6012-2(i)(1) is amended to read as follows:

§ 1.6012-2 *Corporations required to make returns of income.*

* * * * *

(i) *Items of tax preference*—(1) *In general.* Every corporation required to make a return under this section, and having items of tax preference (described in section 57 and the regulations thereunder) in an amount specified by Form 4626, shall file such form as part of its return.

* * * * *

This Treasury decision reduces the number of corporate taxpayers required to file a form, and there is a need for immediate guidance with respect to the change. For those reasons, it is found unnecessary and impracticable to issue this Treasury decision with notice and public procedure under subsection (b) of section 553 of title 5 of the United States Code or subject to the effective date limitation of subsection (d) of that section.

This Treasury decision is issued under the authority contained in section 7805 of the Internal Revenue Code of 1954 (68A Stat. 917, 26 U.S.C. 7805).

JEROME KURTZ,
*Commissioner of Internal Revenue.*

Approved: December 4, 1978.

DONALD C. LUBICK,
*Assistant Secretary of the Treasury.*

§ 1.6012-2 **Corporations required to make returns of income.**

* * * * *

(i) *Items of tax preference*—(1) *In general.* Every corporation required to make a return under this section, and having items of tax preference (described in section 57 and the regulations thereunder) in an amount specified by Form 4626, shall file such form as part of its return.

(2) *Organizations with unrelated business income and foreign corporations.* Regardless of the provisions of paragraphs (e) and (g) of this section, any organization described in either such paragraph having items of tax preference (described in section 57 and the regulations thereunder) in any amount entering into the computation of unrelated business income is required to make a return on form 990-T or form 1120F, respectively, and to attach the required form as part of such return.

(j) *Other provisions.* * * *

[FR Doc. 78-35387 Filed 12-19-78; 8:45 am]

[4830-01-M]

[T.D. 7577]

FEDERAL COLLECTION AND ADMINISTRATION OF QUALIFIED STATE INDIVIDUAL INCOME TAXES; REPORTS TO JOINT COMMITTEE ON TAXATION

AGENCY: Internal Revenue Service, Treasury.

ACTION: Final regulations.

SUMMARY: This document provides final regulations relating to Federal collection and administration of qualified State individual income taxes. Changes to the applicable tax law were made by the Federal-State Tax Collection Act of 1972 as amended by the Tax Reform Act of 1976. These regulations provide the States with guidance needed in determining whether to elect Federal collection and administration of their individual income taxes.

EFFECTIVE DATE: Federal collection and administration of qualified State individual income taxes will go into effect on the first January 1 which is more than one year after the first date on which at least one State has filed a notice of its election with the Secretary of the Treasury or his delegate.

FOR FURTHER INFORMATION CONTACT:

William E. Mantie of the Legislation and Regulations Division, Office of the Chief Counsel, Internal Revenue Service, 1111 Constitution Ave., N.W., Washington, D.C. 20224, Attention: CC:LR:T, 202-566-3829.

SUPPLEMENTARY INFORMATION:

BACKGROUND

On September 29, 1977, the FEDERAL REGISTER published proposed amendments to the Income Tax Regulations (26 CFR Part 1), the Employment Tax Regulations (26 CFR Part 31), the Temporary Employment Tax Regulations Under the Tax Reform Act of 1969 (26 CFR Part 32), and the Regulations on Procedure and Administration (26 CFR Part 301). The amendments were proposed to conform the regulations to sections 202(a), 203(a), and 204 (a) and (b) of the Federal-State Tax Collection Act of 1972 (86 Stat. 936, 944, 945), and to section 2116 of the Tax Reform Act of 1976 (90 Stat. 1910). After consideration of the comments received from interested persons on the proposed amendments they are adopted by this Treasury decision without change.

EXPLANATION OF PROVISIONS

In essence, the amendments provide a system for the Federal Government to collect individual income taxes imposed by a State which elects to participate in the system. Those taxes will be collected as if they were Federal income taxes and the revenue collected will be turned over to the electing State. No fee or other charge will be imposed on any State for the collection or administration of its individual income taxes.

"Piggybacking", as the Federal collection system is generally known, is