STANDARD FORM 61  
REVISED SEPTEMBER 1970  
U.S. CIVIL SERVICE COMMISSION  
F.P.M. CHAPTER 295  
61-107

OMB APPROVAL NO. 50-R0118

# APPOINTMENT AFFIDAVITS

_Revenue Officer_  
(Position to which appointed)

_7-19-82_  
(Date of appointment)

_Internal Revenue Service_  
(Department or agency)

_Collections_  
(Bureau or division)

_Juneau, AK_  
(Place of employment)

I, _Michael Walsh_, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. ~~So help me God.~~

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_/s/ Michael Walsh_  
(Signature of appointee)

Subscribed and sworn (or affirmed) before me this _21_ day of _July_ A.D. 19_82_,

at _Anchorage_        _Alaska_  
   (City)              (State)

[SEAL]

_/s/ [signature]_  
(Signature of officer)

Commission expires _____  
(If by a Notary Public, the date of expiration of his Commission should be shown)

_Personnel Clerk_  
(Title)

NOTE—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only those words may be stricken and only when the appointee elects to affirm the affidavits.

☆U.S. GOVERNMENT PRINTING OFFICE: 1978-261-647/3589

Attachment A2 - page 1 of 1