STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

UNITED STATES DISTRICT JUDGE     May 24, 2002
_(Position to which appointed)_     _(Date of appointment)_

United States District Court for the District of Alaska at Anchorage, Alaska
_(Department or agency)_   _(Bureau or Division)_   _(Place of employment)_

I, __RALPH R. BEISTLINE__, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this __24__ day of __May__, __2002__

at __Fairbanks__     __Alaska__
    _(City)_          _(State)_

[SEAL]

_(Signature of officer)_

Commission expires _____
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

__Chief United States District__ Judge
_(Title)_

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015     *U.S. Government Printing Office 1988-521-650/80047     Prior Edition Usable

Attachment A3 - page 1 of 1