designed to increase the efficiency of collecting State taxes by eliminating duplication of effort by State and Federal tax administrators, eliminating duplicate recordkeeping by taxpayers, establishing uniform treatment for individual taxpayers at both the State and Federal levels, providing faster collection of State income taxes, and freeing State courts from individual income tax controversies.

The effectiveness of the piggybacking system will be monitored by the Federal and State officials who will administer piggybacking.

A qualified State tax may be imposed on nonresidents as well as residents, at the option of the State. A qualified resident tax may be based either on Federal taxable income or a percentage of Federal tax liability, in either case with certain mandatory or optional adjustments. This conformity with the Federal income tax laws is necessary for the administrability of the piggybacking system.

### DISCUSSION OF COMMENTS

Some of the comments submitted on the proposed amendents questioned the constitutionality of certain of the statutory provisions implemented by the regulations. Other suggested positions that would require an amendment of the statute.

Concern was also expressed about the rules of the proposed amendments for identifying the source of business income. The comments suggested that most States use criteria other than those proposed to apportion business income, and that the proposed method apportionment would be extremely difficult to administer. However, the rules proposed for allocating business income are similar to the New York rules for allocation of income of an unincorporated business which is carried on both within and without the State. Similar rules are also in operation in Maryland, New Jersey, Massachussetts, and Delaware. Accordingly, it was concluded that the regulation should not be modified.

### DRAFTING INFORMATION

The principal author of this regulation is William E. Mantle of the Legislation and Regulations Division of the Office of the Chief Counsel, Internal Revenue Service. However, personnel from other offices of the Internal Revenue Service and Treasury Department participated in developing the regulation, both on matters of substance and style.

### ADOPTION OF AMENDMENTS TO THE REGULATIONS

Accordingly, the amendments to 26 CFR Parts 1, 31, 32, and 301 published as a notice of proposed rulemaking in the FEDERAL REGISTER on September 29, 1977 (42 FR 51790), are hereby adopted as proposed.

This Treasury decision is issued under the authority contained in sections 6364 and 7805 of the Internal Revenue Code of 1954 (86 Stat. 944, 26 U.S.C. 6364; and 68A Stat. 917, 26 U.S.C. 7805).

JEROME KURTZ,
*Commissioner of Internal Revenue.*

Approved: December 4, 1978.

DONALD C. LUBICK,
*Assistant Secretary of the Treasury.*

### SUBCHAPTER A—INCOME TAX

### PART 1—INCOME TAX; TAXABLE YEARS BEGINNING AFTER DECEMBER 31, 1953

Paragraph 1. So much of paragraph (a) of § 1.164-1 as follows subparagraph (5) thereof is amended to read as follows:

§ 1.164-1 Deduction for taxes.

(a) *In general.* * * *
(5) * * *

In addition, there shall be allowed as a deduction under this section State and local and foreign taxes not described in subparagraphs (1) through (5) of this paragraph which are paid or accrued within the taxable year in carrying on a trade or business or an activity described in section 212 (relating to expenses for production of income). For example, dealers or investors in securities and dealers or investors in real estate may deduct State stock transfer and real estate transfer taxes, respectively, under section 164, to the extent they are expenses incurred in carrying on a trade or business or an activity for the production of income. In general, taxes are deductible only by the person upon whom they are imposed. However, see § 1.164-5 in the case of certain taxes paid by the consumer. Also, in the case of a qualified State individual income tax (as defined in section 6362 and the regulations thereunder) which is determined by reference to a percentage of the Federal income tax (pursuant to section 6362 (c)), an accrual method taxpayer shall use the cash receipts and disbursements method to compute the amount of his deduction therefor. Thus, the deduction under section 164 is in the amount actually paid with respect to the qualified tax, rather than the amount accrued with respect thereto, during the taxable year even though the taxpayer uses the accrual method of accounting for other purposes. In addition, see paragraph (f)(1) of § 301.6361-1 of this chapter (Regulations on Procedure and Administration) with respect to rules relating to allocation and reallocation of amounts collected on account of the Federal income tax and qualified taxes.

* * * * *

PAR. 2. Section 1.451-1 is amended by adding at the end thereof a new paragraph (e), to read as follows:

§ 1.451-1 General rule for taxable year of inclusion.

* * * * *

(e) *Special rule for inclusion of qualified tax refund effected by allocation.* For rules relating to the inclusion in income of an amount paid by a taxpayer in respect of his liability for a qualified State individual income tax and allocated or reallocated in such a manner as to apply it toward the taxpayer's liability for the Federal income tax, see paragraph (f)(1) of § 301.6361-1 of this chapter (Regulations on Procedure and Administration).

PAR. 3. Paragraphs (a) and (d) of § 1.6001-1 are amended to read as follows:

§ 1.6001-1 Records.

(a) *In general.* Except as provided in paragraph (b) of this section, any person subject to tax under subtitle A of the Code (including a qualified State individual income tax which is treated pursuant to section 6361(a) as if it were imposed by chapter 1 of subtitle A), or any person required to file a return of information with respect to income, shall keep such permanent books of account or records, including inventories, as are sufficient to establish the amount of gross income, deductions, credits, or other matters required to be shown by such person in any return of such tax or information.

* * * * *

(d) *Notice by district director requiring returns, statements, or the keeping of records.* The district director may require any person, by notice served upon him, to make such returns, render such statements, or keep such specific records as will enable the district director to determine whether or not such person is liable for tax under subtitle A of the Code, including qualified State individual income taxes, which are treated pursuant to section 6361(a) as if they were imposed by chapter 1 of subtitle A.

PAR. 4. There is inserted immediately after § 1.6001-1 the following new section:

§ 1.6001-2 Returns.

For rules relating to returns required to be made by every individual, estate, or trust which is liable for one