STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61-107

OMB APPROVAL NO. 50-R0118

# APPOINTMENT AFFIDAVITS

United States District Judge _____ May 14, 1990
(Position to which appointed)  (Date of appointment)

U.S. District Court _____ Anchorage
(Department or agency) (Bureau or division) (Place of employment)

I, James K. Singleton, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_[signature]_
(Signature of appointee)

Subscribed and sworn (or affirmed) before me this ___ day of _____ A.D. 19 90

at _____
(City) (State)

[SEAL]

(Signature of officer)

Commission expires _____ USDJ
(If by a Notary Public, the date of expiration  (Title)
of his Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

☆U.S. G.P.O. 1983-381-526/8281

Certified to be a true and correct copy of original filed in my office
Dated 8-1-90
Phyllis Rhodes, Clerk
By _____ Deputy

Attachment A4 - page 1 of 1