15242          **RULES AND REGULATIONS**

Sec.
301.6103(a)–1 Inspection of returns by certain classes of persons and State and Federal government establishments pursuant to Executive order.
301.6103(a)–2 Copies of returns.
301.6103(a)–100 Inspection by Department of Health, Education, and Welfare of individual income tax returns.
301.6103(a)–101 Inspection of returns by committees of Congress other than those enumerated in section 6103(d).
301.6103(a)–102 Inspection by Securities and Exchange Commission of transcript cards and corporate and individual income tax returns.
301.6103(a)–103 Inspection of returns by the Advisory Commission on Intergovernmental Relations.
301.6103(a)–104 Inspection by Department of Commerce of income tax returns made under the Internal Revenue Code of 1954.
301.6103(a)–105 Inspection by Renegotiation Board of income tax returns made under the Internal Revenue Code of 1954.
301.6103(a)–106 Inspection by Federal Trade Commission of income tax returns of corporations made under the Internal Revenue Code of 1954.
301.6103(a)–107 Inspection of certain interest equalization tax information returns by the Board of Governors of the Federal Reserve System and the Federal Reserve Banks.
301.6103(b) Statutory provisions; publicity of returns and lists of taxpayers; inspection by States.
301.6103(b)–1 Inspection by States.
301.6103(c) Statutory provisions; publicity of returns and lists of taxpayers; inspection by shareholders.
301.6103(c)–1 Inspection of corporation returns by shareholders.
301.6103(d) Statutory provisions; publicity of returns and lists of taxpayers; inspection by committees of Congress.
301.6103(d)–1 Inspection by committees of Congress.
301.6103(e) Statutory provisions; publicity of returns and lists of taxpayers; declarations of estimated tax.
301.6103(f) Statutory provisions; publicity of returns and lists of taxpayers; inspection of list of taxpayers.
301.6103(f)–1 Public lists of persons making returns of income tax and of unemployment tax.
301.6104 Statutory provisions; publicity of information required from certain exempt organizations and certain trusts.
301.6104–1 Public inspection of applications for tax exemption.
301.6104–2 Publicity of information on certain information returns.
301.6105 Statutory provisions; compilation of relief from excess profits tax cases.
301.6105–1 Compilation of relief from excess profits tax cases.
301.6106 Statutory provisions; publicity of unemployment tax returns.
301.6106–1 Publicity of unemployment tax returns.
301.6107 Statutory provisions; list of special taxpayers for public inspection.
301.6107–1 Public list of persons paying special taxes.
301.6108 Statutory provisions; publication of statistics of income.
301.6108–1 Publication of statistics of income.
301.6109 Statutory provisions; identifying numbers.
301.6109–1 Identifying numbers.
301.6110 Statutory provisions; cross references.

### Time and Place for Paying Tax
#### PLACE AND DUE DATE FOR PAYMENT OF TAX

Sec.
301.6151 Statutory provisions; time and place for paying tax shown on returns.
301.6151–1 Time and place for paying tax shown on returns.
301.6152 Statutory provisions; installment payments.
301.6152–1 Installment payments.
301.6153 Statutory provisions; installment payments of estimated income tax by individuals.
301.6153–1 Installment payments of estimated income tax by individuals.
301.6154 Statutory provisions; installment payments of estimated income tax by corporations.
301.6154–1 Installment payments of estimated income tax by corporations.
301.6155 Statutory provisions; payment on notice and demand.
301.6155–1 Payment on notice and demand.
301.6156 Statutory provisions; installment payments of tax on use of highway motor vehicles.
301.6156–1 Installment payments of tax on use of highway motor vehicles.
301.6157 Statutory provisions; payment of taxes under provisions of the Tariff Act.

