☐E           NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION


Michael Robinson                                              11/23/2005
Clearance Officer
1750 Pennsylvania Avenue NW.
Washingon, DC  20220

In accordance with the Paperwork Reduction Act, OMB has
taken the following action on your request for approval of
a revision of an information collection received on 09/13/2005.

TITLE:   U.S. Individual Income Tax Return

AGENCY FORM NUMBER(S):   1040,SCHEDULES-A-B-C,
                         SCHEDULES-C-EZ,SCHEDULES-D-D-1,
                         SCHEDULES-E-EIC,SCHEDULES-F-H-J,
                         SCHEDULES-R-SE

ACTION : Approved without change
OMB NO.: 1545-0074
EXPIRATION DATE:  12/31/2006

BURDEN:              RESPONSES              HOURS        COSTS($,000)
  Previous         410,494,223        1,555,688,934                 0
  New              130,200,000        3,000,000,000        23,400,000
  Difference      -280,294,223        1,444,311,066        23,400,000
    Program Change                                0                 0
    Adjustment                        1,444,311,066        23,400,000

TERMS OF CLEARANCE: None


NOTE: The agency is required to display the OMB control
      number and inform respondents of its legal
      significance (see 5 CFR 1320.5(b)).

_____
OMB Authorizing Official      Title

Donald R. Arbuckle            Deputy Administrator, Office of
                              Information and Regulatory Affairs
_____
Sent electronically, 11/23/2005 12:50:44rE


**Attachment EE - page 1 of 15**

```
PAPERWORK REVIEW WORKSHEET                          14 SEP 2005
                                                    PAGE 1

OMB NUMBER   : 1545-0074              RECEIVED: 09/13/2005
REVIEW TYPE: Regular                  DUE DATE: 11/12/2005
I.C. TYPE  : Revision               DESK OFFICER: Alex Hunt

AGENCY     : Department of the Treasury
SUBAGENCY  : Internal Revenue Service
-----------------------------------------------------------------
TITLE: U.S. Individual Income Tax Return

AGENCY FORM NUMBER(S): 1040,SCHEDULES-A-B-C,SCHEDULES-C-EZ
                      SCHEDULES-D-D-1,SCHEDULES-E-EIC
                      SCHEDULES-F-H-J,SCHEDULES-R-SE

KEYWORDS: PERSONAL INCOME TAXES
          TAX RETURN

ABSTRACT: Form 1040 and schedules are used by individuals to report their
          income tax liability. The data is used to verify that the items
          reported on the forms are correct, and also for general
          statistical use.

OBLIGATION TO RESP: P Mandatory              SMALL ENTITIES: No
                                             STATISTICAL METHODS: No

AFF PUB: P Individuals or households       PURPOSE: P Reg or compliance

REQUIREMENTS: Recordkeeping
              Reporting frequency:
                Annually
```

```
                        PAPERWORK REVIEW WORKSHEET                    14 SEP 2005
                                                                        PAGE   2

OMB NUMBER: 1545-0074
TITLE: U.S. Individual Income Tax Return

-------------------------------------------------------------------------------
                                        CURRENT RECORD           REQUEST
                                          09/30/2007              3 Yrs
EXPIRATION DATE:

ANNUAL HOUR BURDEN:
   Number of respondents                  78,863,011          130,200,000
   Total annual responses                410,494,223          130,200,000
   % Collected electronically                     74 %                 75 %
   Burden Hours                       1,555,688,934        3,000,000,000
   Difference                                                          0*
   Explanation of Difference
   1. Program Change                                                   0*
   2. Adjustment                                                       0*
-------------------------------------------------------------------------------
                                        CURRENT RECORD           REQUEST

ANNUAL COST BURDEN:
   Capital/Startup Costs                          0                    0
   Annual Costs (O&M)                             0                    0
   Total Annualized Cost                          0                    0
   Difference                                                          0
   Explanation of difference
   1. Program change                                                   0
   2. Adjustment                                                       0
-------------------------------------------------------------------------------
LAST ACTION: Correction                            LAST ACTION DATE: 11/29/2004

EXISTING TERMS OF CLEARANCE: NONE
```

# PAPERWORK REDUCTION ACT SUBMISSION

Please read the instructions before completing this form. For additional forms or assistance in completing this form, contact your agency's Paperwork Clearance Officer. Send two copies of this form, the collection instrument to be reviewed, the Supporting Statement, and any additional documentation to: Office of Information and Regulatory Affairs, Office of Management and Budget, Docket Library, Room 10102, 725 17th Street NW Washington, DC 20503.

