| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #12 Lien Unit Phone: (206) 220-5596 | 140709103 | • This Notice of Federal Tax Lien has been filed as a matter of public record. |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer: DONALD L HYMES

Residence: 2340 RAVENWOOD, FAIRBANKS, AK 99709

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | 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 | 12/24/2001 | 01/23/2012 | 788.79 |
| 1040 | 12/31/1999 | 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 | 11/12/2001 | 12/12/2011 | 2839.78 |

You are hereby put on Notice that this letter must be filed as a permanent part of my IRS/IDA/AIMS/IMF/BMF 23C record. If such record(s) has/have been deleted or substituted, this demand still applies. Initial: _____

Place of Filing: RECORDING DISTRICT OF FAIRBANKS, FAIRBANKS, AK 99701

EXHIBIT A

Total $ 3628.57

Notice was prepared and signed at SEATTLE, WA, on this, 27th day of October, 2003.

Signature: _____ KE WALSH
Title: REVENUE OFFICER
(907) 271-6972
32-03-3277

NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity...

Attachment J - page 1 of 1