Sec.
1.1305   Statutory provisions; breach of contract damages.
1.1305-1 [Reserved]
1.1306   Statutory provisions; rules applicable to part I (section 1301 and following), subchapter Q, chapter 1 of the Code.
1.1306-1 Rules applicable to part I (section 1301 and following), subchapter Q, chapter 1 of the Code.

MITIGATION OF EFFECT OF LIMITATIONS AND OTHER PROVISIONS

1.1311(a)    Statutory provisions; correction of error; general rule.
1.1311(a)-1  Introduction.
1.1311(a)-2  Purpose and scope of section 1311.
1.1311(b)    Statutory provisions; correction of error; conditions necessary for adjustment.
1.1311(b)-1  Maintenance of an inconsistent position.
1.1311(b)-2  Correction not barred at time of erroneous action.
1.1311(b)-3  Existence of relationship in case of adjustment by way of deficiency assessment.
1.1312       Statutory provisions; circumstances of adjustment.
1.1312-1     Double inclusion of an item of gross income.
1.1312-2     Double allowance of a deduction or credit.
1.1312-3     Double exclusion of an item of gross income.
1.1312-4     Double disallowance of a deduction or credit.
1.1312-5     Correlative deductions and inclusions for trusts or estates and legatees, beneficiaries, or heirs.
1.1312-6     Basis of property after erroneous treatment of a prior transaction.
1.1312-7     Law applicable in determination of error.
1.1313(a)    Statutory provisions; definition of determination.
1.1313(a)-1  Decision by Tax Court or other court as a determination.
1.1313(a)-2  Closing agreement as a determination.
1.1313(a)-3  Final disposition of claim for refund as a determination.
1.1313(a)-4  Agreement pursuant to section 1313(a)(4) as a determination.
1.1313(b)-(c) Statutory provisions; definitions of taxpayer and related taxpayer.
1.1313(c)-1  Related taxpayer.
1.1314(a)    Statutory provisions; amount and method of adjustment; ascertainment of amount of adjustment.
1.1314(a)-1  Ascertainment of amount of adjustment in year of error.
1.1314(a)-2  Adjustment to other barred taxable years.
1.1314(b)    Statutory provisions; amount and method of adjustment; method of adjustment.
1.1314(b)-1  Method of adjustment.
1.1314(c)    Statutory provisions; amount and method of adjustment; adjustment unaffected by other items.
1.1314(c)-1  Adjustment unaffected by other items.
1.1314(d)-(e) Statutory provisions; amount and method of adjustment; no adjustments for years prior to 1932; not applicable to tax imposed by subtitle C.
1.1315       Statutory provisions; effective date.

INVOLUNTARY LIQUIDATION AND REPLACEMENT OF LIFO INVENTORIES

1.1321       Statutory provisions; involuntary liquidation of lifo inventories.
1.1321-1     Involuntary liquidation of lifo inventories.
1.1321-2     Liquidation and replacement of lifo inventories by acquiring corporations.

WAR LOSS RECOVERIES

1.1331       Statutory provisions; war loss recoveries.
1.1331-1     Recoveries in respect of war losses.
1.1332       Statutory provisions; inclusion in gross income of war loss recoveries.
1.1332-1     Inclusion in gross income of war loss recoveries.
1.1333       Statutory provisions; tax adjustment measured by prior benefits.
1.1333-1     Tax adjustment measured by prior benefits.
1.1334       Statutory provisions; restoration of value of investments referable to destroyed or seized property.
1.1334-1     Restoration of value of investments.
1.1335       Statutory provisions; election by taxpayer for application of section 1333.

TREATMENT OF CAPITAL LOSSES

Sec.
1.1211       Statutory provisions; limitation on capital losses.
1.1211-1     Limitation on capital losses.
1.1212       Statutory provisions; capital loss carryover.
1.1212-1     Net capital loss carryover.

GENERAL RULES FOR DETERMINING CAPITAL GAINS AND LOSSES

1.1221       Statutory provisions; capital asset defined.
1.1221-1     Meaning of terms.
1.1222       Statutory provisions; other terms relating to capital gains and losses.
1.1222-1     Other terms relating to capital gains and losses.
1.1223       Statutory provisions; holding period of property.
1.1223-1     Determination of period for which capital assets are held.

