| Form **1120** | | **U.S. Corporation Income Tax Return** | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2007 or tax year beginning ........., 2007, ending ........., 20 .... ▶ See separate instructions. | | | **2007** |

| A Check if: | | | | Name | **B** Employer identification number |
|---|---|---|---|---|---|
| **1a** Consolidated return (attach Form 851) | ☐ | Use IRS label. Otherwise, print or type. | | | |
| **b** Life/nonlife consoli- dated return | ☐ | | | Number, street, and room or suite no. If a P.O. box, see instructions. | **C** Date Incorporated |
| **2** Personal holding co. (attach Sch. PH) | ☐ | | | | |
| **3** Personal service corp. (see instructions) | ☐ | | | City or town, state, and ZIP code | **D** Total assets (see instructions) $ |
| **4** Schedule M-3 attached | ☐ | **E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| Income | **1a** | Gross receipts or sales _____ | **b** Less returns and allowances _____ | **c** Bal ▶ | **1c** | |
|  | **2** | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . . . . . . | **2** | |
|  | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . | **3** | |
|  | **4** | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . | **4** | |
|  | **5** | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
|  | **6** | Gross rents . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
|  | **7** | Gross royalties . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
|  | **8** | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . | **8** | |
|  | **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . | **9** | |
|  | **10** | Other income (see instructions—attach schedule) . . . . . . . . . . . . | **10** | |
|  | **11** | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . ▶ | **11** | |
| Deductions (See instructions for limitations on deductions.) | **12** | Compensation of officers (Schedule E, line 4) . . . . . . . . . . . . . | **12** | |
|  | **13** | Salaries and wages (less employment credits) . . . . . . . . . . . . . | **13** | |
|  | **14** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . | **14** | |
|  | **15** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
|  | **16** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
|  | **17** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . | **17** | |
|  | **18** | Interest . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
|  | **19** | Charitable contributions . . . . . . . . . . . . . . . . . . . . | **19** | |
|  | **20** | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | **20** | |
|  | **21** | Depletion . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
|  | **22** | Advertising . . . . . . . . . . . . . . . . . . . . . . . . | **22** | |
|  | **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . | **23** | |
|  | **24** | Employee benefit programs . . . . . . . . . . . . . . . . . . . | **24** | |
|  | **25** | Domestic production activities deduction (attach Form 8903) . . . . . . . . . | **25** | |
|  | **26** | Other deductions (attach schedule) . . . . . . . . . . . . . . . . | **26** | |
|  | **27** | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . ▶ | **27** | |
|  | **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | **28** | |
|  | **29** | **Less: a** Net operating loss deduction (see instructions) . . . . . . **29a** | | |
|  |  | **b** Special deductions (Schedule C, line 20) . . . . . . . . **29b** | **29c** | |
| Tax and Payments | **30** | **Taxable income.** Subtract line 29c from line 28 (see instructions) . . . . . . . | **30** | |
|  | **31** | Total tax (Schedule J, line 10) . . . . . . . . . . . . . . . . . . | **31** | |
|  | **32a** | 2006 overpayment credited to 2007 . **32a** | | |
|  | **b** | 2007 estimated tax payments . . . **32b** | | |
|  | **c** | 2007 refund applied for on Form 4466 . **32c** ( ) **d** Bal ▶ **32d** | | |
|  | **e** | Tax deposited with Form 7004 . . . . . . . . . . . . . **32e** | | |
|  | **f** | Credits: (1) Form 2439 _____ (2) Form 4136 _____ **32f** | **32g** | |
|  | **33** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . ▶ ☐ | **33** | |
|  | **34** | **Amount owed.** If line 32g is smaller than the total of lines 31 and 33, enter amount owed | **34** | |
|  | **35** | **Overpayment.** If line 32g is larger than the total of lines 31 and 33, enter amount overpaid | **35** | |
|  | **36** | Enter amount from line 35 you want: **Credited to 2008 estimated tax** ▶ _____ **Refunded** ▶ | **36** | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  ▶ _____  ▶ _____
Signature of officer    Date    Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer's Use Only**
| Preparer's signature | ▶ | | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ | | | | EIN | |
| | | | | | Phone no. (   ) | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11450Q  Form **1120** (2007)

