| 58 FR 68295-01 | Page 1 |
|---|---|
| 58 FR 68295-01, 1994-6 I.R.B. 10, 1993 WL 13000486 (F.R.) | |
| (Cite as: 58 FR 68295) | |

RULES and REGULATIONS

DEPARTMENT OF THE TREASURY

26 CFR Part 1

(TD 8510)

RIN 1545-AR97

TeleFile Voice Signature Test

Monday, December 27, 1993

*68295 AGENCY: Internal Revenue Service (IRS), Treasury.

ACTION: Temporary regulations.

SUMMARY: This document contains amendments to temporary regulations providing that an individual Federal income tax return completed as part of the TeleFile Voice Signature test will be treated as a return that is signed, authenticated, verified, and filed by the taxpayer as required by the Internal Revenue Code. The temporary regulations, as amended, affect those taxpayers who are eligible to, and elect to, file their individual Federal income tax returns for the 1993 calendar year by telephone under the test. The amendments are needed to implement the test for a second filing season. The text of the temporary regulations, as amended, also serves as the text of the proposed regulations for the notice of proposed rulemaking on this subject published elsewhere in this issue of the Federal Register.

EFFECTIVE DATE: The amendments to these regulations are effective January 13, 1994.

FOR FURTHER INFORMATION CONTACT: Celia Gabrysh, (202) 622-4940 (not a toll-free call).

SUPPLEMENTARY INFORMATION:

Paperwork Reduction Act

 This regulation is being issued without prior notice and public procedure pursuant to the Administrative Procedure Act (5 U.S.C. 553). For this reason, the collection of information contained in this regulation has been reviewed and, pending receipt and evaluation of public comments, approved by the Office of Management and Budget (OMB) under control number 1545-1348. The estimated annual burden per respondent varies from 5 minutes to 9 minutes, depending upon individual circumstances, with an average of 7 minutes.

 These estimates are an approximation of the average time expected to be necessary for a collection of information. They are based on such information as is available to the IRS. Individual respondents may require more or less time, depending on their particular circumstances.

 For further information concerning this collection of information and where to submit comments on this collection of information, the accuracy of the estimated

| 58 FR 68295-01 | Page 2 |
|---|---|
| 58 FR 68295-01, 1994-6 I.R.B. 10, 1993 WL 13000486 (F.R.) | |
| (Cite as: 58 FR 68295) | |

burden, and suggestions for reducing the burden, please refer to the preamble to the cross-reference notice of proposed rulemaking published elsewhere in this issue of the Federal Register.

Background

 The IRS is actively engaged in efforts to broaden the base of the existing Electronic Filing Program and to reduce the filing burden of taxpayers. During the 1993 filing season, the IRS conducted the TeleFile Voice Signature test. The purpose of the test was to explore the technical feasibility, public acceptance, vulnerability, and other benefits and costs of giving certain taxpayers the option of filing their individual Federal income tax returns by telephone. The IRS will conduct this test again during the 1994 filing season.

 *68296 The IRS will notify certain individuals who live in the Cincinnati District Office geographic area that they may be eligible to participate in the TeleFile Voice Signature test. Taxpayers eligible to participate in this test (which is again limited to one filing season) are single individuals who (1) are eligible to file Form 1040EZ, Income Tax Return for Single and Joint Filers With No Dependents, (2) reside within the geographic boundaries of the Cincinnati District Office, and (3) will file their 1993 Federal income tax returns from the same addresses from which they filed their 1992 Federal income tax returns. Under sections 6012, 6061, and 6065 of the Internal Revenue Code, each individual with gross income in excess of a specified amount must file an annual income tax return that (1) is signed in accordance with prescribed forms and instructions, and (2) except as otherwise provided by the IRS, contains (or is verified by) a written declaration that the return is made under penalties of perjury.

 This document amends the Income Tax Regulations (26 CFR part 1) by amending temporary regulations ß ß 1.6012-7T, 1.6061-2T and 1.6065-2T, which provide rules to facilitate the implementation of the TeleFile Voice Signature test. Generally, the temporary regulations provide that a taxpayer's individual Federal income tax return will be treated as having been properly filed if the taxpayer is eligible to participate in the TeleFile Voice Signature test and, pursuant to the instructions from the TeleFile system interactive voice computer, provides the requested information and the voice signature during the telephonic filing session.

Explanation of Provisions

 A participating taxpayer will be treated as having filed an individual Federal income tax return at the time the TeleFile system interactive voice computer states to the taxpayer that the filing is completed. The taxpayer's voice signature will be treated as a signing and verification of the individual Federal income tax return by the taxpayer. By providing a voice signature during the telephonic filing session, the taxpayer will be treated as having made the income tax return under penalties of perjury.

 These amendments are effective for returns filed by eligible taxpayers in the TeleFile Voice Signature test after January 12, 1994, and before April 16, 1994. No returns can be filed through the TeleFile Voice Signature test after April 15, 1994.

Special Analyses

 It has been determined that this Treasury decision is not a significant regulatory action as defined in Executive Order 12866. It has also been determined that section 553(b) of the Administrative Procedure Act (5 U.S.C. chapter 5) and the

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.        Attachment CC – page 2 of 5

| 58 FR 68295-01 | Page 3 |
|---|---|
| 58 FR 68295-01, 1994-6 I.R.B. 10, 1993 WL 13000486 (F.R.) | |
| **(Cite as: 58 FR 68295)** | |

Regulatory Flexibility Act (5 U.S.C. chapter 6) do not apply to these regulations, and therefore, a Regulatory Flexibility Analysis is not required.  Pursuant to section 7805(f) of the Internal Revenue Code, these regulations will be submitted to the Chief Counsel for Advocacy of the Small Business Administration for comment on their impact on small business.

