# Title 26—INTERNAL REVENUE

**Chapter I—Internal Revenue Service, Department of the Treasury**

SUBCHAPTER F—PROCEDURE AND ADMINISTRATION

PART 301—PROCEDURE AND ADMINISTRATION

## Republication

In order to facilitate its distribution and use, Part 301 of Chapter I of Title 26, Code of Federal Regulations is hereby republished. This republication is a compilation reflecting amendments to such part subsequent to January 1, 1961 and includes the latest amendment to the part dated June 17, 1967 (32 F.R. 8711). The compilation as set forth below contains no substantive changes.

[SEAL]    SHELDON S. COHEN,
    *Commissioner of Internal Revenue.*

### Information and Returns

RETURNS AND RECORDS

RECORDS, STATEMENTS, AND SPECIAL RETURNS

Sec.
301.6001 Statutory provisions; notice or regulations requiring records, statements, and special returns.
301.6001-1 Notice or regulations requiring records, statements, and special returns.

TAX RETURNS OR STATEMENTS

*General Requirement*

301.6011 Statutory provisions; general requirement of return, statement, or list.
301.6011-1 General requirement of return, statement, or list.

*Income Tax Returns*

301.6012 Statutory provisions; persons required to make returns of income.
301.6012-1 Persons required to make returns of income.
301.6013 Statutory provisions; joint returns of income tax by husband and wife.
301.6013-1 Joint returns of income tax by husband and wife.
301.6014 Statutory provisions; income tax return—tax not computed by taxpayer.
301.6014-1 Income tax return—tax not computed by taxpayer.
301.6015 Statutory provisions; declaration of estimated income tax by individuals.
301.6015-1 Declaration of estimated income tax by individuals.
301.6016 Statutory provisions; declarations of estimated income tax by corporations.
301.6016-1 Declaration of estimated income tax by corporations.
301.6017 Statutory provisions; self-employment tax returns.
301.6017-1 Self-employment tax returns.

*Estate and Gift Tax Returns*

301.6018 Statutory provisions; estate tax returns.
301.6018-1 Estate tax returns.
301.6019 Statutory provisions; gift tax returns.
301.6019-1 Gift tax returns.

*Miscellaneous Provisions*

301.6020 Statutory provisions; returns prepared for or executed by Secretary.
301.6020-1 Returns prepared or executed by district directors or other internal revenue officers.
301.6021 Statutory provisions; listing by Secretary of taxable objects owned by nonresidents of internal revenue districts.
301.6021-1 Listing by district directors of taxable objects owned by nonresidents of internal revenue districts.

INFORMATION RETURNS

*Information Concerning Persons Subject to Special Provisions*

301.6031 Statutory provisions; return of partnership income.
301.6031-1 Return of partnership income.
301.6032 Statutory provisions; returns of banks with respect to common trust funds.
301.6032-1 Returns of banks with respect to common trust funds.
301.6033 Statutory provisions; returns by exempt organizations.
301.6033-1 Returns by exempt organizations.
301.6034 Statutory provisions; returns by trusts claiming charitable deductions under section 642(c).
301.6034-1 Returns by trusts claiming charitable or other deductions under section 642(c).
301.6035 Statutory provisions; returns of officers, directors, and shareholders of foreign personal holding companies.
301.6035-1 Returns of officers, directors and shareholders of foreign personal holding companies.
301.6036 Statutory provisions; notice of qualification as executor or receiver.
301.6036-1 Notice required of executor or of receiver or other like fiduciary.
301.6037 Statutory provisions; return of electing small business corporation.
301.6037-1 Return of electing small business corporation.
301.6038 Statutory provisions; information with respect to certain foreign corporations.
301.6038-1 Information returns required of U.S. persons with respect to certain foreign corporations.
301.6039 Statutory provisions; cross references.

*Information Concerning Transactions With Other Persons*

301.6041 Statutory provisions; information at source.
301.6041-1 Returns of information regarding certain payments.
301.6042 Statutory provisions; returns regarding payments of dividends and corporate earnings and profits.
301.6042-1 Returns of information regarding payments of dividends and corporate earnings and profits.
301.6043 Statutory provisions; return regarding corporate dissolution or liquidation.
301.6043-1 Returns of information regarding corporate dissolutions or liquidations.
301.6044 Statutory provisions; returns regarding payments of patronage dividends.
301.6044-1 Returns of information regarding payments of patronage dividends.
301.6045 Statutory provisions; returns of brokers.
301.6046 Statutory provisions; returns as to organization or reorganization of foreign corporations and as to acquisitions of their stock.
301.6046-1 Returns as to organization or reorganization of foreign corporations and as to acquisitions of their stock.
301.6047 Statutory provisions; information relating to certain trusts and annuity and bond purchase plans.
301.6047-1 Information relating to certain

Sec.
    trusts and annuity and bond purchase plans.
301.6048 Statutory provisions; returns as to creation of or transfers to certain foreign trusts.
301.6048-1 Returns as to creation of or transfers to certain foreign trusts.
301.6049 Statutory provisions; returns regarding payments of interest.
301.6049-1 Returns regarding payments of interest.

