**3590**  Federal Register / Vol. 55, No. 23 / Friday, February 2, 1990 / Rules and Regulations

2. In § 946.15, a new paragraph (z) is added to read as follows:

§ 946.15 Approval of regulatory program amendments.

\* \* \* \* \*

(z) The following amendments were approved February 2, 1990:

(1) Amended sections 45.1-270.2 and 45.1-270.3 of the Virginia Coal Surface Mining Control and R̶e̶c̶l̶a̶m̶a̶t̶i̶o̶n Act submitted on July 5, 1989, concerning changes to Virginia's Coal Surface Mining Reclamation Fund.

[FR Doc. 90-2427 Filed 2-1-90; 8:45 am]

BILLING CODE 4310-05-M

---

**DEPARTMENT OF THE TREASURY**

**Fiscal Service**

**31 CFR Part 215**

**Withholding of District of Columbia, State, City and County Income or Employment Taxes by Federal Agencies**

**AGENCY:** Financial Management Service, Fiscal Service, United States Department of the Treasury.

**ACTION:** Final rule.

**SUMMARY:** Public Law 100-180 permits withholding of state and local income or employment taxes from the drill pay of National Guardsmen and reserve components of the armed forces for those state and local governments that have entered into an agreement with the Secretary of the Treasury. This rule allows for such a withholding.

**EFFECTIVE DATE:** March 5, 1990.

**FOR FURTHER INFORMATION CONTACT:** Charles Singleton, Financial Management Service, Room 330B, 401 14th Street, SW., Washington, DC 20227, (202) 287-0336, (FTS) 287-0336.

**SUPPLEMENTARY INFORMATION:** Prior to passage of the National Defense Authorization Act for Fiscal Years 1988 and 1989, no authority existed to withhold state or local income or employment taxes from the drill pay of members of National Guard units or reserve components for those taxing jurisdictions that enter into an agreement with the Secretary of the Treasury as part of the withholding program for civilian Federal employees.

Changes have been made to 31 CFR 215.2(h)(1) to permit National Guardsmen and Reservists to be included in state withholding as members of the armed forces, and in the city and county withholding programs as Federal employees, but only while participating in exercises, drills, training periods, or serving on active duty for training under section 270(a) of title 10 United States Code. Section 215.2(i) of 31 CFR has been changed to include National Guardsmen and Reservists as "Members of the Armed Forces" while participating in the same functions.

The provisions of 5 U.S.C. 553(b) relating to notice and public participation have not been followed in connection with the adoption of these regulations because the regulations involve adjustments prescribed by statutory authority and which implement the statute. Accordingly, the Treasury finds for good cause that notice and public participation are unnecessary and contrary to the public interest of realizing in regulations what has been enacted in statutory law.

**Executive Order 12291**

The United States Department of the Treasury has determined that the proposed regulation is not a "major rule" within the meaning of Executive Order 12291 (46 FR 13193, February 19, 1981). It is not likely to result in:

(1) An annual effect on the economy of $100 million or more;

(2) A major increase in costs or prices for consumers, individual industries, Federal, state or local government agencies, or geographic regions; or

(3) Significant adverse effects on competition, employment, investment, productivity, innovation, or on the ability of the United States-based enterprises to compete with foreign based-enterprises in domestic or export markets.

Therefore, preparation of a Regulatory Impact Analysis is not required.

**Regulatory Flexibility Act**

Because no notice of proposed rulemaking is required for this final rule, the provisions of the Regulatory Flexibility Act (5 U.S.C. 601) do not apply.

**Paperwork Reduction Act**

These regulations impose no additional reporting or recordkeeping requirements necessitating clearance by the Office of Management and Budget.

**List of Subjects in 31 CFR Part 215**

Employment taxes, Government employees, Income tax, Intergovernmental relations.

For the reasons set forth in the preamble, title 31, chapter II, subchapter A, part 215 of the Code of Federal Regulations is amended as set forth below.

**PART 215—WITHHOLDING OF DISTRICT OF COLUMBIA, STATE, CITY, AND COUNTY INCOME OR EMPLOYMENT TAXES BY FEDERAL AGENCIES**

**Subpart A—General Information**

1. The authority citation for part 215 continues to read as follows:

Authority: 5 U.S.C. 5516, 5517, and 5520 and section 4 of Executive Order 11997, June 22, 1977 (42 FR 31759). § 215.2 also issued under 5 U.S.C. 5517(d), 5520(a).

2. Section 215.2 is amended by revising paragraphs (h)(1) and (i) to read as follows:

**§ 215.2 Definitions.**

\* \* \* \* \*

(h)(1) "Employees" for the purpose of State income tax withholding, means all employees of an agency, other than members of the armed forces. For city and county income or employment tax withholding, it means:

(i) Employees of an agency;

(ii) Members of the National Guard, participating in exercises or performing duty under 31 U.S.C. 502; or

(iii) Members of the Ready Reserve, participating in scheduled drills or training periods, or serving on active duty for training under 10 U.S.C. 270(a).

The term does not include retired personnel, pensioners, annuitants, or similar beneficiaries of the Federal Government, who are not performing active civilian service or persons receiving remuneration for services on a contract-fee basis.

(2) \* \* \*

(i) "Members of the Armed Forces" means all individuals in active duty status (as defined in 10 U.S.C. 101(22)) in regular and reserve components of the Army, Navy, Air Force, Marine Corps, and Coast Guard, including members of the National Guard while participating in exercises or performing duty under 31 U.S.C. 502, and members of the Ready Reserve while participating in scheduled drills or training periods or serving on active duty for training under 10 U.S.C. 270(a).

\* \* \* \* \*

W.E. Douglas,
*Commissioner.*

[FR Doc. 90-2400 Filed 2-1-90; 8:45 am]

BILLING CODE 4810-35-M