PUBLIC LAW 591 - CHAPTER 736
APPROVED AUGUST 16, 1954, 9:45 a. m., E. D. T.
H. R. 8300

# Internal Revenue Code of 1954

ENACTED DURING THE

SECOND SESSION OF THE EIGHTY-THIRD CONGRESS

OF THE UNITED STATES OF AMERICA

*Begun and held at the City of Washington on*

*Wednesday, January 6, 1954.*

# An Act

*To revise the internal revenue laws of the United States.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) CITATION.—

(1) The provisions of this Act set forth under the heading "Internal Revenue Title" may be cited as the "Internal Revenue Code of 1954".

(2) The Internal Revenue Code enacted on February 10, 1939, as amended, may be cited as the "Internal Revenue Code of 1939".

(b) PUBLICATION.—This Act shall be published as volume 68A of the United States Statutes at Large, with a comprehensive table of contents and an appendix ; but without an index or marginal references. The date of enactment, bill number, public law number, and chapter number, shall be printed as a headnote.

(c) CROSS REFERENCE.—For saving provisions, effective date provisions, and other related provisions, see chapter 80 (sec. 7801 and following) of the Internal Revenue Code of 1954.

(d) ENACTMENT OF INTERNAL REVENUE TITLE INTO LAW.—The Internal Revenue Title referred to in subsection (a)(1) is as follows:

3

4      INTERNAL REVENUE CODE OF 1954

# INTERNAL REVENUE TITLE

SUBTITLE   A. Income taxes.
SUBTITLE   B. Estate and gift taxes.
SUBTITLE   C. Employment taxes.
SUBTITLE   D. Miscellaneous excise taxes.
SUBTITLE   E. Alcohol, tobacco, and certain other excise taxes.
SUBTITLE   F. Procedure and administration.
SUBTITLE   G. The Joint Committee on Internal Revenue Taxation.

## Subtitle A—Income Taxes

CHAPTER   1. Normal taxes and surtaxes.
CHAPTER   2. Tax on self-employment income.
CHAPTER   3. Withholding of tax on nonresident aliens and foreign corporations and tax-free covenant bonds.
CHAPTER   4. Rules applicable to recovery of excessive profits on government contracts.
CHAPTER   5. Tax on transfers to avoid income tax.
CHAPTER   6. Consolidated returns.

## CHAPTER 1—NORMAL TAXES AND SURTAXES

SUBCHAPTER   A. Determination of tax liability.
SUBCHAPTER   B. Computation of taxable income.
SUBCHAPTER   C. Corporate distributions and adjustments.
SUBCHAPTER   D. Deferred compensation, etc.
SUBCHAPTER   E. Accounting periods and methods of accounting.
SUBCHAPTER   F. Exempt organizations.
SUBCHAPTER   G. Corporations used to avoid income tax on shareholders.
SUBCHAPTER   H. Banking institutions.
SUBCHAPTER   I. Natural resources.
SUBCHAPTER   J. Estates, trusts, beneficiaries, and decedents.
SUBCHAPTER   K. Partners and partnerships.
SUBCHAPTER   L. Insurance companies.
SUBCHAPTER   M. Regulated investment companies.
SUBCHAPTER   N. Tax based on income from sources within or without the United States.
SUBCHAPTER   O. Gain or loss on disposition of property.
SUBCHAPTER   P. Capital gains and losses.
SUBCHAPTER   Q. Readjustment of tax between years and special limitations.
SUBCHAPTER   R. Election of certain partnerships and proprietorships as to taxable status.

## Subchapter A—Determination of Tax Liability

Part I. Tax on individuals.
Part II. Tax on corporations.
Part III. Changes in rates during a taxable year.
Part IV. Credits against tax.

### PART I—TAX ON INDIVIDUALS

Sec. 1.   Tax imposed.
Sec. 2.   Tax in case of joint return or return of surviving spouse.
Sec. 3.   Optional tax if adjusted gross income is less than $5,000.
Sec. 4.   Rules for optional tax.
Sec. 5.   Cross references relating to tax on individuals.

**Attachment W- page 2 of 4**

748     INTERNAL REVENUE CODE OF 1954

(3) the total amount of wages as defined in section 3401 (a),
(4) the total amount deducted and withheld as tax under section 3402,
(5) the total amount of wages as defined in section 3121 (a), and
(6) the total amount deducted and withheld as tax under section 3101.

