# UNITED STATES STATUTES AT LARGE

CONTAINING THE

LAWS AND CONCURRENT RESOLUTIONS
ENACTED DURING THE SECOND SESSION OF THE
NINETY-FOURTH CONGRESS
OF THE UNITED STATES OF AMERICA

## 1976

AND

PROCLAMATIONS

---

## VOLUME 90

IN TWO PARTS

---

## PART 2

PUBLIC LAWS 94–455 THROUGH 94–588,
PRIVATE LAWS, CONCURRENT RESOLUTIONS
AND PROCLAMATIONS



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1978

Attachment Y - page 1 of 4

Public Law 94-455
94th Congress

An Act

Oct. 4, 1976
[H.R. 10612]

To reform the tax laws of the United States.

Tax Reform Act of 1976.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. TABLE OF CONTENTS**

Sec. 1. Table of contents.

TITLE I—SHORT TITLE AND AMENDMENT OF 1954 CODE

Sec. 101. Short title.
Sec. 102. Amendment of 1954 Code.

TITLE II—AMENDMENTS RELATED TO TAX SHELTERS

Sec. 201. Capitalization and amortization of real property construction period interest and taxes.
Sec. 202. Recapture of depreciation on real property.
Sec. 203. Amendment of section 167(k).
Sec. 204. Limitations on deductions for expenses.
Sec. 205. Gain from disposition of interest in oil and gas property.
Sec. 206. Amendments to farm loss recapture rules.
Sec. 207. Limitations on deductions in case of farming syndicates; capitalization of certain orchard and vineyard expenses and method of accounting for corporations engaged in farming.
Sec. 208. Treatment of prepared interest.
Sec. 209. Limitation on interest deduction.
Sec. 210. Amortization of production cost of motion pictures, books, records, and other similar property.
Sec. 211. Clarification of definition of produced film rents.
Sec. 212. Basis limitation for and recapture of depreciation on player contracts.
Sec. 213. Certain partnership provisions.
Sec. 214. Scope of waiver of statute of limitations in case of activities not engaged in for profit.

TITLE III—MINIMUM TAX AND MAXIMUM TAX

Sec. 301. Minimum tax.
Sec. 302. Maximum tax.

TITLE IV—EXTENSIONS OF INDIVIDUAL INCOME TAX REDUCTIONS

Sec. 401. Extensions of individual income tax reductions.
Sec. 402. Refunds of earned income credit disregarded in the administration of Federal programs and federally assisted programs.

TITLE V—TAX SIMPLIFICATION IN THE INDIVIDUAL INCOME TAX

Sec. 501. Revision of tax tables for individuals.
Sec. 502. Deduction for alimony allowed in determining adjusted gross income.
Sec. 503. Revision of retirement income credit.
Sec. 504. Credit for child care expenses.
Sec. 505. Changes in exclusions for sick pay and certain military, etc., disability pensions; certain disability income.
Sec. 506. Moving expenses.
Sec. 507. Tax revision study.
Sec. 508. Effective date.

TITLE VI—BUSINESS RELATED INDIVIDUAL INCOME TAX PROVISIONS

Sec. 601. Deductions for expenses attributable to business use of homes, rental of vacation homes, etc.
Sec. 602. Deductions for attending foreign conventions.
Sec. 603. Change in tax treatment of qualified stock options.
Sec. 604. State legislators' travel expenses away from home.
Sec. 605. Deduction for guarantees of business bad debts to guarantors not involved in business.

# TITLE I—SHORT TITLE AND AMENDMENT OF 1954 CODE

SEC. 101. SHORT TITLE.                                               26 USC 1 note.

This Act may be cited as the "Tax Reform Act of 1976".

SEC. 102. AMENDMENT OF 1954 CODE.

Except as otherwise expressly provided, whenever in this Act an amendment or repeal is expressed in terms of an amendment to, or repeal of, a section or other provision, the reference shall be considered to be made to a section or other provision of the Internal Revenue Code of 1954.   26 USC 1.

# TITLE II—AMENDMENTS RELATED TO TAX SHELTERS

SEC. 201. CAPITALIZATION AND AMORTIZATION OF REAL PROPERTY CONSTRUCTION PERIOD INTEREST AND TAXES.

(a) IN GENERAL.—Part VI of subchapter B of chapter 1 (relating to itemized deductions for individuals and corporations) is amended by adding at the end thereof the following new section:

"SEC. 189. AMORTIZATION OF REAL PROPERTY CONSTRUCTION PERIOD INTEREST AND TAXES.   26 USC 189.

