| | |
|---|---|
| | Page 1 |
| 26 C.F.R. § **1.6065-1** | |

Treas. Reg. § **1.6065-1**

**Effective: [See Text Amendments]**

Code of Federal Regulations Currentness
  Title 26. Internal Revenue
    Chapter I. Internal Revenue Service, Department of the Treasury
      Subchapter A. Income Tax
        Part 1. Income Taxes (Refs & Annos)
          Procedure and Administration
            Information and Returns
              Returns and Records (Refs & Annos)
                Signing and Verifying of Returns and Other Documents

§ **1.6065-1** Verification of returns.

**(a) Persons signing returns.** If a return, declaration, statement, or other document made under the provisions of subtitle A or F of the Code, or the regulation thereunder, with respect to any tax imposed by subtitle A of the Code is required by the regulations contained in this chapter, or the form and instructions, issued with respect to such return, declaration, statement, or other document, to contain or be verified by a written declaration that it is made under the penalties of perjury, such return, declaration, statement, or other document shall be so verified by the person signing it.

**(b) Persons preparing returns--(1) In general.** Except as provided in subparagraph (2) of this paragraph, if a return, declaration, statement, or other document is prepared for a taxpayer by another person for compensation or as an incident to the performance of other services for which such person receives compensation, and the return, declaration, statement, or other document requires that it shall contain or be verified by a written declaration that it is prepared under the penalties of perjury, the preparer must so verify the return, declaration, statement, or other document. A person who renders mere mechanical assistance in the preparation of a return, declaration, statement, or other document as, for example, a stenographer or typist, is not considered as preparing the return, declaration, statement, or other document.

**(2) Exception.** The verification required by subparagraph (1) of this paragraph is not required on returns, declarations, statements, or other documents which are prepared:

**(i)** For an employee either by his employer or by an employee designated for such purpose by the employer, or

**(ii)** For an employer as a usual incident of the employment of one regularly or continuously employed by such employer.

[T.D. 6500, 25 FR 12108, Nov. 26, 1960]

SOURCE: Sections 1.6001-1 to 1.6091-4 contained in T.D. 6500, 25 FR 12108, Nov. 26, 1960, unless otherwise noted.

26 C. F. R. § **1.6065-1,** 26 CFR § **1.6065-1**

Current through March 13, 2008; 73 FR 13723

Copr. © 2008 Thomson/West

END OF DOCUMENT