NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | Civil No. A05-0123 CV (RRB) |
| Plaintiff,    ) | |
| ) | |
| v.    ) | UNITED STATES' RESPONSE TO |
| ) | DEFENDANTS' MOTION IN THE |
| DONALD L. HYMES; RITA M. HYMES;    ) | NATURE OF A WRIT OF MANDAMUS |
| AURORA TRUST, ZENA D. HYMES    ) | UNDER RULE 81(b) |
| AND CHARLA HYMES TRUSTEES;    ) | |
| SUNSHINE TRUST, RITA M. HYMES    ) | |
| TRUSTEE; ZENA D. HYMES; CHARLA    ) | |
| HYMES; AND FAIRBANKS NORTH    ) | |
| STAR BOROUGH    ) | |
| ) | |
| Defendants.    ) | |
| ) | |
| _____) | |

The United States of America, by and through its undersigned counsel, hereby submits

this response in opposition to the motion filed by defendants at Docket No. 213, captioned

- 2 -

"Motion in the Nature of a Writ of Mandamus under Rule 81(b) to Assist Motion to Stay and Appeal under Rule 81(b) Supported by Verified Affidavits And Appendix with Attachments in Support" (defendant's motion).

The United States notes at the outset that defendants' motion appears to have been filed in the wrong court.  The motion is captioned for the U.S. Court of Appeals for the Ninth Circuit, and the relief sought in the motion is aimed at the Court of Appeals, inasmuch as defendants appear to be asking that Court to require the District Court to take certain action in this case.  As such, the motion should be denied by the District Court as not properly before it.

The United States further notes at the outset that defendants' motion is largely unintelligible, patently frivolous, and raises no legitimate issue of fact or law.

Even if defendants' motion were properly before this Court, and construed as a request for mandamus relief pursuant to the Mandamus Act, 28 U.S.C. § 1361, defendants' motion fails to set forth a request for which relief may be granted.  The Mandamus Act confers jurisdiction on the district courts to order an agent of the United States to perform a duty owed to a complainant.  28 U.S.C. § 1361.  "Mandamus is proper where  '(1) the [complainant's] claim is clear and certain; (2) the [] duty is ministerial and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available.'"  *Benny v. U.S. Parole Comm'n*, 295 F.3d 977, 989 (9th Cir. 2002).  Here, defendants appear to seek performance of an alleged duty by either the District Court or the District Judge presiding over this case.  Defendants have failed to establish any authority for this Court to be subject to the Mandamus Act, or, if it were so subject, for this Court to hear a mandamus action brought against itself.  In addition, defendants' claim is

- 3 -

neither clear nor certain, and defendants have failed to show that no other adequate remedy is available, as the merits of this case are currently on appeal to the Ninth Circuit and defendants have also sought an emergency stay pending appeal from the Ninth Circuit.  Absent a "clear, nondiscretionary duty" owed to defendants, the Court has no authority to issue a writ of mandamus.  *Heckler v. Ringer*, 466 U.S. 602, 616 (1984).  As a result, the Mandamus Act does not confer jurisdiction on this Court to hear this matter.

Accordingly, defendants' motion is entirely lacking in any legal or factual support and should be denied.

WHEREFORE, based on the foregoing, the United States respectfully requests that the Court deny defendants' motion.

Dated this 24th day of July, 2008.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2008, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANTS' MOTION IN THE NATURE OF A WRIT OF MANDAMUS

UNDER RULE 81(b) was served by regular U.S. mail on the following parties:

```
Donald L. Hymes          Rita M. Hymes
2340 Ravenwood           2340 Ravenwood
Fairbanks, Alaska 99709  Fairbanks, Alaska 99709
```

<u>s/ Jennifer D. Auchterlonie</u>
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9593
Email: Jennifer.D.Auchterlonie@usdoj.gov