Rita MariNa Hymes
Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*

v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

**Expedited Motion to Stay Foreclosure Proceeding Until the 9th Circuit Rules**

Come now defendants Donald Louis Hymes and Rita MariNa Hymes (the Hymes) with this *Motion to Stay Foreclosure Proceedings Until the 9th Circuit Rules.*

Rita MariNa Hymes has called the 9th Circuit on three different occasions to confirm when the Motion to Stay that has been filed in Case 08-35495 would be addressed by the 9th Circuit. Three different clerks, not giving legal advice, stated that it would be a minimum of 6 months to one year.

Therefore to give effect of the Minute ORDER of Judge Beistline at Docket 212 "In an abundance of caution, and in an effort to ensure that the Appellate Court **has sufficient time to consider the matter** . . .", flows *a fortiori* that a Stay will be issued by Judge Beistline until the 9th Circuit Rules (considers the matter) on the Motion to Stay, which will not be accomplished

for probably a minimum of 6 months to a year, with no definite date pursuant to information provided by three different clerks of the 9th Circuit, stating that the 9th Circuit has to follow certain procedures, and is extremely busy.

My Hand



Declaration of Rita MariNa Hymes.

I, Rita MariNa Hymes, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.  My true name is Rita MariNa Hymes.

2.  I am of the age of majority and competent to testify in this instant Case.

3.  I did call the 9th Circuit Court of Appeals on three different dates to confirm that the Motion to Stay filed with the Ninth Circuit will *not* be considered for a minimum of probably six (6) months and maybe as long as one (1) year as the circuit court is extremely busy and has to follow certain procedures.

I declare under the penalty of perjury that the foregoing is true and correct.

My Hand,

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*
v.

Rita M. Hymes, personal capacity
Donald L. Hymes, personal capacity;
*Defendants*

A05-123-CV(RRB)

ORDER for STAY

To effect the Minute ORDER at Docket 212 to assure that the 9th Circuit has sufficient time to consider the matter, it is hereby ORDERED that a Stay of Foreclosure is hereby granted until the 9th Circuit rules on the Motion to Stay that has been filed.

_____
Judge Beistline

## CERTIFICATE OF SERVICE

This document has been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
US Attorney
District of Alaska
Fed. Bldg. & US Courthouse
101-12th Avenue  Box 2
Fairbanks, Alaska  99701

Jennifer Auchterlonie
Trial Attorney, Tax Division
US Department of Justice
P.O. Box 683
Ben Franklin Station
Washington DC  20044-0683

Date:  August 8, 2008

Rita MariNa Hymes