NELSON P. COHEN
United States Attorney
District of Alaska
Federal Bldg. & U.S. Courthouse
101 12th Avenue, Box 2
Fairbanks, Alaska  99701
Telephone: (907) 456-0245

JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9593
Facsimile: (202) 307-0054
Email: Jennifer.D.Auchterlonie@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>DONALD L. HYMES; RITA M. HYMES; )<br>AURORA TRUST, ZENA D. HYMES )<br>AND CHARLA HYMES TRUSTEES; )<br>SUNSHINE TRUST, RITA M. HYMES )<br>TRUSTEE; ZENA D. HYMES; CHARLA )<br>HYMES; AND FAIRBANKS NORTH )<br>STAR BOROUGH )<br><br>Defendants. )<br>_____ ) | Civil No. A05-0123 CV (RRB)<br><br>UNITED STATES' RESPONSE TO<br>DEFENDANTS' EXPEDITED MOTION<br>TO STAY FORECLOSURE<br>PROCEEDING |

    The United States of America, by and through its undersigned counsel, hereby submits

this response in opposition to the "Expedited Motion to Stay Foreclosure Proceeding Until the 9th

- 2 -

Circuit Rules," filed by defendants on August 8, 2008, at Dkt. # 216.

As with defendants' original motion to stay, filed at Dkt. # 175, defendants have failed to show that they are entitled to the stay that they seek.  The Court has already found as much in its Order entered May 1, 2008, at Dkt. # 198, when it stated,

> Because this Court can see no merit to Defendants' position, it cannot, in good conscience, extend the stay beyond sixty (60) days without a full bond and satisfaction of the other conditions that are mentioned by the Government in its responsive memorandum at Docket 177.

In that Order, the Court gave defendants a limited stay of 60 days to present their motion for stay to the Court of Appeals.  Defendants have done so, and the Court of Appeals has not yet ruled on that motion.  Because, as this Court has recognized, the motion lacks merit,  there is no legal or even equitable basis to continue the limited stay ordered by this Court any further unless, as the Court stated in its Order, defendants post a full bond and provide satisfaction of the other conditions set forth by the Government in its response filed at Dkt. # 177.

Defendants have made absolutely no effort to post a bond, which is required by Fed. R. Civ. P. 62(d), or otherwise provide adequate protection of the Government's interest in this case. Moreover, continued delay of the foreclosure process is harmful to the Government's interest, because it increases the chance that the Government will have to incur the cost of winterizing and securing the property during the winter months, when it will be difficult to sell.  Defendants continue to seek delay in this matter without providing any legal or factual support for such a delay and without making any effort to comply with the bond requirements of Rule 62(d).  As defendants have provided no basis on which the Court can further extend the limited stay it granted, the United States respectfully requests that the Court deny defendants' motion.

- 3 -

In the alternative, as set forth in the Government's response at Dkt. # 177, the Court should grant a stay only if defendants comply with the following conditions:

1.      Post a supersedeas bond to secure the following: (a) payment of appeal costs; (b) payment of all local property taxes and special assessments on the subject property for at least two years; (c) payment of hazard insurance for at least two years adequate to replace all existing improvements on the subject property; and (d) payment of the full amount of the judgment plus statutory accruals of interest and penalties for at least two years.

2.      Make the United States an additional insured on the hazard insurance policy described in paragraph 1 above and provide the Court and government counsel with prompt evidence of compliance with this requirement.

3.      Do not attempt to sell, assign, transfer, convey, encumber, or otherwise affect title to the subject property.

4.      Do not damage or commit waste with respect to the subject property.

5.      File all required federal income tax returns on a current basis and pay all current amounts due, and provide the Court and government counsel with prompt evidence of

///

///

///

///

///

///

- 4 -

compliance with this requirement.

Dated this 18th day of August, 2008.

Respectfully Submitted,

NELSON P. COHEN
United States Attorney


s/ Jennifer D. Auchterlonie
JENNIFER D. AUCHTERLONIE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

- 5 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2008, a copy of the foregoing UNITED STATES'

RESPONSE TO DEFENDANTS' EXPEDITED MOTION TO STAY FORECLOSURE

PROCEEDING  was served by regular U.S. mail on the following parties:

```
Donald L. Hymes        Rita M. Hymes
2340 Ravenwood         2340 Ravenwood
Fairbanks, Alaska 99709 Fairbanks, Alaska 99709
```

                    <u>s/ Jennifer D. Auchterlonie</u>
                    JENNIFER D. AUCHTERLONIE
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    P.O. Box 683, Ben Franklin Station
                    Washington, D.C. 20044
                    Telephone: (202) 514-9593
                    Email: Jennifer.D.Auchterlonie@usdoj.gov