**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES  </u>   v.   <u> DONALD HYMES, et al. </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                    CASE NO.  <u> 3:05-cv-00123-RRB </u>

<u> Carolyn Bollman </u>

<u>PROCEEDINGS: **Minute Order From Chambers**    DATE: September 4, 2008</u>

Donald and Rita Hymes, representing themselves, have filed an "Expedited Motion to Stay Foreclosure Proceedings Until 9th Circuit Rules."[1]  Their motion must be denied.  As the Court explained in an earlier order, granting a stay at that time:

> Because this Court can see no merit to Defendants' position, it cannot, in good conscience, extend the stay beyond sixty (60) days without a full bond and satisfaction of the other conditions that are mentioned by the Government in its responsive memorandum at **Docket 177.** If the Defendants can convince the Court of Appeals that there is merit to their position, then that body can extend the stay longer, if it wishes, but such relief must be specifically requested of the Court of Appeals.[2]

Unless the Court of Appeals grants a stay, or unless the Defendants post a full bond and satisfy the other conditions mentioned by the Government in its memorandum at Docket 177,[3] the foreclosure proceedings shall proceed in due course.

IT IS SO ORDERED.

---

[1]  Docket No. 216.

[2]  Docket No. 198 at 2-3.

[3]  The conditions have been reiterated by the Government in its response to the Defendants' most recent motion for a stay.  *See* Docket No. 217 at 3-4.

[5cv123 hymes 090408.wpd]{IA.WPD*Rev.12/96}