Rita MariNa Hymes
Donald Louis Hymes
2340 Ravenwood Avenue
Fairbanks, Alaska [99709]
907-479-6922



RECEIVED
SEP 1 2 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

The United States of America

The United States

District Court of the United States

District of Alaska

UNITED STATES OF AMERICA

*Plaintiff*
v.

**Rita M. Hymes, personal capacity**
**Donald L. Hymes, personal capacity;**
*Defendants*

A05-123-CV(RRB)

**Motion to Reconsider Docket 220**

Come now Rita MariNa Hymes and Donald Louis Hymes ("the Hymes") with this Motion to Reconsider Docket 220.

In Docket 220 titled "THE HONORABLE RALPH R. BEISTLINE" is a circuitous adulteration of the true meaning of *honorable* when there is no apostate from Beistline who consistently rules to extirpate our unalienable rights secured in the constitutions of the several States and the Federal Constitution in our constitutional Republic.

Beistline has purportedly ORDERED by a "Minute Order", as there is no signature of Beistline attesting to anyone actually being a "Judge of the United States" of completing a judicial act. One must defer to the fallacious Black's Law Dictionary that is devoid of Laws of the United States or adjudged decisions from the Supreme Court of the United States with the

judicial Power of the United States arising under Article III in all Cases in Law and Equity exercising the judicial Power of the United States under the Authority of the United States the incongruous determination of what is a "Minute Order."

"Minute Order" from Black's 8th Edition, to wit:

> 1. An order recorded in the minutes of the court rather than on a case Docket. Although practice varies, traditionally when a trial judge is sitting officially, with or without a court reporter, a clerk or deputy clerk keeps minutes. When the judge makes an oral order, the only record of that order may be in the minutes. It is therefore referred to as a minute order.
> 2. A court order not directly relating to a case, such as an order adopting a local rule of court. In this sense, the court is not a single judge acting in an adjudicatory capacity, but a chief judge, or a group of two or more judges, acting for a court in an administrative or some other nonadjudicatory capacity.

As this definitive meaning can only employ Tetralemma (catuskoti) logic, which therefore leads the Hymes to the "Court can see no merit."

The Hymes do motion this HONORABLE RALPH R. BEISTLINE in whatever capacity he is sitting or acting be it *ibid.* "administrative or some other nonadjudicatory capacity" to step in the reality of a Judge of the United States and issue a finding of facts and conclusions of law on the "Court can see no merit", which to date Beistline has avoided.

The Hymes demand a ***determination*** of ***no merit*** from a Judge of the United States on the real issues of substantive regulations published in the Federal Register that are conclusive and legal evidence and not rely upon if Beistline can "see no merit", which at best is parsimonious deference to the holdings of *non compos mentis* logic.

Therefore the Hymes do motion *this court* to finally make a determination of the substantive issues proffered by the Hymes as published in the Federal Register and evidenced by the Hymes Pleadings and attachments in this instant Case and issue a Stay of Foreclosure until the Ninth Circuit makes its determination

My Hand,

*[signature]*

My Hand,

*Donald James Hymes [signature]*

## CERTIFICATE OF SERVICE

This document has been mailed first class via USPS to the following parties, to wit:

Nelson P. Cohen
US Attorney
District of Alaska
Fed. Bldg. & US Courthouse
101-12th Avenue Box 2
Fairbanks, Alaska 99701

Jennifer Auchterlonie
Trial Attorney, Tax Division
US Department of Justice
P>O>Box 683
Ben Franklin Station
Washington DC 20044-0683

Date: *Sept 12-08*

Rita MariNa Hymes

*[signature]*