TAMARA W. ASHFORD
Acting Assistant Attorney General

KAYCEE M. SULLIVAN
VIRGINIA CRONAN LOWE
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, D.C.  20044
Telephone: (202) 514-9593
              (202) 307-6484
Facsimile: (202) 307-0054
Email: kaycee.m.sullivan@usdoj.gov
          virginiacronan.lowe@usdoj.gov
*Attorneys for the United States of America*

KAREN L. LOEFFLER
United States Attorney
District of Alaska
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH <br><br> Defendants. | Civil No. 3:05-cv-00123-SLG <br><br> **UNITED STATES' MOTION TO CONFIRM SALE AND DISBURSE PROCEEDS** |

The United States of America, by and through its undersigned counsel, pursuant to 28 U.S.C. § 2001, hereby moves the Court for an order confirming the sale of the subject real property in this case and disbursing the proceeds of such sale. In support of its motion, the United States submits the following:

## STATEMENT OF FACTS

The parcel of real property that is the subject of this action, bears a legal description as follows:

> Lot Fifty(50) 0f Section Fourteen (14), Township One South, Range Two West, Fairbanks Meridian Subject to reservations, restrictions and easements of record.

(Hereinafter referred to as the "subject property"). Pursuant to the Amended Order of Foreclosure and Judicial Sale, (Doc. 277), entered April 7, 2014, a public sale of the subject property was held on July 9, 2014, in open court at the United States Courthouse for the District of Alaska, in Fairbanks, Alaska.

Once per week for four consecutive weeks prior to the sale, on May 22, 2014, Mary 27, 2014, June 4, 2014, and June 11, 2014, the IRS published notice of the sale of the Subject Property at public auction in the Fairbanks Daily News-Miner, a regularly issued newspaper of general circulation in Fairbanks North Star Borough, Alaska. *See* Ex. 1, Declaration of Mary Smith, IRS Property Appraisal and Liquidation Specialist (hereinafter Smith Decl.). A true and correct copy of the Notice of Judicial Sale and affidavit of publication from the Fairbanks Daily News-Miner is attached as Ex. 1 to the Smith Decl. In addition, a bill for the costs of placing the Notice of Judicial Sale in the newspaper is attached to the Smith Decl. as Ex. 2.

On July 9, 2014, the IRS conducted a public auction of the Subject Property in Courtroom No. 1 of the United States District Court for the District of Alaska in Fairbanks,

Alaska. The Subject Property was sold at that auction to the highest bidder, Richard Wagner, for a purchase price of $80,000. *Id.* at ¶ 5 . Mr. Wagner provided to the IRS cashiers checks totaling the $80,000 due, which the IRS in turn deposited with the Court. *Id.*

The United States now moves the Court for an order confirming the sale and disbursing the proceeds of that sale, first to the United States Treasury for the $19,625.61in expenses incurred in connection with conducting the sale (*Id.*, at ¶ 6, Ex. 2-8); and second to the United States Treasury in the amount of $60,374.39 to partially satisfy the outstanding federal tax liabilities of Donald L. Hymes and Rita M. Hymes at issue in this case. The outstanding balance of the federal income tax liabilities owed by Donald L. Hymes is $302,852.99, as of August 15, 2014, and owed by Rita M. Hymes is $38,068.19 as of August 15, 2014. *See* Declaration of Kaycee M. Sullivan at ¶¶ 3-4, Ex. 1-2.

## ARGUMENT

The general procedures to be followed in conducting a public sale of real property pursuant to Court Order are governed by 28 U.S.C. §§ 2001 and 2002. In pertinent part, § 2001 provides:

> (a) Any realty or interest therein sold under any order or decree of any court of the United States shall be sold as a whole or in separate parcels at public sale at the courthouse of the county, parish, or city in which the greater part of the property is located, or upon the premises or some parcel thereof located therein, as the court directs. Such sale shall be upon such terms and conditions as the court directs.

28 U.S.C. § 2001(a). Section 2002 specifies the type of notice to be given before a public sale. In pertinent part, § 2002 provides:

> A public sale of realty or interest therein under any order, judgment or decree of any court of the United States shall not be

> made without notice published once a week for at least four weeks
> prior to the sale in at least one newspaper regularly issued and of
> general circulation in the county, state or judicial district of the
> United States wherein the realty is situated.

28 U.S.C. §§ 2002.

As set forth above, the sale was conducted in accordance with 28 U.S.C. § 2001, notice was given in accordance with 28 U.S.C. § 2002, and the provisions of the Amended Order of Foreclosure and Judicial Sale were followed. The sale was conducted at the location and on the date advertised, in the United States District Court for the District of Alaska. The full purchase price of $80,000 has been deposited with the Court in compliance with the Amended Order of Foreclosure and Judicial Sale. The Court should therefore confirm the sale.

Upon confirmation of the sale, as set forth above and in the Amended Order of Foreclosure and Judicial Sale, the Court should also disburse the proceeds in the following manner: first to the United States Treasury for the $19,625.61 in expenses incurred in connection with conducting the sale; and second to the United States Treasury in the amount of $60,374.39 to partially satisfy the outstanding federal tax liabilities of Donald L. Hymes and Rita M. Hymes at issue in this case.

## CONCLUSION

For the foregoing reasons, the Court should enter an order confirming the sale and disbursing the sale proceeds in accordance with the Amended Order of Foreclosure and Judicial Sale. A Proposed Order Confirming Sale and Disbursing Proceeds is lodged with this motion.

Respectfully submitted this 11th day of August, 2014.

TAMARA W. ASHFORD
Acting Assistant Attorney General

/s/ Kaycee M. Sullivan
KAYCEE M. SULLIVAN
VIRGINIA CRONAN LOWE
Trial Attorneys, Tax Division
U.S. Department of Justice

Of counsel:

KAREN L. LOEFFLER
United States Attorney
District of Alaska

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2014, I served a copy of the foregoing via U.S. First Class Mail, postage prepaid, addressed as follows:

Donald L. Hymes
Rita M. Hymes
330 3rd Ave. Box 406
Fairbanks, Alaska 99701

        /s/ Kaycee M. Sullivan
        KAYCEE M. SULLIVAN
        Trial Attorney, Tax Division
        U.S. Department of Justice