TAMARA W. ASHFORD
Acting Assistant Attorney General

KAYCEE M. SULLIVAN
VIRGINIA CRONAN LOWE
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 514-9593
         (202) 307-6484
Facsimile: (202) 307-0054
Email: kaycee.m.sullivan@usdoj.gov
       virginiacronan.lowe@usdoj.gov
Attorneys for the United States of America

KAREN L. LOEFFLER
United States Attorney
District of Alaska
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD L. HYMES; RITA M. HYMES; AURORA TRUST, ZENA D. HYMES AND CHARLA HYMES TRUSTEES; SUNSHINE TRUST, RITA M. HYMES TRUSTEE; ZENA D. HYMES; CHARLA HYMES; AND FAIRBANKS NORTH STAR BOROUGH,<br><br>Defendants. | Civil No. 3:05-cv-00123-SLG<br><br>**DECLARATION OF KAYCEE M. SULLIVAN IN SUPPORT OF THE UNITED STATES' MOTION TO CONFIRM SALE** |

I, Kaycee M. Sullivan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the United States Department of Justice, Tax Division, located in Washington, D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files concerning this matter. I have reviewed those files in my possession in making the representations below.

2. At my request, the Internal Revenue Service provided to me updated forms showing the current balance of outstanding liabilities owed by the Defendants, Donald L. Hymes and Rita N. Hymes. These "INSTD" forms provide a calculation of accrued interest and penalties to any requested date, on unpaid tax assessments for a particular taxpayer.

3. Attached hereto as Exhibit 1 is a true and correct copy of the forms INSTD that I received from the Internal Revenue Service, showing the outstanding balances owed by Donald L. Hymes as of August 15, 2014, a summary of which is listed in the chart below.

| **Tax Period:** | **Outstanding balance:** |
|---|---:|
| December 31, 1989 | $343.60 |
| December 31, 1990 | $11,653.41 |
| December 31, 1991 | $22,006.11 |
| December 21, 1992 | $233,614.31 |
| December 31, 1993 | $5,960.25 |
| December 31, 1997 | $1,484.02 |
| December 31, 1999 | $5,896.42 |
| December 31, 2000 | $8,753.10 |
| December 31, 2002 | $13,141.77 |
| **TOTAL:** | **$302,852.99** |

4. Attached hereto as Exhibit 2 is a true and correct copy of the forms INSTD that I received from the Internal Revenue Service, showing the outstanding balances owed by Rita M. Hymes as of August 15, 2014.

| Tax Period: | Outstanding balance: |
|---|---:|
| December 31, 1995 | $3,915.44 |
| December 31, 1996 | $12,513.74 |
| December 31, 1997 | $2,346.29 |
| December 31, 1998 | $8,500.33 |
| December 31, 1999 | $10,792.39 |
| **TOTAL:** | **$38,068.19** |

I declared under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED this 11th day of August, 2014.

    /s/ Kaycee M. Sullivan
KAYCEE M. SULLIVAN
Trial Attorney, Tax Division
U.S. Department of Justice

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2014, I served a copy of the foregoing via U.S. First Class Mail, postage prepaid, addressed as follows:

Donald L. Hymes
Rita M. Hymes
330 3rd Ave. Box 406
Fairbanks, Alaska 99701

/s/ Kaycee M. Sullivan
KAYCEE M. SULLIVAN
Trial Attorney, Tax Division
U.S. Department of Justice