# EXHIBIT 1

```
INTSTD        3597
30 198912 08152014 HYME
              87.74   ASSESSED FTP
           1,594.26   ASSESSED INT
           1,682.00-  TAX & PENALTY
                .00   ASSESSED TOTAL
                .00   ACCRUED FTP
             343.60   ACCRUED INT
             343.60   TOTAL ACCRUALS
              87.74   TOTAL FTP
           1,937.86   TOTAL INT
             343.60   BALANCE DUE
```

```
INTSTD        3597
30 199012 08152014 HYME
              .00   ASSESSED FTP
           952.77   ASSESSED INT
         2,489.00   TAX & PENALTY
         3,441.77   ASSESSED TOTAL
           472.24   ACCRUED FTP
         7,739.40   ACCRUED INT
         8,211.64   TOTAL ACCRUALS
           472.24   TOTAL FTP
         8,692.17   TOTAL INT
        11,653.41   BALANCE DUE
```

```
INTSTD         3597
30 199112 08152014 HYME
              .00    ASSESSED FTP
         1,344.85    ASSESSED INT
         5,124.00    TAX & PENALTY
         6,468.85    ASSESSED TOTAL
           991.00    ACCRUED FTP
        14,546.26    ACCRUED INT
        15,537.26    TOTAL ACCRUALS
           991.00    TOTAL FTP
        15,891.11    TOTAL INT
        22,006.11    BALANCE DUE
```

```
INTSTD       3597
30 199212 08152014 HYME
              .00   ASSESSED FTP
        10,263.62   ASSESSED INT
        58,186.00   TAX & PENALTY
        68,449.62   ASSESSED TOTAL
        11,244.24   ACCRUED FTP
       153,920.45   ACCRUED INT
       165,164.69   TOTAL ACCRUALS
        11,244.24   TOTAL FTP
       164,184.07   TOTAL INT
       233,614.31   BALANCE DUE
```

```
INTSTD         3597
30 199312 08152014 HYME
                 .00   ASSESSED FTP
              157.32   ASSESSED INT
            1,583.00   TAX & PENALTY
            1,740.32   ASSESSED TOTAL
              306.50   ACCRUED FTP
            3,913.43   ACCRUED INT
            4,219.93   TOTAL ACCRUALS
              306.50   TOTAL FTP
            4,070.75   TOTAL INT
            5,960.25   BALANCE DUE
```

```
INTSTD       3597
30 199712 08152014 HYME
              93.60  ASSESSED FTP
             179.19  ASSESSED INT
             516.00  TAX & PENALTY
             788.79  ASSESSED TOTAL
              10.40  ACCRUED FTP
             684.83  ACCRUED INT
             695.23  TOTAL ACCRUALS
             104.00  TOTAL FTP
             864.02  TOTAL INT
           1,484.02  BALANCE DUE
```

```
INTSTD      3597
30 199912 08152014 HYME
                .00  ASSESSED FTP
             351.03  ASSESSED INT
           2,518.75  TAX & PENALTY
           2,869.78  ASSESSED TOTAL
             497.74  ACCRUED FTP
           2,528.90  ACCRUED INT
           3,026.64  TOTAL ACCRUALS
             497.74  TOTAL FTP
           2,879.93  TOTAL INT
           5,896.42  BALANCE DUE
```

```
INTSTD        3597
30 200012 08152014 HYME
              642.42  ASSESSED FTP
              789.24  ASSESSED INT
            3,938.86  TAX & PENALTY
            5,370.52  ASSESSED TOTAL
              104.58  ACCRUED FTP
            3,278.00  ACCRUED INT
            3,382.58  TOTAL ACCRUALS
              747.00  TOTAL FTP
            4,067.24  TOTAL INT
            8,753.10  BALANCE DUE
```

```
INTSTt        3597
30 200212 08152014 HYME
             502.55   ASSESSED FTP
             462.50   ASSESSED INT
           6,657.03   TAX & PENALTY
           7,622.08   ASSESSED TOTAL
             819.95   ACCRUED FTP
           4,699.74   ACCRUED INT
           5,519.69   TOTAL ACCRUALS
           1,322.50   TOTAL FTP
           5,162.24   TOTAL INT
          13,141.77   BALANCE DUE
```