# EXHIBIT 2

INTSTD 2705
30 199512 08152014 HYME

| | |
|---|---|
| .00 | ASSESSED FTP |
| 607.69 | ASSESSED INT |
| 1,332.50 | TAX & PENALTY |
| 1,940.19 | ASSESSED TOTAL |
| 230.50 | ACCRUED FTP |
| 1,744.75 | ACCRUED INT |
| 1,975.25 | TOTAL ACCRUALS |
| 230.50 | TOTAL FTP |
| 2,352.44 | TOTAL INT |
| 3,915.44 | BALANCE DUE |

INTSTD 2705
30 199612 08152014 HYME

| | |
|---|---|
| 771.02 | ASSESSED FTP |
| 1,538.13 | ASSESSED INT |
| 4,052.57 | TAX & PENALTY |
| 6,361.72 | ASSESSED TOTAL |
| .00 | ACCRUED FTP |
| 6,152.02 | ACCRUED INT |
| 6,152.02 | TOTAL ACCRUALS |
| 771.02 | TOTAL FTP |
| 7,690.15 | TOTAL INT |
| 12,513.74 | BALANCE DUE |

INTSTD 2705
30 199712 08152014 HYME

| | |
|---|---|
| 164.50 | ASSESSED FTP |
| 224.98 | ASSESSED INT |
| 806.05 | TAX & PENALTY |
| 1,195.53 | ASSESSED TOTAL |
| .00 | ACCRUED FTP |
| 1,150.76 | ACCRUED INT |
| 1,150.76 | TOTAL ACCRUALS |
| 164.50 | TOTAL FTP |
| 1,375.74 | TOTAL INT |
| 2,346.29 | BALANCE DUE |

INTSTD 2705
30 199812 08152014 HYMF

| | |
|---|---|
| 622.76 | ASSESSED FTP |
| 560.56 | ASSESSED INT |
| 3,165.44 | TAX & PENALTY |
| 4,348.76 | ASSESSED TOTAL |
| .00 | ACCRUED FTP |
| 4,151.57 | ACCRUED INT |
| 4,151.57 | TOTAL ACCRUALS |
| 622.76 | TOTAL FTP |
| 4,712.13 | TOTAL INT |
| 8,500.33 | BALANCE DUE |

INTSTD 2705
30 199912 08152014 HYME

| | |
|---|---|
| 840.75 | ASSESSED FTP |
| 619.07 | ASSESSED INT |
| 4,432.40 | TAX & PENALTY |
| 5,892.22 | ASSESSED TOTAL |
| .00 | ACCRUED FTP |
| 4,900.17 | ACCRUED INT |
| 4,900.17 | TOTAL ACCRUALS |
| 840.75 | TOTAL FTP |
| 5,519.24 | TOTAL INT |
| 10,792.39 | BALANCE DUE |