#### EXTENSIONS OF TIME FOR PAYMENT

301.6161 Statutory provisions; extension of time for paying tax.
301.6161–1 Extension of time for paying tax.
301.6162 Statutory provisions; extension of time for payment of tax on gain attributable to liquidation of personal holding companies.
301.6162–1 Extension of time for payment of tax on gain attributable to liquidation of personal holding companies.
301.6163 Statutory provisions; extension of time for payment of estate tax on value of reversionary or remainder interest in property.
301.6163–1 Extension of time for payment of estate tax on value of reversionary or remainder interest in property.
301.6164 Statutory provisions; extension of time for payment of taxes by corporations expecting carrybacks.
301.6164–1 Extension of time for payment of taxes by corporations expecting carrybacks.
301.6165 Statutory provisions; bonds where time to pay tax or deficiency has been extended.
301.6165–1 Bonds where time to pay the tax or deficiency has been extended.
301.6166 Statutory provisions; extension of time for payment of estate tax where estate consists largely of interest in closely held business.
301.6166–1 Extension of time for payment of estate tax where estate consists largely of interest in closely held business.

### Assessment
#### IN GENERAL

301.6201 Statutory provisions; assessment authority.
301.6201–1 Assessment authority.
301.6202 Statutory provisions; establishment by regulations of mode or time of assessment.
301.6203 Statutory provisions; method of assessment.
301.6203–1 Method of assessment.
301.6204 Statutory provisions; supplemental assessments.
301.6204–1 Supplemental assessments.
301.6205 Statutory provisions; special rules applicable to certain employment taxes.
301.6205–1 Special rules applicable to certain employment taxes.

Sec.
301.6206 Statutory provisions; special rules applicable to excessive claims under sections 6420 and 6421.
301.6206–1 Special rules applicable to excessive claims under section 6420 and 6421.
301.6207 Statutory provisions; cross references.

#### DEFICIENCY PROCEDURES

301.6211 Statutory provisions; definition of a deficiency.
301.6211–1 Deficiency defined.
301.6212 Statutory provisions; notice of deficiency.
301.6212–1 Notice of deficiency.
301.6213 Statutory provisions; restrictions applicable to deficiencies; petition to Tax Court.
301.6213–1 Restrictions applicable to deficiencies; petition to Tax Court.
301.6214 Statutory provisions; determinations by Tax Court.
301.6215 Statutory provisions; assessment of deficiency found by Tax Court.
301.6215–1 Assessment of deficiency found by Tax Court.
301.6216 Statutory provisions; cross references.

### Collection
#### GENERAL PROVISIONS

301.6301 Statutory provisions; collection authority.
301.6301–1 Collection authority.
301.6302 Statutory provisions; mode or time of collection.
301.6302–1 Mode or time of collection of taxes.
301.6303 Statutory provisions; notice and demand for tax.
301.6303–1 Notice and demand for tax.
301.6304 Statutory provisions; collection under the Tariff Act.

#### RECEIPT OF PAYMENT

301.6311 Statutory provisions; payment by check or money order.
301.6311–1 Payment by check or money order.
301.6312 Statutory provisions; payment by U.S. notes and certificates of indebtedness.
301.6312–1 Treasury certificates of indebtedness, Treasury notes, and Treasury bills acceptable in payment of internal revenue taxes or stamps.
301.6312–2 Certain Treasury savings notes acceptable in payment of certain internal revenue taxes.
301.6313 Statutory provisions; fractional parts of a cent.
301.6313–1 Fractional parts of a cent.
301.6314 Statutory provisions; receipt for taxes.
301.6314–1 Receipt for taxes.
301.6315 Statutory provisions; payments of estimated income tax.
301.6315–1 Payments of estimated income tax.
301.6316 Statutory provisions; payment by foreign currency.
301.6316–1 Payment of income tax in foreign currency.
301.6316–2 Definitions.
301.6316–3 Allocation of tax attributable to foreign currency.
301.6316–4 Return requirements.
301.6316–5 Manner of paying tax by foreign currency.
301.6316–6 Declarations of estimated tax.
301.6316–7 Payment of Federal Insurance Contributions Act taxes in foreign currency.
301.6316–8 Refunds and credits in foreign currency.
301.6316–9 Interest, additions to tax, etc.

Attachment A4 - page 1 of 1