| 1. Agency/Subagency originating request<br><br>Department of the Treasury<br>Internal Revenue Service | 2. OMB control number     b. ___ None<br><br>a. 1 5 4 5 — 0 0 7 4 ___ ___ |
|---|---|
| 3. Type of information collection *(check one)*<br>  a. ___ New collection<br>  b. _X_ Revision of a currently approved collection<br>  c. ___ Extension of a currently approved collection<br>  d. ___ Reinstatement, without change, of a previously approved collection for which approval has expired<br>  e. ___ Reinstatement, with change, of a previously approved collection for which approval has expired<br>  f. ___ Existing collection in use without an OMB control number<br>*For b-f, note item A2 of Supporting Statement instructions* | 4. Type of review requested *(check one)*<br>  a. _X_ Regular<br>  b. ___ Emergency - Approval requested by: __/__/__<br>  c. ___ Delegated<br>5. Small entities<br>Will this information collection have a significant economic impact on a substantial number of small entities? ___ Yes _X_ No<br>6. Requested expiration date<br>  a. _X_ Three years from approval date   b. ___ Other   Specify: __/__ |
| 7. Title   U.S. Individual Income Tax Return | |
| 8. Agency form number(s) *(if applicable)*   Forms 1040 and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F, H, J, R, and SE | |
| 9. Keywords   'personal income taxes, tax return' | |
| 10. Abstract   Form 1040 and schedules are used by individuals to report their income tax liability. The data is used to verify that the items reported on the forms are correct, and also for general statistical use. | |
| 11. Affected public *(Mark primary with "P" and all others that apply with "X")*<br>a. _P_ Individuals or households    d. ___ Farms<br>b. ___ Business or other for-profit    e. ___ Federal Government<br>c. ___ Not-for-profit institutions    f. ___ State, Local or Tribal Government | 12. Obligation to respond *(Mark primary with "P" and all others that apply with "X")*<br>a. ___ Voluntary<br>b. ___ Required to obtain or retain benefits<br>c. _P_ Mandatory |
| 13. Annual reporting and recordkeeping hour burden<br>  a. Number of respondents    130,200,000<br>  b. Total annual responses    130,200,000<br>    1. Percentage of these responses collected electronically   75 %<br>  c. Total annual hours requested    3,000,000,000<br>  d. Current OMB Inventory<br>  e. Difference<br>  f. Explanation of difference<br>    1. Program change<br>    2. Adjustment | 14. Annual reporting and recordkeeping cost burden *(in thousands of dollars)*<br>  a. Total annualized capital/startup costs<br>  b. Total annual costs (O&M)<br>  c. Total annualized costs requested<br>  d. Current OMB Inventory<br>  e. Difference<br>  f. Explanation of difference<br>    1. Program change<br>    2. Adjustment |
| 15. Purpose of information collection *(Mark primary with "P" and all others that apply with "X")*<br>  a. ___ Application for benefits    e. ___ Program planning or management<br>  b. ___ Program evaluation    f. ___ Research<br>  c. ___ General purpose statistics    g. _P_ Regulatory or compliance<br>  d. ___ Audit | 16. Frequency of recordkeeping or reporting *(check all that apply)*<br>a. _X_ Recordkeeping    b. ___ Third party disclosure<br>c. _X_ Reporting<br>  1. ___ On occasion   2. ___ Weekly   3. ___ Monthly<br>  4. ___ Quarterly   5. ___ Semi-annually   6. _X_ Annually<br>  7. ___ Biennially   8. ___ Other (describe) ___ |
| 17. Statistical methods<br>  Does this information collection employ statistical methods?<br><br>           ___ Yes    _X_ No | 18. Agency contact *(person who can best answer questions regarding the content of this submission)*<br><br>Name:   R. Joseph Durbala<br><br>Phone:   (202) 622-3634 |

OMB 83-I                                                                                                                                                        10/95

**19. Certification for Paperwork Reduction Act Submissions**

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9.