SPECIAL RULES FOR DETERMINING CAPITAL GAINS AND LOSSES

1.1231       Statutory provisions; property used in the trade or business and involuntary conversions.
1.1231-1     Gains and losses from the sale or exchange of certain property used in the trade or business.
1.1231-2     Livestock held for draft, breeding, or dairy purposes.
1.1232       Statutory provisions; bonds and other evidences of indebtedness.
1.1232-1     Bonds and other evidences of indebtedness; scope of section.
1.1232-2     Retirement.
1.1232-3     Gain upon sale or exchange of obligations issued at a discount after December 31, 1954.
1.1232-4     Obligations with excess coupons detached.
1.1233       Statutory provisions; gains and losses from short sales.
1.1233-1     Gains and losses from short sales.
1.1234       Statutory provisions; options to buy or sell.
1.1234-1     Options to buy or sell.
1.1235       Statutory provisions; sale or exchange of patents.
1.1235-1     Sale or exchange of patents.
1.1235-2     Definition of terms.
1.1236       Statutory provisions; dealers in securities.
1.1236-1     Dealers in securities.
1.1237       Statutory provisions; real property subdivided for sale.
1.1237-1     Real property subdivided for sale.
1.1238       Statutory provisions; amortization in excess of depreciation.
1.1238-1     Amortization in excess of depreciation.
1.1239       Statutory provisions; gain from sale of certain property between spouses or between an individual and a controlled corporation.
1.1239-1     Gain from sale or exchange of certain property between spouses or between an individual and a controlled corporation.
1.1240       Statutory provisions; taxability of employee of termination payments.
1.1240-1     Capital gains treatment of certain termination payments.
1.1241       Statutory provisions; cancellation of lease or distributor's agreement.
1.1241-1     Cancellation of lease or distributor's agreement.
1.1242       Statutory provisions; losses on small business investment company stock.
1.1242-1     Losses on small business investment company stock.
1.1243       Statutory provisions; loss of small business investment company.
1.1243-1     Loss of small business investment company.

READJUSTMENT OF TAX BETWEEN YEARS AND SPECIAL LIMITATIONS

INCOME ATTRIBUTABLE TO SEVERAL TAXABLE YEARS

1.1301       Statutory provisions; compensation from an employment.
1.1301-1     Introduction.
1.1301-2     Compensation from an employment.
1.1302       Statutory provisions; income from an invention or artistic work.
1.1302-1     Income from an invention or artistic work.
1.1303       Statutory provisions; income from back pay.
1.1303-1     Income from back pay.
1.1304       Statutory provisions; compensatory damages for patent infringement.
1.1304-1     Compensatory damages for patent infringement.

### Tax on Self-Employment Income

Sec.
1.1401    Statutory provisions; rate of tax on self-employment income.
1.1401-1    Tax on self-employment income.
1.1402(a)    Statutory provisions; definitions; net earnings from self-employment.
1.1402(a)-1    Net earnings from self-employment.
1.1402(b)    Statutory provisions; definitions; self-employment income.
1.1402(b)-1    Self-employment income.
1.1402(c)    Statutory provisions; definitions; trade or business.
1.1402(c)-1    Trade or business.
1.1402(d)    Statutory provisions; definitions; employee and wages.
1.1402(d)-1    Employee and wages.
1.1402(e)    Statutory provisions; definitions; ministers, members of religious orders, and Christian Science practitioners.
1.1402(e)-1    Election by ministers, members of religious orders, and Christian Science practitioners for self-employment coverage.
1.1403    Statutory provisions; miscellaneous provisions.
1.1403-1    Cross references.