**Attachment BB - page 1 of 4**

Form 1120 (2007) Page **2**

### Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach schedule) | 4 |
| 5 | Other costs (attach schedule) | 5 |
| 6 | **Total.** Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) ▶ ..................................
 b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

### Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

### Schedule E — Compensation of Officers (see instructions for page 1, line 12)

Note: *Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.*

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| 1 | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

2 Total compensation of officers . . . . . . . . . . . . . . . . . . . . .
3 Compensation of officers claimed on Schedule A and elsewhere on return . . . . . . . . . . . .
4 Subtract line 3 from line 2. Enter the result here and on page 1, line 12 . . . . . . . . . . . .

Form **1120** (2007)

Form 1120 (2007) Page **3**

### Schedule J — Tax Computation (see instructions)

| | | |
|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | **2** |
| 3 | Alternative minimum tax (attach Form 4626) | **3** |
| 4 | Add lines 2 and 3 | **4** |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . **5a** | |
| b | Credits from Forms 5735 and 8834 . . . . . . . . . . **5b** | |
| c | General business credit. Check applicable box(es): ☐ Form 3800 ☐ Form 5884 ☐ Form 6478 ☐ Form 8835, Section B ☐ Form 8844 ☐ Form 8846  **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . **5d** | |
| e | Bond credits from: ☐ Form 8860 ☐ Form 8912 . . . . . **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** |
| 7 | Subtract line 6 from line 4 | **7** |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** |
| 9 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Form 8902 ☐ Other (attach schedule) | **9** |
| 10 | **Total tax.** Add lines 7 through 9. Enter here and on page 1, line 31 | **10** |

### Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) ▶ .................. | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ .......................... | | |
| b | Business activity ▶ .......................... | | |
| c | Product or service ▶ .......................... | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deduction of such corporation for the tax year ending with or within your tax year. | | |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 5 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on **Form 851**, Affiliations Schedule, for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? If "Yes," enter: (a) Percentage owned ▶ .................. and (b) Owner's country ▶ .................. | | |
| c | The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ .................. | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . ▶ ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ .................. | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ .................. | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . ▶ ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ .................. | | |
| 13 | Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ .................. | | |

Form **1120** (2007)

**Attachment BB - page 3 of 4**

Form 1120 (2007) Page **4**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach schedule) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach schedule) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach schedule) | | | | |
| 25 | Retained earnings—Unappropriated | | | | |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | ( | ) | ( | ) |
| 28 | Total liabilities and shareholders' equity | | | | |

**Schedule M-1** Reconciliation of Income (Loss) per Books With Income per Return
Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| 1 | Net income (loss) per books | | 7 | Income recorded on books this year not included on this return (itemize): | |
|---|---|---|---|---|---|
| 2 | Federal income tax per books | | | Tax-exempt interest $ .......... | |
| 3 | Excess of capital losses over capital gains | | | .......... | |
| 4 | Income subject to tax not recorded on books this year (itemize): .......... | | 6 | Deductions on this return not charged against book income this year (itemize): | |
| | | | a | Depreciation  $ .......... | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | b | Charitable contributions  $ .......... | |
| a | Depreciation  $ .......... | | | .......... | |
| b | Charitable contributions  $ .......... | | | | |
| c | Travel and entertainment  $ .......... | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28)—line 6 less line 9 | |

**Schedule M-2** Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| 1 | Balance at beginning of year | | 5 | Distributions:  a Cash | |
|---|---|---|---|---|---|
| 2 | Net income (loss) per books | | | b Stock | |
| 3 | Other increases (itemize): .......... | | | c Property | |
| | .......... | | 6 | Other decreases (itemize): .......... | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | | 8 | Balance at end of year (line 4 less line 7) | |

Form **1120** (2007)

**Attachment BB - page 4 of 4**