Drafting Information

 The principal author of these temporary regulations is Celia Gabrysh of the Office of Assistant Chief Counsel (Income Tax & Accounting), Internal Revenue Service. However, personnel from other offices of the Internal Revenue Service and Treasury Department participated in their development.

List of Subjects in 26 CFR Part 1

 Income taxes, Reporting and recordkeeping requirements.

Amendments to the Regulations

 Accordingly, 26 CFR part 1 is amended as follows:

PART 1--INCOME TAXES

 Paragraph 1.  The authority citation for part 1 continues to read in part as follows:

 Authority: 26 U.S.C. 7805 * * *

                          26 CFR ß  1.6012-7T

 Par. 2.  Section 1.6012-7T is revised to read as follows:

                          26 CFR ß  1.6012-7T

ß 1.6012-7T Telephone return filing using voice signature (temporary).

 (a) In general. For all purposes of the Internal Revenue Code, a return completed by an eligible taxpayer under the TeleFile Voice Signature test in accordance with the instructions provided over the telephone is an individual Federal income tax return filed at the time the TeleFile system interactive voice computer states to the taxpayer that the filing is completed.  For provisions relating to the signing and verification of the TeleFile Voice Signature test returns made under this section, see ß ß 1.6061-2T and 1.6065-2T, respectively.

 (b) Manner of filing return by telephone.  An eligible taxpayer who chooses to participate in the TeleFile Voice Signature test must dial the telephone number provided by the Internal Revenue Service from a touch-tone telephone.  When an eligible taxpayer dials this telephone number, the TeleFile system interactive voice computer will give the taxpayer filing instructions.  The taxpayer must provide all the information and a voice signature at the time and in the manner required by those instructions.

 (c) Eligible taxpayer defined.  An eligible taxpayer is a single individual who lives in the Cincinnati District Office geographic area, who is eligible to file Form 1040EZ, Income Tax Return for Single and Joint Filers With No Dependents, and whose current name and address appear on the mailing label attached to the taxpayer's tax package for the calendar year for which the Form 1040EZ is to be

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

| 58 FR 68295-01 | Page 4 |
|---|---|
| 58 FR 68295-01, 1994-6 I.R.B. 10, 1993 WL 13000486 (F.R.) | |
| (Cite as: 58 FR 68295) | |

filed.

 (d) Address to which refunds are sent.  If a taxpayer who files a TeleFile Voice Signature test return is entitled to a refund, the taxpayer's refund will be sent to the address on the mailing label attached to the taxpayer's tax package.

 (e) Effective dates.  (1) This section is effective for--

 (i) 1992 calendar year returns filed by eligible taxpayers in the TeleFile Voice Signature test after January 13, 1993, and before April 16, 1993; and

 (ii) 1993 calendar year returns filed by eligible taxpayers in the TeleFile Voice Signature test after January 12, 1994, and before April 16, 1994.

 (2) No returns can be filed under the TeleFile Voice Signature tests between April 16, 1993, and January 12, 1994, or after April 15, 1994.

                        26 CFR ß   1.6061-2T

 Par. 3.  Section 1.6061-2T is revised to read as follows:

                        26 CFR ß   1.6061-2T

ß 1.6061-2T Signing of returns by voice signature (temporary).

 (a) In general.  An eligible taxpayer who makes an income tax return under ß 1.6012-7T in the TeleFile Voice Signature test is treated, for all purposes of the Internal Revenue Code, as having signed that return by providing the voice signature at the time and in the manner required by the instructions that are provided over the telephone by the TeleFile system interactive voice computer. For provisions relating to the verification of the TeleFile returns made under ß 1.6012-7T, see ß 1.6065-2T.

 (b) Effective dates.  This section is effective for--

 (1) 1992 calendar year returns filed by eligible taxpayers in the TeleFile Voice Signature test after January 13, 1993, and before April 16, 1993; and

 (2) 1993 calendar year returns filed by eligible taxpayers in the TeleFile Voice Signature test after January 12, 1994, and before April 16, 1994.

                        26 CFR ß   1.6065-2T

 Par. 4.  Section 1.6065-2T is revised to read as follows:

                        26 CFR ß   1.6065-2T

*68297 ß 1.6065-2T Verification of returns by voice signature (temporary).

 (a) In general.  An eligible taxpayer who makes an income tax return under ß 1.6012-7T in the TeleFile Voice signature test, by providing the voice signature at the time and in the manner required by the instructions that are provided over the telephone by the TeleFile system interactive voice computer, is treated for all purposes of the Internal Revenue Code as having affirmed that the return is made under penalties of perjury and as having verified the return.

 (b) Effective dates.  This section is effective for--

58 FR 68295-01                                                                 Page 5
58 FR 68295-01, 1994-6 I.R.B. 10, 1993 WL 13000486 (F.R.)
**(Cite as: 58 FR 68295)**

(1) 1992 calendar year returns filed by eligible taxpayers in the TeleFile Voice Signature test after January 13, 1993, and before April 16, 1993; and

(2) 1993 calendar year returns filed by eligible taxpayers in the TeleFile Voice Signature test after January 12, 1994, and before April 16, 1994.

Dated: December 13, 1993.

Margaret Milner Richardson,

Commissioner of Internal Revenue.

Leslie Samuels,

Assistant Secretary of the Treasury.

(FR Doc. 93-31409 Filed 12-23-93; 8:45 am)

BILLING CODE 4830-01-U

58 FR 68295-01, 1994-6 I.R.B. 10, 1993 WL 13000486 (F.R.)

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.          Attachment CC – page 5 of 5