*Information Regarding Wages Paid Employees*

301.6051 Statutory provisions; receipts for employees.
301.6051-1 Receipts for employees.

SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS

301.6061 Statutory provisions; signing of returns and other documents.
301.6061-1 Signing of returns and other documents.
301.6062 Statutory provisions; signing of corporation returns.
301.6062-1 Signing of corporation returns.
301.6063 Statutory provisions; signing of partnership returns.
301.6063-1 Signing of partnership returns.
301.6064 Statutory provisions; signature presumed authentic.
301.6064-1 Signature presumed authentic.
301.6065 Statutory provisions; verification of returns.
301.6065-1 Verification of returns.

TIME FOR FILING RETURNS AND OTHER DOCUMENTS

301.6071 Statutory provisions; time for filing returns and other documents.
301.6071-1 Time for filing returns and other documents.
301.6072 Statutory provisions; time for filing income tax returns.
301.6072-1 Time for filing income tax returns.
301.6073 Statutory provisions; time for filing declarations of estimated income tax by individuals.
301.6073-1 Time for filing declarations of estimated income tax by individuals.
301.6074 Statutory provisions; time for filing declarations of estimated income tax by corporations.
301.6074-1 Time for filing declarations of estimated income tax by corporations.
301.6075 Statutory provisions; time for filing estate and gift tax returns.
301.6075-1 Time for filing estate and gift tax returns.

EXTENSION OF TIME FOR FILING RETURNS

301.6081 Statutory provisions; extension of time for filing returns.
301.6081-1 Extension of time for filing returns.

PLACE FOR FILING RETURNS OR OTHER DOCUMENTS

301.6091 Statutory provisions; place for filing returns or other documents.
301.6091-1 Place for filing returns or other documents.

MISCELLANEOUS PROVISIONS

301.6101 Statutory provisions; period covered by returns or other documents.
301.6101-1 Period covered by returns or other documents.
301.6102 Statutory provisions; computations on returns or other documents.
301.6102-1 Computation on returns or other documents.
301.6103(a) Statutory provisions; publicity of returns and lists of taxpayers; public record and inspection.

Sec.
301.6103(a)-1 Inspection of returns by certain classes of persons and State and Federal government establishments pursuant to Executive order.
301.6103(a)-2 Copies of returns.
301.6103(a)-100 Inspection by Department of Health, Education, and Welfare of individual income tax returns.
301.6103(a)-101 Inspection of returns by committees of Congress other than those enumerated in section 6103(d).
301.6103(a)-102 Inspection by Securities and Exchange Commission of transcript cards and corporate and individual income tax returns.
301.6103(a)-103 Inspection of returns by the Advisory Commission on Intergovernmental Relations.
301.6103(a)-104 Inspection by Department of Commerce of income tax returns made under the Internal Revenue Code of 1954.
301.6103(a)-105 Inspection by Renegotiation Board of income tax returns made under the Internal Revenue Code of 1954.
301.6103(a)-106 Inspection by Federal Trade Commission of income tax returns of corporations made under the Internal Revenue Code of 1954.
301.6103(a)-107 Inspection of certain interest equalization tax information returns by the Board of Governors of the Federal Reserve System and the Federal Reserve Banks.
301.6103(b) Statutory provisions; publicity of returns and lists of taxpayers; inspection by States.
301.6103(b)-1 Inspection by States.
301.6103(c) Statutory provisions; publicity of returns and lists of taxpayers; inspection by shareholders.
301.6103(c)-1 Inspection of corporation returns by shareholders.
301.6103(d) Statutory provisions; publicity of returns and lists of taxpayers; inspection by committees of Congress.
301.6103(d)-1 Inspection by committees of Congress.
301.6103(e) Statutory provisions; publicity of returns and lists of taxpayers; declarations of estimated tax.
301.6103(f) Statutory provisions; publicity of returns and lists of taxpayers; inspection of list of taxpayers.
301.6103(f)-1 Public lists of persons making returns of income tax and of unemployment tax.
301.6104 Statutory provisions; publicity of information required from certain exempt organizations and certain trusts.
301.6104-1 Public inspection of applications for tax exemption.
301.6104-2 Publicity of information on certain information returns.
301.6105 Statutory provisions; compilation of relief from excess profits tax cases.
301.6105-1 Compilation of relief from excess profits tax cases.
301.6106 Statutory provisions; publicity of unemployment tax returns.
301.6106-1 Publicity of unemployment tax returns.
301.6107 Statutory provisions; list of special taxpayers for public inspection.
301.6107-1 Public list of persons paying special taxes.
301.6108 Statutory provisions; publication of statistics of income.
301.6108-1 Publication of statistics of income.
301.6109 Statutory provisions; identifying numbers.
301.6109-1 Identifying numbers.
301.6110 Statutory provisions; cross references.