(b) SPECIAL RULE AS TO COMPENSATION OF MEMBERS OF ARMED FORCES.—In the case of compensation paid for service as a member of the Armed Forces, the statement shall show, as wages paid during the calendar year, the amount of such compensation paid during the calendar year which is not excluded from gross income under chapter 1 (whether or not such compensation constituted wages as defined in section 3401 (a)); such statement to be furnished if any tax was withheld during the calendar year or if any of the compensation paid is includible under chapter 1 in gross income.

(c) ADDITIONAL REQUIREMENTS.—The statements required to be furnished pursuant to this section in respect of any remuneration shall be furnished at such other times, shall contain such other information, and shall be in such form as the Secretary or his delegate may by regulations prescribe.

(d) STATEMENTS TO CONSTITUTE INFORMATION RETURNS.—A duplicate of any statement made pursuant to this section and in accordance with regulations prescribed by the Secretary or his delegate shall, when required by such regulations, be filed with the Secretary or his delegate.

### PART IV—SIGNING AND VERIFYING OF RETURNS AND OTHER DOCUMENTS

Sec. 6061. Signing of returns and other documents.
Sec. 6062. Signing of corporation returns.
Sec. 6063. Signing of partnership returns.
Sec. 6064. Signature presumed authentic.
Sec. 6065. Verification of returns.

**SEC. 6061. SIGNING OF RETURNS AND OTHER DOCUMENTS.**

Except as otherwise provided by sections 6062 and 6063, any return, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall be signed in accordance with forms or regulations prescribed by the Secretary or his delegate.

**SEC. 6062. SIGNING OF CORPORATION RETURNS.**

The return of a corporation with respect to income shall be signed by the president, vice-president, treasurer, assistant treasurer, chief accounting officer or any other officer duly authorized so to act. In the case of a return made for a corporation by a fiduciary pursuant to the provisions of section 6012 (b) (3), such fiduciary shall sign the return. The fact that an individual's name is signed on the return shall be prima facie evidence that such individual is authorized to sign the return on behalf of the corporation.

**SEC. 6063. SIGNING OF PARTNERSHIP RETURNS.**

The return of a partnership made under section 6031 shall be signed by any one of the partners. The fact that a partner's name is

CH. 61—INFORMATION AND RETURNS     749

signed on the return shall be prima facie evidence that such partner is authorized to sign the return on behalf of the partnership.

### SEC. 6064. SIGNATURE PRESUMED AUTHENTIC.

The fact that an individual's name is signed to a return, statement, or other document shall be prima facie evidence for all purposes that the return, statement, or other document was actually signed by him.

### SEC. 6065. VERIFICATION OF RETURNS.

(a) PENALTIES OF PERJURY.—Except as otherwise provided by the Secretary or his delegate, any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.

(b) OATH.—The Secretary or his delegate may by regulations require that any return, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall be verified by an oath. This subsection shall not apply to returns and declarations with respect to income taxes made by individuals.

## PART V—TIME FOR FILING RETURNS AND OTHER DOCUMENTS

Sec. 6071. Time for filing returns and other documents.
Sec. 6072. Time for filing income tax returns.
Sec. 6073. Time for filing declarations of estimated income tax by individuals.
Sec. 6074. Time for filing declarations of estimated income tax by corporations.
Sec. 6075. Time for filing estate and gift tax returns.

### SEC. 6071. TIME FOR FILING RETURNS AND OTHER DOCUMENTS.

(a) GENERAL RULE.—When not otherwise provided for by this title, the Secretary or his delegate shall by regulations prescribe the time for filing any return, statement, or other document required by this title or by regulations.

(b) SPECIAL TAXES.—

> For payment of special taxes before engaging in certain trades and businesses, see section 4901.

### SEC. 6072. TIME FOR FILING INCOME TAX RETURNS.

(a) GENERAL RULE.—In the case of returns under section 6012, 6013, 6017, or 6031 (relating to income tax under subtitle A), returns made on the basis of the calendar year shall be filed on or before the 15th day of April following the close of the calendar year and returns made on the basis of a fiscal year shall be filed on or before the 15th day of the fourth month following the close of the fiscal year, except as otherwise provided in the following subsections of this section.

(b) RETURNS OF CORPORATIONS.—Returns of corporations under section 6012 made on the basis of the calendar year shall be filed on or before the 15th day of March following the close of the calendar year, and such returns made on the basis of a fiscal year shall be filed on or before the 15th day of the third month following the close of the fiscal year.

(c) RETURNS BY CERTAIN NONRESIDENT ALIEN INDIVIDUALS AND FOREIGN CORPORATIONS.—Returns made by nonresident alien in-

§6072 (c)

**Attachment W - page 4 of 4**