"(a) CAPITALIZATION OF CONSTRUCTION PERIOD INTEREST AND TAXES.—Except as otherwise provided in this section or in section 266 (relating to carrying charges), in the case of an individual, an electing small business corporation (within the meaning of section 1371(b)), or a personal holding company (within the meaning of section 542), no deduction shall be allowed for real property construction period interest and taxes.

"(b) AMORTIZATION OF AMOUNTS CHARGED TO CAPITAL ACCOUNT.—Any amount paid or accrued which would (but for subsection (a)) be allowable as a deduction for the taxable year shall be allowable for such taxable year and each subsequent amortization year in accordance with the following table:

| If the amount is paid or accrued in a taxable year beginning in— | | | The percentage of such amount allowable for each amortization year shall be the following percentage of such amount |
|---|---|---|---|
| Nonresidential real property | Residential real property (other than low-income housing) | Low-income housing | |
| 1976 | | | see subsection (f) |
| | 1978 | 1982 | 25 |
| 1977 | 1979 | 1983 | 20 |
| 1978 | 1980 | 1984 | 16⅔ |
| 1979 | 1981 | 1985 | 14²⁄₇ |
| 1980 | 1982 | 1986 | 12½ |
| 1981 | 1983 | 1987 | 11¹⁄₉ |
| after 1981 | after 1983 | after 1987 | 10 |

"(c) AMORTIZATION YEAR.—

"(1) IN GENERAL.—For purposes of this section, the term 'amortization year' means the taxable year in which the amount is paid or accrued, and each taxable year thereafter (beginning with the taxable year after the taxable year in which paid or accrued or, if later, the taxable year in which the real property is ready to be placed in service or is ready to be held for sale) until the full amount has been allowable as a deduction (or until the property is sold or exchanged).

**Attachment Y - page 3 of 4**

**90 STAT. 1824**           **PUBLIC LAW 94-455—OCT. 4, 1976**

26 USC 5005 note.

(d) EFFECTIVE DATE.—The amendments made by this section shall take effect on the first day of the first month which begins more than 90 days after the date of the enactment of this Act.

**SEC. 1906. AMENDMENTS OF SUBTITLE F; PROCEDURE AND ADMINISTRATION.**

(a) IN GENERAL.—

(1) AMENDMENTS OF SECTION 6013.—

26 USC 6013.

(A) Section 6013(b)(2)(C) (relating to petition to the Tax Court) is amended by striking out "of the United States".

(B) The heading of section 6013(d) is amended to read as follows:

"(d) SPECIAL RULES.—".

(C) Section 6013(d)(1) (relating to joint return after death of one spouse) is amended by striking out "and" at the end of subparagraph (A) and inserting in lieu thereof "or", and by striking out "and" at the end of the subparagraph (B).

26 USC 6015.

(2) AMENDMENT OF SECTION 6015.—Section 6015 (relating to declaration of estimated tax by individuals) is amended by striking out subsection (j) (relating to an effective date provision).

26 USC 6037.

(3) AMENDMENT OF SECTION 6037.—Section 6037 (relating to returns of subchapter S corporations) is amended by striking out "section 1371(a)(2)" and inserting in lieu thereof "section 1371(b)".

26 USC 6046.

(4) AMENDMENT OF SECTION 6046.—Section 6046(e) (relating to information as to organization of foreign corporation) is amended to read as follows:

"(e) LIMITATION.—No information shall be required to be furnished under this section with respect to any foreign corporation unless such information was required to be furnished under regulations which have been in effect for at least 90 days before the date on which the United States citizen, resident, or person becomes liable to file a return required under subsection (a)."

26 USC 6051.

(5) AMENDMENT OF SECTION 6051.—Section 6051(a) (relating to information required to be furnished to employees) is amended by striking out "and" where it appears at the end of paragraph (6).

26 USC 6065.

(6) AMENDMENTS OF SECTION 6065.—Section 6065 (relating to verification of returns) is amended by striking out subsection (b) (relating to verification by oath), and by striking out in subsection (a) the following: "(a) PENALTIES OF PERJURY.—".

26 USC 6105.

(7) REPEAL OF SECTION 6105.—Section 6105 (relating to compilation of data for certain excess profits tax cases) is repealed.

26 USC 6111.

(8) AMENDMENT OF SECTION 6111.—Section 6111 (relating to cross references), as redesignated by this Act, is amended to read as follows:

**"SEC. 6111. CROSS REFERENCE.**

Ante, p. 1686.

"For inspection of records, returns, etc., concerning gasoline or lubricating oils, see section 4102."

26 USC 6152.

(9) AMENDMENT OF SECTION 6152.—Section 6152(a)(1) (relating to installment payments by corporations) is amended to read as follows:

26 USC 1.

"(1) CORPORATIONS.—A corporation subject to the taxes imposed by chapter 1 may elect to pay the unpaid amount of such taxes in two equal installments."