NOTE: The text of 5 CFR 1320.9, and the related provisions of 5 CFR 1320.8(b)(3), appear at the end of the instructions. *The certification is to be made with reference to those regulatory provisions as set forth in the instructions.*

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

(a) It is necessary for the proper performance of agency functions;

(b) It avoids unnecessary duplication;

(c) It reduces burden on small entities;

(d) It uses plain, coherent, and unambiguous terminology that is understandable to respondents;

(e) Its implementation will be consistent and compatible with current reporting and recordkeeping practices;

(f) It indicates the retention periods for recordkeeping requirements;

(g) It informs respondents of the information called for under 5 CFR 1320.8(b)(3):

    (i) Why the information is being collected;

    (ii) Use of information;

    (iii) Burden estimate;

    (iv) Nature of response (voluntary, required for a benefit, or mandatory);

    (v) Nature and extent of confidentiality; and

    (vi) Need to display currently valid OMB control number.

(h) It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected (see note in Item 19 of the instructions);

(i) It uses effective and efficient statistical survey methodology; and

(j) It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item below and explain the reason in Item 18 of the Supporting Statement.

| Signature of Program Official<br>*Glenn P. Kirkland*<br>Glenn P. Kirkland, IRS Reports Clearance Officer | Date<br>9/12/2005 |
|---|---|
| Signature of Senior Official or Designee<br>*[signature]* | Date<br>9-13-05 |

OMB 83-I      10/95

1

## SUPPORTING STATEMENT

(Comment for Form 1040 and Schedules A, B, C, C-EZ, D, D-1, E, EIC, F, H, J, R, and SE, Form 1040A and Schedules 1, 2, and 3, Form 1040EZ, Form 1040X, and all attachments to these forms.)

1. **CIRCUMSTANCES NECESSITATING COLLECTION OF INFORMATION**

   IRC sections 6011 & 6012 of the Internal Revenue Code require individuals to prepare and file income tax returns annually. Form 1040, and related schedules, are used by individuals to report their income subject to tax and compute their correct tax liability.

2. **USE OF DATA**

   The data on these forms and schedules will be used in computing the tax liability and in determining that the items claimed are properly allowable. It is also used for general statistical use.

3. **USE OF IMPROVED INFORMATION TECHNOLOGY TO REDUCE BURDEN**

   We are currently offering electronic filing for Form 1040 and schedules.

4. **EFFORTS TO IDENTIFY DUPLICATION**

   We have attempted to eliminate duplication within the agency wherever possible.

5. **METHODS TO MINIMIZE BURDEN ON SMALL BUSINESSES OR OTHER SMALL ENTITIES**

   Not applicable.

6. **CONSEQUENCES OF LESS FREQUENT COLLECTION ON FEDERAL PROGRAMS OR POLICY ACTIVITIES**

   Not applicable.

2

7. **SPECIAL CIRCUMSTANCES REQUIRING DATA COLLECTION TO BE INCONSISTENT WITH GUIDELINES IN 5 CFR 1320.5(d)(2)**

   Not applicable.

8. **CONSULTATION WITH INDIVIDUALS OUTSIDE OF THE AGENCY ON AVAILABILITY OF DATA, FREQUENCY OF COLLECTION, CLARITY OF INSTRUCTIONS AND FORMS, AND DATA ELEMENTS**

   Periodic meetings are held between IRS personnel and representatives of the American Bar Association, the National Society of Public Accountants, the American Institute of Certified Public Accountants, and other professional groups to discuss tax law and tax forms. During these meetings, there is an opportunity for those attending to make comments regarding Form 1040. In addition, we receive comments from other interested outside groups and from individuals.

   In response to the Federal Register Notice dated July 8, 2005, we received no comments during the comment period regarding Form 1040 and its schedules.

9. **EXPLANATION OF DECISION TO PROVIDE ANY PAYMENT OR GIFT TO RESPONDENTS**

   Not applicable.

10. **ASSURANCE OF CONFIDENTIALITY OF RESPONSES**

    Generally, tax returns and tax return information are confidential as required by 26 USC 6103.

11. **JUSTIFICATION OF SENSITIVE QUESTIONS**

    Not applicable.