### Withholding of Tax on Nonresident Aliens and Foreign Corporations and Tax-Free Covenant Bonds

#### NONRESIDENT ALIENS AND FOREIGN CORPORATIONS

1.1441    Statutory provisions; withholding of tax on nonresident aliens.
1.1441-1    Requirement for withholding of tax on nonresident aliens and foreign corporations.
1.1441-2    Income subject to withholding.
1.1441-3    Exceptions and rules of special application.
1.1441-4    Exemptions from withholding.
1.1441-5    Claiming United States citizenship or residence.
1.1442    Statutory provisions; withholding of tax on foreign corporations.
1.1442-1    Withholding of tax on foreign corporations.
1.1443    Statutory provisions; foreign tax-exempt organizations.
1.1443-1    Rents paid to foreign tax-exempt organizations.

#### TAX-FREE COVENANT BONDS

1.1451    Statutory provisions; tax-free covenant bonds.
1.1451-1    Tax-free covenant bonds issued before January 1, 1934.
1.1451-2    Exemptions from withholding under section 1451.

#### APPLICATION OF WITHHOLDING PROVISIONS

1.1461    Statutory provisions; return and payment of withheld tax.
1.1461-1    Ownership certificates for bond interest.
1.1461-2    Return and payment of tax withheld on and after January 1, 1957.
1.1461-3    Return and payment of tax withheld before January 1, 1957.
1.1462    Statutory provisions; withheld tax as credit to recipient of income.
1.1462-1    Withheld tax as credit to recipient of income.
1.1463    Statutory provisions; tax paid by recipient of income.
1.1463-1    Tax paid by recipient of income.
1.1464    Statutory provisions; refunds and credits with respect to withheld tax.
1.1464-1    Refunds and credits.
1.1465    Statutory provisions; definition of withholding agent.
1.1465-1    General provisions relating to withholding agents.

### Rules Applicable to Recovery of Excessive Profits on Government Contracts

#### RECOVERY OF EXCESSIVE PROFITS ON GOVERNMENT CONTRACTS

1.1471    Statutory provisions; recovery of excessive profits on government contracts.
1.1471-1    Recovery of excessive profits on government contracts.

#### MITIGATION OF EFFECT OF RENEGOTIATION OF GOVERNMENT CONTRACTS

1.1481    Statutory provisions; mitigation of effect of renegotiation of government contracts.
1.1481-1    [Reserved]

Sec.
1.1335-1    Elective method; time and manner of making election and effect thereof.
1.1336    Statutory provisions; basis of recovered property.
1.1336-1    Basis of recovered property.
1.1337    Statutory provisions; applicable rules.
1.1337-1    Determination of tax benefits from allowable deductions.

#### CLAIM OF RIGHT

1.1341    Statutory provisions; computation of tax where taxpayer restores substantial amount held under claim of right.
1.1341-1    Restoration of amounts received or accrued under claim of right.
1.1342    Statutory provisions; computation of tax where taxpayer recovers substantial amount held by another under claim of right.
1.1342-1    Computation of tax where taxpayer recovers substantial amount held by another under claim of right; effective date.

#### OTHER LIMITATIONS

1.1346    Statutory provisions; recovery of unconstitutional Federal taxes.
1.1346-1    Recovery of unconstitutional taxes.
1.1347    Statutory provisions; claims against United States involving acquisition of property.
1.1347-1    Tax on certain amounts received from the United States.

#### ELECTION OF CERTAIN PARTNERSHIPS AND PROPRIETORSHIPS AS TO TAXABLE STATUS

1.1361    [Reserved]