Time and Place for Paying Tax

PLACE AND DUE DATE FOR PAYMENT OF TAX

Sec.
301.6151 Statutory provisions; time and place for paying tax shown on returns.
301.6151-1 Time and place for paying tax shown on returns.
301.6152 Statutory provisions; installment payments.
301.6152-1 Installment payments.
301.6153 Statutory provisions; installment payments of estimated income tax by individuals.
301.6153-1 Installment payments of estimated income tax by individuals.
301.6154 Statutory provisions; installment payments of estimated income tax by corporations.
301.6154-1 Installment payments of estimated income tax by corporations.
301.6155 Statutory provisions; payment on notice and demand.
301.6155-1 Payment on notice and demand.
301.6156 Statutory provisions; installment payments of tax on use of highway motor vehicles.
301.6156-1 Installment payments of tax on use of highway motor vehicles.
301.6157 Statutory provisions; payment of taxes under provisions of the Tariff Act.

EXTENSIONS OF TIME FOR PAYMENT

301.6161 Statutory provisions; extension of time for paying tax.
301.6161-1 Extension of time for paying tax.
301.6162 Statutory provisions; extension of time for payment of tax on gain attributable to liquidation of personal holding companies.
301.6162-1 Extension of time for payment of tax on gain attributable to liquidation of personal holding companies.
301.6163 Statutory provisions; extension of time for payment of estate tax on value of reversionary or remainder interest in property.
301.6163-1 Extension of time for payment of estate tax on value of reversionary or remainder interest in property.
301.6164 Statutory provisions; extension of time for payment of taxes by corporations expecting carrybacks.
301.6164-1 Extension of time for payment of taxes by corporations expecting carrybacks.
301.6165 Statutory provisions; bonds where time to pay tax or deficiency has been extended.
301.6165-1 Bonds where time to pay the tax or deficiency has been extended.
301.6166 Statutory provisions; extension of time for payment of estate tax where estate consists largely of interest in closely held business.
301.6166-1 Extension of time for payment of estate tax where estate consists largely of interest in closely held business.

Assessment

IN GENERAL

301.6201 Statutory provisions; assessment authority.
301.6201-1 Assessment authority.
301.6202 Statutory provisions; establishment by regulations of mode or time of assessment.
301.6203 Statutory provisions; method of assessment.
301.6203-1 Method of assessment.
301.6204 Statutory provisions; supplemental assessments.
301.6204-1 Supplemental assessments.
301.6205 Statutory provisions; special rules applicable to certain employment taxes.
301.6205-1 Special rules applicable to certain employment taxes.

Sec.
301.6206 Statutory provisions; special rules applicable to excessive claims under sections 6420 and 6421.
301.6206-1 Special rules applicable to excessive claims under section 6420 and 6421.
301.6207 Statutory provisions; cross references.

DEFICIENCY PROCEDURES

301.6211 Statutory provisions; definition of a deficiency.
301.6211-1 Deficiency defined.
301.6212 Statutory provisions; notice of deficiency.
301.6212-1 Notice of deficiency.
301.6213 Statutory provisions; restrictions applicable to deficiencies; petition to Tax Court.
301.6213-1 Restrictions applicable to deficiencies; petition to Tax Court.
301.6214 Statutory provisions; determinations by Tax Court.
301.6215 Statutory provisions; assessment of deficiency found by Tax Court.
301.6215-1 Assessment of deficiency found by Tax Court.
301.6216 Statutory provisions; cross references.

Collection

GENERAL PROVISIONS

301.6301 Statutory provisions; collection authority.
301.6301-1 Collection authority.
301.6302 Statutory provisions; mode or time of collection.
301.6302-1 Mode or time of collection of taxes.
301.6303 Statutory provisions; notice and demand for tax.
301.6303-1 Notice and demand for tax.
301.6304 Statutory provisions; collection under the Tariff Act.