**Attachment EE - page 7 of 15**

3

## 12.  ESTIMATED BURDEN OF INFORMATION COLLECTION

The burden estimate is as follows:

Table 1. Taxpayer Burden for Individual Taxpayers Who Filed Form 1040, by Preparation Method

| Major Form Filed or Type of Taxpayer | Number of Returns (millions) | Average Burden | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Average for All Preparation Methods | | Self-Prepared Without Tax Software | | Self-Prepared With Tax Software | | Prepared by Paid Professional | |
| | | Hours | Costs | Hours | Costs | Hours | Costs | Hours | Costs |
| **All Taxpayers Filing Form 1040, 1040A and 1040EZ** | 130.2 | 23.3 | $179 | 16.4 | $17 | 27.9 | $44 | 22.9 | $268 |
| **Major Form Filed** | | | | | | | | | |
| Taxpayers Filing Form 1040 (and associated forms) | 88.2 | 30.5 | $242 | 26.9 | $21 | 36.6 | $52 | 28.7 | $338 |
| Taxpayers Filing Form 1040A (and associated forms) | 23.3 | 9.1 | $62 | 10.8 | $29 | 11.5 | $44 | 7.4 | $82 |
| Taxpayers Filing Form 1040EZ | 18.7 | 7.2 | $29 | 7.0 | $1 | 10.1 | $9 | 5.5 | $60 |
| **Type of Taxpayer*** | | | | | | | | | |
| Wage and Investment | 94.6 | 11.8 | $93 | 11.5 | $14 | 17.8 | $35 | 9.0 | $142 |

**Attachment EE - page 8 of 15**

| | | | | |
|---|---|---|---|---|
| Self-Employed | 35.6 | 53.9 | $410 | 48.5 | $31 | 68.4 | $81 | 53.9 | $522 |

4

Note: Detail may not add to total due to rounding.

*You are a "Wage and Investment" taxpayer (as defined by IRS) if you did not file a Schedule C, Schedule C-EZ, Schedule E, Schedule F, or Form 2106. If you filed a Schedule C, Schedule C-EZ, E, or F, or Form 2106, you are a "Self-Employed" taxpayer.

Table 2. Taxpayer Burden for Taxpayers Who Filed Form 1040, by Preparation Method and Combination of Forms Filed

| Type of Taxpayer* and Common Combinations of Forms Filed | Average Burden | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Average for All Preparation Methods | | Self-Prepared Without Tax Software | | Self-Prepared With Tax Software | | Prepared by Paid Professional | |
| | Hours | Costs | Hours | Costs | Hours | Costs | Hours | Costs |
| **Common Filing Combinations of Wage & Investment Taxpayers** | | | | | | | | |
| Wage and Investment Taxpayers | 11.8 | $93 | 11.5 | $14 | 17.8 | $35 | 9.0 | $142 |
| Form 1040 and other forms and schedules, but not Schedules A and D | 9.2 | $88 | 12.2 | $17 | 15.8 | $34 | 6.6 | $118 |
| Form 1040 and Schedule A and other forms and schedules, but not Schedule D | 16.3 | $126 | 19.2 | $17 | 22.6 | $41 | 11.9 | $198 |
| Form 1040 and Schedule D and other forms and schedules, but not Schedule A | 17.6 | $159 | 22.5 | $14 | 27.3 | $48 | 12.9 | $223 |
| Form 1040 and Schedules A and | 24.6 | $239 | 32.8 | $13 | 35.4 | $44 | 18.1 | $365 |

D and other forms and schedules

## Common Filing Combinations of Self-Employed Taxpayers

| Self-Employed Taxpayers | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 53.9 | $410 | 48.5 | $31 | 68.4 | $81 | 53.9 | $522 |
| Form 1040 and Schedule C and other forms and schedules, but not Schedules E or F or Form 2106 | 59.4 | $245 | 51.4 | $24 | 74.6 | $63 | 56.1 | $323 |
| Form 1040 and Schedule E and other forms and schedules, but not Schedules C or F or Form 2106 | 44.7 | $591 | 37.5 | $43 | 57.7 | $100 | 42.8 | $717 |
| Form 1040 and Schedule F and other forms and schedules, but not Schedules C or E or Form 2106 | 34.8 | $238 | 38.1 | $37 | 49.7 | $81 | 34.8 | $238 |
| Form 1040 and Form 2106 and other forms and schedules but not Schedules C, E, or F | 55.4 | $242 | 42.0 | $32 | 62.5 | $80 | 55.8 | $283 |
| Form 1040 and forms and schedules including more than one of the SE forms (Schedules C, E, or F or Form 2106) | 69.4 | $618 | 72.0 | $40 | 88.3 | $99 | 65.7 | $746 |

*You are a "Wage and Investment" taxpayer (as defined by IRS) if you did not file a Schedule C, Schedule C-EZ, Schedule E, Schedule F, or Form 2106. If you filed a Schedule C, Schedule C-EZ, Schedule E, or F, or Form 2106, you are a "Self-Employed" taxpayer.