#### ELECTION OF CERTAIN SMALL BUSINESS CORPORATIONS AS TO TAXABLE STATUS

1.1371    Statutory provisions; definitions.
1.1371-1    Definition of small business corporation.
1.1371-2    Definition of electing small business corporation.
1.1372    Statutory provisions; election by small business corporation.
1.1372-1    Election by small business corporation.
1.1372-2    Manner and time for making election and filing shareholders' consent.
1.1372-3    Shareholders' consent.
1.1372-4    Termination of election.
1.1372-5    Election after termination.
1.1373    Statutory provisions; corporation undistributed taxable income taxed to shareholders.
1.1373-1    Corporation undistributed taxable income taxed to shareholders.
1.1374    Statutory provisions; corporation net operating loss allowed to shareholders.
1.1374-1    Net operating losses involving electing small business corporations.
1.1374-2    Application with other provisions.
1.1374-3    Pre-1958 taxable years.
1.1374-4    Examples.
1.1375    Statutory provisions; special rules applicable to distributions of electing small business corporations.
1.1375-1    Special rules applicable to capital gains.
1.1375-2    Dividends received exclusion and credit not allowed.
1.1375-3    Treatment of family groups.
1.1375-4    Distributions of previously taxed income.
1.1376    Statutory provisions; adjustment to basis of stock of, and indebtedness owing, shareholders.
1.1376-1    Adjustment to basis of stock of, and indebtedness to, shareholders; increase in basis of stock.
1.1376-2    Reduction in basis of stock and indebtedness.
1.1377    Statutory provisions; special rules applicable to earnings and profits of electing small business corporations.
1.1377-1    Reduction of earnings and profits for undistributed taxable income.
1.1377-2    Current earnings and profits not reduced by any amount not allowable as a deduction.
1.1377-3    Earnings and profits not affected by net operating loss.

**Tax on Transfers To Avoid Income Tax**

Sec.
1.1491    Statutory provisions; imposition of tax.
1.1491-1  Imposition of tax.
1.1492    Statutory provisions; nontaxable transfers.
1.1492-1  Nontaxable transfers.
1.1493    Statutory provisions; definition of foreign trust.
1.1493-1  Definition of foreign trust.
1.1494    Statutory provisions; payment and collection.
1.1494-1  Returns; payment and collection of tax.
1.1494-2  Effective date.

**Consolidated Returns**

RETURNS AND PAYMENT OF TAX

1.1501       Statutory provisions; privilege to file consolidated returns.
1.1501-1     Privilege to file consolidated returns.
1.1502       Statutory provisions; regulations.
1.1502-0     Introductory.
1.1502-1     Privilege of making consolidated returns.
1.1502-2     Definitions.
1.1502-3     Applicability of other provisions of law.
1.1502-4 to 1.1502-9  [Reserved]
1.1502-10    Exercise of privilege.
1.1502-11    Consolidated returns for subsequent years.
1.1502-12    Making consolidated return and filing other forms.
1.1502-13    Change in affiliated group during taxable year.
1.1502-14    Accounting period of an affiliated group.
1.1502-15    Liability for tax.
1.1502-16    Common parent corporation agent for subsidiaries.
1.1502-17    Waivers.
1.1502-18    Failure to comply with regulations.
1.1502-19    Tentative carryback adjustments.
1.1502-20 to 1.1502-29  [Reserved]
1.1502-30    Computation of tax.
1.1502-31    Basis of tax computation.
1.1502-32    Method of computation of income for period of less than 12 months.
1.1502-33    Gain or loss from sale of stock, or bonds or other obligations.
1.1502-34    Sale of stock; basis for determining gain or loss.
1.1502-35    Sale of bonds or other obligations; basis for determining gain or loss.
1.1502-36    Limitation on allowable losses on sale of stock, or bonds, or other obligations.
1.1502-37    Liquidations; recognition of gain or loss.
1.1502-38    Basis of property.
1.1502-39    Inventories.
1.1502-40    Bad debts.
1.1502-41    Sale and retirement by corporation of its bonds.
1.1502-42    Capital loss limitations and carryover.
1.1502-43    Credit for foreign taxes.
1.1502-44    Methods of accounting.
1.1502-45    Mine exploration expenditures.
1.1502-46    Depreciation.
1.1502-47    Election to deduct accrued taxes.
1.1502-48    Liability for tax under section 531.
1.1502-49    Additions to tax for failure to pay estimated tax.
1.1502-50    Gain on sale of bonds and other evidences of indebtedness.
1.1503       Statutory provisions; computation and payment of tax.
1.1503-1     Computation and payment of tax.
1.1504       Statutory provisions; definitions.
1.1504-1     Definitions.
1.1505       Statutory provisions; cross references.

RELATED RULES

1.1551       Statutory provisions; disallowance of surtax exemption and accumulated earnings credit.
1.1551-1     Disallowance of surtax exemption and accumulated earnings credit.
1.1552       Statutory provisions; earnings and profits.
1.1552-1     Earnings and profits.