RECEIPT OF PAYMENT

301.6311 Statutory provisions; payment by check or money order.
301.6311-1 Payment by check or money order.
301.6312 Statutory provisions; payment by U.S. notes and certificates of indebtedness.
301.6312-1 Treasury certificates of indebtedness, Treasury notes, and Treasury bills acceptable in payment of internal revenue taxes or stamps.
301.6312-2 Certain Treasury savings notes acceptable in payment of certain internal revenue taxes.
301.6313 Statutory provisions; fractional parts of a cent.
301.6313-1 Fractional parts of a cent.
301.6314 Statutory provisions; receipt for taxes.
301.6314-1 Receipt for taxes.
301.6315 Statutory provisions; payments of estimated income tax.
301.6315-1 Payments of estimated income tax.
301.6316 Statutory provisions; payment by foreign currency.
301.6316-1 Payment of income tax in foreign currency.
301.6316-2 Definitions.
301.6316-3 Allocation of tax attributable to foreign currency.
301.6316-4 Return requirements.
301.6316-5 Manner of paying tax by foreign currency.
301.6316-6 Declarations of estimated tax.
301.6316-7 Payment of Federal Insurance Contributions Act taxes in foreign currency.
301.6316-8 Refunds and credits in foreign currency.
301.6316-9 Interest, additions to tax, etc.

LIEN FOR TAXES

Sec.
301.6321 Statutory provisions; lien for taxes.
301.6321-1 Lien for taxes.
301.6322 Statutory provisions; period of lien.
301.6323 Statutory provisions; validity against mortgagees, pledgees, purchasers, and judgment creditors.
301.6323-1 Validity of lien against mortgagees, pledgees, purchasers, and judgment creditors.
301.6324 Statutory provisions; special liens for estate and gift taxes.
301.6324-1 Special liens for estate and gift taxes; personal liability of transferees and others.
301.6325 Statutory provisions; release of lien or partial discharge of property.
301.6325-1 Release of lien or partial discharge of property.
301.6326 Statutory provisions; cross references.

SEIZURE OF PROPERTY FOR COLLECTION OF TAXES

301.6331 Statutory provisions; levy and distraint.
301.6331-1 Levy and distraint.
301.6332 Statutory provisions; surrender of property subject to levy.
301.6332-1 Surrender of property subject to levy.
301.6333 Statutory provisions; production of books.
301.6333-1 Production of books.
301.6334 Statutory provisions; property exempt from levy.
301.6334-1 Property exempt from levy.
301.6335 Statutory provisions; sale of seized property.
301.6335-1 Sale of seized property.
301.6336 Statutory provisions; sale of perishable goods.
301.6336-1 Sale of perishable goods.
301.6337 Statutory provisions; redemption of property.
301.6337-1 Redemption of property.
301.6338 Statutory provisions; certificate of sale; deed of real property.
301.6338-1 Certificate of sale; deed of real property.
301.6339 Statutory provisions; legal effect of certificate of sale of personal property and deed of real property.
301.6339-1 Legal effect of certificate of sale of personal property and deed of real property.
301.6340 Statutory provisions; records of sale.
301.6340-1 Records of sale.
301.6341 Statutory provisions; expense of levy and sale.
301.6341-1 Expense of levy and sale.
301.6342 Statutory provisions; application of proceeds of levy.
301.6342-1 Application of proceeds of levy.
301.6343 Statutory provisions; authority to release levy.
301.6343-1 Authority to release levy.
301.6344 Statutory provisions; cross references.

Abatements, Credits, and Refunds

PROCEDURE IN GENERAL

301.6401 Statutory provisions; amounts treated as overpayments.
301.6401-1 Amounts treated as overpayments.
301.6402 Statutory provisions; authority to make credits or refunds.
301.6402-1 Authority to make credits or refunds.
301.6402-2 Claims for credit or refund.
301.6402-3 Special rules applicable to income tax.
301.6402-4 Payments in excess of amounts shown on return.

Sec.
301.6403 Statutory provisions; overpayment of installment.
301.6403-1 Overpayment of installment.
301.6404 Statutory provisions; abatements.
301.6404-1 Abatements.
301.6405 Statutory provisions; reports of refunds and credits.
301.6405-1 Reports of refunds and credits.
301.6406 Statutory provisions; prohibition of administrative review of decisions.
301.6407 Statutory provisions; date of allowance of refund or credit.
301.6407-1 Date of allowance of refund or credit.