**Attachment EE - page 10 of 15**

Table 3. Taxpayer Burden for Taxpayers Who Filed Form 1040, by Activity

| Form or Schedule | Percent of Returns Filed | Average Time Burden of Taxpayer Activities (Hours per Return) | | | | Average Costs per Return |
|---|---|---|---|---|---|---|
| | | Total Time | Record-keeping | Tax Planning | Form Completion | All Other Activities | |
| All Taxpayers | 100% | 23.3 | 14.1 | 3.2 | 3.2 | 2.8 | $179 |
| Form 1040 | 68% | 30.5 | 19.1 | 4.2 | 3.8 | 3.5 | $242 |
| Form 1040A | 18% | 9.1 | 4.3 | 1.1 | 1.9 | 1.8 | $63 |
| Form 1040EZ | 14% | 7.2 | 2.5 | 1.5 | 2.1 | 1.2 | $29 |
| Type of Taxpayer* | 100% | | | | | | |
| Wage and Investment | 73% | 11.8 | 5.0 | 2.3 | 2.7 | 1.8 | $93 |
| Self-Employed | 27% | 53.9 | 38.1 | 5.8 | 4.4 | 1.2 | $410 |

Note: Detail may not add to total due to rounding.

*You are a "Wage and Investment" taxpayer (as defined by IRS) if you did not file a Schedule C, Schedule C-EZ, Schedule E, Schedule F, or Form 2106. If you filed a Schedule C, Schedule C-EZ, E, or F, or Form 2106, you are a "Self-Employed taxpayer."

Estimates of the annualized cost to respondents for the hour burdens shown are not available at this time.

We are asking for continued approval of these regulations that are associated with Form 1040. Please continue to assign OMB number 1545-0074 to these regulations.

1.23-5       1.307-2       1.1385-1
1.31.2       1.333-1       1.1402(a)-2,5,11,15
1.37-2 and 3 1.351-3       161.1402(c)-2

6

7

| | |
|---|---|
| 1.41-4 | 1.383-1 |
| 1.41-4A | 1.442-1 |
| 1.43-2 | 1.446-1 |
| 1.44A-3 | 1.451-5 thru 7 1.6060-1 |
| 1.52-4 | 1.454-1 |
| 1.61-15 | 1.461-1 |
| 1.63-1 | 1.466-1 |
| 1.64(c)6 | 1.551-4 |
| 1.71-1 | 1.612-4 |
| 1.72 | 1.642(c)-5 and 6 |
| 1.79-2 and 3 | 1.702-1 |
| 1.83-2 thru 5 | 1.706-1 |
| 1.105 | 1.736-1 |
| 1.151-1 | 1.743-1 |
| 1.152-4 and 4T | 1.751-1 |
| 1.162-24 | 1.852-7 and 9 1.6151-1 |
| 1.163-10T | 1.931-1 |
| 1.166-10 | 1.935-1 |
| 1.170 | 1.1012-1 |
| 1.170A | 1.1041-1T |
| 1.172 | 1.1081-11 |
| 1.180-2 | 1.1101-4 |
| 1.182-6 | 1.1211-1 |
| 1.190-3 | 1.1212-1 |
| 1.213-1 | 1.1231-2 |
| 1.215-1 | 1.1232-3 |
| 1.254-1 | 1.1248-7 |
| 1.265-1 | 1.1251-2 |
| 1.274-5T and 6T | 1.1254-1 and 3 |
| 1.280A-3 | 1.1304-1 thru 5 |
| 1.280F-3T | 1.1311(a)-1 |
| 1.302-4 | 1.1383-1 |

| | |
|---|---|
| 1.1402(e)-(2)-1 | |
| 1.1402(f)-1 | |
| 1.6001-1 | |
| 1.6072-1 | |
| 1.6107-1 | |
| 1.6109-1 and 2 | |
| 1.6011-1 | |
| 1.6012-1 | |
| 1.6013-1, 6, 7 | |
| 1.6017-1 | |
| 1.6060-1 | |
| 1.6072-1 | |
| 1.6107-1 | |
| 1.6109-1 | |
| 1.6695-1 | |
| 1.6696-1 | |
| 1.9100-1 | |
| 5c.0 | |
| 7.0 | |
| 16A.126-2 | |
| 18.1-7 | |
| 31.6011(a)-1 and 7 | |
| 301.6110-3 and 5 | |
| 301.6316-4 thru 6 | |
| 301.6361-1 and 3 | |
| 301.6501 | |
| 301.6501(d) | |
| 301.6905-1 | |
| 301.7216-2 | |