**Procedure and Administration**

INFORMATION AND RETURNS

RETURNS AND RECORDS

RECORDS, STATEMENTS, AND SPECIAL RETURNS

1.6001       Statutory provisions; notice or regulations requiring records, statements, and special returns.
1.6001-1     Records.

TAX RETURNS OR STATEMENTS

1.6011       Statutory provisions; general requirement of return, statement, or list.
1.6011-1     General requirement of return, statement, or list.
1.6012       Statutory provisions; persons required to make returns of income.
1.6012-1     Individuals required to make returns of income.
1.6012-2     Corporations required to make returns of income.
1.6012-3     Returns by fiduciaries.
1.6012-4     Miscellaneous returns.
1.6013       Statutory provisions; joint returns of income tax by husband and wife.
1.6013-1     Joint returns.
1.6013-2     Joint return after filing separate return.
1.6013-3     Treatment of joint return after death of either spouse.
1.6013-4     Applicable rules.
1.6014       Statutory provisions; income tax return—tax not computed by taxpayer.
1.6014-1     Tax not computed by taxpayer with gross income less than $5,000.
1.6015(a)    Statutory provisions; declaration of estimated income tax by individuals; requirement of declaration.
1.6015(a)-1  Declaration of estimated income tax by individuals.
1.6015(b)    Statutory provisions; declaration of estimated income tax by individuals; joint declaration by husband and wife.
1.6015(b)-1  Joint declaration by husband and wife.
1.6015(c)    Statutory provisions; declaration of estimated income tax by individuals; estimated tax.
1.6015(c)-1  Definition of estimated tax.
1.6015(d)    Statutory provisions; declaration of estimated income tax by individuals; contents of declaration.
1.6015(d)-1  Contents of declaration of estimated tax.
1.6015(e)    Statutory provisions; declaration of estimated income tax by individuals; amendment of declaration.
1.6015(e)-1  Amendment of declaration.
1.6015(f)    Statutory provisions; declaration of estimated income tax by individuals; return as declaration or amendment.
1.6015(f)-1  Return as declaration or amendment.
1.6015(g)    Statutory provisions; declaration of estimated income tax by individuals; short taxable years.
1.6015(g)-1  Short taxable years of individuals.
1.6015(h)    Statutory provisions; declaration of estimated income tax by individuals; estates and trusts.
1.6015(h)-1  Estates and trusts.
1.6015(i)    Statutory provisions; declaration of estimated income tax by individuals; applicability.
1.6015(i)-1  Applicability.
1.6016       Statutory provisions; declarations of estimated income tax by corporations.
1.6016-1     Declarations of estimated income tax by corporations.
1.6016-2     Contents of declaration of estimated tax.
1.6016-3     Amendment of declaration.
1.6016-4     Short taxable year.
1.6017       Statutory provisions; self-employment tax returns.
1.6017-1     Self-employment tax returns.

Sec.
1.6072-2  Time for filing returns of corporations.
1.6072-3  Income tax due dates postponed in case of China Trade Act corporations.
1.6072-4  Time for filing other returns of income.
1.6073    Statutory provisions; time for filing declarations of estimated income tax by individuals.
1.6073-1  Time and place for filing declarations of estimated income tax by individuals.
1.6073-2  Fiscal years.
1.6073-3  Short taxable years.
1.6073-4  Extension of time for filing declarations by individuals.
1.6074    Statutory provisions; time for filing declarations of estimated income tax by corporations.
1.6074-1  Time and place for filing declarations of estimated income tax by corporations.
1.6074-2  Time for filing declarations by corporations in case of a short taxable year.
1.6074-3  Extension of time for filing declarations by corporations.

EXTENSION OF TIME FOR FILING RETURNS

1.6081    Statutory provisions; extension of time for filing returns.
1.6081-1  Extension of time for filing returns.
1.6081-2  Extensions of time in the case of foreign organizations, certain domestic corporations, certain partnerships, and citizens of United States residing or traveling abroad.
1.6081-3  Automatic extension of time for filing corporation income tax returns.