RULES OF SPECIAL APPLICATION

301.6411 Statutory provisions; tentative carryback adjustments.
301.6411-1 Tentative carryback adjustments.
301.6412 Statutory provisions; floor stocks refunds.
301.6413 Statutory provisions; special rules applicable to certain employment taxes.
301.6413-1 Special rules applicable to certain employment taxes.
301.6414 Statutory provisions; income tax withheld.
301.6414-1 Income tax withheld.
301.6415 Statutory provisions; credits or refunds to persons who collected certain taxes.
301.6415-1 Credits or refunds to persons who collected certain taxes.
301.6416 Statutory provisions; certain taxes on sales and services.
301.6416-1 Certain taxes on sales and services.
301.6417 Statutory provisions; coconut and palm oil.
301.6417-1 Coconut and palm oil.
301.6418 Statutory provisions; sugar.
301.6418-1 Sugar.
301.6419 Statutory provisions; excise tax on wagering.
301.6419-1 Excise tax on wagering.
301.6420 Statutory provisions; gasoline used on farms.
301.6420-1 Gasoline used on farms.
301.6421 Statutory provisions; gasoline used for certain nonhighway purposes or by local transit systems.
301.6421-1 Gasoline used for certain nonhighway purposes or by local transit systems.
301.6422 Statutory provisions; cross references.
301.6423 Statutory provisions; conditions to allowance in the case of alcohol and tobacco taxes.
301.6423-1 Conditions to allowance in the case of alcohol and tobacco taxes.

Limitations

LIMITATIONS ON ASSESSMENT AND COLLECTION

301.6501(a) Statutory provisions; limitations on assessment and collection; general rule.
301.6501(a)-1 Period of limitations upon assessment and collection.
301.6501(b) Statutory provisions; limitations on assessment and collection; time return deemed filed.
301.6501(b)-1 Time return deemed filed for purposes of determining limitations.
301.6501(c) Statutory provisions; limitations on assessment and collection; exceptions.
301.6501(c)-1 Exceptions to general period of limitations on assessment and collection.
301.6501(d) Statutory provisions; limitations on assessment and collection; request for prompt assessment.
301.6501(d)-1 Request for prompt assessment.
301.6501(e) Statutory provisions; limita-

Sec.
tions on assessment and collection; omission from gross income.
301.6501(e)-1 Omission from return.
301.6501(f) Statutory provisions; limitations on assessment and collection; personal holding company tax.
301.6501(f)-1 Personal holding company tax.
301.6501(g) Statutory provisions; limitations on assessment and collection; certain income tax returns of corporations.
301.6501(g)-1 Certain income tax returns of corporations.
301.6501(h) Statutory provisions; limitations on assessment and collection; net operating loss carrybacks.
301.6501(h)-1 Net operating loss carrybacks.
301.6501(i) Statutory provisions; limitations on assessment and collection; foreign tax carrybacks.
301.6501(i)-1 Foreign tax carrybacks; taxable years beginning after December 31, 1957.
301.6501(j) Statutory provisions; limitations on assessment and collection; investment credit carrybacks.
301.6501(j)-1 Investment credit carryback; taxable years ending after December 31, 1961.
301.6501(k) Statutory provisions; limitations on assessment and collection; joint income return after separate return.
301.6502 Statutory provisions; collection after assessment.
301.6502-1 Collection after assessment.
301.6503(a) Statutory provisions; suspension of running of period of limitation; issuance of statutory notice of deficiency.
301.6503(a)-1 Suspension of running of period of limitation; issuance of statutory notice of deficiency.
301.6503(b) Statutory provisions; suspension of running of period of limitation; assets of taxpayer in control or custody of court.
301.6503(b)-1 Suspension of running of period of limitation; assets of taxpayer in control or custody of court.
301.6503(c) Statutory provisions; suspension of running of period of limitation; location of property outside the United States or removal of property from the United States.
301.6503(c)-1 Suspension of running of period of limitation; location of property outside the United States or removal of property from the United States.
301.6503(d) Statutory provisions; suspension of running of period of limitation; extensions of time for payment of estate tax.
301.6503(d)-1 Suspension of running of period of limitation; extension of time for payment of estate tax.
301.6503(e) Statutory provisions; suspension of running of period of limitation; certain powers of appointment.
301.6503(e)-1 Suspension of running of period of limitation; certain powers of appointment.
301.6503(f) Statutory provisions; suspension of running of period of limitation; cross references.
301.6504 Statutory provisions; cross references.

LIMITATIONS ON CREDIT OR REFUND

301.6511(a) Statutory provisions; limitations on credit or refund; period of limitation on filing claim.
301.6511(a)-1 Period of limitation on filing claim.
301.6511(b) Statutory provisions; limitations on credit or refund; limitation on allowance of credits and refunds.

director will make his determination and advise the applicant of the decision reached.