**Attachment EE - page 12 of 15**

8

The following are citations to 26 U.S.C.:

| | |
|---|---|
| 61 | 317 | 852 |
| 72 | 318 | 857 |
| 79 | 331 | 1012 |
| 83 | 332 | 1034(i) |
| 126 | 351 | 1037 |
| 162(h) | 403 | 1081 |
| 170 | 454 | 1101 |
| 172(b), (c), (h) | 518(c)(18) | 1232A |
| 180 | 551 | 6011 |
| 182 | 613(g) | 6012 |
| 265 | 642(c) | 6061 |
| 301 | 735 | 6107 |
| 307 | 736 | 7216 |

13. **ESTIMATED TOTAL ANNUAL COST BURDEN TO RESPONDENTS**

As suggested by OMB, our Federal Register notice dated July 8, 2005, requested public comments on estimates of cost burden that are not captured in the estimates of burden hours, i.e., estimates of capital or start-up costs and costs of operation, maintenance, and purchase of services to provide information. However, we did not receive any response from taxpayers on this subject. As a result, estimates of the cost burdens are not available at this time.

14. **ESTIMATED ANNUALIZED COST TO THE FEDERAL GOVERNMENT**

The primary cost to the government consists of the cost of printing these forms. We estimate that the cost of printing these forms and schedules, including the tax packages, is $23,400,000.

9

## 15. REASONS FOR CHANGE IN BURDEN

Under the PRA, OMB assigns a control number to each "collection of information" that it reviews and approves for use by an agency. A single information collection may consist of one or more forms, recordkeeping requirements, and/or third-party disclosure requirements. Under the PRA and OMB regulations, agencies have the discretion to seek separate OMB approvals for individual forms, recordkeeping requirements, and third-party reporting requirements or to combine any number of forms, recordkeeping requirements, and/or third-party disclosure requirements (usually related in subject matter) under one OMB Control Number. Agency decisions on whether to group individual requirements under a single OMB Control Number or to disaggregate them and request separate OMB Control Numbers are based largely on considerations of administrative practicality.

Tables 1, 2, and 3 show the burden model estimates. In tax year 2003 the burden of all individual taxpayers filing Forms 1040, 1040A or 1040EZ averaged about 23 hours per return filed, or a total of more than 3 billion hours. Similarly, the average out-of-pocket taxpayer costs were estimated to be $179 per return filed or a total of $23.4 billion. Including associated forms and schedules, taxpayers filing Form 1040 had an average burden of about 30 hours, taxpayers filing Form 1040A averaged about 9 hours, and those filing 1040 EZ averaged about 7 hours.

The data shown are the best estimates from tax returns filed for 2003 currently available as of June 27, 2005. The estimates are subject to change as new forms and data become available. Estimates for combinations of major forms and schedules commonly used will be available and the most up-to-date estimates and supplementary information can be found on the IRS Web site: http://www.irs.gov.

## TOTAL PROGRAM CHANGE AND NET ADJUSTMENT FOR ALL FORMS AND SCHEDULES

There are no changes in the paperwork burden as previously outlined in our Federal register notice dated July, 8, 2005.

Type of Review: Extension of currently approved collections.
Affected Public: Individuals or households.
Estimated Number of Respondents: 130,200,000.

10

Total Estimated Time: 3.0 billion hours.
Estimated Time Per Respondent: 23.3 hours.
Total Estimated Out-of-Pocket Costs: $23.4 billion.
Estimated Out-of-Pocket Cost Per Respondent: $179.

We are making this submission to renewal the OMB approval.

16. **PLANS FOR TABULATION, STATISTICAL ANALYSIS AND PUBLICATION**

    Not applicable.

17. **REASONS WHY DISPLAYING THE OMB EXPIRATION DATE IS INAPPROPRIATE**

    See attachment.

18. **EXCEPTIONS TO THE CERTIFICATION STATEMENT ON OMB FORM 83-I**

    Not applicable.

**Note:** The following paragraph applies to all of the collections of information in this submission:

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection of information displays a valid OMB control number. Books or records relating to a collection of information must be retained as long as their contents may become material in the administration of any internal revenue law. Generally, tax returns and tax return information are confidential, as required by 26 U.S.C. 6103.

**Attachment EE - page 15 of 15**