PLACE FOR FILING RETURNS OR OTHER DOCUMENTS

1.6091    Statutory provisions; place for filing returns or other documents.
1.6091-1  Place for filing returns or other documents.
1.6091-2  Place for filing income tax returns.
1.6091-3  Income tax returns required to be filed with Director of International Operations.
1.6091-4  Exceptional cases.

MISCELLANEOUS PROVISIONS

1.6102    Statutory provisions; computations on returns or other documents.
1.6102-1  Computations on returns or other documents.

TIME AND PLACE FOR PAYING TAX

PLACE AND DUE DATE FOR PAYMENT OF TAX

1.6151    Statutory provisions; time and place for paying tax shown on returns.
1.6151-1  Time and place for paying tax shown on returns.
1.6152    Statutory provisions; installment payments.
1.6153    Statutory provisions; installment payments of estimated income tax by individuals.
1.6153-1  Payment of estimated tax by individuals.
1.6153-2  Fiscal years.
1.6153-3  Short taxable years.
1.6153-4  Extension of time for paying the estimated tax.
1.6154    Statutory provisions; installment payments of estimated income tax by corporations.
1.6154-1  Payment of estimated tax by corporations.
1.6154-2  Short taxable years.
1.6154-3  Extension of time for paying estimated tax.

EXTENSIONS OF TIME FOR PAYMENT

1.6161    Statutory provisions; extension of time for paying tax.
1.6161-1  Extension of time for paying tax or deficiency.
1.6162    Statutory provisions; extension of time for payment of tax on gain attributable to liquidation of personal holding companies.

INFORMATION RETURNS

Sec.
1.6031    Statutory provisions; return of partnership income.
1.6031-1  Return of partnership income.
1.6032    Statutory provisions; returns of banks with respect to common trust funds.
1.6032-1  Returns of banks with respect to common trust funds.
1.6033    Statutory provisions; returns by exempt organizations.
1.6033-1  Returns by exempt organizations.
1.6034    Statutory provisions; returns by trusts claiming charitable deductions under section 642(c).
1.6034-1  Information returns required of certain trusts claiming charitable or other deductions under section 642(c).
1.6035    Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.
1.6035-1  Returns of officers and directors of foreign personal holding companies for taxable years beginning after December 31, 1958.
1.6035-2  Returns of shareholders of foreign personal holding companies for taxable years beginning after December 31, 1958.
1.6035-3  Returns of officers, directors, and shareholders of foreign personal holding companies for periods within or for taxable years beginning before January 1, 1959.
1.6036    Statutory provisions; notice of qualification as executor or receiver.
1.6036-1  Notice of qualification as executor or receiver.
1.6037    Statutory provisions; return of electing small business corporation.
1.6037-1  Return of electing small business corporation.
1.6041    Statutory provisions; information at source.
1.6041-1  Return of information as to payments of $600 or more.
1.6041-2  Return of information as to payments to employees.
1.6041-3  Payments for which no return of information on Forms 1099 and 1096 is required.
1.6041-4  Returns of information as to foreign items.
1.6041-5  Information as to actual owner.
1.6041-6  Time and place for filing Forms 1099 and 1096 and information to be shown on Form 1099.
1.6042    Statutory provisions; returns regarding corporate dividends, earnings, and profits.
1.6042-1  Return of information as to payments of dividends.
1.6043    Statutory provisions; return regarding corporate dissolution or liquidation.
1.6043-1  Return regarding corporate dissolution or liquidation.
1.6043-2  Return of information respecting distributions in liquidation.
1.6044    Statutory provisions; returns regarding patronage dividends.
1.6044-1  Returns of information as to patronage dividends, rebates, or refunds.
1.6045    Statutory provisions; returns of brokers.
1.6046    Statutory provisions; returns as to formation or reorganization of foreign corporations.
1.6046-1  Returns as to formation or reorganization of foreign corporations.

SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS

1.6061    Statutory provisions; signing of returns and other documents.
1.6061-1  Signing of returns and other documents by individuals.
1.6062    Statutory provisions; signing of corporation returns.
1.6062-1  Signing of returns, statements, and other documents made by corporations.
1.6063    Statutory provisions; signing of partnership returns.
1.6063-1  Signing of returns, statements, and other documents made by partnerships.
1.6065    Statutory provisions; verification of returns.
1.6065-1  Verification of returns.

TIME FOR FILING RETURNS AND OTHER DOCUMENTS

1.6071    Statutory provisions; time for filing returns and other documents.
1.6071-1  Time for filing returns and other documents.
1.6072    Statutory provisions; time for filing income tax returns.
1.6072-1  Time for filing returns of individuals, estates, and trusts.

Sec.
1.6162-1  Extension of time for payment of tax on gain attributable to liquidation of personal holding companies.
1.6164    Statutory provisions; extension of time for payment of taxes by corporations expecting carrybacks.
1.6164-1  Extensions of time for payment of taxes by corporations expecting carrybacks.
1.6164-2  Amount of tax the time for payment of which may be extended.
1.6164-3  Computation of the amount of reduction of the tax previously determined.
1.6164-4  Payment of remainder of tax where extension relates to only part of the tax.
1.6164-5  Period of extension.
1.6164-6  Revised statements.
1.6164-7  Termination by district director.
1.6164-8  Payments on termination.
1.6164-9  Cross references.
1.6165    Statutory provisions; bonds where time to pay tax or deficiency has been extended.
1.6165-1  Bonds where time to pay the tax or deficiency has been extended.

ABATEMENTS, CREDITS, AND REFUNDS

1.6411    Statutory provisions; tentative carryback adjustments.
1.6411-1  Tentative carryback adjustments.
1.6411-2  Computation of tentative carryback adjustment.
1.6411-3  Allowance of adjustments.
1.6411-4  Consolidated returns.

ADDITIONS TO THE TAX, ADDITIONAL AMOUNTS, AND ASSESSABLE PENALTIES

1.6654    Statutory provisions; failure by individual to pay estimated income tax.
1.6654-1  Addition to the tax in the case of an individual.
1.6654-2  Exceptions to imposition of the addition to the tax in the case of individuals.
1.6654-3  Short taxable years of individuals.
1.6654-4  Applicability.
1.6655    Statutory provisions; failure by corporation to pay estimated income tax.
1.6655-1  Addition to the tax in the case of a corporation.

Sec.
1.6655-2  Exceptions to imposition of the addition to the tax in the case of corporations.
1.6655-3  Short taxable years in the case of corporations.

JEOPARDY, BANKRUPTCY, AND RECEIVERSHIPS

1.6851    Statutory provisions; termination of taxable year.
1.6851-1  Termination of taxable period by district director.
1.6851-2  Certificates of compliance with income tax laws by departing aliens.
1.6851-3  Furnishing of bond to insure payment.

PUBLIC LAW 74, 84TH CONGRESS

1.9000-1  Statutory provisions.
1.9000-2  Effect of repeal in general.
1.9000-3  Requirement of statement showing increase in tax liability.
1.9000-4  Form and content of statement.
1.9000-5  Effect of filing statement.
1.9000-6  Provisions for the waiver of interest.
1.9000-7  Provisions for estimated tax.
1.9000-8  Extension of time for making certain payments.

RETIREMENT-STRAIGHT LINE ADJUSTMENTS ACT OF 1958

1.9001    Statutory provisions; Retirement-Straight Line Adjustment Act of 1958.
1.9001-1  Change from retirement to straight-line method of computing depreciation.
1.9001-2  Basis adjustments for taxable years beginning on or after 1956 adjustment date.
1.9001-3  Basis adjustments for taxable years between changeover date and 1956 adjustment date.
1.9001-4  Adjustments required in computing excess-profits credit.

MISCELLANEOUS PROVISIONS

1.9100-1  Extension of time for making certain elections.

AUTHORITY: §§ 1.01 to 1.9100-1 issued under sec. 7805, 68A Stat. 917; 26 U.S.C. 7805. Statutory provisions interpreted or applied are cited to text.