(c) *Estate or gift tax liability fully satisfied or provided for*—(1) *Certificate of discharge.* If the district director determines that the tax liability for estate or gift tax has been fully satisfied, he may issue a certificate of discharge of any or all property from the lien imposed thereon. If the district director determines that the tax liability for estate or gift tax has been adequately provided for, he may issue a certificate discharging particular items of property from the lien. The issuance of such a certificate is a matter resting within the discretion of the district director, and a certificate will be issued only in case there is actual need therefor. The primary purpose of such discharge is not to evidence payment or satisfaction of the tax, but to permit the transfer of property free from the lien in case it is necessary to clear title. The tax will be considered fully satisfied only when investigation has been completed and payment of the tax, including any deficiency determined, has been made.

(2) *Application for certificate of discharge.* An application for a certificate of discharge of property from the lien for estate or gift tax should be filed with the district director responsible for the collection of the tax. It should be made in writing under penalties of perjury and should explain the circumstances that require the discharge, and should fully describe the particular items for which the discharge is desired. Where realty is involved each parcel sought to be discharged from the lien should be described on a separate page and each such description submitted in duplicate. In the case of an estate tax lien, the application should show the applicant's relationship to the estate, such as executor, heir, devisee, legatee, beneficiary, transferee, or purchaser. If the estate or gift tax return has not been filed, a statement under penalties of perjury may be required showing (i) the value of the property to be discharged, (ii) the basis for such valuation, (iii) in the case of the estate tax, the approximate value of the gross estate and the approximate value of the total real property included in the gross estate, (iv) in the case of the gift tax, the total amount of gifts made during the calendar year and the prior calendar years subsequent to the enactment of the Revenue Act of 1932 and the approximate value of all real estate subject to the gift tax lien, and (v) if the property is to be sold or otherwise transferred, the name and address of the purchaser or transferee and the consideration, if any, paid or to be paid by him.

(3) For provisions relating to transfer certificates in the case of nonresident estates, see § 20.6325–1 of this chapter (Estate Tax Regulations).

(d) *Effect of certificate of release or discharge of specific property.* A certificate of release of lien or a certificate discharging specific property from the lien issued under section 6325 shall be conclusive that the lien upon the property covered by the certificate is extinguished.

§ 301.6326 Statutory provisions; cross references.

SEC. 6326. *Cross references.* (1) For lien in case of tax on distilled spirits, see section 5004.

(2) For exclusion of tax liability from discharge in bankruptcy, see section 17 of the Bankruptcy Act, as amended (52 Stat. 851; 11 U.S.C. 35).

(3) For limit on amount allowed in bankruptcy proceedings on debts owing to the United States, see section 57(j) of the Bankruptcy Act, as amended (52 Stat. 867; 11 U.S.C. 93).

(4) For recognition of tax liens in proceedings under the Bankruptcy Act, see section 67 (b) and (c) of that act, as amended (52 Stat. 876–877; 11 U.S.C. 107).

(5) For collection of taxes in connection with wage earners[1] plans in bankruptcy courts, see section 680 of the Bankruptcy Act, as added by the act of June 22, 1938 (52 Stat. 938; 11 U.S.C. 1080).

(6) For provisions permitting the United States to be made party defendant in a proceeding in a State court for the foreclosure of a lien upon real estate where the United States may have a claim upon the premises involved, see section 2410 of Title 28 of the United States Code.

(7) For priority of lien of the United States in case of insolvency, see R.S. 3466 (31 U.S.C. 191).

SEIZURE OF PROPERTY FOR COLLECTION OF TAXES

§ 301.6331 Statutory provisions; levy and distraint.

SEC. 6331. *Levy and distraint*—(a) *Authority of Secretary or delegate.* If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary or his delegate to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary or his delegate makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary or his delegate and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.

(b) *Seizure and sale of property.* The term "levy" as used in this title includes the power of distraint and seizure by any means. In any case in which the Secretary or his delegate may levy upon property or rights to property, he may seize and sell such property or rights to property (whether real or personal, tangible or intangible).

(c) *Successive seizures.* Whenever any property or right to property upon which levy has been made by virtue of subsection (a) is not sufficient to satisfy the claim of the United States for which levy is made, the Secretary or his delegate may, thereafter, and as often as may be necessary, proceed to levy in like manner upon any other property liable to levy of the person against whom such claim exists, until the amount due from him, together with all expenses, is fully paid.

(d) *Cross references.* (1) For provisions relating to jeopardy, see subchapter A of chapter 70.

(2) For proceedings applicable to sale of seized property, see section 6335.

§ 301.6331–1 Levy and distraint.

(a) *Authority to levy*—(1) *In general.* If any person liable to pay any tax neglects or refuses to pay such tax within 10 days after notice and demand, the district director to whom the assessment is charged or, upon his request, any other district director may proceed to collect the tax by levy upon any property, or rights to property, whether real or personal, tangible or intangible, belonging to such person or on which there is a lien provided by section 6321 or 6324 (or the corresponding provision of prior law) for the payment of such tax. As used in section 6331 and this section, the term "tax" includes any interest, additional amount, addition to tax, or assessable penalty, together with any costs and expenses that may accrue in addition thereto. For exemption of certain property from levy, see section 6334 and the regulations thereunder. Property subject to a Federal tax lien, which has been sold or otherwise transferred by the taxpayer, may be seized in the hands of the transferee or of any subsequent transferee. Levy may be made by serving a notice of levy on any person in possession of, or obligated with respect to, property or rights to property subject to levy, such as, for example, receivables, bank accounts, evidences of debt, securities, and accrued salaries, wages, commissions, and other compensation.

(2) *Jeopardy cases.* If the district director finds that the collection of any tax is in jeopardy, he may make notice and demand for immediate payment of such tax and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in section 6331 (a).

(3) *Bankruptcy or receivership cases.* During a bankruptcy proceeding or a receivership proceeding in either a Federal or a State court, the assets of the taxpayer are in general under the control of the court in which such proceeding is pending. Taxes cannot be collected by levy upon assets in the custody of a court, whether or not such custody is incident to a bankruptcy or receivership proceeding, except where the proceeding has progressed to such a point that the levy would not interfere with the work of the court or where the court grants permission to levy. Any assets which under applicable provisions of law are not under the control of the court may be levied upon, for example, property exempt from court custody under State law or the bankrupt's earnings and property acquired after the date of bankruptcy. However, levy upon such property is not mandatory and the Government may rely upon payment of taxes in the proceeding.

(4) *Certain types of compensation*— (i) *Federal employees.* Levy may be made upon the accrued salary or wages of any

officer or employee (including members of the Armed Forces), or elected or appointed official, of the United States, the District of Columbia, or any agency or instrumentality of either, by serving a notice of levy on the employer of the delinquent taxpayer. As used in this subdivision, the term "employer" means (a) the officer or employee of the United States, the District of Columbia, or of the agency or instrumentality of the United States or the District of Columbia, who has control of the payment of the wages, or (b) any other officer or employee designated by the head of the branch, department, agency, or instrumentality of the United States or of the District of Columbia as the party upon whom service of the notice of levy may be made. If the head of such branch, department, agency or instrumentality designates an officer or employee other than one who has control of the payment of the wages, as the party upon whom service of the notice of levy may be made, such head shall promptly notify the Commissioner of the name and address of each officer or employee so designated and the scope or extent of his authority as such designee.

(ii) *State and municipal employees.* Accrued salaries, wages, or other compensation of any officer, employee, or elected or appointed official of a State or Territory, or of any agency, instrumentality, or political subdivision thereof, are also subject to levy to enforce collection of any Federal tax.

(iii) *Seamen.* Notwithstanding the provisions of section 12 of the Seamen's Act of 1915 (46 U.S.C. 601), accrued wages of seamen, apprentice seamen, or fishermen employed on fishing vessels are subject to levy. See section 6334(c).

(b) *Successive seizures.* Whenever any property or rights to property upon which a levy has been made are not sufficient to satisfy the claim of the United States for which the levy is made, the district director may thereafter, and as often as may be necessary, proceed to levy in like manner upon any other property or rights to property subject to levy of the person against whom such claim exists or on which there is a lien imposed by section 6321 or 6324 (or the corresponding provision of prior law) for the payment of such claim until the amount due from such person, together with all costs and expenses, is fully paid.

§ 301.6332 Statutory provisions; surrender of property subject to levy.

SEC. 6332. *Surrender of property subject to levy*—(a) *Requirement.* Any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made shall, upon demand of the Secretary or his delegate, surrender such property or rights (or discharge such obligation) to the Secretary or his delegate, except such part of the property or rights as is, at the time of such demand, subject to an attachment or execution under any judicial process.

(b) *Penalty for violation.* Any person who fails or refuses to surrender as required by subsection (a) any property or rights to property, subject to levy, upon demand by the Secretary or his delegate, shall be liable in his own person and estate to the United States in a sum equal to the value of the property or rights not so surrendered, but not exceeding the amount of the taxes for the collection of which such levy has been made, together with costs and interest on such sum at the rate of 6 percent per annum from the date of such levy.

(c) *Person defined.* The term "person," as used in subsection (a), includes an officer or employee of a corporation or a member or employee of a partnership, who as such officer, employee, or member is under a duty to surrender the property or rights to property, or to discharge the obligation.

§ 301.6332–1 Surrender of property subject to levy.

(a) *Requirement*—(1) *In general.* Any person in possession of (or obligated with respect to) property or rights to property subject to levy upon which a levy has been made shall, upon demand of the district director, surrender such property or rights (or discharge such obligation) to the district director, except such part of the property or right as is, at the time of such demand, subject to an attachment or execution under any judicial process.

(2) *Property held by banks.* Notwithstanding subparagraph (1) of this paragraph, if a levy has been made upon property or rights to property subject to levy which a bank engaged in the banking business in the United States or a possession of the United States is in possession of (or obligated with respect to), the Commissioner shall not enforce the levy with respect to any deposits held in an office of the bank outside the United States or a possession of the United States, unless the notice of levy specifies that the district director intends to reach such deposits. The notice of levy shall not specify that the district director intends to reach such deposits unless the district director believes—

(i) That the taxpayer is within the jurisdiction of a U.S. court at the time the levy is made and that the bank is in possession of (or obligated with respect to) deposits of the taxpayer in an office of the bank outside the United States or a possession of the United States; or

(ii) That the taxpayer is not within the jurisdiction of a U.S. court at the time the levy is made, that the bank is in possession of (or obligated with respect to) deposits of the taxpayer in an office outside the United States or a possession of the United States, and that such deposits consist, in whole or in part, of funds transferred from the United States or a possession of the United States in order to hinder or delay the collection of a tax imposed by the Code.

For purposes of this subparagraph, the term "possession of the United States" includes Guam, the Midway Islands, the Panama Canal Zone, the Commonwealth of Puerto Rico, American Samoa, the Virgin Islands, and Wake Island.

(b) *Penalty for violation.* Any person who fails or refuses, upon demand of the district director, to surrender any property or rights to property subject to levy, as required by section 6332(a), shall be liable in his own person and estate to the United States in a sum equal to the value of the property or rights not so surrendered, but not exceeding the amount of the taxes for the collection of which such levy has been made, together with costs and interest on such sum at the rate of 6 percent per annum from the date of such levy.

(c) *Person defined.* The term "person," as used in section 6332(a) and this section, includes an officer or employee of a corporation or a member or employee of a partnership, who as such officer, employee, or member is under a duty to surrender the property or rights to property or to discharge the obligation. Thus, in the case of a levy upon the salary or wages of an officer, employee, or elected or appointed official, of the United States, the District of Columbia, or any agency or instrumentality of either, the term "person" includes the officer or employee of the United States, of the District of Columbia, or of such agency or instrumentality, who as such officer or employee is under a duty to discharge the obligation. As to the officer or employee who is under such duty, see paragraph (a)(4)(i) of § 301.6331–1.

§ 301.6333 Statutory provisions; production of books.

SEC. 6333. *Production of books.* If a levy has been made or is about to be made on any property, or right to property, any person having custody or control of any books or records, containing evidence or statements relating to the property or right to property subject to levy, shall, upon demand of the Secretary or his delegate, exhibit such books or records to the Secretary or his delegate.

§ 301.6333–1 Production of books.

If a levy has been made or is about to be made on any property or rights to property, any person, having custody or control of any books or records containing evidence or statements relating to the property or rights to property subject to levy, shall, upon demand of the internal revenue officer who has made or is about to make the levy, exhibit such books or records to such officer.

§ 301.6334 Statutory provisions; property exempt from levy.

SEC. 6334. *Property exempt from levy*—(a) *Enumeration.* There shall be exempt from levy—

(1) *Wearing apparel and school books.* Such items of wearing apparel and such school books as are necessary for the taxpayer or for members of his family;

(2) *Fuel, provisions, furniture, and personal effects.* If the taxpayer is the head of a family, so much of the fuel, provisions, furniture, and personal effects in his household, and of the arms for personal use, livestock, and poultry of the taxpayer, as does not exceed $500 in value;

(3) *Books and tools of a trade, business, or profession.* So many of the books and tools necessary for the trade, business, or profession of the taxpayer as do not exceed in the aggregate $250 in value.

(4) *Unemployment benefits.* Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State or Territory, or of the District of Columbia or of the Commonwealth of Puerto Rico.

(5) *Undelivered mail.* Mail, addressed to any person, which has not been delivered to the addressee.